**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF UTAH

Case number (if known) _____ Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Noah Corporation |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | Noah Operations Albuquerque NM, LLC<br>Noah Operations Auburn Hills MI, LLC<br>Noah Operations Bedford NH, LLC<br>Noah Operations Blue Ash OH, LLC<br>Noah's<br>Noah Operations Charlotte NC, LLC<br>Noah Operations Chesapeake VA, LLC<br>Noah Operations Cranberry PA, LLC<br>Noah Operations Des Moines IA, LLC<br>Noah Operations Dickinson TX, LLC<br>Noah Operations Fairview TX, LLC<br>Noah Operations Fossil Creek TX, LLC<br>Noah Operations Greenville SC, LLC<br>Noah Operations High Point NC, LLC<br>Noah Operations Hoover AL, LLC<br>Noah Operations Irving TX, LLC<br>Noah Operations Katy TX, LLC<br>Noah Operations Kingston TN, LLC<br>Noah Operations Lake Mary FL, LLC<br>Noah Operations Lincolnshire IL, LLC<br>Noah Operations Little Rock AR, LLC<br>Noah Operations Louisville KY, LLC<br>Noah Operations Madison WI, LLC<br>Noah Operations Memphis TN, LLC<br>Noah Operations Mentor OH, LLC<br>Noah Operations Morrisville NC, LLC<br>Noah Operations Naperville IL, LLC<br>Noah Operations New Albany OH, LLC<br>Noah Operations Oklahoma City OK, LLC<br>Noah Operations Omaha NE, LLC<br>Noah Operations Overland Park KS, LLC<br>Noah Operations Plano TX, LLC<br>Noah Operations San Antonio TX, LLC<br>Noah Operations South Jordan UT, LLC<br>Noah Operations Southpointe PA, LLC<br>Noah Operations Tulsa OK, LLC<br>Noah Operations Utah Valley UT, LLC<br>Noah Operations Westminster CO, LLC<br>Noah Operations Wichita KS, LLC |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 02-0706434 |
| 4. | **Debtor's address** | **Principal place of business**          **Mailing address, if different from principal place of** |

Debtor  Noah Corporation
        Name

Case number (*if known*)

|  |  |
|---|---|
| 2600 West Executive Parkway, Suite 360<br>Lehi, UT 84043<br>Number, Street, City, State & ZIP Code | business<br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| Utah<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     www.noahseventvenue.com

6. **Type of debtor**
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor    Noah Corporation
        Name                                                                                           Case number (*if known*)

7. **Describe debtor's business**    A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      7139

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply*:
       - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
       - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
       - ☐ A plan is being filed with this petition.
       - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
       - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
       - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ■ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____    When _____    Case number _____
   District _____    When _____    Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☐ No
    - ■ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor    See Attachment                    Relationship _____
    District _____    When _____    Case number, if known _____

Debtor  Noah Corporation _____    Case number (*if known*) _____
        Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.  Insurance agency _____
          Contact name _____
          Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ■ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | NOAH CORPORATION | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     05-28-2019
                         MM / DD / YYYY

X  /s/ *[signature]*
Signature of authorized representative of debtor

Printed name:  *William James Bowser*

Title    *President*

**18. Signature of attorney**

X  *[signature]*
Signature of attorney for debtor

Date    05-28-2019
            MM / DD / YYYY

Kenneth L. Cannon II
Printed name

Durham Jones & Pinegar, P.C.
Firm name

111 South Main Street, Suite 2400, Salt Lake City, Utah 84111
Number, Street, City, State & ZIP Code

Contact phone    (801) 415-3000        Email address    kcannon@djplaw.com

Utah - 3705
Bar number and State

Debtor   Noah Corporation _____   Case number (*if known*) _____
         Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF UTAH

Case number (*if known*) _____   Chapter  11

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | Noah Operations Chandler AZ, LLC | | Relationship to you | | Affiliated by common ownership |
| District | Utah | When | 5/24/19 | Case number, if known | 19-23810 |
| Debtor | Noah Operations Richardson TX, LLC | | Relationship to you | | Affiliate by common ownership |
| District | Utah | When | 5/15/19 | Case number, if known | 19-23492 |
| Debtor | Noah Operations Sugarland TX, LLC | | Relationship to you | | Affiliated by common ownership |
| District | Utah | When | 5/17/19 | Case number, if known | 19-23571 |