# United States Bankruptcy Court
## District of Utah

In re: Noah Corporation

Debtor(s)

Case No. 19-23840

Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| See attached | Common | See attached | Stock |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President, Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: June 11, 2019

Signature: /s/ William J. Bowser

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**NOAH CORPORATION**
**Security Holders**

| Security Holder | Address | Shares | Percentage Outstanding |
|---|---|---|---|
| Believe Enterprises LLC | PO Box 263    Greenbank, WA  98253 | 12,000 | 0.0477% |
| Karen F. Severson Family Trust | PO Box 263    Greenbank, WA  98253 | 83,000 | 0.3301% |
| Samuel A Aaron and Debra A Aaron | PO Box 263    Greenbank, WA  98253 | 5,556 | 0.0221% |
| Equity Institutional Trust CO  FBO: 200116370 TRAD | PO Box 206    Grace, ID  83241 | 1,388 | 0.0055% |
| Sheri K Adams | PO Box 206    Grace, ID  83241 | 2,263 | 0.0090% |
| Jeffery Anderson | 1568 East 550 South, Springville, UT  84663 | 1,000 | 0.0040% |
| IRA Services 317007   TRAD | 1568 East 550 South, Springville, UT  84663 | 5,531 | 0.0220% |
| Jamie Andrews | 2200 1/2 Gates Ave     Redondo Beach, CA  90278 | 75,000 | 0.2982% |
| Brent Arnell | 500 Spring Creek Rd   Providence, UT  84332 | 16,910 | 0.0672% |
| Pershing LLC #JGH555257 | 12262 South Graystone Lane   Draper, UT  84020 | 4,149 | 0.0165% |
| Angela Avila | 3240 Brittan Ave          San Carlos, CA  94070 | 1,000 | 0.0040% |
| Equity Institutional 200151829 ROTH (MOVED ??) | 3240 Brittan Ave          San Carlos, CA  94070 | 1,167 | 0.0046% |
| Andrea Bailey | 9908 N Oxford Ct, Highland UT  84003 | 6,730 | 0.0268% |
| Marissa Bailey | 9908 N Oxford Ct, Highland UT  84003 | 6,730 | 0.0268% |
| Nathan Bailey | 9908 N Oxford Ct, Highland UT  84003 | 6,730 | 0.0268% |
| Preston Bailey | 9908 N Oxford Ct, Highland UT  84003 | 6,730 | 0.0268% |
| CSBB Investments, LLC | 9908 N Oxford Ct, Highland UT  84003 | 75,147 | 0.2988% |
| Bailey Family Grantor Trust | 1383 Devonshire Dr          Provo, UT  84604 | 22,500 | 0.0895% |
| IRA Services 323135 Trad | 83 North 340 West   Orem, UT 84057 | 39,750 | 0.1581% |
| Robert Baker | 83 North 340 West   Orem, UT 84057 | 175,950 | 0.6997% |
| KavNiya Technology Solutions P LTD | India | 83,704 | 0.3329% |
| Tipawan Bandujwongse | 2601 Mcbride Lane #56, Santa Rosa CA  95403 | 12,500 | 0.0497% |
| Jason & Katie Barber | 295 So Maryfield Dr      SLC, UT  84108 | 4,445 | 0.0177% |
| Equity Institutional 200352892 TRAD | 433 Rutgers Dr.           Santa Maria, CA  93455 | 12,202 | 0.0485% |
| Seahvo Corp | Att: V Barsegyan   210 N Glenoaks Blvd  Ste A Burbank, CA 91502 | 3,500 | 0.0139% |
| Anthony Barsotti | 641 Park Court           Santa Clara, CA 98050 | 25,000 | 0.0994% |
| Equity Institutional Trust # 146137 | 641 Park Court           Santa Clara, CA 98050 | 57,893 | 0.2302% |
| Central Bank Custodian FBO Jeffrey M. Bean IRA | 1433 East 450 North, Lehi, UT  84043 | 9,657 | 0.0384% |
| Jeffrey M Bean | 1433 East 450 North, Lehi, UT  84043 | 10,343 | 0.0411% |
| IRA Services # 272358 Roth | 21333 York Street NW, Elk River, MN  55330 | 15,000 | 0.0596% |
| Melvin J and Jeanette F Beaudry | 21333 York Street NW, Elk River, MN  55330 | 28,000 | 0.1113% |
| Randall and Melanie Bell Pension Plan Trust | 496 Broadway, Laguna Beach, CA  92651 | 27,778 | 0.1105% |
| Todd Bement | 9735 North 5750 West     Highland, UT  84003 | 14,740 | 0.0586% |
| Amy Day Bench | 768 E Lakemont Dr      Draper, UT  84020 | 3,500 | 0.0139% |
| Gail Bench | 550 East Gill Way, Superior, CO  80027 | 64,808 | 0.2577% |
| IRA Services # 284609 Trad | 550 East Gill Way, Superior, CO  80027 | 142,602 | 0.5671% |
| William Benz | 17 West Leman Dr, Midway, UT  84049 | 5,000 | 0.0199% |
| IRA Services 311935  Trad | 5527 South Capital Reef Dr, Taylorsville, Ut  84118 | 43,925 | 0.1747% |
| Braydon & Lauren Bergeson | PO Box 911334, St George, UT  84791-1334 | 12,146 | 0.0483% |
| IRA Services 389699 TRAD | 2653 South 1960 East, St. George, UT  84790 | 16,516 | 0.0657% |
| Danny J. Bernardinin & Elizabeth S. Bernardini | 8 Pepperwood Lane, Corte Madera, CA  94925 | 5,556 | 0.0221% |
| Jeff & Delese Bettinson | 9872 S Heytesbury Ln, Sandy, UT  84092 | 10,000 | 0.0398% |

| Security Holder | Address | Shares | Outstanding |
|---|---|---|---|
| The Entrust Group C FBO: Retta Bevans IRA#0906022-01 | 474 West 300 So Unit D   Springville, UT  84663 | 4,071 | 0.0162% |
| Stephanie Bevard | 9871 N East Crimson Ct, Highland, UT  84003 | 178,821 | 0.7111% |
| IRA Express FBO Barbara Bindley #10037 | 3642 Toulouse Street, West Valley, UT  84120 | 9,634 | 0.0383% |
| Barbara Bindley & Randy Cordova | 3642 Toulouse Street, West Valley, UT  84120 | 25,366 | 0.1009% |
| IRA Services 299121 ROTH | 8966 West Acoma Dr    Peona,AZ  85381 | 21,502 | 0.0855% |
| Johnny T & Lori Jean Bishop Trust | 8966 West Acoma Dr    Peona,AZ  85381 | 27,463 | 0.1092% |
| IRA serivces 299108 ROTH | 8966 West Acoma Dr    Peona,AZ  85381 | 16,533 | 0.0657% |
| Derek Black | 4685 S Highland Dr #175   SLC, UT  84117 | 37,301 | 0.1483% |
| B & H Properties, LLC | 1529 Vest Ave          Naperville, IL  60563 | 418 | 0.0017% |
| David A Borg | 1529 Vest Ave          Naperville, IL  60563 | 133,491 | 0.5308% |
| Garrett T Borg | 1529 Vest Ave          Naperville, IL  60563 | 550 | 0.0022% |
| Grant T Borg | 1529 Vest Ave          Naperville, IL  60563 | 550 | 0.0022% |
| Clint Boswell | 1064 East 500 North, Orem, UT  84057 | 84,375 | 0.3355% |
| Equity Institutional FBO # 200147827 ROTH | 308 Fawn Park Cir, Council Bluff, IA 51503 | 50,000 | 0.1988% |
| Kim Bowman | 308 Fawn Park Cir, Council Bluff, IA 51503 | 125,000 | 0.4971% |
| RKB, LLC | 308 Fawn Park Cir, Council Bluff, IA 51503 | 265,625 | 1.0563% |
| Marilyn L. Bowser Trust Ext. Feb 15, 2001 | 9555 East Raintree Dr.#1045, Scottsdale, AZ  85260 | 14,500 | 0.0577% |
| William & Susanna Bowser Trust | 7970 Glenwild Dr   Park City, UT  84098 | 710,000 | 2.8234% |
| Jack W and Judith D Brailsford Family Trust dated May 28, 1999 | 606 Lacy Lane, Las Vegas, NV  89107 | 38,714 | 0.1540% |
| Ivan & Suzanna Briggs | 13443 South Palawan Way, Riverton, UT  84065 | 75,274 | 0.2993% |
| Ivan Reed Briggs | 13443 South Palawan Way, Riverton, UT  84065 | 2,222 | 0.0088% |
| Jaron David Briggs | 13655 Mount Cortina Way, Riverton, UT  84065 | 2,222 | 0.0088% |
| DSB Family Trust | 9715 North 5750 West    Highland, UT  84003 | 2,960 | 0.0118% |
| Equity Trust Z046348 | 854 E Southfork Dr., Draper, UT  84020 | 585,740 | 2.3293% |
| John Bryan | 450 East 100 South, Salem, UT  84653 | 25,000 | 0.0994% |
| Susan Bryce | 470 East 1100 So #66    St George, UT  84790 | 15,685 | 0.0624% |
| Elizabeth A. Buckley | 2536 Link Street, Klamath Falls, OR  97601 | 25,000 | 0.0994% |
| Misty and Nathan Buckley | 11425 Hill Rd          Klamath Falls, OR  97603 | 43,750 | 0.1740% |
| Equity Trust Company Custodian FBO Max Burcham IRA | 22459 Venido Rd    Woodland Hills, CA  91364 | 14,285 | 0.0568% |
| Rex Burgener | 22 North 700 East Orem, Utah 84097 | 5,000 | 0.0199% |
| Richard K and Rebecca L Busching | 3039 Calle San Angel NW, Albuquerque, NM  87107 | 14,285 | 0.0568% |
| Equity Institutional Trust Company FBO Kimberly Campbell #120591 | 1544 Heather Downs Dr., South Jordan, UT  84095 | 1,956 | 0.0078% |
| Kimberly Campbell | 1544 Heather Downs Dr., South Jordan, UT  84095 | 18,167 | 0.0722% |
| Equity Institutional Trust Company FBO Troy Cambell #120590 | 1544 Heather Downs Dr., South Jordan, UT  84095 | 3,675 | 0.0146% |
| Mary Caraway | 640 Southwest Portal St     Mt Home,ID 83647 | 18,750 | 0.0746% |
| Diane Carson | 10762 North 5250 West   Highland, UT  84002 | 13,100 | 0.0521% |
| Jared & Lori Carter | 7220 N Evans Ranch Dr Eagle Mountain, UT 84005 | 5,000 | 0.0199% |
| IRA Services  Acct# 275396 ROTH | 7220 N Evans Ranch Dr Eagle Mountain, UT 84005 | 5,068 | 0.0202% |
| J Brent and Victoria L Cashin | 28322 Hulsey Ct.         Santa Clarita, CA  91350 | 66,000 | 0.2625% |
| Julie Anne Cashin | 3008 Strand       Manhattan Beach, CA 90266 | 56,000 | 0.2227% |
| Ark Adventures, LLC | 3008 Strand       Manhattan Beach, CA 90266 | 92,000 | 0.3658% |
| IRA Services #529795 | 1 Belmont Lane North Reading, MA  01864 | 70,990 | 0.2823% |
| Equity Institutional 200147462 TRAD | 1803 229th Ave NE        Sammamish, WA  98074 | 63,985 | 0.2544% |
| Equity Institutional 200147460 TRAD | 1803 229th Ave NE        Sammamish, WA  98074 | 68,226 | 0.2713% |
| Manpreet Chawla | 3863 Pine Lake Dr., Weston, FL  33332-2102 | 3,000 | 0.0119% |

