Kenneth L. Cannon II (3705)
Penrod W. Keith (4860)
**DURHAM JONES & PINEGAR, P.C.**
111 South Main Street, Suite 2400
P O Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000
Fax:  (801) 415-3500
Email:  kcannon@djplaw.com
           pkeith@djplaw.com

Proposed Attorneys for Debtor and Debtor in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| In re:<br><br>NOAH OPERATIONS RICHARDSON TX, LLC; NOAH OPERATIONS SUGARLAND TX, LLC; NOAH OPERATIONS CHANDLER AZ, LLC; and NOAH CORPORATION,<br><br>Debtors. | Bankruptcy Case No. 19-23492<br>Bankruptcy Case No. 19-23571<br>Bankruptcy Case No. 19-23810<br>Bankruptcy Case No. 19-23840<br>(Jointly Administered)<br><br>Chapter 11<br>Honorable Joel T. Marker<br><br>[This Order affects only <u>Noah Corporation</u>] |
|---|---|

**FINAL ORDER ON DEBTOR'S EXPEDITED MOTION TO SET LIMITED
NOTICE AND CASE MANAGEMENT PROCEDURES**

The motion ("<u>Motion</u>") of debtor Noah Corporation (the "<u>Debtor</u>") for an Order to set limited notice on certain matters and for case management procedures came on for final hearing as scheduled on June 19, 2019.  Appearances were made as noted on the record of the hearing. The Court, having reviewed and considered the Motion, the declaration of William J. Bowser in

support thereof, and any further evidence received that was proffered or submitted, and the arguments of counsel, and having found that notice is sufficient, and having made additional findings and conclusions on the record of the hearing, which findings and conclusions are incorporated herein by this reference, hereby

ORDERS:

1. The Motion is granted on a final basis.

2. When giving notice of "Limited Notice Matters" (as defined in the Motion), parties may use the Limited Service List as set forth in the Motion. This includes (a) the Office of the United States Trustee for this District; (b) counsel for any official unsecured creditors' committee appointed in these cases, or until such time as counsel is named, the holders of the twenty largest unsecured claims against the Debtor; (c) the Internal Revenue Service; (d) all parties that have requested notice pursuant to Rule 2002 of the Bankruptcy Rules; and (e) any party with a pecuniary interest in the subject matter of the particular Limited Notice Matter or its counsel. In addition to the Limited Service List, the Debtor shall also serve any party that is financially affected by a Motion with the Motion and notice of objection deadline and hearing date thereon.

3. Service by the so-called ECF shall be sufficient for parties receiving notices in this case by such service and for all other service, first class mail shall be sufficient for those persons that do not receive notice by ECF.

\* \* \* \* **END OF ORDER** \* \* \* \*

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing **FINAL ORDER ON DEBTOR'S EXPEDITED MOTION TO SET LIMITED NOTICE AND CASE MANAGEMENT PROCEDURES** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users.

- Ryan C. Cadwallader    rcadwallader@kmclaw.com, tsanders@kmclaw.com
- Steven W. Call    scall@rqn.com, docket@rqn.com
- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com
- P. Matthew Cox    bankruptcy_pmc@scmlaw.com
- T. Edward Cundick    tec@clydesnow.com, laardema@clydesnow.com
- Penrod W. Keith    pkeith@djplaw.com, khughes@djplaw.com
- Julie E. Kenworthy    jkenworthy@kmclaw.com
- Reid W. Lambert    rlambert@strongandhanni.com, tlawrence@strongandhanni.com
- John T. Morgan tr    john.t.morgan@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov
- Erik A. Olson    eolson@olsontrial.com
- Shawn T. Richards    srichards@kmclaw.com
- Mark C. Rose    mrose@mbt-law.com, markcroselegal@gmail.com
- Brian M. Rothschild    brothschild@parsonsbehle.com, ecf@parsonsbehle.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail** - In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

- *Attached List*

                                                   /s/ Penrod W. Keith
                                                   Penrod W. Keith

Robert Baker
98 West 550 North
Vineyard, UT  84059

Jeannette Bonin
c/o Charles V. Bonin
133 Washington Street
Morristown, NJ  07960

Julie/Brent Cashin
3008 The Strand
Manhattan Beach, CA  90266

Judi Davenport
3263 Claremont Way
Napa, CA  94558

LaRayne Day
1563 East Spyglass Hill Dr.
Draper, UT  84020

Dan Naylor
2595 East 9900 South
Sandy, UT  84092

Sherrie East
100 N Tryon Street
Charlotte, NC 28255

Victor Grijalva
449 Avalon Lane
Coppell, TX  75019

Guggenheim Retail Real Estate Partners
3000 Internet Boulevard
Frisco, TX  75034

Chris Hoke
1709 Shady Knoll Court
Sewisckley, PA  15143

Elaine Horrocks
1467 Indian Hills Dr
Salt Lake City, UT  84108

Kristin Matthews
4821 SW 35th Place
Portland, OR  97221-3904

Andrew Moyce
1163 Ashmount Avenue
Piedmont, CA  94610

Nancy Neil
2640 West 15090 South
Bluffdale, UT 84065

Robyn Openshaw
8086 Courtyard Loop
Park City, UT 84098

The Real Mint LLC
Attn:  Mary Ann Holda
768 Harris Point Dr.
Virginia Beach, VA 23455

Rockwell Debt-Free Properties, Inc.
8494 South 700 East Ste. 200
Sandy, UT 84070

William Hassel Schjelderup
3755 Evelyn Dr.
Salt Lake City, UT  84124

Lorrie Stark
4542 Temple Shadows Dr
Cedar Hills, UT  84062-8669

Doug Sullivan
11648 S Ingot Way
South Jordan, UT  84095

Internal Revenue Service
Centralized Insolvency Operations
P O Box 7346
Philadelphia, PA  19101-7346

Utah State Tax Commission
Taypayer Services Division
Attention: Michelle Riggs
210 North 1950 West
Salt Lake City, UT 84134

Securities & Exchange Commission
Attn:  Daniel J. Wadley
351 S. West Temple, Suite 6.100
Salt Lake City, UT  84101

Mark Hashimoto
Piercy Bowler Taylor & Kern
7050 S Union Park Avenue, Ste 140
Midvale, UT 84047