Kenneth L. Cannon II (3705) (kcannon@djplaw.com)
Penrod W. Keith (4860) (pkeith@djplaw.com)
**DURHAM JONES & PINEGAR, P.C.**
111 South Main Street, Suite 2400
P O Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000
Fax: (801) 415-3500

Proposed Attorneys for Debtor and Debtor in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| In re:<br><br>NOAH OPERATIONS RICHARDSON TX, LLC; NOAH OPERATIONS SUGARLAND TX, LLC; NOAH OPERATIONS CHANDLER AZ, LLC; and NOAH CORPORATION,<br><br>Debtors. | Bankruptcy Case No. 19-23492<br>Bankruptcy Case No. 19-23571<br>Bankruptcy Case No. 19-23810<br>Bankruptcy Case No. 19-23840<br>(Jointly Administered)<br><br>Chapter 11<br><br>Honorable Joel T. Marker<br><br>[This Order affects only <u>Noah Corporation</u>] |
|---|---|

**ORDER APPROVING DEBTOR'S APPLICATION PURSUANT TO
SECTION 327(a) OF THE BANKRUPTCY CODE TO RETAIN
<u>AND EMPLOY DURHAM JONES & PINEGAR AS COUNSEL</u>**

The application dated May 31, 2019 (the "<u>Application</u>") of debtor Noah Corporation (the

"<u>Debtor</u>") for an Order, authorizing the Debtor's employment of Durham Jones & Pinegar, P.C.

("DJP") as its counsel pursuant to section 327(a) of the Bankruptcy Code, and Rules 2014 and

5002 of the Federal Rules of Bankruptcy Procedure, came on for hearing. The Court, having

reviewed and considered the Application, the declaration of Kenneth L. Cannon II filed in

SLC_4308162.1

support of the Application, and any objection filed to the Application, having found that notice of the Application is sufficient and that DJP is disinterested, and having made additional findings and conclusions on the record which are by this reference incorporated herein, and good cause appearing therefor, hereby

ORDERS:

1. The Application is granted.

2. The Debtor's employment of DJP for the purposes set forth in the Application is approved, effective as of May 28, 2019, on the terms set forth in the Application.

2. DJP shall be compensated for its services in this case and reimbursed for associated expenses in accordance with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and any future orders of this Court, and all compensation and reimbursement allowed to DJP shall be an administrative expense of this chapter 11 case.

\* \* \* \* **END OF ORDER** \* \* \* \*

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER APPROVING DEBTOR'S APPLICATION PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE TO RETAIN AND EMPLOY DURHAM JONES & PINEGAR AS COUNSEL** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users.

- Ryan C. Cadwallader    rcadwallader@kmclaw.com, tsanders@kmclaw.com
- Steven W. Call    scall@rqn.com, docket@rqn.com
- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com
- P. Matthew Cox    bankruptcy_pmc@scmlaw.com
- T. Edward Cundick    tec@clydesnow.com, laardema@clydesnow.com
- Penrod W. Keith    pkeith@djplaw.com, khughes@djplaw.com
- Julie E. Kenworthy    jkenworthy@kmclaw.com
- Reid W. Lambert    rlambert@strongandhanni.com, tlawrence@strongandhanni.com
- John T. Morgan tr    john.t.morgan@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov
- Erik A. Olson    eolson@olsontrial.com
- Shawn T. Richards    srichards@kmclaw.com
- Mark C. Rose    mrose@mbt-law.com, markcroselegal@gmail.com
- Brian M. Rothschild    brothschild@parsonsbehle.com, ecf@parsonsbehle.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail** - In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

- *Attached List*

                                                /s/ Penrod W. Keith
                                                Penrod W. Keith

Robert Baker
98 West 550 North
Vineyard, UT  84059

Jeannette Bonin
c/o Charles V. Bonin
133 Washington Street
Morristown, NJ  07960

Julie/Brent Cashin
3008 The Strand
Manhattan Beach, CA  90266

Judi Davenport
3263 Claremont Way
Napa, CA  94558

LaRayne Day
1563 East Spyglass Hill Dr.
Draper, UT  84020

Dan Naylor
2595 East 9900 South
Sandy, UT  84092

Sherrie East
100 N Tryon Street
Charlotte, NC 28255

Victor Grijalva
449 Avalon Lane
Coppell, TX  75019

Guggenheim Retail Real Estate Partners
3000 Internet Boulevard
Frisco, TX  75034

Chris Hoke
1709 Shady Knoll Court
Sewisckley, PA  15143

Elaine Horrocks
1467 Indian Hills Dr
Salt Lake City, UT  84108

Kristin Matthews
4821 SW 35th Place
Portland, OR  97221-3904

Andrew Moyce
1163 Ashmount Avenue
Piedmont, CA  94610

Nancy Neil
2640 West 15090 South
Bluffdale, UT 84065

Robyn Openshaw
8086 Courtyard Loop
Park City, UT 84098

The Real Mint LLC
Attn:  Mary Ann Holda
768 Harris Point Dr.
Virginia Beach, VA 23455

Rockwell Debt-Free Properties, Inc.
8494 South 700 East Ste. 200
Sandy, UT 84070

William Hassel Schjelderup
3755 Evelyn Dr.
Salt Lake City, UT  84124

Lorrie Stark
4542 Temple Shadows Dr
Cedar Hills, UT  84062-8669

Doug Sullivan
11648 S Ingot Way
South Jordan, UT  84095

Internal Revenue Service
Centralized Insolvency Operations
P O Box 7346
Philadelphia, PA  19101-7346

Utah State Tax Commission
Taypayer Services Division
Attention: Michelle Riggs
210 North 1950 West
Salt Lake City, UT 84134

Securities & Exchange Commission
Attn:  Daniel J. Wadley
351 S. West Temple, Suite 6.100
Salt Lake City, UT  84101

Mark Hashimoto
Piercy Bowler Taylor & Kern
7050 S Union Park Avenue, Ste 140
Midvale, UT 84047