**Fill in this information to identify the case:**

Debtor name  Noah Corporation

United States Bankruptcy Court for the:  DISTRICT OF UTAH

Case number (if known)  19-23840

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 20, 2019          X _/s/ Mark Hashimoto_____
                                            Signature of individual signing on behalf of debtor

                                            Mark Hashimoto
                                            Printed name

                                            Chief Restructuring Officer
                                            Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   Noah Corporation

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)   19-23840

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................   $       0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................   $     252,589.39

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................   $     252,589.39

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $     0.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $     448,013.53

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................   +$     33,977,689.03

4.   **Total liabilities** ............................................................................................
    Lines 2 + 3a + 3b    $     34,425,702.56

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  Noah Corporation

United States Bankruptcy Court for the:  DISTRICT OF UTAH

Case number (if known)  19-23840

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**          **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank | Checking | 6585 | $30,451.39 |

4.          **Other cash equivalents** *(Identify all)*

5.          **Total of Part 1.**          $30,451.39
          Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**          **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**          **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.          **Accounts receivable**

| | | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | 20,276.00 | - | 10,138.00 | = .... | $10,138.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Noah Corporation | Case number *(If known)* 19-23840 |
|---|---|---|
| | Name | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$10,138.00

---

**Part 4:**    Investments

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |
| Alcohol | 5/28/19 | $120,000.00 | | $120,000.00 |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$120,000.00

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

---

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 2

Debtor    Noah Corporation
      Name    Case number *(If known)*  19-23840

39. **Office furniture**

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**
See attached Schedule 1          $50,000.00                              $50,000.00

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.          $50,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
42 Coffee Machines          $42,000.00                              $42,000.00

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.          $42,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
| --- | --- |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Noah Corporation | Case number *(If known)* 19-23840 |
|---|---|---|
| | Name | |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    See attached Schedule 2 | | $0.00 | | $0.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $0.00 |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites**<br>Website - noaheventvenue.com | $0.00 | | $0.00 |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations**<br>Customer Lists | Unknown | | Unknown |
| 64.    **Other intangibles, or intellectual property**<br>Custom Software App | Unknown | | Unknown |
| 65.    **Goodwill** | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    Noah Corporation
_____
Name                                                            Case number *(If known)*   19-23840

**66.**    **Total of Part 10.**

|  |  |
|---|---|
|  | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**71.**    **Notes receivable**
Description (include name of obligor)

**72.**    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

See attached Schedule 3                    Tax year _____        $0.00

**73.**    **Interests in insurance policies or annuities**

**74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.**    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**    **Trusts, equitable or future interests in property**

**77.**    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.**    **Total of Part 11.**

|  |  |
|---|---|
|  | $0.00 |

Add lines 71 through 77. Copy the total to line 90.

**79.**    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    Noah Corporation
          _____    Case number *(If known)*  19-23840
          Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $30,451.39 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $10,138.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $120,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $50,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $42,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $252,589.39 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $252,589.39 |

**Fill in this information to identify the case:**

Debtor name _____ Noah Corporation _____

United States Bankruptcy Court for the: _____ DISTRICT OF UTAH _____

Case number (if known) _____ 19-23840 _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Noah Corporation

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    19-23840

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1 | Priority creditor's name and mailing address<br>Adams, Ariel S<br>324 SW 173rd St<br>Oklahoma City, OK 73170 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $187.69 | $187.69 |
|  | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>Adams, Shanise E<br>1019 Lincoln Ave<br>Duquesne, PA 15110 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $234.93 | $234.93 |
|  | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | Case number *(if known)* | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,227.83 | $1,227.83 |
|---|---|---|---|---|
| | Adney, Erin M | *Check all that apply.* | | |
| | 4346 W Mescal St | ☐ Contingent | | |
| | Glendale, AZ 85304 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,043.09 | $1,043.09 |
|---|---|---|---|---|
| | Agan, Madison C | *Check all that apply.* | | |
| | 202 River Oaks Dr | ☐ Contingent | | |
| | Lake Jackson, TX 77566 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $197.36 | $197.36 |
|---|---|---|---|---|
| | Aguillon, Santos A | *Check all that apply.* | | |
| | 2110 Orean St | ☐ Contingent | | |
| | Houston, TX 77034 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,204.56 | $1,204.56 |
|---|---|---|---|---|
| | Aikins, Kayla N | *Check all that apply.* | | |
| | P O Box 14 | ☐ Contingent | | |
| | Rowlett, TX 75030 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.80 | $45.80 |
|---|---|---|---|---|

Alonso, Jose
4263 S Greenhaven St
Wichita, KS 67216

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,049.21 | $1,049.21 |
|---|---|---|---|---|

Ambrose, Alyson G
109 E 23rd St
Houston, TX 77008

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $226.44 | $226.44 |
|---|---|---|---|---|

Archibald, Parker D
1064 Sage Dr
Pleasant Grove, UT 84062

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,324.96 | $1,324.96 |
|---|---|---|---|---|

Arn, Kaitlyn R
3261 Canterbury Dr
Bay City, MI 48706

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.55 | $133.55 |
|---|---|---|---|---|
| | Ashe, Jamie J | *Check all that apply.* | | |
| | 113 Camberwell Dr | ☐ Contingent | | |
| | Pittsburgh, PA 15238 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | Specify Code subsection of PRIORITY | ☐ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,082.01 | $1,082.01 |
|---|---|---|---|---|
| | Backer, Hanna J | *Check all that apply.* | | |
| | 15003 Davenport Cir | ☐ Contingent | | |
| | Omaha, NE 68154 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | Specify Code subsection of PRIORITY | ☐ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $620.54 | $620.54 |
|---|---|---|---|---|
| | Bacon, Kayley A | *Check all that apply.* | | |
| | 606 Timberbend Trl | ☐ Contingent | | |
| | Allen, TX 75002 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | Specify Code subsection of PRIORITY | ☐ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $670.89 | $670.89 |
|---|---|---|---|---|
| | Badalaty, Megan R | *Check all that apply.* | | |
| | 220 Mockingbird Dr | ☐ Contingent | | |
| | Jeffersonville, IN 47130 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | Specify Code subsection of PRIORITY | ☐ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,211.03 | $2,211.03 |
|---|---|---|---|---|

Bafford, Megan E
8827 N Beards Bluff Ln
Fair Grove, MO 65648

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,924.29 | $2,924.29 |
|---|---|---|---|---|

Bailey, Caitlin
72650 Omo Rd
Richmond, MI 48062

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.38 | $120.38 |
|---|---|---|---|---|

Baker, Gary N
5796 Halton Gill Ln
New Albany, OH 43054

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $525.79 | $525.79 |
|---|---|---|---|---|

Baker, Jeremy M
3801 Cherry Tree Ln
Joliet, IL 60435

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $101.60 | $101.60 |
|---|---|---|---|---|
| | Ballard, Mario<br>2323 Imogene St<br>Memphis, TN 38114 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $416.63 | $416.62 |
|---|---|---|---|---|
| | Barker, Maria L<br>1266 Cox Mill Rd<br>Concord, NC 28027 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $263.83 | $263.83 |
|---|---|---|---|---|
| | Barnes Gilliam, Rashia L<br>4807 Shafer St<br>Norfolk, VA 23513 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $456.49 | $456.49 |
|---|---|---|---|---|
| | Barranco, Mary K<br>5792 Kevin Dr<br>Nevada, TX 75173 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address<br>Bateson, Torie A<br>3528 W Crab Apple Cir<br>Taylorsville, UT 84129 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,119.81 | $1,119.81 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address<br>Bauman, Joshua | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $518.60 | $518.60 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address<br>Baylor, Thomas J<br>2015 Old Mountain Creek Rd Apt 3<br>Greenville, SC 29609 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $863.36 | $863.36 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address<br>Beardsley, Chandler<br>1201 Granbury Dr<br>Allen, TX 75013 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $85.01 | $85.01 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| **2.27** | Priority creditor's name and mailing address<br>Beedy, Charles R<br>2428 SW 91st St<br>Oklahoma City, OK 73159 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $117.80 | $117.80 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.28** | Priority creditor's name and mailing address<br>Bender, Shelby R<br>3205 Rainier Dr<br>Lawrence, KS 66047 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $172.80 | $172.80 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.29** | Priority creditor's name and mailing address<br>Bennett, Samuel R<br>P O box 5329<br>Katy, TX 77449 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,216.22 | $1,216.22 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.30** | Priority creditor's name and mailing address<br>Bibbey, Sara N<br>2225 Palenque Dr SE<br>Rio Rancho, NM 87124 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,024.24 | $1,024.24 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,276.81 | $1,276.81 |
|---|---|---|---|---|

Bigler, Marlori S
5317 W Borglum Ln
Herriman, UT 84096

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,418.73 | $1,418.73 |
|---|---|---|---|---|

Bird, Robyn W
1981 N Canyon Rd Apt 8
Provo, UT 84604

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $769.98 | $769.98 |
|---|---|---|---|---|

Blackman, Leah R
11534 Floyd Dr Apt 2505
Overland Park, KS 66210

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,063.23 | $2,063.23 |
|---|---|---|---|---|

Blanco, Ariana
423 W Myrtle Dr
Chandler, AZ 85248

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.49 | $118.49 |
|---|---|---|---|---|
| | Blaszczak, Eric C<br>1288 360th St<br>Eastlake, OH 44095 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $268.97 | $268.97 |
|---|---|---|---|---|
| | Blevins, Chelsea E<br>1111 Abrams Rd Apt 110<br>Richardson, TX 75081 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,360.34 | $1,360.34 |
|---|---|---|---|---|
| | Bloomer, Kelsey D<br>315 Heidinger Dr<br>Cary, NC 27511 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $302.95 | $302.95 |
|---|---|---|---|---|
| | Blouin, Mark R<br>309 Chatelaine Ct<br>Willowbrook, IL 60527 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/2019 to 6/1/2019 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,503.99 | $3,503.99 |
|---|---|---|---|---|

Bolkcom, Kenneth J
726 W Dwayne Dr
Lehi, UT 84043

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.00 | $224.00 |
|---|---|---|---|---|

Bosco, Emma
2813 N 110th Ct Apt 206
Omaha, NE 68164

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.00 | $134.00 |
|---|---|---|---|---|

Bowens, Theresa L
8014 Clairmont Ave
Rowlett, TX 75089

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $352.00 | $352.00 |
|---|---|---|---|---|

Bower, Richard G
204 Page Ct
Hurst, TX 76053

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.43 | Priority creditor's name and mailing address<br>Bowser, Andrew | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,853.39 | $2,853.39 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.44 | Priority creditor's name and mailing address<br>Bowser, Marilyn<br>9555 East Raintree Dr. #1045<br>Scottsdale, AZ 85260 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $724.79 | $724.79 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.45 | Priority creditor's name and mailing address<br>Bowser, Mark<br>6444 Carrington Cir<br>Sarasota, FL 34238 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,835.63 | $3,835.63 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.46 | Priority creditor's name and mailing address<br>Bowser, Michael<br>4055 Long Arrow St<br>Concord, NC 28025 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,844.56 | $5,844.56 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,068.68 | $11,068.68 |
|---|---|---|---|---|
| | Bowser, Susanna<br>7970 Glenwild Dr<br>Park City, UT 84098 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,480.77 | $13,650.00 |
|---|---|---|---|---|
| | Bowser, William<br>7970 Glenwild Dr<br>Park City, UT 84098 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,017.30 | $1,017.30 |
|---|---|---|---|---|
| | Box, Alyssa N<br>4001 Nasa Pkwy Apt 228<br>El Lago, TX 77586 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.22 | $184.22 |
|---|---|---|---|---|
| | Bradley, Sean R<br>2201 Parklyn St<br>Pittsburgh, PA 15234 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**2.51** | Priority creditor's name and mailing address
Brice, Michael G
52 S Helms St
Lexington, TN 38351

As of the petition filing date, the claim is:    $366.79    $366.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.52** | Priority creditor's name and mailing address
Broadway, Bria
199 S Lyndon St Apt A
Greensboro, NC 27401

As of the petition filing date, the claim is:    $943.34    $943.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.53** | Priority creditor's name and mailing address
Brooks, Arayiel R
1237 Nutting St
Cedar Hill, TX 75104

As of the petition filing date, the claim is:    $1,852.69    $1,852.69
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.54** | Priority creditor's name and mailing address
Brown, Hannalori K
525 W Deming Pl Apt 422
Chicago, IL 60614

As of the petition filing date, the claim is:    $1,060.53    $1,060.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $202.62 | $202.62 |
|---|---|---|---|---|

**2.55**

Priority creditor's name and mailing address
Brown, Patrick D
4652 Tulip Creek Dr
Memphis, TN 38135

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$202.62    $202.62

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.56**

Priority creditor's name and mailing address
Burke, Joann R
7495 Summernite Dr
Bartlett, TN 38133

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$176.67    $176.67

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.57**

Priority creditor's name and mailing address
Burkhart, Amanda L
408 Warrior Ln
Harriman, TN 37748

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$515.73    $515.73

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.58**

Priority creditor's name and mailing address
Burnett, Brittany A
315 Raymond Rd
Chester, NH 03036

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$537.25    $537.25

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,184.51 | $1,184.51 |
|---|---|---|---|---|
| | Burrow, Tristan D | Check all that apply. | | |
| | 11550 S FM 148 | ☐ Contingent | | |
| | Scurry, TX 75158 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.17 | $55.17 |
|---|---|---|---|---|
| | Burton, Holly E | Check all that apply. | | |
| | 6 Julie Dr | ☐ Contingent | | |
| | Little Rock, AR 72206 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $332.10 | $332.10 |
|---|---|---|---|---|
| | Bussell, Darious R | Check all that apply. | | |
| | 986 Rome | ☐ Contingent | | |
| | Rochester, MI 48307 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.26 | $6.26 |
|---|---|---|---|---|
| | Butler, Brittney | Check all that apply. | | |
| | 2345 S Millwood St | ☐ Contingent | | |
| | Wichita, KS 67213 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address<br>Calma, Mary D<br>904 Keel St<br>Birmingham, AL 35214 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $146.07 | $146.07 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.64 | Priority creditor's name and mailing address<br>Campbell, Jadyn J<br>2323 N Woodlawn Blvd Apt 518<br>Wichita, KS 67220 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $111.78 | $111.78 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.65 | Priority creditor's name and mailing address<br>Carter, Darren L.<br>108 E Plaza Blvd Apt 2083<br>Hurst, TX 76053 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $605.06 | $605.06 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.66 | Priority creditor's name and mailing address<br>Carter, David W<br>20659 Stone Oak Pkwy Apt 410<br>San Antonio, TX 78258 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $491.79 | $491.79 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
| --- | --- | --- | --- |
| | Name | | |

| | | | |
| --- | --- | --- | --- |
| 2.67 | Priority creditor's name and mailing address<br>Carter, Den'e L<br>108 E Plaza Blvd Apt 2083<br>Hurst, TX 76053 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $401.40    $401.40 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 2.68 | Priority creditor's name and mailing address<br>Carter, Melissa A<br>5345 Wellington Pkwy<br>Arvada, CO 80003 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $86.23    $86.23 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 2.69 | Priority creditor's name and mailing address<br>Casseneuve, Michelle R<br>111 Lori Ann Ln<br>Kingston, TN 37763 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $968.24    $968.24 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 2.70 | Priority creditor's name and mailing address<br>Cerda, Ana<br>7001 Wildhaven Dr Apt 218<br>Fort Worth, TX 76137 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $961.95    $961.95 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.98 | $22.98 |
|---|---|---|---|---|

**2.71**

Priority creditor's name and mailing address
Chambliss, Dasha S
5308 Wycliffe Dr
Little Rock, AR 72209

As of the petition filing date, the claim is:                 $22.98        $22.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.72**

Priority creditor's name and mailing address
Christman, Allison R
4304 Waterford Valley Dr Apt 1815
Durham, NC 27713

As of the petition filing date, the claim is:              $1,225.04     $1,225.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.73**

Priority creditor's name and mailing address
Chuney, Pamela
21441 Westhampton St
Oak Park, MI 48237

As of the petition filing date, the claim is:                $254.14       $254.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.74**

Priority creditor's name and mailing address
Ciancibello, Tina
9283 Cherrystone Dr
Mentor, OH 44060

As of the petition filing date, the claim is:              $1,111.35     $1,111.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $887.85 | $887.85 |
|---|---|---|---|---|

**Clark, Demetria L**
2521 Marfa Ave
Dallas, TX 75216

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/1/19 to 6/1/19**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.24 | $400.24 |
|---|---|---|---|---|

**Clarkston, Matthew B**
112 E Plaza Blvd, Apt 2087
Hurst, TX 76053

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/1/19 to 6/1/19**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,237.81 | $1,237.81 |
|---|---|---|---|---|

**Clayton, Jonathan T**
22511 Keystone Trl
Katy, TX 77450

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/1/19 to 6/1/19**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.75 | $93.75 |
|---|---|---|---|---|

**Cobbs, Amelia C**
10106 Technology Blvd W Apt 636
Dallas, TX 75220

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/1/19 to 6/1/19**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $668.70 | $668.70 |
|---|---|---|---|---|

**2.79**

Priority creditor's name and mailing address
Cody, Bradrick S
5922 S Brenwood Dr
Katy, TX 77449

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$668.70     $668.70

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.80**

Priority creditor's name and mailing address
Coleman, Laurynda
3121 Parma Ln
Plano, TX 75093

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$560.64     $560.64

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.81**

Priority creditor's name and mailing address
Collier, Raysha
1901 W Germann Rd Apt 1057
Chandler, AZ 85286

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,157.01     $1,157.01

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.82**

Priority creditor's name and mailing address
Conant, Shirley J
2901 Ridge Rd
Missouri Valley, IA 51555

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$224.10     $224.10

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|--------|------------------|--|------------------------|----------|
| | Name | | | |

| 2.83 | Priority creditor's name and mailing address<br>Connelly, Shannon D<br>4311 Emerald Forest Dr Apt J<br>Durham, NC 27713 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $104.07 | $104.07 |
|------|--|--|--|--|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.84 | Priority creditor's name and mailing address<br>Cook, Alexandra<br>339 Konawa Dr<br>Dallas, TX 75217 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $287.32 | $287.32 |
|------|--|--|--|--|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.85 | Priority creditor's name and mailing address<br>Cook, Terri G<br>9295 S Wild Clover Ln<br>West Jordan, UT 84081 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,261.76 | $1,261.76 |
|------|--|--|--|--|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.86 | Priority creditor's name and mailing address<br>Cooley, Katherine A<br>3305 Maverick St<br>Virginia Beach, VA 23452 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $268.23 | $268.23 |
|------|--|--|--|--|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $905.55 | $905.55 |
|---|---|---|---|---|

Cooper, Lindsee

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $234.51 | $234.51 |
|---|---|---|---|---|

Copper, Brittany N
3711 Walnut St
Kansas City, MO 64111

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.43 | $15.43 |
|---|---|---|---|---|

Cortez, Amanda L
12800 Applewhite Rd Unit 146
San Antonio, TX 78224

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $296.55 | $296.55 |
|---|---|---|---|---|

Covarrubias, Jasson
7350 E Stetson Dr Unit 1034
Scottsdale, AZ 85251

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
| --- | --- | --- | --- |
| | Name | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,097.38 | $1,097.38 |
| --- | --- | --- | --- | --- |

**2.91** Priority creditor's name and mailing address
Crowell, Vince C
8527 Palomar Ave NE
Albuquerque, NM 87109

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,097.38    $1,097.38

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.92** Priority creditor's name and mailing address
Cruz, Victor
660 Oriole Ct Apt 1A
Grayslake, IL 60030

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$82.54    $82.54

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.93** Priority creditor's name and mailing address
Curtis, Danielle N
203 Gum Ct
Suffolk, VA 23435

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$922.38    $922.38

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.94** Priority creditor's name and mailing address
Dalton, Alexis P
927 Kanoy Rd Lot 11
Thomasville, NC 27360

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$130.98    $130.98

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.02 | $122.02 |
|---|---|---|---|---|

Danzey, Shannon E
10152 Chipmunk Ridge Dr
Concord Township, OH 44077

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.47 | $98.47 |
|---|---|---|---|---|

Datcher, Rouglas J
800 Northcrest Dr
Birmingham, AL 35235

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $186.65 | $186.65 |
|---|---|---|---|---|

Davis, Marsha
331 Fairwood St
Inkster, MI 48141

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.57 | $38.57 |
|---|---|---|---|---|

Dennison, Dylan J
722 South 1490 West
Orem, UT 84058

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|
| | Name | | | |

| 2.99 | Priority creditor's name and mailing address<br>Dennison, Monica L<br>722 South 1490 West<br>Orem, UT 84058 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,198.80 | $1,198.80 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.100 | Priority creditor's name and mailing address<br>Denson, Debra L<br>3122 Hunsinger Blvd<br>Louisville, KY 40220 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $278.58 | $278.58 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.101 | Priority creditor's name and mailing address<br>Deppe, Megan G<br>1008 11th Ave SE<br>Altoona, IA 50009 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $248.84 | $248.84 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.102 | Priority creditor's name and mailing address<br>Dillman-Crump, Denise<br>760 West 10 North<br>Lindon, UT 84042 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,142.12 | $6,142.12 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $371.48 | $371.48 |
|---|---|---|---|---|
| | Dinickle, Felicia A<br>4115 E 57th St<br>Cleveland, OH 44105 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $941.20 | $941.20 |
|---|---|---|---|---|
| | Dreesman, Kayla A<br>123 Porchard Ln<br>Knotts Island, NC 27950 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $61.71 | $61.71 |
|---|---|---|---|---|
| | Duffey, Jimmie L<br>6378 S 80th East Ave Apt C<br>Tulsa, OK 74133 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $371.52 | $371.52 |
|---|---|---|---|---|
| | Duran, Marc D<br>28378 N Crimm Rd<br>Queen Creek, AZ 85143 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|

Name

---

**2.107** Priority creditor's name and mailing address
Duran-Maldonado, Juana
1715 Camellia St
Wharton, TX 77488

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$503.92   $503.92

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.108** Priority creditor's name and mailing address
Edwards, Ronjenika
3428 Ellis Ave SW
Birmingham, AL 35221

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$386.22   $386.22

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.109** Priority creditor's name and mailing address
Ehrmann, Benjamin J
3137 Pinecrest Way
Auburn Hills, MI 48326

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$274.18   $274.18

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.110** Priority creditor's name and mailing address
Endres, Paige
807 N Madison St
Waunakee, WI 53597

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,475.98   $1,475.98

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $378.19 | $378.19 |
|---|---|---|---|---|
| | English, Ashley T | *Check all that apply.* | | |
| | 4631 Oak Pointe Dr | ☐ Contingent | | |
| | Louisville, KY 40245 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $367.09 | $367.09 |
|---|---|---|---|---|
| | English, Darin E | *Check all that apply.* | | |
| | 5321 Oaklawn Park Dr | ☐ Contingent | | |
| | Louisville, KY 40299 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.86 | $12.86 |
|---|---|---|---|---|
| | Enlow, Markez D | *Check all that apply.* | | |
| | 216 Tanglewood Dr | ☐ Contingent | | |
| | Gurnee, IL 60031 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $249.30 | $249.30 |
|---|---|---|---|---|
| | Estes, Kathryn | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $948.87 | $948.87 |
|---|---|---|---|---|
| | Etienne, Miriam M | Check all that apply. | | |
| | 1030 E Gaylord St | ☐ Contingent | | |
| | Mount Pleasant, MI 48858 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.45 | $50.45 |
|---|---|---|---|---|
| | Faison, Tiffany P | Check all that apply. | | |
| | 506 Yukon Dr | ☐ Contingent | | |
| | Greenville, SC 29605 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.74 | $62.74 |
|---|---|---|---|---|
| | Farone, James J | Check all that apply. | | |
| | 507 Moravia Rd | ☐ Contingent | | |
| | New Galilee, PA 16141 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,290.59 | $1,290.59 |
|---|---|---|---|---|
| | Fazendin, Krista L | Check all that apply. | | |
| | 2512 Bar Harbour Ct | ☐ Contingent | | |
| | Naperville, IL 60564 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.69 | $76.69 |
|---|---|---|---|---|

**2.119**

Priority creditor's name and mailing address
Fears, Leia P
822 N 94th Plz Apt 3
Omaha, NE 68114

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$76.69          $76.69

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.120**

Priority creditor's name and mailing address
Ferrari, Kathy L
4820 NE Megan Lane
Ankeny, IA 50021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,292.59          $1,292.59

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wage

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.121**

Priority creditor's name and mailing address
Feuerhelm, Brett N
1833 80th St
Windsor Heights, IA 50324

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$116.36          $116.36

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.122**

Priority creditor's name and mailing address
Fishell, Alexandra D
1026 N Oakland Blvd Apt 12
Waterford, MI 48327

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$358.02          $358.02

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,877.25 | $1,877.25 |
|---|---|---|---|---|

Fleet, Codi M
212 E Beaver St
Zelienople, PA 16063

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.71 | $25.71 |
|---|---|---|---|---|

Fleming, James E
121 Spring St
McMurray, PA 15317

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.00 | $297.00 |
|---|---|---|---|---|

Flores, Jorge
826 South 1840 West
Orem, UT 84058

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $896.37 | $896.37 |
|---|---|---|---|---|

Floyd, Katie B
122 Creedmore Dr
Statesville, NC 28625

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.71 | $61.71 |
|---|---|---|---|---|
| | Frandle, Bethany R<br>681 Mckay Way Apt G<br>Waterloo, WI 53594 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.05 | $103.05 |
|---|---|---|---|---|
| | Franklin, Taimira<br>588 Ceresia Ct<br>Pickerington, OH 43147 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,245.34 | $1,245.34 |
|---|---|---|---|---|
| | Frazier, Kathy D<br>9068 Vickroy Ter<br>Oviedo, FL 32765 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $161.65 | $161.65 |
|---|---|---|---|---|
| | Freeman, Daveonna D<br>1604 Luckenbach Dr<br>Forney, TX 75126 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|--------|------------------|------------------------|----------|
|        | Name             |                        |          |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $875.63 | $875.63 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

| 2.131 | Priority creditor's name and mailing address<br>Fulcher, Kelly M<br>1456 E Pecos Rd Apt 3099<br>Gilbert, AZ 85295 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $875.63 | $875.63 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.132 | Priority creditor's name and mailing address<br>Furra, Joshua R<br>913 SW 41st St<br>Oklahoma City, OK 73160 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,362.71 | $1,362.71 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.133 | Priority creditor's name and mailing address<br>Gaiters, Joseph M<br>11769 Riverwood Ct<br>South Lyon, MI 48178 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $439.14 | $439.14 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.134 | Priority creditor's name and mailing address<br>Garcia, Cecelia<br>7525 Holly Hill Dr Apt 18<br>Dallas, TX 75231 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $970.64 | $970.64 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $748.93 | $748.93 |
|---|---|---|---|---|

**2.135** Priority creditor's name and mailing address
Garcia, Rene F
715 Suncrest Dr
Aurora, IL 60506

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$748.93     $748.93

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.136** Priority creditor's name and mailing address
Gardner, Hayley
4646 W Serendipity Way
South Jordan, UT 84009

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,058.71     $5,058.71

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.137** Priority creditor's name and mailing address
Gary, Precious N
3656 Woodford Rd Apt 302
Cincinnati, OH 45213

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$172.18     $172.18

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.138** Priority creditor's name and mailing address
Geter, Anjewan
9321 Bothwell St Apt 304
Raleigh, NC 27617

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$444.23     $444.23

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.64 | $500.64 |
|---|---|---|---|---|
| | Gibson, Ashley N<br>810 Aspen Ln<br>DeSoto, TX 75115 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,258.97 | $1,258.97 |
|---|---|---|---|---|
| | Gladden, Chevin M<br>5015 Kenton Vw<br>San Antonio, TX 78240 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.06 | $222.06 |
|---|---|---|---|---|
| | Gladney, Willie M<br>5492 Harvey Hill Dr<br>Memphis, TN 38141 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,429.33 | $1,429.33 |
|---|---|---|---|---|
| | Glatz, Elaine E<br>3211 Juniper Dr<br>McKinney, TX 75070 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $760.89 | $760.89 |
|---|---|---|---|---|
| | Goins, Crystal N | Check all that apply. | | |
| | 50 Villa Vista Loop | ☐ Contingent | | |
| | Little Rock, AR 72204 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $352.64 | $352.64 |
|---|---|---|---|---|
| | Gonzales, Adeliah L | Check all that apply. | | |
| | 4612 30th St | ☐ Contingent | | |
| | Dickinson, TX 77539 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $702.93 | $702.93 |
|---|---|---|---|---|
| | Goodwin, Shelby M | Check all that apply. | | |
| | 8659 W Mineral Point Rd | ☐ Contingent | | |
| | Cross Plains, WI 53528 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $965.06 | $965.06 |
|---|---|---|---|---|
| | Gordon, Gregory | Check all that apply. | | |
| | 2509 Old Forge Dr | ☐ Contingent | | |
| | Little Rock, AR 72227 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.89 | $56.89 |
|---|---|---|---|---|

**2.147**

Priority creditor's name and mailing address
Green, Karen N
13066 Alpine Cir
Mc Calla, AL 35111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$56.89   $56.89

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.148**

Priority creditor's name and mailing address
Green, Kelly A
8508 Ambrosse Ln Unit 101
Louisville, KY 40299

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,365.67   $1,365.67

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.149**

Priority creditor's name and mailing address
Green, Robert J
705 Duncan Ave Apt 321
Pittsburgh, PA 15237

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$139.47   $139.47

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.150**

Priority creditor's name and mailing address
Greer, Marvin
690 Zachary Dr
Romeoville, IL 60446

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$285.81   $285.81

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.33 | $142.33 |
|---|---|---|---|---|

**2.151**

Priority creditor's name and mailing address
Grose, George E
11129 Park Vista Dr
Northglenn, CO 80234

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$142.33  $142.33

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.152**

Priority creditor's name and mailing address
Gunter, Rechelle
1802 E 66th Pl #202
Tulsa, OK 74136

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,231.78  $1,231.78

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.153**

Priority creditor's name and mailing address
Gutierrez, Kristin D
30808 Sheridan St
Garden City, MI 48135

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,199.18  $1,199.18

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.154**

Priority creditor's name and mailing address
Gutierrez, Yusmery Y
17033 Butte Creek Rd Apt 106
Houston, TX 77090

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,152.37  $1,152.37

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.155 | Priority creditor's name and mailing address<br>Hafen, Konnor A<br>10464 S Jordan Gtwy Unit 348<br>South Jordan, UT 84095 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,025.15    $1,025.15 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.156 | Priority creditor's name and mailing address<br>Hahn, Malarie G<br>1608 Indian Hollow Dr<br>Idaho Falls, ID 83401 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $873.08    $873.08 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.157 | Priority creditor's name and mailing address<br>Haileslassie, Saba M<br>13555 Kit Ln Apt 137<br>Dallas, TX 75240 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $101.98    $101.98 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.158 | Priority creditor's name and mailing address<br>Hall, Tanner K<br>478 West 175 North<br>Orem, UT 84057 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $142.84    $142.84 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**2.159** | Priority creditor's name and mailing address
Hanley, Sheena L
2451 Edgebrook Ave
Pittsburgh, PA 15226

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,512.00    $1,512.00

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.160** | Priority creditor's name and mailing address
Harper, Kaylia
6524 Sheridan Cir
Fort Worth, TX 76107

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,551.16    $1,551.16

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.161** | Priority creditor's name and mailing address
Hawk, John A
1763 South 1780 East
Spanish Fork, UT 84660

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,619.72    $1,619.72

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.162** | Priority creditor's name and mailing address
Hayner, Kristina B
15 Iron Horse Dr Unit D305
Bedford, NH 03110

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$52.92    $52.92

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $354.46 | $354.46 |
|---|---|---|---|---|

Haynes, Oteasha N
260 Walcott Dr
Lyman, SC 29365

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $406.41 | $406.41 |
|---|---|---|---|---|

Hazelton, Christine J
209 Flintstone Ln
Universal City, TX 78148

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.07 | $16.07 |
|---|---|---|---|---|

Hedges, James W
401 Frostwood Rd
Shelbyville, KY 40065

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.02 | $64.02 |
|---|---|---|---|---|

Heinrich, Amy E
1000 Speer Blvd
Denver, CO 80204

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,316.23 | $1,316.23 |
|---|---|---|---|---|

**2.167**

Priority creditor's name and mailing address
Henderson, Brian D
1881 W Traverse Pkwy Ste E #501
Lehi, UT 84043

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,316.23    $1,316.23

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.168**

Priority creditor's name and mailing address
Henderson, Brittany L
501 Crepe Myrtle Loop
Cabot, AR 72023

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,396.02    $1,396.02

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.169**

Priority creditor's name and mailing address
Hess, Ushya J
1121 N 44th St Unit 1024
Phoenix, AZ 85008

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$363.15    $363.15

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.170**

Priority creditor's name and mailing address
Hession, Christopher C
13110 Birch Dr Ste 148
Omaha, NE 68164

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$404.04    $404.04

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**2.171** | Priority creditor's name and mailing address
Hession, Deborah L
4376 S 152nd Cir
Omaha, NE 68137

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$120.43    $120.43

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.172** | Priority creditor's name and mailing address
Hilby, Isaac W
4798 Orchard Ln
Rockford, IL 61101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$377.10    $377.10

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.173** | Priority creditor's name and mailing address
Hilger, Morgan E
2641 N Miranda Ave
Fayetteville, AR 72703

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,228.27    $1,228.27

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.174** | Priority creditor's name and mailing address
Hill, Elijah D
88 Sheridan Ave Apt 207
Pittsburgh, PA 15202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,374.73    $1,374.73

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|
| | Name | | | |

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $678.45 | $678.45 |
|---|---|---|---|---|

**Hill, Zoie M**
4908 Farley St
Merriam, KS 66203

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,280.76 | $1,280.76 |
|---|---|---|---|---|

**Hinkle, David**
635 Waukegan Rd
Deerfield, IL 60015

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,484.16 | $1,484.16 |
|---|---|---|---|---|

**Hodges, Chelsea D**
3330 Springhill Dr
Missouri City, TX 77459

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,333.64 | $2,333.64 |
|---|---|---|---|---|

**Hoffman, Taylor**
2916 Sidney St
Saint Louis, MO 63104

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|

Name

**2.179** Priority creditor's name and mailing address
Holker, Kristi L
933 East 300 North
Lindon, UT 84042

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,220.19    $1,220.19

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**2.180** Priority creditor's name and mailing address
Holt, Claire E
5859 S Village Way
Greenwood Village, CO 80121

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,344.42    $1,344.42

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**2.181** Priority creditor's name and mailing address
Honsberger-Deyo, Daniel E
2618 S Minnesota Ave
Wichita, KS 67216

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$166.44    $166.44

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**2.182** Priority creditor's name and mailing address
Hoover, Darren J
4100 S Date Ave
Broken Arrow, OK 74011

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$637.48    $637.48

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.39 | $116.39 |
|---|---|---|---|---|
| | Hoover, Sharon L<br>4100 S Date Ave<br>Broken Arrow, OK 74011 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $304.68 | $304.68 |
|---|---|---|---|---|
| | Houghtalin, Brian G<br>3918 Presbyterian Rd<br>Greensboro, NC 27406 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $833.71 | $833.71 |
|---|---|---|---|---|
| | Howard, Brianna L<br>3512 Peppervine Dr<br>Orlando, FL 32828 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,414.29 | $1,414.29 |
|---|---|---|---|---|
| | Hubbard, David<br>1595 East 400 South<br>Pleasant Grove, UT 84062 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.187 | Priority creditor's name and mailing address<br>Hughes, Alexandris D<br>5100 USAA Blvd Apt 1619<br>San Antonio, TX 78240 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $307.97 | $307.90 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.188 | Priority creditor's name and mailing address<br>Hurston, Paris D<br>201 McKinney Village Pkwy<br>McKinney, TX 75069 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $267.40 | $267.40 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.189 | Priority creditor's name and mailing address<br>Ickowitz, Jamie J<br>3901 Wolcott Ave<br>Des Moines, IA 50321 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $263.13 | $263.13 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.190 | Priority creditor's name and mailing address<br>Ingles, Alma L<br>871 Lake Carolyn Pkwy Apt 301<br>Irving, TX 75039 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $40.31 | $40.31 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

Internal Revenue Service
Centralized Insolvency Operations
P O Box 7346
Philadelphia, PA 19101-7346

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Taxes |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,689.04 | $1,689.04 |
|---|---|---|---|---|

Jackson, Jacqueline J
3540 Petunia Cres
Virginia Beach, VA 23453

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $265.17 | $265.17 |
|---|---|---|---|---|

Jacobs, Demond

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $343.08 | $343.08 |
|---|---|---|---|---|

Jenning, Elex
2743 Fletcher View Dr
Cordova, TN 38016

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.195 | Priority creditor's name and mailing address<br>Jensen, Brandon<br>602 East 5640 South<br>Murray, UT 84107 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,183.53 | $6,183.53 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.196 | Priority creditor's name and mailing address<br>Jensen, Kathren<br>127 West 5878 South<br>Murray, UT 84107 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,450.55 | $13,450.55 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.197 | Priority creditor's name and mailing address<br>Jensen, Scott<br>127 West 5878 South<br>Murray, UT 84107 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,346.15 | $6,346.15 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.198 | Priority creditor's name and mailing address<br>Johannes, Sasha<br>365 Forestway Cir Unit 108<br>Altamonte Springs, FL 32701 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,220.85 | $1,220.85 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.199 | Priority creditor's name and mailing address<br>Johnson, April K<br>7478 S Red Heather Ln<br>West Jordan, UT 84084 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,056.19 | $2,056.19 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.200 | Priority creditor's name and mailing address<br>Johnson, Ashly M<br>211 S Wade Ave<br>Washington, PA 15301 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $354.09 | $354.09 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.201 | Priority creditor's name and mailing address<br>Johnson, Tori N<br>152 Waterford Cir<br>Frankfort, KY 40601 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,234.00 | $1,234.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.202 | Priority creditor's name and mailing address<br>Jones, Devin<br>1211 East 6200 South<br>Murray, UT 84121 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,088.47 | $3,088.47 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.73 | $230.73 |
|---|---|---|---|---|

**2.203**

Priority creditor's name and mailing address
Jones, Jontae B
878 Kenwick Rd
Columbus, OH 43209

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$230.73    $230.73

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.204**

Priority creditor's name and mailing address
Jones, Michael A
201 S Lyndon St
Greensboro, NC 27401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,434.70    $1,434.70

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.205**

Priority creditor's name and mailing address
Jones, Monica L
133 Tonkawa Canyon Dr
La Marque, TX 77568

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$221.45    $221.45

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.206**

Priority creditor's name and mailing address
Jones, William C
101 Nokomis Dr
Washington, PA 15301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$517.52    $517.52

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|
| | Name | | | |

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $233.74 | $233.74 |
|---|---|---|---|---|

Jones-Mayfield, Juin V
841 E Alpha Pkwy
Waterford, MI 48328

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,731.82 | $1,731.82 |
|---|---|---|---|---|

Jordan, Julie D
46 Gem Ct
Elizabethtown, KY 42701

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 4/1/19 to 5/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $252.22 | $252.22 |
|---|---|---|---|---|

Jordan, Katelynne S
4425 South Scenic Lake Dr
Orlando, FL 32808

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,432.66 | $1,432.66 |
|---|---|---|---|---|

Jorgensen, Jake A
1656 North 645 West
Orem, UT 84057

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.13 | $179.13 |
|---|---|---|---|---|

**2.211**

Priority creditor's name and mailing address
Juarez, Oscar
4218 Simmons Dr
Rowlett, TX 75088

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$179.13      $179.13

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.212**

Priority creditor's name and mailing address
Kalitta, Sarah
2323 N Woodlawn Blvd Apt 518
Wichita, KS 67220

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,005.47      $1,005.47

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.213**

Priority creditor's name and mailing address
Kantor, Macala E
3725 Daffodil Ln
McKinney, TX 75070

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$411.36      $411.36

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.214**

Priority creditor's name and mailing address
Katella, Kayla E
1523 Tolma Ave
Pittsburgh, PA 15216

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,167.46      $1,167.46

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

**2.215** | Priority creditor's name and mailing address
Keene, Shawn T.
1006 E 5th Ave
Winfield, KS 67156

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$121.23    $121.23

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.216** | Priority creditor's name and mailing address
Kees, John
3759 Robin Hood Way
Madison, WI 53718

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$19.13    $19.13

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.217** | Priority creditor's name and mailing address
Kela, Jessica
6739 Oakdale Rd
Mentor, OH 44060

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$329.67    $329.67

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.218** | Priority creditor's name and mailing address
Keller, Jessica S
7309 W Hampden Ave Apt 5001
Lakewood, CO 80227

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$118.41    $118.41

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,314.39 | $1,314.39 |
|---|---|---|---|---|

**2.219**

Priority creditor's name and mailing address
Kemp, Samantha R
100 S Geneva Rd Apt D207
Orem, UT 84059

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,314.39    $1,314.39

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.220**

Priority creditor's name and mailing address
Kenefick, Kayla M
1100 Pegram St
Charlotte, NC 28205

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,266.71    $1,266.71

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.221**

Priority creditor's name and mailing address
Kennedy, Corey A
524 Finks Run Rd
Mc Donald, PA 15057

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$47.65    $47.65

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.222**

Priority creditor's name and mailing address
Kennedy, Samuel L
6805 Moorhampton Dr
Louisville, KY 40228

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$211.80    $211.80

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $164.00 | $164.00 |
|---|---|---|---|---|

**2.223**

Priority creditor's name and mailing address
King, Leilani N
640 N Church St Apt 511
Charlotte, NC 28202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$164.00    $164.00

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.224**

Priority creditor's name and mailing address
King, Sharonda S
3106 Elim Estates Dr
Columbus, OH 43232

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$276.90    $276.90

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.225**

Priority creditor's name and mailing address
Knowles, Kellie J
12515 E Birchwood Dr
Wichita, KS 67206

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$721.82    $721.82

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.226**

Priority creditor's name and mailing address
Kozak, Janna L
8610 Ep True Pkwy Unit 2003
West Des Moines, IA 50266

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$410.57    $410.57

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|
| | Name | | | |

---

**2.227** | Priority creditor's name and mailing address
Kramer, Jonathon D
5000 K Ave
Plano, TX 75074

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$152.61    $152.61

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.228** | Priority creditor's name and mailing address
Krasinski, Amanda J
865 Oviedo Blvd Apt 210
Oviedo, FL 32765

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$896.31    $896.31

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.229** | Priority creditor's name and mailing address
Kurtz, Hannah M
4604 Raleigh Rd
Clayton, NC 27520

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,197.73    $1,197.73

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.230** | Priority creditor's name and mailing address
LaReau, Scott R
1073 Grand National Blvd
Fort Worth, TX 76179

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$371.83    $371.83

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|

Name

---

**2.231** Priority creditor's name and mailing address
Lasko, Howard B
2803 Shorewood Dr
McHenry, IL 60050

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$203.53    $203.53

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.232** Priority creditor's name and mailing address
Lasseter, Kristi

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$350.33    $350.33

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.233** Priority creditor's name and mailing address
Lemus, Jessenia A
2307 Gable Hollow Ln
Katy, TX 77450

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$312.60    $312.60

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.234** Priority creditor's name and mailing address
Leon, Maritza
1400 Patricia Apt 201
San Antonio, TX 78213

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,050.19    $1,050.19

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.235 | Priority creditor's name and mailing address<br>Lester, Maddison J<br>10948 S Shilling Ave Apt 1113<br>South Jordan, UT 84095 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $785.93 | $785.93 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.236 | Priority creditor's name and mailing address<br>Licursi, Anthony<br>8247 Talbot Cir<br>Mentor, OH 44060 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $287.65 | $287.65 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.237 | Priority creditor's name and mailing address<br>Logan, Jarred<br>5818 US Highway 70 W<br>Durham, NC 27705 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $374.63 | $374.63 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.238 | Priority creditor's name and mailing address<br>Lott, Bria D<br>2823 Woodmere Dr<br>Dallas, TX 75233 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,060.75 | $1,060.75 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.239 | Priority creditor's name and mailing address<br>Lowder, Cory M | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,351.37    $9,351.37 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.240 | Priority creditor's name and mailing address<br>Lucas Lawton, Charity D<br>3406 Winchester Dr<br>Portsmouth, VA 23707 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $346.52    $346.52 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.241 | Priority creditor's name and mailing address<br>Lucas, Cassandra E<br>14 Eastman St Apt 5<br>Concord, NH 03301 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $90.84    $90.84 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.242 | Priority creditor's name and mailing address<br>Lukowski, Caitlin N<br>453 Burr Oak Dr<br>Oswego, IL 60543 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,253.83    $1,253.83 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.30 | $154.30 |
|---|---|---|---|---|
| | Lund, Katie A | Check all that apply. | | |
| | 2020 Pleasant Dr | ☐ Contingent | | |
| | Cambridge, WI 53523 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.23 | $97.23 |
|---|---|---|---|---|
| | Lynn, Leah P | Check all that apply. | | |
| | 8601 Potomac Blvd | ☐ Contingent | | |
| | Charlotte, NC 28216 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $353.01 | $353.01 |
|---|---|---|---|---|
| | MacDavid, Willie | Check all that apply. | | |
| | 4633 Huckleberry Cv | ☐ Contingent | | |
| | Memphis, TN 38109 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.78 | $66.78 |
|---|---|---|---|---|
| | Maddox, Bryce | Check all that apply. | | |
| | 106 Walnut Ave | ☐ Contingent | | |
| | Yukon, OK 73099 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $503.70 | $503.70 |
|---|---|---|---|---|
| | Maldonado, Roberto C<br>1715 Camellia St<br>Wharton, TX 77488 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $249.11 | $249.11 |
|---|---|---|---|---|
| | Mann, Alyssa R<br>2057 Highfield Rd<br>Waterford, MI 48329 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $185.30 | $185.30 |
|---|---|---|---|---|
| | Marcel, Tom E<br>943 Robinhood Ave<br>Painesville, OH 44077 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $979.37 | $979.37 |
|---|---|---|---|---|
| | Marion, Desiree<br>11104 Courville St<br>Detroit, MI 48224 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|
| | Name | | | |

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $444.93 | $444.93 |
|---|---|---|---|---|

Marquez, Favian
305 Trotting Trl
Osteen, FL 32764

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $406.74 | $406.74 |
|---|---|---|---|---|

Marshall, Lavonda S
223 Roberts Cir
Arlington, TX 76010

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,377.70 | $1,377.70 |
|---|---|---|---|---|

Marten, Melissa R
1451 24th St Apt 476
Denver, CO 80205

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $349.55 | $349.55 |
|---|---|---|---|---|

Martin, Kala

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.255 | Priority creditor's name and mailing address<br>Martinez, Kylie M<br>P O Box 970412<br>Orem, UT 84097 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,942.78 | $1,942.78 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.256 | Priority creditor's name and mailing address<br>Mason, Adelle L<br>1171 Mammoth Rd Unit A<br>Pelham, NH 03076 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,022.60 | $1,022.60 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.257 | Priority creditor's name and mailing address<br>McAlmont, Camille E<br>3782 N Prairie Grass Dr<br>Lehi, UT 84043 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,723.38 | $1,723.38 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.258 | Priority creditor's name and mailing address<br>McClelland, Danielle T<br>16465 Henderson Pass Apt 111<br>San Antonio, TX 78232 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,127.61 | $1,127.61 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,329.53 | $3,329.53 |
|---|---|---|---|---|

**McCorvey, Bella**
461 West 13490 South
Draper, UT 84020

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $247.17 | $247.17 |
|---|---|---|---|---|

**McDuffie, Amanda**
36091 N Grand Oaks Ct Apt G01
Gurnee, IL 60031

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,058.58 | $1,058.58 |
|---|---|---|---|---|

**McGrath, Brianna E**
51 Biviera Rd
Hudson, NH 03051

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.06 | $470.06 |
|---|---|---|---|---|

**McGuire, Carolyn**
4909 Coral Creek Dr
Fort Worth, TX 76135

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|
| | Name | | | |

| 2.263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $627.22 | $627.22 |
|---|---|---|---|---|

**2.263**

Priority creditor's name and mailing address

McIntire, Aaron D
503 El Dorado Blvd Apt 701
Webster, TX 77598

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$627.22        $627.22

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.264**

Priority creditor's name and mailing address

McKell, Annabelle L
1070 Cox Mill Rd
Concord, NC 28027

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,183.47        $1,183.47

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.265**

Priority creditor's name and mailing address

McKell, Mitchell T
1070 Cox Mill Rd
Concord, NC 28027

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$615.44        $615.44

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.266**

Priority creditor's name and mailing address

McLean, Ebony
915 Delaronde Ln
Morrisville, NC 27560

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$422.94        $422.94

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|--------|------------------|------------------------|----------|
|        | Name             |                        |          |

| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $948.57 | $948.57 |
|-------|-----------------------------------------------|-----------------------------------------------|---------|---------|
| | McMillan, Daniel W<br>187 Head St<br>Manchester, NH 03102 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.85 | $40.85 |
|-------|-----------------------------------------------|-----------------------------------------------|--------|--------|
| | McNall, David K<br>1538 Barnes Ave<br>South Park, PA 15129 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.80 | $92.80 |
|-------|-----------------------------------------------|-----------------------------------------------|--------|--------|
| | McNeill, Heather S<br>13931 E 106th Pl<br>Commerce City, CO 80022 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.71 | $61.71 |
|-------|-----------------------------------------------|-----------------------------------------------|--------|--------|
| | Medlock, Laura<br>254 North 700 West Apt 3<br>Provo, UT 84601 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|
| | Name | | | |

| 2.271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,459.07 | $1,459.07 |
|---|---|---|---|---|
| | Meeker, Lindsey M | Check all that apply. | | |
| | 12700 E 100th St N Apt 2201 | ☐ Contingent | | |
| | Owasso, OK 74055 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,278.88 | $1,278.88 |
|---|---|---|---|---|
| | Meeker, Nicole M | Check all that apply. | | |
| | 32727 Lake Shore Blvd | ☐ Contingent | | |
| | Eastlake, OH 44095 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.31 | $146.31 |
|---|---|---|---|---|
| | Mena, Jose A | Check all that apply. | | |
| | 610 Stoneledge Dr | ☐ Contingent | | |
| | Friendswood, TX 77546 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,154.46 | $1,154.46 |
|---|---|---|---|---|
| | Mendez, Diana | Check all that apply. | | |
| | 2210 Arbor Loop Dr Apt 15108 | ☐ Contingent | | |
| | Charlotte, NC 28217 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $58.50 | $58.50 |
|---|---|---|---|---|
| | Mercer, Wyborn S<br>699 Perrin Dr<br>Spartanburg, SC 29307 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $654.18 | $654.18 |
|---|---|---|---|---|
| | Merin Garcia, Teresa G<br>7525 Runner St<br>Yukon, OK 73099 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,045.71 | $1,045.71 |
|---|---|---|---|---|
| | Mersfelder, Brittany R<br>6311 Ross Rd<br>Fairfield, OH 45014 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $191.71 | $191.71 |
|---|---|---|---|---|
| | Millecker, Gustave J<br>4217 N Oakley Ave<br>Chicago, IL 60618 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | | | Case number (if known) | 19-23840 |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $849.02 | $849.02 |
|---|---|---|---|---|

Miller, Brooke M
5607 Summer Shine Drive #201
Madison, WI 53718

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.43 | $42.43 |
|---|---|---|---|---|

Miller, Kenya L
15892 French Crk
Fraser, MI 48026

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $786.39 | $786.39 |
|---|---|---|---|---|

Miranda, Bridget K
602 7th St
Beaver Falls, PA 15010

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $158.99 | $158.99 |
|---|---|---|---|---|

Money, Sandi R
1014 Forest Oak St
Azle, TX 76020

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|--------|------------------|------------------------|----------|
|        | Name             |                        |          |

| 2.283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,146.51 | $1,146.51 |
|-------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**2.283** Priority creditor's name and mailing address
Montanez, Jenna M
551 Palo Alto Dr NE
Rio Rancho, NM 87124

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,146.51    $1,146.51

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.284** Priority creditor's name and mailing address
Montanez, Joey
551 Palo Alto Dr NE
Rio Rancho, NM 87124

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$52.23    $52.23

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.285** Priority creditor's name and mailing address
Montoya, Jonathan
10966 E Yucca St
Scottsdale, AZ 85259

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$31.24    $31.24

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.286** Priority creditor's name and mailing address
Moon, Zachary E
1808 Abby Creek Dr
Little Elm, TX 75068

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$632.19    $632.19

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.66 | $57.66 |
|---|---|---|---|---|

**2.287** Priority creditor's name and mailing address
Moorefield, Reginald G
360 Yadkin College Rd
Lexington, NC 27295

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$57.66    $57.66

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.288** Priority creditor's name and mailing address
Mora, Richard A
8229 Jarboe St
Kansas City, MO 64114

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$556.95    $556.95

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.289** Priority creditor's name and mailing address
Morado, Fermin I
8551 W 91st Pl
Westminster, CO 80021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$269.28    $269.28

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.290** Priority creditor's name and mailing address
Morlang, Scott A
7796 W 152nd Ter
Overland Park, KS 66223

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$264.21    $264.21

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.291 | Priority creditor's name and mailing address<br>Morris, William L<br>245 N Gorin St<br>Clearwater, KS 67026 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $424.53 | $424.53 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.292 | Priority creditor's name and mailing address<br>Morton, Austin J<br>790 N Cedar Bluff Rd Apt 714<br>Knoxville, TN 37923 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25.59 | $25.59 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.293 | Priority creditor's name and mailing address<br>Mosel, Cheyanne B<br>4112 Maher Ave<br>Madison, WI 53716 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12.73 | $12.73 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.294 | Priority creditor's name and mailing address<br>Mosley, Spencer T<br>124 Sandra St<br>Piedmont, SC 29673 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $275.91 | $275.91 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**2.295** | Priority creditor's name and mailing address
Mossman, Max
5725 Lakeridge
Shawnee, KS 66218

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$142.11     $142.11

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.296** | Priority creditor's name and mailing address
Mumpower, Mackensey A
663 O Bryant Rd
Reidsville, NC 27320

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$912.67     $912.67

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.297** | Priority creditor's name and mailing address
Mundt, Denise L
3021 Selkirk Dr Apt 4
Sun Prairie, WI 53590

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$136.43     $136.43

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.298** | Priority creditor's name and mailing address
Munoz, Robert
313 Wauponsee St Apt 3
Morris, IL 60450

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$75.60     $75.60

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $730.96 | $730.96 |
|---|---|---|---|---|

Murphy, Crystal J
905 NW 47th St
Oklahoma City, OK 73118

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $437.14 | $437.14 |
|---|---|---|---|---|

Murphy, Joshua J
74 Woodgate Ct
Manchester, NH 03103

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $660.09 | $660.09 |
|---|---|---|---|---|

Muse, Richard V
7619 Buller Rd
Pattison, TX 77423

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $366.48 | $366.48 |
|---|---|---|---|---|

Nading, Tamisha K
2546 Sonora Dr
Grove City, OH 43123

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|

**2.303**

Priority creditor's name and mailing address
Navarrete, Kennedy F
P O Box 6
Pattison, TX 77466

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,000.00    $1,000.00

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.304**

Priority creditor's name and mailing address
Neil, Nancy
2640 West 15090 South
Bluffdale, UT 84065

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$514.29    $514.29

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.305**

Priority creditor's name and mailing address
Nelson, Ashley M
4624 W Cedar Run Cir
Pleasant Grove, UT 84062

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$325.85    $325.85

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.306**

Priority creditor's name and mailing address
Nicholas, Traci R
3720 W Eddy St Unit 1
Chicago, IL 60618

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$77.14    $77.14

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,330.32 | $12,330.32 |
|---|---|---|---|---|
| | Nicholls, Jeffrey | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.75 | $141.75 |
|---|---|---|---|---|
| | Nichols, Maury S | Check all that apply. | | |
| | 6754 E Independence Pl | ☐ Contingent | | |
| | Tulsa, OK 74115 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.59 | $79.59 |
|---|---|---|---|---|
| | Nicholson, Jaime E | Check all that apply. | | |
| | 503 Tanglebriar Ln Apt A | ☐ Contingent | | |
| | San Antonio, TX 78209 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,552.46 | $1,552.46 |
|---|---|---|---|---|
| | Nolan, Danielle | Check all that apply. | | |
| | 709 Fall Creek Cir | ☐ Contingent | | |
| | Belton, MO 64012 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.36 | $54.36 |
|---|---|---|---|---|

**2.311** Priority creditor's name and mailing address
Norwood, Brent I
4508 Brooklyn Ave
Oklahoma City, OK 73160

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$54.36      $54.36

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.312** Priority creditor's name and mailing address
Nuncio, Robert

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,159.62      $5,159.62

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.313** Priority creditor's name and mailing address
O'Shea, Payj J
3000 Windsong Ln Unit 305
Canonsburg, PA 15317

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,325.82      $1,325.82

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.314** Priority creditor's name and mailing address
Ostlund, Dillon C
2173 W Bird Ct
West Jordan, UT 84088

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$63.67      $63.67

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|--------|------------------|------------------------|----------|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.315 | Priority creditor's name and mailing address<br>Overholt, Kathryn A<br>1628 Sibley Rd<br>Urbana, OH 43078 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $922.72    $922.72 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.316 | Priority creditor's name and mailing address<br>Pagnucco, Traciann C<br>5273 Camelot Dr Apt M<br>Fairfield, OH 45014 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,052.28    $1,052.28 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.317 | Priority creditor's name and mailing address<br>Palacio, Tony<br>2721 S Palm Ct<br>Gilbert, AZ 85295 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,062.15    $1,062.15 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.318 | Priority creditor's name and mailing address<br>Pastrano, Rene J<br>15 Champions Way<br>San Antonio, TX 78258 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $97.83    $97.83 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**2.319**

| | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $36.26 $36.26 |
| Patterson, Erica N<br>1109 Crest Ave<br>Homewood, AL 35209 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

---

**2.320**

| | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,187.84 $1,187.84 |
| Patton, Marissa N<br>2520 S Plaza Dr Apt 1021<br>Tempe, AZ 85282 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

---

**2.321**

| | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $111.60 $111.60 |
| Patzka, Mariann<br>1401 Okeeffe Ave Apt 101<br>Sun Prairie, WI 53590 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

---

**2.322**

| | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $50.30 $50.30 |
| Peck, Carissa G<br>102 Royal Oak Ct<br>Greer, SC 29650 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,024.34 | $1,024.34 |
|---|---|---|---|---|

**2.323**

Priority creditor's name and mailing address
Perez, Nicole J
112 Bellerive Ave
Bryant, AR 72002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,024.34    $1,024.34

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.324**

Priority creditor's name and mailing address
Perry, Alexis D
100 Chinaberry Ln
Meridianville, AL 35759

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,139.93    $1,139.93

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.325**

Priority creditor's name and mailing address
Perry, Keshia D
219 Torpoint Rd
Durham, NC 27703

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$169.71    $169.71

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.326**

Priority creditor's name and mailing address
Petersen, Dillon G
6968 S Park Reserve Way
Midvale, UT 84047

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,062.72    $1,062.72

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.327 | Priority creditor's name and mailing address<br>Petersen, Hannah<br>747 East 550 South Unit 101<br>American Fork, UT 84003 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,050.53 | $1,050.53 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.328 | Priority creditor's name and mailing address<br>Peterson, Ramsey M<br>11427 Hawk Roost Ct<br>Charlotte, NC 28214 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $219.79 | $219.79 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.329 | Priority creditor's name and mailing address<br>Phillips, Ashley<br>12290 Spruce Dr<br>Mc Calla, AL 35111 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,279.75 | $1,279.75 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.330 | Priority creditor's name and mailing address<br>Phillips, Shalynn<br>114 Cambridge Dr<br>Midwest City, OK 73110 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $965.56 | $965.56 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|--------|------------------|------------------------|----------|
| | Name | | |

---

**2.331** Priority creditor's name and mailing address
Pisano, Laura A
36806 Saint Clair Dr
New Baltimore, MI 48047

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$88.26    $88.26

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.332** Priority creditor's name and mailing address
Platt, Jeffrey
3951 W Donwald St
South Jordan, UT 84009

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$254.57    $254.57

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.333** Priority creditor's name and mailing address
Potts, Daryl
8247 Talbot Cir
Mentor, OH 44060

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$363.92    $363.92

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.334** Priority creditor's name and mailing address
Price, Candice M
1518 Branch Rd
York, SC 29745

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,147.06    $1,147.06

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**2.335** | Priority creditor's name and mailing address
Punches, Jacey
517 Tulip Ln
McDonough, GA 30252

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,324.57 | $2,324.57

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.336** | Priority creditor's name and mailing address
Quintana, Crystal A
6151 Bisbee Pl NW
Albuquerque, NM 87114

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,249.38 | $1,249.38

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.337** | Priority creditor's name and mailing address
Randle, Darren T
14552 South Quiet Shade Dr
Herriman, UT 84096

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$400.14 | $400.14

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.338** | Priority creditor's name and mailing address
Raymond, Madelyn J
29529 N Waukegan Rd Apt 301
Lake Bluff, IL 60044

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$61.51 | $61.51

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,813.18 | $13,650.00 |
|---|---|---|---|---|
| | Redd, Nicholas<br>12547 S Stonebridge Cir<br>Draper, UT 84020 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,107.50 | $1,107.50 |
|---|---|---|---|---|
| | Reece, Jaclyn M<br>2025 Violet Ln<br>Virginia Beach, VA 23464 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $275.35 | $275.35 |
|---|---|---|---|---|
| | Reed, Elena N<br>2050 Keller Springs Rd Apt 311<br>Carrollton, TX 75006 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $432.51 | $432.51 |
|---|---|---|---|---|
| | Reese, Deborah<br>8375 Park Rd<br>Orwell, OH 44076 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,277.63 | $1,277.63 |
|---|---|---|---|---|

Reynolds, Meghan T
704 Walnut Ln
Marengo, IL 60152

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,810.74 | $1,810.74 |
|---|---|---|---|---|

Rhodes, Jonathan W
8230 Carter Creek Dr Apt 202
Charlotte, NC 28227

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,192.96 | $5,192.96 |
|---|---|---|---|---|

Rich, Jesse

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $290.78 | $290.78 |
|---|---|---|---|---|

Richard, Melissa
5672 Quinn Ct
Westerville, OH 43081

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

**2.347** Priority creditor's name and mailing address
Ricker, Channing M
2802 Peak Dr
McKinney, TX 75071

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$857.44   $857.44

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.348** Priority creditor's name and mailing address
Riede, Dorothy L
46 Gem Ct
Elizabethtown, KY 42701

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$952.94   $952.94

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.349** Priority creditor's name and mailing address
Rios, Nikole Q
354 West 450 North
Orem, UT 84057

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$694.89   $694.89

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.350** Priority creditor's name and mailing address
Roberts, Brendan L
629 Logsdon Ct
Louisville, KY 40243

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$93.21   $93.21

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**2.351** | Priority creditor's name and mailing address
Robledo, Stephen J
51 Rolling Rd
Cranberry Twp, PA 16066

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,341.85    $1,341.85

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.352** | Priority creditor's name and mailing address
Roby Ingram, Shelley A
1408 Whilden Pl
Greensboro, NC 27408

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,688.05    $1,688.05

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.353** | Priority creditor's name and mailing address
Rodriguez, Javier
4901 W 93rd Ave Apt 2018
Westminster, CO 80031

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$320.07    $320.07

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.354** | Priority creditor's name and mailing address
Rodriguez, Marisa E
414 W Wright Blvd
Universal City, TX 78148

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$580.96    $580.96

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**2.355** | Priority creditor's name and mailing address
Rollison, Hannah B
140 Pontious Ln
Circleville, OH 43113

As of the petition filing date, the claim is: $87.03 $87.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.356** | Priority creditor's name and mailing address
Rossoll, Laura
2605 Shining Water Dr Apt 101
Louisville, KY 40299

As of the petition filing date, the claim is: $156.91 $156.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.357** | Priority creditor's name and mailing address
Ruffin, Shana A
222 Scottish Ave
Simpsonville, SC 29680

As of the petition filing date, the claim is: $1,305.19 $1,305.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.358** | Priority creditor's name and mailing address
Russell, Logan I
7857 Boulder Ct
West Des Moines, IA 50266

As of the petition filing date, the claim is: $546.56 $546.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,346.20 | $1,346.20 |
|---|---|---|---|---|

Russon, Steven P
732 West 600 North
Orem, UT 84057

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.21 | $45.21 |
|---|---|---|---|---|

Ryan, Shelby A
4820 NE Megan Lane
Ankeny, IA 50021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,348.52 | $1,348.52 |
|---|---|---|---|---|

Sachs, Angela M
5557 West 4390 South
West Valley City, UT 84120

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $263.71 | $263.71 |
|---|---|---|---|---|

Sage, Daniel C
444 State Park Rd
Ortonville, MI 48462

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/92 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.68 | $148.68 |
|---|---|---|---|---|

**2.363**

Priority creditor's name and mailing address
Sailor, Shelby J
500 W 140th Pl Apt 2108
Overland Park, KS 66223

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$148.68    $148.68

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.364**

Priority creditor's name and mailing address
Saley, Sari J
4787 E Clayton Rd
Fitchburg, WI 53711

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,047.33    $1,047.33

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.365**

Priority creditor's name and mailing address
Sanders, Averi O
1320 N 109th Plz Apt 322
Omaha, NE 68154

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,081.34    $1,081.34

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.366**

Priority creditor's name and mailing address
Schultz, Angela C
464 Canyon Rd
Logan, UT 84321

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,269.09    $1,269.09

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $534.42 | $534.42 |
|---|---|---|---|---|

**Schultz, Gregory**
3409 Chaffin Dr
Richland Hills, TX 76118

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,781.68 | $3,781.68 |
|---|---|---|---|---|

**Schwieterman, Rachel J**
1636 Warren Rd Unit 2
Lakewood, OH 44107

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.53 | $104.53 |
|---|---|---|---|---|

**Scott, Ashley D**
7208 Park West Circle Apt 310
Fort Worth, TX 76134

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,206.13 | $1,206.13 |
|---|---|---|---|---|

**Scott, Lindsay**
97 N Andrews St
Lake Orion, MI 48362

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|
| | Name | | | |

| 2.371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,484.12 | $1,484.12 |
|---|---|---|---|---|

**2.371**

Priority creditor's name and mailing address

Seiber, Katherine A
425 East 100 South
Orem, UT 84097

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,484.12    $1,484.12

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.372**

Priority creditor's name and mailing address

Sellinger, Jennifer L
1523 W Windsong Dr
Phoenix, AZ 85045

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$885.03    $885.03

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.373**

Priority creditor's name and mailing address

Sellinger, John
1523 W Windsong Dr
Phoenix, AZ 85045

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,119.34    $9,119.34

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.374**

Priority creditor's name and mailing address

Shaw, Marquita D
5745 Sycamore Woods Dr
Memphis, TN 38134

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$203.60    $203.60

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.39 | $110.39 |
|---|---|---|---|---|
| | Shepherd, Justin C | *Check all that apply.* | | |
| | 5 Mallard Ct | ☐ Contingent | | |
| | Litchfield, NH 03052 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.64 | $155.64 |
|---|---|---|---|---|
| | Simmons, Tyler S | *Check all that apply.* | | |
| | 6130 Alma Rd Apt 6224 | ☐ Contingent | | |
| | McKinney, TX 75070 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,244.34 | $2,244.34 |
|---|---|---|---|---|
| | Sloan, Samantha M | *Check all that apply.* | | |
| | 5202 NW 62nd Ave | ☐ Contingent | | |
| | Johnston, IA 50131 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $995.81 | $995.81 |
|---|---|---|---|---|
| | Sloan, Tayvia L | *Check all that apply.* | | |
| | 2920 Shadowbriar Dr | ☐ Contingent | | |
| | Houston, TX 77082 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
| | Name | | | |

| 2.379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $271.47 | $271.47 |

Smith, Cristin K
22511 Round Valley Dr
Katy, TX 77450

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.64 | $18.64 |

Smith, Michael A
155 S Otterbein Ave
Westerville, OH 43081

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.26 | $6.26 |

Smith, Patrick A
355 N Rock Island St Apt 302
Wichita, KS 67202

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,299.98 | $1,299.98 |

Smithpeter, Danielle R
2890 Brighton Blvd
Denver, CO 80216

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,743.47 | $2,743.47 |
|---|---|---|---|---|

Smotzer, Sara A
164 Boulder Hill Pass
Montgomery, IL 60538

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $378.41 | $378.41 |
|---|---|---|---|---|

Sorenseon, Erin
15215 South Mountainside Dr
Bluffdale, UT 84065

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $466.23 | $466.23 |
|---|---|---|---|---|

Spencer, Robert
11323 Arcade Dr #103
Little Rock, AR 72212

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.62 | $132.62 |
|---|---|---|---|---|

Statz, Jeffrey
7551 Hubbard Ave Apt 510
Middleton, WI 53562

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**2.387** Priority creditor's name and mailing address
Steele, Jacob R
1205 County Road 4642
Trenton, TX 75490

As of the petition filing date, the claim is:    $61.33    $61.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.388** Priority creditor's name and mailing address
Stevens, Lorenzo R
10024 Floyd Ave SW
Albuquerque, NM 87121

As of the petition filing date, the claim is:    $389.61    $389.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.389** Priority creditor's name and mailing address
Stewart, Amanda L
875 Peach Blvd
Willoughby, OH 44094

As of the petition filing date, the claim is:    $24.64    $24.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.390** Priority creditor's name and mailing address
Stewart, Chanel
1888 South 300 East
Salt Lake City, UT 84115

As of the petition filing date, the claim is:    $111.86    $111.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|
| | Name | | | |

| 2.391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,194.26 | $1,194.26 |
|---|---|---|---|---|

Stewart, Tiffany
230 E Howell St Apt 3107
McKinney, TX 75069

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $968.95 | $968.95 |
|---|---|---|---|---|

Stoffel, Alyssa G
2309 Gale St
Mount Pleasant, TX 75455

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.86 | $12.86 |
|---|---|---|---|---|

Strong Enlow, Shannon
216 Tanglewood Dr
Gurnee, IL 60031

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $261.46 | $261.46 |
|---|---|---|---|---|

Stump, Nicole M
10100 Rock Hollow Rd Apt 301
Raleigh, NC 27617

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|--------|------------------|------------------------|----------|
|        | Name |  |  |

---

**2.395**

Priority creditor's name and mailing address
Stungis, Justin R
5152 S 99th Ct Apt 11
Omaha, NE 68127

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$181.02    $181.02

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.396**

Priority creditor's name and mailing address
Sturgis, Spencer S
2972 Davison Ave
Auburn Hills, MI 48326

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,445.71    $1,445.71

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.397**

Priority creditor's name and mailing address
Taylor, Avery J
63 E Center St Apt 302
Provo, UT 84606

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$306.36    $306.36

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.398**

Priority creditor's name and mailing address
Taylor, Jill D
705 Sawyer Dr
Saginaw, TX 76179

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$270.32    $270.32

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
| --- | --- | --- | --- |
| | Name | | |

| 2.399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $905.31 | $905.31 |
| --- | --- | --- | --- | --- |

**2.399** Priority creditor's name and mailing address
Thao, Ly
513 E Quinton St
Broken Arrow, OK 74011

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$905.31    $905.31

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.400** Priority creditor's name and mailing address
Thomas, Caylen A
11800 Kimberlyn Rd
Oklahoma City, OK 73162

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$359.99    $359.99

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.401** Priority creditor's name and mailing address
Thomas, Sasha N
4701 Legacy Dr
Plano, TX 75024

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,007.81    $1,007.81

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.402** Priority creditor's name and mailing address
Thomas, William A
3134 Adell Way
Durham, NC 27703

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$51.76    $51.76

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.71 | $88.71 |
|---|---|---|---|---|

**2.403**

Priority creditor's name and mailing address
Thompson, Aaliyah Z
1600 Ross Hill Rd
Beaver Falls, PA 15010

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$88.71        $88.71

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.404**

Priority creditor's name and mailing address
Thompson, Becky
656 County Road 4518
Wolfe City, TX 75496

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$69.54        $69.54

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.405**

Priority creditor's name and mailing address
Toler, Raef T
1250 Hobson St
Longwood, FL 32750

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$236.59        $236.59

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.406**

Priority creditor's name and mailing address
Tollison, Garielle M
6859 Andrews Rd
Memphis, TN 38135

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,050.52        $1,050.52

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $881.73 | $881.73 |
|---|---|---|---|---|
| | Tooley, Celeste<br>11042 North 5500 West<br>Highland, UT 84003 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,998.80 | $1,998.80 |
|---|---|---|---|---|
| | Towler, Rebecca A<br>P O Box 1264<br>Mannford, OK 74044 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,085.61 | $1,085.61 |
|---|---|---|---|---|
| | Traynor, Jillian F<br>2942 Voelkel Ave Apt 2<br>Pittsburgh, PA 15216 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $412.06 | $412.06 |
|---|---|---|---|---|
| | Trejo-Tate, Nathaniel J<br>10824 E Arcadia Ave<br>Mesa, AZ 85208 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.411 | Priority creditor's name and mailing address<br>Trieu, Miranda<br>4724 Emerald Trace Way<br>Keller, TX 76244 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,079.75 | $2,079.75 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.412 | Priority creditor's name and mailing address<br>Uptain, Chelsea L<br>4802 Redfish Reef Dr<br>Bacliff, TX 77518 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,334.92 | $1,334.92 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.413 | Priority creditor's name and mailing address<br>Utah State Tax Commission<br>Attn: Michelle Riggs<br>210 North 1950 West<br>Salt Lake City, UT 84134 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.414 | Priority creditor's name and mailing address<br>Valdizan, Iris A<br>954 East 100 North<br>Lindon, UT 84042 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $182.70 | $182.70 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $900.84 | $900.84 |
|---|---|---|---|---|
| | Vigil, Jesus J | Check all that apply. | | |
| | 731 Gilpin St | ☐ Contingent | | |
| | Houston, TX 77034 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $389.38 | $389.38 |
|---|---|---|---|---|
| | Villa, Eric J | Check all that apply. | | |
| | 1112 Casa Roja Pl NW | ☐ Contingent | | |
| | Albuquerque, NM 87120 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $418.55 | $418.55 |
|---|---|---|---|---|
| | Villarreal, Daniel | Check all that apply. | | |
| | 2803 Marshall St | ☐ Contingent | | |
| | Pasadena, TX 77506 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,038.08 | $1,038.08 |
|---|---|---|---|---|
| | Wakefield, Sarah F | Check all that apply. | | |
| | 1145 Canyon Meadow Dr Apt 7 | ☐ Contingent | | |
| | Provo, UT 84606 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/1/19 to 6/1/19 | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**2.419** | Priority creditor's name and mailing address
Wallace, LaTesha A
10626 Ellison Plz Apt 10
Omaha, NE 68134

As of the petition filing date, the claim is: $1,501.80    $1,501.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.420** | Priority creditor's name and mailing address
Ward, Jacqueline

As of the petition filing date, the claim is: $336.09    $336.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.421** | Priority creditor's name and mailing address
Ware, Canei M
2203 Stardust Dr
Tuscaloosa, AL 35405

As of the petition filing date, the claim is: $1,033.75    $1,033.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.422** | Priority creditor's name and mailing address
Washington, Brittany B
100 Minton St
Joliet, IL 60436

As of the petition filing date, the claim is: $1,378.29    $1,378.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|
| | Name | | | |

| 2.423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $525.69 | $525.69 |
|---|---|---|---|---|

**2.423**

Priority creditor's name and mailing address
Washington, Ikey L
10116 Avenue I
Baton Rouge, LA 70807

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$525.69          $525.69

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.424**

Priority creditor's name and mailing address
Watkins, Brianna N
3277 Tuxedo St
Detroit, MI 48206

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$501.27          $501.27

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.425**

Priority creditor's name and mailing address
Weide, Neil E
17023 Poppleton Ave
Omaha, NE 68130

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$246.61          $246.61

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.426**

Priority creditor's name and mailing address
Weifenbaugh, Alyson K
605 Regency Dr
Pittsburgh, PA 15239

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,216.14          $1,216.14

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.427 | Priority creditor's name and mailing address<br>Weigle, Zachary J<br>202 River Oaks Dr<br>Lake Jackson, TX 77566 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $141.29 | $141.29 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.428 | Priority creditor's name and mailing address<br>Weir, Angela M<br>614 Westbury Way<br>Simpsonville, SC 29680 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,328.98 | $1,328.98 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.429 | Priority creditor's name and mailing address<br>Welch, Coy D<br>4813 Wolf Ln<br>Yukon, OK 73099 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $378.25 | $378.25 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.430 | Priority creditor's name and mailing address<br>Wells, Dawn D<br>22410 Crisfield Ct<br>Katy, TX 77450 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $178.47 | $178.47 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
| --- | --- | --- | --- |
| | Name | | |

| 2.431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $931.18 | $931.18 |
| --- | --- | --- | --- | --- |

West, Crystal L
328 College St
Groveport, OH 43125

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.33 | $67.33 |
| --- | --- | --- | --- | --- |

White, Courtney
4334 Clovelly Dr
Greensboro, NC 27406

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,308.84 | $1,308.84 |
| --- | --- | --- | --- | --- |

Williams, Calunetta
2257 Silverleaf Dr Apt 3
Bartlett, TN 38134

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.12 | $70.12 |
| --- | --- | --- | --- | --- |

Williams, Cynthia A
18 Rocky Ledge Rd
Merrimack, NH 03054

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
| --- | --- | --- | --- |
| | Name | | |

| 2.435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $298.88 | $298.88 |
| --- | --- | --- | --- | --- |

Williams, Glenn T
16411 Whistling Pines Rd
Umatilla, FL 32784

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.436 | Priority creditor's name and mailing address | | $1,081.28 | $1,081.28 |
| --- | --- | --- | --- | --- |

Williams, Jalisia A
5510 Tomahawk Dr Apt H
Greensboro, NC 27410

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.437 | Priority creditor's name and mailing address | | $170.56 | $170.56 |
| --- | --- | --- | --- | --- |

Williams, Jamael D
40062 Cambridge St Apt 102
Canton, MI 48187

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.438 | Priority creditor's name and mailing address | | $2,713.35 | $2,713.35 |
| --- | --- | --- | --- | --- |

Williams, Kevin

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.439 | Priority creditor's name and mailing address<br>Winkle, Christopher A | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,155.64    $4,155.64 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.440 | Priority creditor's name and mailing address<br>Wolfe, Genevieve R<br>5295 Riverchase Dr Apt 806<br>Phenix City, AL 36867 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,257.56    $1,257.56 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.441 | Priority creditor's name and mailing address<br>Wood, Garret C<br>102 Edenberry Ct<br>Easley, SC 29642 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $159.17    $159.17 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.442 | Priority creditor's name and mailing address<br>Woodland, Kowaisha D<br>762 Grovewood Dr<br>Cordova, TN 38018 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $206.20    $206.20 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.50 | $76.50 |
|---|---|---|---|---|
| | Wright, Kathryn M<br>979 Robertson St<br>Columbus, OH 43201 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,489.00 | $1,489.00 |
|---|---|---|---|---|
| | Wyatt, Detra<br>6008 N 37th St<br>Omaha, NE 68111 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,807.22 | $5,807.22 |
|---|---|---|---|---|
| | Wynn, Eric<br>360 S State St Unit C330<br>Orem, UT 84058 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,672.66 | $1,672.66 |
|---|---|---|---|---|
| | Young, Rachel C<br>602 N Westridge Dr<br>Wichita, KS 67203 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $588.16 | $588.16 |
|---|---|---|---|---|

**2.447** Priority creditor's name and mailing address
Zarefoss, Martin
576 SW Maynard Rd
Cary, NC 27511

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$588.16    $588.16

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.448** Priority creditor's name and mailing address
Zumbrum, Crystal
8126 Dumphries Dr
Huntersville, NC 28078

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,700.25    $4,700.25

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
10825 Washington Blvd, LLC
Attn:  Shirley Burke
10825 Washington Blvd.
Culver City, CA 90232

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
111 Pine Street, LLC
Attn:  Holly Madulka
869 Union Street
Manchester, NH 03104

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
2016 Seshiki Family Trust
Attn:  Alan Seshiki
480 Gallian Way
Seal Beach, CA 90740

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|
| | Name | | | |

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

35 Market Street, L.P.
Attn:  Charles Bonin
133 Washington Street
Morristown, NJ 07960

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

A&T Investments and Holdings, Inc.
Vankat Tangirala
1388 Loyola Dr.
Santa Clara, CA 95501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100,806.45

Aaron Hoke

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Unsecured loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,786.76

ABM Building Value
P O Box 419860
Boston, MA 02241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Janitorial Services

**Last 4 digits of account number**  2728

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,289.15

Advantage Telecom
P O Box 5454
Ventura, CA 93005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Phone/Internet/TV

**Last 4 digits of account number**  2794

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $807.45

AEP Ohio
P O Box 371496
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Utility

**Last 4 digits of account number**  0218

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $639.33

AEP Public Service Company of Oklahoma
P O Box 24401
Canton, OH 44701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Utility

**Last 4 digits of account number**  0219

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.11** | **Nonpriority creditor's name and mailing address**
Aero Mechanical Incorporated
4445 Corporation Lane
Virginia Beach, VA 23462

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5570

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$270.00

---

**3.12** | **Nonpriority creditor's name and mailing address**
Alabama Alarm Company, Inc.
P O Box 190346
Birmingham, AL 35219

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,859.49

---

**3.13** | **Nonpriority creditor's name and mailing address**
Alabama Power
P O Box 242
Birmingham, AL 35201

**Date(s) debt was incurred** _

**Last 4 digits of account number** 4249

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ■ No ☐ Yes

$1,707.97

---

**3.14** | **Nonpriority creditor's name and mailing address**
Albert & Sharon Cardosa
1804 Blue Jay Drive
Roseville, CA 95661

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.15** | **Nonpriority creditor's name and mailing address**
Albert E. Engel III Trust
11208 Lane Park Road
Tavares, FL 32778

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.16** | **Nonpriority creditor's name and mailing address**
Albuquerque Bernalillo County Water
P O Box 27226
Albuquerque, NM 87125

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5430

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ■ No ☐ Yes

$1,109.57

---

**3.17** | **Nonpriority creditor's name and mailing address**
Alfred Muffoletto, Jr.
418 Ave U, Apt #2
Brooklyn, NY 11223

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $208,330.80

Alice Fay Jones
10733 Spyglass
Cedar Hills, UT 84062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Unsecured loan__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

All for Him Investments, LLC
Attn: Alan Mauldin
9209 Grandview Dr
Denton, TX 76207-6627

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Allen G. Gilmour
2463 NW Shields Drive
Bend, OR 97703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $575.05

Alliant Energy
P O Box 3062
Cedar Rapids, IA 52406

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Utility__

**Last 4 digits of account number** __1983__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $380.00

Alliant Integrators, Inc.
2700 Diode Lane
Louisville, KY 40299

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** __3008__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $727,600.00

Alma Jeppson
10934 Fern Ridge Dr.
South Jordan, UT 84009

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Unsecured loan__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Aly & Keith Pennington
770 East Main Street, #118
Lehi, UT 84043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
| --- | --- | --- | --- |
| | Name | | |

| | | | |
| --- | --- | --- | --- |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>Ambleside Park, Inc.<br>Attn: Michael Roberts<br>P O Box 93<br>Nottingham, NH 03290 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>American Center Owners Association, Inc.<br>757 N. Broadway, Suite 700<br>Milwaukee, WI 53202 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $990.29 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _HOA_ | |
| | **Last 4 digits of account number** _1090_ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>AmFil Realty, LLC<br>55 Cliffield Rd<br>Bedford, NY 10506 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>AMLDCO, Inc.<br>P O Box 691413<br>Charlotte, NC 28227 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $390.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _9129_ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>Andrew B. Walsh<br>Sandra L. Walsh<br>1298 Kings Bottom Dr.<br>Fort Mill, SC 29715 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>Andrew Moyce<br>1163 Ashmount Avenue<br>Piedmont, CA 94610 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $408,000.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Unsecured loan_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>Anitha Kancharla<br>Ravinder Regatte<br>7 Tryall Blvd.<br>Monroe Township, NJ 08831 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Anne B. Flair Revocable Trust
9 Slippery Rock Road
North Hampton, NH 03862

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Anne Davidson Kern
2804 Chimney Hill Rd.
Edmond, OK 73034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $67,320.00
Anne Sedler

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unsecured loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Ansara Nominee California Trust
Attn:  Marg Ansara
29 Parsons Drive
Swampscott, MA 01907

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Anson V. Smith
Genevieve C. Smith
96 Kinsman Road
Grafton, NH 03240

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $153,000.00
Anthony Perricone
5625 Shasta Daisy Trail
San Diego, CA 92130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unsecured loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Antonia C. Garrison-Boufford
7451 Bond St.
Saint Leonard, MD 20685

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Appalachian Supply, Inc.
Attn: Dekoeyer, Mike
4581 Memorial Drive
Saint Johnsbury, VT 05819

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Aqua Ohio
P O Box 70279
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Utility_

**Last 4 digits of account number** _5226_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Aqua Ohio
P O Box 70279
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Utility_

**Last 4 digits of account number** _5248_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Aqua Ohio
P O Box 70279
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Utility_

**Last 4 digits of account number** _5246_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Aqua Ohio
P O Box 70279
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Utility_

**Last 4 digits of account number** _5225_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Aras Capital Co.
Attn: Pat Mazhari
103 Avalon Court
Canton, GA 30115

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

ARKY Consulting, LLC
Attn: Carmen Restivo
24-40 160 St.
Whitestone, NY 11357

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Arlo S. Webb
Ingrid A. Webb
826 N 1700 W
Lehi, UT 84043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Arthur Hunt
Laurie Boswell
P O Box 682
Franconia, NH 03580

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

AS 2012 401k Trust
Attn: Ali Sagheb
P O Box 24373
Los Angeles, CA 90034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Asay Holdings LLC
Bill & Mary Cae
147 Braim Road
Greenfield Center, NY 12833

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

At the Lake Investments, LLC
118 Lakeshore Dr.
Holderness, NH 03245

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

AT&T
P O Box 5014
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Internet/Phone

**Last 4 digits of account number**  0117

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Attilio Valente and Terri Valente
1440 W. Alder Road
Taylorsville, UT 84123

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Aurelia Maribel Dalusung
24139 Ravenna Ave.
Carson, CA 90745

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00

Automated Mechanical
1574 West 2650 South
Ogden, UT 84401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _0003_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $509.75

Automated Mechanical
1574 West 2650 South
Ogden, UT 84401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _0002_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $190,332.06

Avant8
1816 South State Street
Salt Lake City, UT 84115

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,547.00

BA Land Professionals
8534 Yankee Street
Dayton, OH 45458

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _1068_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Barron, Dana
2633 Lincoln Blvd #215
Santa Monica, CA 90405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Barry L. Dicley & Shirley E. Dicley
2257 Raleigh Dr.
Lancaster, PA 17601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$520.00**

BC Ten Air
3861 Childs Lake Road
Milford, MI 48381

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  V519

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$102,000.00**

Benjamin Thomas
8494 South 700 East
Sandy, UT 84070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Unsecured loan

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,414.00**

Berg Chicago
435 Aptakisic Road
Lincolnshire, IL 60069

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00**

Big Red Fire Protection
2344 S 156th Circle
Omaha, NE 68130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  2946

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.02**

Birmingham Water Works
P O Box 830269
Birmingham, AL 35283

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  7340

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$52.35**

Birmingham Water Works
P O Box 830269
Birmingham, AL 35283

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  7339

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28.02**

Birmingham Water Works
P O Box 830269
Birmingham, AL 35283

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  7346

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|--------|------------------|------------------------|----------|
| | Name | | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,620.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

Birrell Services
14663 South 800 West
Bluffdale, UT 84065

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------|

Blohan, LLC
Jacalynn H. Blouin, Manager
P O Box 94
Saint Albans, VT 05478

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------|

Blush Property, LLC
Attn:  Linda Camp
P O Box 1168
Mount Dora, FL 32756

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------|

Boli Family Trust
18 Oro Valley Drive
Henderson, NV 89052

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------|

BP412, LLC
2991 Creekwood Estates Drive
Blacklick, OH 43004

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,833.32 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------------|

Brad Holmes
174 Starks Lane
Wallsburg, UT 84082

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Unsecured loan_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,020.89 |
|------|--------------------------------------------------|-------------------------------------------------------------------|------------|

Brandon Gibson

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Unsecured loan_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $112,000.00 |
|---|---|---|---|
| | Brandon Jensen<br>602 East 5640 South<br>Murray, UT 84107 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Unsecured loan__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $52,833.36 |
|---|---|---|---|
| | Brett Bailey<br>9908 N Oxford Ct<br>Highland, UT 84003 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Unsecured loan__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $51,062.51 |
|---|---|---|---|
| | Brian/Jody Horrocks/Dorius<br>100 N Eaglewood Dr<br>North Salt Lake, UT 84054 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Unsecured loan__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Bromberg Trust<br>4136 Picasso Ave<br>Woodland Hills, CA 91364 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $39.38 |
|---|---|---|---|
| | Brookfield Corporate Center Property<br>Owner Association, Inc. c/o AMS<br>P O Box 38809<br>Charlotte, NC 28278 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __HOA__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Bruce I. Rose<br>Maureen A. Rose<br>900 Drum Ave.<br>New Smyrna Beach, FL 32169 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Bruce Rose, Trustee of the Rose Family<br>Trust dated December 3, 2018<br>900 Drive Avenue<br>New Smyrna Beach, FL 32169 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Bruce Russell
169 Hindley Ave.
Manatoba, R2M1P9
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $102,833.32

Bryan Jennings
252 South 25 West
Farmington, UT 84025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Unsecured loan

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $41,133.32

Bryant Stirling
468 West 1800 North
Pleasant Grove, UT 84062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Unsecured loan

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

BTJD Corporate Services, LLC
3165 East Millrock Drive, Suite 500
Salt Lake City, UT 84121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Building Platforms Unlimited, LLC
Att:  Drapkin
31700 Seaview Road
Cazadero, CA 95421

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Burke, Danny & Louise
P O Box 816
Lincoln, NH 03251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Burris Revocable Living Trust
Burris, Peter and Denise
12403 Aarow Head Rd.
Pine Grove, CA 95665

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|
| | Name | | | |

---

**3.88**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| C. Mark Phillips<br>M. Robin Phillips<br>15501 6100 Rd.<br>Montrose, CO 81403 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.89**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Calva An Ledbetter<br>4764 Mt. Royal Ave.<br>San Diego, CA 92117 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.90**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| CAMAC, Inc.<br>Attn:  James Calinger<br>823 SW 10th Avenue<br>Topeka, KS 66612 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.91**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Carl A. Lillmars Jr.<br>Donna M. Lillmars<br>1185 Juanita Circle<br>Venice, FL 34285 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.92**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Carriage House Associates of Rye<br>Attn:  MacKey<br>24 Alehson Street<br>Rye, NH 03870 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.93**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Carroll County Leasing Company<br>Tom & Makena Herget<br>17 Cotton Farm Lane<br>North Hampton, NH 03862 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.94**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $157,508.32 |
|---|---|---|
| Cary Holmes<br>890 South Hicken Lane<br>Heber City, UT 84032 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Unsecured loan | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.95**

**Nonpriority creditor's name and mailing address**
CAS Investment Company, L.C.
Attn: Stan Spurrier
4912 Wallace Lane
Salt Lake City, UT 84117

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.96**

**Nonpriority creditor's name and mailing address**
Casciari Revocable Living Trust

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.97**

**Nonpriority creditor's name and mailing address**
Cecil Township Municipal Authority
375 Southpointe Blvd., Suite 350
Canonsburg, PA 15317

**Date(s) debt was incurred** _

**Last 4 digits of account number** 2074

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.98**

**Nonpriority creditor's name and mailing address**
Center Point Energy
P O Box 4583
Houston, TX 77210

**Date(s) debt was incurred** _

**Last 4 digits of account number** 6727

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.99**

**Nonpriority creditor's name and mailing address**
Center Point Energy
P O Box 4583
Houston, TX 77210

**Date(s) debt was incurred** _

**Last 4 digits of account number** 8835

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ■ No  ☐ Yes

$173.91

---

**3.100**

**Nonpriority creditor's name and mailing address**
Central Arkansas Water
Utility Billing Services
P O Box 8100
Little Rock, AR 72203

**Date(s) debt was incurred** _

**Last 4 digits of account number** 8301

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ■ No  ☐ Yes

$183.41

---

**3.101**

**Nonpriority creditor's name and mailing address**
Centurylink
P O Box 52187
Phoenix, AZ 85072

**Date(s) debt was incurred** _

**Last 4 digits of account number** 3230

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Internet

Is the claim subject to offset? ■ No  ☐ Yes

$426.54

---

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 3.102 | **Nonpriority creditor's name and mailing address**<br>Centurylink<br>P O Box 52187<br>Phoenix, AZ 85072 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $787.48 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number**  0683 | **Basis for the claim:**  Phone/Internet<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.103 | **Nonpriority creditor's name and mailing address**<br>Centurylink<br>P O Box 91155<br>Seattle, WA 98111 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number**  698B | **Basis for the claim:**  Utility<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.104 | **Nonpriority creditor's name and mailing address**<br>Chandler Airport Center<br>P O Box 105260<br>Atlanta, GA 30348 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $732.91 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number**  3A02 | **Basis for the claim:**  HOA<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.105 | **Nonpriority creditor's name and mailing address**<br>Charles Asher<br>273 Spencer Street<br>Folsom, CA 95630 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.106 | **Nonpriority creditor's name and mailing address**<br>Charles H. Gilliam<br>Tonya L. Gilliam<br>4621 94th Street<br>Lubbock, TX 79424 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.107 | **Nonpriority creditor's name and mailing address**<br>Charlie Jae Lee<br>c/o Michael Lessack<br>1553 Lemoine Avenue<br>Fort Lee, NJ 07024 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.108 | **Nonpriority creditor's name and mailing address**<br>Cheryl Wilde<br>233 West 800 North<br>American Fork, UT 84003 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.109** | **Nonpriority creditor's name and mailing address**
Chris Hoke
1709 Shady Knoll Court
Sewickley, PA 15143

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                     $404,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unsecured loan

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address**
Chris Jensen

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                     $74,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unsecured loan

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address**
Chris Savard
Reyan Bensason
459 N Clarkson St.
Denver, CO 80218

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                     $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address**
Christopher C. Fucci
230 West Street
Rutland, VT 05701

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                     $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address**
Christopher M. Marseilles
51 Railroad Street Unit 430
Keene, NH 03431

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                     $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address**
City of Blue Ash
4343 Cooper Road
Blue Ash, OH 45242

**Date(s) debt was incurred** _
**Last 4 digits of account number**  7241

**As of the petition filing date, the claim is:** *Check all that apply.*                     $759.67
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address**
City of Chandler
P O Box 52158
Phoenix, AZ 85072

**Date(s) debt was incurred** _
**Last 4 digits of account number**  1000

**As of the petition filing date, the claim is:** *Check all that apply.*                     $209.04
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $199.46 |
|---|---|---|---|

City of Charlotte
P O Box 1316
Charlotte, NC 28201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  4339

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $384.50 |
|---|---|---|---|

City of Columbus
P O Box 182882
Columbus, OH 43218

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  7748

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

City of Fort Worth
P O Box 961003
Fort Worth, TX 76161

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  9194

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

City of High Point
P O Box 10039
High Point, NC 27261

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  7705

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $509.81 |
|---|---|---|---|

City of Irving
P O Box 840898
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  2079

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

City of Irving
P O Box 840898
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  2085

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

City of Irving
P O Box 840898
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  2086

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|
| | Name | | | |

---

**3.123**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|
| City of Lake Mary | ☐ Contingent | |
| P O Box 950716 | ☐ Unliquidated | |
| Lake Mary, FL 32795 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Utility | |
| **Last 4 digits of account number** 3240 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.124**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|
| City of Naperville | ☐ Contingent | |
| P O Box 4231 | ☐ Unliquidated | |
| Carol Stream, IL 60197 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Utility | |
| **Last 4 digits of account number** 3862 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.125**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $659.66 |
|---|---|---|
| City of Plano | ☐ Contingent | |
| P O Box 861990 | ☐ Unliquidated | |
| Plano, TX 75086 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Utility | |
| **Last 4 digits of account number** 9814 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.126**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $957.34 |
|---|---|---|
| City of Richardson | ☐ Contingent | |
| P O Box 831907 | ☐ Unliquidated | |
| Richardson, TX 75083 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Utility | |
| **Last 4 digits of account number** 4562 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.127**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|
| City of South Jordan | ☐ Contingent | |
| 1600 W Towne Center Dr. | ☐ Unliquidated | |
| South Jordan, UT 84095 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Utility | |
| **Last 4 digits of account number** 0649 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.128**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|
| City of South Jordan | ☐ Contingent | |
| 1600 W Towne Center Dr. | ☐ Unliquidated | |
| South Jordan, UT 84095 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Utility | |
| **Last 4 digits of account number** 1649 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.129**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $105.00 |
|---|---|---|
| City of Southfield | ☐ Contingent | |
| P O Box 33835 | ☐ Unliquidated | |
| Detroit, MI 48232 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Utility | |
| **Last 4 digits of account number** 7001 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.73

City of Sugar Land
P O Box 5029
Sugar Land, TX 77487

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _4032_

**Basis for the claim:** _Utility_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

City of Tulsa
Utilities Services
Tulsa, OK 74187

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _8424_

**Basis for the claim:** _Utility_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

City of Westminster
P O Box 17040
Denver, CO 80217

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0909_

**Basis for the claim:** _Utility_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Claire A. Harrington
375 Flat Mountain Road
Highlands, NC 28741

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,219.77

Cleveland Clinic Foundation
P O Box 92983
Cleveland, OH 44194

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Clifford G. Ansara
65 Mountwood Road
Swampscott, MA 01907

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $397.68

Coca Cola
P O Box 809082
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _4112_

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.137** | **Nonpriority creditor's name and mailing address**
Coca Cola
3214 Hillsborough Road
Durham, NC 27705

**Date(s) debt was incurred** _

**Last 4 digits of account number** __3305__

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

**$847.78**

---

**3.138** | **Nonpriority creditor's name and mailing address**
Coca Cola
P O Box 536675
Pittsburgh, PA 15253

**Date(s) debt was incurred** _

**Last 4 digits of account number** __4207__

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

**$1,533.03**

---

**3.139** | **Nonpriority creditor's name and mailing address**
Coca Cola
P O Box 110
Atlantic, IA 50022

**Date(s) debt was incurred** _

**Last 4 digits of account number** __5984__

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

**$463.70**

---

**3.140** | **Nonpriority creditor's name and mailing address**
Colonial Fire & Safety
P O Box 81
American Fork, UT 84003

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

**$151.59**

---

**3.141** | **Nonpriority creditor's name and mailing address**
Columbia Gas of Ohio
P O Box 742510
Cincinnati, OH 45274

**Date(s) debt was incurred** _

**Last 4 digits of account number** __0003__

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utility__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.142** | **Nonpriority creditor's name and mailing address**
Columbia Gas of Pennsylvania
P O Box 742510
Cincinnati, OH 45274

**Date(s) debt was incurred** _

**Last 4 digits of account number** __0007__

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utility__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.143** | **Nonpriority creditor's name and mailing address**
Comcast
P O Box 70219
Philadelphia, PA 19176

**Date(s) debt was incurred** _

**Last 4 digits of account number** __5430__

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Internet__

Is the claim subject to offset? ☒ No ☐ Yes

**$1,925.39**

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,742.17

Comcast
P O Box 70219
Philadelphia, PA 19176

Date(s) debt was incurred _
Last 4 digits of account number  7420

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Internet

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $896.74

Comcast
P O Box 70219
Philadelphia, PA 19176

Date(s) debt was incurred _
Last 4 digits of account number  0370

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Internet

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $182.40

Comcast
P O Box 70219
Philadelphia, PA 19176

Date(s) debt was incurred _
Last 4 digits of account number  5650

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Internet

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,742.17

Comcast
P O Box 70219
Philadelphia, PA 19176

Date(s) debt was incurred _
Last 4 digits of account number  5010

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Internet

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,691.73

Comcast
P O Box 70219
Philadelphia, PA 19176

Date(s) debt was incurred _
Last 4 digits of account number  7330

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Internet

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,202.76

Comcast
26000 Cannon Rd.
Cleveland, OH 44146

Date(s) debt was incurred _
Last 4 digits of account number  3690

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Internet

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,349.80

Comcast
P O Box 70219
Philadelphia, PA 19176

Date(s) debt was incurred _
Last 4 digits of account number  3920

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Internet

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.151** | **Nonpriority creditor's name and mailing address**
Comcast
P O Box 70219
Philadelphia, PA 19176

**Date(s) debt was incurred** _
**Last 4 digits of account number** 4832

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Internet

Is the claim subject to offset? ■ No ☐ Yes

$1,003.19

---

**3.152** | **Nonpriority creditor's name and mailing address**
Comcast
P O Box 70219
Philadelphia, PA 19176

**Date(s) debt was incurred** _
**Last 4 digits of account number** 7898

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Internet

Is the claim subject to offset? ■ No ☐ Yes

$5,071.65

---

**3.153** | **Nonpriority creditor's name and mailing address**
Comcast
P O Box 70219
Philadelphia, PA 19176

**Date(s) debt was incurred** _
**Last 4 digits of account number** 6230

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Internet

Is the claim subject to offset? ■ No ☐ Yes

$341.50

---

**3.154** | **Nonpriority creditor's name and mailing address**
Comcast
P O Box 70219
Philadelphia, PA 19176

**Date(s) debt was incurred** _
**Last 4 digits of account number** 1530

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Internet

Is the claim subject to offset? ■ No ☐ Yes

$1,131.49

---

**3.155** | **Nonpriority creditor's name and mailing address**
ComEd
P O Box 6111
Carol Stream, IL 60197

**Date(s) debt was incurred** _
**Last 4 digits of account number** 2159

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.156** | **Nonpriority creditor's name and mailing address**
Consolidated Communications
P O Box 66523
Saint Louis, MO 63166

**Date(s) debt was incurred** _
**Last 4 digits of account number** 0040

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Phone/Internet

Is the claim subject to offset? ■ No ☐ Yes

$421.32

---

**3.157** | **Nonpriority creditor's name and mailing address**
Consumer Energy
P O Box 740309
Cincinnati, OH 45274

**Date(s) debt was incurred** _
**Last 4 digits of account number** 0714

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.158** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Consumer Energy
P O Box 740309
Cincinnati, OH 45274

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _4348_

**Basis for the claim:** _Utility_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,872.00

Continuum Services
P O Box 996
Novi, MI 48376

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,700.00

Control Technologies, Inc.
111 Zachary Road
Manchester, NH 03109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $32,756.64

Cory Holmes
815 East 600 North
Heber City, UT 84032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Unsecured loan_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Cowan Land Company
Attn: Wayne Cowan
203 Queen Palm Drive
Edgewater, FL 32141

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $577.19

Cox Business
P O Box 248851
Oklahoma City, OK 73124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _6001_

**Basis for the claim:** _Internet_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $778.22

Cox Business
P O Box 248851
Oklahoma City, OK 73124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _9601_

**Basis for the claim:** _Internet_

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Schedule E/F: Creditors Who Have Unsecured Claims**

Best Case Bankruptcy

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.165** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$281.82**

Cox Business
P O Box 248871
Oklahoma City, OK 73124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _3401_

**Basis for the claim:** _Utility_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,891.91**

CPS Energy
P O Box 2678
San Antonio, TX 78289

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _4372_

**Basis for the claim:** _Utility_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Craig A. Cousins
12308 Icarus Lane
Poway, CA 92064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,062.48**

Craig Steed
1236 Knittles Kove
Lehi, UT 84043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Unsecured loan_

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$225.90**

Cranberry Township
2525 Rochester Rd. Ste 400
Cranberry Twp, PA 16066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _5175_

**Basis for the claim:** _Utility_

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Cromapts, LLC
Attn: Peter Cromarty
P O Box 237154 Ansonia Station
New York, NY 10023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Cynthia A. Wolz
9803 Texas Highway 242, Ste. 200
Box 134
Conroe, TX 77385

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
| | Name | | |

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Dale Ziegenfelder
Diana Ziegenfelder
P O Box 254
Glenford, NY 12433

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Dan G. Haskell
55 North New Saddle Drive
P O Box 229
Stockton, UT 84071-0229

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $202,000.00 |
|---|---|---|---|

Dan Naylor
2595 East 9900 South
Sandy, UT 84092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unsecured Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Dana L. Winchester
74 Kaufman Drive
Peterborough, NH 03458

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,490.96 |
|---|---|---|---|

Dane County S & O

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Daniel J. Dion Revocable Trust
153 Horizon Drive
Goffstown, NH 03045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Daniel P. & Kaitlin E. Maney
17406 NE 123rd Street
Kearney, MO 64060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
| | Name | | |

---

**3.179** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Darryl B. Fullam
Carla B. Fullam
577 Edwards Road
Columbus, NC 28722

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

David A. Burger
Marilyn M. Burger
1600 N. Wood Avenue
Marshfield, WI 54449

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

David C. Dion
Charlotte M. Dion
46 Pasture Road
Auburn, NH 03032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

David E. Osvog
PO Box 893
Parker, CO 80134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $102,000.00

David Fairbanks

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unsecured loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

David P. Every
561 Easton Valley Road
Easton, NH 03580

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $102,499.99

Debbie Aaron
PO Box 263
Greenbank, WA 98253

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unsecured loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.186** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,450.00

Dee & Deanna Packer
1291 East 2050 South
Bountiful, UT 84010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.187** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Dennis Dupray
1801 Belvedere St.
Golden, CO 80401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Dennis G. Bengtson
20140 Amy Lee Drive
Cornelius, NC 28031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Dept of Public Works City of Auburn Hill
P O Box 772120
Detroit, MI 48277

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _3391_

**Basis for the claim:** _Utility_

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $168,000.00

Devin Durrant
200 North Canyon Road
Provo, UT 84604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Unsecured loan_

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

DialPad

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Diane Cary
155 Rosebay Dr. #5
Encinitas, CA 92024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.193** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $386.91

Direct TV
P O Box 5006
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  2040

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.194** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $438.79

Direct TV
P O Box 5006
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  2746

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $398.84

Direct TV
P O Box 5006
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  8344

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $309.30

Direct TV
P O Box 5006
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  9780

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $214.66

Direct TV
P O Box 5006
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  8358

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $173.81

Direct TV
P O Box 5006
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  7122

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $421.05

Direct TV
P O Box 5006
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  5988

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|--------|------------------|------------------------|----------|
|        | Name             |                        |          |

---

**3.200** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $349.89

Direct TV
P O Box 5006
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 8129

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $490.55

Direct TV
P O Box 5006
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 2382

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $164.53

Direct TV
P O Box 5006
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 2348

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $241.03

Direct TV
P O Box 5006
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 9721

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $201.33

Direct TV
P O Box 5006
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5830

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $449.94

Direct TV
P O Box 5006
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1038

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $202.54

Direct TV
P O Box 5006
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5917

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.207** | Nonpriority creditor's name and mailing address
Direct TV
P O Box 5006
Carol Stream, IL 60197

**Date(s) debt was incurred** _
**Last 4 digits of account number** 4601

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$202.58

---

**3.208** | Nonpriority creditor's name and mailing address
Direct TV
P O Box 5006
Carol Stream, IL 60197

**Date(s) debt was incurred** _
**Last 4 digits of account number** 8182

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.209** | Nonpriority creditor's name and mailing address
Direct TV
P O Box 5006
Carol Stream, IL 60197

**Date(s) debt was incurred** _
**Last 4 digits of account number** 0229

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$350.27

---

**3.210** | Nonpriority creditor's name and mailing address
Direct TV
P O Box 5006
Carol Stream, IL 60197

**Date(s) debt was incurred** _
**Last 4 digits of account number** 1018

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$395.77

---

**3.211** | Nonpriority creditor's name and mailing address
Direct TV
P O Box 5006
Carol Stream, IL 60197

**Date(s) debt was incurred** _
**Last 4 digits of account number** 4492

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$248.58

---

**3.212** | Nonpriority creditor's name and mailing address
Direct TV
P O Box 5006
Carol Stream, IL 60197

**Date(s) debt was incurred** _
**Last 4 digits of account number** 5689

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$191.58

---

**3.213** | Nonpriority creditor's name and mailing address
Direct TV
P O Box 5006
Carol Stream, IL 60197

**Date(s) debt was incurred** _
**Last 4 digits of account number** 9974

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$202.97

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.214** | **Nonpriority creditor's name and mailing address**
Direct TV
P O Box 5006
Carol Stream, IL 60197

**Date(s) debt was incurred** _
**Last 4 digits of account number**  1979

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$197.97

---

**3.215** | **Nonpriority creditor's name and mailing address**
Direct TV
P O Box 5006
Carol Stream, IL 60197

**Date(s) debt was incurred** _
**Last 4 digits of account number**  2552

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$433.19

---

**3.216** | **Nonpriority creditor's name and mailing address**
Diversified Insurance Group
126 East South Temple, Suite 2300
Salt Lake City, UT 84111

**Date(s) debt was incurred** _
**Last 4 digits of account number**  6708

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

$3,415.50

---

**3.217** | **Nonpriority creditor's name and mailing address**
Docusign
P O Box 123428
Dallas, TX 75312

**Date(s) debt was incurred** _
**Last 4 digits of account number**  0775

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.218** | **Nonpriority creditor's name and mailing address**
Dominic P. Orgettas
129 Pearl Street
Burlington, MA 01803

**Date(s) debt was incurred** _
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.219** | **Nonpriority creditor's name and mailing address**
Dominion Energy
P O Box 45841
Salt Lake City, UT 84139

**Date(s) debt was incurred** _
**Last 4 digits of account number**  6999

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No  ☐ Yes

$368.09

---

**3.220** | **Nonpriority creditor's name and mailing address**
Dominion Energy
P O Box 45841
Salt Lake City, UT 84139

**Date(s) debt was incurred** _
**Last 4 digits of account number**  3615

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No  ☐ Yes

$244.04

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.221** | **Nonpriority creditor's name and mailing address**
Dominion Virginia Power
P O Box 26543
Richmond, VA 23290

**Date(s) debt was incurred** _
**Last 4 digits of account number** _7034_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utility_

Is the claim subject to offset? ☐ No ☐ Yes

$1,417.05

---

**3.222** | **Nonpriority creditor's name and mailing address**
Don Hooser
3960 S Woodland View Dr
Kamas, UT 84036

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Unsecured loan_

Is the claim subject to offset? ■ No ☐ Yes

$27,291.63

---

**3.223** | **Nonpriority creditor's name and mailing address**
Donald C. Pierson
Rosemarie Tornell Pierson
130 California Quarry Rd
Woodstock, NY 12498

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.224** | **Nonpriority creditor's name and mailing address**
Donald Lang
1643 Beacon Street, Suite 22
Waban, MA 02468

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.225** | **Nonpriority creditor's name and mailing address**
Donald P. Smith
Rosemary B. Smith
Sonoma, CA 95476

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.226** | **Nonpriority creditor's name and mailing address**
Donald R. Fraser
Cheryl McMahon Fraser
2 Cedar St.
Marblehead, MA 01945

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.227** | **Nonpriority creditor's name and mailing address**
Doriann Demello
85-033 Lualualei Hmstd Rd
Waianae, HI 96792

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Unsecured loan_

Is the claim subject to offset? ■ No ☐ Yes

$10,416.65

---

| Debtor | Noah Corporation | | | |
|---|---|---|---|---|
| | Name | | Case number (if known) | 19-23840 |

---

**3.228** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Double T-Des Moines, LLC
Attn:  Todd Thacker
P O Box 281
Jensen, UT 84035

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $810,652.20

Doug Sullivan
11648 S Ingot Way
South Jordan, UT 84095

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Douglas S. Peterson
4036 S. 900 W.
Riverdale, UT 84405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Dr. P.M. Corp.
Attn:  Pat Mazhari
103 Avalon Court
Canton, GA 30115

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Dryjas Holdings, LLC
Attn:  Mark Dryjas
P O Box 533
Glen, NH 03838

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $349.20

DTE Energy
One Energy Plaza
Detroit, MI 48226

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  8637

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Duke Energy
P O Box 1326
Charlotte, NC 28201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  0012

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|
| | Name | | | |

---

**3.235** | **Nonpriority creditor's name and mailing address**
Duke Energy
P O Box 1326
Charlotte, NC 28201

**Date(s) debt was incurred** _
**Last 4 digits of account number  8114**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.236** | **Nonpriority creditor's name and mailing address**
Duke Energy
P O Box 70516
Charlotte, NC 28272

**Date(s) debt was incurred** _
**Last 4 digits of account number  5526**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.237** | **Nonpriority creditor's name and mailing address**
Duke Energy
P O Box 70516
Charlotte, NC 28272

**Date(s) debt was incurred** _
**Last 4 digits of account number  5949**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.238** | **Nonpriority creditor's name and mailing address**
Duke Energy
P O Box 70516
Charlotte, NC 28272

**Date(s) debt was incurred** _
**Last 4 digits of account number  0164**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No  ☐ Yes

$613.81

---

**3.239** | **Nonpriority creditor's name and mailing address**
E & H Jackson, LLC
Attn:  Tiberich & Emilia
2652 Cropsey Ave, Apt #8F
Brooklyn, NY 11214

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.240** | **Nonpriority creditor's name and mailing address**
E&J Trailer Sales & Services, Inc.
610 Wayne Park Drive
Cincinnati, OH 45215

**Date(s) debt was incurred** _
**Last 4 digits of account number  7965**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$187.25

---

**3.241** | **Nonpriority creditor's name and mailing address**
EC9 Holdings, LLC
Attn:  Grace Weis
3948 3rd St S #134
Jacksonville Beach, FL 32250

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 3.242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Eduardo B.V. da Silveira
435 Willow Glen Way
San Jose, CA 95125

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Edward A. Hennessey 2001
 Revocable Living Trust
58 West Elm Street
Littleton, NH 03561

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $441.00 |
|---|---|---|---|

Edwards Electronic Systems, Inc.
P O Box 39
Charlotte, NC 28227

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $54,645.49 |
|---|---|---|---|

Edwin Neimann
1506 Jennifer Court
Irwin, PA 15642-1891

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $509,166.65 |
|---|---|---|---|

Elaine Horrocks
1467 Indian Hills Dr
Salt Lake City, UT 84108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $34,636.25 |
|---|---|---|---|

Eldon Haacke
1882 Rich Way
Salt Lake City, UT 84121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Eldridge Holdings TOO LLC
Attn:  Morgan Powell
777 West End Ave, 7A
New York, NY 10025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.249** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $897.44

Electric Illuminating Co/Peerless Electr
P O Box 3687
Akron, OH 44309

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** 3470

**Basis for the claim:** Utility

Is the claim subject to offset? ■ No ☐ Yes

---

**3.250** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,147.00

Elite Landscape Group
P O Box 3936
Naperville, IL 60567

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.251** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Elizabeth R. Fischer
P O box 1037
Dover, NH 03821

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.252** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Elizabeth W. Bradley
2121 N Frontage Road, #259
Vail, CO 81657

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.253** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Elva Jo Edwards
5155 W Quincy Ave. G108
Denver, CO 80236

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.254** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Entergy Arkansas
P O Box 8101
Baton Rouge, LA 70891

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** 9958

**Basis for the claim:** Utility

Is the claim subject to offset? ■ No ☐ Yes

---

**3.255** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

EnTouch
P O Box 4343 Dept. 669
Houston, TX 77210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** 8930

**Basis for the claim:** Phone/Internet

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.256** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Equity Trust Company Custodian
FBO John Croft IRA
P O Box 451340
Westlake, OH 44145

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.257** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Esterhill Boat Service Corporation
Attn: Bob Every
561 Easton Valley Road
Franconia, NH 03580

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.258** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Eugene M. Spiritus
Susan F. Spiritus
9 DOMANI Drive
Newport Coast, CA 92657

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

EverSource
P O Box 56003
Boston, MA 02205

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Utility_

**Last 4 digits of account number** _8077_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.260** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Expo Land Corp
Attn: John Grasso
7405 Chouder Lane
Wake Forest, NC 27587

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,670.00

Fairacres Lawn, Inc.
P O Box 641846
Omaha, NE 68164

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.262** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Fanny Peters
56 Tibbetts Road
Yonkers, NY 10705

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 3.263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $34,256.23 |
|---|---|---|---|

FedEx
P O Box 7221
Pasadena, CA 91109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _6221_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,500.00 |
|---|---|---|---|

Fine Edge Lawn & Landscaping
1960 Champion Cr
Virginia Beach, VA 23456

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Fisher Investments Family Ltd. Partnersh
6467 S 1850 E
Ogden, UT 84405-9704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Four Brothers Plus One, Inc.
Attn:  Ken Royal
96 Ashworth Avenue
Hampton, NH 03842

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Frank & Sally Irrevocable Trust
1343 6th St.
Turtle Lake, ND 58575

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Franklin W. Krause
P O Box 79
Hermosa, SD 57744

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Frederic Jay Gregory
1117 Washington St
Lineville, IA 50147-2021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $111.30 |
|---|---|---|---|

Full Care
974 Breckenridge Lane #226
Louisville, KY 40207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Gables Investments, LLC
Attn:  Terry & Patricia Holt
1340 Asturia Avenue
Coral Gables, FL 33134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Gangwer, Jesse & June
Town and Campus, Inc.
105 Perkins Road
Madbury, NH 03823

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Gary R. Neil
P O Box 730
Quechee, VT 05059

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Gator I Properties, Inc.
P O Box 63879
Philadelphia, PA 19147

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $154,753.83 |
|---|---|---|---|

George Rakowski
4278 Roxbury St
Simi Valley, CA 93063

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Unsecured loan_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $387.87 |
|---|---|---|---|

Georgie's Yard Services
1105 Chelwood Park NE
Albuquerque, NM 87112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.277** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Gertraude Winkler
7021 San Bartolo Street
Carlsbad, CA 92011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.278** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Glen & Deanna Davis
920 9th St.
West Babylon, NY 11704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.279** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Glenn A Smith Family Intervivos & Revoca
5930 W. 10400 N.
Elwood, UT 84337

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.280** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Gloucester Medical Real Estate Holdings
6034 Belroi Springs Lane
Gloucester, VA 23061

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.281** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Goffstown Horizon Properties, LLC
Attn:  Daniel Dion
153 Horizon Drive
Goffstown, NH 03045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.282** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,317.09

Granite Landscape
P O Box 80078
Keller, TX 76244

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.283** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $894.70

Great American Financial Services
P O Box 660831
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  8000**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.284** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $435.00

Greater Omaha Chamber
808 Conagra Dr. Suite 400
Omaha, NE 68102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _3085_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Green Acre Woodlands, Inc.
Attn: Charles Bonin
133 Washington Street
Morristown, NJ 07960

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,650.00

Green Pride Landscaping
P O Box 147
Missouri City, TX 77459

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $741.00

Greenscape
7902 U.S. Highway 70
Memphis, TN 38133

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $104.63

Greenville Water
P O Box 687
Greenville, SC 29602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Utility_

**Last 4 digits of account number** _1025_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $84.81

Greenville Water
P O Box 687
Greenville, SC 29602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _1020_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.290** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Gregory Cloutier
80A Elm Street
Lancaster, NH 03584

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
| --- | --- | --- | --- |
| | Name | | |

---

**3.291** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Gregory D. Robinson
Susan P. Robinson
P O Box 64379
Colorado Springs, CO 80962

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.292** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $85,226.00

Gregory Gibbs
1888 Fiorica Way
Brentwood, CA 94513-7221

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unsecured loan

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.293** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Groundhog Landscaping
P O Box 1316
Londonderry, NH 03053

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,356,872.00

Guggenheim Retail Real Estate Partners
3000 Internet Boulevard, Suite 570
Frisco, TX 75034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unsecured loan

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.295** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Guy P. Randazzo

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,646.88

GW Systems, Inc.
1701 Timocuan Way
Longwood, FL 32750

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.297** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Gyula Molnar
4644 Hayvenhurst Ave
Encino, CA 91436

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.298** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $112,000.00

Hal Brown
854 E Southfork Dr.
Draper, UT 84020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Hamilton, Curtis
940 Tanglewood Ct.
Twin Falls, ID 83301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $185.17

Hampton Roads Utility Billing Service
P O Box 37097
Boone, IA 50037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  5400

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No ☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Harvey A. Paul
17 Pleasant Street
South Berwick, ME 03908

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.302** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Heather H. Thomas
107 Champion Street
Steilacoom, WA 98388

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,046.26

Hemenway & Barnes
75 State Street
Boston, MA 02109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Legal Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.304** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Henry Noahs Dublin LLC
Attn:  Richard Abraham
33 Fairview Avenue
Tarrytown, NY 10591

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Henryk Sarat
839 Leavenworth, Unit 104
San Francisco, CA 94109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Herbert Wiehl
Ursula Wiehl
2045 Cornell Pl.
Port Orange, FL 32128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,550.73 |
|---|---|---|---|

Hermes Landscaping
13030 W 87th St Pkwy
Lenexa, KS 66215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Historic Spicer, LLC
Attn:  John Van Sciver
2449 E 14th Ave.
Denver, CO 80206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Hoi Yuk Choi
Attn:  Carol Choi
761 E. 10 S.
American Fork, UT 84003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Homes Development Corporation
Attn:  John Esserian
23 A, Adams Street
Burlington, MA 01803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Horizon Management, LLC
Attn:  Peter Cammann
P O Box 862
Williston, VT 05495

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.312** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,329.80

Horticare Landscape
P O Box 4307
Little Rock, AR 72214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.313** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $274.92

Integrated Safety Services
9082 Marshall Ct
Westminster, CO 80031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.314** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Integrity Green Landscaping
7701 Eustiss Ct
Deerpark, OH 45236

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

INVYNC, LLC
Attn: Senthil Ranganathan/Vallie Muruges
12 Sequioa Dr.
Dayton, NJ 08810

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.316** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

IPL Realty, LLC
Attn:  Brian MacKenzie
246 Birch Acres Rd.
New London, NH 03257

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.317** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

IRA Services Trust Company
CFBO Gertraude Winkler IRA787292
P O Box 7080
San Carlos, CA 94070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.318** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

IRA Services Trust Company
CFBO Jon R. Addison IRA336178
San Carlos, CA 94070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.319**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| IRA Services Trust Company | ☐ Contingent | |
| CFBO Arthur R. Roso 506916 | ☐ Unliquidated | |
| San Carlos, CA 94070 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.320**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| IRA Services Trust Company | ☐ Contingent | |
| CFBO Louis Duane Blakeslee, IRA 738761 | ☐ Unliquidated | |
| P O Box 7080 | ☐ Disputed | |
| San Carlos, CA 94070 | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.321**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Isabella Fiore | ☐ Contingent | |
| 2278 East One Street | ☐ Unliquidated | |
| Brooklyn, NY 11223 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.322**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|
| Iscapes Inc. | ☐ Contingent | |
| 4517 Springbrook Drive | ☐ Unliquidated | |
| Burlington, NC 27215 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.323**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,479.12 |
|---|---|---|
| Ivan Briggs | ☐ Contingent | |
| 13443 South Palawan Way | ☐ Unliquidated | |
| Riverton, UT 84065 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Unsecured loan | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.324**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102,000.00 |
|---|---|---|
| Ivy Fasko | ☐ Contingent | |
| 112 Quarry View Dr. | ☐ Unliquidated | |
| Morgantown, PA 19543 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Unsecured loan | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.325**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| J & J Real Estate Investments, LLC | ☐ Contingent | |
| 4549 North County Road, 400 East | ☐ Unliquidated | |
| Pittsboro, IN 46167 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128,678.36 |
|---|---|---|---|

**3.326**

Nonpriority creditor's name and mailing address
J Craig Larsen
1336 West Ammon Way
South Jordan, UT 84095

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $128,678.36
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.327**

Nonpriority creditor's name and mailing address
J.W. Richen Trust
3521 Jackdaw St.
San Diego, CA 92103

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.328**

Nonpriority creditor's name and mailing address
Jack's Custom Works
Attn:  Jack Addison
PO Box 2111
Sisters, OR 97759

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.329**

Nonpriority creditor's name and mailing address
Jackie Goode
PO Box 692
Hurricane, UT 84737

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $22,208.30
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

---

**3.330**

Nonpriority creditor's name and mailing address
Jacqueline L. Gardiner
2803 Sancho Panza Ct.
Punta Gorda, FL 33950

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.331**

Nonpriority creditor's name and mailing address
Jakes Law & Landscaping
9028 Harding St
Indianola, IA 50125

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $1,580.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.332**

Nonpriority creditor's name and mailing address
James A. Sheridan
Brigid P. Sheridan
28 Thicket
Irvine, CA 92614

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.333** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

James D. Elizabeth A. Senn
2201 N. M Road
Marquette, NE 68854

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.334** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $103,954.16

James Wallace
2422 Fairmont Ave
Santa Ana, CA 92706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

---

**3.335** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Janet R. Parsons
20 Skyview Drive
Greenland, NH 03840

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Jarvis B. Rasmussen
113 N 100 W
Lehi, UT 84043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.337** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Jason M. Boynton
10929 AP Hill CT
Bristow, VA 20136

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

JDB Holdings, LLC
14 Goss Road
North Hampton, NH 03862

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.339** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $84.64

JE Systems, Inc.
P O Box 6246
Fort Smith, AR 72906

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 2015

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.340** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Jean M. Bonetti
22 Concord Lane
Uxbridge, MA 01569

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.341** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Jean Pierre Samson
10424 Orange Ave.
South Gate, CA 90280

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.342** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Jeanne Jackson Exempt Trust
10272 Foothills Highway
Longmont, CO 80503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.343** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $204,000.00

Jeannette Bonin
c/o Charles V. Bonin
133 Washington Street
Morristown, NJ 07960

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

---

**3.344** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35,991.68

Jeff Bettinson
9872 S. Heytesbury Ln.
Sandy, UT 84092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

---

**3.345** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $81,700.01

Jeffrey Limb
1334 S Haight Creek Dr
Kaysville, UT 84037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

---

**3.346** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Jeffrey R. Dickerson
Gayla R. Nicholson
PO Box 947
Livingston, MT 59047

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

**3.347**

**Nonpriority creditor's name and mailing address**
Jen-Scot, Inc.
Attn:  Norm Ramsey
P O Box 632
New Castle, NH 03854

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.348**

**Nonpriority creditor's name and mailing address**
Jill Hanna-Gore
435 Olive St.
Chico, CA 95928

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.349**

**Nonpriority creditor's name and mailing address**
Jill Krishnamurthy
2546 West Pebble Creek Lane
Lehi, UT 84043

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.350**

**Nonpriority creditor's name and mailing address**
Jim Dunlop

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

$102,000.00

---

**3.351**

**Nonpriority creditor's name and mailing address**
JK Alarm

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$79.74

---

**3.352**

**Nonpriority creditor's name and mailing address**
John A. Eddy
Laura C. Eddy
413 Walnut St. #5401
Green Cove Springs, FL 32043

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.353**

**Nonpriority creditor's name and mailing address**
John D. Hamrick
Mary J. O'Toole
2103 Saint Johnsbury Road
Littleton, NH 03561

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

| 3.354 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

John Michael Lalli III
2569 West 2nd Street
Brooklyn, NY 11223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

John Mongiello
Margaret Mongiello
21 Point Breeze Road
Wolfeboro, NH 03894

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.356 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

John N. Pikulin Revocable Trust
221 Bridge Street
New Cumberland, PA 17070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

John R. Walker
Virginia V. Walker
P O Box 542814
Merritt Island, FL 32952

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.358 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

John T. Halloran
Patricia C. Halloran
1471 Appian Drive
Punta Gorda, FL 33950

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

John T. Halloran Revocable Trust
Attn: John & Patricia
1471 Appian Drive
Punta Gorda, FL 33950

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

John Thomas Barnett
Patricia A. Barnett
2900 Jeff Myers Circle
Sarasota, FL 34240

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.361** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
John V. Phillips
Karleen L. Phillips
1550 NW Marjo Lane
McMinnville, OR 97128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.362** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
John W. Vansciver
2449 E 14th Ave
Denver, CO 80206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.363** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18.09
Johnson County Wasterwater
P O Box 219948
Kansas City, MO 64121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Utility

**Last 4 digits of account number** 6864

Is the claim subject to offset? ■ No ☐ Yes

---

**3.364** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Jon C. Parise
Michelle L. Parise
710 Arbor Dr.
San Leandro, CA 94577

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.365** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Joseph and Grace Zambito Family Trust
151-51 23rd Avenue
Whitestone, NY 11357

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.366** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Josie Addamo
Barney J. Addamo
2252 Ivory Place
Carlsbad, CA 92009

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.367** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Joy Venture, LLC
PO Box 233
Paisley, FL 32767

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.368**

**Nonpriority creditor's name and mailing address**
Judi Davenport
3263 Claremont Way
Napa, CA 94558

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured loan

**Is the claim subject to offset?** ■ No ☐ Yes

$750,000.00

---

**3.369**

**Nonpriority creditor's name and mailing address**
Judith T. Spang Revocable Trust
55 Wiswall Road
Durham, NH 03824

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No ☐ Yes

$0.00

---

**3.370**

**Nonpriority creditor's name and mailing address**
K. Boyd Rasmussen
Jetta Marie Rasmussen
5959 W. 10100 N.
Highland, UT 84003

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No ☐ Yes

$0.00

---

**3.371**

**Nonpriority creditor's name and mailing address**
Kansas Gas Service
P O Box 219046
Kansas City, MO 64121

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1800

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

**Is the claim subject to offset?** ■ No ☐ Yes

$0.00

---

**3.372**

**Nonpriority creditor's name and mailing address**
Kansas Gas Service
P O Box 219046
Kansas City, MO 64121

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5427

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

**Is the claim subject to offset?** ■ No ☐ Yes

$106.41

---

**3.373**

**Nonpriority creditor's name and mailing address**
Karen A. Wagner
1337 Garvin Hill Road
Greensboro, VT 05841

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No ☐ Yes

$0.00

---

**3.374**

**Nonpriority creditor's name and mailing address**
Katherine Haglund
P O Box 531028
Henderson, NV 89053

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 3.375 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Kathie Muhler Revocable Trust<br>851 Burlway Road, Suite 600<br>Burlingame, CA 94010 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.376 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Kathy L. Chan<br>114 Mackenzie Lane South<br>Denville, NJ 07834 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.377 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100,867.00 |
|---|---|---|---|
| | KavNiya (RK)<br>145, Singaravelan Salai Rd<br>Palavakkam, Chennai, Tamil Nadu 600041<br>INDIA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.378 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | KCP&L<br>P O Box 219300<br>Kansas City, MO 64121 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Utility | |
| | **Last 4 digits of account number** _2580_ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Keith E. King<br>P O Box 403<br>Pleasant Grove, UT 84062 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.380 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $137,615.64 |
|---|---|---|---|
| | Keith Pennington<br>770 East Main St #118<br>Lehi, UT 84043 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Unsecured loan | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.381 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Kelly G. Bayles<br>Vicky E. Bayles<br>280 N Long St.<br>Green River, UT 84525 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.382**

**Nonpriority creditor's name and mailing address**
Kenneth Wilson
57 Union St. E., Unit 705
Waterloo, Ontario N2J1B9
CANADA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.383**

**Nonpriority creditor's name and mailing address**
Kent Harker
P O Box 870233
West Bountiful, UT 84087

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No  ☐ Yes

$115,814.58

---

**3.384**

**Nonpriority creditor's name and mailing address**
Kent S. Seymour and Donna G. Seymour Fam
24 Eagle Drive
Novato, CA 94949

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.385**

**Nonpriority creditor's name and mailing address**
Keystone Publishing
P O Box 71241
Salt Lake City, UT 84171

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$5,419.00

---

**3.386**

**Nonpriority creditor's name and mailing address**
King & McLeary
240 West Main Street
American Fork, UT 84003

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounting Services

Is the claim subject to offset? ■ No  ☐ Yes

$400.00

---

**3.387**

**Nonpriority creditor's name and mailing address**
Kingston Water Dept.
900 Waterford Place
Kingston, TN 37763

**Date(s) debt was incurred** _

**Last 4 digits of account number** 4001

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.388**

**Nonpriority creditor's name and mailing address**
Kingston Water Dept.
900 Waterford Place
Kingston, TN 37763

**Date(s) debt was incurred** _

**Last 4 digits of account number** 4101

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.389**

**Nonpriority creditor's name and mailing address**
Kingston Water Dept.
900 Waterford Place
Kingston, TN 37763

**Date(s) debt was incurred** _

**Last 4 digits of account number** _4201_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utility_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.390**

**Nonpriority creditor's name and mailing address**
Kiran Holdings, LLC
10213 Blackstock Road
Huntersville, NC 28078

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.391**

**Nonpriority creditor's name and mailing address**
Kiran Karumuri
10213 Blackstock Road
Huntersville, NC 28078

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Unsecured loan_

Is the claim subject to offset? ■ No ☐ Yes

$102,000.00

---

**3.392**

**Nonpriority creditor's name and mailing address**
Kristen Lindsay
P O Box 182
Orem, UT 84059

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.393**

**Nonpriority creditor's name and mailing address**
Kristin Matthews
4821 SW 35th Place
Portland, OR 97221-3904

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Unsecured loan_

Is the claim subject to offset? ■ No ☐ Yes

$460,900.02

---

**3.394**

**Nonpriority creditor's name and mailing address**
Kyle P. Kennedy & MJK Trust
Marilyn Kennedy, Trustee
2567 Holly Manor Dr.
Falls Church, VA 22043

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.395**

**Nonpriority creditor's name and mailing address**
L&B Property Maintenance
102 Edenberry Ct
Easley, SC 29642

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$609.00

---

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|
| | Name | | | |

---

**3.396**

**Nonpriority creditor's name and mailing address**
Lake County Department of Utilities
125 East Erie Street, Suite 7
Painesville, OH 44077

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0900_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utility_

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.397**

**Nonpriority creditor's name and mailing address**
Lake Virginia Owners Association
2806 North Fifth Street, Ste. 403
Saint Augustine, FL 32084

**Date(s) debt was incurred** _

**Last 4 digits of account number** _6_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$3,627.52

---

**3.398**

**Nonpriority creditor's name and mailing address**
Landcare
P O Box 677220
Dallas, TX 75267

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No  ☐ Yes

$35,194.11

---

**3.399**

**Nonpriority creditor's name and mailing address**
Landscaping for Less
P O Box 270
Canonsburg, PA 15317

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No  ☐ Yes

$5,385.00

---

**3.400**

**Nonpriority creditor's name and mailing address**
LaRayne Day
1563 East Spyglass Hill Dr.
Draper, UT 84020

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Unsecured loan_

Is the claim subject to offset? ■ No  ☐ Yes

$244,500.00

---

**3.401**

**Nonpriority creditor's name and mailing address**
Larry Bucciarelli, LLC
Ellen Bucciarelli, LLC
P O Box 622
Palisades, NY 10964

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.402**

**Nonpriority creditor's name and mailing address**
Larry J. Sturgeon 2008 Trust
Larry J. Sturgeon, Trustee
7036 Via Valverde
San Jose, CA 95135

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Laurens Electric Cooperville
P O Box 967
Laurens, SC 29360

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _9181_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Lavender Creek LLC
Attn:  Valerie Sharp
5966 Dunegal Ct.
Agoura Hills, CA 91301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Law Family Trust

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Lawrence & Sherry Kelley
4840 Moss Creek LP #56
Murrells Inlet, SC 29576

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Lawrence H. Talbot
Russell M. Talbot
2708 Virginia Street
Berkeley, CA 94709

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Lazy Pines Enterprises, Inc.
Attn:  Ray Cowan
205 North Village Road
Loudon, NH 03307

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Ledgewood/Hillsborough Realty Group, LLC
P O Box 543
Londonderry, NH 03053

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **3.410** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Lee & Lamont Realty
Attn: Steve Lamont
40 West St. Ste 10
Vernon Rockville, CT 06066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.411** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Lee Revocable Trust

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.412** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Leo A. Nicholes
Cheryl D. Nicholes
1017 Willow Road
Deer Lodge, MT 59722

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.413** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Lesley Marquis
P O Box 10627
Newbury, NH 03255

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.414** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

LG&E
P O Box 9001960
Louisville, KY 40290

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Utility

**Last 4 digits of account number** 1819

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.415** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Liberty Utilities
75 Remittance Drive, Ste 1032
Chicago, IL 60675

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Utility

**Last 4 digits of account number** 1574

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.416** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Liem Quang Le
P O Box 440123
Saint Louis, MO 63144

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.417**

**Nonpriority creditor's name and mailing address**
Lincolnshire Corporate Center Assoc
One Overlook Point, Ste 100
Lincolnshire, IL 60069

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,008.81

---

**3.418**

**Nonpriority creditor's name and mailing address**
Linda Barker
433 Rutgers Dr.
Santa Maria, CA 93455

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

$71,000.00

---

**3.419**

**Nonpriority creditor's name and mailing address**
Linda Tyler
435 Sierra Street
Richland, WA 99354

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

$168,100.01

---

**3.420**

**Nonpriority creditor's name and mailing address**
Lindon City
946 West Center Street
Lindon, UT 84042

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.421**

**Nonpriority creditor's name and mailing address**
Lisa A. Storey Revocable Living
Trust of 2013
90 Fern Way
Chimacum, WA 98325

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.422**

**Nonpriority creditor's name and mailing address**
Lisa Perkowski

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

$67,320.00

---

**3.423**

**Nonpriority creditor's name and mailing address**
Lonni G. Thorpe, L.C.
P O Box 71187
Salt Lake City, UT 84171-0187

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 3.424 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $243,019.06 |
|---|---|---|---|
| | Lorrie Stark<br>4542 Temple Shadows Dr<br>Pleasant Grove, UT 84062-8669 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Unsecured loan<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.425 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Lou and Sharon Blakeslee<br>12502 NE 107th Ave<br>Vancouver, WA 98662 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.426 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Louise B. Burke 1991 Trust<br>Attn:  Louise Burke<br>Lincoln, NH 03251 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.427 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Louisville Water<br>550 South Third Street<br>Louisville, KY 40202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number**  9642 | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.428 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Luann Properties, LLC<br>Attn:  Jeremy Hess<br>2795 Jodeco Dr.<br>Jonesboro, GA 30236 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.429 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,006.25 |
|---|---|---|---|
| | Lucid Software<br>10355 South Jordan Gateway, Suite 300<br>South Jordan, UT 84095 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.430 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Lundahl Cold Storage, L.L.C.<br>2005 N 600 W Ste C<br>Logan, UT 84321 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.431** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $51,062.51

Lyn Peterson
7602 S. Timberline Dr
Salt Lake City, UT 84121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

---

**3.432** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Lynn E. Gregory
521 Oakmont Court
Arnold, MD 21012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.433** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

M&M Landscaping
6790 Hwy 304
Ten Mile, TN 37880

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.434** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Madison Municipal Service
P O Box 2997
Madison, WI 53701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  0254

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No ☐ Yes

---

**3.435** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $102,000.00

Makena Herget
17 Cotton Farm Lane
North Hampton, NH 03862

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

---

**3.436** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Manchester Water Dept
281 Lincoln Sheet
Manchester, NH 03103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  3972

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No ☐ Yes

---

**3.437** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Marcel Francis Lamaze
110 Fiske Street
Pacific Palisades, CA 90272

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 3.438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Marcia & Michael E. Kosar
2386 Vassar Dr.
Boulder, CO 80305

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $41,210.00 |
|---|---|---|---|

Marcia Holmes
815 East 600 North
Heber City, UT 84032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Unsecured loan_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Marcia Kosar
2386 Vassar Dr.
Boulder, CO 80305

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Margaret Ansara
29 Parsons Dr.
Swampscott, MA 01907

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Marianne B. Hendrickson
3001 N.E. 47th Ct, #313
Fort Lauderdale, FL 33308

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Marie A. Aleman Revocable Trust
105 Emily Way
West Hartford, CT 06107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $121,000.00 |
|---|---|---|---|

Marilyn Bowser
9555 East Raintree Dr. #1045
Scottsdale, AZ 85260

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Unsecured loan_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101,000.00 |
|---|---|---|---|

Mark Dryjas
PO Box 533
Glen, NH 03838

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Mark E. & Susan M. Dunlap
PO Box 1288
Evergreen, CO 80437

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Mark E. Tipton
Dawn L. Tipton
P O Box 3901
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,770.85 |
|---|---|---|---|

Marlo Stradley
8932 South 3820 West
West Jordan, UT 84088

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Martha Lambert (Jordan)
302 Waverly Wood
Helena, AR 72342

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Mary Beth Parke Trust

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Mary J. O'Toole
2103 St. Johnsbury Rd.
Littleton, NH 03561

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Noah Corporation | Case number *(if known)* | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.452** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Mary Jo Sleeper
109 Sommerfield Ave.
South Burlington, VT 05403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.453** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $729,583.35

Mary Louise Cashin
3008 The Strand
Manhattan Beach, CA 90266

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.454** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $153,000.00

Matthew Francom

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

---

**3.455** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Maxon-Multiline, LLC
Timothy & Prue Maxon
P O Box 1495
Sorrento, FL 32776

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.456** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

McNaughtan Properties East, LLC
Attn: Hi McNaughtan
1151 Pine Circle
Heber City, UT 84032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.457** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,752.05

MD Property Services
947 South 500 East Ste 210
American Fork, UT 84003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

MDB VENTURES LLC
Attn: Mark D. Bouzianis
37 Bassett Lane
Newfields, NH 03586

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|
| | Name | | | |

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Melvin Hayes
5902 S Croft Ave.
Los Angeles, CA 90056

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Memorial RE Investments 1
Attn:  Morgan Powell
777 West End Ave, 7A
New York, NY 10025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,049.00 |
|---|---|---|---|

Memphis Light Gas & Water
P O Box 388
Memphis, TN 38145

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Utility_

**Last 4 digits of account number** _1829_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Meredith Asher
1346 Lillian Ave.
San Leandro, CA 94578

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Merle L. Steinman Jr.
19822 28th Ave. West
Lynnwood, WA 98036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Merny Schwartz & Isabel Schwartz
200 E. 19th St. Apt 3A
Brooklyn, NY 11226

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,658.00 |
|---|---|---|---|

Metco Landscape
220 Rifle Street
Aurora, CO 80011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
| --- | --- | --- | --- |
| | Name | | |

---

**3.466** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Metropolitan Utilities
P O Box 3600
Omaha, NE 68103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _5631_

**Basis for the claim:** _Utility_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.467** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,866.05

Meyer Lab
2401 NW Jefferson Street
Blue Springs, MO 64015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Services_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.468** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

MG&E Madison Gas & Electric
P O Box 1231
Madison, WI 53701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _3526_

**Basis for the claim:** _Utility_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.469** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $104,166.65

Michael & Verna Morgan
316 Gramayre Rd
Coupeville, WA 98239

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Unsecured loan_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.470** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Michael C. Yarnell
Rosanna L. Yarnell
208 High Brook Rd.
Thornton, NH 03285

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.471** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Michael D. Eddy
P O Box 63
Franconia, NH 03580

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.472** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Michael DeGiacomo and
Linda DiGiacomo Revocable Trust
13985 Skyline Blvd.
Oakland, CA 94619

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|
| | Name | | | |

---

**3.473** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Michael E. Tate
1218 W. Cambridge St.
Livingston, MT 59047

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  □ Yes

---

**3.474** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $472.58

Mid American Energy
P O Box 8020
Davenport, IA 52808

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 7018

**Basis for the claim:** Utility

Is the claim subject to offset? ■ No  □ Yes

---

**3.475** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Mike & Cheryl Hart
9A Lafayette Road
North Hampton, NH 03862

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  □ Yes

---

**3.476** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Mike Watt

Colorado Springs, CO

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  □ Yes

---

**3.477** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Minnie E. Scott
3931 Avenida Brisa
Rancho Santa Fe, CA 92091

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  □ Yes

---

**3.478** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

MLF Holdings, LLC
Attn:  Mark Fields
14175 W Indian School Rd. B-4 432
Goodyear, AZ 85395

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  □ Yes

---

**3.479** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,002.03

MMC Land Management
1011 Foggy Hollow Road
Gibsonia, PA 15044

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No  □ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 3.480 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

MMP Investments of Oregon, LLC
Attn: Malik Pirani
P O Box 28526
Portland, OR 97228

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $608.00 |
|---|---|---|---|

Monona Plumbing & Fire Protections
3126 Watford Way
Madison, WI 53713

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  NOAHS

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Mountain View Mobile Home Community, LLC
1550 NW Marjo Lane
McMinnville, OR 97128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

MSE IRA LLC
Attn: Martin Edwards
2433 Saranac Court
Glenview, IL 60026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

MT. Rose Mortgage Co., Inc.
Attn: Wayne Leavitt
2693 North 1200 East
Lehi, UT 84043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Mullen Bridgewater Property Trust
Attn: John & Melissa Mullen
31 Hagen Road
Newton Center, MA 02459

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Myron and Sherry Tippett
1 Briarwood Circle
Pecos, TX 79772

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number *(if known)* | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.487** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Nanci G. Cirone
69 Sunset Rock Road
Lebanon, NH 03766

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.488** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $480,013.32

Nancy Neil
2640 West 15090 South
Bluffdale, UT 84065

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unsecured loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.489** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Naylor Insurance Agency
8494 South 700 East
Sandy, UT 84070

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.490** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Ned L. Miller and Cindy B. Miller Family
480 N. 400 E.
Providence, UT 84332

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.491** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Neffo T. Cappuccio
Raffaele A. Cappuccio
100 Dale Street
Revere, MA 02151

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.492** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Nerber, Douglas
21 Fox Run Ln.
South Burlington, VT 05403

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.493** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

New Direction, Inc FBO Nancy Pierce IRA
1070 W. Century Drive Suite 101
Louisville, CO 80027

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.494**

**Nonpriority creditor's name and mailing address**
New Direction, Inc FBO Patrica Wells IRA
203 Blue Sky Court
Columbia, MO 65203

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.495**

**Nonpriority creditor's name and mailing address**
New Mexico Gas Co
P O Box 27885
Albuquerque, NM 87125

**Date(s) debt was incurred** _

**Last 4 digits of account number** _2260_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utility_

Is the claim subject to offset? ■ No ☐ Yes

$72.94

---

**3.496**

**Nonpriority creditor's name and mailing address**
Newburyport Press, Inc.
Attn: David Brown
44 Cottage Road
Newbury, MA 01951

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.497**

**Nonpriority creditor's name and mailing address**
Nicholas Redd
12547 S Stonebridge Cir.
Draper, UT 84020

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.498**

**Nonpriority creditor's name and mailing address**
Nicor Gas
P O Box 5407
Carol Stream, IL 60197

**Date(s) debt was incurred** _

**Last 4 digits of account number** _4055_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utility_

Is the claim subject to offset? ■ No ☐ Yes

$347.12

---

**3.499**

**Nonpriority creditor's name and mailing address**
Nina D. Johannessen Living Trust
u/d/t 01/29/2018
577 Partridge Lake Road
Littleton, NH 03580

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.500**

**Nonpriority creditor's name and mailing address**
Noah Rockwell LLC
Attn: Mary Seto
334 Broome St, Apt 7
New York, NY 10002

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 3.501 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Noah's Ark Restaurant
2400 Ingersoll Avenue
Des Moines, IA 50312

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Noreen DeAngeles
2215 El Arbolita Drive
Glendale, CA 91208

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Norman & Lillian Lee
245 Via Havarre
Merritt Island, FL 32953

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Norman A. Lee & Lillian C. Lee
1775 Larchmont Court
Merritt Island, FL 32952

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Norman L. Merritt, Jr.
Armenay Faye Merritt
240 Central Park South, #11D
New York, NY 10019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $153,000.00 |
|---|---|---|---|

Norman Lee

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unsecured loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

North Shore Gas
P O Box 2968
Milwaukee, WI 53201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Utility

**Last 4 digits of account number** 0001

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.508** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,897.50

Nyemaster Goode
700 Walnut Ste 1600
Des Moines, IA 50309

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  8892

**Basis for the claim:**  Legal Services

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.509** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Oak Hill Management, Inc.
PO Box 405
Saxtons River, VT 05154

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.510** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18.97

Oak Ridge (ORUD)
120 South Jefferson Circle
Oak Ridge, TN 37830

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  1001

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.511** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

OGE Electric
P O Box 24990
Oklahoma City, OK 73124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  8028

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.512** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $252.17

Oklahoma Natural Gas
P O Box 219296
Kansas City, MO 64121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  8582

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.513** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Oklahoma Natural Gas
P O Box 219296
Kansas City, MO 64121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  4609

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.514** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,348.08

Olson Toon Landscaping, Inc.
3570 Pioneer Road
Verona, WI 53593

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 3.515 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | OPPD Omaha Public Power | ☐ Contingent | |
| | P O Box 3995 | ☐ Unliquidated | |
| | Omaha, NE 68103 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Utility_ | |
| | **Last 4 digits of account number  5057_** | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.516 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Orwell Natural Gas | ☐ Contingent | |
| | P O Box 74008599 | ☐ Unliquidated | |
| | Chicago, IL 60674 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Utility_ | |
| | **Last 4 digits of account number  1361_** | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.517 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $747.30 |
|---|---|---|---|
| | Otis | ☐ Contingent | |
| | P O Box 73579 | ☐ Unliquidated | |
| | Chicago, IL 60673 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  8883_** | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.518 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $207,916.65 |
|---|---|---|---|
| | Ozhen & Vartan Barsegyan | ☐ Contingent | |
| | 210 North Glenoaks Blvd., Ste. A | ☐ Unliquidated | |
| | Burbank, CA 91502 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Unsecured loan_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.519 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | P & S Faulk Trust | ☐ Contingent | |
| | 279 E. 2600 N. | ☐ Unliquidated | |
| | Lehi, UT 84043 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.520 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,867.00 |
|---|---|---|---|
| | P&E Building Services, LLC | ☐ Contingent | |
| | 224 East Douglas Ave Ste 331 | ☐ Unliquidated | |
| | Wichita, KS 67202 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.521 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Pamela J. Troyer | ☐ Contingent | |
| | 55 Sargent Street | ☐ Unliquidated | |
| | Winthrop, MA 02152 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.522** | **Nonpriority creditor's name and mailing address**
Pamela Ramsey

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

$102,000.00

---

**3.523** | **Nonpriority creditor's name and mailing address**
Parivash Mazhari
103 Avalon Court
Canton, GA 30115

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.524** | **Nonpriority creditor's name and mailing address**
Parke Family Revocable Trust

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.525** | **Nonpriority creditor's name and mailing address**
Patricia Davis
601 East 4055 South
Murray, UT 84107

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

$20,562.52

---

**3.526** | **Nonpriority creditor's name and mailing address**
Paul Banks and Eileen Gabriel
65 W Castor Place
Staten Island, NY 10312

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.527** | **Nonpriority creditor's name and mailing address**
Paul E. Frascoia Living Trust
6770 Indian Creek Drive, Apt PH-G
Miami Beach, FL 33141

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.528** | **Nonpriority creditor's name and mailing address**
Paul J. Cattin and Vickie Lee Cattin
Co-Trustees of the Cattin Trust
4359 Toyon Cir.
La Verne, CA 91750

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|
| | Name | | | |

| 3.529 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Paul S. Humphreys
14 Albin Road
Bow, NH 03304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.530 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Penn Power
P O Box 3687
Akron, OH 44309

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Utility

**Last 4 digits of account number** 6269

Is the claim subject to offset? ■ No  ☐ Yes

| 3.531 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $389.90 |
|---|---|---|---|

Pennsylvania American Water
P O Box 371412
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Utility

**Last 4 digits of account number** 5421

Is the claim subject to offset? ■ No  ☐ Yes

| 3.532 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Peoples
P O Box 644760
Pittsburgh, PA 15264

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Utility

**Last 4 digits of account number** 2724

Is the claim subject to offset? ■ No  ☐ Yes

| 3.533 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,129.10 |
|---|---|---|---|

Perimeter Park Owners Association
130 E Randolph St. Ste 2100
Chicago, IL 60601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** mo01

Is the claim subject to offset? ■ No  ☐ Yes

| 3.534 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Peter Cromarty
Anonsia Station PO Box 237154
New York, NY 10023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.535 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Peter J. Maney
153 Rainbow Dr.
Livingston, TX 77399

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 3.536 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $67,320.00 |
|---|---|---|---|
| | Peter Marcalus<br>19636 SE 220th Street<br>Renton, WA 98058 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Unsecured loan_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.537 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $130,525.00 |
|---|---|---|---|
| | Peter Maricich<br>19636 SE 220th Street<br>Renton, WA 98058 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Unsecured loan_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.538 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Petersen Lake Hill Ranch, LP<br>Attn:  Dave Petersen<br>P O Box 558<br>Preston, ID 83263 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.539 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Philip A. Chenevert<br>28 Park Terrace Dr.<br>Saint Augustine, FL 32080 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.540 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Phillip S. Cherry<br>555 N. 1100 W.<br>West Bountiful, UT 84087 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.541 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Piedmont Natural Gas<br>P O Box 1246<br>Charlotte, NC 28201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Utility_ | |
| | **Last 4 digits of account number** _5001_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.542 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Piedmont Natural Gas<br>P O Box 1246<br>Charlotte, NC 28201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Utility_ | |
| | **Last 4 digits of account number** _6001_ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|--------|------------------|------------------------|----------|
| | Name | | |

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|---|---|---|

Piraino Enterprises, LLC
Attn: John and Jan Piraino
6014 N Pointe Place
Woodland Hills, CA 91367

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.94 |
|-------|---|---|---|

PNM
P O Box 27900
Albuquerque, NM 87125

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: Utility

**Last 4 digits of account number** 2431

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|---|---|---|

Premiere Landscape

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,378.97 |
|-------|---|---|---|

Preventative Pest Control
14881 Concorde Park Dr.
Bluffdale, UT 84065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** 7417

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,000.00 |
|-------|---|---|---|

Productions Management, LLC
Attn: Thomas Fiore
2278 East 1st Street
Brooklyn, NY 11223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: Unsecured loan

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $615.43 |
|-------|---|---|---|

Professional Systems Technology
390 West 6500 South
Murray, UT 84107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** 4068

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|---|---|---|

Provident Trust Group, LLC
FBO Richard Doutre-Jones IRA
8880 W. Sunset Rd., Ste 250
Las Vegas, NV 89148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.550** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Provident Trust Group, LLC
FBO: John D. Sumner IRA
8880 W Sunset Rd #250
Las Vegas, NV 89148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.551** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Provident Trust Group, LLC
FBO: Krishnan S. Anand IRA
8880 W Sunset Rd, Ste 250
Las Vegas, NV 89148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.552** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Provident Trust Group, LLC
FBO: Krishnan S. Anand IRA
6898 S. Captiva Cove
Salt Lake City, UT 84121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.553** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Provident Trust Group, LLC
FBO:  Rosario Greco IRA #200264
8880 W. Sunset Rd. Ste 240
Las Vegas, NV 89148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.554** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Provident Trust Group, LLC
FBO: Scott M. Bean IRA
8880 W. Sunset Rd., Ste 250
Las Vegas, NV 89148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.555** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

PSNC Energy
P O Box 100256
Columbia, SC 29202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Utility_

**Last 4 digits of account number** _3855_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.556** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $147.97

Public Work & Utilities
P O Box 2922
Wichita, KS 67201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Utility_

**Last 4 digits of account number** _6661_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.557** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,268.48

Pueblo Mechanical & Controls, LLC
6771 East Outlook Drive
Tucson, AZ 85756

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  a001

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.558** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Quail Springs Office Park
14000 Quail Springs Parkway #225
Oklahoma City, OK 73134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  6938

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.559** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Quail Springs Parkway Property LLC
Attn:  Rich Raffals
P O Box 504
Woodacre, CA 94973

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.560** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,840.00

Quality Creative Landscaping
6104 Old Quarry Road
Birmingham, AL 35235

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.561** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

R & H Paul, Inc.
Attn:  Neil B. Walker
19372 Avenue 218
Lindsay, CA 93247

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.562** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

R & J Steck Investments
303 Nechatel Drive
Draper, UT 84020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.563** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

R. B. Professional Properties, L.P.
Attn:  Tim McLean
38760 Sky Canyon Dr. Suite C
Murrieta, CA 92563

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.564**

**Nonpriority creditor's name and mailing address**
R. P. Associates, LLC
Attn:  Kris May
P O Box 242
Bonsall, CA 92003

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.565**

**Nonpriority creditor's name and mailing address**
Rake Properties, LLC
39 Hillcrest Road
Ogden Dunes, IN 46368

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.566**

**Nonpriority creditor's name and mailing address**
Ralph J. Herbert
79 Highland Avenue
Northfield, VT 05663

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.567**

**Nonpriority creditor's name and mailing address**
Ralph J. Herbert
1337 Garvin Hill Road
Greensboro, VT 05841

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.568**

**Nonpriority creditor's name and mailing address**
Ralph J. Reeder
Margaret E. Reeder
P O Box 1807
Medford, OR 97501

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.569**

**Nonpriority creditor's name and mailing address**
Randall Phillip Storm
Lisa Jane Storm
54321 130th Street
Byars, OK 74831

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.570**

**Nonpriority creditor's name and mailing address**
Real Mint LLC
Attn:  Mary Ann Holda
768 Harris Point Dr.
Virginia Beach, VA 23455

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unsecured loan

Is the claim subject to offset? ■ No  ☐ Yes

$204,000.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.571** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,050.00**

Red Pepper Software
2436 West 700 South, Suite 202
Pleasant Grove, UT 84062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.572** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

REG Real Estate & Investment, LLC
Attn:  Linda Morkrid
3906 Pasadena Dr
Boise, ID 83705

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.573** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$340.19**

Reliable Refrigeration Services, Inc.
913 E Juanita Ave, Suite 1
Mesa, AZ 85204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.574** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Renewal Properties, LLC
6077 Brasswood Row
La Jolla, CA 92037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.575** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,702.98**

Republic Services
P O Box 9001099
Louisville, KY 40290

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** _2408_

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.576** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Revere Beach Parkway Realty Trust
Attn:  Richard B. Adams
154 Hemlock Drive
Gilmanton, NH 03237

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.577** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,540.80**

Reynolds Landscaping & Tree Service
8756 Wheeler Ct.
Mentor, OH 44060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.578 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Richard A. Menard | ☐ Contingent | |
| | 149 Lane Road | ☐ Unliquidated | |
| | Chester, NH 03036 | ☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.579 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Richard and Patricia Miller Living Trust | ☐ Contingent | |
| | 9205 Shari Dr. | ☐ Unliquidated | |
| | Fairfax, VA 22032 | ☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.580 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Richard J. Mikita Living Trust | ☐ Contingent | |
| | 19246 SE 46th Place | ☐ Unliquidated | |
| | Issaquah, WA 98027 | ☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.581 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Richard J. Steck | ☐ Contingent | |
| | Allison Keri Steck | ☐ Unliquidated | |
| | 13564 Clovis Ct. | ☐ Disputed | |
| | Riverton, UT 84065 | | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.582 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Richard Kauflin | ☐ Contingent | |
| | 3080 22nd Street | ☐ Unliquidated | |
| | Boulder, CO 80304 | ☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.583 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Richard Kiernan | ☐ Contingent | |
| | 15 Woodbury Ln. | ☐ Unliquidated | |
| | Bedford, NH 03110 | ☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.584 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Richmore Ventures 1896 Motel Brookside | ☐ Contingent | |
| | Attn: Denise Richer | ☐ Unliquidated | |
| | 113 Dockray Street | ☐ Disputed | |
| | Wakefield, RI 02879 | | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.585** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Riverbend Industrial Partners, LTD
Attn: Bill Rickett
500 Throckmorton Street Unit 3203
Fort Worth, TX 76102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.586** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Robert & Peggy Shawver
143 South 1200 West
Blackfoot, ID 83221

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.587** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $362,921.84

Robert Baker
98 West 550 North
Vineyard, UT 84059

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Unsecured loan

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.588** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Robert D. & Donna L. Druck
205 East Posey Road
Airville, PA 17302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.589** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Robert E. & Wendy J. Thueson
904 South Greenwood
Shoshone, ID 83352

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.590** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Robert F. Kauflin
Joann B. Kauflin
37 Hillside Lane
Telluride, CO 81435

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.591** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Robert Gorney
Cathy Gorney
42091 Black Oak Dr.
Three Rivers, CA 93271

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.592** Nonpriority creditor's name and mailing address
Robert J. Berti 2015 Revocable Trust
P O Box 576
Rumney, NH 03266

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.593** Nonpriority creditor's name and mailing address
Robert R. and Rita Sue Carter
27020 S State Rt C
Freeman, MO 64746

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.594** Nonpriority creditor's name and mailing address
Robert T. Boaks Revocable Trust
7065 Bottlebrush Lane
Naples, FL 34109

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.595** Nonpriority creditor's name and mailing address
Robyn Openshaw
8086 Courtyard Loop
Park City, UT 84098

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unsecured loan

Is the claim subject to offset? ■ No  ☐ Yes

$684,307.72

---

**3.596** Nonpriority creditor's name and mailing address
Rockwell Debt Free Properties Inc.
8494 South 700 East Ste. 200
Sandy, UT 84070

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unsecured loan

Is the claim subject to offset? ■ No  ☐ Yes

$6,616,000.00

---

**3.597** Nonpriority creditor's name and mailing address
Rockwood
P O Box 108
Rockwood, TN 37854

Date(s) debt was incurred _

Last 4 digits of account number  9073

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.598** Nonpriority creditor's name and mailing address
Rocky Mountain Power
P O Box 26000
Portland, OR 97256

Date(s) debt was incurred _

Last 4 digits of account number  0013

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility

Is the claim subject to offset? ■ No  ☐ Yes

$4,016.34

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.599**

**Nonpriority creditor's name and mailing address**
Rocky Mountain Power
P O Box 26000
Portland, OR 97256

**Date(s) debt was incurred** _
**Last 4 digits of account number** 0012

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.600**

**Nonpriority creditor's name and mailing address**
Roger O. Boisse
Joan Boisse
514 Nassau Road
Marco Island, FL 34145

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.601**

**Nonpriority creditor's name and mailing address**
Rolf F. Hertenstein
Emily M. Walker
P O Box 1244
Lyons, CO 80540

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.602**

**Nonpriority creditor's name and mailing address**
Ronald D. Hubbard and
Emily Ann Hubbard Family Trust
3278 Via Ribera
Escondido, CA 92029-7448

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.603**

**Nonpriority creditor's name and mailing address**
Rosa DiTucci
82 Arlington Road
Woburn, MA 01801

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.604**

**Nonpriority creditor's name and mailing address**
Ross R. Greco
Linda M. Greco
2170 County Down Ln.
Apple Valley, CA 92308

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

$101,000.00

---

**3.605**

**Nonpriority creditor's name and mailing address**
Russell A. Fisichella
1255 Vallejo St.
San Francisco, CA 94109

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.606**

**Nonpriority creditor's name and mailing address**
Russell E. Hertrich Revocable Trust
80 Pont Street, Unit 5
Salem, NH 03079

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.607**

**Nonpriority creditor's name and mailing address**
Ruth Ann Gladwell (David Gladwell)
3159 North 1075 East
North Ogden, UT 84414

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.608**

**Nonpriority creditor's name and mailing address**
Ryan V. Andreasen
Alena C. Andreasen
2114 South 500 East
Kaysville, UT 84037

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.609**

**Nonpriority creditor's name and mailing address**
SAMGA Corporation
Attn:  Raymond Blondeau
77 Church St.
Goffstown, NH 03045

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.610**

**Nonpriority creditor's name and mailing address**
San Antonio Water System
P O Box 2990
San Antonio, TX 78299

**Date(s) debt was incurred** _

**Last 4 digits of account number**  0001

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility

Is the claim subject to offset? ☐ No  ☐ Yes

$1,150.99

---

**3.611**

**Nonpriority creditor's name and mailing address**
San Antonio Water System
P O Box 2990
San Antonio, TX 78299

**Date(s) debt was incurred** _

**Last 4 digits of account number**  0001

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility

Is the claim subject to offset? ☐ No  ☐ Yes

$1,323.92

---

**3.612**

**Nonpriority creditor's name and mailing address**
Sandifer
229 S Ellis
Wichita, KS 67211

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$96.75

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.613** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Sandra C. Harris
43 Ridge Ave
Claremont, NH 03743

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.614** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Sandra K. Hardy
16625 W Stoneridge Ct
Surprise, AZ 85387

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.615** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Sanford Roberts
Helaine B. Roberts
100 Shepherds Cove Road, Unit G201
Kittery, ME 03904

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.616** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,062.01

SCG Mechanical
8610 Wallisville Road
Houston, TX 77029

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 0001

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.617** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,291.63

Scott Hooser
2503 West 13105 South
Riverton, UT 84065

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

---

**3.618** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $112,000.00

Scott Jensen
127 West 5878 South
Murray, UT 84107

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

---

**3.619** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Seminole County Water & Sewer Utility
P O Box 958442
Lake Mary, FL 32795

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 0086

Basis for the claim: Utility

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.620**

**Nonpriority creditor's name and mailing address**
Sentinel Sales and Management
Attn: Kathleen Lopez
85 E Main St
American Fork, UT 84003

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.621**

**Nonpriority creditor's name and mailing address**
SERP, LLC
Attn: Susan Reilly
17 Oakmont Dr.
Rancho Mirage, CA 92270

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.622**

**Nonpriority creditor's name and mailing address**
Seth M. Boynton
231 Bloomington Ln.
Wilmington, NC 28411

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.623**

**Nonpriority creditor's name and mailing address**
Shashikant D. Naik
Nilmbari Naik
481 Grenadine Way
Hercules, CA 94547

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.624**

**Nonpriority creditor's name and mailing address**
Shauna Thompson
331 Pioneer Ave
Sandy, UT 84070

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

$25,177.08

---

**3.625**

**Nonpriority creditor's name and mailing address**
Shawn & Terri Lund
10235 S Vilas Dr.
Sandy, UT 84092

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

$188,700.00

---

**3.626**

**Nonpriority creditor's name and mailing address**
Shawn T. Hopkins
2668 Loomis Drive
San Jose, CA 95121

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
| --- | --- | --- | --- |
| | Name | | |

---

**3.627** | **Nonpriority creditor's name and mailing address**

Sherman Dallas Simpson Living Trust
Attn: John Simpson
3895 Old Vineyard Road Apt. 311
Winston Salem, NC 27104

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.628** | **Nonpriority creditor's name and mailing address**

Sherrie East

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

$997,000.00

---

**3.629** | **Nonpriority creditor's name and mailing address**

Sidney Walch
P O Box 830
Sandy, UT 84091

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

$10,312.50

---

**3.630** | **Nonpriority creditor's name and mailing address**

Smith, Bryan & Carol
4396 Hollow Road
Nibley, UT 84321

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.631** | **Nonpriority creditor's name and mailing address**

Sommer's Mobile Leasing
1800 Lorain Blvd
Elyria, OH 44035

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$117.25

---

**3.632** | **Nonpriority creditor's name and mailing address**

South Valley Sewer
P O Box 498
Pleasant Grove, UT 84062

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.633** | **Nonpriority creditor's name and mailing address**

Southwind Commercial Prop. Association
5101 Wheelis Drive, Suite 320
Memphis, TN 38117

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
| --- | --- | --- | --- |
| | Name | | |

| 3.634 | **Nonpriority creditor's name and mailing address**<br>Spectrum<br>P O Box 1060<br>Carol Stream, IL 60132<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 5501 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Internet<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| --- | --- | --- | --- |
| 3.635 | **Nonpriority creditor's name and mailing address**<br>Spectrum<br>P O Box 70872<br>Charlotte, NC 28272<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 7801 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Internet<br><br>Is the claim subject to offset? ■ No ☐ Yes | $124.97 |
| 3.636 | **Nonpriority creditor's name and mailing address**<br>Spectrum<br>P O Box 742614<br>Cincinnati, OH 45274<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 1067 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Internet<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,202.98 |
| 3.637 | **Nonpriority creditor's name and mailing address**<br>Spectrum Business (Fort Worth)<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Phone/Internet<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.638 | **Nonpriority creditor's name and mailing address**<br>Spectrum Business/Time Warner Cable (PA)<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.639 | **Nonpriority creditor's name and mailing address**<br>SRP Electric<br>P O Box 80062<br>Prescott, AZ 86304<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 5003 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Utility<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,625.72 |
| 3.640 | **Nonpriority creditor's name and mailing address**<br>Star Treatment Valet<br>4102 Waterstone<br>Missouri City, TX 77459<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,380.00 |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

| 3.641 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Stearns Family Limited Partnership
Steven Abernathy, General Partner
485 Park Ave.
New York, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Stephen A. Lamont Trust
40 West St. Ste 10
Vernon Rockville, CT 06066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Stephen Bert Lewis & Marilyn Kay
Lewis Family Trust
3902 Ardmore Dr.
San Diego, CA 92111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Stephen E. Wilson
Muriel S. Wilson
1762 Lawrence Cr.
South Jordan, UT 84095

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Stephen H. Charbonneau
Sandra J. Charbonneau
10583 Horizon Lane E SE
Port Orchard, WA 98367

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $102,000.00 |
|---|---|---|---|

Stephen Lewis

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unsecured loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Steve & Jennifer Headley
710 NW 319th Street
Ridgefield, WA 98642

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
| --- | --- | --- | --- |
| | Name | | |

---

**3.648** | **Nonpriority creditor's name and mailing address**
Steve Levingston
161 East 1910 South
Orem, UT 84058

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

$139,469.00

---

**3.649** | **Nonpriority creditor's name and mailing address**
Steve Trumbo
1599 North 1550 East
Provo, UT 84604

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.650** | **Nonpriority creditor's name and mailing address**
Steve Wilson
4024 S Parkview Dr
Salt Lake City, UT 84124

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

$30,850.00

---

**3.651** | **Nonpriority creditor's name and mailing address**
Steven B. & Cynthia H. Patterson
27 Taylor Brook Ln.
Derry, NH 03038

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.652** | **Nonpriority creditor's name and mailing address**
Steven R. & Debra A. LaRoza
23383 Currier Drive
Tracy, CA 95304

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.653** | **Nonpriority creditor's name and mailing address**
Steven R. LaRoza
Debra A. LaRoza
482 Littleton Road
Whitefield, NH 03598

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.654** | **Nonpriority creditor's name and mailing address**
Steven Speer
633 Post Oak Dr
Coppell, TX 75019

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

$99,186.60

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|--------|------------------|------------------------|----------|
|        | Name             |                        |          |

---

**3.655** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,385.65

Stratus Building Solutions
P O Box 211339
Denver, CO 80221

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 8822

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.656** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Stuart & Barbara Mesnik Family Trust
17063 Dearborn St.
Northridge, CA 91325

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.657** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,320.00

Summit Hearing & AC
8101 Shaffer Pkwy, Suite 105
Littleton, CO 81027

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5098

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.658** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25,533.00

Sunbelt Rentals
P O Box 409211
Atlanta, GA 30384

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5665

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.659** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Sunwest Trust Company as custodian
for the Sandra L. Walsh IRA
1298 Kings Bottom Dr.
Fort Mill, SC 29715

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.660** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Sunwest Trust Company as custodian
for the Thomas C. Kelly IRA
3240 D Juan Tabo NE
Albuquerque, NM 87111

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.661** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Sunwest Trust George Foss IRA #201106787
PO Box 36371
Albuquerque, NM 87176

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.662 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Sunwest Trust, Inc. FBO Phillip S Cherry | ☐ Contingent | |
| | 10600 Menaul Blvd NE | ☐ Unliquidated | |
| | Albuquerque, NM 87112 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.663 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Sunwest Trust, Norman Lee IRA #901308879 | ☐ Contingent | |
| | PO Box 36371 | ☐ Unliquidated | |
| | Albuquerque, NM 87176 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.664 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Susan Peterson | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Provo, UT | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.665 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | T-Squared | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.666 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,055.71 |
|---|---|---|---|
| | Tanner | ☐ Contingent | |
| | 36 South State Street, Ste 600 | ☐ Unliquidated | |
| | Salt Lake City, UT 84111 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.667 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Tatone 2005 Family Trust | ☐ Contingent | |
| | 488 Sunset Hill Road | ☐ Unliquidated | |
| | Sugar Hill, NH 03586 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.668 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Taylor Boaks | ☐ Contingent | |
| | 1064 Manor Lake Drive B-102 | ☐ Unliquidated | |
| | Naples, FL 34110 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

| 3.669 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Ted H. Sellman
3808 Painted Pony Rd.
El Sobrante, CA 94803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.670 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Terry L. Schrum
Kathleen H. Schrum
22 Blockhouse Court
Ormond Beach, FL 32174

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.671 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Texas Green
P O Box 393
Pleasanton, TX 78064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.672 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

The Andrew R. Courteau Jr. Revocable Tru
280 Houde Road
Eliot, ME 03903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.673 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

The Anthony Perricone Separate Property
5625 Shasta Daisy Trail
San Diego, CA 92130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.674 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

The Anthony R. Massahos Revocable Trust
19 Farrwood Road
Windham, NH 03087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.675 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

The Arellano Investment Trust
Attn:  Christine Showalter
P O Box 1947
Bonita, CA 91908

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.676** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

The Arthur and Carol Roso Jnt Revocable
301 Wind Poppy Way
Waunakee, WI 53597

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.677** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

The Arthur and Carol Roso Jnt Revocable
8540 Greenway Blvd. Apt 117
Middleton, WI 53562

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.678** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

The Cal and Gayle Jorgensen Family Trust
3663 Bountiful Blvd.
Bountiful, UT 84010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.679** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

The Cattin Trust
4359 Toyon Dir.
La Verne, CA 91750

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.680** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

The Christina S. Porter Revocable Trust
544 Mount Holyoke Avenue
Pacific Palisades, CA 90272

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.681** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $602.30

The City of OKC
P O Box 26570
Oklahoma City, OK 73126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Utility

**Last 4 digits of account number** 6090

Is the claim subject to offset? ■ No ☐ Yes

---

**3.682** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

The Colegrove Family Trust
Norm & Virginia
711 Burma Road
Fallbrook, CA 92028

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.683** | Nonpriority creditor's name and mailing address
The David and Victoria Green Family Trus
40508 154th Street East
Lancaster, CA 93535

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.684** | Nonpriority creditor's name and mailing address
The David and Zora Stephenson Living Tru
5004 W. 5500 S.
Hooper, UT 84315

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.685** | Nonpriority creditor's name and mailing address
The Dobies Family Trust
Victor & Cynthia
17718 Vineyard Ln.
Poway, CA 92064

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.686** | Nonpriority creditor's name and mailing address
The Donald Paul Olshove and
Gwendolyn Rae Olshove Family Trust
P O Box 81
Clovis, CA 93613

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.687** | Nonpriority creditor's name and mailing address
The Eldon R. and Carol M. Eakin Family T
242 Pine Needle Lane
Bigfork, MT 59911

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.688** | Nonpriority creditor's name and mailing address
The Ernest G. Sunderland Personal Trust
7856 S. Willowcrest Cr.
Salt Lake City, UT 84121

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.689** | Nonpriority creditor's name and mailing address
The Fox Family Trust

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Noah Corporation | | | |
|---|---|---|---|---|
| | Name | | Case number (if known) | 19-23840 |

---

**3.690**

**Nonpriority creditor's name and mailing address**
The Frank R. Pierce Jr. Exempt Trust
5334 Bayside Court
Cape Coral, FL 33904

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.691**

**Nonpriority creditor's name and mailing address**
The Fred Jacob Living Trust
12340 Rochester Ave. Apt 214
Los Angeles, CA 90025

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.692**

**Nonpriority creditor's name and mailing address**
The G. Scott Coleman Trust
410 Cobblestone Drive
Providence, UT 84332

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.693**

**Nonpriority creditor's name and mailing address**
The Gaylon T. Peters Trust
409 Vanderkloot Dr.
Osprey, FL 34229

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.694**

**Nonpriority creditor's name and mailing address**
The George E. Foss III Revocable Trust
96125 Marsh Lakes Drive
Fernandina Beach, FL 32034

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.695**

**Nonpriority creditor's name and mailing address**
The Heather Ann Harrington Revocable Tru
3319 N. 700 E.
Lehi, UT 84043

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.696**

**Nonpriority creditor's name and mailing address**
The Hendrix Family Living Trust
Terry & Judith
P O Box 957
Manzanita, OR 97130

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.697** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

The James J. Rossi Trust
5040 York Blvd.
Los Angeles, CA 90042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.698** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

The Jennifer C. Deitchman Trust
11745 N. 125th St.
Scottsdale, AZ 85259

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.699** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

The Jim & Marlene Plate 2000 Trust
P O Box 710
Weiser, ID 83672

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.700** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

The Joan B. Segall Trust
1914 North 80th Street
Seattle, WA 98103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.701** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

The Jonathan and Emily Weiss Living Trus
14306 NW 52nd Ave.
Vancouver, WA 98685

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.702** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

The Kathy S. Calhoun Trust
2650 Lake Shore Drive #1901
Riviera Beach, FL 33404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.703** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

The Larry E. Mull Revocable Living Trust
P O Box 8309
Morganton, NC 28680

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.704** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

The Lawrence C. Kelley Jr. Revocable Tru
Sherry Kelley
18 Perkins Road
Rutland, VT 05701-4614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.705** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

The Lawrence Trust
Attn:  Harvey & Madelon Lawrence
14201 Hayden Rd, Suite A-2
Scottsdale, AZ 85260

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.706** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

The Lewis & Retta Chappell Trust
460 Pole Dr.
Heber City, UT 84032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.707** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

The Linda Renfroe Family Trust
58 Via Santa Maria
San Clemente, CA 92672

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.708** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

The Living Trust of Thomas C & Linda M K
1617 Woodland Greenes Blvd.
Springboro, OH 45066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.709** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

The Lowell S. & Kathleen S. Peterson Int
Attn:  Kathleen Peterson
3643 Elkridge Trail
Eden, UT 84310

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.710** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

The Lynn & Patti Anderson Joint Rev. Tru
9432 Dunbar Cove
South Jordan, UT 84065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|
| | Name | | | |

---

**3.711** | **Nonpriority creditor's name and mailing address**

The Margaret G. Hansen Trust
1847 West 500 North
West Point, UT 84015

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.712** | **Nonpriority creditor's name and mailing address**

The Margaret Olena Robins Family Trust
2408 W Country Bend Dr
South Jordan, UT 84095-9483

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.713** | **Nonpriority creditor's name and mailing address**

The Marjorie J. Stanton Irrevocable Trus
81 Appleton Street, Apt. 4
Quincy, MA 02171

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.714** | **Nonpriority creditor's name and mailing address**

The Mathews Revocable Trust
Attn:  Fred & Darlene
13565 Wilson Ct.
Sonora, CA 95370

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.715** | **Nonpriority creditor's name and mailing address**

The Moyce 1989 Family Trust
Attn:  Andrew Moyce
1163 Ashmount Ave.
Piedmont, CA 94610

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.716** | **Nonpriority creditor's name and mailing address**

The Naylor Family Trust
Attn:  Dan & Diane Naylor
2595 E. 9900 S.
Sandy, UT 84092

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.717** | **Nonpriority creditor's name and mailing address**

The Neerja B. Reddy Revocable Trust
10953 Stallion Way
Rancho Cucamonga, CA 91737

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

The Ng Trust dated May 7, 1990
Ng, Beverly
1905 Alisar Avenue
Monterey Park, CA 91755

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

The NJW Family Trust
Attn:  Neil & Jacquelyn Walker
19372 Avenue 218
Lindsay, CA 93247

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

The Norman A. Lee Revocable Trust
1775 Larchmont Court
Merritt Island, FL 32952

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

The Normand H. Ramsey Revocable Trust
P O Box 306
New Castle, NH 03854

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

The Ogden Family Trust
Attn:  Steve & Toni
9461 S. Peaceful View Way
South Jordan, UT 84095

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

The Patterson Family Trust
Attn:  Steve & Cindy
27 Taylor Brook Ln
Derry, NH 03038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

The Richard & Patricia Miller Living Tru
9205 Shari Dr.
Fairfax, VA 22032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.725** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

The Richard & Susan Harder 1997 Trust
1716 Gouldin Road
Oakland, CA 94611

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.726** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

The Robert Fitzgerald Family Trust
610 East 60 South
Preston, ID 83263

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.727** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

The Russelll Family Living Trust
Dick R.
735 Darien Way
San Francisco, CA 94127

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.728** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

The Saxton Family Trust
Attn:  Catheryn Saxton
9625 South 285 East
Sandy, UT 84070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.729** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

The Schupack Family Trust
Attn:  Mel & Barbara
P O Box 546
Walpole, NH 03608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.730** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

The Shawn and Teri Lund 1998 Family Trus
10235 S Vilas Dr.
Sandy, UT 84092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.731** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

The Sherman Dallas Simpson Living Trust
Attn: John Simpson
3895 Old Vineyard Road Apt. 311
Winston Salem, NC 27104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.732** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

The Spiritus Revocable Trust
9 DOMANI Drive
Newport Coast, CA 92657

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.733** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

The Steven G. Nienabler Revocable Trust
5430 N 107th St
Kansas City, KS 66109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.734** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

The Thomas Family Trust
Attn:  Dan & Diane Naylor
2595 E. 9900 S.
Sandy, UT 84092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.735** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

The Tierney Revocable Living Trust
37 Lakeview Terrace
Burlington, VT 05401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.736** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

The W. Mark McKoy Irrevocable Trust of 2
7328 Chelsea Court
University Park, FL 34201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.737** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

The Water Co.
(Galveston County WCID#1)
P O Box 307
Dickinson, TX 77539

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Utility

**Last 4 digits of account number** _4001_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.738** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

The William G. & Merilyn O'Brien Family
31500 Grape Street, Suite 3-166
Lake Elsinore, CA 92532-9709

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

| 3.739 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

The William H. Zeliff, Jr. Revocable Tru
1150 Kittiwake Drive
Venice, FL 34285-6614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

The Witzel Living Trust
Richard & Colleen Witzel
90115 Lakeview Dr.
Eugene, OR 97402

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

The Zahner Living Trust
Frank & Shirley
331 N. Camaloch Drive
Camano Island, WA 98282

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Theodore E. Keith & Dena A. Keith
2641 Elmore Mountain Road
Elmore, VT 05661

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Thomas B. Tarbet
3573 S. Capulet Way
Meridian, ID 83642

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $102,000.00 |
|---|---|---|---|

Thomas E. Funk
30 Many Waters Road
Bristol, VT 05443

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Unsecured loan

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Thomas Fiore
2278 East One Street
Brooklyn, NY 11223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.746** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Thomas R. Stevens
PO Box 2197
Elko, NV 89803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.747** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,699.00

Thompson & Knight
1722 Routh Street Ste 1500
Dallas, TX 75201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Legal Services

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.748** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Tibty, Inc.
Attn:  Katherine Ruel
801 Briny Ave., #1401
Pompano Beach, FL 33062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.749** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $84,315.00

TIC Owners - Albuquerque
4591 Vista Fuente Road NW
Albuquerque, NM 87114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Rent, Property Taxes

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.750** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $268,167.00

TIC Owners - Auburn Hills
3391 Cross Creek Parkway
Auburn Hills, MI 48326

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Rent, Property Taxes

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.751** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $81,974.00

TIC Owners - Bedford
379 South River Road
Bedford, NH 03110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Rent, Property Taxes

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.752** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $105,525.00

TIC Owners - Blue Ash
10627 Techwoods Circle
Blue Ash, OH 45242

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Rent, Property Taxes

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 3.753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92,144.00 |
|---|---|---|---|
| | TIC Owners - Chandler<br>2100 E Yeager Drive<br>Chandler, AZ 85286 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Rent, Property Tax<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,400.00 |
|---|---|---|---|
| | TIC Owners - Charlotte<br>2421 Yorkmont Rd<br>Charlotte, NC 28217 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Rent, Property Taxes<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,318.00 |
|---|---|---|---|
| | TIC Owners - Chesapeake<br>625 Independence Pkwy<br>Chesapeake, VA 23320 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Rent, Property Taxes<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171,328.00 |
|---|---|---|---|
| | TIC Owners - Cranberry<br>10020 Pendleton Way<br>Cranberry Twp, PA 16066 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Rent, Property Taxes<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201,459.00 |
|---|---|---|---|
| | TIC Owners - Des Moines<br>1805 90th Street<br>West Des Moines, IA 50266 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Rent, Property Taxes<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113,691.00 |
|---|---|---|---|
| | TIC Owners - Dickinson<br>3920 Gulf Fwy S<br>Dickinson, TX 77539 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Rent, Property Taxes<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161,865.00 |
|---|---|---|---|
| | TIC Owners - Fairview<br>351 Southwind Ln<br>Fairview, TX 75069 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Rent, Property Taxes<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $156,193.00 |
|---|---|---|---|

TIC Owners - Fort Worth
4301 Fossil Creek Blvd
Fort Worth, TX 76137

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent, Property Taxes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141,726.00 |
|---|---|---|---|

TIC Owners - Greenville
1301 Brookfield Blvd
Greenville, SC 29607

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent, Property Taxes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,120.00 |
|---|---|---|---|

TIC Owners - High Point
4130 Mendenhall Oaks Pkwy
High Point, NC 27265

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent, Property Taxes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,302.00 |
|---|---|---|---|

TIC Owners - Hoover
2501 International Park Pl
Hoover, AL 35216

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent, Property Taxes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,855.00 |
|---|---|---|---|

TIC Owners - Kay
12402 Merchants Way
Katy, TX 77449

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent, Property Taxes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,811.00 |
|---|---|---|---|

TIC Owners - Kingston
1200 Ladd Landing Blvd
Kingston, TN 37763

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent, Property Taxes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136,190.00 |
|---|---|---|---|

TIC Owners - Lake Mary
720 Currency Cir
Lake Mary, FL 32746

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent, Property Taxes

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.767** | **Nonpriority creditor's name and mailing address**

TIC Owners - Las Colinas
6101 E Campus Circle Dr
Irving, TX 75063

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent, Property Taxes

Is the claim subject to offset? ■ No  ☐ Yes

$111,554.00

---

**3.768** | **Nonpriority creditor's name and mailing address**

TIC Owners - Lincolnshire
200 Barclay Blvd
Lincolnshire, IL 60069

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent, Property Taxes

Is the claim subject to offset? ■ No  ☐ Yes

$60,684.00

---

**3.769** | **Nonpriority creditor's name and mailing address**

TIC Owners - Little Rock
21 Rahling Cir
Little Rock, AR 72223

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent, Property Taxes

Is the claim subject to offset? ■ No  ☐ Yes

$60,684.00

---

**3.770** | **Nonpriority creditor's name and mailing address**

TIC Owners - Louisville
12451 Plantside Dr
Louisville, KY 40299

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent, Property Taxes

Is the claim subject to offset? ■ No  ☐ Yes

$72,144.00

---

**3.771** | **Nonpriority creditor's name and mailing address**

TIC Owners - Madison
5020 American Family Dr
Madison, WI 53718

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent, Property Taxes

Is the claim subject to offset? ■ No  ☐ Yes

$166,494.00

---

**3.772** | **Nonpriority creditor's name and mailing address**

TIC Owners - Memphis
3243 Players Club Circle
Memphis, TN 38125

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent, Property Taxes

Is the claim subject to offset? ■ No  ☐ Yes

$112,786.00

---

**3.773** | **Nonpriority creditor's name and mailing address**

TIC Owners - Mentor
8200 Norton Parkway
Mentor, OH 44060

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent, Property Taxes

Is the claim subject to offset? ■ No  ☐ Yes

$169,723.00

---

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|
| | Name | | | |

---

**3.774**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $111,000.00 |

TIC Owners - Morrisville
5180 Paramount Pkwy
Morrisville, NC 27560

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent, Property Taxes

Is the claim subject to offset? ■ No ☐ Yes

---

**3.775**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $67,617.00 |

TIC Owners - Naperville
119 Shuman Blvd
Naperville, IL 60563

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent, Property Taxes

Is the claim subject to offset? ■ No ☐ Yes

---

**3.776**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $240,533.00 |

TIC Owners - New Albany
175 East Main Street
New Albany, OH 43054

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent, Property Taxes

Is the claim subject to offset? ■ No ☐ Yes

---

**3.777**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $176,754.00 |

TIC Owners - Oklahoma City
14017 Quail Springs Pkwy
Oklahoma City, OK 73134

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent, Property Taxes

Is the claim subject to offset? ■ No ☐ Yes

---

**3.778**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $92,486.00 |

TIC Owners - Omaha
17121 Marcy St
Omaha, NE 68118

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent, Property Taxes

Is the claim subject to offset? ■ No ☐ Yes

---

**3.779**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $216,773.00 |

TIC Owners - Overland Park
7341 W 133rd Street
Overland Park, KS 66213

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent, Property Taxes

Is the claim subject to offset? ■ No ☐ Yes

---

**3.780**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $258,771.00 |

TIC Owners - Plano
5280 Towne Square Drive
Plano, TX 75024

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent, Property Taxes

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.781** | Nonpriority creditor's name and mailing address

TIC Owners - Richardson
2251 N Greenville Ave
Richardson, TX 75082

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent, Property Taxes

Is the claim subject to offset? ■ No ☐ Yes

$159,518.00

---

**3.782** | Nonpriority creditor's name and mailing address

TIC Owners - San Antonio
18918 Ridgewood Pkwy
San Antonio, TX 78259

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent, Property Taxes

Is the claim subject to offset? ■ No ☐ Yes

$63,798.00

---

**3.783** | Nonpriority creditor's name and mailing address

TIC Owners - South Jordan
322 West 11000 South
South Jordan, UT 84070

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent, Property Taxes

Is the claim subject to offset? ■ No ☐ Yes

$164,121.00

---

**3.784** | Nonpriority creditor's name and mailing address

TIC Owners - Southfield
26100 Northwestern Highway
Southfield, MI 48076

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent, Property Taxes

Is the claim subject to offset? ■ No ☐ Yes

$112,580.00

---

**3.785** | Nonpriority creditor's name and mailing address

TIC Owners - Southpointe
261000 Northwestern Highway
Southfield, MI 48076

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent, Property Taxes

Is the claim subject to offset? ■ No ☐ Yes

$77,395.00

---

**3.786** | Nonpriority creditor's name and mailing address

TIC Owners - Sugarland
16555 Creek Bend Dr
Sugar Land, TX 77478

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent, Property Taxes

Is the claim subject to offset? ■ No ☐ Yes

$119,956.00

---

**3.787** | Nonpriority creditor's name and mailing address

TIC Owners - Tulsa
12710 East State Farm Blvd.
Tulsa, OK 74146

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent, Property Taxes

Is the claim subject to offset? ■ No ☐ Yes

$127,085.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

| 3.788 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $103,762.00 |
|---|---|---|---|

TIC Owners - Utah County
1976 West 700 North
Lindon, UT 84042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Rent, Property Taxes

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.789 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $482,009.00 |
|---|---|---|---|

TIC Owners - Westminister
11885 Bradburn Blvd
Westminster, CO 80031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Rent, Property Taxes

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.790 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $139,556.00 |
|---|---|---|---|

TIC Owners - Wichita
1550 N Lindberg Cir
Wichita, KS 67206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Rent, Property Taxes

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.791 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $860.00 |
|---|---|---|---|

Tiger Oak Media, Inc.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.792 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,440.00 |
|---|---|---|---|

Timberland Landscape
2005 Pontiac Road, Ste D
Auburn Hills, MI 48326

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.793 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Todd J. Dorius
Jody L. Dorius
4842 West 8820 South
West Jordan, UT 84081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.794 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Todd R. Stiernagle Ltd Solo K
1654 Stanbridge Ave.
Saint Paul, MN 55113

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 3.795 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| | Toot, Inc. | ☐ Contingent | |
| | Attn:  Ed Geither | ☐ Unliquidated | |
| | 8501 West 113th Street | ☐ Disputed | |
| | Overland Park, KS 66210-2439 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.796 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| | Town and Campus, Inc. | ☐ Contingent | |
| | Attn:  Jesse & June Gangwer | ☐ Unliquidated | |
| | 105 Perkins Road | ☐ Disputed | |
| | Madbury, NH 03823 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.797 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| | Town of Bedford | ☐ Contingent | |
| | 24 North Amherst Rd. | ☐ Unliquidated | |
| | Bedford, NH 03110 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Utility | |
| | **Last 4 digits of account number**  3972 | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.798 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| | Town of Cary | ☐ Contingent | |
| | P O Box 71090 | ☐ Unliquidated | |
| | Charlotte, NC 28272 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Utility | |
| | **Last 4 digits of account number**  8798 | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.799 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $444.05 |
| | Town of Fairview | ☐ Contingent | |
| | 372 Town Place | ☐ Unliquidated | |
| | Fairview, TX 75069 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Utility | |
| | **Last 4 digits of account number**  0001 | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.800 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $45,971.95 |
| | Tpark Four, LLC | ☐ Contingent | |
| | 2801 North Thanksgiving Way, Ste 100 | ☐ Unliquidated | |
| | Lehi, UT 84043 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Office Rent | |
| | **Last 4 digits of account number**  0254 | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.801 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| | Tracy Adame | ☐ Contingent | |
| | 9239 Ridge Post | ☐ Unliquidated | |
| | San Antonio, TX 78250 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.802** | **Nonpriority creditor's name and mailing address**
Traditions Landscape
P O Box 387
New Albany, OH 43054

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No  ☐ Yes

$3,533.81

---

**3.803** | **Nonpriority creditor's name and mailing address**
TXU
P O Box 650638
Dallas, TX 75265

**Date(s) debt was incurred** _
**Last 4 digits of account number** _4489_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utility_

Is the claim subject to offset? ■ No  ☐ Yes

$951.97

---

**3.804** | **Nonpriority creditor's name and mailing address**
TXU
P O Box 650638
Dallas, TX 75265

**Date(s) debt was incurred** _
**Last 4 digits of account number** _6508_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utility_

Is the claim subject to offset? ■ No  ☐ Yes

$1,444.69

---

**3.805** | **Nonpriority creditor's name and mailing address**
TXU
P O Box 650638
Dallas, TX 75265

**Date(s) debt was incurred** _
**Last 4 digits of account number** _2880_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utility_

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.806** | **Nonpriority creditor's name and mailing address**
TXU
P O Box 650638
Dallas, TX 75265

**Date(s) debt was incurred** _
**Last 4 digits of account number** _6874_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utility_

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.807** | **Nonpriority creditor's name and mailing address**
TXU
P O Box 650638
Dallas, TX 75265

**Date(s) debt was incurred** _
**Last 4 digits of account number** _2706_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utility_

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.808** | **Nonpriority creditor's name and mailing address**
TXU
P O Box 650638
Dallas, TX 75265

**Date(s) debt was incurred** _
**Last 4 digits of account number** _6882_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utility_

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.809** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

TXU
P O Box 650638
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Utility

**Last 4 digits of account number** 8361

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.810** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,415.84

TXU
P O Box 650638
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Utility

**Last 4 digits of account number** 4510

Is the claim subject to offset? ■ No ☐ Yes

---

**3.811** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Tytanium 4, LLC
Attn: Tom Coleman
4210 Prairiewest Dr.
Champaign, IL 61822

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.812** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

UHS Premium Billing
P O Box 94017
Palatine, IL 60094

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 7429

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.813** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Van & Wendy Hadlock
1547 South 1220 West
Vernal, UT 84078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.814** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Van Jen Family Trust
Attn: James & Kathryn
1757 Bittersweet Hill
Vista, CA 92084

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.815** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Verne E. Folkmann Revocable Trust
2169 Terra Lane
Coralville, IA 52241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.816**

**Nonpriority creditor's name and mailing address**
Victor Grijalva
449 Avalon Lane
Coppell, TX 75019

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

$1,570,000.00

---

**3.817**

**Nonpriority creditor's name and mailing address**
Victor M. Szurgot, Jr, Trustee
Lind J. Szurgot, Trustee
1590 Spyglass Circle
Chesterton, IN 46304

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.818**

**Nonpriority creditor's name and mailing address**
Victoria M. Cathcart
2527 Adams Ave.
San Diego, CA 92116-1309

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.819**

**Nonpriority creditor's name and mailing address**
Village of Lincolnshire
P O Box 1303
Bedford Park, IL 60499

**Date(s) debt was incurred** _

**Last 4 digits of account number** 0000

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.820**

**Nonpriority creditor's name and mailing address**
Vincent DiNapoli
PO Box 78
Ludlow, VT 05149

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.821**

**Nonpriority creditor's name and mailing address**
Virginia Natural Gas
P O Box 5409
Carol Stream, IL 60197

**Date(s) debt was incurred** _

**Last 4 digits of account number** 4309

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ■ No ☐ Yes

$26.54

---

**3.822**

**Nonpriority creditor's name and mailing address**
Voynovich Ventures LTD.
34-06 33rd St.
Astoria, NY 11106

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

W&CG Investments LLC
Attn: Bill Gibbs
702 Timberstone Ln.
Friendswood, TX 77546

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,633.09 |
|---|---|---|---|

Waldinger Corporation
P O Box 1612
Des Moines, IA 50306

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 6397

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Waste Connections of KS, Inc.
2745 North Ohio
Wichita, KS 67219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 7902

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,505.67 |
|---|---|---|---|

Waste Management
P O Box 930580
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** Noah Corporation

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Water One of Johnson County
P O Box 808007
Kansas City, MO 64180

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Utility

**Last 4 digits of account number** 6151

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Weddingpages, LLC, dba The Knot
11106 Mockinggird Drive
Omaha, NE 68137

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

WeddingWire, Inc.
Two Wisconsin Circle, 3rd Floor
Chevy Chase, MD 20815

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.830**

**Nonpriority creditor's name and mailing address**
West Des Moines Water Works
P O Box 402002
Des Moines, IA 50940

**Date(s) debt was incurred** _
**Last 4 digits of account number** 0430

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.831**

**Nonpriority creditor's name and mailing address**
West Des Moines Water Works
P O Box 402002
Des Moines, IA 50940

**Date(s) debt was incurred** _
**Last 4 digits of account number** 2149

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.832**

**Nonpriority creditor's name and mailing address**
West Penn Power
P O Box 3687
Akron, OH 44309

**Date(s) debt was incurred** _
**Last 4 digits of account number** 4035

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.833**

**Nonpriority creditor's name and mailing address**
Westar Energy
P O Box 419353
Kansas City, MO 64141

**Date(s) debt was incurred** _
**Last 4 digits of account number** 6188

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ☐ No ☐ Yes

$1,200.98

---

**3.834**

**Nonpriority creditor's name and mailing address**
Weston MUD
P O Box 3150 Dept. 30413
Houston, TX 77253

**Date(s) debt was incurred** _
**Last 4 digits of account number** 4001

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ☐ No ☐ Yes

$86.29

---

**3.835**

**Nonpriority creditor's name and mailing address**
Weston MUD
P O Box 3150 Dept. 30413
Houston, TX 77253

**Date(s) debt was incurred** _
**Last 4 digits of account number** 4101

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.836**

**Nonpriority creditor's name and mailing address**
William B. Maloney
PO Box 131
Alder, MT 59710

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.837** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

William Barth and Linda Barth
934 S Tremaine Avenue
Los Angeles, CA 90019

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.838** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

William Garrick Wright and
Susan M. Wright Trust
4874 S. State St.
Murray, UT 84107

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.839** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $306,375.00

William Hassel Schjelderup
3755 Evelyn Drive
Salt Lake City, UT 84124

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unsecured loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.840** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $228,150.00

William J. Bowser
7970 Glenwild Dr.
Park City, UT 84098

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unsecured loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.841** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

William R. Wells & Christy L. Wells
82962 Joseph Highway
Joseph, OR 97846

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.842** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Windward Investments, LLC
PO Box 1120
Center Harbor, NH 03226

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.843** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Xcel Energy
P O Box 9477
Minneapolis, MN 55484

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Utility

**Last 4 digits of account number** 7794

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 3.844 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Xenocorp, LLC
Attn: John Wolz
820 S. Monoaco Parkway Ste. 305
Denver, CO 80224

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.845 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,371.37 |
|---|---|---|---|

Young Electric, Inc.
3046 East 31st Street
Wichita, KS 67216

Date(s) debt was incurred _

Last 4 digits of account number  NOAEVEO

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.846 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

YUKYOM REALTY, LLC
Attn: Helen Dellheim
5612 Mirrorlight Pl
Columbia, MD 21045

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 448,013.53 |
| 5b. Total claims from Part 2 | 5b. + | $ 33,977,689.03 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 34,425,702.56 |

**Fill in this information to identify the case:**

Debtor name    Noah Corporation

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    19-23840

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — 4/30/2014 - Noah Operations Lake Mary FL, LLC - 720 Currency Circle, Lake Mary, FL 32746 <br><br> State the term remaining <br><br> List the contract number of any government contract | NC Lake Mary 639, LLC <br> c/o Guggenheim Retail Real Estate Prtnrs <br> 3000 Internet Blvd, Suite 570 <br> Frisco, TX 75034 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — 1/16/2014 - Noah Operations Lincolnshire Illinois, LLC - 200 Barclay Boulevard, Lincolnshire, IL  60069 <br><br> State the term remaining <br><br> List the contract number of any government contract | NC Lincolnshire 624, LLC <br> c/o Guggenheim Retail Real Estate Prtnrs <br> 3000 Internet Blvd, Suite 570 <br> Frisco, TX 75034 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — 4/28/2014 - Noah Operations Little Rock AR, LLC - 25 Rahling Circle, Little Rock, AR 72223 <br><br> State the term remaining <br><br> List the contract number of any government contract | NC Little Rock 642, LLC <br> c/o Guggenheim Retail Real Estate Prtnrs <br> 3000 Internet Blvd, Suite 570 <br> Frisco, TX 75034 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — 7/28/2014 - Noah Operations Louisville KY, LLC - 12451 Plantside Dr, Louisville, KY  40299 <br><br> State the term remaining <br><br> List the contract number of any government contract | NC Louisville 657, LLC <br> c/o Guggenheim Retail Real Estate Prtnrs <br> 3000 Internet Blvd, Suite 570 <br> Frisco, TX 75034 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Noah Corporation | | | Case number (*if known*) | 19-23840 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | 7/28/2014 - Noah Operations Mentor OH, LLC - 82000 Norton Parkway, Mentor, OH 44060 | |
|---|---|---|---|
| | State the term remaining | | NC Mentor 636, LLC c/o Guggenheim Retail Real Estate Prtnrs 3000 Internet Blvd, Suite 570 Frisco, TX 75034 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | 6/27/2014 - Noah Operations Morrisville NC, LLC - 5180 Paramount Parkway, Morrisville, NC 27560 | |
|---|---|---|---|
| | State the term remaining | | NC Morrisville 644, LLC c/o Guggenheim Retail Real Estate Prtnrs 3000 Internet Blvd, Suite 570 Frisco, TX 75034 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | 1/6/2014 - Noah Operations Naperville IL, LLC - 103 Shuman Boulevard, Naperville, IL 60563 | |
|---|---|---|---|
| | State the term remaining | | NC Naperville 623, LLC c/o Guggenheim Retail Real Estate Prtnrs 3000 Internet Blvd, Suite 570 Frisco, TX 75034 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | 1/6/2014 - Noah Operations Oklahoma City OK, LLC -14017 Quail Springs Pkwy, Oklahoma City, OK 73134 | |
|---|---|---|---|
| | State the term remaining | | NC Oklahoma City 633, LLC c/o Guggenheim Retail Real Estate Prtnrs 3000 Internet Blvd, Suite 570 Frisco, TX 75034 |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | 8/25/2014 - Noah Operations Overland Park KS, LLC - 7341 W 133rd St, Overland Park, KS 66213 | |
|---|---|---|---|
| | State the term remaining | | NC Overland Park 632, LLC c/o Guggenheim Retail Real Estate Prtnrs 3000 Internet Blvd, Suite 570 Frisco, TX 75034 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Noah Corporation

First Name          Middle Name          Last Name

Case number (*if known*)    19-23840

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 12/23/2013 - Noah Operations San Antonio Texas, LLC - 18918 Ridgewood Pkwy, San Antonio, TX 78259 | NC San Antonio 628, LLC c/o Guggenheim Retail Real Estate Prtnrs 3000 Internet Blvd, Suite 570 Frisco, TX 75034 |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 6/22/2014 - Noah Operations Tulsa OK, LLC - 12710 East State Farm Blvd., Tulsa, OK 74146 | NC Tulsa 627, LLC c/o Guggenheim Retail Real Estate Prtnrs 3000 Internet Blvd, Suite 570 Frisco, TX 75034 |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 3/1/2015 - Noah Operations Albuquerque NM, LLC - 4591 Vista Fuente Rd NW, Albuquerque, NM 87114 | Rockwell Albuquerque, LLC 8494 South 700 East, Suite 200 Sandy, UT 84070 |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 10/1/2014 - Noah Operations Auburn Hills MI, LLC - 3391 Cross Creek Parkway  Auburn Hills, MI 48326 | Rockwell Auburn Hills, LLC 8494 South 700 East, Suite 200 Sandy, UT 84070 |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 5/1/2017 - Noah Operations Bedford NH, LLC - 379 South River Rd, Bedford, NH 03110 | Rockwell Bedford, LLC 8494 South 700 East, Suite 200 Sandy, UT 84070 |

Debtor 1    Noah Corporation

First Name          Middle Name          Last Name

Case number (*if known*)    19-23840

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest | 6/1/2016 - Noah Operations Hoover AL, LLC - 2501 International Park Pl, Hoover, AL 35216 | |
| State the term remaining | | |
| List the contract number of any government contract | | Rockwell Birmingham, LLC 8494 South 700 East, Suite 200 Sandy, UT 84070 |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest | 6/1/2016 - Noah Operations Chesapeake VA, LLC - 625 Independence Pkwy, Chesapeake, VA 23320 | |
| State the term remaining | | |
| List the contract number of any government contract | | Rockwell Chesapeake, LLC 8494 South 700 East, Suite 200 Sandy, UT 84070 |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest | 2/1/2018 - Noah Operations Blue Ash OH, LLC - 10627 Techwood Circle, Blue Ash, OH 45252 | |
| State the term remaining | | |
| List the contract number of any government contract | | Rockwell Cincinnati, LLC 8494 South 700 East, Suite 200 Sandy, UT 84070 |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest | 7/15/2018 - Noah Corporation - 4805 Acorn Drive, Independence, OH 44131 | |
| State the term remaining | | |
| List the contract number of any government contract | | Rockwell Cleveland, LLC 8494 South 700 East, Suite 200 Sandy, UT 84070 |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest | 8/1/2016 - Noah Operations Cranberry PA, LLC - 10020 Pendleton Way, Cranberry Township, PA 16066 | |
| State the term remaining | | |
| List the contract number of any government contract | | Rockwell Cranberry, LLC 8494 South 700 East, Suite 200 Sandy, UT 84070 |

Debtor 1    Noah Corporation
    First Name          Middle Name          Last Name          Case number *(if known)*    19-23840

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 12/1/2018 - Noah Corporation - 5280 Towne Square Drive, Plano, TX 74024<br><br>Rockwell Debt Free Properties Inc.<br>8494 South 700 East Ste. 200<br>Sandy, UT 84070 |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 6/1/2017 - Noah Operations Louisville KY, LLC - 12451 Plantside Dr, Louisville, KY 40299<br><br>Rockwell Debt Free Properties Inc.<br>8494 South 700 East Ste. 200<br>Sandy, UT 84070 |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 2/1/2019 - Noah Corporation - 1976 West 700 North, Lindon, UT 84042<br><br>Rockwell Debt Free Properties Inc.<br>8494 South 700 East Ste. 200<br>Sandy, UT 84070 |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 1/1/2013 - Noah Operations Chandler AZ, LLC - 2100 E Yeager Dr, Chandler, AZ 85286<br><br>Rockwell Debt Free Properties Inc.<br>8494 South 700 East Ste. 200<br>Sandy, UT 84070 |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 5/6/2014 - Noah Operations Fossil Creek TX, LLC - 4301 Fossil Creek Blvd., Fort Worth, TX 76137<br><br>Rockwell Debt Free Properties Inc.<br>8494 South 700 East Ste. 200<br>Sandy, UT 84070 |
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining | 8/1/2013 - Noah Operations Richardson TX, LLC - 2251 N Greenville Ave, Richardson, TX 75082<br><br>Rockwell Debt Free Properties Inc.<br>8494 South 700 East Ste. 200<br>Sandy, UT 84070 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Noah Corporation
_____
First Name        Middle Name        Last Name

Case number (*if known*)    19-23840

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | 1/1/2014 - Noah Operations South Jordan UT, LLC - 322 West 11000 South, South Jordan, UT 84070 |
| | State the term remaining | |
| | List the contract number of any government contract | Rockwell Debt Free Properties Inc. 8494 South 700 East Ste. 200 Sandy, UT 84070 |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | 9/1/2014 - Noah Operations West Des Moines IA, LLC - 1805 90th St, West Des Moines, 50266 |
| | State the term remaining | |
| | List the contract number of any government contract | Rockwell Des Moines, LLC 8494 South 700 East, Suite 200 Sandy, UT 84070 |
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | 4/6/2015 - Noah Operations Dickinson TX, LLC - 3920 Gulf Fwy S, Dickinson, TX 77539 |
| | State the term remaining | |
| | List the contract number of any government contract | Rockwell Dickinson, LLC 8494 South 700 East, Suite 200 Sandy, UT 84070 |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | 10/1/2017 - Noah Operations Dublin OH, LLC - 6740 Shier Rings Rd., Dublin, OH 43016 |
| | State the term remaining | |
| | List the contract number of any government contract | Rockwell Dublin, LLC 8494 South 700 East, Suite 200 Sandy, UT 84070 |
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | 1/1/2017 - Noah Operations Greenville SC, LLC - 1301 Brookfield Blvd, Greenville, SC 29607 |
| | State the term remaining | |
| | List the contract number of any government contract | Rockwell Greenville, LLC 8494 South 700 East, Suite 200 Sandy, UT 84070 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Noah Corporation | | | Case number (*if known*) | 19-23840 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.31.** State what the contract or lease is for and the nature of the debtor's interest

3/8/2016 - Noah Operations High Point NC, LLC - 4130 Mendenhall Oaks Pkwy, High Point, NC  27265

State the term remaining

List the contract number of any government contract

Rockwell High Point, LLC
8494 South 700 East, Suite 200
Sandy, UT 84070

---

**2.32.** State what the contract or lease is for and the nature of the debtor's interest

6/13/2018 - Noah Corporation - 13315 Illinois Street, Carmel, IN 46032

State the term remaining

List the contract number of any government contract

Rockwell Indianapolis, LLC
8494 South 700 East, Suite 200
Sandy, UT 84070

---

**2.33.** State what the contract or lease is for and the nature of the debtor's interest

4/1/2018 - Noah Corporation - 11545 Village Crossing Drive, Jacksonville, FL 32256

State the term remaining

List the contract number of any government contract

Rockwell Jacksonville, LLC
8494 South 700 East, Suite 200
Sandy, UT 84070

---

**2.34.** State what the contract or lease is for and the nature of the debtor's interest

10/1/2016 - Noah Operations Kingston TN, LLC - 1200 Ladd Landing Boulevard, Kingston, TN 37763

State the term remaining

List the contract number of any government contract

Rockwell Kingston, LLC
8494 South 700 East, Suite 200
Sandy, UT 84070

---

**2.35.** State what the contract or lease is for and the nature of the debtor's interest

2/8/2016 - Noah Operations Lake Point NC, LLC - 2421 Yorkmont Rd, Charlotte, NC  28217

State the term remaining

List the contract number of any government contract

Rockwell Lake Point, LLC
8494 South 700 East, Suite 200
Sandy, UT 84070

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Noah Corporation | | | Case number (*if known*) | 19-23840 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | 8/1/2015 - Noah Operations Madision WI, LLC - 5020 American Family Dr, Madison, WI 53718 | |
|---|---|---|---|
| | State the term remaining | | Rockwell Madison, LLC |
| | List the contract number of any government contract | | 8494 South 700 East, Suite 200 Sandy, UT 84070 |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | 1/1/2015 - Noah Operations Memphis TN, LLC - 3243 Players Club Circle, Memphis, TN 38125 | |
|---|---|---|---|
| | State the term remaining | | Rockwell Memphis, LLC |
| | List the contract number of any government contract | | 8494 South 700 East, Suite 200 Sandy, UT 84070 |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | 9/24/2015 - Noah Operations New Albany OH, LLC - 175 East Main Street, New Albany, OH 43054 | |
|---|---|---|---|
| | State the term remaining | | Rockwell New Albany, LLC |
| | List the contract number of any government contract | | 8494 South 700 East, Suite 200 Sandy, UT 84070 |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | 6/23/2015 - Noah Operations Omaha NE, LLC - 17121 Marcy St, Omaha, NE 68118 | |
|---|---|---|---|
| | State the term remaining | | Rockwell Omaha, LLC |
| | List the contract number of any government contract | | 8494 South 700 East, Suite 200 Sandy, UT 84070 |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | 11/1/2017 - Noah Operations Southfield MI, LLC - 26100 Northwestern Highway, Southfield, MI 48076 | |
|---|---|---|---|
| | State the term remaining | | Rockwell Southfield, LLC |
| | List the contract number of any government contract | | 8494 South 700 East, Suite 200 Sandy, UT 84070 |

| Debtor 1 | Noah Corporation | | | Case number (*if known*) | 19-23840 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | 5/1/2017 - Noah Operations Southpointe PA, LLC - 2000 Town Center Blvd, Canonsburg, PA 15317 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Rockwell Southpointe, LLC 8494 South 700 East, Suite 200 Sandy, UT 84070 |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | 7/23/2018 - Noah Corporation - 1355 Arrowhead Circle, Maumee, OH 43537 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Rockwell Toledo, LLC 8494 South 700 East, Suite 200 Sandy, UT 84070 |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | 8/1/2014 - Noah Operations Wichita KS, LLC - 1550 N Lindberg Cir, Wichita, KS 67206 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Rockwell Wichita, LLC 8494 South 700 East, Suite 200 Sandy, UT 84070 |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | 5/12/2014 - Noah Operations Utah Valley, LLC - 2640 West 15090 South, Riverton, UT 84065 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Rockworks Land, LLC 6867 South 700 West, Suite A Midvale, UT 84047 |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | 11/6/2013 - Noah Operations Sugarland TX, LLC - 16555 Creek Bend Dr  Sugarland, TX 77478 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | SBS Lake Pointe, Ltd. 2810 Revere Street Houston, TX 77098 |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | 5/21/2013 - Noah Operations Katy TX LLC - 12402 Merchants Way, Katy, TX 77449 | SBS Mason Creek, Ltd. 2810 Revere Street Houston, TX 77098 |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Noah Corporation | | | Case number (*if known*) | 19-23840 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | 8/30/2012 - Noah Operations Fairview TX, LLC - 351 Southwind Ln, Fairview, TX 75069 | |
|---|---|---|---|
| | State the term remaining | | Town of Fairview, TX |
| | List the contract number of any government contract _____ | | Attn:  Town Manager 372 Town Place Fairview, TX 75069 |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | 6/1/2011 - Noah Operations Westminster CO, LLC - 11885 Bradburn Blvd., Westminster, CO  80031 | |
|---|---|---|---|
| | State the term remaining | | William Jeff Newman and Shirley Newman |
| | List the contract number of any government contract _____ | | 13331 South Redwood Road Riverton, UT 84065 |

**Fill in this information to identify the case:**

Debtor name ___Noah Corporation_____

United States Bankruptcy Court for the: ___DISTRICT OF UTAH_____

Case number (if known) ___19-23840_____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1  William J. Bowser | 55 West South Temple, #404W<br>Salt Lake City, UT 84101 | TIC Owners - Richardson | ☐ D _____<br>☑ E/F ___3.781___<br>☐ G _____ |
| 2.2  William J. Bowser | 55 West South Temple, #404W<br>Salt Lake City, UT 84101 | TIC Owners - Chandler | ☐ D _____<br>☑ E/F ___3.753___<br>☐ G _____ |
| 2.3  William J. Bowser | 55 West South Temple, #404W<br>Salt Lake City, UT 84101 | TIC Owners - South Jordan | ☐ D _____<br>☑ E/F ___3.783___<br>☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name    Noah Corporation

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    19-23840

☐ Check if this is an amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 1/01/2019 to Filing Date | ■ Operating a business<br>☐ Other _____ | $7,970,314.00 |
| For prior year:<br>From 1/01/2018 to 12/31/2018 | ■ Operating a business<br>☐ Other _____ | $17,320,502.00 |
| For year before that:<br>From 1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other _____ | $20,164,056.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Noah Corporation | | Case number *(if known)* | 19-23840 |
| --- | --- | --- | --- | --- |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |
| 3.1.    See attached Schedule 3 | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |
| 4.1.    See attached Schedule 1 | | $0.00 | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

| Part 3: | Legal Actions or Assignments |
| --- | --- |

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |
| 7.1.    Noah's Inc. v. Noah Corporation<br>4:2018cv00272 | Trademark Infringement | US District Court - So Dist of Iowa<br>123 East Walnut Street<br>Des Moines, IA 50309 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.    DiTucci et al v. Ashby et al.<br>2:2019cv00277 | | US District Court for the District of UT<br>351 South West Temple<br>Salt Lake City, UT 84101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | Noah Corporation | | Case number *(if known)* 19-23840 |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | Workforce Services v. Noah Corporation<br>186500876 | Workforce Services Lien | Third Judicial District Court-Silve Sumt<br>6300 Justice Center Road, Suite A<br>Park City, UT 84098 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.4. | Jill Dempsey v. Duo Venues, LLC et al.<br>180401885 | Contracts | 4th Judicial District Court-Utah County<br>137 N Freedom Blvd<br>Provo, UT 84601 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Noah Corporation v. Kathleen P Lopez<br>190400283 | Contracts | 4th Judicial District Court-Utah County<br>137 N Freedom Blvd<br>Provo, UT 84601 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Debtor | Noah Corporation | | | Case number *(if known)* 19-23840 |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | See attached Schedule 5 | | | $0.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | P O Box 1289 Riverton, UT 84065 | 8/10 - 11/17 |
| 14.2. | 3400 N Ashton Blvd, Suite 490 Lehi, UT 84043 | 11/17 to 11/18 |
| 14.3. | 2600 N Executive Parkway Lehi, UT 84043 | 11/18 to Present |

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

Debtor   Noah Corporation

Case number *(if known)*   19-23840

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
|  |  |  |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   Addresses, Credit Card Numbers, etc.

   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Chase Bank | **XXXX**-0058 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 3/1/19 | $578.99 |
| 18.2. | Chase Bank | **XXXX**-8325 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 4/1/19 | $0.00 |
| 18.3. | Chase Bank | **XXXX**-7819 | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 5/1/19 | $0.00 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Noah Corporation | Case number *(if known)* | 19-23840 |
| --- | --- | --- | --- |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |
| 25.1.    See attached Schedule 6 | | EIN:<br><br>From-To |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1.    King & McLeary<br>240 West Main Street<br>American Fork, UT 84003 | Approx. 9/08 to 6/17 |
| 26a.2.    Ayisha Farmer<br>899 South Main Street<br>Orem, UT 84058 | Approx. 6/17 to 11/17 |
| 26a.3.    Mana Rowley<br>8746 N Berkshire Ln<br>Eagle Mountain, UT 84005 | Approx. 11/17 to 11/18 |
| 26a.4.    Nancy Neil<br>2640 West 15090 South<br>Bluffdale, UT 84065 | |
| 26a.5.    Gardner, Hayley<br>4646 W Serendipity Way<br>South Jordan, UT 84009 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
| --- | --- |
| 26c.1.    Jensen, Kathren<br>127 West 5878 South<br>Murray, UT 84107 | |
| 26c.2.    Gardner, Hayley<br>4646 W Serendipity Way<br>South Jordan, UT 84009 | |
| 26c.3.    William J. Bowser<br>55 West South Temple, #404W<br>Salt Lake City, UT 84101 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

Debtor    Noah Corporation                                      Case number *(if known)*  19-23840

statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| 26d.1.   Libertas |
| 26d.2.   Cybersource |
| 26d.3.   Chase Bank |

**27. Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| William J. Bowser | 55 West South Temple, #404W Salt Lake City, UT 84101 | President, Director | 3 |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Steve Trumbo | 1599 North 1550 East Provo, UT 84604 | Director | 3 |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Nicholas Redd | 12547 S Stonebridge Cir. Draper, UT 84020 | Director | 1 |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Cheryl Wilde | 233 West 800 North American Fork, UT 84003 | Secretary | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    Noah Corporation _____    Case number *(if known)*  19-23840

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | See attached Schedule 4 | | | |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Noah Corporation | EIN:  02-0706434 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 20, 2019

_signature_    Mark Hashimoto
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    Chief Restructuring Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# SCHEDULE 1

**NOAH CORPORATION**
**LIST OF EQUIPMENT**

|  | Cost | Estimated Market Value |
|---|---|---|
| Monitors | $ 15,800.31 | $ 4,000.00 |
| iPads | $ 53,677.00 | $ 15,000.00 |
| Computers | $ 37,635.28 | $ 10,000.00 |
| Printers | $ 16,361.66 | $ 5,000.00 |
| Projector Lamps | $ 40,000.00 | $ 10,000.00 |
| Mics and Bose Towers | $ 5,378.95 | $ 2,000.00 |
| Misc | $ 14,004.42 | $ 4,000.00 |
| Total | $ 182,857.62 | $ 50,000.00 |

# SCHEDULE 2

**NOAH CORPORATION**
**EXECUTORY LEASES**

| Location | Property Address | Lease Type | Current Value |
|---|---|---|---|
| Albuquerque | 4591 Vista Fuente Rd NW  Albuquerque, NM  87114 | Real Property | $                    - |
| Auburn Hills | 3391 Cross Creek Parkway  Auburn Hills, MI  48326 | Real Property | $                    - |
| Bedford | 379 South River Rd, Bedford, NH 03110 | Real Property | $                    - |
| Blue Ash | 10627 Techwoods Circle, Blue Ash, OH 45242 | Real Property | $                    - |
| Chandler | 2100 E Yeager Dr  Chandler, AZ  85286 | Real Property | $                    - |
| Charlotte | 2421 Yorkmont Rd  Charlotte, NC  28217 | Real Property | $                    - |
| Chesapeake | 625 Independence Pkwy  Chesapeake, VA  23320 | Real Property | $                    - |
| Cranberry | 10020 Pendleton Way  Cranberry Township, PA  16066 | Real Property | $                    - |
| Des Moines | 1805 90th St  West Des Moines, IA  50266 | Real Property | $                    - |
| Dickinson | 3920 Gulf Fwy S  Dickinson, TX  77539 | Real Property | $                    - |
| Fairview | 351 Southwind Ln  Fairview, TX  75069 | Real Property | $                    - |
| Ft. Worth | 4301 Fossil Creek Blvd, Fort Worth, TX 76137 | Real Property | $                    - |
| Greenville | 1301 Brookfield Blvd  Greenville, SC  29607 | Real Property | $                    - |
| High Point | 4130 Mendenhall Oaks Pkwy  High Point, NC 27265 | Real Property | $                    - |
| Hoover - | 2501 International Park Pl  Hoover, AL  35216 | Real Property | $                    - |
| Katy | 12402 Merchants Way Katy, TX  77449 | Real Property | $                    - |
| Kingston | 1200 Ladd Landing Boulevard, Kingston, TN 37763 | Real Property | $                    - |
| Lake Mary | 720 Currency Cir  Lake Mary, FL  32746 | Real Property | $                    - |
| Las Colinas / Irving | 6101 E Campus Circle Dr  Irving, TX  75063 | Real Property | $                    - |
| Lincolnshire | 200 Barclay Boulevard, Lincolnshire, IL 60069 | Real Property | $                    - |
| Lindon | 1976 W 700 N  Lindon, UT  84042 | Real Property | $                    - |
| Little Rock | 21 Rahling Cir  Little Rock, AR  72223 | Real Property | $                    - |
| Louisville | 12451 Plantside Dr  Louisville, KY  40299 | Real Property | $                    - |
| Madison | 5020 American Family Dr  Madison, WI  53718 | Real Property | $                    - |
| Memphis | 3243 Players Club Circle  Memphis, TN  38125 | Real Property | $                    - |
| Mentor | 8200 Norton Parkway  Mentor, OH  44060 | Real Property | $                    - |
| Morrisville | 5180 Paramount Pkwy  Morrisville, NC  27560 | Real Property | $                    - |
| Naperville | 119 Shuman Blvd  Naperville, IL 60563 | Real Property | $                    - |
| New Albany | 175 E Main St, New Albany, OH 43054 | Real Property | $                    - |
| Oklahoma City | 14017 Quail Springs Pkwy  Oklahoma City, OK  73134 | Real Property | $                    - |
| Omaha | 17121 Marcy St  Omaha, NE  68118 | Real Property | $                    - |
| Overland Park | 7341 W 133RD ST  Overland Park, KS  66213 | Real Property | $                    - |
| Plano | 5280 Towne Square Drive  Plano, TX  75024 | Real Property | $                    - |
| Richardson B5 | 2251 N Greenville Ave  Richardson, TX  75082 | Real Property | $                    - |
| San Antonio | 18918 Ridgewood Pkwy  San Antonio, TX  78259 | Real Property | $                    - |
| South Jordan | 322 W 11000 S  South Jordan, UT  84070 | Real Property | $                    - |
| Southfield | 26100 Northwestern Highway, Southfield, MI 48076 | Real Property | $                    - |
| Southpointe | 2000 Town Center Blvd, Canonsburg, PA 15317 | Real Property | $                    - |
| Sugarland | 16555 Creek Bend Dr  Sugarland, TX  77478 | Real Property | $                    - |
| Tulsa | 12710 E State Farm Blvd.  Tulsa, OK  74146 | Real Property | $                    - |
| Westminster | 11885 Bradburn Blvd  Westminster, CO  80031 | Real Property | $                    - |
| Wichita | 1550 N Lindberg Cir, Wichita, KS 67206 | Real Property | $                    - |
|  |  |  |  |
| Toledo | 1355 Arrowhead Circle, Maumee, OH 43537 | Real Property | $                    - |
| Carmel | 13315 Illinois Street, Carmel, IN 46032 | Real Property | $                    - |
| Dublin | 6740 Shier Rings Rd, Dublin, OH 43016 | Real Property | $                    - |
| Independence | 4805 Acorn Drive, Independence, OH 44131 | Real Property | $                    - |
| Jacksonville | 11545 Village Crossing Drive, Jacksonville, FL 32256 | Real Property | $                    - |
|  | Total |  | $                    - |

# SCHEDULE 3

NOAH CORPORATION
PAYMENTS TO CREDITORS IN 90 DAY PRE-PETITION PERIOD

| Type | Date | Payee | Amount | Purpose |
|------|------|-------|--------|---------|
| DEBIT | 3/1/2019 | Sentinel | $67,318.00 | Rent |
| DEBIT | 3/1/2019 | Divvy T Check Operational Payments | $17,000.00 | Operations |
| DEBIT | 3/1/2019 | UTAH801/297-7703 TAX PAYMNT | $7,441.35 | Payroll Tax |
| DEBIT | 3/1/2019 | Sherrie East | $6,231.25 | Interest |
| DEBIT | 3/1/2019 | Judi Navarro | $4,787.50 | Interest |
| CHECK | 3/1/2019 | CHECK 5573 Elias Day Trust | $3,000.00 | Interest |
| DEBIT | 3/1/2019 | FEDCHEX | $2,458.00 | Interest |
| DEBIT | 3/1/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| DEBIT | 3/1/2019 | Krista Fazendin | $748.17 | Interest |
| DEBIT | 3/4/2019 | Sentinel | $265,971.41 | Rent |
| DEBIT | 3/4/2019 | Divvy T Check Operational Payments | $23,000.00 | Operations |
| CHECK | 3/4/2019 | CHECK 6128 Granite Landscape | $4,667.75 | Landscape |
| CHECK | 3/4/2019 | CHECK 6129 T-Squared Landscape | $3,765.00 | Landscape |
| CHECK | 3/4/2019 | CHECK 6131 ASK Janitorial | $3,528.00 | Maintenance |
| DEBIT | 3/4/2019 | FEDCHEX | $2,458.00 | Interest |
| DEBIT | 3/4/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| CHECK | 3/4/2019 | CHECK 6036 Alabama Power | $2,385.90 | Utility |
| CHECK | 3/4/2019 | CHECK 5585 Adam Hutchison | $1,571.25 | Event Refund |
| CHECK | 3/4/2019 | CHECK 6053 Entergy | $1,457.50 | Utility |
| CHECK | 3/4/2019 | CHECK 6072 City of Naperville | $1,137.80 | Utility |
| CHECK | 3/4/2019 | CHECK 6061 MG&E | $1,025.05 | Utility |
| CHECK | 3/4/2019 | CHECK 6055 Louisville Water Company | $1,024.33 | Utility |
| DEBIT | 3/4/2019 | Cybersource | $633.68 | Merchant Fee |
| CHECK | 3/4/2019 | CHECK 6112 Westar Energy | $592.56 | Utility |
| CHECK | 3/4/2019 | CHECK 6065 Illuminating Company | $468.39 | Utility |
| CHECK | 3/4/2019 | CHECK 6004 City of Auburn Hills | $388.94 | Utility |
| CHECK | 3/4/2019 | CHECK 6100 City of Tulsa | $377.00 | Utility |
| CHECK | 3/4/2019 | CHECK 6070 PSNC | $341.34 | Utility |
| CHECK | 3/4/2019 | CHECK 6059 Charter Communications | $322.58 | Utility |
| CHECK | 3/4/2019 | CHECK 6126 HRUBS | $307.13 | Utility |
| CHECK | 3/4/2019 | CHECK 6080 Cox Business | $266.55 | Utility |
| CHECK | 3/4/2019 | CHECK 6042 Seminole County | $188.99 | Utility |
| DEBIT | 3/4/2019 | Drake Dover | $135.75 | Interest |
| CHECK | 3/4/2019 | CHECK 6123 Dynamark Monitoring | $122.94 | Utility |
| CHECK | 3/4/2019 | CHECK 6054 Dynamark Monitoring | $115.98 | Utility |
| CHECK | 3/4/2019 | CHECK 6001 Dynamark Monitoring | $115.98 | Utility |
| DEBIT | 3/4/2019 | MOBILES*SLYBROADCAST | $100.00 | Utility |
| CHECK | 3/4/2019 | CHECK 6013 JK Alarms | $26.58 | Maintenance |
| DEBIT | 3/5/2019 | IRS       USATAXPYMT | $81,410.21 | Payroll Tax |
| DEBIT | 3/5/2019 | Divvy T Check Operational Payments | $20,000.00 | Operations |
| DEBIT | 3/5/2019 | Hayley Gardner | $6,000.00 | Employee Reimbursment |
| CHECK | 3/5/2019 | CHECK 6007 Liberty Utilties | $3,324.65 | Utility |
| DEBIT | 3/5/2019 | FEDCHEX | $2,458.00 | Interest |
| DEBIT | 3/5/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| CHECK | 3/5/2019 | CHECK 6011 Century Link | $2,007.81 | Utility |
| CHECK | 3/5/2019 | CHECK 6032 City of High Point | $1,619.04 | Utility |
| DEBIT | 3/5/2019 | Susanna Bowser | $1,500.00 | Employee Reimbursment |
| CHECK | 3/5/2019 | CHECK 6019 Stratus Building Solutions | $1,385.65 | Janitorial Services |
| CHECK | 3/5/2019 | CHECK 6056 LG&E | $1,278.75 | Utility |
| DEBIT | 3/5/2019 | OPTUM BANK | $1,169.17 | Insurance |
| CHECK | 3/5/2019 | CHECK 6016 Cox Business | $1,111.01 | Utility |
| DEBIT | 3/5/2019 | SERVICE CHARGES FOR THE MONTH OF FEBRUARY | $1,011.50 | Bank Fee |
| DEBIT | 3/5/2019 | American Express | $1,000.00 | CC Reimb.-Susanna Bowser |
| CHECK | 3/5/2019 | CHECK 6079 OPPD | $802.55 | Utility |

NOAH CORPORATION
PAYMENTS TO CREDITORS IN 90 DAY PRE-PETITION PERIOD

| Type | Date | Payee | Amount | Purpose |
|------|------|-------|--------|---------|
| CHECK | 3/5/2019 | CHECK 6096  West Penn Power | $707.62 | Utility |
| DEBIT | 3/5/2019 | OPTUM BANK | $672.52 | Insurance |
| CHECK | 3/5/2019 | CHECK 6118  City of Plano | $570.74 | Utility |
| CHECK | 3/5/2019 | CHECK 6049  COMED | $539.87 | Utility |
| CHECK | 3/5/2019 | CHECK 6099  Public Service Company | $472.90 | Utility |
| CHECK | 3/5/2019 | CHECK 6027  City of Fort Worth | $472.86 | Utility |
| CHECK | 3/5/2019 | CHECK 6077  Overland Park Kansas Chamber of Commerce | $425.00 | Dues & Subs. |
| CHECK | 3/5/2019 | CHECK 6075  Cox Business | $373.30 | Utility |
| CHECK | 3/5/2019 | CHECK 6106  Xmission | $353.34 | Utility |
| DEBIT | 3/5/2019 | COMMWLTHOFPA | $342.19 | Payroll Tax |
| CHECK | 3/5/2019 | CHECK 6101  Cox Business | $309.83 | Utility |
| CHECK | 3/5/2019 | CHECK 6116  Waste Connections | $301.26 | Utility |
| CHECK | 3/5/2019 | CHECK 6115  Cox Business | $282.75 | Utility |
| CHECK | 3/5/2019 | CHECK 6125  Cranberry Township | $241.35 | Utility |
| CHECK | 3/5/2019 | CHECK 6025  Town of Fairview | $208.74 | Utility |
| CHECK | 3/5/2019 | CHECK 6021  Direct TV | $202.50 | Utility |
| CHECK | 3/5/2019 | CHECK 6074  City of Oklahoma City | $198.04 | Utility |
| CHECK | 3/5/2019 | CHECK 6066  AT&T | $95.69 | Utility |
| CHECK | 3/5/2019 | CHECK 6046  United Fire Protection | $63.82 | Maintenance |
| DEBIT | 3/6/2019 | Divvy T Check Operational Payments | $15,000.00 | Operations |
| CHECK | 3/6/2019 | CHECK 6045  The Primera Owner's Assocation | $7,512.94 | HOA |
| CHECK | 3/6/2019 | CHECK 6084  Time Warner Cable | $7,171.41 | Utility |
| CHECK | 3/6/2019 | CHECK 6044  Duke Energy | $3,679.63 | Utility |
| CHECK | 3/6/2019 | CHECK 6109  Olson Restoration | $3,414.91 | Maintenance |
| DEBIT | 3/6/2019 | UMR INC CONCENTR FUNDING | $2,613.83 | Health Insurance |
| DEBIT | 3/6/2019 | FEDCHEX | $2,458.00 | Interest |
| DEBIT | 3/6/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| CHECK | 3/6/2019 | CHECK 6082  TXU Energy | $1,509.21 | Utility |
| CHECK | 3/6/2019 | CHECK 6110  Xcel Energy | $1,432.03 | Utility |
| CHECK | 3/6/2019 | CHECK 6017  DMK Electrial | $1,250.00 | Maintenance |
| CHECK | 3/6/2019 | CHECK 6088  San Antonio Water Systems | $1,193.45 | Utility |
| CHECK | 3/6/2019 | CHECK 6047  Comcast | $1,049.76 | Utility |
| CHECK | 3/6/2019 | CHECK 6104  Rocky Mountain Power | $1,004.60 | Utility |
| CHECK | 3/6/2019 | CHECK 6038  Entouch Systems | $901.90 | Utility |
| CHECK | 3/6/2019 | CHECK 6087  San Antonio Water System | $861.48 | Utility |
| DEBIT | 3/6/2019 | AEP | $770.44 | Utility |
| CHECK | 3/6/2019 | CHECK 6076  Kansas Gas Service | $762.53 | Utility |
| DEBIT | 3/6/2019 | AMERICAN HERITAG BENMAN | $733.69 | Insurance |
| CHECK | 3/6/2019 | CHECK 6005  DTE Energy | $720.25 | Utility |
| CHECK | 3/6/2019 | CHECK 6006  Comcast | $675.69 | Utility |
| CHECK | 3/6/2019 | CHECK 6113  Kansas Gas Service | $672.77 | Utility |
| CHECK | 3/6/2019 | CHECK 6030  Johnson Controls Fire Protection | $545.00 | Maintenance |
| DEBIT | 3/6/2019 | Nicor Gas | $536.48 | Utility |
| CHECK | 3/6/2019 | CHECK 6015  Duke Energy | $524.67 | Utility |
| CHECK | 3/6/2019 | CHECK 6043  City of Lake Mary | $474.31 | Utility |
| CHECK | 3/6/2019 | CHECK 6094  Consumers Energy | $459.25 | Utility |
| CHECK | 3/6/2019 | CHECK 6102  Oklahoma Natural Gas | $434.55 | Utility |
| CHECK | 3/6/2019 | CHECK 6029  Charter Communications | $404.98 | Utility |
| CHECK | 3/6/2019 | CHECK 6108  Century Link | $395.62 | Utility |
| DEBIT | 3/6/2019 | PIEDMONT | $392.52 | Utility |
| CHECK | 3/6/2019 | CHECK 6008  Republic Services | $364.46 | Utility |
| DEBIT | 3/6/2019 | Cybersource | $360.00 | Merchant Fee |
| CHECK | 3/6/2019 | CHECK 6040  Frontier Communications | $356.14 | Utility |
| DEBIT | 3/6/2019 | Cybersource | $300.02 | Merchant Fee |

NOAH CORPORATION
PAYMENTS TO CREDITORS IN 90 DAY PRE-PETITION PERIOD

| Type | Date | Payee | Amount | Purpose |
|------|------|-------|--------|---------|
| CHECK | 3/6/2019 | CHECK 6023  Republic Services | $204.38 | Utility |
| CHECK | 3/6/2019 | CHECK 6033  Republic Services | $193.45 | Utility |
| CHECK | 3/6/2019 | CHECK 6069  Aqua OH | $187.35 | Utility |
| CHECK | 3/6/2019 | CHECK 6018  Century Link | $182.42 | Utility |
| CHECK | 3/6/2019 | CHECK 6028  Greenville Water | $174.59 | Utility |
| CHECK | 3/6/2019 | CHECK 6063  Republic Services | $156.68 | Utility |
| CHECK | 3/6/2019 | CHECK 6068  Aqua OH | $136.82 | Utility |
| CHECK | 3/6/2019 | CHECK 6089  Century Link | $112.60 | Utility |
| CHECK | 3/6/2019 | CHECK 6020  West Des Moines Water Works | $100.23 | Utility |
| CHECK | 3/6/2019 | CHECK 6103  JE Systems | $84.64 | Maintenance |
| CHECK | 3/6/2019 | CHECK 6114  Public Work & Utilities | $78.92 | Utility |
| DEBIT | 3/7/2019 | TAX OFFICEGDS   PURCHASE | $51,673.71 | Payroll Tax |
| DEBIT | 3/7/2019 | UMR INC CONCENTR | $21,942.72 | Health Insurance |
| DEBIT | 3/7/2019 | Divvy T Check Operational Payments | $20,000.00 | Operations |
| DEBIT | 3/7/2019 | FEDCHEX | $2,458.00 | Interest |
| DEBIT | 3/7/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| DEBIT | 3/7/2019 | Duke Energy | $1,907.19 | Utility |
| CHECK | 3/7/2019 | CHECK 6041  TXU Energy | $1,612.56 | Utility |
| CHECK | 3/7/2019 | CHECK 6086  TXU Energy | $1,549.55 | Utility |
| CHECK | 3/7/2019 | CHECK 6026  TXU Energy | $1,539.77 | Utility |
| DEBIT | 3/7/2019 | American Express | $1,500.00 | CC Reimb.-Susanna Bowser |
| CHECK | 3/7/2019 | CHECK 6010  CCMC | $1,440.91 | Utility |
| CHECK | 3/7/2019 | CHECK 6024  TXU Energy | $1,330.16 | Utility |
| CHECK | 3/7/2019 | CHECK 6073  Columbia Gas | $1,204.09 | Utility |
| CHECK | 3/7/2019 | CHECK 6144  SRP | $1,066.36 | Utility |
| CHECK | 3/7/2019 | CHECK 6048  North Shore Gas | $1,058.74 | Utility |
| CHECK | 3/7/2019 | CHECK 6037  TXU Energy | $1,037.60 | Utility |
| CHECK | 3/7/2019 | CHECK 5494  City of Naperville | $1,000.00 | Licensing |
| CHECK | 3/7/2019 | CHECK 6002  Comcast | $758.33 | Utility |
| CHECK | 3/7/2019 | CHECK 6134  PNM | $747.28 | Utility |
| CHECK | 3/7/2019 | CHECK 6277  Dominion Energy | $697.02 | Utility |
| CHECK | 3/7/2019 | CHECK 6117  ABCWUA | $656.40 | Utility |
| DEBIT | 3/7/2019 | PIEDMONT N. G. | $617.81 | Utility |
| CHECK | 3/7/2019 | CHECK 6119  Comcast | $575.68 | Utility |
| CHECK | 3/7/2019 | CHECK 6022  TXU Energy | $530.99 | Utility |
| CHECK | 3/7/2019 | CHECK 6133  New Mexico Gas Company | $464.92 | Utility |
| CHECK | 3/7/2019 | CHECK 6124  CCI | $427.75 | Utility |
| CHECK | 3/7/2019 | CHECK 6052  Centerpointe Energy | $394.29 | Utility |
| DEBIT | 3/7/2019 | DIRECTV     DIRECTV  7540659     TEL ID: 0000035774 | $330.31 | Utility |
| CHECK | 3/7/2019 | CHECK 6146  City of Chandler | $314.44 | Utility |
| CHECK | 3/7/2019 | CHECK 6130  City Treasuer | $274.36 | Utility |
| DEBIT | 3/7/2019 | SALTLAKECOTAX UT | $270.09 | Payroll Tax |
| CHECK | 3/7/2019 | CHECK 5582  Tiffany hawkins | $250.00 | Event Refund |
| CHECK | 3/7/2019 | CHECK 6060  City Treasuer | $207.54 | Utility |
| CHECK | 3/7/2019 | CHECK 6170  Direct TV | $173.81 | Utility |
| CHECK | 3/7/2019 | CHECK 6178  Birmingham Water Works | $154.73 | Utility |
| CHECK | 3/7/2019 | CHECK 6177  Birmingham Water Works | $80.37 | Utility |
| CHECK | 3/7/2019 | CHECK 6078  Atronic Alarms | $73.82 | Maintenance |
| CHECK | 3/7/2019 | CHECK 6035  Alabama Alarm | $50.00 | Maintenance |
| DEBIT | 3/7/2019 | OFFICIAL PAYMENT ECHECK FEE | $1.25 | Merchant Fee |
| DEBIT | 3/8/2019 | Divvy T Check Operational Payments | $26,000.00 | Operations |
| DEBIT | 3/8/2019 | FEDCHEX | $2,458.00 | Interest |
| DEBIT | 3/8/2019 | LIBERTASFUNDING | $2,457.14 | Interest |

NOAH CORPORATION
PAYMENTS TO CREDITORS IN 90 DAY PRE-PETITION PERIOD

| Type | Date | Payee | Amount | Purpose |
|------|------|-------|--------|---------|
| CHECK | 3/8/2019 | CHECK 6171  Laurens Electric | $1,914.88 | Utility |
| CHECK | 3/8/2019 | CHECK 6050  03/08 Xtreme Fire Protection | $1,080.00 | Maintenance |
| CHECK | 3/8/2019 | CHECK 6097  Columbia Gas | $942.78 | Utility |
| CHECK | 3/8/2019 | CHECK 6282  Cox Business | $315.52 | Utility |
| CHECK | 3/8/2019 | CHECK 6083  Republic Services | $282.10 | Utility |
| CHECK | 3/8/2019 | CHECK 6182  Weston Mud | $236.30 | Utility |
| CHECK | 3/8/2019 | CHECK 6071  Town of Cary | $233.15 | Utility |
| CHECK | 3/8/2019 | CHECK 6105  Republic Serives | $204.18 | Utility |
| CHECK | 3/8/2019 | CHECK 6098  Republic Services | $141.14 | Utility |
| CHECK | 3/8/2019 | CHECK 6149  City of Charlotte | $125.98 | Utility |
| DEBIT | 3/11/2019 | Sentinel | $74,152.00 | Rent |
| DEBIT | 3/11/2019 | Cadence | $69,913.00 | Rent |
| CHECK | 3/11/2019 | CHECK 5571  Bevi Bar | $33,421.97 | Noah Beverages |
| DEBIT | 3/11/2019 | Divvy T Check Operational Payments | $15,000.00 | Operations |
| CHECK | 3/11/2019 | CHECK 6122  Lincolnshire Corporate Center Association | $2,479.28 | HOA |
| DEBIT | 3/11/2019 | FEDCHEX | $2,458.00 | Interest |
| DEBIT | 3/11/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| CHECK | 3/11/2019 | CHECK 6107  Automated Mechanical | $509.75 | Maintenance |
| CHECK | 3/11/2019 | CHECK 6090  Automated Mechanical | $500.00 | Maintenance |
| CHECK | 3/11/2019 | CHECK 6224  Columbus City Treasurer | $431.99 | Utility |
| CHECK | 3/11/2019 | CHECK 6051  Comcast | $413.08 | Utility |
| CHECK | 3/11/2019 | CHECK 6243  Cox Business | $296.55 | Utility |
| CHECK | 3/11/2019 | CHECK 6039  Comcast | $256.44 | Utility |
| CHECK | 3/11/2019 | CHECK 6169  Greenville Water | $200.75 | Utility |
| CHECK | 3/11/2019 | CHECK 6003  Great Western Speciality | $80.91 | Maintenance |
| CHECK | 3/11/2019 | CHECK 6272  CTMA | $80.64 | Utility |
| DEBIT | 3/12/2019 | IRS          USATAXPYMT | $37,141.86 | Payroll Tax |
| DEBIT | 3/12/2019 | Divvy T Check Operational Payments | $15,000.00 | Operations |
| CHECK | 3/12/2019 | CHECK 6009  03/12 Reliable Refridgeration | $3,853.41 | Maintenance |
| DEBIT | 3/12/2019 | FEDCHEX | $2,458.00 | Interest |
| DEBIT | 3/12/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| CHECK | 3/12/2019 | CHECK 6127  Lucid Software | $1,291.31 | Software |
| CHECK | 3/12/2019 | CHECK 6111  Integrated Security Systems | $420.00 | Maintenance |
| CHECK | 3/12/2019 | CHECK 6091  City of South Jordan | $234.79 | Utility |
| CHECK | 3/12/2019 | CHECK 6058  Franklin Pest Control | $152.25 | Maintenance |
| CHECK | 3/12/2019 | CHECK 6012  Fish Window Cleaning | $78.00 | Maintenance |
| CHECK | 3/12/2019 | CHECK 6067  Sievers Security | $47.08 | Maintenance |
| DEBIT | 3/13/2019 | Divvy T Check Operational Payments | $23,000.00 | Operations |
| DEBIT | 3/13/2019 | Travelers      INS PREM | $13,932.22 | Insurance |
| DEBIT | 3/13/2019 | Doug and Ilean Sullivan | $6,485.22 | Interest |
| DEBIT | 3/13/2019 | Robyn Openshaw | $5,131.28 | Interest |
| DEBIT | 3/13/2019 | Nancy Neil | $3,506.66 | Interest |
| DEBIT | 3/13/2019 | Robert Baker | $3,439.92 | Interest |
| DEBIT | 3/13/2019 | Elaine Horrocks LP | $3,333.33 | Interest |
| CHECK | 3/13/2019 | CHECK 5575  UNUM | $3,052.37 | Insurance |
| CHECK | 3/13/2019 | CHECK 6095  Southpointe Town Center | $2,789.60 | HOA |
| DEBIT | 3/13/2019 | Kristin Matthews | $2,558.34 | Interest |
| DEBIT | 3/13/2019 | Bret Bailey | $2,479.19 | Interest |
| DEBIT | 3/13/2019 | FEDCHEX | $2,458.00 | Interest |
| DEBIT | 3/13/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| DEBIT | 3/13/2019 | Lorrie Stark | $1,975.76 | Interest |
| DEBIT | 3/13/2019 | Linda Tyler | $1,366.67 | Interest |
| CHECK | 3/13/2019 | CHECK 6132  SCH Mechanical | $1,329.84 | Maintenance |
| CHECK | 3/13/2019 | CHECK 6279  P&E Building Services | $1,298.81 | Landscape |

NOAH CORPORATION
PAYMENTS TO CREDITORS IN 90 DAY PRE-PETITION PERIOD

| Type | Date | Payee | Amount | Purpose |
|------|------|-------|--------|---------|
| CHECK | 3/13/2019 | CHECK 6274  TXU Energy | $1,225.42 | Utility |
| DEBIT | 3/13/2019 | Steve Levingston | $1,023.00 | Interest |
| CHECK | 3/13/2019 | CHECK 6139  Consumers Energy | $889.20 | Utility |
| DEBIT | 3/13/2019 | James Wallace | $852.08 | Interest |
| DEBIT | 3/13/2019 | Elaine Horrocks | $833.33 | Interest |
| DEBIT | 3/13/2019 | Debra Aaron | $833.33 | Interest |
| DEBIT | 3/13/2019 | UMR INC CONCENTR | $723.94 | Health Insurance |
| DEBIT | 3/13/2019 | Jeff Limb | $566.67 | Interest |
| DEBIT | 3/13/2019 | INTUIT PYMT | $6.00 | Merchant Fee |
| DEBIT | 3/14/2019 | Divvy T Check Operational Payments | $20,000.00 | Operations |
| DEBIT | 3/14/2019 | Susan Peterson | $11,457.12 | Interest |
| DEBIT | 3/14/2019 | Moyce Family Trust | $4,000.00 | Interest |
| DEBIT | 3/14/2019 | 76 Investments, LP | $3,000.00 | Interest |
| DEBIT | 3/14/2019 | Matthew Francom | $2,615.00 | Interest |
| CHECK | 3/14/2019 | CHECK 5580  S&O | $2,500.00 | Noah Beverages |
| DEBIT | 3/14/2019 | FEDCHEX | $2,458.00 | Interest |
| DEBIT | 3/14/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| DEBIT | 3/14/2019 | The Real Mint LLC | $2,000.00 | Interest |
| DEBIT | 3/14/2019 | Bonin | $2,000.00 | Interest |
| DEBIT | 3/14/2019 | Dan Naylor | $2,000.00 | Interest |
| DEBIT | 3/14/2019 | Lund Family Trust | $1,850.00 | Interest |
| DEBIT | 3/14/2019 | Norman Lee | $1,500.00 | Interest |
| DEBIT | 3/14/2019 | Anthony Perricone | $1,500.00 | Interest |
| DEBIT | 3/14/2019 | Raja | $1,000.00 | Interest |
| DEBIT | 3/14/2019 | Thomas Funk | $1,000.00 | Interest |
| DEBIT | 3/14/2019 | Stephen Lewis | $1,000.00 | Interest |
| DEBIT | 3/14/2019 | Dryjas Holdings LLC | $1,000.00 | Interest |
| DEBIT | 3/14/2019 | Benjamin Thomas | $1,000.00 | Interest |
| DEBIT | 3/14/2019 | Pamela H Ramsey | $1,000.00 | Interest |
| DEBIT | 3/14/2019 | Makena B Herget | $1,000.00 | Interest |
| DEBIT | 3/14/2019 | Ivy Fasko | $1,000.00 | Interest |
| DEBIT | 3/14/2019 | Productions Management LLC | $1,000.00 | Interest |
| DEBIT | 3/14/2019 | Greco | $1,000.00 | Interest |
| DEBIT | 3/14/2019 | Dunlop | $1,000.00 | Interest |
| DEBIT | 3/14/2019 | Aaron Hoke | $1,000.00 | Interest |
| DEBIT | 3/14/2019 | David Fairbanks | $1,000.00 | Interest |
| CHECK | 3/14/2019 | CHECK 6254  Dominion Energy | $891.86 | Utility |
| DEBIT | 3/14/2019 | Sedler | $660.00 | Interest |
| DEBIT | 3/14/2019 | Marcalus | $660.00 | Interest |
| DEBIT | 3/14/2019 | Perkowski | $660.00 | Interest |
| DEBIT | 3/14/2019 | CYBERSRC | $600.02 | Merchant Fee |
| DEBIT | 3/14/2019 | INTUIT PYMT | $2.50 | Merchant Fee |
| CHECK | 3/15/2019 | CHECK 5576 Jefferson County Sheriffs Office | $65,756.55 | Property Tax |
| DEBIT | 3/15/2019 | Divvy T Check Operational Payments | $20,000.00 | Operations |
| CHECK | 3/15/2019 | CHECK 6290  UHS | $3,588.83 | Health Insurance |
| CHECK | 3/15/2019 | CHECK 6250 Rocky Mtn. Power | $3,323.59 | Utility |
| CHECK | 3/15/2019 | CHECK 6291  State Comptroller | $455.90 | Other |
| CHECK | 3/15/2019 | CHECK 6227  Landcare | $392.00 | Landscape |
| CHECK | 3/15/2019 | CHECK 6166  Grande | $254.25 | Utility |
| DEBIT | 3/15/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 3/15/2019 | INTUIT PYMT | $8.50 | Merchant Fee |
| DEBIT | 3/18/2019 | Divvy T Check Operational Payments | $20,000.00 | Operations |
| DEBIT | 3/18/2019 | FEDCHEX | $2,458.00 | Interest |
| DEBIT | 3/18/2019 | LIBERTASFUNDING | $2,457.14 | Interest |

NOAH CORPORATION
PAYMENTS TO CREDITORS IN 90 DAY PRE-PETITION PERIOD

| Type | Date | Payee | Amount | Purpose |
|------|------|-------|--------|---------|
| CHECK | 3/18/2019 | CHECK 6248 CPS Energy | $1,565.21 | Utility |
| CHECK | 3/18/2019 | CHECK 6160 MidAmerican Energy | $1,249.68 | Utility |
| CHECK | 3/18/2019 | CHECK 6233 OG&E | $806.79 | Utility |
| CHECK | 3/18/2019 | CHECK 6249 Comcast | $687.07 | Utility |
| CHECK | 3/18/2019 | CHECK 6280 Kansas Gas Service | $605.79 | Utility |
| CHECK | 3/18/2019 | CHECK 6246 City of Plano | $558.53 | Utility |
| CHECK | 3/18/2019 | CHECK 6289 City of Fort Worth | $480.02 | Utility |
| CHECK | 3/18/2019 | CHECK 6296 Century Link | $416.54 | Utility |
| DEBIT | 3/18/2019 | AR DFA REVENUE | $406.12 | Payroll Tax |
| CHECK | 3/18/2019 | CHECK 6281 Westar Energy | $382.32 | Utility |
| DEBIT | 3/18/2019 | Cybersource | $358.02 | Merchant Fee |
| CHECK | 3/18/2019 | CHECK 6276 City of Tulsa | $316.75 | Utility |
| DEBIT | 3/18/2019 | AL-DEPT OF REV DIRECT DBT | $222.36 | Payroll Tax |
| DEBIT | 3/18/2019 | Dept of Revenue KY | $220.38 | Payroll Tax |
| CHECK | 3/18/2019 | CHECK 6194 City of Irving | $164.25 | Utility |
| DEBIT | 3/18/2019 | Teresa Miler | $134.67 | Interest |
| DEBIT | 3/18/2019 | David Harper | $94.19 | Interest |
| DEBIT | 3/18/2019 | Cybersource | $78.02 | Merchant Fee |
| CHECK | 3/18/2019 | CHECK 6034 Sloop Fire Extinguisher | $64.05 | Maintenance |
| CHECK | 3/18/2019 | CHECK 6285 Kansas Fire Equipment | $52.41 | Maintenance |
| CHECK | 3/18/2019 | CHECK 6244 JCW | $33.67 | Utility |
| CHECK | 3/18/2019 | CHECK 6195 City of Irving | $30.03 | Utility |
| DEBIT | 3/18/2019 | AR DFA REVENUE | $26.50 | Payroll Tax |
| DEBIT | 3/18/2019 | INTUIT PYMT | $14.50 | Merchant Fee |
| CHECK | 3/18/2019 | CHECK 6196 City of Irving | $11.90 | Utility |
| DEBIT | 3/18/2019 | INTUIT PYMT | $5.50 | Merchant Fee |
| DEBIT | 3/19/2019 | IRS          USATAXPYMT | $82,591.88 | Payroll Tax |
| DEBIT | 3/19/2019 | Divvy T Check Operational Payments | $20,000.00 | Operations |
| DEBIT | 3/19/2019 | FEDCHEX | $2,458.00 | Interest |
| DEBIT | 3/19/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| CHECK | 3/19/2019 | CHECK 6121 Blankenbaker Station | $1,363.20 | Utility |
| CHECK | 3/19/2019 | CHECK 5578 Kara Tucker | $1,301.70 | Event Refund |
| DEBIT | 3/19/2019 | OPTUM BANK | $1,283.01 | Insurance |
| DEBIT | 3/19/2019 | IRS          USATAXPYMT | $1,108.60 | Payroll Tax |
| CHECK | 3/19/2019 | CHECK 6235 Fairacres Lawn | $1,000.00 | Landscape |
| CHECK | 3/19/2019 | CHECK 6293 Kenneth L Maun Tax Advisor | $909.98 | Personal Property Tax |
| CHECK | 3/19/2019 | CHECK 6183 ORUD | $890.15 | Utility |
| CHECK | 3/19/2019 | CHECK 5588 Department of Financial Institution | $689.50 | Licensing |
| DEBIT | 3/19/2019 | OPTUM BANK | $672.52 | Insurance |
| DEBIT | 3/19/2019 | 8011OHIO-TAXOEWH OH WH | $493.80 | Payroll Tax |
| DEBIT | 3/19/2019 | IRS          USATAXPYMT | $473.74 | Payroll Tax |
| CHECK | 3/19/2019 | CHECK 6260 03/19 Premiere Landscape | $390.00 | Landscape |
| CHECK | 3/19/2019 | CHECK 6014 Time Warner Cable | $371.11 | Utility |
| CHECK | 3/19/2019 | CHECK 6273 City of Sugar Land | $264.86 | Utility |
| CHECK | 3/19/2019 | CHECK 6031 Time Warner Cable | $218.12 | Utility |
| CHECK | 3/19/2019 | CHECK 6269 Landscaping for Less | $200.00 | Landscape |
| CHECK | 3/19/2019 | CHECK 6292 Illinois Department of Revenue | $131.31 | Sales Tax |
| CHECK | 3/19/2019 | CHECK 6286 Sievers Security | $47.08 | Maintenance |
| DEBIT | 3/19/2019 | INTUIT PYMT | $5.50 | Merchant Fee |
| DEBIT | 3/20/2019 | Sentinel | $34,138.00 | Rent |
| DEBIT | 3/20/2019 | Divvy T Check Operational Payments | $25,000.00 | Operations |
| DEBIT | 3/20/2019 | Telecheck | $3,730.98 | Merchant Fee |
| DEBIT | 3/20/2019 | FEDCHEX | $2,458.00 | Interest |
| DEBIT | 3/20/2019 | LIBERTASFUNDING | $2,457.14 | Interest |

NOAH CORPORATION
PAYMENTS TO CREDITORS IN 90 DAY PRE-PETITION PERIOD

| Type | Date | Payee | Amount | Purpose |
|------|------|-------|--------|---------|
| DEBIT | 3/20/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| CHECK | 3/20/2019 | CHECK 6167  TXU Energy | $1,503.60 | Utility |
| DEBIT | 3/20/2019 | INTUIT PYMT | $1,300.00 | Merchant Fee |
| DEBIT | 3/20/2019 | Metro Utilities | $1,288.66 | Utility |
| DEBIT | 3/20/2019 | ORWELL | $1,103.04 | Utility |
| DEBIT | 3/20/2019 | Marilyn Bowser | $1,000.00 | Interest |
| DEBIT | 3/20/2019 | OK NATURAL GAS | $602.10 | Utility |
| CHECK | 3/20/2019 | CHECK 6164  TXU Energy | $596.96 | Utility |
| DEBIT | 3/20/2019 | UMR INC CONCENTR FUNDING | $574.17 | Health Insurance |
| CHECK | 3/20/2019 | CHECK 6288  Republic Services | $567.21 | Utility |
| DEBIT | 3/20/2019 | DIRECTV | $542.29 | Utility |
| DEBIT | 3/20/2019 | OK NATURAL GAS | $448.63 | Utility |
| CHECK | 3/20/2019 | CHECK 6197  Centerpointe Energy | $426.79 | Utility |
| CHECK | 3/20/2019 | CHECK 6163  Comcast | $421.39 | Utility |
| DEBIT | 3/20/2019 | DIRECTV | $410.16 | Utility |
| DEBIT | 3/20/2019 | AMERICAN-WATER | $377.51 | Utility |
| DEBIT | 3/20/2019 | INTUIT PYMT | $350.00 | Merchant Fee |
| DEBIT | 3/20/2019 | COMMWLTHOFPA INT | $348.39 | Payroll Tax |
| DEBIT | 3/20/2019 | INTUIT PYMT | $342.00 | Payroll Tax |
| DEBIT | 3/20/2019 | CPENERGY ENTEX | $340.89 | Utility |
| DEBIT | 3/20/2019 | INTUIT PYMT | $325.00 | Merchant Fee |
| DEBIT | 3/20/2019 | Cybersource | $188.73 | Merchant Fee |
| CHECK | 3/20/2019 | CHECK 6062  Mile Plumbing Company | $187.50 | Maintenance |
| DEBIT | 3/20/2019 | COMMWLTHOFPA INT | $171.10 | Payroll Tax |
| DEBIT | 3/20/2019 | CITY OF KINGSTON UTILITY | $153.41 | Utility |
| DEBIT | 3/20/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 3/20/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 3/20/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 3/20/2019 | INTUIT PYMT | $8.50 | Merchant Fee |
| DEBIT | 3/20/2019 | KINGSTON  WEB PAYMNT Fee | $2.95 | Merchant Fee |
| DEBIT | 3/21/2019 | INVYNC EAST | $34,615.00 | Rent |
| DEBIT | 3/21/2019 | Divvy T Check Operational Payments | $16,000.00 | Operations |
| DEBIT | 3/21/2019 | FEDCHEX | $2,458.00 | Interest |
| DEBIT | 3/21/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| CHECK | 3/21/2019 | CHECK 6295  Pulaski County | $1,134.90 | Personal Property Tax |
| DEBIT | 3/21/2019 | COMCAST | $1,013.50 | Utility |
| CHECK | 3/21/2019 | CHECK 6120  Spyder Security | $849.25 | Maintenance |
| DEBIT | 3/21/2019 | DIRECTV | $372.37 | Utility |
| DEBIT | 3/21/2019 | LINKEDIN | $64.04 | Marketing |
| DEBIT | 3/21/2019 | Orwell | $41.36 | Utility |
| DEBIT | 3/21/2019 | INTUIT PYMT | $5.50 | Merchant Fee |
| DEBIT | 3/22/2019 | Cadence | $67,038.54 | Rent |
| DEBIT | 3/22/2019 | Naylor Insurance Agency | $28,242.97 | Insurance |
| DEBIT | 3/22/2019 | Divvy T Check Operational Payments | $20,000.00 | Operations |
| CHECK | 3/22/2019 | CHECK 6336  Advantage Telecom | $17,151.41 | Utility - Bldg. Internet |
| DEBIT | 3/22/2019 | Cybersource | $7,550.00 | Merchant Fee |
| DEBIT | 3/22/2019 | FEDCHEX | $2,458.00 | Interest |
| DEBIT | 3/22/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| CHECK | 3/22/2019 | CHECK 6162  Green Pride Landscape | $1,800.00 | Landscape |
| DEBIT | 3/22/2019 | ROCKWOOD ELECTRI PAYMENT | $882.24 | Utility |
| DEBIT | 3/22/2019 | Duke Energy | $463.29 | Utility |
| DEBIT | 3/22/2019 | TAX PAYMENTS    OK TAX | $423.00 | Payroll Tax |
| DEBIT | 3/22/2019 | INTUIT PYMT | $379.00 | Merchant Fee |
| DEBIT | 3/22/2019 | LINDON CITY | $245.06 | Utility |

NOAH CORPORATION
PAYMENTS TO CREDITORS IN 90 DAY PRE-PETITION PERIOD

| Type | Date | Payee | Amount | Purpose |
|------|------|-------|--------|---------|
| DEBIT | 3/22/2019 | INTUIT PYMT | $12.50 | Merchant Fee |
| DEBIT | 3/22/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 3/22/2019 | BILLMATRIX | $2.35 | Merchant Fee |
| CHECK | 3/25/2019 | CHECK 6335 BTJD | $21,903.01 | Legal Fees |
| DEBIT | 3/25/2019 | Divvy T Check Operational Payments | $20,000.00 | Operations |
| CHECK | 3/25/2019 | CHECK 6331 BTJD | $7,246.93 | Legal Fees |
| DEBIT | 3/25/2019 | American Express | $5,000.00 | CC Reimb.-Susanna Bowser |
| DEBIT | 3/25/2019 | FEDCHEX | $2,458.00 | Interest |
| DEBIT | 3/25/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| CHECK | 3/25/2019 | CHECK 6210 Comcast | $1,564.58 | Utility |
| CHECK | 3/25/2019 | CHECK 6300 Liberty Utilities | $1,370.37 | Utility |
| CHECK | 3/25/2019 | CHECK 6327 Xcel Energy | $1,328.71 | Utility |
| CHECK | 3/25/2019 | CHECK 6153 Dominion Energy Virginia | $1,028.33 | Utility |
| CHECK | 3/25/2019 | CHECK 6205 MG&E | $983.82 | Utility |
| CHECK | 3/25/2019 | CHECK 6315 OPPD | $845.42 | Utility |
| CHECK | 3/25/2019 | CHECK 6206 Alliant Energy | $651.27 | Utility |
| CHECK | 3/25/2019 | CHECK 6332 COMED | $550.00 | Utility |
| DEBIT | 3/25/2019 | INTUIT PYMT | $396.00 | Merchant Fee |
| CHECK | 3/25/2019 | CHECK 6173 Quality Creative Landscape | $395.00 | Landscape |
| CHECK | 3/25/2019 | CHECK 6312 PSNC | $384.85 | Utility |
| CHECK | 3/25/2019 | CHECK 6161 Janssen Pest Contril | $131.44 | Maintenance |
| CHECK | 3/25/2019 | CHECK 6157 Penn Power | $128.36 | Utility |
| DEBIT | 3/25/2019 | Intuit *QuickBooks | $126.81 | Merchant Fee |
| CHECK | 3/25/2019 | CHECK 6154 HRUBS | $108.31 | Utility |
| DEBIT | 3/25/2019 | AQUA | $98.72 | Utility |
| CHECK | 3/25/2019 | CHECK 6310 FESCO | $80.00 | Maintenance |
| DEBIT | 3/25/2019 | AQUA | $78.24 | Utility |
| DEBIT | 3/25/2019 | AQUA | $71.53 | Utility |
| DEBIT | 3/25/2019 | AQUA | $34.71 | Utility |
| DEBIT | 3/25/2019 | R.I.T.A. | $11.79 | Payroll Tax |
| DEBIT | 3/25/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 3/25/2019 | INTUIT PYMT | $7.50 | Merchant Fee |
| DEBIT | 3/25/2019 | INTUIT PYMT | $4.00 | Merchant Fee |
| DEBIT | 3/26/2019 | VICTAL LLC | $28,405.00 | Rent |
| DEBIT | 3/26/2019 | Divvy T Check Operational Payments | $25,000.00 | Operations |
| DEBIT | 3/26/2019 | FEDCHEX | $2,458.00 | Interest |
| DEBIT | 3/26/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| CHECK | 3/26/2019 | CHECK 6311 Memphis Light Gas | $1,862.00 | Utility |
| DEBIT | 3/26/2019 | LaRayne Day | $1,500.00 | Interest |
| DEBIT | 3/26/2019 | Lindsey VanWalkenburg | $966.00 | Interest |
| CHECK | 3/26/2019 | CHECK 6334 Rocky Mtn. Power | $940.52 | Utility |
| CHECK | 3/26/2019 | CHECK 6223 Comcast | $857.02 | Utility |
| DEBIT | 3/26/2019 | INTUIT PYMT | $789.00 | Merchant Fee |
| DEBIT | 3/26/2019 | Duke Energy | $787.12 | Utility |
| CHECK | 3/26/2019 | CHECK 6316 Kansas Gas Service | $650.35 | Utility |
| CHECK | 3/26/2019 | CHECK 6304 AT&T | $611.56 | Utility |
| CHECK | 3/26/2019 | CHECK 6338 Duke Energy | $533.04 | Utility |
| CHECK | 3/26/2019 | CHECK 6317 KCP&L | $489.15 | Utility |
| CHECK | 3/26/2019 | CHECK 6261 03/26 Premiere Landscape | $460.00 | Landscape |
| DEBIT | 3/26/2019 | Lindsey VanWalkenburg | $456.34 | Interest |
| CHECK | 3/26/2019 | CHECK 6330 Cox Business | $405.72 | Utility |
| CHECK | 3/26/2019 | CHECK 5590 | $377.50 | Event Refund |
| CHECK | 3/26/2019 | CHECK 6186 Landcare | $330.57 | Landscape |
| CHECK | 3/26/2019 | CHECK 6268 Landscaping for Less | $330.00 | Landscape |

NOAH CORPORATION
PAYMENTS TO CREDITORS IN 90 DAY PRE-PETITION PERIOD

| Type | Date | Payee | Amount | Purpose |
|------|------|-------|--------|---------|
| CHECK | 3/26/2019 | CHECK 6262  03/26 Premiere Landscape | $265.00 | Landscape |
| CHECK | 3/26/2019 | CHECK 6299  Republic Services | $182.57 | Utility |
| CHECK | 3/26/2019 | CHECK 6191  Seminole County | $151.99 | Utility |
| CHECK | 3/26/2019 | CHECK 6328  Waste Connections of Kansas | $150.63 | Utility |
| CHECK | 3/26/2019 | CHECK 6320  Century Link | $120.60 | Utility |
| CHECK | 3/26/2019 | CHECK 6145  Home Team Pest Defense | $102.70 | Maintenance |
| CHECK | 3/26/2019 | CHECK 6309  Village of Lincolnshire | $50.72 | Utility |
| DEBIT | 3/26/2019 | INTUIT PYMT | $39.00 | Merchant Fee |
| DEBIT | 3/26/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 3/26/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 3/26/2019 | INTUIT PYMT | $4.00 | Merchant Fee |
| DEBIT | 3/26/2019 | INTUIT PYMT | $4.00 | Merchant Fee |
| DEBIT | 3/27/2019 | Divvy T Check Operational Payments | $20,000.00 | Operations |
| DEBIT | 3/27/2019 | FEDCHEX | $2,458.00 | Interest |
| DEBIT | 3/27/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| CHECK | 3/27/2019 | CHECK 5589  Oklahoma County Treasurer | $1,432.60 | Licensing |
| CHECK | 3/27/2019 | CHECK 6202  LG&E | $1,156.89 | Utility |
| CHECK | 3/27/2019 | CHECK 6258  MD Property Services | $1,083.75 | Landscape |
| DEBIT | 3/27/2019 | VA DEPT TAXATION TAX | $539.44 | Payroll Tax |
| CHECK | 3/27/2019 | CHECK 6192  City of Lake Mary | $521.83 | Utility |
| DEBIT | 3/27/2019 | UMR INC CONCENTR FUNDING | $435.37 | Health Insurance |
| CHECK | 3/27/2019 | CHECK 6158  CCI | $433.58 | Utility |
| CHECK | 3/27/2019 | CHECK 6305  Entouch Systems | $364.79 | Utility |
| DEBIT | 3/27/2019 | PIEDMONT | $239.38 | Utility |
| CHECK | 3/27/2019 | CHECK 6302  Galveston Water | $143.41 | Utility |
| CHECK | 3/27/2019 | CHECK 6301  West Des Moines Water | $126.75 | Utility |
| DEBIT | 3/27/2019 | RIGHT NETWORKS | $16.07 | Utility |
| DEBIT | 3/27/2019 | INTUIT PYMT | $5.50 | Merchant Fee |
| DEBIT | 3/28/2019 | Divvy T Check Operational Payments | $15,000.00 | Operations |
| CHECK | 3/28/2019 | CHECK 6342  Goettsch Family Real Estate | $5,625.09 | Property Tax |
| DEBIT | 3/28/2019 | FEDCHEX | $2,458.00 | Interest |
| DEBIT | 3/28/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| CHECK | 3/28/2019 | CHECK 6303  TXU Energy | $1,836.37 | Utility |
| CHECK | 3/28/2019 | CHECK 6318  TXU Energy | $1,721.11 | Utility |
| CHECK | 3/28/2019 | CHECK 6306  TXU Energy | $976.15 | Utility |
| CHECK | 3/28/2019 | CHECK 6294  City of Auburn Hills | $973.53 | Utility |
| CHECK | 3/28/2019 | CHECK 6298  - DTE Energy | $786.91 | Utility |
| DEBIT | 3/28/2019 | IRS          USATAXPYMT | $757.63 | Payroll Tax |
| DEBIT | 3/28/2019 | INTUIT PYMT | $451.00 | Merchant Fee |
| DEBIT | 3/28/2019 | INTUIT PYMT | $431.00 | Merchant Fee |
| DEBIT | 3/28/2019 | DIRECTV | $275.59 | Utility |
| CHECK | 3/28/2019 | CHECK 6221  - Elite Landscape | $267.00 | Landscape |
| CHECK | 3/28/2019 | CHECK 6207  -City of Fort Worth | $213.96 | Utility |
| DEBIT | 3/28/2019 | IRS          USATAXPYMT | $184.18 | Payroll Tax |
| CHECK | 3/28/2019 | CHECK 5515  Iowa Secretary of State | $100.00 | Licensing |
| DEBIT | 3/28/2019 | LinkedIn | $64.04 | Marketing |
| DEBIT | 3/28/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 3/28/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| CHECK | 3/28/2019 | CHECK 5579  Iowa Secretary of State | $5.00 | Licensing |
| DEBIT | 3/28/2019 | INTUIT PYMT | $5.00 | Merchant Fee |
| DEBIT | 3/29/2019 | Divvy T Check Operational Payments | $22,000.00 | Operations |
| DEBIT | 3/29/2019 | FEDCHEX | $2,458.00 | Interest |
| DEBIT | 3/29/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| CHECK | 3/29/2019 | CHECK 6308  - TXU | $1,836.93 | Utility |

NOAH CORPORATION
PAYMENTS TO CREDITORS IN 90 DAY PRE-PETITION PERIOD

| Type | Date | Payee | Amount | Purpose |
|------|------|-------|--------|---------|
| CHECK | 3/29/2019 | CHECK 6319  - TXU Energy | $1,403.46 | Utility |
| DEBIT | 3/29/2019 | Lindsey VanWalkenburg | $966.00 | Interest |
| CHECK | 3/29/2019 | CHECK 6322  - West Penn Power | $666.02 | Utility |
| CHECK | 3/29/2019 | CHECK 6136  - Timberland Landscape | $598.75 | Landscape |
| CHECK | 3/29/2019 | CHECK 6142  - Landcare | $597.74 | Landscape |
| DEBIT | 3/29/2019 | Lindsey VanWalkenburg | $456.34 | Interest |
| CHECK | 3/29/2019 | CHECK 6326  - Xmission | $353.34 | Utility |
| CHECK | 3/29/2019 | CHECK 6344  - Century Link | $298.70 | Utility |
| CHECK | 3/29/2019 | CHECK 6379   - Comast | $282.59 | Utility |
| CHECK | 3/29/2019 | CHECK 6216  - TXU Energy | $250.00 | Utility |
| CHECK | 3/29/2019 | CHECK 6372  - American Electric Power | $214.92 | Utility |
| CHECK | 3/29/2019 | CHECK 6352  - Direct TV | $178.06 | Utility |
| CHECK | 3/29/2019 | CHECK 6323  - Comcast | $165.75 | Utility |
| CHECK | 3/29/2019 | CHECK 6284  - Dynamark Monitoring | $115.98 | Utility |
| DEBIT | 3/29/2019 | ATT | $95.69 | Utility |
| CHECK | 3/29/2019 | CHECK 6175  - Alabama Alarm Company | $50.00 | Maintenance |
| CHECK | 3/29/2019 | CHECK 6369  - San Antonio Water System | $18.90 | Utility |
| DEBIT | 3/29/2019 | INTUIT PYMT | $4.50 | Merchant Fee |
| DEBIT | 4/1/2019 | Cadence Rent | $69,913.00 | Rent |
| DEBIT | 4/1/2019 | Divvy T Check Operational Payments | $18,000.00 | Operations |
| DEBIT | 4/1/2019 | Divvy T Check Operational Payments | $18,000.00 | Operations |
| DEBIT | 4/1/2019 | Sherrie East | $7,231.25 | Interest |
| DEBIT | 4/1/2019 | Judi Navarro | $4,787.50 | Interest |
| DEBIT | 4/1/2019 | FEDCHEX- | $2,458.00 | Interest |
| DEBIT | 4/1/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| CHECK | 4/1/2019 | CHECK 6356  Alabama Power | $2,094.47 | Utility |
| CHECK | 4/1/2019 | CHECK 6361  Entergy | $1,554.19 | Utility |
| CHECK | 4/1/2019 | CHECK 6362  Waste Management | $1,365.03 | Garbage |
| CHECK | 4/1/2019 | CHECK 6391  Pro Cut Landscaping | $1,345.00 | Landscape |
| CHECK | 4/1/2019 | CHECK 5592  Kody Sunday | $1,240.33 | Payroll |
| CHECK | 4/1/2019 | CHECK 6333  Columbia Gas | $1,057.76 | Utility |
| CHECK | 4/1/2019 | CHECK 5593  Jessica Sunday | $982.41 | Payroll |
| CHECK | 4/1/2019 | CHECK 6156  People | $918.80 | Utility |
| CHECK | 4/1/2019 | CHECK 6374  TXU Energy | $908.63 | Utility |
| CHECK | 4/1/2019 | CHECK 6240  Fairacres Lawn | $800.00 | Landscape |
| CHECK | 4/1/2019 | CHECK 6360  North Shore Gas | $771.23 | Utility |
| CHECK | 4/1/2019 | CHECK 6314  Waste management | $697.25 | Garbage |
| CHECK | 4/1/2019 | CHECK 6211  Reynolds Landscape | $684.80 | Landscape |
| CHECK | 4/1/2019 | CHECK 6343  Comcast | $595.24 | Utility |
| CHECK | 4/1/2019 | CHECK 5594  Jessica Sunday | $395.72 | Payroll |
| CHECK | 4/1/2019 | CHECK 6307  Bright House Network | $342.14 | Utility |
| CHECK | 4/1/2019 | CHECK 6365  Cox Business | $309.83 | Utility |
| CHECK | 4/1/2019 | CHECK 6371  Waste Management | $308.88 | Garbage |
| CHECK | 4/1/2019 | CHECK 6324  Waste Management | $186.07 | Garbage |
| CHECK | 4/1/2019 | CHECK 6349  Century Link | $182.42 | Utility |
| CHECK | 4/1/2019 | CHECK 6347  Cranberry Township | $176.55 | Utility |
| CHECK | 4/1/2019 | CHECK 6346  City of Chandler | $147.19 | Utility |
| CHECK | 4/1/2019 | CHECK 6348  Dynamark Monitoring | $122.94 | Utility |
| CHECK | 4/1/2019 | CHECK 5454  Adrien Steinwedel | $9.31 | Other |
| DEBIT | 4/1/2019 | INTUIT PYMT | $6.00 | Merchant Fee |
| DEBIT | 4/1/2019 | INTUIT PYMT | $5.50 | Merchant Fee |
| DEBIT | 4/2/2019 | IRS           USATAXPYMT | $84,739.29 | Payroll Tax |
| DEBIT | 4/2/2019 | UTAH801/297-7703 TAX PAYMNT | $8,000.36 | Payroll Tax |
| DEBIT | 4/2/2019 | FEDCHEX- | $2,458.00 | Interest |

NOAH CORPORATION
PAYMENTS TO CREDITORS IN 90 DAY PRE-PETITION PERIOD

| Type | Date | Payee | Amount | Purpose |
|------|------|-------|--------|---------|
| DEBIT | 4/2/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| DEBIT | 4/2/2019 | OPTUM BANK | $1,153.01 | Insurance |
| CHECK | 4/2/2019 | CHECK 6366  TXU Energy | $1,068.89 | Utility |
| CHECK | 4/2/2019 | CHECK 6193  Granite Landscape | $933.12 | Landscape |
| CHECK | 4/2/2019 | CHECK 6270  Landscaping for Less | $855.00 | Landscape |
| CHECK | 4/2/2019 | CHECK 6147  Land Care | $849.17 | Landscape |
| CHECK | 4/2/2019 | CHECK 6376  Duke Energy | $737.83 | Utility |
| CHECK | 4/2/2019 | CHECK 6373  American Electric Power | $716.02 | Utility |
| DEBIT | 4/2/2019 | OPTUM BANK | $672.52 | Insurance |
| CHECK | 4/2/2019 | CHECK 6339  Consumers Energy | $667.72 | Utility |
| CHECK | 4/2/2019 | CHECK 6375  Nicor Gas | $594.48 | Utility |
| DEBIT | 4/2/2019 | CYBERSRC | $593.64 | Merchant Fee |
| CHECK | 4/2/2019 | CHECK 6185  Landcare | $575.87 | Landscape |
| CHECK | 4/2/2019 | CHECK 6353  Johnsons Controls Fire Protection | $509.50 | Utility |
| CHECK | 4/2/2019 | CHECK 6364  Public Service Company | $442.69 | Utility |
| CHECK | 4/2/2019 | CHECK 6389  FedEx | $410.08 | Shipping |
| DEBIT | 4/2/2019 | INTUIT PYMT | $397.00 | Merchant Fee |
| CHECK | 4/2/2019 | CHECK 6174  Quality Creative Landscape | $395.00 | Landscape |
| CHECK | 4/2/2019 | CHECK 6358  Frontier Communications | $373.95 | Utility |
| DEBIT | 4/2/2019 | INTUIT PYMT | $357.00 | Merchant Fee |
| CHECK | 4/2/2019 | CHECK 6313  Town of Cary | $217.99 | Utility |
| CHECK | 4/2/2019 | CHECK 6351  Town of Fairview | $177.21 | Utility |
| CHECK | 4/2/2019 | CHECK 6363  Public Works & Utilities | $151.77 | Utility |
| CHECK | 4/2/2019 | CHECK 6390  FedEx | $136.07 | Shipping |
| CHECK | 4/2/2019 | CHECK 6381  Quail Springs Office Park | $117.67 | HOA |
| CHECK | 4/2/2019 | CHECK 6354  Greenville Water | $54.64 | Utility |
| CHECK | 4/2/2019 | CHECK 6377  Sievers Security | $47.08 | Utility |
| DEBIT | 4/2/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 4/2/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 4/2/2019 | INTUIT PYMT | $9.00 | Merchant Fee |
| DEBIT | 4/2/2019 | INTUIT PYMT | $2.00 | Merchant Fee |
| DEBIT | 4/3/2019 | Cadence Rent | $36,072.00 | Rent |
| DEBIT | 4/3/2019 | Cadence Rent | $35,549.00 | Rent |
| DEBIT | 4/3/2019 | Sentinel | $33,501.00 | Rent |
| DEBIT | 4/3/2019 | Divvy T Check Operational Payments | $23,000.00 | Operations |
| DEBIT | 4/3/2019 | Bapu | $17,567.79 | Linens |
| DEBIT | 4/3/2019 | FEDCHEX- | $2,458.00 | Interest |
| DEBIT | 4/3/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| CHECK | 4/3/2019 | CHECK 6355  Brookfield Corporate Center | $2,165.37 | HOA |
| DEBIT | 4/3/2019 | INTUIT PYMT | $1,418.00 | Merchant Fee |
| CHECK | 4/3/2019 | CHECK 6382  Ann Harris Bennet Tax Assessor | $1,163.50 | Personal Property Tax |
| DEBIT | 4/3/2019 | SERVICE CHARGES FOR THE MONTH OF MARCH | $1,039.10 | Bank Fees |
| DEBIT | 4/3/2019 | UMR INC CONCENTR | $908.32 | Health Insurance |
| CHECK | 4/3/2019 | CHECK 6368  Columbia Gas | $840.51 | Utility |
| DEBIT | 4/3/2019 | Kent Harker | $814.58 | Interest |
| DEBIT | 4/3/2019 | AMERICAN HERITAG | $704.70 | Insurance |
| CHECK | 4/3/2019 | CHECK 6422  Dominion Energy | $666.81 | Utility |
| CHECK | 4/3/2019 | CHECK 6209  Greenscape | $607.50 | Landscape |
| CHECK | 4/3/2019 | CHECK 6425  Dominion Energy | $540.89 | Utility |
| CHECK | 4/3/2019 | CHECK 6380  P&E Landscape | $540.00 | Landscape |
| DEBIT | 4/3/2019 | COMMWLTHOFPA INT PAEMPLOYTX | $365.73 | Payroll Tax |
| CHECK | 4/3/2019 | CHECK 6321  City of South Jordan | $246.79 | Utility |
| CHECK | 4/3/2019 | CHECK 6359  Inner Security Systems | $246.00 | Maintenance |
| CHECK | 4/3/2019 | CHECK 6325  City of Sugar Land | $228.00 | Utility |

NOAH CORPORATION
PAYMENTS TO CREDITORS IN 90 DAY PRE-PETITION PERIOD

| Type | Date | Payee | Amount | Purpose |
|------|------|-------|--------|---------|
| CHECK | 4/3/2019 | CHECK 5565  AKG Roth | $15.10 | Other |
| DEBIT | 4/3/2019 | INTUIT PYMT | | $10.50 Merchant Fee |
| DEBIT | 4/3/2019 | INTUIT PYMT | | $10.00 Merchant Fee |
| DEBIT | 4/4/2019 | Sentinel | $34,659.00 | Rent |
| DEBIT | 4/4/2019 | Divvy T Check Operational Payments | $18,000.00 | Operations |
| DEBIT | 4/4/2019 | VICTOR E. GRIJALVA SR. TRUST | $17,500.00 | Interest |
| CHECK | 4/4/2019 | CHECK 6384  CFB ISD | $2,521.45 | Personal Property Tax |
| DEBIT | 4/4/2019 | FEDCHEX- | $2,458.00 | Interest |
| DEBIT | 4/4/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| CHECK | 4/4/2019 | CHECK 6399  SRP | $1,243.39 | Utility |
| CHECK | 4/4/2019 | CHECK 6396  PNM | $784.29 | Utility |
| CHECK | 4/4/2019 | CHECK 6345  Chandler Airport Center | $732.91 | HOA |
| DEBIT | 4/4/2019 | INTUIT PYMT | | $713.00 Merchant Fee |
| CHECK | 4/4/2019 | CHECK 6395  New Mexico Gas Company | $353.74 | Utility |
| DEBIT | 4/4/2019 | IRS          USATAXPYMT | | $332.03 Payroll Tax |
| CHECK | 4/4/2019 | CHECK 6408  Birmingham Water Works | $329.75 | Utility |
| DEBIT | 4/4/2019 | Time Warner Cable | $269.41 | Utility |
| CHECK | 4/4/2019 | CHECK 6415  IML Security Supply | | $171.70 Maintenance |
| DEBIT | 4/4/2019 | INTUIT PYMT | | $129.00 Merchant Fee |
| DEBIT | 4/4/2019 | INTUIT PYMT | | $80.00 Merchant Fee |
| DEBIT | 4/4/2019 | INTUIT PYMT | | $10.00 Merchant Fee |
| DEBIT | 4/4/2019 | INTUIT PYMT | | $10.00 Merchant Fee |
| DEBIT | 4/4/2019 | INTUIT PYMT | | $10.00 Merchant Fee |
| DEBIT | 4/4/2019 | INTUIT PYMT | | $8.00 Merchant Fee |
| DEBIT | 4/5/2019 | Divvy T Check Operational Payments | $20,000.00 | Operations |
| DEBIT | 4/5/2019 | Wedding Wire | $5,000.00 | Marketing |
| DEBIT | 4/5/2019 | CYBERSRC | $3,834.00 | Merchant Fee |
| DEBIT | 4/5/2019 | FEDCHEX- | $2,458.00 | Interest |
| DEBIT | 4/5/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| CHECK | 4/5/2019 | CHECK 6421  San Antonio Water Systems | $2,023.92 | Utility |
| DEBIT | 4/5/2019 | HIGH-POINT-UTIL | $1,812.34 | Utility |
| DEBIT | 4/5/2019 | IL DEPT OF REVEN | $1,593.83 | Payroll Tax |
| CHECK | 4/5/2019 | CHECK 6405  Laurens Electric | $1,502.06 | Utility |
| DEBIT | 4/5/2019 | CYBERSRC | | $539.00 Merchant Fee |
| CHECK | 4/5/2019 | CHECK 6417  Illuminating Company | $525.06 | Utility |
| CHECK | 4/5/2019 | CHECK 6412  Duke Energy | $510.02 | Utility |
| DEBIT | 4/5/2019 | PIEDMONT N. G. | $426.76 | Utility |
| CHECK | 4/5/2019 | CHECK 5591  Kelsey Pitts | | $300.00 Event Refund |
| DEBIT | 4/5/2019 | OR REVENUE DEPT | | $222.90 Payroll Tax |
| CHECK | 4/5/2019 | CHECK 6350  Fire Star Alarm | | $190.00 Maintenance |
| CHECK | 4/5/2019 | CHECK 6400  City of Charlotte | $157.86 | Utility |
| DEBIT | 4/5/2019 | CYBERSRC | | $135.67 Merchant Fee |
| CHECK | 4/5/2019 | CHECK 6367  Landscaping for Less | | $116.00 Landscape |
| CHECK | 4/5/2019 | CHECK 6370  Fire Star Alarm | $116.00 | Utility |
| CHECK | 4/5/2019 | CHECK 6357  Fire Star Alarm | $116.00 | Utility |
| CHECK | 4/5/2019 | CHECK 6423  CTMA | $29.75 | Utility |
| CHECK | 4/5/2019 | CHECK 6394  HAB-DLT | | $5.01 Dues & Sub. |
| DEBIT | 4/5/2019 | INTUIT PYMT | | $3.00 Merchant Fee |
| DEBIT | 4/8/2019 | VICLIN INVESTMENTS LLC | $37,682.08 | Rent |
| DEBIT | 4/8/2019 | Divvy T Check Operational Payments | $20,000.00 | Operations |
| DEBIT | 4/8/2019 | UMR INC CONCENTR UMR FEES | | $19,441.90 Health Insurance |
| DEBIT | 4/8/2019 | Divvy T Check Operational Payments | $10,000.00 | Operations |
| CHECK | 4/8/2019 | CHECK 6406  Mendenall Owner's Association | $2,489.98 | HOA |
| DEBIT | 4/8/2019 | FEDCHEX- | $2,458.00 | Interest |

NOAH CORPORATION
PAYMENTS TO CREDITORS IN 90 DAY PRE-PETITION PERIOD

| Type | Date | Payee | Amount | Purpose |
|------|------|-------|--------|---------|
| DEBIT | 4/8/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| CHECK | 4/8/2019 | CHECK 5599 Gazelem Schobert | $1,837.94 | Payroll |
| CHECK | 4/8/2019 | CHECK 6401 Stratus Building Solutions | $1,385.65 | Janitorial Services |
| CHECK | 4/8/2019 | CHECK 6432 Landcare | $1,053.85 | Landscape |
| DEBIT | 4/8/2019 | American Express | $1,000.00 | CC Reimb.-Susanna Bowser |
| CHECK | 4/8/2019 | CHECK 6214 Landcare | $867.92 | Landscape |
| CHECK | 4/8/2019 | CHECK 6168 Granite Landscape | $811.88 | Landscape |
| CHECK | 4/8/2019 | CHECK 6393 Scott Charelston | $783.56 | Reimbursement |
| CHECK | 4/8/2019 | CHECK 6397 ABCWUA | $747.41 | Utility |
| CHECK | 4/8/2019 | CHECK 6222 Elite Landscape | $600.00 | Landscape |
| CHECK | 4/8/2019 | CHECK 6190 Landcare | $557.60 | Landscape |
| CHECK | 4/8/2019 | CHECK 6220 Elite Landscape | $450.00 | Landscape |
| CHECK | 4/8/2019 | CHECK 6398 DTE Energy | $437.57 | Utility |
| DEBIT | 4/8/2019 | CYBERSRC | $418.00 | Merchant Fee |
| DEBIT | 4/8/2019 | CYBERSRC | $400.00 | Merchant Fee |
| CHECK | 4/8/2019 | CHECK 6431 Cogency | $323.76 | Dues & Sub. |
| CHECK | 4/8/2019 | CHECK 6418 Cox Business | $292.35 | Utility |
| CHECK | 4/8/2019 | CHECK 6403 Grande | $258.06 | Utility |
| CHECK | 4/8/2019 | CHECK 6410 Weston Mud | $230.02 | Utility |
| CHECK | 4/8/2019 | CHECK 6416 Direct TV | $228.60 | Utility |
| CHECK | 4/8/2019 | CHECK 6404 Direct TV | $202.19 | Utility |
| CHECK | 4/8/2019 | CHECK 6427 Cogency | $160.00 | Dues & Sub. |
| CHECK | 4/8/2019 | CHECK 6428 Cogency | $53.33 | Dues & Sub. |
| DEBIT | 4/8/2019 | INTUIT PYMT | $4.00 | Merchant Fee |
| DEBIT | 4/8/2019 | INTUIT PYMT | $4.00 | Merchant Fee |
| DEBIT | 4/9/2019 | Divvy T Check Operational Payments | $18,000.00 | Operations |
| CHECK | 4/9/2019 | CHECK 6433 Docusign | $3,358.18 | Dues & Subscriptions |
| CHECK | 4/9/2019 | CHECK 6383 Office of City Treasurer | $3,198.72 | Personal Property Tax |
| DEBIT | 4/9/2019 | FEDCHEX- | $2,458.00 | Interest |
| DEBIT | 4/9/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| CHECK | 4/9/2019 | CHECK 6180 Greenpride Landscape | $1,650.00 | Landscape |
| CHECK | 4/9/2019 | CHECK 6426 Cogency | $1,596.67 | Dues & Subscriptions |
| DEBIT | 4/9/2019 | OK NATURAL GAS | $664.57 | Utility |
| CHECK | 4/9/2019 | CHECK 6420 City of Richardson | $625.32 | Utility |
| CHECK | 4/9/2019 | CHECK 6411 City of Irving | $211.08 | Utility |
| DEBIT | 4/9/2019 | IRS | $193.80 | Payroll Tax |
| CHECK | 4/9/2019 | CHECK 6430 Cogency | $80.00 | Dues & Sub. |
| CHECK | 4/9/2019 | CHECK 6429 Cogency | $53.33 | Dues & Sub. |
| CHECK | 4/9/2019 | CHECK 6419 JCW | $44.95 | Utility |
| DEBIT | 4/9/2019 | INTUIT PYMT | $2.50 | Merchant Fee |
| DEBIT | 4/9/2019 | INTUIT PYMT | $2.00 | Merchant Fee |
| DEBIT | 4/10/2019 | Divvy T Check Operational Payments | $16,000.00 | Operations |
| CHECK | 4/10/2019 | CHECK 5596 Telicia Evil | $4,633.00 | Event Refund |
| DEBIT | 4/10/2019 | FEDCHEX- | $2,458.00 | Interest |
| DEBIT | 4/10/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| DEBIT | 4/10/2019 | UMR INC CONCENTR | $2,091.51 | Health Insurance |
| CHECK | 4/10/2019 | CHECK 6172 T-Squared landscape | $1,260.00 | Landscape |
| DEBIT | 4/10/2019 | Duke Energy | $1,226.30 | Utility |
| CHECK | 4/10/2019 | CHECK 6424 Star Treatment Valet | $1,160.00 | Valet - Sugar Land |
| CHECK | 4/10/2019 | CHECK 6414 Memphis Light Gas | $1,017.39 | Utility |
| DEBIT | 4/10/2019 | ORWELL | $912.19 | Utility |
| CHECK | 4/10/2019 | CHECK 6392 Don Wagner | $736.60 | Reimbursement |
| DEBIT | 4/10/2019 | IRS          USATAXPYMT | $560.22 | Payroll Tax |
| CHECK | 4/10/2019 | CHECK 6407 Piedmont Natual Gas | $426.76 | Utility |

NOAH CORPORATION
PAYMENTS TO CREDITORS IN 90 DAY PRE-PETITION PERIOD

| Type | Date | Payee | Amount | Purpose |
|------|------|-------|--------|---------|
| DEBIT | 4/10/2019 | AMERICAN-WATER | $331.37 | Utility |
| DEBIT | 4/10/2019 | COX COMM | $282.22 | Payroll Tax |
| DEBIT | 4/10/2019 | INTUIT PYMT | $198.00 | Merchant Fee |
| DEBIT | 4/10/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 4/10/2019 | INTUIT PYMT | $2.00 | Merchant Fee |
| DEBIT | 4/11/2019 | Divvy T Check Operational Payments | $7,000.00 | Operations |
| DEBIT | 4/11/2019 | DEPOSITED ITEM RETURNED | $3,500.00 | Chargeback |
| DEBIT | 4/11/2019 | FEDCHEX- | $2,458.00 | Interest |
| DEBIT | 4/11/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| CHECK | 4/11/2019 | CHECK 6238  Fairacres Lawn | $850.00 | Landscape |
| DEBIT | 4/11/2019 | INTUIT PYMT | $500.00 | Merchant Fee |
| CHECK | 4/11/2019 | CHECK 6409  Alabama Alarm | $50.00 | Utility |
| DEBIT | 4/11/2019 | Orwell | $34.21 | Utility |
| DEBIT | 4/11/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 4/11/2019 | INTUIT PYMT | $4.50 | Merchant Fee |
| DEBIT | 4/12/2019 | Divvy T Check Operational Payments | $15,000.00 | Operations |
| CHECK | 4/12/2019 | CHECK 6468  Rocky Mtn. Power | $3,222.93 | Utility |
| DEBIT | 4/12/2019 | FEDCHEX- | $2,458.00 | Interest |
| DEBIT | 4/12/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| CHECK | 4/12/2019 | CHECK 6466  CPS Energy | $1,489.18 | Utility |
| CHECK | 4/12/2019 | CHECK 6150  Fine Edge Lawn | $1,250.00 | Landscape |
| CHECK | 4/12/2019 | CHECK 6165  Granite Landscape | $1,190.75 | Landscape |
| CHECK | 4/12/2019 | CHECK 6443  CCI | $867.24 | Utility |
| CHECK | 4/12/2019 | CHECK 6463  OG&E | $714.69 | Utility |
| DEBIT | 4/12/2019 | DEPOSITED ITEM RETURNED | $595.00 | Chargeback |
| DEBIT | 4/12/2019 | CYBERSRC | $360.00 | Merchant Fee |
| DEBIT | 4/12/2019 | INTUIT PYMT | $3.50 | Merchant Fee |
| DEBIT | 4/15/2019 | Cadence Rent | $33,987.00 | Rent |
| DEBIT | 4/15/2019 | Divvy T Check Operational Payments | $20,000.00 | Operations |
| CHECK | 4/15/2019 | CHECK 6529  BTJD | $18,085.86 | Legal Fees |
| CHECK | 4/15/2019 | CHECK 6480  UHS | $5,509.42 | Health Insurance |
| DEBIT | 4/15/2019 | NC DEPT REVENUE  TAX PYMT | $2,982.00 | Payroll Tax |
| DEBIT | 4/15/2019 | STATE OF AZ UIT  SWEB PYMNT | $2,912.48 | Payroll Tax |
| DEBIT | 4/15/2019 | FEDCHEX- | $2,458.00 | Interest |
| DEBIT | 4/15/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| DEBIT | 4/15/2019 | DTE ELECTRIC | $2,348.62 | Utility |
| DEBIT | 4/15/2019 | CODPTOFREV CO.GO | $1,562.00 | Payroll Tax |
| CHECK | 4/15/2019 | CHECK 6475  Metro Utilities | $1,117.53 | Utility |
| DEBIT | 4/15/2019 | KYEmploymt | $1,086.88 | Payroll Tax |
| CHECK | 4/15/2019 | CHECK 6444  Midamerican Energy | $1,030.13 | Utility |
| CHECK | 4/15/2019 | CHECK 6476  Comcast | $1,003.50 | Utility |
| CHECK | 4/15/2019 | CHECK 6441  Dominion Energy Virginia | $806.28 | Utility |
| CHECK | 4/15/2019 | CHECK 6452  Rockwood Electric Company | $783.44 | Utility |
| CHECK | 4/15/2019 | CHECK 6442  Penn Power | $626.75 | Utility |
| CHECK | 4/15/2019 | CHECK 6459  State Systems Inc. | $550.00 | Maintenance |
| CHECK | 4/15/2019 | CHECK 6474  Westar Energy | $542.27 | Utility |
| CHECK | 4/15/2019 | CHECK 6473  Kansas Gas Service | $507.73 | Utility |
| CHECK | 4/15/2019 | CHECK 6457  Direct TV | $227.23 | Utility |
| CHECK | 4/15/2019 | CHECK 6462  Direct TV | $222.88 | Utility |
| CHECK | 4/15/2019 | CHECK 6467  Direct TV | $222.47 | Utility |
| CHECK | 4/15/2019 | CHECK 6455  Direct TV | $213.80 | Utility |
| CHECK | 4/15/2019 | CHECK 6454  Direct TV | $181.92 | Utility |
| CHECK | 4/15/2019 | CHECK 6472  Direct TV | $172.84 | Utility |
| CHECK | 4/15/2019 | CHECK 6464  Water One | $91.27 | Utility |

NOAH CORPORATION
PAYMENTS TO CREDITORS IN 90 DAY PRE-PETITION PERIOD

| Type | Date | Payee | Amount | Purpose |
|---|---|---|---|---|
| DEBIT | 4/15/2019 | INTUIT PYMT | $7.00 | Merchant Fee |
| DEBIT | 4/15/2019 | INTUIT PYMT | $5.00 | Merchant Fee |
| DEBIT | 4/15/2019 | PAYPAL | $0.13 | Merchant Fee |
| DEBIT | 4/16/2019 | IRS          USATAXPYMT | $86,573.67 | Payroll Tax |
| DEBIT | 4/16/2019 | Divvy T Check Operational Payments | $8,000.00 | Operations |
| DEBIT | 4/16/2019 | ESC OF NC | $2,719.13 | Payroll Tax |
| DEBIT | 4/16/2019 | FEDCHEX- | $2,458.00 | Interest |
| DEBIT | 4/16/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| DEBIT | 4/16/2019 | IL DEPT OF REVEN EDI | $2,402.10 | Payroll Tax |
| CHECK | 4/16/2019 | CHECK 6445  Stratus Building Solutions | $1,385.65 | Janitorial Services |
| CHECK | 4/16/2019 | CHECK 6477  Comcast | $1,374.14 | Utility |
| CHECK | 4/16/2019 | CHECK 6448  T-Squared Landcape | $1,350.00 | Landscape |
| CHECK | 4/16/2019 | CHECK 6482  04/16 A Straight Up Fence | $875.00 | Maintenance |
| DEBIT | 4/16/2019 | AR DFA REVENUE | $837.30 | Payroll Tax |
| CHECK | 4/16/2019 | CHECK 6453  OG&E | $715.28 | Utility |
| CHECK | 4/16/2019 | CHECK 6465  City of Plano | $653.36 | Utility |
| CHECK | 4/16/2019 | CHECK 6447  Comcast | $454.03 | Utility |
| CHECK | 4/16/2019 | CHECK 6440  BFPE | $360.00 | Maintenance |
| DEBIT | 4/16/2019 | AL-DEPT OF REV | $330.61 | Payroll Tax |
| CHECK | 4/16/2019 | CHECK 6461  Cana Communications | $300.00 | Utility |
| CHECK | 4/16/2019 | CHECK 6439  Edwards Electronic Systems | $278.98 | Maintenance |
| DEBIT | 4/16/2019 | GA DEPT OF LABOR UI | $256.50 | Payroll Tax |
| CHECK | 4/16/2019 | CHECK 6460  Miles Plumbing Company | $200.00 | Maintenance |
| CHECK | 4/16/2019 | CHECK 6449  Greenville Water | $180.42 | Utility |
| CHECK | 4/16/2019 | CHECK 6438  Kroger Check | $126.97 | Payroll |
| CHECK | 4/16/2019 | CHECK 6479  Kingston Water Department | $74.27 | Utility |
| DEBIT | 4/16/2019 | INTUIT PYMT | $11.50 | Merchant Fee |
| DEBIT | 4/16/2019 | INTUIT PYMT | $5.00 | Merchant Fee |
| DEBIT | 4/17/2019 | Divvy T Check Operational Payments | $23,000.00 | Operations |
| CHECK | 4/17/2019 | CHECK 6278  Olson Restoration | $3,414.91 | Maintenance |
| DEBIT | 4/17/2019 | FEDCHEX- | $2,458.00 | Interest |
| DEBIT | 4/17/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| DEBIT | 4/17/2019 | OPTUM BANK | $1,741.76 | Insurance |
| DEBIT | 4/17/2019 | 8011OHIO-TAXOEWH | $1,509.66 | Payroll Tax |
| DEBIT | 4/17/2019 | NE WORKFORCE DEV TAX PAYMNT | $449.94 | Payroll Tax |
| CHECK | 4/17/2019 | CHECK 6470  City of Sugar Land | $275.58 | Utility |
| CHECK | 4/17/2019 | CHECK 6378  Mentor Area Chamber of Commerce | $270.00 | Dues & Sub. |
| DEBIT | 4/17/2019 | UMR INC CONCENTR | $230.05 | Health Insurance |
| DEBIT | 4/17/2019 | 8006OHIO-TAXOSWH OH | $144.26 | Payroll Tax |
| DEBIT | 4/17/2019 | INTUIT PYMT | $129.00 | Merchant Fee |
| CHECK | 4/17/2019 | CHECK 6478  Galveston County | $120.77 | Utility |
| DEBIT | 4/17/2019 | INTUIT PYMT | $16.00 | Merchant Fee |
| CHECK | 4/17/2019 | CHECK 5603  City of Kingston | $15.00 | Utility |
| CHECK | 4/17/2019 | CHECK 5604  Tennessee Dept. of Revenue | $15.00 | Vendor License |
| DEBIT | 4/17/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 4/18/2019 | CHECK          5601 Charlotte, North Carolina | $38,743.66 | Propert Tax - Charlotte |
| DEBIT | 4/18/2019 | Divvy T Check Operational Payments | $18,000.00 | Operations |
| CHECK | 4/18/2019 | CHECK 6484  Advantage Telecom | $11,250.80 | Utility - Bldg. Internet |
| CHECK | 4/18/2019 | CHECK 6437  HN | $3,987.96 | Legal Fees |
| CHECK | 4/18/2019 | CHECK 6434  Docusign | $3,358.18 | Dues & Subscriptions |
| DEBIT | 4/18/2019 | FEDCHEX- | $2,458.00 | Interest |
| DEBIT | 4/18/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| DEBIT | 4/18/2019 | Lund Family Trust | $1,850.00 | Interest |
| DEBIT | 4/18/2019 | DEPOSITED ITEM RETURNED | $1,089.00 | Chargeback |

NOAH CORPORATION
PAYMENTS TO CREDITORS IN 90 DAY PRE-PETITION PERIOD

| Type | Date | Payee | Amount | Purpose |
|------|------|-------|--------|---------|
| DEBIT | 4/18/2019 | Greco | $1,000.00 | Interest |
| CHECK | 4/18/2019 | CHECK 6492  Peoples | $873.61 | Utility |
| CHECK | 4/18/2019 | CHECK 6504  MG&E | $775.68 | Utility |
| CHECK | 4/18/2019 | CHECK 6481  Alabama Department of Revenue | $503.54 | Sales Tax |
| CHECK | 4/18/2019 | CHECK 6513  Kansas Gas Service | $449.02 | Utility |
| DEBIT | 4/18/2019 | INTUIT PYMT | $422.00 | Merchant Fee |
| CHECK | 4/18/2019 | CHECK 6471  04/18 Professional Systems | $420.00 | Maintenance |
| CHECK | 4/18/2019 | CHECK 6522  Century Link | $396.76 | Utility |
| CHECK | 4/18/2019 | CHECK 6519  Oklahoma Natural Gas | $388.46 | Utility |
| DEBIT | 4/18/2019 | COMMWLTHOFPA INT PAEMPLOYTX | $361.63 | Payroll Tax |
| DEBIT | 4/18/2019 | NHES          QTRLY REPS 266926          CCD ID: 2026000618 | $355.39 | Payroll Tax |
| CHECK | 4/18/2019 | CHECK 6508  PSNC | $248.09 | Utility |
| CHECK | 4/18/2019 | CHECK 6520  City of Tulsa | $230.05 | Utility |
| CHECK | 4/18/2019 | CHECK 6517  Century Link | $120.60 | Utility |
| CHECK | 4/18/2019 | CHECK 6490  HRUBS | $93.09 | Utility |
| CHECK | 4/18/2019 | CHECK 6446  TXU Energy | $39.50 | Utility |
| DEBIT | 4/18/2019 | CYBERSRC | $39.00 | Merchant Fee |
| DEBIT | 4/18/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 4/18/2019 | INTUIT PYMT | $7.00 | Merchant Fee |
| DEBIT | 4/19/2019 | Divvy T Check Operational Payments | $15,000.00 | Operations |
| DEBIT | 4/19/2019 | MI Business Tax  Payment | $3,220.86 | Payroll Tax |
| DEBIT | 4/19/2019 | FEDCHEX- | $2,458.00 | Interest |
| DEBIT | 4/19/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| DEBIT | 4/19/2019 | Dan Naylor | $2,000.00 | Interest |
| DEBIT | 4/19/2019 | Dryjas Holdings LLC | $1,000.00 | Interest |
| CHECK | 4/19/2019 | CHECK 6498  AT&T | $612.17 | Utility |
| CHECK | 4/19/2019 | CHECK 6485  Liberty Utilities | $532.17 | Utility |
| CHECK | 4/19/2019 | CHECK 6491  Direct TV | $243.32 | Utility |
| CHECK | 4/19/2019 | CHECK 6500  Direct TV | $218.94 | Utility |
| CHECK | 4/19/2019 | CHECK 6506  Aqua OH | $178.99 | Utility |
| CHECK | 4/19/2019 | CHECK 6507  Aqua OH | $135.07 | Utility |
| DEBIT | 4/19/2019 | INTUIT PYMT | $80.00 | Merchant Fee |
| DEBIT | 4/19/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 4/19/2019 | INTUIT PYMT | $4.50 | Merchant Fee |
| DEBIT | 4/22/2019 | Kavniya | $33,334.00 | Wed Development |
| DEBIT | 4/22/2019 | Divvy T Check Operational Payments | $20,000.00 | Operations |
| DEBIT | 4/22/2019 | Divvy T Check Operational Payments | $17,996.66 | Operations |
| CHECK | 4/22/2019 | CHECK 6537  Town of Bedford | $13,161.94 | Property Tax |
| CHECK | 4/22/2019 | CHECK 6536  Town of Bedford | $10,241.26 | Property Tax |
| CHECK | 4/22/2019 | CHECK 6524  P&E | $2,625.37 | Utility |
| DEBIT | 4/22/2019 | FEDCHEX- | $2,458.00 | Interest |
| DEBIT | 4/22/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| CHECK | 4/22/2019 | CHECK 6514  Granite Landscape | $1,732.00 | Landscape |
| CHECK | 4/22/2019 | CHECK 6525  Traditions Landscape | $1,729.63 | Landscape |
| CHECK | 4/22/2019 | CHECK 6523  Xcel Energy | $1,170.81 | Utility |
| DEBIT | 4/22/2019 | Marilyn Bowser | $1,000.00 | Interest |
| CHECK | 4/22/2019 | CHECK 6469  Star Treatment Valet | $840.00 | Valet - Sugar Land |
| DEBIT | 4/22/2019 | Telecheck | $475.35 | Merchant Fee |
| CHECK | 4/22/2019 | CHECK 6495  City of Fort Worth | $460.06 | Utility |
| CHECK | 4/22/2019 | CHECK 6283  McDaniel Company | $279.50 | Maintenance |
| CHECK | 4/22/2019 | CHECK 6528  Dynamark Monitoring | $150.98 | Utility |
| CHECK | 4/22/2019 | CHECK 6527  Dynamark Monitoring | $150.98 | Utility |
| DEBIT | 4/22/2019 | INTUIT PYMT | $129.00 | Merchant Fee |
| CHECK | 4/22/2019 | CHECK 6505  LCDU | $89.11 | Utility |

NOAH CORPORATION
PAYMENTS TO CREDITORS IN 90 DAY PRE-PETITION PERIOD

| Type | Date | Payee | Amount | Purpose |
|------|------|-------|--------|---------|
| CHECK | 4/22/2019 | CHECK 6450  Alabama Alarm Compnay | $50.00 | Utility |
| DEBIT | 4/22/2019 | INTUIT PYMT | | $10.00 | Merchant Fee |
| DEBIT | 4/22/2019 | INTUIT PYMT | $8.50 | Merchant Fee |
| DEBIT | 4/22/2019 | INTUIT PYMT | $5.00 | Merchant Fee |
| DEBIT | 4/23/2019 | IRS | $29,155.57 | Payroll Tax |
| DEBIT | 4/23/2019 | Travelers      INS PREM | $21,666.87 | Insurance |
| DEBIT | 4/23/2019 | ODJFS | $2,487.01 | Payroll Tax |
| DEBIT | 4/23/2019 | FEDCHEX- | $2,458.00 | Interest |
| DEBIT | 4/23/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| DEBIT | 4/23/2019 | R.I.T.A. | $1,836.08 | Payroll Tax |
| CHECK | 4/23/2019 | CHECK 6535  Vanguard Security | $720.00 | Maintenance |
| CHECK | 4/23/2019 | CHECK 6487  Duke Energy | $492.07 | Utility |
| CHECK | 4/23/2019 | CHECK 6456  Centerpoint Energy | $396.36 | Utility |
| CHECK | 4/23/2019 | CHECK 5598  Sundae Graves | $300.00 | Event Refund |
| CHECK | 4/23/2019 | CHECK 6515  Vanguard Security | $180.00 | Maintenance |
| DEBIT | 4/23/2019 | IRS          USATAXPYMT | $136.48 | Payroll Tax |
| CHECK | 4/23/2019 | CHECK 5602  Ohio Dept. of Taxation | $75.00 | Vendor License |
| CHECK | 4/23/2019 | CHECK 6533  New Mexico Taxation | $50.00 | Vendor License |
| DEBIT | 4/23/2019 | INTUIT PYMT | $14.50 | Merchant Fee |
| DEBIT | 4/23/2019 | INTUIT PYMT | $6.00 | Merchant Fee |
| DEBIT | 4/24/2019 | Divvy T Check Operational Payments | $18,242.66 | Operations |
| CHECK | 4/24/2019 | CHECK 6541  Waste Management | $7,929.24 | Garbage - All Buildings |
| DEBIT | 4/24/2019 | FEDCHEX- | $2,458.00 | Interest |
| DEBIT | 4/24/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| DEBIT | 4/24/2019 | CYBERSRC | $1,700.00 | Merchant Fee |
| DEBIT | 4/24/2019 | TAX PAYMENTS | $835.00 | Payroll Tax |
| CHECK | 4/24/2019 | CHECK 6509  City of Naperville | $604.56 | Utility |
| CHECK | 4/24/2019 | CHECK 6483  Valley Office Supplies | $508.36 | Office Supplies |
| CHECK | 4/24/2019 | CHECK 6501  City of Lake Mary | $472.88 | Utility |
| DEBIT | 4/24/2019 | INTUIT PYMT | $396.00 | Merchant Fee |
| DEBIT | 4/24/2019 | CYBERSRC | $303.00 | Merchant Fee |
| DEBIT | 4/24/2019 | UMR INC CONCENTR | $277.86 | Health Insurance |
| CHECK | 4/24/2019 | CHECK 6502  TXU Energy | $171.19 | Utility |
| DEBIT | 4/24/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 4/24/2019 | INTUIT PYMT | $4.00 | Merchant Fee |
| DEBIT | 4/25/2019 | Divvy T Check Operational Payments | $7,000.00 | Operations |
| CHECK | 4/25/2019 | CHECK 6510 | $2,781.55 | HOA |
| DEBIT | 4/25/2019 | FEDCHEX- | $2,458.00 | Interest |
| DEBIT | 4/25/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| DEBIT | 4/25/2019 | KSDEPTOFREVENUE | $2,032.00 | Payroll Tax |
| CHECK | 4/25/2019 | CHECK 6562  Granite Landscape | $2,002.63 | Landscape |
| CHECK | 4/25/2019 | CHECK 6451  International Park Owner's Association | $1,818.69 | HOA |
| CHECK | 4/25/2019 | CHECK 6550  Louisville Water Company | $1,045.81 | Utility |
| CHECK | 4/25/2019 | CHECK 6521  Rocky Mtn. Power | $946.12 | Utility |
| CHECK | 4/25/2019 | CHECK 6518  Star Treatment Valet | $900.00 | Valet - Sugar Land |
| CHECK | 4/25/2019 | CHECK 6548  COMED | $779.58 | Utility |
| CHECK | 4/25/2019 | CHECK 6556  KCP&L | $764.66 | Utility |
| CHECK | 4/25/2019 | CHECK 6512  OPPD | $727.22 | Utility |
| DEBIT | 4/25/2019 | INTUIT PYMT | $680.00 | Merchant Fee |
| CHECK | 4/25/2019 | CHECK 6558  West Penn Power | $532.96 | Utility |
| DEBIT | 4/25/2019 | INTUIT PYMT | $470.00 | Merchant Fee |
| DEBIT | 4/25/2019 | INTUIT PYMT | $389.00 | Merchant Fee |
| CHECK | 4/25/2019 | CHECK 6534  Kentucky Department of Revenue | $350.00 | Sales Tax |
| CHECK | 4/25/2019 | CHECK 6554  City of Oklahaoma | $243.35 | Utility |

NOAH CORPORATION
PAYMENTS TO CREDITORS IN 90 DAY PRE-PETITION PERIOD

| Type | Date | Payee | Amount | Purpose |
|------|------|-------|--------|---------|
| CHECK | 4/25/2019 | CHECK 6551  City Treasurer | $214.36 | Utility |
| CHECK | 4/25/2019 | CHECK 6555  Direct TV | $201.86 | Utility |
| CHECK | 4/25/2019 | CHECK 6493  West Des Moines Water Works | $189.32 | Utility |
| CHECK | 4/25/2019 | CHECK 6559  Comcast | $165.75 | Utility |
| CHECK | 4/25/2019 | CHECK 6489  Cox Business | $150.12 | Utility |
| DEBIT | 4/25/2019 | INTUIT PYMT | $150.00 | Merchant Fee |
| CHECK | 4/25/2019 | CHECK 6546  Seminole County | $99.69 | Utility |
| CHECK | 4/25/2019 | CHECK 6549  Village of lincolnshire | $55.79 | Utility |
| DEBIT | 4/25/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 4/25/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 4/25/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 4/25/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 4/25/2019 | INTUIT PYMT | $4.00 | Merchant Fee |
| CHECK | 4/26/2019 | CHECK 6435  Docusign | $3,358.18 | Dues & Subscriptions |
| CHECK | 4/26/2019 | CHECK 6539  Douglas County Treasurer | $2,882.88 | Personal Property Tax |
| DEBIT | 4/26/2019 | FEDCHEX- | $2,458.00 | Interest |
| DEBIT | 4/26/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| CHECK | 4/26/2019 | CHECK 6497  South Carolina Dept. of Revenue | $1,859.33 | Personal Property Tax |
| CHECK | 4/26/2019 | CHECK 6540  Law office of Scott Long | $825.00 | Legal Fees |
| CHECK | 4/26/2019 | CHECK 6486  Duke Energy | $748.17 | Utility |
| CHECK | 4/26/2019 | CHECK 6552  Duke Energy | $605.87 | Utility |
| CHECK | 4/26/2019 | CHECK 6516  Consumers Energy | $489.91 | Utility |
| CHECK | 4/26/2019 | CHECK 5612  Sherry Roberson | $482.00 | Event Refund |
| CHECK | 4/26/2019 | CHECK 6545  Entouch Systems | $254.04 | Utility |
| CHECK | 4/26/2019 | CHECK 6561  Waste Connections of Kansas | $176.22 | Utility |
| CHECK | 4/26/2019 | CHECK 6544  Greenville Water | $54.64 | Utility |
| DEBIT | 4/26/2019 | INTUIT PYMT | $7.00 | Merchant Fee |
| DEBIT | 4/29/2019 | BARTLEY NE BEN | $39,882.29 | Rent |
| DEBIT | 4/29/2019 | Divvy T Check Operational Payments | $20,000.00 | Operations |
| DEBIT | 4/29/2019 | Bapu | $14,161.90 | Linens |
| DEBIT | 4/29/2019 | FedEx | $4,294.69 | Shipping |
| CHECK | 4/29/2019 | CHECK 6542  UNUM | $3,740.83 | Insurance |
| DEBIT | 4/29/2019 | FEDCHEX- | $2,458.00 | Interest |
| DEBIT | 4/29/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| DEBIT | 4/29/2019 | MI UIA TAX | $2,370.51 | Payroll Tax |
| DEBIT | 4/29/2019 | NC DEPT REVENUE | $2,273.08 | Payroll Tax |
| DEBIT | 4/29/2019 | TAX_REV_CRS_ | $1,201.11 | Payroll Tax |
| CHECK | 4/29/2019 | CHECK 6503  LG&E | $1,005.52 | Utility |
| CHECK | 4/29/2019 | CHECK 6543  DTE Energy | $825.16 | Utility |
| CHECK | 4/29/2019 | CHECK 6526  DTE Energy | $605.04 | Utility |
| DEBIT | 4/29/2019 | VA DEPT TAXATION TAX PAYMEN | $452.05 | Payroll Tax |
| CHECK | 4/29/2019 | CHECK 5586  Justin Forella | $450.00 | Event Refund |
| DEBIT | 4/29/2019 | INTUIT PYMT | $431.00 | Merchant Fee |
| DEBIT | 4/29/2019 | CYBERSRC | $400.00 | Merchant Fee |
| CHECK | 4/29/2019 | CHECK 6566  American Fire Protection | $360.00 | Maintenance |
| CHECK | 4/29/2019 | CHECK 6564  Frontier Communications | $357.36 | Utility |
| CHECK | 4/29/2019 | CHECK 6573  Cox Business | $309.83 | Utility |
| CHECK | 4/29/2019 | CHECK 6563  Comcast | $282.66 | Utility |
| CHECK | 4/29/2019 | CHECK 6553  Town of Cary | $191.50 | Utility |
| DEBIT | 4/29/2019 | TAX_REV_WKC_ECKS TRD | $34.40 | Payroll Tax |
| DEBIT | 4/29/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 4/29/2019 | INTUIT PYMT | $6.50 | Merchant Fee |
| DEBIT | 4/29/2019 | INTUIT PYMT | $5.00 | Merchant Fee |
| CHECK | 4/30/2019 | CHECK 6611  BTJD | $18,085.86 | Legal Fees |

NOAH CORPORATION
PAYMENTS TO CREDITORS IN 90 DAY PRE-PETITION PERIOD

| Type | Date | Payee | Amount | Purpose |
|------|------|-------|--------|---------|
| DEBIT | 4/30/2019 | IRS          USATAXPYMT | $10,981.49 | Payroll Tax |
| CHECK | 4/30/2019 | CHECK 5611  ASCE | $4,327.29 | Event Refund |
| DEBIT | 4/30/2019 | TXWORKFORCECOMM  DEBIT | $4,317.90 | Payroll Tax |
| CHECK | 4/30/2019 | CHECK 6386  City of Chesapeake | $3,179.46 | Business Tax License |
| DEBIT | 4/30/2019 | UNEMP COMP EFT  PADLIUCCON | $2,912.73 | Payroll Tax |
| DEBIT | 4/30/2019 | FEDCHEX- | $2,458.00 | Interest |
| DEBIT | 4/30/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| DEBIT | 4/30/2019 | WI DEPT REVENUE | $2,181.58 | Payroll Tax |
| DEBIT | 4/30/2019 | NEB DEPT REVENUE | $1,645.21 | Payroll Tax |
| DEBIT | 4/30/2019 | OPTUM BANK | $1,622.52 | Insurance |
| DEBIT | 4/30/2019 | WISCONSIN UI TAX | $1,595.32 | Payroll Tax |
| CHECK | 4/30/2019 | CHECK 6576  P&E Landscape | $1,469.70 | Landscape |
| CHECK | 4/30/2019 | CHECK 6595  Landcare | $1,416.25 | Landscape |
| DEBIT | 4/30/2019 | WORKFORCE SERVIC WAGES | $1,323.68 | Payroll Tax |
| DEBIT | 4/30/2019 | FLA DEPT REVENUE CUT | $960.42 | Payroll Tax |
| DEBIT | 4/30/2019 | GEORGIA ITS TAX  GA | $878.86 | Payroll Tax |
| CHECK | 4/30/2019 | CHECK 6570  American Electric Power | $789.70 | Utility |
| CHECK | 4/30/2019 | CHECK 6511  Columbia Gas | $695.05 | Utility |
| DEBIT | 4/30/2019 | BERK TAX PMT EMP | $602.49 | Payroll Tax |
| CHECK | 4/30/2019 | CHECK 6596  Timberland Landscape | $575.00 | Landscape |
| CHECK | 4/30/2019 | CHECK 6574  Public Service Company | $489.49 | Utility |
| DEBIT | 4/30/2019 | INTUIT PYMT | $451.00 | Merchant Fee |
| DEBIT | 4/30/2019 | CITY of Westminster | $437.20 | Utility |
| CHECK | 4/30/2019 | CHECK 6547  North Shore Gas | $433.97 | Utility |
| CHECK | 4/30/2019 | CHECK 6159  Outdoor Design Solutions | $424.00 | Landscape |
| CHECK | 4/30/2019 | CHECK 6587  The Illuminating Company | $413.94 | Utility |
| CHECK | 4/30/2019 | CHECK 6568  Nicor Gas | $410.19 | Utility |
| CHECK | 4/30/2019 | CHECK 6577  Town of Fairview | $290.70 | Utility |
| CHECK | 4/30/2019 | CHECK 6531  Utah Tax Commission | $200.00 | Payroll Tax |
| CHECK | 4/30/2019 | CHECK 6413  UBS | $163.31 | Utility |
| DEBIT | 4/30/2019 | BERK TAX PMT EMP | $144.97 | Payroll Tax |
| CHECK | 4/30/2019 | CHECK 6565  Kentucky State Treasurer | $22.85 | Sales Tax |
| DEBIT | 4/30/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 4/30/2019 | INTUIT PYMT | $6.00 | Merchant Fee |
| DEBIT | 4/30/2019 | INTUIT PYMT | $6.00 | Merchant Fee |
| DEBIT | 4/30/2019 | INTUIT PYMT | $5.00 | Merchant Fee |
| CHECK | 5/1/2019 | CHECK 6579  Naylor Insurance | $26,054.48 | Insurance |
| DEBIT | 5/1/2019 | Divvy T Check Operational Payments | $25,000.00 | Operations |
| DEBIT | 5/1/2019 | UTAH801/297-7703 TAX PAYMNT | $13,081.19 | Payroll Tax |
| DEBIT | 5/1/2019 | Susan Petersen | $5,728.56 | Interest |
| DEBIT | 5/1/2019 | Sherrie East | $5,231.35 | Interest |
| DEBIT | 5/1/2019 | Judi Navarro | $4,687.50 | Interest |
| DEBIT | 5/1/2019 | IL DEPT EMPL SEC UNEMPL Tax | $3,600.26 | Payroll Tax |
| DEBIT | 5/1/2019 | IA DEPT OF REV  IA REV PAY | $3,473.00 | Payroll Tax |
| DEBIT | 5/1/2019 | Dept of Revenue  KY TaxPmnt | $2,557.94 | Payroll Tax |
| CHECK | 5/1/2019 | CHECK 6598  Demo Productions | $2,520.00 | Marketing |
| DEBIT | 5/1/2019 | FEDCHEX-MERCHANT | $2,458.00 | Interest |
| DEBIT | 5/1/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| DEBIT | 5/1/2019 | Alabama Power | $2,152.89 | Utility |
| CHECK | 5/1/2019 | CHECK 6594  Simplex Grinnel | $1,491.40 | Maintenance |
| DEBIT | 5/1/2019 | SC DEPT REVENUE  DEBIT | $1,414.41 | Payroll Tax |
| DEBIT | 5/1/2019 | TN Dept of Labor SUTA | $1,126.57 | Payroll Tax |
| CHECK | 5/1/2019 | CHECK 6569  City of Naperville | $1,104.42 | Utility |
| CHECK | 5/1/2019 | CHECK 6590  TXU Energy | $1,064.56 | Utility |

NOAH CORPORATION
PAYMENTS TO CREDITORS IN 90 DAY PRE-PETITION PERIOD

| Type | Date | Payee | Amount | Purpose |
|------|------|-------|--------|---------|
| DEBIT | 5/1/2019 | VA. EMPLOY COMM  UITAX | $933.66 | Payroll Tax |
| CHECK | 5/1/2019 | CHECK 6588  Duke Energy | $865.03 | Utility |
| DEBIT | 5/1/2019 | DEPT OF LABOR | $844.56 | Payroll Tax |
| CHECK | 5/1/2019 | CHECK 6572  Star Treatment Valet | $840.00 | Valet - Sugar Land |
| DEBIT | 5/1/2019 | UMR INC CONCENTR | $427.09 | Health Insurance |
| DEBIT | 5/1/2019 | INTUIT PYMT | $397.00 | Merchant Fee |
| CHECK | 5/1/2019 | CHECK 6575  Direct TV | $339.65 | Utility |
| CHECK | 5/1/2019 | CHECK 6578  City of Little Rock | $292.50 | Utility |
| DEBIT | 5/1/2019 | AR.gov        AR.gov | $221.86 | Payroll Tax |
| CHECK | 5/1/2019 | CHECK 6591  Direct TV | $216.13 | Utility |
| CHECK | 5/1/2019 | CHECK 6580  Finance Department | $186.75 | Utility |
| CHECK | 5/1/2019 | CHECK 6583  Cranberry Township | $179.00 | Utility |
| CHECK | 5/1/2019 | CHECK 6581  Piedmont Natural Gas | $176.49 | Utility |
| CHECK | 5/1/2019 | CHECK 6585  Direct Tv | $173.81 | Utility |
| CHECK | 5/1/2019 | CHECK 6584  Century Link | $170.64 | Utility |
| DEBIT | 5/1/2019 | STATE OF NM DWS  UI PAYMENT | $164.61 | Payroll Tax |
| DEBIT | 5/1/2019 | INTUIT PYMT | $150.00 | Merchant Fee |
| CHECK | 5/1/2019 | CHECK 6494  Centerpoint Energy | $102.68 | Utility |
| DEBIT | 5/1/2019 | ID.gov        ID.gov   877-443-3468   CCD ID: 1522077581 | $32.88 | Payroll Tax |
| DEBIT | 5/1/2019 | SCDEW         SC UI Tax | $21.81 | Payroll Tax |
| DEBIT | 5/1/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 5/1/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 5/1/2019 | INTUIT PYMT | $9.50 | Merchant Fee |
| DEBIT | 5/2/2019 | Divvy T Check Operational Payments | $20,000.00 | Operations |
| DEBIT | 5/2/2019 | Divvy T Check Operational Payments | $10,000.00 | Operations |
| CHECK | 5/2/2019 | CHECK 6436  Docusign | $3,358.20 | Dues & Subscriptions |
| DEBIT | 5/2/2019 | FEDCHEX-MERCHANT | $2,458.00 | Interest |
| DEBIT | 5/2/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| DEBIT | 5/2/2019 | Kansas.gov | $2,243.86 | Payroll Tax |
| CHECK | 5/2/2019 | CHECK 6607  San Antonio Water | $2,082.86 | Utility |
| DEBIT | 5/2/2019 | DUKEENERGY-FL | $1,923.44 | Utility |
| DEBIT | 5/2/2019 | HIGH-POINT-UTIL  UTIL-PMNT | $1,552.05 | Utility |
| DEBIT | 5/2/2019 | COLO UI ER SV   PRM PYMT | $1,148.27 | Payroll Tax |
| CHECK | 5/2/2019 | CHECK 6600  SRP | $1,142.26 | Utility |
| DEBIT | 5/2/2019 | EMPL SEC COMM | $1,040.04 | Payroll Tax |
| DEBIT | 5/2/2019 | INTUIT PYMT SOLN | $834.00 | Merchant Fee |
| CHECK | 5/2/2019 | CHECK 6609  Siemens Industry | $700.00 | Maintenance |
| DEBIT | 5/2/2019 | CYBERSRC | $638.02 | Merchant Fee |
| CHECK | 5/2/2019 | CHECK 6605  Fire Safety Solutions | $637.27 | Maintenance |
| CHECK | 5/2/2019 | CHECK 6599  PNM | $619.15 | Utility |
| DEBIT | 5/2/2019 | CSI MODR TAX | $563.50 | Payroll Tax |
| DEBIT | 5/2/2019 | INTUIT PYMT | $358.00 | Merchant Fee |
| DEBIT | 5/2/2019 | IRS           USATAXPYMT | $329.71 | Payroll Tax |
| DEBIT | 5/2/2019 | INTUIT PYMT | $290.00 | Merchant Fee |
| DEBIT | 5/2/2019 | MO DIR EMP SERV  MO UI TAX | $285.12 | Payroll Tax |
| CHECK | 5/2/2019 | CHECK 6602  City of Charlotte | $187.70 | Utility |
| CHECK | 5/2/2019 | CHECK 6601  City of Chandler | $105.72 | Utility |
| CHECK | 5/2/2019 | CHECK 6567  Illuminating Company | $47.08 | Utility |
| DEBIT | 5/2/2019 | CTYBLUEASHTAX   MUNI TAX | $34.74 | Payroll Tax |
| CHECK | 5/2/2019 | CHECK 6582  FedEx | $29.00 | Shipping |
| DEBIT | 5/2/2019 | INTUIT PYMT SOLN TRAN FEE | $13.00 | Merchant Fee |
| DEBIT | 5/2/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 5/2/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 5/2/2019 | INTUIT PYMT | $10.00 | Merchant Fee |

NOAH CORPORATION
PAYMENTS TO CREDITORS IN 90 DAY PRE-PETITION PERIOD

| Type | Date | Payee | Amount | Purpose |
|------|------|-------|--------|---------|
| DEBIT | 5/2/2019 | INTUIT PYMT | $9.95 | Merchant Fee |
| DEBIT | 5/2/2019 | INTUIT PYMT | $9.95 | Merchant Fee |
| DEBIT | 5/3/2019 | IRS | $86,949.85 | Payroll Tax |
| DEBIT | 5/3/2019 | Divvy T Check Operational Payments | $18,000.00 | Operations |
| CHECK | 5/3/2019 | CHECK 6597  Waste Management | $9,528.00 | Utility - Garbage for Buildings |
| DEBIT | 5/3/2019 | Divvy T Check Operational Payments | $5,000.00 | Operations |
| DEBIT | 5/3/2019 | 76 Investments, LP | $4,000.00 | Interest |
| DEBIT | 5/3/2019 | Matthew Francom | $2,675.00 | Interest |
| DEBIT | 5/3/2019 | FEDCHEX-MERCHANT | $2,458.00 | Interest |
| DEBIT | 5/3/2019 | LIBERTASFUNDING | $2,457.14 | Interest |
| DEBIT | 5/3/2019 | SERVICE CHARGES FOR THE MONTH OF APRIL | $1,457.40 | Bank Fees |
| CHECK | 5/3/2019 | CHECK 6496  TXU Energy | $1,377.62 | Utility |
| CHECK | 5/3/2019 | CHECK 6557  TXU Energy | $1,140.14 | Utility |
| CHECK | 5/3/2019 | CHECK 6499  TXU Energy | $1,002.62 | Utility |
| DEBIT | 5/3/2019 | Aaron Hoke | $1,000.00 | Interest |
| DEBIT | 5/3/2019 | AMERICAN HERITAG BENMAN | $727.50 | Insurance |
| CHECK | 5/3/2019 | CHECK 6612  Northeast Natural Gas | $509.40 | Utility |
| CHECK | 5/3/2019 | CHECK 6571  Automated Mechanical | $500.00 | Maintenance |
| DEBIT | 5/3/2019 | INTUIT PYMT | $422.00 | Merchant Fee |
| DEBIT | 5/3/2019 | COMMWLTHOFPA INT PAEMPLOYTX 020706434     CCD ID: 1236003133 | $420.87 | Payroll Tax |
| CHECK | 5/3/2019 | CHECK 6603  Birmingham Water | $212.95 | Utility |
| DEBIT | 5/3/2019 | COMMWLTHOFPA INT | $206.46 | Payroll Tax |
| DEBIT | 5/3/2019 | Louisville Gas & WEB | $30.16 | Utility |
| CHECK | 5/3/2019 | CHECK 6488  Time Warner Cable | $11.28 | Utility |
| DEBIT | 5/3/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 5/6/2019 | Divvy T Check Operational Payments | $18,000.00 | Operations |
| DEBIT | 5/6/2019 | FEDCHEX-MERCHANT | $2,458.00 | Interest |
| DEBIT | 5/6/2019 | LIBERTASFUNDING | $2,457.74 | Interest |
| CHECK | 5/6/2019 | CHECK 6623  Granite Landcare | $2,317.57 | Landscape |
| CHECK | 5/6/2019 | CHECK 6630  Landcare | $2,196.74 | Landscape |
| CHECK | 5/6/2019 | CHECK 5625  Lee Ann Moss | $1,886.25 | Payroll |
| CHECK | 5/6/2019 | CHECK 5624 | $1,180.00 | Event Refund |
| CHECK | 5/6/2019 | CHECK 6593  Fairacres | $1,000.00 | Landscape |
| CHECK | 5/6/2019 | CHECK 5626  LeeAnn Moss | $783.41 | Payroll |
| CHECK | 5/6/2019 | CHECK 6620  American Fire Protection | $325.00 | Utility |
| CHECK | 5/6/2019 | CHECK 6589  City of South Jordan | $238.79 | Utility |
| CHECK | 5/6/2019 | CHECK 6610  Public Works & Utilities | $157.54 | Utility |
| CHECK | 5/6/2019 | CHECK 6619  City of Southfield | $128.31 | Utility |
| CHECK | 5/6/2019 | CHECK 6604  Weston Mud | $79.37 | Utility |
| CHECK | 5/6/2019 | CHECK 6616  Birmingham Water Works | $52.35 | Utility |
| CHECK | 5/6/2019 | CHECK 6586  FedEx | $29.00 | Shipping |
| CHECK | 5/6/2019 | CHECK 6617  UBS | $3.22 | Utility |
| DEBIT | 5/7/2019 | UMR INC CONCENTR | $19,999.48 | Health Insurance |
| DEBIT | 5/7/2019 | Divvy T Check Operational Payments | $15,000.00 | Operations |
| DEBIT | 5/7/2019 | Bapu Supplies | $6,429.95 | Linens |
| CHECK | 5/7/2019 | CHECK 6624  Elite Landscape | $1,618.00 | Landscape |
| DEBIT | 5/7/2019 | DOMINION VA POWE | $1,093.65 | Utility |
| DEBIT | 5/7/2019 | Alliant - | $669.19 | Utility |
| CHECK | 5/7/2019 | CHECK 6615  Vanguard Fire | $540.00 | Maintenance |
| CHECK | 5/7/2019 | CHECK 6614  Granite Landscape | $253.27 | Landscape |
| CHECK | 5/7/2019 | CHECK 6530  North Carolina Department Revenue | $225.00 | Sales Tax |
| DEBIT | 5/7/2019 | ATT | $191.38 | Utility |
| CHECK | 5/7/2019 | CHECK 6613  Weston Mud | $171.27 | Utility |

NOAH CORPORATION
PAYMENTS TO CREDITORS IN 90 DAY PRE-PETITION PERIOD

| Type | Date | Payee | Amount | Purpose |
|---|---|---|---|---|
| DEBIT | 5/7/2019 | CITY-OF-IRVING | $159.06 | Utility |
| CHECK | 5/7/2019 | CHECK 6629  Quail Springs Office Park | $117.67 | HOA |
| DEBIT | 5/7/2019 | FEDCHEX-MERCHANT | $105.00 | Merchant Fee |
| CHECK | 5/7/2019 | CHECK 6618  JCW | $98.70 | Utility |
| DEBIT | 5/7/2019 | CITY-OF-IRVING | $30.03 | Utility |
| DEBIT | 5/7/2019 | CITY-OF-IRVING   UTIL-PMNTS | $11.90 | Utility |
| DEBIT | 5/8/2019 | Divvy T Check Operational Payments | $12,000.00 | Operations |
| DEBIT | 5/8/2019 | Divvy T Check Operational Payments | $12,000.00 | Operations |
| DEBIT | 5/8/2019 | Bapu Supplies | $6,429.95 | Linens |
| DEBIT | 5/8/2019 | Bapu Supplies | $6,429.94 | Linens |
| CHECK | 5/8/2019 | CHECK 6622  Timberland Landscape | $1,537.50 | Landscape |
| CHECK | 5/8/2019 | CHECK 6606  City of Richardson | $775.12 | Utility |
| DEBIT | 5/8/2019 | UMR INC CONCENTR | $428.03 | Health Insurance |
| DEBIT | 5/8/2019 | INTUIT PYMT | $389.00 | Merchant Fee |
| DEBIT | 5/8/2019 | INTUIT PYMT | $389.00 | Merchant Fee |
| DEBIT | 5/8/2019 | CYBERSRC | $150.00 | Merchant Fee |
| CHECK | 5/8/2019 | CHECK 5617  05/08 Alicia Sanchez | $112.00 | Event Refund |
| DEBIT | 5/8/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 5/8/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 5/9/2019 | Ron & Nancy Neil | $3,506.66 | Interest |
| DEBIT | 5/9/2019 | Robert Baker | $2,500.00 | Interest |
| DEBIT | 5/9/2019 | IRS          USATAXPYMT | $1,045.46 | Payroll Tax |
| DEBIT | 5/9/2019 | Marilyn Bowser | $1,000.00 | Interest |
| DEBIT | 5/9/2019 | Ben Thomas | $1,000.00 | Interest |
| DEBIT | 5/9/2019 | Bria Broadway | $910.02 | Interest |
| CHECK | 5/9/2019 | CHECK 6638  ABCWUA | $857.98 | Utility |
| DEBIT | 5/9/2019 | Kent Harker | $814.58 | Interest |
| CHECK | 5/9/2019 | CHECK 6633  Metro Utilities | $647.25 | Utility |
| DEBIT | 5/9/2019 | Shauna Lee Thompson | $531.24 | Interest |
| CHECK | 5/9/2019 | CHECK 6628  Star Treatment Valet | $480.00 | Valet - Sugar Land |
| CHECK | 5/9/2019 | CHECK 6639  Direct TV | $202.54 | Utility |
| CHECK | 5/9/2019 | CHECK 6640  Direct TV | $199.38 | Utility |
| DEBIT | 5/9/2019 | INTUIT PYMT | $186.00 | Merchant Fee |
| CHECK | 5/9/2019 | CHECK 5614  Kay Dean | $120.00 | Event Refund |
| CHECK | 5/9/2019 | CHECK 6625  Kenneth L Maun Tax Accessor | $81.92 | Personal Property Tax |
| DEBIT | 5/9/2019 | David Harper | $77.57 | Interest |
| DEBIT | 5/9/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 5/10/2019 | Noah's Irving | $28,405.00 | Rent |
| DEBIT | 5/10/2019 | VICTOR E. GRIJALVA SR. TRUST | $17,500.00 | Interest |
| DEBIT | 5/10/2019 | Divvy T Check Operational Payments | $12,000.00 | Operations |
| DEBIT | 5/10/2019 | Bapu Supplies | $6,429.94 | Linens |
| CHECK | 5/10/2019 | CHECK 6631  UHS | $3,875.34 | Health Insurance |
| CHECK | 5/10/2019 | CHECK 6644  Rocky Mtn. Power | $3,362.79 | Utility |
| CHECK | 5/10/2019 | CHECK 6645  CPS Energy | $2,727.44 | Utility |
| CHECK | 5/10/2019 | CHECK 6635  Memphis Light Gas | $1,414.00 | Utility |
| CHECK | 5/10/2019 | CHECK 6621  P&E Landscape | $1,162.73 | Landscape |
| CHECK | 5/10/2019 | CHECK 6642  Westar Energy | $590.79 | Utility |
| CHECK | 5/10/2019 | CHECK 6634  OG&E | $582.54 | Utility |
| CHECK | 5/10/2019 | CHECK 6637  Midamerican Energy | $548.92 | Utility |
| CHECK | 5/10/2019 | CHECK 6632  Pennsylvania American Water | $384.15 | Utility |
| CHECK | 5/10/2019 | CHECK 6592  Dominion Energy | $326.79 | Utility |
| CHECK | 5/10/2019 | CHECK 5623  Trevonne Cuffee | $200.00 | Event Refund |
| CHECK | 5/10/2019 | CHECK 6636  Greenville Water | $191.52 | Utility |
| CHECK | 5/10/2019 | CHECK 6649  Labor Commission | $180.00 | Maintenance |

NOAH CORPORATION
PAYMENTS TO CREDITORS IN 90 DAY PRE-PETITION PERIOD

| Type | Date | Payee | Amount | Purpose |
|------|------|-------|--------|---------|
| CHECK | 5/10/2019 | CHECK 6627 TN Dept. of Env. | $138.77 | Utility |
| CHECK | 5/13/2019 | CHECK 5627 BTJD | $15,477.00 | Legal Fees |
| CHECK | 5/13/2019 | CHECK 6653 Advantage Telecom | $10,582.80 | Utility - Internet for Buildings |
| DEBIT | 5/13/2019 | Bapu Supplies | $9,396.89 | Linens |
| CHECK | 5/13/2019 | CHECK 6660 Waste Management | $9,312.00 | Utility - Garbage for Buildings |
| DEBIT | 5/13/2019 | Divvy T Check Operational Payments | $9,000.00 | Operations |
| CHECK | 5/13/2019 | CHECK 6648 Rockwood Electric | $966.22 | Utility |
| DEBIT | 5/13/2019 | James Wallace | $852.08 | Interest |
| CHECK | 5/13/2019 | CHECK 6657 Alliant Energy | $562.45 | Utility |
| DEBIT | 5/13/2019 | OK NATURAL GAS | $299.08 | Utility |
| CHECK | 5/13/2019 | CHECK 6654 Direct TV | $214.03 | Utility |
| CHECK | 5/13/2019 | CHECK 6656 Southern New Hampshire Pest Control | $75.00 | Maintenance |
| DEBIT | 5/14/2019 | IRS | $86,947.04 | Payroll Tax |
| DEBIT | 5/14/2019 | Travelers INS PREM | $17,231.97 | Insurance |
| DEBIT | 5/14/2019 | Divvy T Check Operational Payments | $11,000.00 | Operations |
| DEBIT | 5/14/2019 | Bapu Supplies | $9,396.00 | Linens |
| DEBIT | 5/14/2019 | Nick Redd | $5,000.00 | Employee Reimbursement |
| CHECK | 5/14/2019 | CHECK 6663 Paige Peterson | $3,264.00 | Event Refund |
| DEBIT | 5/14/2019 | OPTUM BANK | $1,622.14 | Insurance |
| CHECK | 5/14/2019 | CHECK 6655 Century Link | $1,253.20 | Utility |
| DEBIT | 5/14/2019 | Entergy Services | $1,206.66 | Utility |
| DEBIT | 5/14/2019 | American Express | $1,000.00 | CC Reimburse-Susanna Bowser |
| CHECK | 5/14/2019 | CHECK 6647 TXU Energy | $941.77 | Utility |
| DEBIT | 5/14/2019 | R.I.T.A. RITA iFile | $709.58 | Payroll Tax |
| CHECK | 5/14/2019 | CHECK 6608 Dominion Energy | $559.82 | Utility |
| DEBIT | 5/14/2019 | NM GAS COMPANY | $158.66 | Utility |
| CHECK | 5/14/2019 | CHECK 6658 Kansas Gas Service | $120.87 | Utility |
| CHECK | 5/14/2019 | CHECK 6532 Arizona Department of Revenue | $50.00 | Sales Tax |
| CHECK | 5/15/2019 | CHECK 6659 Naylor Insurance Agency | $26,054.48 | Insurance |
| DEBIT | 5/15/2019 | Divvy T Check Operational Payments | $11,000.00 | Operations |
| DEBIT | 5/15/2019 | Bapu Supplies | $9,396.00 | Linens |
| DEBIT | 5/15/2019 | NC DEPT REVENUE TAX PYMT | $2,560.00 | Payroll Tax |
| DEBIT | 5/15/2019 | IL DEPT OF REVEN EDI PYMNTS | $1,660.67 | Payroll Tax |
| DEBIT | 5/15/2019 | INTUIT PYMT SOLN INTUITPMTS | $1,280.00 | Merchant Fee |
| DEBIT | 5/15/2019 | FIRSTENERGY | $711.60 | Utility |
| CHECK | 5/15/2019 | CHECK 6651 ORUD | $219.84 | Utility |
| CHECK | 5/15/2019 | CHECK 6652 Galveston Water | $143.41 | Utility |
| CHECK | 5/15/2019 | CHECK 6650 Quail Springs Office Park | $117.67 | HOA |
| DEBIT | 5/15/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 5/16/2019 | Divvy T Check Operational Payments | $12,000.00 | Operations |
| DEBIT | 5/16/2019 | Bapu Supplies | $9,396.00 | Linens |
| CHECK | 5/16/2019 | CHECK 6641 Century Link | $1,860.19 | Utility |
| CHECK | 5/16/2019 | CHECK 6643 Star Treatment Valet | $820.00 | Valet - Sugar Land |
| DEBIT | 5/16/2019 | AR DFA REVENUE | $570.26 | Payroll Tax |
| CHECK | 5/16/2019 | CHECK 6666 City of Tulsa | $294.98 | Utility |
| DEBIT | 5/16/2019 | AL-DEPT OF REV DIRECT | $255.08 | Payroll Tax |
| CHECK | 5/16/2019 | CHECK 6668 Direct TV | $248.58 | Utility |
| DEBIT | 5/16/2019 | OPTUM BANK | $220.00 | Insurance |
| CHECK | 5/16/2019 | CHECK 6669 Direct TV | $197.97 | Utility |
| CHECK | 5/16/2019 | CHECK 6677 Oklahoma Natural Gas | $190.17 | Utility |
| CHECK | 5/16/2019 | CHECK 6672 Direct TV | $164.53 | Utility |
| CHECK | 5/16/2019 | CHECK 6670 WaterOne | $50.79 | Utility |
| DEBIT | 5/17/2019 | BARTLEY NE BEN | $20,000.00 | Katy, TX Rent |
| CHECK | 5/17/2019 | CHECK 6708 Kilpatrick Townsend | $13,225.97 | Richardson Rent |

NOAH CORPORATION
PAYMENTS TO CREDITORS IN 90 DAY PRE-PETITION PERIOD

| Type | Date | Payee | Amount | Purpose |
|------|------|-------|--------|---------|
| DEBIT | 5/17/2019 | Divvy T Check Operational Payments | $12,000.00 | Operations |
| DEBIT | 5/17/2019 | Bapu Supplies | $9,396.00 | Linens |
| DEBIT | 5/17/2019 | Susan Petersen | $5,728.56 | Interest |
| CHECK | 5/17/2019 | CHECK 6719  William Bowser | $2,500.00 | Employee Reimbursement |
| DEBIT | 5/17/2019 | 8011OHIO-TAXOEWH OH WH | $1,139.96 | Payroll Tax |
| CHECK | 5/17/2019 | CHECK 6676  Comcast | $1,003.18 | Utility |
| CHECK | 5/17/2019 | CHECK 6671  P&E Landscape | $883.57 | Landscape |
| CHECK | 5/17/2019 | CHECK 6664  Piedmont Centre Association | $441.50 | HOA |
| DEBIT | 5/17/2019 | INTUIT PYMT | $393.00 | Merchant Fee |
| CHECK | 5/17/2019 | CHECK 6646  Centerpointe Energy | $270.85 | Utility |
| CHECK | 5/17/2019 | CHECK 6684  Direct TV | $202.58 | Utility |
| CHECK | 5/17/2019 | CHECK 6673  Direct TV | $201.33 | Utility |
| DEBIT | 5/17/2019 | 8006OHIO-TAXOSWH OH | $101.01 | Payroll Tax |
| CHECK | 5/17/2019 | CHECK 6674  Kingston Water Department | $80.60 | Utility |
| CHECK | 5/17/2019 | CHECK 6682  Kansas Gas Service | $77.00 | Utility |
| DEBIT | 5/17/2019 | CTYBLUEASHTAX   MUNI TAX | $52.52 | Payroll Tax |
| DEBIT | 5/17/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| CHECK | 5/20/2019 | CHECK 6701  Waste Management | $12,256.13 | Utility - Garbage for Buildings |
| DEBIT | 5/20/2019 | Divvy T Check Operational Payments | $12,000.00 | Operations |
| DEBIT | 5/20/2019 | Bapu Supplies | $8,500.00 | Linens |
| CHECK | 5/20/2019 | CHECK 6690  Reynolds Landscape | $5,307.20 | Landscape |
| CHECK | 5/20/2019 | CHECK 6699  Fullcare Landscape | $3,778.90 | Landscape |
| CHECK | 5/20/2019 | CHECK 6689  UNUM | $3,003.60 | Insurance |
| CHECK | 5/20/2019 | CHECK 6715  Landcare | $2,229.00 | Landscape |
| CHECK | 5/20/2019 | CHECK 6679  05/20 Premiere Landscape | $1,818.00 | Landscape |
| CHECK | 5/20/2019 | CHECK 5628  05/20 | $1,628.77 | Event Refund |
| CHECK | 5/20/2019 | CHECK 6687  City of High Point | $1,605.11 | Utility |
| CHECK | 5/20/2019 | CHECK 6678  Fairacres Lawn | $1,550.00 | Landscape |
| CHECK | 5/20/2019 | CHECK 6388  Utah County Treasurer | $1,407.86 | Personal Property Tax |
| CHECK | 5/20/2019 | CHECK 6693  Wake County Revenue | $1,360.81 | Personal Property Tax |
| CHECK | 5/20/2019 | CHECK 6709  Xcel Energy | $1,124.98 | Utility |
| DEBIT | 5/20/2019 | CYBERSRC | $944.00 | Merchant Fee |
| DEBIT | 5/20/2019 | INTUIT PYMT SOLN | $826.00 | Merchant Fee |
| CHECK | 5/20/2019 | CHECK 6675  TXU Energy | $665.55 | Utility |
| CHECK | 5/20/2019 | CHECK 6698  Duke Energy | $637.61 | Utility |
| CHECK | 5/20/2019 | CHECK 6688  Johnson Controls Fire Protection | $450.00 | Maintenance |
| DEBIT | 5/20/2019 | COMMWLTHOFPA INT | $431.23 | Payroll Tax |
| CHECK | 5/20/2019 | CHECK 6705  Grande | $380.30 | Utility |
| CHECK | 5/20/2019 | CHECK 6704  MG&E | $344.07 | Utility |
| CHECK | 5/20/2019 | CHECK 6683  Firetrol Protections | $300.00 | Maintenance |
| CHECK | 5/20/2019 | CHECK 6667  City of Sugar Land | $295.06 | Utility |
| CHECK | 5/20/2019 | CHECK 6707  Peoples | $254.68 | Utility |
| CHECK | 5/20/2019 | CHECK 6686  Aqua OH | $189.81 | Utility |
| CHECK | 5/20/2019 | CHECK 6706  City of Richardson | $170.29 | Utility |
| CHECK | 5/20/2019 | CHECK 6685  Aqua OH | $135.07 | Utility |
| DEBIT | 5/20/2019 | HAMPTON ROADS SA UTILITY | $109.84 | Utility |
| CHECK | 5/20/2019 | CHECK 6694  Dominion Energy North Carolina | $90.22 | Utility |
| DEBIT | 5/20/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 5/21/2019 | IRS | $27,390.60 | Payroll Tax |
| DEBIT | 5/21/2019 | Divvy T Check Operational Payments | $12,000.00 | Operations |
| DEBIT | 5/21/2019 | Divvy T Check Operational Payments | $12,000.00 | Operations |
| DEBIT | 5/21/2019 | Avant8\ | $10,000.00 | Marketing - SEO |
| DEBIT | 5/21/2019 | Bapu Supplies | $8,500.00 | Linens |
| DEBIT | 5/21/2019 | Bapu Supplies | $8,500.00 | Linens |

NOAH CORPORATION
PAYMENTS TO CREDITORS IN 90 DAY PRE-PETITION PERIOD

| Type | Date | Payee | Amount | Purpose |
|------|------|-------|--------|---------|
| DEBIT | 5/21/2019 | FedEx | $1,995.45 | Shipping |
| CHECK | 5/21/2019 | CHECK 6680 P&E Landscape | $1,919.95 | Landscape |
| CHECK | 5/21/2019 | CHECK 6716 Granite Landscape | $1,677.88 | Landscape |
| CHECK | 5/21/2019 | CHECK 5629 | $1,358.46 | Event Refund |
| CHECK | 5/21/2019 | CHECK 6700 Berg Chicago Inc. | $1,265.00 | Landscape |
| CHECK | 5/21/2019 | CHECK 6661 Breanna McKinstry | $1,033.75 | Event Refund |
| CHECK | 5/21/2019 | CHECK 6692 OPPD | $783.21 | Utility |
| CHECK | 5/21/2019 | CHECK 6714 COMED | $563.50 | Utility |
| DEBIT | 5/21/2019 | INTUIT PYMT | $511.00 | Merchant Fee |
| CHECK | 5/21/2019 | CHECK 6681 05/21 Professional Systems | $482.70 | Maintenance |
| DEBIT | 5/21/2019 | INTUIT PYMT | $413.00 | Merchant Fee |
| CHECK | 5/21/2019 | CHECK 6697 Kenneth L Maun Tax Accessor | $101.88 | Personal Property Tax |
| DEBIT | 5/21/2019 | Telecheck | $55.00 | Merchant Fee |
| DEBIT | 5/21/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 5/21/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 5/22/2019 | Bapu Supplies | $8,500.00 | Linens |
| DEBIT | 5/22/2019 | Divvy T Check Operational Payments | $8,500.00 | Operations |
| DEBIT | 5/22/2019 | Divvy T Check Operational Payments | $2,500.00 | Operations |
| DEBIT | 5/22/2019 | UMR INC CONCENTR FUNDING | $1,436.40 | Health Insurance |
| DEBIT | 5/22/2019 | AL-DEPT OF REV DIRECT DBT | $962.33 | Payroll Tax |
| DEBIT | 5/22/2019 | TAX PAYMENTS    OK TAX PMT | $768.00 | Payroll Tax |
| CHECK | 5/22/2019 | CHECK 6696 City of Lake Mary | $508.23 | Utility |
| CHECK | 5/22/2019 | CHECK 5621 Allen Young Life | $209.00 | Event Refund |
| DEBIT | 5/22/2019 | OPTUM BANK | $10.00 | Merchant Fee |
| DEBIT | 5/23/2019 | Bennett Johnson Tueller & Deere | $73,944.75 | Legal Fees |
| CHECK | 5/23/2019 | CHECK 6695 TXU Energy | $1,480.21 | Utility |
| CHECK | 5/23/2019 | CHECK 6718 Fairacres Lawn | $1,000.00 | Landscape |
| DEBIT | 5/23/2019 | IRS        USATAXPYMT | $880.25 | Payroll Tax |
| CHECK | 5/23/2019 | CHECK 6717 05/23 Premiere Landscape | $585.00 | Landscape |
| CHECK | 5/23/2019 | CHECK 6702 Star Treatment Valet | $550.00 | Valet - Sugar Land |
| CHECK | 5/23/2019 | CHECK 6713 Lake Virgina Owner's Association | $451.32 | HOA |
| CHECK | 5/23/2019 | CHECK 6710 Consumers Energy | $241.36 | Utility |
| CHECK | 5/23/2019 | CHECK 6721 Dynamark Monitoring | $120.98 | Utility |
| DEBIT | 5/24/2019 | Prince Yeates Trust Account | $12,000.00 | Retainer-Legal |
| DEBIT | 5/24/2019 | Divvy T Check Operational Payments | $6,000.00 | Operations |
| CHECK | 5/24/2019 | CHECK 6724 Landcare | $1,735.83 | Landscape |
| CHECK | 5/24/2019 | CHECK 6691 Fine Edge Lawn | $1,250.00 | Landscape |
| CHECK | 5/24/2019 | CHECK 6711 LG&E | $1,121.08 | Utility |
| CHECK | 5/24/2019 | CHECK 6703 TXU Energy | $880.06 | Utility |
| CHECK | 5/24/2019 | CHECK 6729 Landcare | $867.91 | Landscape |
| DEBIT | 5/24/2019 | Intuit | $850.00 | Merchant Fee |
| DEBIT | 5/24/2019 | INTUIT PYMT | $10.00 | Merchant Fee |
| DEBIT | 5/28/2019 | Durham Jones & Pinegar | $95,000.00 | Retainer-Legal |
| DEBIT | 5/28/2019 | Piercy Bowler Taylor & Kern | $50,000.00 | Retainer-CRO, Accounting |
| DEBIT | 5/28/2019 | Divvy T Check Operational Payments | $9,500.00 | Operations |
| DEBIT | 5/28/2019 | GAMMAGE & BURNHAM, P.L.C. | $8,402.75 | Legal Fees |
| DEBIT | 5/28/2019 | BTJD | $7,000.00 | Legal Fees |
| CHECK | 5/28/2019 | CHECK 6732 BTJD | $5,000.59 | Legal Fees |
| CHECK | 5/28/2019 | CHECK 6665 Amber Ulrich | $2,700.00 | Event Refund |
| CHECK | 5/28/2019 | CHECK 6757 Timberland landscape | $1,405.00 | Landscape |
| DEBIT | 5/28/2019 | CYBERSRC | $1,325.00 | Merchant Fee |
| CHECK | 5/28/2019 | CHECK 6738 City of Naperville | $1,317.66 | Utility |
| CHECK | 5/28/2019 | CHECK 6266 Southpoint Town Center | $1,017.36 | HOA |
| CHECK | 5/28/2019 | CHECK 6769 MMC Land Management | $1,000.80 | Landscape |

NOAH CORPORATION
PAYMENTS TO CREDITORS IN 90 DAY PRE-PETITION PERIOD

| Type | Date | Payee | Amount | Purpose |
|------|------|-------|--------|---------|
| CHECK | 5/28/2019 | CHECK 6748  American Center Owner's Association | $990.29 | HOA |
| CHECK | 5/28/2019 | CHECK 6739  KCP&L | $825.51 | Utility |
| CHECK | 5/28/2019 | CHECK 6733  South Carolina Department of Revenue | $659.65 | Sales Tax |
| CHECK | 5/28/2019 | CHECK 6742  West Penn Power | $644.97 | Utility |
| CHECK | 5/28/2019 | CHECK 6749  Duke Energy | $605.87 | Utility |
| CHECK | 5/28/2019 | CHECK 6767  Summitt AC & Heating | $565.00 | Maintenance |
| CHECK | 5/28/2019 | CHECK 6736  North Shore Gas | $338.42 | Utility |
| CHECK | 5/28/2019 | CHECK 6723  Columbia Gas | $310.95 | Utility |
| CHECK | 5/28/2019 | CHECK 6751  Firetol Protection System | $310.80 | Maintenance |
| CHECK | 5/28/2019 | CHECK 6763  City of Oklahoma City | $238.60 | Utility |
| DEBIT | 5/28/2019 | TIMEWARNERKETTER | $213.62 | Utility |
| CHECK | 5/28/2019 | CHECK 6722  Town of Cary | $192.21 | Utility |
| CHECK | 5/28/2019 | CHECK 6731  Direct TV | $190.97 | Utility |
| CHECK | 5/28/2019 | CHECK 6770  City of Westminster | $181.11 | Utility |
| CHECK | 5/28/2019 | CHECK 6741  South Valley Sewer District | $173.90 | Utility |
| CHECK | 5/28/2019 | CHECK 6737  Village of Lincolnshire | $50.72 | Utility |
| CHECK | 5/28/2019 | CHECK 6727  Sievers Security | $47.08 | Maintenance |

# SCHEDULE 4

**NOAH CORPORATION**
**PAYMENTS TO INSIDERS DURING 1 YEAR PERIOD PRIOR TO BANKRUPTCY**

| Date | Vendor | Description | Category | Paid |
|---|---|---|---|---|
| 5/31/18 | Marilyn Bowser | | Loan Payment | 1,000.00 |
| 5/31/18 | Mark Bowser | | Expense Reimbursement | 733.65 |
| 6/11/18 | Susanna Bowser | Note 1 | Expense Reimbursement | 6,000.00 |
| 6/15/18 | Hayley Gardner | | Expense Reimbursement | 6,007.28 |
| 6/15/18 | Susanna Bowser | Note 1 | Expense Reimbursement | 2,500.00 |
| 6/20/18 | Susanna Bowser | Note 1 | Expense Reimbursement | 6,500.00 |
| 6/28/18 | William Bowser | Note 1 | Expense Reimbursement | 6,000.00 |
| 6/29/18 | Marilyn Bowser | | Loan Payment | 1,000.00 |
| 6/29/18 | William Bowser | Note 1 | Expense Reimbursement | 5,595.61 |
| 7/2/18 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 30,000.00 |
| 7/3/18 | Susanna Bowser | Note 1 | Expense Reimbursement | 3,500.00 |
| 7/5/18 | Hayley Gardner | | Expense Reimbursement | 4,005.65 |
| 7/5/18 | Kate Jensen | | Expense Reimbursement | 315.49 |
| 7/5/18 | Mark Bowser | | Expense Reimbursement | 683.50 |
| 7/5/18 | Mike Bowser | | Expense Reimbursement | 301.69 |
| 7/10/18 | William Bowser | Note 1 | Expense Reimbursement | 2,000.00 |
| 7/20/18 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 25,000.00 |
| 7/20/18 | Hayley Gardner | | Expense Reimbursement | 2,698.75 |
| 7/20/18 | William Bowser | Note 1 | Expense Reimbursement | 3,000.00 |
| 7/20/18 | William Bowser | Note 1 | Expense Reimbursement | 3,000.00 |
| 7/24/18 | William Bowser | Note 1 | Expense Reimbursement | 2,500.00 |
| 7/27/18 | William Bowser | Note 1 | Expense Reimbursement | 3,500.00 |
| 7/31/18 | Marilyn Bowser | | Loan Payment | 1,000.00 |
| 8/6/18 | Hayley Gardner | | Expense Reimbursement | 3,183.46 |
| 8/8/18 | William Bowser | Note 1 | Expense Reimbursement | 2,000.00 |
| 8/9/18 | Mark Bowser | | Expense Reimbursement | 1,014.34 |
| 8/10/18 | William Bowser | Note 1 | Expense Reimbursement | 3,500.00 |
| 8/15/18 | William Bowser | Note 1 | Expense Reimbursement | 1,500.00 |
| 8/23/18 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 20,000.00 |
| 8/23/18 | William Bowser | Note 1 | Expense Reimbursement | 3,500.00 |
| 8/24/18 | Mark Bowser | | Expense Reimbursement | 565.64 |
| 8/29/18 | Hayley Gardner | | Expense Reimbursement | 3,393.36 |
| 9/5/18 | William Bowser | Note 1 | Expense Reimbursement | 2,500.00 |
| 9/6/18 | Nick Redd | Note 1 | Expense Reimbursement | 4,000.00 |
| 9/14/18 | Marilyn Bowser | | Loan Payment | 1,000.00 |
| 9/14/18 | Marilyn Bowser Trust | | Loan Payment | 591.24 |
| 9/19/18 | Mike Bowser | | Expense Reimbursement | 483.96 |
| 9/21/18 | Hayley Gardner | | Expense Reimbursement | 7,077.24 |
| 9/21/18 | William Bowser | Note 1 | Expense Reimbursement | 4,000.00 |
| 9/28/18 | Marilyn Bowser | | Loan Payment | 1,000.00 |
| 10/26/18 | Susanna Bowser | Note 1 | Expense Reimbursement | 2,500.00 |
| 10/31/18 | Hayley Gardner | | Expense Reimbursement | 3,878.38 |
| 10/31/18 | Marilyn Bowser | | Loan Payment | 1,000.00 |
| 10/31/18 | Mark Bowser | | Expense Reimbursement | 1,216.96 |
| 10/31/18 | Nick Redd | Note 1 | Expense Reimbursement | 2,000.00 |
| 11/7/18 | William Bowser | Note 1 | Expense Reimbursement | 1,500.00 |
| 11/23/18 | William Bowser | Note 1 | Expense Reimbursement | 2,000.00 |
| 11/28/18 | Hayley Gardner | | Expense Reimbursement | 4,074.18 |
| 12/4/18 | Marilyn Bowser | | Loan Payment | 1,000.00 |
| 12/11/18 | William Bowser | Note 1 | Expense Reimbursement | 8,000.00 |
| 12/17/18 | William Bowser | Note 1 | Expense Reimbursement | 1,500.00 |
| 1/14/19 | Marilyn Bowser | | Loan Payment | 1,000.00 |
| 1/25/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,138.34 |
| 1/26/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,138.34 |
| 1/29/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 4,556.74 |
| 1/30/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 4,556.74 |
| 1/31/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 4,556.74 |
| 2/1/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 4,556.76 |
| 2/4/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 4,556.74 |
| 2/5/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,384.88 |
| 2/7/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 10,769.76 |
| 2/7/19 | Marilyn Bowser | | Loan Payment | 1,000.00 |
| 2/8/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,384.88 |
| 2/9/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,384.89 |
| 2/12/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,225.78 |

**NOAH CORPORATION**
**PAYMENTS TO INSIDERS DURING 1 YEAR PERIOD PRIOR TO BANKRUPTCY**

| Date | Vendor | Description | Category | Paid |
|------|--------|-------------|----------|------|
| 2/13/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,225.78 |
| 2/14/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,225.78 |
| 2/15/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,225.78 |
| 2/16/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,240.79 |
| 2/20/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,050.70 |
| 2/21/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,050.70 |
| 2/22/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,050.74 |
| 2/23/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,050.70 |
| 2/26/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 4,967.89 |
| 2/27/19 | Nick Redd | Note 1 | Expense Reimbursement | 1,500.00 |
| 2/27/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 4,967.89 |
| 2/28/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 4,967.89 |
| 3/1/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 4,967.89 |
| 3/2/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 4,967.89 |
| 3/5/19 | Hayley Gardner | Note 1 | Expense Reimbursement | 6,000.00 |
| 3/5/19 | Susanna Bowser | Note 1 | Expense Reimbursement | 1,500.00 |
| 3/5/19 | Susanna Bowser | Note 1 | Expense Reimbursement | 1,000.00 |
| 3/5/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,668.29 |
| 3/6/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,668.29 |
| 3/7/19 | Susanna Bowser | Note 1 | Expense Reimbursement | 1,500.00 |
| 3/7/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,668.29 |
| 3/8/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,668.70 |
| 3/9/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,668.70 |
| 3/12/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,811.70 |
| 3/13/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,811.70 |
| 3/14/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,811.70 |
| 3/15/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,811.70 |
| 3/16/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,668.29 |
| 3/19/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,811.70 |
| 3/20/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,811.70 |
| 3/20/19 | Marilyn Bowser | | Loan Payment | 1,000.00 |
| 3/21/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,811.70 |
| 3/22/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,811.70 |
| 3/23/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,811.70 |
| 3/25/19 | Nick Redd | Note 1 | Expense Reimbursement | 5,000.00 |
| 3/26/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,961.44 |
| 3/27/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,961.44 |
| 3/28/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,961.44 |
| 3/29/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,961.44 |
| 3/30/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,961.44 |
| 4/3/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 17,567.79 |
| 4/5/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,855.93 |
| 4/6/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 5,855.93 |
| 4/8/19 | Susanna Bowser | Note 1 | Expense Reimbursement | 1,000.00 |
| 4/9/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 6,471.28 |
| 4/10/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 6,471.28 |
| 4/11/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 6,471.28 |
| 4/13/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 12,942.56 |
| 4/16/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 6,308.89 |
| 4/18/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 12,617.78 |
| 4/19/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 6,308.89 |
| 4/20/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 6,308.89 |
| 4/22/19 | Marilyn Bowser | | Loan Payment | 1,000.00 |
| 4/23/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 7,080.95 |
| 4/24/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 10.59 |
| 4/24/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 7,080.95 |
| 4/25/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 7,080.95 |
| 4/29/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 14,161.90 |
| 4/30/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 6,861.54 |
| 5/2/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 13,723.08 |
| 5/3/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 6,861.54 |
| 5/4/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 6,861.54 |
| 5/7/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 6,429.95 |
| 5/7/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 6,429.94 |
| 5/8/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 6,429.94 |

**NOAH CORPORATION**
**PAYMENTS TO INSIDERS DURING 1 YEAR PERIOD PRIOR TO BANKRUPTCY**

| Date | Vendor | Description | Category | Paid |
|------|--------|-------------|----------|------|
| 5/8/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 6,429.95 |
| 5/9/19 | Marilyn Bowser | | Loan Payment | 1,000.00 |
| 5/10/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 6,429.94 |
| 5/13/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 9,396.89 |
| 5/14/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 9,396.00 |
| 5/14/19 | Nick Redd | Note 1 | Expense Reimbursement | 5,000.00 |
| 5/14/19 | Susanna Bowser | Note 1 | Expense Reimbursement | 1,000.00 |
| 5/15/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 9,396.00 |
| 5/16/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 9,396.00 |
| 5/17/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 9,396.00 |
| 5/20/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 8,500.00 |
| 5/21/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 8,500.00 |
| 5/21/19 | Bapu Supplies (Steve Trumbo) | Payment on Account | Linens | 8,500.00 |
| Various | Mike Bowser | Gross Payroll 5/29/18 to 5/28/19 | Salary | 55,200.00 |
| Various | Mark Bowser | Gross Payroll 5/29/18 to 5/28/19 | Salary | 57,466.48 |
| Various | Andy Bowser | Gross Payroll 5/29/18 to 5/28/19 | Salary | 15,538.44 |
| Various | Susanna Bowser | Gross Payroll 5/29/18 to 5/28/19 | Salary | 65,923.07 |
| Various | William Bowser | Gross Payroll 5/29/18 to 5/28/19 | Salary | 143,769.22 |
| Various | Hayley Bowser | Gross Payroll 5/29/18 to 5/28/19 | Salary | 48,607.00 |
| Various | Eric Wynn | Gross Payroll 5/29/18 to 5/28/19 | Salary | 92,692.25 |
| Various | Kate Bowser | Gross Payroll 5/29/18 to 5/28/19 | Salary | 64,801.04 |
| Various | Nick Redd | Gross Payroll 5/29/18 to 5/28/19 | Salary | 120,000.00 |

NOTES:

Note 1 - Credit cards in the name of the iindividuals were used to pay various company expenses.  The amounts shown were payments
on the outstanding balance of those credit cards.

# SCHEDULE 5

NOAH CORPORATION
List of Payments for Bankruptcy Consulting

| Date | Payee | Amount |
|------|-------|--------|
| 6/25/18 | Bennett Tueller Johnson & Deere | 29,186.35 |
| 7/20/18 | Bennett Tueller Johnson & Deere | 750.00 |
| 8/9/18 | Bennett Tueller Johnson & Deere | 10,000.00 |
| 9/19/18 | Bennett Tueller Johnson & Deere | 10,000.00 |
| 10/12/18 | Bennett Tueller Johnson & Deere | 34,032.43 |
| 12/28/18 | Bennett Tueller Johnson & Deere | 28,941.29 |
| 5/28/19 | Bennett Tueller Johnson & Deere | 7,000.00 |
| 5/28/19 | Bennett Tueller Johnson & Deere | 5,000.59 |
| 5/23/19 | Bennett Tueller Johnson & Deere | 73,944.75 |
| 3/25/19 | Bennett Tueller Johnson & Deere | 7,246.93 |
| 3/25/19 | Bennett Tueller Johnson & Deere | 21,903.01 |
| 4/15/19 | Bennett Tueller Johnson & Deere | 18,085.86 |
| 4/30/19 | Bennett Tueller Johnson & Deere | 18,085.86 |
| 5/13/19 | Bennett Tueller Johnson & Deere | 15,477.00 |
| 5/28/19 | Durham Jones Pinegar | 95,000.00 |
| 5/28/19 | Gammage Burnham | 8,402.75 |
| 5/17/19 | Kilpatrick Townsend | 13,225.97 |
| 5/28/19 | Piercy Bowler Taylor & Kern | 50,000.00 |
| 5/24/19 | Prince Yeates | 12,000.00 |
| 5/17/19 | Prince Yeates | 20,000.00 |
| | Total Payments | 478,282.79 |

# SCHEDULE 6

**NOAH CORPORATION**

**LIST OF ENTITIES WHICH THE DEBTOR HAS HAD AN INTEREST**

| Entity Name | Purpose | Existence |
|---|---|---|
| Duo Venues, LLC | Event Management | Currently Exists |
| Gabriel Management Corp. | Construction | Currently Exists |
| Noah Operations Fairview TX, LLC | Event Management | Currently Exists |
| Noah Operations Memphis TN, LLC | Event Management | Currently Exists |
| Noah Operations Kingston TN, LLC | Event Management | Currently Exists |
| Noah Operations San Antonio TX, LLC | Event Management | Currently Exists |
| Noah Operations Morrisville NC, LLC | Event Management | Currently Exists |
| Noah Operations Des Moines IA, LLC | Event Management | Currently Exists |
| Noah Operations Overland Park KS, LLC | Event Management | Currently Exists |
| Noah Operations Irving TX, LLC | Event Management | Currently Exists |
| Noah Operations Albuquerque NM, LLC | Event Management | Currently Exists |
| Noah Operations Chesapeake VA, LLC | Event Management | Currently Exists |
| Noah Operations Omaha NE, LLC | Event Management | Currently Exists |
| Noah Operations Westminster CO, LLC | Event Management | Currently Exists |
| Noah Operations Louisville KY, LLC | Event Management | Currently Exists |
| Noah Operations Auburn Hills MI, LLC | Event Management | Currently Exists |
| Noah Operations Bedford NH, LLC | Event Management | Currently Exists |
| Noah Operations Lincolnshire IL, LLC | Event Management | Currently Exists |
| Noah Operations Dickinson TX, LLC | Event Management | Currently Exists |
| Noah Operations Greenville SC, LLC | Event Management | Currently Exists |
| Noah Operations Fossil Creek TX, LLC | Event Management | Currently Exists |
| Noah Operations High Point NC, LLC | Event Management | Currently Exists |
| Noah Operations Cranberry PA, LLC | Event Management | Currently Exists |
| Noah Operations Katy TX, LLC | Event Management | Currently Exists |
| Noah Operations Plano TX, LLC | Event Management | Currently Exists |
| Noah Operations Lake Mary FL, LLC | Event Management | Currently Exists |
| Noah Operations Mentor OH, LLC | Event Management | Currently Exists |
| Noah Operations Naperville IL, LLC | Event Management | Currently Exists |
| Noah Operations Little Rock AR, LLC | Event Management | Currently Exists |
| Noah Operations Chandler AZ, LLC | Event Management | Currently Exists |
| Noah Operations Richardson TX, LLC | Event Management | Currently Exists |
| Noah Operations Sugar Land TX, LLC | Event Management | Currently Exists |