**This order is SIGNED.**

Dated: June 19, 2019




JOEL T. MARKER
U.S. Bankruptcy Judge

---

Kenneth L. Cannon II (3705) (kcannon@djplaw.com)
Penrod W. Keith (4860) (pkeith@djplaw.com)
**DURHAM JONES & PINEGAR, P.C.**
111 South Main Street, Suite 2400
P O Box 4050
Salt Lake City, UT  84110-4050
Telephone:  (801) 415-3000
Fax:  (801) 415-3500

Proposed Attorneys for Debtor and Debtor in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: <br><br> NOAH OPERATIONS RICHARDSON TX, LLC; NOAH OPERATIONS SUGARLAND TX, LLC; NOAH OPERATIONS CHANDLER AZ, LLC; and NOAH CORPORATION, <br><br> Debtors. | Bankruptcy Case No. 19-23492 <br> Bankruptcy Case No. 19-23571 <br> Bankruptcy Case No. 19-23810 <br> Bankruptcy Case No. 19-23840 <br> (Jointly Administered) <br><br> Chapter 11 <br><br> Honorable Joel T. Marker <br><br> [This Order affects only <u>Noah Corporation</u>] |

**ORDER APPROVING DEBTOR'S APPLICATION PURSUANT TO
SECTION 327(a) OF THE BANKRUPTCY CODE TO RETAIN
AND EMPLOY DURHAM JONES & PINEGAR AS COUNSEL**

The application dated May 31, 2019 (the "<u>Application</u>") of debtor Noah Corporation (the "<u>Debtor</u>") for an Order, authorizing the Debtor's employment of Durham Jones & Pinegar, P.C. ("DJP") as its counsel pursuant to section 327(a) of the Bankruptcy Code, and Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure, came on for hearing.  The Court, having reviewed and considered the Application, the declaration of Kenneth L. Cannon II filed in

SLC_4308162.1

support of the Application, and any objection filed to the Application, having found that notice of the Application is sufficient and that DJP is disinterested, and having made additional findings and conclusions on the record which are by this reference incorporated herein, and good cause appearing therefor, hereby

ORDERS:

1. The Application is granted.

2. The Debtor's employment of DJP for the purposes set forth in the Application is approved, effective as of May 28, 2019, on the terms set forth in the Application.

2. DJP shall be compensated for its services in this case and reimbursed for associated expenses in accordance with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and any future orders of this Court, and all compensation and reimbursement allowed to DJP shall be an administrative expense of this chapter 11 case.

\* \* \* \* **END OF ORDER** \* \* \* \*

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER APPROVING DEBTOR'S APPLICATION PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE TO RETAIN AND EMPLOY DURHAM JONES & PINEGAR AS COUNSEL** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users.

- Ryan C. Cadwallader   rcadwallader@kmclaw.com, tsanders@kmclaw.com
- Steven W. Call   scall@rqn.com, docket@rqn.com
- Kenneth L. Cannon   kcannon@djplaw.com, khughes@djplaw.com
- P. Matthew Cox   bankruptcy_pmc@scmlaw.com
- T. Edward Cundick   tec@clydesnow.com, laardema@clydesnow.com
- Penrod W. Keith   pkeith@djplaw.com, khughes@djplaw.com
- Julie E. Kenworthy   jkenworthy@kmclaw.com
- Reid W. Lambert   rlambert@strongandhanni.com, tlawrence@strongandhanni.com
- John T. Morgan tr   john.t.morgan@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov
- Erik A. Olson   eolson@olsontrial.com
- Shawn T. Richards   srichards@kmclaw.com
- Mark C. Rose   mrose@mbt-law.com, markcroselegal@gmail.com
- Brian M. Rothschild   brothschild@parsonsbehle.com, ecf@parsonsbehle.com
- United States Trustee   USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail** - In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

- *Attached List*

                                                /s/ Penrod W. Keith
                                                Penrod W. Keith

Robert Baker
98 West 550 North
Vineyard, UT 84059

Jeannette Bonin
c/o Charles V. Bonin
133 Washington Street
Morristown, NJ 07960

Julie/Brent Cashin
3008 The Strand
Manhattan Beach, CA 90266

Judi Davenport
3263 Claremont Way
Napa, CA 94558

LaRayne Day
1563 East Spyglass Hill Dr.
Draper, UT 84020

Dan Naylor
2595 East 9900 South
Sandy, UT 84092

Sherrie East
100 N Tryon Street
Charlotte, NC 28255

Victor Grijalva
449 Avalon Lane
Coppell, TX 75019

Guggenheim Retail Real Estate Partners
3000 Internet Boulevard
Frisco, TX 75034

Chris Hoke
1709 Shady Knoll Court
Sewisckley, PA 15143

Elaine Horrocks
1467 Indian Hills Dr
Salt Lake City, UT 84108

Kristin Matthews
4821 SW 35th Place
Portland, OR 97221-3904

Andrew Moyce
1163 Ashmount Avenue
Piedmont, CA 94610

Nancy Neil
2640 West 15090 South
Bluffdale, UT 84065

Robyn Openshaw
8086 Courtyard Loop
Park City, UT 84098

The Real Mint LLC
Attn: Mary Ann Holda
768 Harris Point Dr.
Virginia Beach, VA 23455

