# OFFICE OF THE
# UNITED STATES TRUSTEE
# FOR THE DISTRICT OF UTAH

**§341 MEETING MINUTE ENTRY:**

| | |
|---|---|
| Date: | **June 26, 2019** |
| Case Name and Number: | **Noah Corporation** <br> **19-23840-JTM** |
| Debtor Present? | **Yes, appearing through William J. Bowser, president and Mark Hashimoto, CRO.** |
| Debtor's Attorney Present? | **Yes, Kenneth L. Cannon II, Esq., Penrod W. Keith, Esq.** |
| New Address for Debtor? | **No** |
| Creditor's Committee Appointed? | **Yes** |
| Meeting Concluded? | **Yes, Conducted by John T. Morgan, Attorney for the United States Trustee** |
| Creditors Present: | **Harvey Lawrence – representing himself and various TIC owners,** <br> **P. Matthew Cox – attorney for TIC owners,** <br> **Steven W. Call – attorney for TIC owners,** <br> **Tammy B. Georgelas – attorney for Sentinel Sales & Management,** <br> **Reid Lambert – attorney for 5 TIC owners,** <br> **Eric Olsen – attorney for TIC owners,** <br> **Mark Rose – attorney for TIC owners,** <br> **Terri Shinrock for the IRS,** <br> **Keith Call for several TIC owners** <br> **Marsha Kosar for herself** |

DATED: June 28, 2019

Office of the United States Trustee

_____/s/_____
John T. Morgan
Attorney for Patrick S. Layng,
United States Trustee