| Security Holder | Address | Shares | Outstanding |
|---|---|---|---|
| IRA Express FBO Michael Chesnut #100493 Trad | 5328 Chets Court, West Valley, Ut 84120 | 116,025 | 0.4614% |
| Susan Chinksey | 79149 Starlight Lane, Bermuda Dunes, CA 92203 | 42,857 | 0.1704% |
| IRA Services # 700198 Roth | 79149 Starlight Lane, Bermuda Dunes, CA 92203 | 2,214 | 0.0088% |
| IRA Services 700174 Trad | 79149 Starlight Lane, Bermuda Dunes, CA 92203 | 21,538 | 0.0856% |
| I Jean Chirhart Revocable Trust | 3885 Holland Dr Santa Rosa CA 95404 | 89,448 | 0.3557% |
| Michael E Chirhart Living Trust | 3885 Holland Dr Santa Rosa CA 95404 | 59,299 | 0.2358% |
| Morgan Clark | 163 Vining Dr Madson, MS 39110 | 200,000 | 0.7953% |
| Mark & Jessie Conely | 12679 Dodge Valley Rd Mt Vernon WA 98273 | 103,333 | 0.4109% |
| Kelly Cook | 665 East 1100 South, Mapleton, UT 84664 | 109,500 | 0.4354% |
| Wyatt Cook | 905 North 600 West, Pleasant Grove, UT 84062 | 8,120 | 0.0323% |
| Stonegate Homes LLC | 725 E 350 So. River Heights, UT 84321 | 6,770 | 0.0269% |
| Michael Costello & Elaine Yates Family Trust | 6200 Valley View Rd Oakland, CA 94611 | 44,498 | 0.1770% |
| Dan & Debbie Coupland | 467 Scenic Dr Ashland, OR 97520 | 84,000 | 0.3340% |
| IRA Services #299819 ROTH | 1564 Border Circle Folsom, CA 95630 | 25,000 | 0.0994% |
| IRA Services #502303 ROTH | 467 Scenic Dr Ashland, OR 97520 | 13,751 | 0.0547% |
| C3C2CJ2, LLC | 454 East 270 North Lindon, UT 84042 | 40,488 | 0.1610% |
| Jeff and Cassie Crow | 2763 North 1450 West, Pleasant Grove, UT 84062 | 4,339 | 0.0173% |
| Shaun and Susan Cutler | 1555 North 230 West, Orem, UT 84057 | 6,667 | 0.0265% |
| Pensco FBO:: Elisse Kennard Davis Account 060000096178 | 924 Warren Xing Coppell, TX 75019 | 1,000 | 0.0040% |
| Garry and Elisse Davis | 924 Warren Xing Coppell, TX 75019 | 17,500 | 0.0696% |
| Equity Institutional Trust Co FBO: 200364200 TRAD | 601 East 4055 So Murray, UT 84107 | 87,278 | 0.3471% |
| Equity Institutional 200147306 TRAD | 9220 31st Street East Edgewood WA 98371 | 89,576 | 0.3562% |
| A LaRayne Day | 1563 East Spyglass Hill Dr., Draper, UT 84020 | 5,500 | 0.0219% |
| Elias J. Day Family Trust est. March 9, 1981 | 1563 East Spyglass Hill Dr., Draper, UT 84020 | 10,333 | 0.0411% |
| Kenneth Jack Day | 13200 South 300 E Draper, UT 84020 | 500 | 0.0020% |
| Shayne Michael Day | 1599 N Venetian Way Saratoga Strings, UT 84043 | 500 | 0.0020% |
| Doriann Lopes Demello Revocable Trust | 85-033 Lualualei Hmstd Rd, Waianae HI 96792 | 14,333 | 0.0570% |
| September Rush LLC | 3187 North Apache Lane Provo, UT 84064 | 98,150 | 0.3903% |
| Equity Institutional Trust Co 200115623 Trad | 1486 Grandview Court, Saratoga Springs, UT 84045 | 5,291 | 0.0210% |
| Equity Institutional Trust CO 200115622 Trad | 1486 Grandview Court, Saratoga Springs, UT 84045 | 3,843 | 0.0153% |
| David & Nila deVidal | 22300 SW 76th Ave Tualatin, OR 97062 | 47,756 | 0.1899% |
| Hale Centre Theatre 401K Plan | 3333 South Decker Lake Dr, West Valley, UT 84119 | 93,096 | 0.3702% |
| Hale Centre Theatre 401K Plan | 3333 South Decker Lake Dr, West Valley, UT 84119 | 65,000 | 0.2585% |
| La Casa Nalu Institute | PO Box 223403 Princeville, HI 96722 | 500 | 0.0020% |
| Jeffery Dorius | 801 Lake Creek Way, Heber City, UT 84032 | 18,373 | 0.0731% |
| Equity Trust Roth IRA 200319398 | 4842 West 8820 South, West Jordan, UT 84081 | 2,100 | 0.0084% |
| Kevin S Dorius | 721 N 950 W, St. George, UT 84770 | 16,064 | 0.0639% |
| IRA Services 341757Roth | 721 N 950 W, St. George, UT 84770 | 32,385 | 0.1288% |
| Liane E Dorius | 721 North 950 West, St George, UT 84770 | 17,452 | 0.0694% |
| IRA Services 341745 Roth | 721 North 950 West, St George, UT 84770 | 31,000 | 0.1233% |
| Equity Trust FBO: Michael Dorius 2002320250 | 348 South 525 West, Hurricane, UT 84737 | 8,340 | 0.0332% |
| Hurricane Valley Eye Care | 348 South 525 West, Hurricane, UT 84737 | 14,435 | 0.0574% |
| Mike and Kerry Dorius Trust | 348 South 525 West, Hurricane, UT 84737 | 84,225 | 0.3349% |
| IRA Services FBO: Stanley Dorius #261555 Trad | 677 Edgewood Dr, North Salt Lake, UT 84054 | 12,219 | 0.0486% |
| Equity Trust Roth IRA200319397 | 4842 West 8820 South, West Jordan, UT 84081 | 1,200 | 0.0048% |