Rockwell Debt-Free Properties, Inc.
8494 South 700 East Ste. 200
Sandy, UT 84070

William Hassel Schjelderup
3755 Evelyn Dr.
Salt Lake City, UT 84124

Lorrie Stark
4542 Temple Shadows Dr
Cedar Hills, UT 84062-8669

Doug Sullivan
11648 S Ingot Way
South Jordan, UT 84095

Internal Revenue Service
Centralized Insolvency Operations
P O Box 7346
Philadelphia, PA 19101-7346

Utah State Tax Commission
Taypayer Services Division
Attention: Michelle Riggs
210 North 1950 West
Salt Lake City, UT 84134

Securities & Exchange Commission
Attn: Daniel J. Wadley
351 S. West Temple, Suite 6.100
Salt Lake City, UT 84101

Mark Hashimoto
Piercy Bowler Taylor & Kern
7050 S Union Park Avenue, Ste 140
Midvale, UT 84047

United States Bankruptcy Court
District of Utah

In re:
Noah Corporation
    Debtor

Case No. 19-23840-JTM
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 1088-2     User: djf     Page 1 of 2     Date Rcvd: Jun 19, 2019
                     Form ID: pdfor1     Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.

```
op              +Mark Hashimoto,    Piercy Bowler Taylor & Kern,    7050 South Union Park Avenue, Suite 140,
                  Midvale, UT 84047-4170
                +Securities & Exchange Commission,    Attn: Daniel J. Wadley,    351 S. West Temple, Suite 6.100,
                  Salt Lake City, UT 84101-1908
11319520        +Andrew Moyce,    1163 Ashmount Ave.,    Piedmont, CA 94610-1206
11319573        +Chris Hoke,    1709 Shady Knoll Court,    Sewisckley, PA 15143-8885
11319588        +Dan Naylor,    2595 East 9900 South,    Sandy, UT 84092-5557
11319613        +Doug Sullivan,    11648 S Ingot Way,    South Jordan, UT 84095-7833
11319622        +Elaine Horrocks,    1467 Indian Hills Dr,    Salt Lake City, UT 84108-2411
11319652        +Guggenheim Retail Real Estate Partners,    3000 Internet Boulevard,    Frisco, TX 75034-1991
11319692        +Jeannette Bonin,    c/o Charles V. Bonin,    133 Washington Street,    Morristown, NJ 07960-8625
11319715        +Judi Davenport,    3263 Claremont Way,    Napa, CA 94558-3313
11319717        +Julie/Brent Cashin,    3008 The Strand,    Manhattan Beach, CA 90266-3952
11319733         Kristin Matthews,    4821 SW 33th PL,    Portland, OR  97221-3904
11319735        +LaRayne Day,    1563 East Spyglass Hill Dr.,    Draper, UT 84020-5603
11319754         Lorrie Stark,    4542 Temple Shadows Dr,    Cedar Hills, UT  84062-8669
11319805        +Nancy Neil,    2640 West 15090 South,    Bluffdale, UT 84065-5075
11319879       ++ROCKWELL DEBT FREE PROPERTIES  INC,    8494 S 700 E STE 200,    SANDY UT 84070-0556
                 (address filed with court: Rockwell Debt-Free Properties, Inc.,    8494 South 700 East Ste. 200,
                  Sandy, UT 84070)
11319870        +Robert Baker,    98 West 550 North,    Vineyard, UT 84059-4504
11319878        +Robyn Openshaw,    8086 Courtyard Loop,    Park City, UT 84098-4698
11319904        +Sherrie East,    100 N Tryon Street,    Charlotte, NC 28255-0001
11319986        +The Real Mint LLC,    Attn:  Mary Ann Holda,    768 Harris Point Dr.,
                  Virginia Beach, VA 23455-4721
11320022        +Victor Grijalva,    449 Avalon Lane,    Coppell, TX 75019-7582
11320034        +William Hassel Schjelderup,    3755 Evelyn Dr.,    Salt Lake City, UT 84124-2305
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11319666          E-mail/Text: cio.bncmail@irs.gov Jun 20 2019 02:48:16      Internal Revenue Service,
                  Centralized Insolvency Operations,    P O Box 7346,    Philadelphia, PA  19101-7346
11319879          E-mail/Text: jordan@rockwelltic.com Jun 20 2019 02:47:59
                  Rockwell Debt-Free Properties, Inc.,    8494 South 700 East Ste. 200,    Sandy, UT 84070
11320018         +E-mail/Text: TXBANKRUPT@UTAH.GOV Jun 20 2019 02:47:53      Utah State Tax Commission,
                  Taypayer Services Division,    Attention: Michelle Riggs,    210 North 1950 West,
                  Salt Lake City, UT 84134-9000
                                                                                              TOTAL: 3
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:
```
              Brian M. Rothschild    on behalf of Creditor    Ad Hoc Committee of TIC Owners
               brothschild@parsonsbehle.com, ecf@parsonsbehle.com
              Erik A. Olson    on behalf of Creditor Makena  Herget eolson@olsontrial.com
              Erik A. Olson    on behalf of Creditor Norman  Lee eolson@olsontrial.com
              Erik A. Olson    on behalf of Creditor Anthony  Perricone eolson@olsontrial.com
              Erik A. Olson    on behalf of Creditor    The Thomas Family Trust eolson@olsontrial.com
```