| Security Holder | Address | Shares | Outstanding |
|---|---|---|---|
| Todd & Jody Dorius | 4842 West 8820 South, West Jordan, UT 84081 | 77,116 | 0.3067% |
| The Entrust Group  FBO: Barbara Down IRA#0308003-01 | 2005 Vine Ave, Klamath Falls, OR 97601 | 489 | 0.0019% |
| Barbara Down Revocable Trust | 2005 Vine Ave, Klamath Falls, OR 97601 | 50,000 | 0.1988% |
| Devin W Down | 1686 N Skyline Dr. Orem, Ut 84097 | 3,000 | 0.0119% |
| William and Suzanne Down Revocable Trust | 2130 Arthur Street Klamath Falls, OR 97603 | 66,000 | 0.2625% |
| Equity Institutional 200149062 ROTH | 400 Farmingdale Dr    Douglassville, PA 19518 | 20,000 | 0.0795% |
| IRA Services # 747452 | 876 Racquet Lane    Boulder City, CO 80303 | 20,659 | 0.0822% |
| James Doyle | 876 Racquet Lane    Boulder City, CO 80303 | 30,000 | 0.1193% |
| IRA Services # 747488 | 876 Racquet Lane    Boulder City, CO 80303 | 11,360 | 0.0452% |
| Equity Institutional 200149039 ROTH | 400 Farmingdale Dr    Douglassville, PA 19518 | 20,000 | 0.0795% |
| Matthew Doyle | 400 Farmingdale Dr    Douglassville, PA 19518 | 30,000 | 0.1193% |
| IRA Services 561101 ROTH | 400 Farmingdale Dr    Douglassville, PA 19518 | 34,085 | 0.1355% |
| IRA Services 533889 ROTH | 1360 RT 83    Cape May Court Hse, NJ 08210 | 21,046 | 0.0837% |
| Michael Doyle | 1360 RT 83    Cape May Court Hse, NJ 08210 | 30,000 | 0.1193% |
| Drury Lane Associates, Inc. | 1684 E Pheasant Brook Rd, Sandy, UT 84092 | 73,750 | 0.2933% |
| IRA Services 730543 Trad | 2600 North 560 East, Provo, UT 84604 | 39,165 | 0.1557% |
| Equity Institutional Trust Co FBO Kenneth Dudley #120111 ROTH | 2600 North 560 East, Provo, UT 84604 | 41,528 | 0.1651% |
| Rock Canyon Prop LLC | 2600 North 560 East, Provo, UT 84604 | 47,089 | 0.1873% |
| Equity Institutional Trust Co FBO Robert David Dumas Jr # 121183 | 15906 E Silver Grove Dr.,  Wittier, CA 90604 | 14,707 | 0.0585% |
| Robert D Dumas | 15906 E Silver Grove Dr.,  Wittier, CA 90604 | 98,425 | 0.3914% |
| Devin Durrant | 200 No Canyon Rd,    Provo, UT 84604 | 123,743 | 0.4921% |
| Matthew Durrant | 9617 Marywood Ln,    S Jordan, UT 84095 | 5,500 | 0.0219% |
| IRA Services 306836 Trad | PO Box 2102    Morgan Hill, CA 94038 | 24,308 | 0.0967% |
| R&R Investments LLC | 6490 South Ouray Way,    Aurora, CO 80016 | 50,000 | 0.1988% |
| Westcoast Estates, LLC | 2931 NE Rocky Butte Rd.,    Portand, OR 97220 | 27,438 | 0.1091% |
| Equity Institutional Trust FBO 200130381 TRAD | 12566 E Rosefield Ln, Draper, UT 84020 | 8,250 | 0.0328% |
| Nathan and Shayla Fairclough | 7152 W Hunter Dawn Wy, West Valley City, Ut 84128 | 3,571 | 0.0142% |
| Equity Trust Co FBO Bonnie L Fitch IRA #66881 | 6552 Kell Lane, Las Vegas, NV 89156 | 19,585 | 0.0779% |
| Equity Trust Co FBO Clyde J. Fitch IRA #66882 | 6552 Kell Lane, Las Vegas, NV 89156 | 22,000 | 0.0875% |
| Sean M Fleming | 2145 West Grove Park Ln., West Jordan, UT 84088 | 18,167 | 0.0722% |
| John and Debbie Flint | 7393 N. Tall Oaks Circle, Park City, UT 84098 | 100,750 | 0.4006% |
| Equity Trust Co FBO Susan Frisbee #85651 | 149 Broad Street, Marion, NC 28752 | 6,267 | 0.0249% |
| Susan Frisbee | 149 Broad Street, Marion, NC 28752 | 8,036 | 0.0320% |
| Equity Trust Co FBO Susan Frisbee #85650 | 149 Broad Street, Marion, NC 28752 | 17,156 | 0.0682% |
| Linda Cashin Frolich | 173 Ivy Hill Way,    Los Gatos, CA 95032 | 30,000 | 0.1193% |
| Revocable Trust | 1300 Quarry Ct #401    Richmond, CA 94801 | 53,125 | 0.2113% |
| Skywagon Investments, LLC | 187 South Donna Court Anaheim, CA 92807 | 54,871 | 0.2182% |
| Amilyn Gardner-Jones Trust | 240 South Main St.,    Salem, UT 84653 | 7,143 | 0.0284% |
| Equity Institutional Trust Co FBO: 200114764  ROTH | PO Box 4    Kanab, UT 84741 | 952 | 0.0038% |
| Equity Institutional Trust Co FBO 200114766  ROTH | PO Box 4    Kanab, UT 84741 | 960 | 0.0038% |
| Equity Institutional Trust Co FBO 200114765  Trad | PO Box 4    Kanab, UT 84741 | 4,823 | 0.0192% |
| Tands Investmens Inc. | PO Box 4    Kanab, UT 84741 | 13,889 | 0.0552% |
| IRA Services # 529783 Trad | 204 Cedar Street, Lexington, MA 02421 | 27,339 | 0.1087% |
| IRA Services 426283 ROTH | 11189 N Cattle Dr,   Hayden, ID 83835 | 9,284 | 0.0369% |
| Brad & Marilyn Gerrard | 11189 N Cattle Dr,   Hayden, ID 83835 | 114,987 | 0.4573% |

| Security Holder | Address | Shares | Outstanding |
|---|---|---|---|
| IRA Services 426805 | 11189 N Cattle Dr, Hayden, ID 83835 | 6,637 | 0.0264% |
| Equity Institutional Trust # 122019 | 172 East 1864 South, Orem, UT 84058 | 5,155 | 0.0205% |
| Equity Institutional Trust # 122020 | 172 East 1864 South, Orem, UT 84058 | 6,462 | 0.0257% |
| Stephen and/or Denise Gibb | 172 East 1864 South, Orem, UT 84058 | 186,330 | 0.7410% |
| Equity Institutional Trust FBO #200137107 Trad | 1888 Fiorica Way   Brentwood, CA 94513-7221 | 83,857 | 0.3335% |
| IRA Services 349215 Trad | 2080 E Delmont Dr Holladay, UT 84117 | 12,267 | 0.0488% |
| IRA Service #423725 Roth | 2080 E Delmont Dr Holladay, UT 84117 | 138,771 | 0.5518% |
| Pensco FBO:: Angela Christine Gifford # 060000095589 | 768 E Spring View Dr, SLC, UT 84106 | 7,500 | 0.0298% |
| Mike Gifford | 2828 Diamond Dr., West Jordan, UT 84084 | 1,358 | 0.0054% |
| E Trade Financial FBO: Paul E. Gilbert # 59790150 | 10359 S Silver Willow Dr., Sandy, UT 84070 | 22,342 | 0.0888% |
| IRA Services #294123 TRAD | PO Box 692,   Hurricane, Ut 84737 | 33,011 | 0.1313% |
| Jackie Goode | PO Box 692,   Hurricane, Ut 84737 | 21,486 | 0.0854% |
| Dennis Gordon | 928 E Coyote Loop,   Washington, UT 84780 | 10,714 | 0.0426% |
| James and Letha Grant | 580 Ridge Lane   Alpine, UT 84004 | 22,538 | 0.0896% |
| Terry Grant and Janet Grant Family Trust | 85 No. Pfeifferhorn Dr., Alpine, UT 84004 | 43,875 | 0.1745% |
| IRA SERVICES 436859 TRAD | 11106 SE 57th,   Bellevue, WA 98006 | 37,267 | 0.1482% |
| Jessica Gregory | 15926 Maplehurst Dr.,   Spring TX 77379 | 20,000 | 0.0795% |
| Christopher and Cynthia Griffin | 25895 Ogles Road, Bend, OR 97701 | 2,285 | 0.0091% |
| The Entrust Group LLC FBO: Chrisopher Griffin IRA 0308010-04 | 25895 Ogles Road, Bend, OR 97701 | 3,170 | 0.0126% |
| The Entrust Group LLC FBO: Cynthia Griffin IRA 0308011-04 | 25895 Ogles Road, Bend, OR 97701 | 3,172 | 0.0126% |
| Glade Gunther | 968 W Chapel Ridge, So Jordan UT 84095 | 1,000 | 0.0040% |
| Val Gunther | 71 North 200 West, Brigham City, UT 84302 | 1,000 | 0.0040% |
| IRA Services 265081 Roth | 1882 Rich Way, SLC, UT 84121 | 68,138 | 0.2710% |
| Eldon & Sanda Haacke Trust | 1882 Rich Way, SLC, UT 84121 | 124,571 | 0.4954% |
| IRA Services 264933 Roth | 1882 Rich Way, SLC, UT 84121 | 24,290 | 0.0966% |
| Joseph Hampton | 725 So 200 W #T-106, SLC, UT 84101 | 59,272 | 0.2357% |
| Kenneth and Terry Hampton | PO Box 602,   Panguitch, UT 84759 | 10,301 | 0.0410% |
| Richard Jack Hampton | 2093 Dellmont Dr.,   Holladay, UT 84117 | 49,388 | 0.1964% |
| Terry Hampton | 6209 West 9740 North, Highland, UT 84003 | 10,302 | 0.0410% |
| IRA Services IRA 710799 Roth | PO Box 870233, West Bountiful, UT 84087 | 3,523 | 0.0140% |
| IRA Services Kent L Harker Roth IRA578137 | PO Box 870233, West Bountiful, UT 84087 | 4,048 | 0.0161% |
| IRA Service Trad FBO Kent L Harker IRA710817 | PO Box 870233, West Bountiful, UT 84087 | 26,997 | 0.1074% |
| Kent L and Christine Harker | PO Box 870233, West Bountiful, UT 84087 | 133,932 | 0.5326% |
| Pensco FBO:: Jennifer L Harmon #060000108336 | 244 West 1360 North, Pleasant Grove, UT 84062 | 1,929 | 0.0077% |
| Equity Institutional200140925 TRAD | 1762 Golden Age Ct ., Colorado Springs, CO 80905 | 30,601 | 0.1217% |
| Allison M. Heiner | 797 E. Corner Ridge Dr., Draper, Ut 84020 | 25,000 | 0.0994% |
| Derek Henderson | 115 Bayou Estates Dr., DES Allemands, LA 70030 | 4,500 | 0.0179% |
| Matthew Heward | 77 West 225 North, Lindon, UT 84042 | 6,250 | 0.0249% |
| Pensco FBO:: Mark Hill # 060000112179 | 7812 Galloping Hills St., Las Vegas, NV 89113 | 2,205 | 0.0088% |
| Pensco FBO: Mark Hill # 060000112181 | 7812 Galloping Hills St., Las Vegas, NV 89113 | 7,572 | 0.0301% |
| Mark Hill | 7812 Galloping Hills St., Las Vegas, NV 89113 | 50,000 | 0.1988% |
| Warren and/or Michelle Hill | 61 East 1200 North, American Fork, UT 84003 | 600 | 0.0024% |
| JSJGR, LP | 260 West 775 North,   Logan, UT 84321 | 5,556 | 0.0221% |
| The Entrust Group   Debrah Hofler IRA 0308023-04 | 12753 Anthony Lane, Valley Center, CA 92082 | 10,837 | 0.0431% |
| Central Bank Custodian FBO Brad Holmes IRA | 175 Starks Lane,   Wallsburg, UT 84082 | 56,222 | 0.2236% |