```
District/off: 1088-2         User: djf                Page 2 of 2            Date Rcvd: Jun 19, 2019
                             Form ID: pdfor1          Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Erik A. Olson    on behalf of Creditor    The Moyce Family Trust dated 1989 eolson@olsontrial.com
              Erik A. Olson    on behalf of Creditor    Naylor Investments eolson@olsontrial.com
              Erik A. Olson    on behalf of Creditor Mark  Dryjas eolson@olsontrial.com
              Erik A. Olson    on behalf of Creditor Ivy  Fasko eolson@olsontrial.com
              Erik A. Olson    on behalf of Creditor Thomas  Funk eolson@olsontrial.com
              Erik A. Olson    on behalf of Creditor Ross  Greco eolson@olsontrial.com
              Erik A. Olson    on behalf of Creditor Shawn and Teri  Lund eolson@olsontrial.com
              Erik A. Olson    on behalf of Creditor    Kiran Holdings, LLC eolson@olsontrial.com
              Erik A. Olson    on behalf of Creditor    Real Mint eolson@olsontrial.com
              Erik A. Olson    on behalf of Creditor    The Pamela H. Ramsey Revocable Trust dated July 7, 1995
               eolson@olsontrial.com
              John T. Morgan tr    on behalf of U.S. Trustee    United States Trustee john.t.morgan@usdoj.gov,
               James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov
              Julie E. Kenworthy    on behalf of Creditor    Rockwell Debt Free Properties, Inc.
               jkenworthy@kmclaw.com
              Kenneth L. Cannon, II    on behalf of Debtor    Noah Corporation kcannon@djplaw.com,
               khughes@djplaw.com
              Mark C. Rose    on behalf of Creditor    TIC Owners - Dickinson, TX mrose@mbt-law.com,
               markcroselegal@gmail.com
              P. Matthew Cox    on behalf of Creditor    TIC Owners - Auburn Hills bankruptcy_pmc@scmlaw.com
              Penrod W. Keith    on behalf of Debtor    Noah Corporation pkeith@djplaw.com,  khughes@djplaw.com
              Reid W. Lambert    on behalf of Creditor    Nina D. Johannessen Living Trust
               rlambert@strongandhanni.com,  tlawrence@strongandhanni.com
              Reid W. Lambert    on behalf of Creditor    Maxon-Multiline, LLC rlambert@strongandhanni.com,
               tlawrence@strongandhanni.com
              Reid W. Lambert    on behalf of Creditor Rosa  Ditucci rlambert@strongandhanni.com,
               tlawrence@strongandhanni.com
              Reid W. Lambert    on behalf of Creditor    Voynovich Ventures Ltd. rlambert@strongandhanni.com,
               tlawrence@strongandhanni.com
              Ryan C. Cadwallader    on behalf of Creditor    Rockwell Debt Free Properties, Inc.
               rcadwallader@kmclaw.com,  tsanders@kmclaw.com
              Shawn T. Richards    on behalf of Creditor    Rockwell Debt Free Properties, Inc.
               srichards@kmclaw.com
              Steven W. Call    on behalf of Creditor Linda J. Szurgot scall@rqn.com,  docket@rqn.com
              Steven W. Call    on behalf of Creditor Victor M. Szurgot scall@rqn.com,  docket@rqn.com
              T. Edward Cundick    on behalf of Creditor    Noah Operations Richardson TX, LLC tec@clydesnow.com,
               laardema@clydesnow.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 31
```