| Security Holder | Address | Shares | Outstanding |
|---|---|---|---|
| IRA Services #320808 TRAD | 175 Starks Lane, Wallsburg, UT 84082 | 60,000 | 0.2386% |
| Brad L. Holmes | 175 Starks Lane, Wallsburg, UT 84082 | 80,000 | 0.3181% |
| Cary J. Holmes | 890 South Hicken Lane, Heber, UT 84032 | 125,000 | 0.4971% |
| Cory J. Holmes | 815 East 600 North, Heber, UT 84032 | 60,000 | 0.2386% |
| Gary & Christine Holtzen | 9737 Golden Dr., Orangevale, CA 95662 | 2,000 | 0.0080% |
| Bonnie Hooser | 1388 Country Lane, Kamas, UT 84036 | 16,666 | 0.0663% |
| Don Hooser | 3960 S Woodland View Dr., Kamas, UT 84036 | 16,667 | 0.0663% |
| Jay Hooser | 2826 West La Strada Circle, Riverton, UT 84065 | 16,667 | 0.0663% |
| Merl R Hooser | 1388 Country Lane, Kamas, UT 84036 | 10,000 | 0.0398% |
| Scott Hooser | 2503 West 13105 South, Riverton, UT 84065 | 16,667 | 0.0663% |
| Equity Institutional Trust 200127719 TRAD | 151 North 930 East, Lindon, UT 84042 | 7,142 | 0.0284% |
| Michael & Deborah Hopkin | 151 North 930 East, Lindon, UT 84042 | 50,000 | 0.1988% |
| NTC & CO FBO: Brian J. Horrocks # 060000099249 | 100 N Eaglewood Dr., N Salt Lake, UT 87054 | 42,322 | 0.1683% |
| Brian and Linda Horrocks | 100 N Eaglewood Dr., N Salt Lake, UT 87054 | 66,506 | 0.2645% |
| The Entrust Group LLC FBO Linda Horrock # 0608007-01 | 100 N Eaglewood Dr., N Salt Lake, UT 87054 | 27,815 | 0.1106% |
| Roger Huber | 3692 Littlerock Lane, Provo, Ut 84604 | 25,000 | 0.0994% |
| Cabin Hollow Holding, LLC | 158 South 1000 West, Orem, UT 84058 | 174,570 | 0.6942% |
| Dorothy Huff | 704 Barrington Ct., Warrington, PA 18976 | 30,000 | 0.1193% |
| IRA Services #383259 ROTH | 704 Barrington Ct., Warrington, PA 18976 | 30,153 | 0.1199% |
| Erik Hughes | 885 North 1140 West, Mapleton, UT 84664 | 1,500 | 0.0060% |
| IRA Services 419539 TRAD | 656 East 1725 North, Orem, Ut 84097 | 5,555 | 0.0221% |
| John Paul and Nichole Hunter | 3250 Waterwheel Road Emmett, ID 83617 | 100,000 | 0.3977% |
| Robyn Hyatt | 4823 Brooks Way SLC, UT 84117 | 7,143 | 0.0284% |
| Equity Institutional #200147682 TRAD | 4823 Brooks Way SLC, UT 84117 | 41,967 | 0.1669% |
| Alan Hyland | 947 Geary St Apt 3, San Franciso, CA 94109 | 10,000 | 0.0398% |
| John & Christie Irish | 88834 Blue Heron Road, Gearhart, OR 97138 | 41,256 | 0.1641% |
| Kimberly L. Jackson | 940 East 440 North, Lindon, UT 84042 | 5,555 | 0.0221% |
| Sidne Jacques | c/o April Gordon, 235 K Street, Salt Lake City, UT 84103 | 5,556 | 0.0221% |
| Becky Jasperson | 1245 N 1730 West, Pleasant Grove, UT 84062 | 3,812 | 0.0152% |
| Equity Institutional Trust FBO: 200118491 TRAD | 252 South 25 West, Farmington, UT 84025 | 12,705 | 0.0505% |
| Bryan Jennings | 252 South 25 West, Farmington, UT 84025 | 203,900 | 0.8108% |
| Equity Institutional Trust Fbo: 200118489 TRAD | 252 South 25 West, Farmington, UT 84025 | 10,989 | 0.0437% |
| Mountain West IRA | 834 West 950 South, Brigham City, UT 84302 | 3,571 | 0.0142% |
| Firm Foundations Group Inc | 465 NE 181 First Ave #425, Portland, OR 97230 | 5,555 | 0.0221% |
| Equity Institutional 200143690 TRAD | 1521 121st Ave SE, Bellevue, WA 98005 | 59,475 | 0.2365% |
| Brian Johnson | 1521 121st Ave SE, Bellevue, WA 98005 | 66,000 | 0.2625% |
| Equity Institutional # 200143875 ROTH | 6035 East 17th Ave, Denver, CO 80220 | 140,076 | 0.5570% |
| HIghlow, LLC | 844 West South Links Dr., Washington, UT 84780 | 10,000 | 0.0398% |
| Central Bank Custodian FBO Bary Jones IRA #20825 | 844 West South Links Dr., Washington, UT 84780 | 32,565 | 0.1295% |
| Jonesco Enterprises, LLC | 844 West South Links Dr., Washington, UT 84780 | 115,100 | 0.4577% |
| Fay Jones | 10733 Spyglass, Cedar Hills, UT 84062 | 15,487 | 0.0616% |
| Wiliam & Alice Jones Foundation Inc | 10733 Spyglass, Cedar Hills, UT 84062 | 16,667 | 0.0663% |
| Alice Fay Jones 401K PLAN | 10733 Spyglass, Cedar Hills, UT 84062 | 32,808 | 0.1305% |
| IRA Services #281220 Roth | 10733 Spyglass, Cedar Hills, UT 84062 | 43,022 | 0.1711% |
| IRA Services #279870 Trad | 10733 Spyglass, Cedar Hills, UT 84062 | 68,509 | 0.2724% |

| Security Holder | Address | Shares | Outstanding |
|---|---|---|---|
| Equity Institutional Trust 200137405 TRAD | 2745 EL Camino Real N, Prunedale, CA 93907 | 10,238 | 0.0407% |
| Pensco FBO: Scott L Kasteler #060000121446 | 2807 Cayenne Drive SLC, UT 84118 | 35,714 | 0.1420% |
| Kody Kay | 440 South Goosenest Dr., Payson, UT 84651 | 3,383 | 0.0135% |
| Brian & Lauren Keaney | 1018 N Ridgewood, Los Angels, CA 90038 | 10,000 | 0.0398% |
| Equity Trust CO FBO: Aaron Kennard #85133 | 1192 E Draper Pwky #471, Draper, UT 84020 | 1,880 | 0.0075% |
| Aaron Thomas Kennard | 1192 E Draper Pwky #471, Draper, UT 84020 | 6,416 | 0.0255% |
| Equity Trust CO FBO: Nanette Kennard #85134 | 1192 E Draper Pwky #471, Draper, UT 84020 | 1,704 | 0.0068% |
| Rian & Meghan Kennedy | 3030 South Bradford Pl. C, Santa Ana, CA 92707 | 5,000 | 0.0199% |
| Dennis Keyser | 4601 Sherman Park Dr., St Charles, MO 63303 | 10,000 | 0.0398% |
| Craig Korotko | 16959 Carrotwood Dr., Riverside, CA 92503 | 12,500 | 0.0497% |
| Equity Trust Co Custodian FBO Craig Korotko 66409 | 16959 Carrotwood Dr., Riverside, CA 92503 | 20,500 | 0.0815% |
| Dale Kramer | PO Box 3071, Crested Butte, CO 81224 | 265,833 | 1.0571% |
| Pensco FBO: Jodi Kuipers # 060000106200 | 1848 Ridge Hollow Dr., Bountiful, UT 84010 | 859 | 0.0034% |
| Pensco FBO:: Jodi Kuipers # 060000106196 | 1848 Ridge Hollow Dr., Bountiful, UT 84010 | 18,246 | 0.0726% |
| Pensco FBO: Richard Kuipers # 060000106203 | 1848 Ridge Hollow Dr., Bountiful, UT 84010 | 844 | 0.0034% |
| Pensco FBO: Richard Kuipers # 060000106202 | 1848 Ridge Hollow Dr., Bountiful, UT 84010 | 1,960 | 0.0078% |
| Equity Institutional Trust Co 200131350 ROTH | 11569 South 1700 East, Sandy, UT 84092 | 12,441 | 0.0495% |
| Kevin L & Feliza Kunz | 11569 South 1700 East, Sandy, UT 84092 | 50,138 | 0.1994% |
| Craig LaDow | 1212 Broadway Ste 722, Oakland, CA 94612 | 50,000 | 0.1988% |
| Jeffrey LaDow | 4632 Park Trail Ct., Santa Rosa, CA 95405 | 25,000 | 0.0994% |
| Marsha Lam | 2101 Alberti Ct., Las Vegas, NV 89117 | 77,834 | 0.3095% |
| Craig Lambert | PO Box 186, Draper, UT 84020 | 10,000 | 0.0398% |
| Entrust Mid South FBO: Sally Landau IRA # 0308024-01 | 2444 25th Street, Santa Monica, CA 90405 | 25,000 | 0.0994% |
| Richardo Larroca | PO Box 700, San Carlos, CA 94070 | 4,000 | 0.0159% |
| IRA Services 383508 Trad | 1336 W Ammon Way, South Jordan, UT 84095 | 14,794 | 0.0588% |
| J Craig and Gail M Larsen Trustees of the Larsen Living Trust Dated April 1, 1992 | 1336 W Ammon Way, South Jordan, UT 84095 | 85,046 | 0.3382% |
| IRA Services 383508 Trad | 1336 W Ammon Way, South Jordan, UT 84095 | 3,687 | 0.0147% |
| Les Larsen | 231 East 140 North, Lindon, Ut 84042 | 18,750 | 0.0746% |
| Mitchell James Larsen | 4762 W Salish Cir., Riverton, UT 84065 | 9,250 | 0.0368% |
| Equity Trust #200319314 ROTH | 4762 W Salish Cir., Riverton, UT 84065 | 10,598 | 0.0421% |
| Equity Trust 300319315 ROTH | 4762 W Salish Cir., Riverton, UT 84065 | 10,597 | 0.0421% |
| Equity Trust #200322176 TRAD | 4762 W Salish Cir., Riverton, UT 84065 | 22,929 | 0.0912% |
| Angela Larson | 2824 E Wasatch Blvd., Sandy, UT 84092 | 1,685 | 0.0067% |
| Equity Institutional Trust # 125131 | 14826 S. Ashland Ridge Dr., Herriman, UT 84096 | 1,009 | 0.0040% |
| Caden Lawrence | 345 South 400 East, Heber, UT 84032 | 5,619 | 0.0223% |
| Camden Lawrence | 345 South 400 East, Heber, UT 84032 | 5,911 | 0.0235% |
| Morgan and/or Susan Lawrence | 345 South 400 East, Heber, UT 84032 | 124,973 | 0.4970% |
| IRA Services #289607 Trad | 6910 Taylor Medford Ln., Sugarland, TX 77479 | 27,915 | 0.1110% |
| Kent & Mina Lawson | 6910 Taylor Medford Ln., Sugarland, TX 77479 | 27,963 | 0.1112% |
| IRA Services #289589 Trad | 6910 Taylor Medford Ln., Sugarland, TX 77479 | 27,852 | 0.1108% |
| Equity Institutional Trust Co FBO: 200277807 TRAD | 1351 N 450 E., Orem, UT 84097 | 163,789 | 0.6513% |
| Melissa Leonardson | 1351 N 450 E., Orem, UT 84097 | 365,521 | 1.4535% |
| Don or Paula LeSueur | 6515 W Bull River Rd., Highland, UT 84003 | 5,555 | 0.0221% |
| IRA Services #279894 TRAD | 6515 W Bull River Rd., Highland, UT 84003 | 27,145 | 0.1079% |
| IRA Services #279900 Trad | 6515 W Bull River Rd., Highland, UT 84003 | 13,093 | 0.0521% |

| Security Holder | Address | Shares | Outstanding |
|---|---|---|---|
| Levingston Family Trust | 161 East 1910 South, Orem, UT  84058 | 250,133 | 0.9947% |
| Brandon Lewis | 221 King George St., Daniel Island, SC  29492 | 28,000 | 0.1113% |
| Spencer David Lewis | 401 West 390 So., Spanish Fork, UT 84660 | 3,066 | 0.0122% |
| Jeffrey Limb | 1334 S Haight Creek Dr., Kaysville, Ut  84037 | 77,755 | 0.3092% |
| Margie K. Lindsay | 468 West 1800 North, Pleasant Grove, UT  84062 | 14,143 | 0.0562% |
| Kenneth Liu | 8025 Lapis Harbor Ave, Las Vegas, NV  89117 | 37,500 | 0.1491% |
| Kevin and/or Stella Liu | 2232 High Ridge Land, Sandy, Ut  84092 | 90,000 | 0.3579% |
| Lloyd Liu | 1437 Calla Lily Way, Sandy, UT  84092 | 123,075 | 0.4894% |
| Safety Net, LLC | 3573 North 1590 West, Pleasant Grove, UT  84062 | 25,984 | 0.1033% |
| Watasu Foundation | 3573 North 1590 West, Pleasant Grove, UT  84062 | 34,885 | 0.1387% |
| Trizon Retirement  FBO:Justin Long | 3573 North 1590 West, Pleasant Grove, UT  84062 | 51,893 | 0.2064% |
| Lynnette Lowe Superannuation Fund | PO Box U77 , Charles Darwin University  Northern Territory 0815, Austr | 7,893 | 0.0314% |
| IRA  Services 319648 TRAD | 14342 Hill Prince St., San Antonio, TX  78248 | 169,739 | 0.6750% |
| IRA Services | PO Box 343, Midvale, UT  84047 | 8,865 | 0.0353% |
| Kevin D Major | PO Box 343, Midvale, UT  84047 | 34,982 | 0.1391% |
| Sherry Major | PO Box 991, Hoodsport, WA  98548 | 43,846 | 0.1744% |
| Equity Trust #200319399 IRA | 2165 Teirra Rose Dr., Taylosville, ut  84084 | 3,054 | 0.0121% |
| Peter & Stephanie Maricich | 19636 SE 220th Street, Renton, WA  98058 | 26,481 | 0.1053% |
| Equity Institutional 200145985 TRAD | 19636 SE 220th Street, Renton, WA  98058 | 23,519 | 0.0935% |
| IRA Services 315230 TRAD | 1086 South 890 East, Orem, UT  84097 | 105,437 | 0.4193% |
| Vernon A & Linda A Marks | 1086 South 890 East, Orem, UT  84097 | 128,200 | 0.5098% |
| IRA Services 326604 ROTH | 1540 Thornhill Ave, Westlake Village, CA  91361 | 25,000 | 0.0994% |
| IRA Services 508536 Trad | 1540 Thornhill Ave, Westlake Village, CA  91361 | 51,967 | 0.2067% |
| Jonathan and Jennifer Marriot | PO Box 1338, Riverton, UT  84065 | 4,000 | 0.0159% |
| Joseph Marron | 12753 Anthony Lane, Valley Center, CA  92082 | 35,781 | 0.1423% |
| Luke Martin | 36815 Cty Rt 28,  Antwerp, NY 13608 | 40,000 | 0.1591% |
| IRA Services 281049 SEP | 36815 Cty Rt 28,  Antwerp, NY 13608 | 96,245 | 0.3827% |
| Rueben Martin | 64363 County Rd 31, Goshen,  IN  46528 | 5,000 | 0.0199% |
| Titus Martin | 32161 County Route 20, Philadelphia,  NY  13673 | 5,000 | 0.0199% |
| IRA Services 324437 Trad | 477 No 800 East, Lindon, UT  84042 | 39,750 | 0.1581% |
| Kristen May Matthews Trust | 477 No 800 East, Lindon, UT  84042 | 175,750 | 0.6989% |
| IRA Servies 540791 Trad | 5495 N Durango Dr., Las Vegas, NV  89149 | 31,111 | 0.1237% |
| Allan & Karen Mauldin | 8208 Wooden Windmill Ct., Las Vegas, NV  89131 | 11,303 | 0.0449% |
| Kris Mc Bride | 3830 Frisbee Lane,    Emmett, ID  83617 | 7,800 | 0.0310% |
| James McClanahan | 711 Sarona St.,  Bakersfield, CA  93308-7140 | 19,621 | 0.0780% |
| Kevin John McCollum | PO Box 1941, Park City, UT  84060 | 1,667 | 0.0066% |
| IRA Services 413203 TRAD | 16451 Myrtlewood,  Fountain Valley, CA 92708 | 6,000 | 0.0239% |
| Sean McLaughlin | 2344 West 710 North, Provo, UT  84601 | 1,667 | 0.0066% |
| John & Peggy Meisenbach | PO BOX 283,  Escalante, UT 84726-0283 | 3,865 | 0.0154% |
| BNY Mellon Wealth Management 10513633000 | PO BOX 283,  Escalante, UT 84726-0283 | 31,092 | 0.1236% |
| BNY Mellon Wealth Management 10513634000 | PO BOX 283,  Escalante, UT 84726-0283 | 29,248 | 0.1163% |
| IRA Services 279705 Trad | 1162 North 1050 East,  Orem, Ut  84097-5455 | 33,713 | 0.1341% |
| D. Brad Mertz | 2745 East 1100 So., Springville, UT  84663 | 5,556 | 0.0221% |
| Equity Trust Co FBO Kenneth Michnal IRA 55177 Roth | 3646 Calico Brook Ct., Las Vegas, NV  89147-6899 | 26,794 | 0.1065% |
| Kenneth A and Debra P Michnal Trust | Cabin Hollow Holdings, LLC | 187,035 | 0.7438% |

Case 19-23840    Doc 52    Filed 06/12/19    Entered 06/12/19 12:19:26    Desc Main
Document    Page 10 of 14

| Security Holder | Address | Shares | Outstanding |
|---|---|---|---|
| Pensco FBO: Patricia M Miller #060000104981 | 4959 Fern Place, Rohnert Park, CA  94928 | 22,222 | 0.0884% |
| Pensco FBO:Timothy A Miller#060000104983 | 4959 Fern Place, Rohnert Park, CA  94928 | 4,444 | 0.0177% |
| Lawrence J Mitchell and Melinda E. Mitchell | 2307 W Bonanza Way, So Jordan, UT  84095 | 12,445 | 0.0495% |
| J Lane Montgomery Trust | 4735 So Wallace Lane,   SLC, UT  84117 | 14,286 | 0.0568% |
| IRA Services 528080 | 4735 So Wallace Lane,   SLC, UT  84117 | 86,293 | 0.3432% |
| KDM Enterprises, LC Profit Sharing Plan FBO Kent Montgomery | 389 W Wasatch St     Midvale, UT  84047 | 203,525 | 0.8093% |
| American Estate T100038900 | 10785 Weat Rowland Ave, Littleton, CO  80627 | 92,621 | 0.3683% |
| Jennifer Moore | 553 West 400 North, American Fork, UT  84003 | 7,143 | 0.0284% |
| Bank of Utah FBO: William H Morey II IRA | 2232 Keller Lane, Salt Lake City, UT  84109 | 13,550 | 0.0539% |
| Morgan Family Trust | 502 S  1040 E  #247    American Fork UT 84003 | 1,500 | 0.0060% |
| IRA Services #280987 Trad | 316 Gramayre Rd., Coupeville, WA  98239 | 55,555 | 0.2209% |
| Michael & Verna Morgan | 316 Gramayre Rd., Coupeville, WA  98239 | 150,343 | 0.5979% |
| Equity Institutional Trust 200123120 ROTH | 12971 Green Clover Rd  Draper, UT  84020 | 31,964 | 0.1271% |
| Teri Mortenson | 1649 West 900 South, Spanish Fork, UT  84003 | 25,000 | 0.0994% |
| Tom and Janette Mudge | 3080 So 950 East, Bountiful, UT  84010 | 6,667 | 0.0265% |
| IRA Services 482079 TRAD | 1300 Quarry Ct #401,  Pt Richmond, CA 94801 | 27,181 | 0.1081% |
| Michael L. Naeger Revocable Living Trust | 2204 So 2125 West, Woods Cross, UT  84087 | 1,000 | 0.0040% |
| Bear Creek Investments, LLC | 2204 So 2125 West, Woods Cross, UT  84087 | 12,500 | 0.0497% |
| Brad & Mary Neil | 2103 Oak Point Dr.,   Bluffdale, UT  84065 | 6,500 | 0.0258% |
| IRA Services 275402  Roth | 2103 Oak Point Dr.,   Bluffdale, UT  84065 | 16,016 | 0.0637% |
| IRA Services  #275426 | 15236 So Mountainside Dr., Bluffdale, UT  84065 | 5,631 | 0.0224% |
| Eric & Krista Neil | 15236 So Mountainside Dr., Bluffdale, UT  84065 | 10,430 | 0.0415% |
| IRA Services # 275414  Roth | 6608 South 2400 West, Spanish Fork, UT  84660 | 10,466 | 0.0416% |
| Joseph & Jeanette Neil | 6608 South 2400 West, Spanish Fork, UT  84660 | 16,205 | 0.0644% |
| IRA Sservices 441570  ROTH | 19 County Rd 2843, Aztec, NM 87410-9712 | 1,160 | 0.0046% |
| IRA Sservices 441569 TRAD | 19 County Rd 2843, Aztec, NM 87410-9712 | 6,367 | 0.0253% |
| Leonard K  Neil | 19 County Rd 2843, Aztec, NM 87410-9712 | 20,411 | 0.0812% |
| Neil Family Trust | 2640 West 15090 South, Bluffdale, UT 84065 | 401,093 | 1.5950% |
| Joel R. Neilsen Trust | 643 West 850 South, Orem, UT  84058 | 45,714 | 0.1818% |
| IRA Services 437542 TRAD | 643 West 850 South, Orem, UT  84058 | 50,000 | 0.1988% |
| Edwin & Deborah Neimann | 1506 Jennifer Court, Irwin, PA 85642 | 25,000 | 0.0994% |
| Equity Institutional Trust Co 200117643 Trad | 9481 Highway 11,  Trenton, GA  30752 | 88,178 | 0.3507% |
| George Nelson | 9481 Highway 11,  Trenton, GA  30752 | 120,000 | 0.4772% |
| IRA Services 318334 Trad | 2833 Palma Way,   Salt Lake City Ut  84121 | 21,000 | 0.0835% |
| Zachary & Jennifer Newbold | 6303 West Heritage Hills, Herriman, UT  84096 | 5,000 | 0.0199% |
| Newman Dredging, LLC | 13331 South Redwood Rd., Riverton, UT  84065 | 50,000 | 0.1988% |
| Equity Institutional CO  200117604 TRAD | 4174 Rocy Ridge Rd.,  Idaho Falls, ID  83406 | 2,982 | 0.0119% |
| Equity InstitutionalTrust CO 200117607 ROTH | 4174 Rocy Ridge Rd.,  Idaho Falls, ID  83406 | 1,010 | 0.0040% |
| Equity InstitutionalTrust CO   200117606 TRAD | 4174 Rocy Ridge Rd.,  Idaho Falls, ID  83406 | 8,497 | 0.0338% |
| Innersky, LLC | PO Box 457,  Kahuku,  HI  96731 | 5,558 | 0.0221% |
| Rodney K. & Irene J Okimoto 2000 Revocable Trust | 12380 Clayton Road, San Jose CA  95127 | 300,000 | 1.1930% |
| Stephen Olds | 21242 SE 280th,  Maple Valley, WA  98038 | 5,555 | 0.0221% |
| Equity Institutional Trust Company  #121937 TRAD | 8658 Spartan Dr., Sandy, UT  84094 | 44,060 | 0.1752% |
| P & E Rentals LLC | PO Box 124, Midland, OR  97634 | 37,500 | 0.1491% |
| Robyn Openshaw | 151 East 1520 No., Orem, UT 84057 | 58,884 | 0.2342% |

| Security Holder | Address | Shares | Outstanding |
|---|---|---|---|
| Francis Craig Otterstrom Trust | 333 4th Ave., Salt Lake City, UT  84103 | 6,667 | 0.0265% |
| Joseph Otterstrom | 4286 S 950 E., So Ogden, UT  84403 | 1,333 | 0.0053% |
| Manasseh Truck & Equipment Inc. | 426 Hlavek Rd.,  Decatur, TX 76523 | 1,000 | 0.0040% |
| Bonnie Mac LLC | 1309 Moyle Dr., Alpine, UT  84004 | 200,000 | 0.7953% |
| Steven M Parkin | 3011 South 700 East, SLC, UT  84106 | 2,334 | 0.0093% |
| IRA Services #281190 Roth | 3011 South 700 East, SLC, UT  84106 | 59,657 | 0.2372% |
| Tamara Parks | 20060 SW Clarion St.,  Beaverton, OR  97006 | 2,393 | 0.0095% |
| Jason and Mandy Parry | 485 East 500 No.,  Lindon, UT  84042 | 15,000 | 0.0596% |
| Donna Whatcott Parsons | 1948 E. Viscounti Dr., Sandy, UT  84093 | 13,500 | 0.0537% |
| Deborah Pastryk | 256  City Center Dr.,  Rohnert Park, CA  94958 | 16,111 | 0.0641% |
| IRA Services 469932 Trad | PO Box 176, Cotati, CA 94931 | 22,222 | 0.0884% |
| Keith & Alyson Pennington | 770 East Main St #118, Lehi, UT  84043 | 50,075 | 0.1991% |
| IRA Services  327591 Trad | 248 So Wheeler Pl., Orange, CA  92869 | 64,870 | 0.2580% |
| Jeff & Melissa Peters | 248 So Wheeler Pl., Orange, CA  92869 | 84,722 | 0.3369% |
| Cameron Peterson | 2031 Sam Houston Cr., Carrollton, TX  75006 | 100 | 0.0004% |
| The Lyn Peterson Living Trust est. Aug 12, 2004 | 7602 So Timberline Dr., SLC, UT  84121 | 2,000 | 0.0080% |
| IRA Services # 332872 Trad | 7602 So Timberline Dr., SLC, UT  84121 | 325,750 | 1.2954% |
| NTC & Co FBO: Bryan L Pettit Jr # 060000118229 | 1576 W. Heather Downs Cir., South Jordan, UT  84095 | 18,166 | 0.0722% |
| CKNC Investments GP, LLC | 217 Long Canyon Ct., Richardson, TX  75080 | 75,000 | 0.2982% |
| Zap Enterprises LLC | 17703 Treetop Way, Lake Oswego, OR  97034 | 43,506 | 0.1730% |
| Wendell & Tais Pilger | 10647 SE Lancaster St.,  Portland, OR  97266 | 28,506 | 0.1134% |
| Provident Group admin For Ensign FBO Taresa Plant | 10737 Congressional, Cedar Hills, UT  84062 | 2,857 | 0.0114% |
| Plant Family Living Trust dated September 15, 2006 | 10737 Congressional, Cedar Hills, UT  84062 | 3,000 | 0.0119% |
| Clayton Poon | 1490 Cliff Dr. San Jose, CA  95132 | 52,298 | 0.2080% |
| The Entrust Group LLC FBO Elaine Porter #00508005-01 | PO Box 971212, Orem, UT  84097 | 2,143 | 0.0085% |
| Harold V or Elaine E Porter | 1945 No Oak Lane        Provo, UT  84604 | 2,857 | 0.0114% |
| IRA Servies 288020 Trad | 10924 Reyes Canyons, Helotes, TX  78023 | 62,715 | 0.2494% |
| IRA Servies 288044 Trad | 10924 Reyes Canyons, Helotes, TX  78023 | 74,101 | 0.2947% |
| Pensco FBO: David Preszler 060000095160 | 983 Oakridge Dr., Farmington, Ut  84025 | 15,217 | 0.0605% |
| David & Mary Preszler Family Trust | 983 Oakridge Dr., Farmington, Ut  84025 | 40,270 | 0.1601% |
| Scott  Price | 51 W Center Ste 608, Orem, Ut 84057 | 9,500 | 0.0378% |
| Trust | 1103 E Hearne Way, Gilbert, AZ  85234 | 25,000 | 0.0994% |
| David Purdum | 1762 Golden Age Ct., Colorado Springs, CO  80905 | 2,103 | 0.0084% |
| Equity Institutional 200140927 TRAD | 1762 Golden Age Ct., Colorado Springs, CO  80905 | 16,775 | 0.0667% |
| George D Rakowski | 4278 Roxbury St.,  Simi Valley, CA  93063 | 3,667 | 0.0146% |
| IRA Services 383302 TRAD | 4278 Roxbury St.,  Simi Valley, CA  93063 | 51,701 | 0.2056% |
| Jack H. Rea | 2114 Homedale Road, Klamath Falls, OR  97603 | 18,750 | 0.0746% |
| Nicholas Redd | 12547 S Stonebridge Cir.,  Draper, UT  84020 | 15,000 | 0.0596% |
| F. Scott & Jeanine Reeves | 161 North 1200 East, Lindon, UT  84042 | 4,000 | 0.0159% |
| Equity Institutional 200136584 TRAD | 412 Pahuant Dr., Richfield, UT  84701 | 11,111 | 0.0442% |
| IRA Services 534687Trad | 13438 Tuscalee Way, Draper, UT  84020 | 25,000 | 0.0994% |
| IRA Services 708008 Roth | 13438 Tuscalee Way, Draper, UT  84020 | 25,000 | 0.0994% |
| The Craig Jay Richards Living Trust Agreement | 13438 Tuscalee Way, Draper, UT  84020 | 140,000 | 0.5567% |
| John F Richmond | PO Box 27, Bly, OR  97622 | 37,500 | 0.1491% |
| Ron Robison | 1405 South 300 West, Orem, UT  84058 | 4,500 | 0.0179% |

| Security Holder | Address | Shares | Outstanding |
|---|---|---|---|
| Equity Trust Company FBO Drew E Rounds IRA 60361 | 2432 Ozark Plateau Dr., Henderson, NV 89044 | 5,600 | 0.0223% |
| Corben Family Partnership | 2432 Ozark Plateau Dr., Henderson, NV 89044 | 1,256 | 0.0050% |
| Sadowski Investments, LLC | 16552 West Madison Goodyear, AZ 85338 | 136,033 | 0.5410% |
| Charles Schewe | 200 Tarpon Way, Punta Gorda, FL 33950 | 5,555 | 0.0221% |
| Mae Properties LLC Trust | PO Box 95752, So Jordan, UT 84095 | 600 | 0.0024% |
| IRA Services 437773 TRAD | 8785 Avalon Street, Alto Loma, CA 91701 | 10,449 | 0.0416% |
| Schiller Revocable Trust | 8785 Avalon Street, Alto Loma, CA 91701 | 244,296 | 0.9715% |
| IRA Services # 437785 TRAD | 8785 Avalon Street, Alto Loma, CA 91701 | 61,113 | 0.2430% |
| Schjelderup IP Trust | 3755 Evelyn Dr., SLC, UT 84124 | 500,000 | 1.9883% |
| Kathryn Ann Schjelderup Trust | 3755 Evelyn Dr., SLC, UT 84124 | 150,000 | 0.5965% |
| William Hassel Schjelderup Trust | 3755 Evelyn Dr., SLC, UT 84124 | 100,000 | 0.3977% |
| Joyce C Sellars Trust Dated 8/23/06 | | 1,500 | 0.0060% |
| Equity Institutional Trust CO 200115142 TRAD | 4511 Landmark Cir. Cedar Hills, UT 84062 | 5,555 | 0.0221% |
| Kenneth and Cheryl Severson | 2901 Alaska Ave E., PT Orchard, WA 98366 | 37,500 | 0.1491% |
| Michael & Susan Shepard | 15500 Ferns Corner Rd., Dallas, OR 97338 | 16,088 | 0.0640% |
| Equity Institutional #200147680 TRAD | 15500 Ferns Corner Rd., Dallas, OR 97338 | 41,961 | 0.1669% |
| From Tia Shipley | 5879 Silver Saddle Way, Herriman, UT 84096 | 9,922 | 0.0395% |
| Equity Institutional Trust CO FBO: 200133482 TRAD | 273 Chestnut Ridge Dr., Sandy, UT 84070 | 3,411 | 0.0136% |
| IRA Services # 437086 ROTH | 300 N Washington Ave, Mission Hill, SD 57046 | 34,324 | 0.1365% |
| IRA Services # 437074 TRAD | 300 N Washington Ave, Mission Hill, SD 57046 | 42,482 | 0.1689% |
| IRA Services #312794 Roth | 12756 Siracus Dr., Apt H310, So Jordan, UT 84095 | 11,150 | 0.0443% |
| IRA Services #289218 Trad | 12756 Siracus Dr., Apt H310, So Jordan, UT 84095 | 70,793 | 0.2815% |
| Lily Simpson | 4747 Oak Crest Rd #32, Fallbrook, CA 92028 | 21,088 | 0.0839% |
| IRA Services #273776 Trad | 4747 Oak Crest Rd #32, Fallbrook, CA 92028 | 30,310 | 0.1205% |
| David M. and Beth R. W. Singer | 66 Prospect Street, Reading, MA 01867 | 7,142 | 0.0284% |
| Judith A Skalla Trust | 351 Pine Dr. Ridgway, CO 81432 | 50,000 | 0.1988% |
| Randal Skalla | 1267 Jesse Ct. Highlands Ranch, CO 80126 | 15,530 | 0.0618% |
| IRA Services 392716 Trad | 562 Truck Bay Cir. Murray, UT 874107 | 7,850 | 0.0312% |
| Knight Enterprises, Inc. | 2141 Club House Dr. New Berlin, UT 53751 | 33,333 | 0.1326% |
| Brian & Janet Smith | 8977 Watson PL NE, Bremerton, WA 98311 | 37,500 | 0.1491% |
| Smith Real Estate Service Inc 401 | 6310 Castle Lane, Murray, UT 84107 | 32,297 | 0.1284% |
| Equity Institutional Trust CO FBO: 200121535 TRAD | 2630 West Woodhill Circle, West Jordan, UT 84084 | 4,771 | 0.0190% |
| IRA Services 288718 ESA | 4293 N Chestnut Oak Dr Lehi, UT 84043 | 1,938 | 0.0077% |
| Eden Grace Southworth | 4293 N Chestnut Oak Dr Lehi, UT 84043 | 3,150 | 0.0125% |
| Lemont Southworth | 561244024 McKenzie Hwy Blue River, OR 97413 | 6,362 | 0.0253% |
| IRA Service 426301 TRAD | 561244024 McKenzie Hwy Blue River, OR 97413 | 27,869 | 0.1108% |
| IRA Services 412648 ESA | 4293 N Chestnut Oak Dr. Lehi, UT 84043 | 1,000 | 0.0040% |
| Lyla Belle Southwoorth | 4293 N Chestnut Oak Dr. Lehi, UT 84043 | 4,000 | 0.0159% |
| IRA Services 426349 TRAD | 561244024 McKenzie Hwy Blue River, OR 97413 | 19,218 | 0.0764% |
| Michael Southworth | 4293 N Chestnut Oak Dr. Lehi, UT 84043 | 10,000 | 0.0398% |
| IRA Services 312782 Roth | 4293 N Chestnut Oak Dr. Lehi, UT 84043 | 11,100 | 0.0441% |
| Equity Institutional 200153785 TRAD | 633 Post Oak Dr. Coppell, TX 75019 | 25,000 | 0.0994% |
| Andrew Springer Trust | 970 South Sage Dr., St 113, Cedar City, UT 84720 | 19,250 | 0.0765% |
| Jared C Springer | 4567 W Breezy Meadow, Herriman, UT 84096 | 3,000 | 0.0119% |
| IRA Services 711627 ROTH | 849 Skyline Dr., Glenside,m PA 19038 | 12,122 | 0.0482% |

| Security Holder | Address | Shares | Outstanding |
|---|---|---|---|
| Jeffery & Donna Stark | 849 Skyline Dr., Glenside,m PA 19038 | 38,000 | 0.1511% |
| IRA Services #483266 | 4542 Temple Shadows Dr., Cedar Hills, UT 84062-8669 | 1,632 | 0.0065% |
| IRA Services 318358 TRAD | 4542 Temple Shadows Dr Cedar Hills, UT 84062-8669 | 118,368 | 0.4707% |
| Craig H & Ruth S Steed | 1236 Knittles Kove, Lehi, UT 84043 | 131,000 | 0.5209% |
| Adrian M. Steinwedel Trust | 20044 Pacifica Dr., Cupertine, CA 95014 | 2,500 | 0.0099% |
| NTC FBO: Adrian Steinwedel Account 060000092728 | 20044 Pacifica Dr., Cupertine, CA 95014 | 90,624 | 0.3604% |
| IRA Services 301486 ROTH | 3240 Britten Ave., San Carlos, CA 94070 | 225,850 | 0.8981% |
| Shaun & Xenia Stirland | 80 South Pfeifferhorn Dr., Alpine, Ut 84004 | 10,000 | 0.0398% |
| NTC & CO FBO: Shaun Stirland #060000110511 | 80 South Pfeifferhorn Dr., Alpine, Ut 84004 | 31,473 | 0.1252% |
| Bryant K. and Nichole M. Stirling | 468 West 1800 North, Pleasant Grove, UT 84062 | 33,000 | 0.1312% |
| NTC & Co. FBO David Stirling #060000118816 | 2449 North 600 West, Pleasant Grove, UT 84062 | 69,021 | 0.2745% |
| Marlo and Sandra Stradley | 8932 South 3820 West, West Jordan, UT 84088 | 60,718 | 0.2415% |
| IRA Services 419849 Trad | 8932 South 3820 West, West Jordan, UT 84088 | 65,693 | 0.2612% |
| IRA Services 419837 TRAD | 8932 South 3820 West, West Jordan, UT 84088 | 23,063 | 0.0917% |
| IRA Services 349434 Roth | 7349 W Rose Creek Ln., Herriman, UT 84096 | 53,237 | 0.2117% |
| Bruce Sullivan | 1467 Eastpoint Circle, Sandy, Ut 84092 | 19,425 | 0.0772% |
| IRA Service #325934 Trad | 1467 Eastpoint Circle, Sandy, Ut 84092 | 36,923 | 0.1468% |
| Casey Sullivan | 948 Best Ave, SLC, UT 84106 | 1,915 | 0.0076% |
| Doug Sullivan | 11648 S Ingot Way, South Jordan, UT 84095 | 50,625 | 0.2013% |
| Sean Sullivan | 11648 S Ingot Way, South Jordan, UT 84095 | 2,082 | 0.0083% |
| Equity Institutional Trust CO FBO: 200121618 ROTH | 2519 Sharp Place, Bismark, ND 58503 | 2,447 | 0.0097% |
| Bettye Taylor | PO Box 14276, Austin, TX 78761 | 12,500 | 0.0497% |
| John & Susan Taylor Trust | 10274 Vilas Dr., Sandy, UT 84092 | 125,000 | 0.4971% |
| Lyanne Terada | 790 Trail Ridge Dr., Louisville, CO 80027-3113 | 23,192 | 0.0922% |
| IRA Services 445459 | 790 Trail Ridge Dr., Louisville, CO 80027-3113 | 98,876 | 0.3932% |
| Ann Thomas | 1016 W. Wildwood Dr., Prospect Heights, IL 60070 | 11,250 | 0.0447% |
| Bert Thomas | RR3 Sundance C-2, Provo, UT 84604 | 350,000 | 1.3918% |
| Chris and Monica Thomas | 2111 Chestnut Ave #175, Glenview, IL 60025 | 50,625 | 0.2013% |
| Kenneth Thorton | 2000 Lone Star Trail, Clarkdale, AZ 86324 | 12,311 | 0.0490% |
| Cayley Thurlby | 1546 Prospect Ave, Hermosa Beach, CA 90254 | 12,500 | 0.0497% |
| IRA Services 315758 TRAD | 11111 North 5500 West, Highland, UT 84003 | 87,322 | 0.3472% |
| SteveTrumbo | 1599 North 1550 East, Provo, UT 84604 | 534,700 | 2.1263% |
| Dina Tsentserensky | 42 Eastbrook Dr., Riveredge, NJ 07661 | 89,453 | 0.3557% |
| Shane Veltri | 5233 Skyline Dr., Ogden, UT 84403 | 75,000 | 0.2982% |
| William & Lisa Vincent | 15808 SW Willow Dr., Sherwood, OR 97140 | 112,500 | 0.4474% |
| IRA Express | 15808 SW Willow Dr., Sherwood, OR 97140 | 225,000 | 0.8947% |
| Jeff & Trisha Wadsworth | 4803 Withers Dr., Fort Collins, CO 80524 | 2,000 | 0.0080% |
| Jonas & Elizabeth Wagler | 8510 State Rt 534, Middle Field, OH 44062 | 64,673 | 0.2572% |
| Pensco FBO: Albert Kenyon Wagner # 060000097432 | 69 West 500 South, Orem Ut 84058 | 891 | 0.0035% |
| Albert Kenyon Wagner | 69 West 500 South, Orem Ut 84058 | 10,606 | 0.0422% |
| Pensco FBO: Albert Kenyon Wagner # 060000097431 | 69 West 500 South, Orem Ut 84058 | 25,644 | 0.1020% |
| Wagner Family Revocable Trust | 1212 Red Oak Court, Vacaville, CA 95687 | 57,000 | 0.2267% |
| Dependable Sheet Metal PSP FBO Don Wagner | 1212 Red Oak Court, Vacaville, CA 95687 | 241,000 | 0.9584% |
| Dependable Sheet Metal PSP FBO Robin Wagner | 1212 Red Oak Court, Vacaville, CA 95687 | 252,000 | 1.0021% |
| IRA Services 307142 Trad | PO Box 830, Sandy, UT 84091 | 21,955 | 0.0873% |

| Security Holder | Address | Shares | Outstanding |
|---|---|---|---|
| Jeff Warner | 751 West 2100 North, Pleasant Grove, Ut  84062 | 6,667 | 0.0265% |
| Letha & Jason Wendal | 580 South Ridge Lane, Alpine, UT  84004 | 22,537 | 0.0896% |
| Charles O Westover Revocable Trust LTD 2-2-08 | 4191 Unoeruak Way, Provo, UT  84604 | 250,000 | 0.9942% |
| Jaree B Whipple | 13443 South Palawan Way, Riverton, UT  84065 | 2,222 | 0.0088% |
| IRA Service #284774 Trad | 4364 Degray Dr., SJ Utah  84095 | 1,843 | 0.0073% |
| IRA Service #284762 Roth | 4364 Degray Dr., SJ Utah  84095 | 10,995 | 0.0437% |
| IRA Services #284798 ROTH | 4364 Degray Dr., SJ Utah  84095 | 9,389 | 0.0373% |
| IRA Services #284786 Trad | 4364 Degray Dr., SJ Utah  84095 | 28,608 | 0.1138% |
| George White | 13337-154a Ave., Edmonton, Alberta, Canada  T6V 1G2 | 63,333 | 0.2519% |
| Equity Institutional Trust Company  200114779  ROTH | 3883 South White Rail Ln, West Haven, UT  84401 | 1,189 | 0.0047% |
| Douglas G Whiting | 3883 South White Rail Ln, West Haven, UT  84401 | 1,958 | 0.0078% |
| Equity Institutional Trust Company 200114778  TRAD | 3883 South White Rail Ln, West Haven, UT  84401 | 2,302 | 0.0092% |
| David R. Whitlock | 5867 Oakview Dr., Highland, UT  84003-9417 | 9,667 | 0.0384% |
| IRA Services 310165 Trad | 5867 Oakview Dr., Highland, UT  84003-9417 | 61,061 | 0.2428% |
| Equity Trust 200272470 | 5677 Bonita Road, Lake Oswego, OR  97035 | 60,897 | 0.2422% |
| IRA Services 482882 TRAD | 170 Remington Dr     Evanston, WY 82930 | 16,875 | 0.0671% |
| IRA Services 306952 ROTH | 233 West  800 North,  American Fork, UT  84003 | 19,142 | 0.0761% |
| IRA Services ROTH | 233 West  800 North,  American Fork, UT  84003 | 64,332 | 0.2558% |
| Wilde Family Trust | 233 West  800 North,  American Fork, UT  84003 | 117,500 | 0.4673% |
| Kelly G and Andrea L Williams | 958 Bridgecreek Ln., Layton, UT  84041 | 11,000 | 0.0437% |
| IRA Services #280802 Roth | 2783 Sunbrise Peak Circle , Saratoga Springs, UT  84045 | 6,345 | 0.0252% |
| IRA Services 280884 Trad | 2783 Sunbrise Peak Circle , Saratoga Springs, UT  84045 | 8,700 | 0.0346% |
| IRA Services #280896 Roth | 2783 Sunbrise Peak Circle , Saratoga Springs, UT  84045 | 1,385 | 0.0055% |
| IRA Services 280872 Trad | 2783 Sunbrise Peak Circle , Saratoga Springs, UT  84045 | 26,615 | 0.1058% |
| Tesano, LLC | 4024 S Parkview Dr.,  SLC, UT  84124 | 36,198 | 0.1439% |
| Steve Wilson | 4024 S Parkview Dr.,  SLC, UT  84124 | 179,402 | 0.7134% |
| Laura Winegar | 3518 North 1450 West, Pleasant Grove, UT  84062 | 9,500 | 0.0378% |
| Equity Institutional Trust CO  FBO: Clifford Wise #122035 | 1509 N 500 E, Centerville, UT  84014 | 520 | 0.0021% |
| Corrine Wohlwend | 1597 So 30 East, Payson, UT  84651 | 84,375 | 0.3355% |
| Equity Institutional FBO: Janet Woodward 200138209 TRAD | 6918 Jefferson Cir., West Jordan, UT  84084 | 17,974 | 0.0715% |
| Eric Wynn | Salt Lake City, Utah | 20,000 | 0.0795% |
| SherryYates | PO Box 1014, Bountiful, UT  84011 | 28,583 | 0.1137% |
| IRA Services #318681Trad | PO Box 1014, Bountiful, UT  84011 | 50,475 | 0.2007% |
| Equity Institutional Trust 200126676 Trad | 2979 Branch Dr., Holladay, UT  84117-5503 | 45,067 | 0.1792% |
| Oliver Zong | 253 The Promenade, Edgewater, NJ 07020 | 89,453 | 0.3557% |
| Total |  | 25,146,978 | 100.00% |