UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:  Noah Corporation

_____

_____

Debtor(s).

Case No. 19-23840

Chapter 11

Trustee: _____

## AMENDMENT DECLARATION

Please circle or underline amended material where appropriate:

1. PETITION: ☐   REOPENING: Yes ☐ No ☐   CONVERSION (13 to 7): Yes ☐ No ☐
   **When changing debtor's address, please file separate change of address form.**
   **When amending, please submit the changes/additions only!**

2. SCHEDULES: A ☐ B ☑ C ☐ D ☐ E ☑ F ☑ G ☑ H ☐ I ☐ J ☐
   Are you changing the address, amounts, etc., or adding a creditor?
   Changing ☐   Adding ☑ ($30 amendment fee required for D, E, & F; OR ☐ IFP Waiver)

3. AMENDED AMOUNTS/TOTALS OF SCHEDULES: ☑
4. STATEMENT OF AFFAIRS: ☐
5. AMENDED CHAPTER 13 PLAN: ☐

If you have amended schedules D, E, F by adding a creditor, you owe $31.00 amendment fee. Fee attached _____

If schedules D, E, F were amended but no creditors added or adding a listed creditor's attorney, no fee necessary. No fee attached ☐
Reason no fee is attached _____

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added to the schedules/matrix.**
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

I declare under penalty of perjury that the information provided in this attached amendment is true and correct.

_Mark Washington_  8/2/19          _____  _____
Debtor              Date            Debtor                    Date

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)? Yes ☑ No ☐

_____
ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate as follows (please mark the appropriate lines(s)):

☑ 341 Notice to creditors added by this amendment.
☐ Discharge Notice to creditors added by this amendment.
☐ Amended Chapter 13 Plan to all creditors.

8/2/2019                    _____
DATED                       ATTORNEY FOR DEBTOR(S)

Rev 12/16

Fill in this information to identify the case:

Debtor name        Noah Corporation

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)   19-23840

■ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8/2/19          x   _Mark Hashimoto_
                                 Signature of individual signing on behalf of debtor

                                 Mark Hashimoto
                                 Printed name

                                 Chief Restructuring Officer
                                 Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name    Noah Corporation

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    19-23840

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     1a. **Real property:**
       Copy line 88 from *Schedule A/B*..........................................................................    $    0.00

     1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*......................................................................    $    210,589.39

     1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*........................................................................    $    210,589.39

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    0.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    448,013.53

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    33,684,904.25

4.    **Total liabilities** ................................................................................
     Lines 2 + 3a + 3b    $    34,132,917.78

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Noah Corporation

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    19-23840

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                 12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**          Current value of debtor's interest

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:           10,138.00       -               0.00    = ....           $10,138.00
                                   face amount         doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                    $10,138.00
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Noah Corporation
_____      Case number *(If known)*  19-23840
          Name

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:      Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| 42 Coffee Machines (leased) | $0.00 | | $0.00 |

51.    **Total of Part 8.**                                                        | $0.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:      Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Noah Corporation                                              Case number *(If known)*  19-23840
_____
Name

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    Noah Corporation
_____     Case number *(If known)*  19-23840
Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $10,138.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $10,138.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $10,138.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __Noah Corporation__

United States Bankruptcy Court for the: __DISTRICT OF UTAH__

Case number (if known) __19-23840__

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Bauman, Joshua<br>213 Bridge St<br>Presto, PA 15142 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $518.60 | $518.60 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>Bowser, Andrew<br>4820 NE Megan Ln<br>Ankeny, IA 50021 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,853.39 | $2,853.39 |
| | Date or dates debt was incurred<br>5/1/19 to 6/1/19 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address

Cooper, Lindsee
1609 W Salish Way
Nampa, ID 83651

As of the petition filing date, the claim is:  $905.55    $905.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address

Estes, Kathryn
1204 Sadie Dr Apt 1
Bryant, AR 72022

As of the petition filing date, the claim is:  $249.30    $249.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address

Jacobs, Demond
1400 W Armstrong Way
Chandler, AZ 85286-6923

As of the petition filing date, the claim is:  $265.17    $265.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address

Lasseter, Kristi
Apt 6 Julie Drive
Little Rock, AR 72206

As of the petition filing date, the claim is:  $350.33    $350.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 5/1/19 to 6/1/19 | Wages |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,351.37 | $9,351.37 |
|---|---|---|---|---|

**2.7**

Priority creditor's name and mailing address
Lowder, Cory M
2641 West 2175 South
Syracuse, UT 84075

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,351.37    $9,351.37

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.8**

Priority creditor's name and mailing address
Martin, Kala
12600 Marche Road
North Little Rock, AR 72113-9306

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$349.55    $349.55

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9**

Priority creditor's name and mailing address
Nicholls, Jeffrey
3950 E Kroll Ct
Gilbert, AZ 85234-3228

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$12,330.32    $12,330.32

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.10**

Priority creditor's name and mailing address
Nuncio, Robert
4909 Coral Creek
Fort Worth, TX 76135

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,159.62    $5,159.62

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,192.96 | $5,192.96 |
|---|---|---|---|---|

**2.11**

Priority creditor's name and mailing address
Rich, Jesse
3827 E Cunninghill Dr
Eagle Mountain, UT 84005

As of the petition filing date, the claim is:  $5,192.96  $5,192.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12**

Priority creditor's name and mailing address
Ward, Jacqueline
681 McKay Way Apt G
Waterloo, WI 53594

As of the petition filing date, the claim is:  $336.09  $336.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13**

Priority creditor's name and mailing address
Winkle, Christopher A
47 Greenfield Dr
Milford Center, OH 43045-9006

As of the petition filing date, the claim is:  $4,155.64  $4,155.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/19 to 6/1/19

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address
10825 Washington Blvd, LLC
Attn:  Shirley Burke
10825 Washington Blvd.
Culver City, CA 90232

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  TIC Owner-Auburn Hills, Des Moines

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2**

Nonpriority creditor's name and mailing address
111 Pine Street, LLC
Attn:  Holly Madulka
869 Union Street
Manchester, NH 03104

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  TIC Owner-Madison

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

2016 Seshiki Family Trust
Attn: Alan Seshiki
480 Gallian Way
Seal Beach, CA 90740

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Dublin

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

35 Market Street, L.P.
Attn: Charles Bonin
133 Washington Street
Morristown, NJ 07960

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Southpointe

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

A&T Investments and Holdings, Inc.
Vankat Tangirala
1388 Loyola Dr.
Santa Clara, CA 95501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-New Albany

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,806.45

Aaron Hoke
15785 Page Ct
Yorba Linda, CA 92886

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unsecured loan

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Albert & Sharon Cardosa
1804 Blue Jay Drive
Roseville, CA 95661

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Albuquerque

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Albert E. Engel III Trust
11208 Lane Park Road
Tavares, FL 32778

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Louisville

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Alfred Muffoletto, Jr.
418 Ave U, Apt #2
Brooklyn, NY 11223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-High Point

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Noah Corporation | Case number *(if known)* | 19-23840 |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

All for Him Investments, LLC
Attn:  Alan Mauldin
9209 Grandview Dr
Denton, TX 76207-6627

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Chesapeake

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Allen G. Gilmour
2463 NW Shields Drive
Bend, OR 97703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Louisville

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Ambleside Park, Inc.
Attn:  Michael Roberts
P O Box 93
Nottingham, NH 03290

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Jacksonville

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

AmFil Realty, LLC
55 Cliffield Rd
Bedford, NY 10506

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Independence

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Andrew B. Walsh
Sandra L. Walsh
1298 Kings Bottom Dr.
Fort Mill, SC 29715

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Ft. Worth

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Anitha Kancharla
Ravinder Regatte
7 Tryall Blvd.
Monroe Township, NJ 08831

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Blue Ash

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Anne B. Blair Revocable Trust
9 Slippery Rock Road
North Hampton, NH 03862

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Greenville

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.17**

**Nonpriority creditor's name and mailing address**
Anne Davidson Kern
2804 Chimney Hill Rd.
Edmond, OK 73034

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Plano

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.18**

**Nonpriority creditor's name and mailing address**
Anne Sedler
20 Oak Place
Hawthorne, NJ 07506

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No  ☐ Yes

$67,320.00

---

**3.19**

**Nonpriority creditor's name and mailing address**
Ansara Nominee California Trust
Attn:  Marg Ansara
29 Parsons Drive
Swampscott, MA 01907

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Cranberry, Kingston

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.20**

**Nonpriority creditor's name and mailing address**
Anson V. Smith
Genevieve C. Smith
96 Kinsman Road
Grafton, NH 03240

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Cranberry, Jacksonville, Kingston

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.21**

**Nonpriority creditor's name and mailing address**
Anthony Perricone
2343 Neptune Avenue
Encinitas, CA 92024

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No  ☐ Yes

$153,000.00

---

**3.22**

**Nonpriority creditor's name and mailing address**
Antonia C. Garrison-Boufford
7451 Bond St.
Saint Leonard, MD 20685

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Bedford

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.23**

**Nonpriority creditor's name and mailing address**
Appalachian Supply, Inc.
Attn:  Dekoeyer, Mike
4581 Memorial Drive
Saint Johnsbury, VT 05819

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Morrisville

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Aras Capital Co.
Attn: Pat Mazhari
103 Avalon Court
Canton, GA 30115

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** TIC Owner-Omaha

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

ARKY Consulting, LLC
Attn: Carmen Restivo
24-40 160 St.
Whitestone, NY 11357

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** TIC Owner-Louisville

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Arlo S. Webb
Ingrid A. Webb
826 N 1700 W
Lehi, UT 84043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** TIC Owner-Greenville

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Arthur Hunt
Laurie Boswell
P O Box 682
Franconia, NH 03580

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** TIC Owner-Richardson

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

AS 2012 401k Trust
Attn: Ali Sagheb
P O Box 24373
Los Angeles, CA 90034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** TIC Owner-Memphis

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Asay Holdings LLC
Bill & Mary Cae
147 Braim Road
Greenfield Center, NY 12833

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** TIC Owner-Southfield

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

At the Lake Investments, LLC
118 Lakeshore Dr.
Holderness, NH 03245

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** TIC Owner-Blue Ash

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address
Attilio Valente and Terri Valente
1440 W. Alder Road
Taylorsville, UT 84123

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Tulsa

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.32** | Nonpriority creditor's name and mailing address
Aurelia Maribel Dalusung
24139 Ravenna Ave.
Carson, CA 90745

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Morrisville

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.33** | Nonpriority creditor's name and mailing address
Barron, Dana
2633 Lincoln Blvd #215
Santa Monica, CA 90405

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Westminster

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.34** | Nonpriority creditor's name and mailing address
Barry L. Dicley & Shirley E. Dicley
2257 Raleigh Dr.
Lancaster, PA 17601

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Madison

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.35** | Nonpriority creditor's name and mailing address
Blohan, LLC
Jacalynn H. Blouin, Manager
P O Box 94
Saint Albans, VT 05478

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-New Albany

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.36** | Nonpriority creditor's name and mailing address
Blush Property, LLC
Attn:  Linda Camp
P O Box 1168
Mount Dora, FL 32756

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Carmel

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.37** | Nonpriority creditor's name and mailing address
Boli Family Trust
18 Oro Valley Drive
Henderson, NV 89052

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Dublin

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $909.95 |
|---|---|---|---|

Bowser, Mark
6444 Carrington Cir
Sarasota, FL 34238

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unreimbursed Expenses

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,324.57 |
|---|---|---|---|

Bowser, Susanna
7970 Glenwild Dr
Park City, UT 84098

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unreimbursed Expenses

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

BP412, LLC
2991 Creekwood Estates Drive
Blacklick, OH 43004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Independence

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Brian Taylor
1963 Ridgehill Drive
Bountiful, UT 84010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Utah County/Lindon

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Bromberg Trust
4136 Picasso Ave
Woodland Hills, CA 91364

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Independence, Mentor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Bruce I. Rose
Maureen A. Rose
900 Drum Ave.
New Smyrna Beach, FL 32169

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Carmel

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Bruce Rose, Trustee of the Rose Family
Trust dated December 3, 2018
900 Drive Avenue
New Smyrna Beach, FL 32169

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Plano

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Bruce Russell
169 Hindley Ave.
Manatoba, R2M1P9
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Wichita

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Building Platforms Unlimited, LLC
Att: Drapkin
31700 Seaview Road
Cazadero, CA 95421

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Southfield

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Burke, Danny & Louise
P O Box 816
Lincoln, NH 03251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-High Point

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Burris Revocable Living Trust
Burris, Peter and Denise
12403 Aarow Head Rd.
Pine Grove, CA 95665

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Morrisville

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

C. Mark Phillips
M. Robin Phillips
15501 6100 Rd.
Montrose, CO 81403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Mentor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Calva An Ledbetter
4764 Mt. Royal Ave.
San Diego, CA 92117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Charlotte, Memphis

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

CAMAC, Inc.
Attn: James Calinger
823 SW 10th Avenue
Topeka, KS 66612

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Carmel

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.52**

**Nonpriority creditor's name and mailing address**
Carl A. Lillmars Jr.
Donna M. Lillmars
1185 Juanita Circle
Venice, FL 34285

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Chandler, Albuquerque, Dublin

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.53**

**Nonpriority creditor's name and mailing address**
Carriage House Associates of Rye
Attn:  MacKey
24 Alehson Street
Rye, NH 03870

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Southfield

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.54**

**Nonpriority creditor's name and mailing address**
Carroll County Leasing Company
Tom & Makena Herget
17 Cotton Farm Lane
North Hampton, NH 03862

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Bedford, Madison

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.55**

**Nonpriority creditor's name and mailing address**
CAS Investment Company, L.C.
Attn:  Stan Spurrier
4912 Wallace Lane
Holladay, UT 84117

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Greenville

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.56**

**Nonpriority creditor's name and mailing address**
Casciari Revocable Living Trust
9261 Tritt Circle
Villa Park, CA 92861

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Oklahoma City

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.57**

**Nonpriority creditor's name and mailing address**
CCFT Investments LC
2646 Maywood Drive
Salt Lake City, UT 84109

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Utah County/Lindon

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.58**

**Nonpriority creditor's name and mailing address**
Charles Asher
273 Spencer Street
Folsom, CA 95630

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Chandler

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Charles H. Gilliam
Tonya L. Gilliam
4621 94th Street
Lubbock, TX 79424

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Tulsa

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Charlie Jae Lee
c/o Michael Lessack
1553 Lemoine Avenue
Fort Lee, NJ 07024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Auburn Hills

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $74,000.00

Chris Jensen
127 West 5878 South
Murray, UT 84107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Unsecured loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Chris Savard
Reyan Bensason
8364 W. iliff Ave.
Lakewood, CO 80227

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-New Albany

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Christopher C. Fucci
230 West Street
Rutland, VT 05701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Jacksonville, Southfield

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Christopher M. Marseilles
37 Church Street, #7
Keene, NH 03431

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Albuquerque

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Claire A. Harrington
375 Flat Mountain Road
Highlands, NC 28741

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-South Jordan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.66**

Nonpriority creditor's name and mailing address
Clifford G. Ansara
65 Mountwood Road
Swampscott, MA 01907

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TIC Owner-Auburn Hills, Kingston

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.67**

Nonpriority creditor's name and mailing address
Columbia Gas
290 W Nationwide Blvd 5th Flr
Bankruptcy Dept
Columbus, OH 43215-4157

Date(s) debt was incurred _
Last 4 digits of account number  0007

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.68**

Nonpriority creditor's name and mailing address
Craig A. Cousins
12308 Icarus Lane
Poway, CA 92064

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TIC Owner-Bedford, Chandler, Dublin, Plano

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.69**

Nonpriority creditor's name and mailing address
Cromapts, LLC
Attn:  Peter Cromarty
2278 S Ocean Blvd.
Palm Beach, FL 33480

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TIC Owner-Auburn Hills

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.70**

Nonpriority creditor's name and mailing address
Cynthia A. Wolz
9803 Texas Highway 242, Ste. 200
Box 134
Conroe, TX 77385

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TIC Owner-Plano

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.71**

Nonpriority creditor's name and mailing address
Dale Ziegenfelder
Diana Ziegenfelder
P O Box 254
Glenford, NY 12433

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TIC Owner-Charlotte

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.72**

Nonpriority creditor's name and mailing address
Dan G. Haskell
55 North New Saddle Drive
P O Box 229
Stockton, UT 84071-0229

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TIC Owner-Mentor

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|--------|------------------|------------------------|----------|
| | Name | | |

---

**3.73** | **Nonpriority creditor's name and mailing address**
Dana L. Winchester
74 Kaufman Drive
Peterborough, NH 03458

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Tulsa

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.74** | **Nonpriority creditor's name and mailing address**
Daniel J. Dion Revocable Trust
153 Horizon Drive
Goffstown, NH 03045

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Tulsa

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.75** | **Nonpriority creditor's name and mailing address**
Daniel P. & Kaitlin E. Maney
17406 NE 123rd Street
Kearney, MO 64060

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Greenville

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.76** | **Nonpriority creditor's name and mailing address**
Darryl B. Fullam
Carla B. Fullam
577 Edwards Road
Columbus, NC 28722

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Charlotte

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.77** | **Nonpriority creditor's name and mailing address**
David A. Burger
Marilyn M. Burger
1600 N. Wood Avenue
Marshfield, WI 54449

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Carmel

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.78** | **Nonpriority creditor's name and mailing address**
David C. Dion
Charlotte M. Dion
46 Pasture Road
Auburn, NH 03032

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Greenville

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.79** | **Nonpriority creditor's name and mailing address**
David E. Osvog
6480 Windhollow Court
Parker, CO 80134

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Hoover

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.80**

**Nonpriority creditor's name and mailing address**
David P. Every
561 Easton Valley Road
Easton, NH 03580

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-New Albany

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.81**

**Nonpriority creditor's name and mailing address**
Dennis Dupray
1801 Belvedere St.
Golden, CO 80401

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Richardson

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.82**

**Nonpriority creditor's name and mailing address**
Dennis G. Bengtson
1502 Turnberry Ln SE
Bolivia, NC 28422

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Tulsa

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.83**

**Nonpriority creditor's name and mailing address**
Diane Cary
155 Rosebay Dr. #5
Encinitas, CA 92024

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Albuquerque

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.84**

**Nonpriority creditor's name and mailing address**
Dominic P. Orgettas
129 Pearl Street
Burlington, MA 01803

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Madison

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.85**

**Nonpriority creditor's name and mailing address**
Dominion Virginia Power
P O Box 26666
18th Floor
Richmond, VA 23261-6666

**Date(s) debt was incurred** _

**Last 4 digits of account number** 7034

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ■ No ☐ Yes

$1,417.05

---

**3.86**

**Nonpriority creditor's name and mailing address**
Donald C. Pierson
Rosemarie Tornell Pierson
130 California Quarry Rd
Woodstock, NY 12498

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Albuquerque

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|--------|------------------|------------------------|----------|
| | Name | | |

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|------|---|---|---|
| | Donald Lang<br>1643 Beacon Street, Suite 22<br>Waban, MA 02468 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** TIC Owner-Des Moines | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|------|---|---|---|
| | Donald P. Smith<br>Rosemary B. Smith<br>21145 Via Colombard<br>Sonoma, CA 95476 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** TIC Owner-Toledo | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|------|---|---|---|
| | Donald R. Fraser<br>Cheryl McMahon Fraser<br>2 Cedar St.<br>Marblehead, MA 01945 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** TIC Owner-Overland Park | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|------|---|---|---|
| | Double T-Des Moines, LLC<br>Attn: Todd Thacker<br>P O Box 281<br>Jensen, UT 84035 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** TIC Owner-Des Moines | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|------|---|---|---|
| | Douglas S. Peterson<br>4036 S. 900 W.<br>Riverdale, UT 84405 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** TIC Owner-Westminster | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|------|---|---|---|
| | Dr. P.M. Corp.<br>Attn: Pat Mazhari<br>103 Avalon Court<br>Canton, GA 30115 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** TIC Owner-Madison | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|------|---|---|---|
| | Dryjas Holdings, LLC<br>Attn: Mark Dryjas<br>P O Box 533<br>Glen, NH 03838 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** TIC Owner-High Point | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
E & H Jackson, LLC
Attn:  Tiberich & Emilia
2652 Cropsey Ave, Apt #8F
Brooklyn, NY 11214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  TIC Owner-Jacksonville

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
EC9 Holdings, LLC
Attn:  Grace Weis
3948 3rd St S #134
Jacksonville Beach, FL 32250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  TIC Owner-Dublin

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Eduardo B.V. da Silveira
435 Willow Glen Way
San Jose, CA 95125

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  TIC Owner-Madison

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Edward A. Hennessey 2001
  Revocable Living Trust
58 West Elm Street
Littleton, NH 03561

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  TIC Owner-Carmel

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Eldridge Holdings TOO LLC
Attn:  Morgan Powell
777 West End Ave, 7A
New York, NY 10025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  TIC Owner-Plano, Westminster, Morrisville

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Elizabeth R. Fischer
P O Box 1037
Dover, NH 03821

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  TIC Owner-Bedford, Carmel

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
Elizabeth W. Bradley
2121 N Frontage Road, #259
Vail, CO 81657

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  TIC Owner-Chesapeake, Dickinson, Madison

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.101**

**Nonpriority creditor's name and mailing address**
Elk Air Conditioning, Inc.
75 Billott Avenue
North Huntingdon, PA 15642

**Date(s) debt was incurred** 4/1/19

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

Is the claim subject to offset? ■ No ☐ Yes

$325.00

---

**3.102**

**Nonpriority creditor's name and mailing address**
Elva Jo Edwards
5155 W Quincy Ave. G108
Denver, CO 80236

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Charlotte

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.103**

**Nonpriority creditor's name and mailing address**
Equity Trust Company Custodian
FBO John Croft IRA
P O Box 451340
Westlake, OH 44145

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Albuquerque

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.104**

**Nonpriority creditor's name and mailing address**
Esterhill Boat Service Corporation
Attn:  Bob  Every
561 Easton Valley Road
Franconia, NH 03580

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Dickinson, High Point

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.105**

**Nonpriority creditor's name and mailing address**
Eugene M. Spiritus
Susan F. Spiritus
9 DOMANI Drive
Newport Coast, CA 92657

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Jacksonville

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.106**

**Nonpriority creditor's name and mailing address**
Expo Land Corp
Attn:  John Grasso
7405 Chouder Lane
Wake Forest, NC 27587

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Charlotte, Chesapeake

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.107**

**Nonpriority creditor's name and mailing address**
Fanny Peters
56 Tibbetts Road
Yonkers, NY 10705

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Greenville, Omaha

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Fisher Investments Family Ltd. Partnersh
6467 S 1850 E
Ogden, UT 84405-9704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Tulsa

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Floyd Tarbet
207 East 8135 South
Sandy, UT 84070-0304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Utah County/Lindon

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Four Brothers Plus One, Inc.
Attn: Ken Royal
96 Ashworth Avenue
Hampton, NH 03842

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Cranberry, Memphis

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Frank & Sally Irrevocable Trust
1343 6th St.
Turtle Lake, ND 58575

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Blue Ash

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Franklin W. Krause
P O Box 79
Hermosa, SD 57744

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-New Albany, South Jordan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Frederic Jay Gregory
1117 Washington St
Lineville, IA 50147-2021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Chesapeake

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Gables Investments, LLC
Attn: Terry & Patricia Holt
1340 Asturia Avenue
Coral Gables, FL 33134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Greenville

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Gangwer, Jesse & June
Town and Campus, Inc.
105 Perkins Road
Madbury, NH 03823

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Plano

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,365.91

Gardner, Hayley
4646 W Serendipity Way
South Jordan, UT 84009

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Unreimbursed Expenses

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Gary R. Neil
P O Box 730
Quechee, VT 05059

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Independence

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Gator I Properties, Inc.
P O Box 63879
Philadelphia, PA 19147

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Tulsa

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Gertraude Winkler
7021 San Bartolo Street
Carlsbad, CA 92011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Independence

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Glen & Deanna Davis
920 9th St.
West Babylon, NY 11704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Richardson

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Glenn A Smith Family Intervivos & Revoca
5930 W. 10400 N.
Elwood, UT 84337

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Madison

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number *(if known)* | 19-23840 |
|---|---|---|---|
| | Name | | |

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Gloucester Medical Real Estate Holdings
319 West Washington Avenue
Du Bois, PA 15801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Hoover

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Goffstown Horizon Properties, LLC
Attn: Daniel Dion
153 Horizon Drive
Goffstown, NH 03045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Tulsa

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Green Acre Woodlands, Inc.
Attn: Charles Bonin
133 Washington Street
Morristown, NJ 07960

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Southfield

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Gregory Cloutier
80A Elm Street
Lancaster, NH 03584

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Cranberry

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Gregory D. Robinson
Susan P. Robinson
P O Box 64379
Colorado Springs, CO 80962

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Cranberry

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,356,872.00 |
|---|---|---|---|

Guggenheim Retail Real Estate Partners
3000 Internet Boulevard, Suite 570
Frisco, TX 75034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unsecured loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Guy P. Randazzo

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Oklahoma City

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.129** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Gyula Molnar
4644 Hayvenhurst Ave
Encino, CA 91436

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** TIC Owner-Mentor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Hamilton, Curtis
940 Tanglewood Ct.
Twin Falls, ID 83301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** TIC Owner-Morrisville

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Harvey A. Paul
17 Pleasant Street
South Berwick, ME 03908

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** TIC Owner-Toledo

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Heather H. Thomas
107 Champion Street
Steilacoom, WA 98388

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** TIC Owner-Chandler, Louisville, Omaha

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Henry Noahs Dublin LLC
Attn: Richard Abraham
33 Fairview Avenue
Tarrytown, NY 10591

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** TIC Owner-Dublin

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Henryk Sarat
1037 Washington
San Francisco, CA 94108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** TIC Owner-Dublin

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Herbert Wiehl
Ursula Wiehl
2045 Cornell Pl.
Port Orange, FL 32128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** TIC Owner-Albuquerque

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.136** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Historic Spicer, LLC
Attn:  John Van Sciver
2449 E 14th Ave.
Denver, CO 80206

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Blue Ash

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Hoi Yuk Choi
Attn:  Carol Choi
761 E. 10 S.
American Fork, UT 84003

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Des Moines

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Homes Development Corporation
Attn:  John Esserian
23 A, Adams Street
Burlington, MA 01803

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Overland Park, Hoover

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Horizon Management, LLC
Attn:  Peter Cammann
P O Box 293
Shelburne, VT 05482

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Chesapeake, High Point, New Albany

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

INVYNC, LLC
Attn:  Senthil Ranganathan/Vallie Muruges
12 Sequioa Dr.
Dayton, NJ 08810

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Sugarland

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

IPL Realty, LLC
Attn:  Brian MacKenzie
246 Birch Acres Rd.
New London, NH 03257

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Albuquerque

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

IRA Services Trust Company
CFBO Gertraude Winkler IRA787292
P O Box 7080
San Carlos, CA 94070

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Mentor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.143** | **Nonpriority creditor's name and mailing address**
IRA Services Trust Company
CFBO Jon R. Addison IRA336178
1160 Industrial Rd., Suite 1
San Carlos, CA 94070

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                                 $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Auburn Hills

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address**
IRA Services Trust Company
CFBO Arthur R. Roso 506916
San Carlos, CA 94070

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                                 $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Dickinson

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address**
IRA Services Trust Company
CFBO Louis Duane Blakeslee, IRA 738761
P O Box 7080
San Carlos, CA 94070

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                                 $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Louisville, Overland Park

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address**
Isabella Fiore
2278 East One Street
Brooklyn, NY 11223

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                                 $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Albuquerque, Auburn Hills

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address**
Ivy Fasko
112 Quarry View Dr.
Morgantown, PA 19543-8949

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                            $102,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unsecured loan
TIC Owner-Dublin

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address**
J & J Real Estate Investments, LLC
4549 North County Road, 400 East
Pittsboro, IN 46167

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                                 $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Plano

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address**
J.W. Richen Trust
3521 Jackdaw St.
San Diego, CA 92103

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                                                 $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Carmel, Tulsa

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jack's Custom Works**
Attn: Jack Addison
PO Box 2111
Sisters, OR 97759

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-High Point

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jacqueline L. Gardiner**
2803 Sancho Panza Ct.
Punta Gorda, FL 33950

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Greenville

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James A. Sheridan**
Brigid P. Sheridan
28 Thicket
Irvine, CA 92614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Madison, Omaha

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James D. & Elizabeth A. Senn**
3517 Nazareth Lane
Rapid City, SD 57703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Des Moines

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Janet R. Parsons**
20 Skyview Drive
Greenland, NH 03840

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Bedford

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jarvis B. Rasmussen**
2642 Wallace Way
Lehi, UT 84043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Tulsa

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jason M. Boynton**
10929 AP Hill CT
Bristow, VA 20136

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Overland Park

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.157** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
---

JDB Holdings, LLC
14 Goss Road
North Hampton, NH 03862

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Westminster

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Jean M. Bonetti
22 Concord Lane
Uxbridge, MA 01569

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Independence

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Jean Pierre Samson
10424 Orange Ave.
South Gate, CA 90280

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Dublin

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Jeanne Jackson Exempt Trust
10272 Foothills Highway
Longmont, CO 80503

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Dickinson

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Jeffrey R. Dickerson
Gayla R. Nicholson
PO Box 947
Livingston, MT 59047

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Morrisville

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Jen-Scot, Inc.
Attn: Norm Ramsey
P O Box 632
New Castle, NH 03854

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Des Moines

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $88,283.36

Jensen, Scott
127 West 5878 South
Murray, UT 84107

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unreimbursed Expenses

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.164**

**Nonpriority creditor's name and mailing address**
Jill Hanna-Gore
435 Olive St.
Chico, CA 95928

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _TIC Owner-Oklahoma City_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.165**

**Nonpriority creditor's name and mailing address**
Jim Dunlop
96112 Lanceford Lane
Fernandina Beach, FL 32034

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Unsecured loan_

Is the claim subject to offset? ■ No ☐ Yes

$102,000.00

---

**3.166**

**Nonpriority creditor's name and mailing address**
JK Alarm
P O Box 15767
Phoenix, AZ 85060

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$79.74

---

**3.167**

**Nonpriority creditor's name and mailing address**
John A. Eddy
Laura C. Eddy
413 Walnut St. #5401
Green Cove Springs, FL 32043

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _TIC Owner-Morrisville_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.168**

**Nonpriority creditor's name and mailing address**
John D. Hamrick
Mary J. O'Toole
2103 Saint Johnsbury Road
Littleton, NH 03561

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _TIC Owner-Bedford_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.169**

**Nonpriority creditor's name and mailing address**
John Michael Lalli III
2569 West 2nd Street
Brooklyn, NY 11223

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _TIC Owner-Albuquerque, Dublin_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.170**

**Nonpriority creditor's name and mailing address**
John Mongiello
Margaret Mongiello
21 Point Breeze Road
Wolfeboro, NH 03894

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _TIC Owner-Bedford_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

**3.171** | Nonpriority creditor's name and mailing address
John N. Pikulin Revocable Trust
221 Bridge Street
New Cumberland, PA 17070

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TIC Owner-Overland Park, Oklahoma City

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address
John R. Walker
Virginia V. Walker
P O Box 542814
Merritt Island, FL 32952

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TIC Owner-Kingston

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address
John Sumner
454 N Stein Way
Layton, UT 84040

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TIC Owner-Utah County/Lindon

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address
John T. Halloran
Patricia C. Halloran
1471 Appian Drive
Punta Gorda, FL 33950

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TIC Owner-Kingston

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address
John T. Halloran Revocable Trust
Attn:  John & Patricia
1471 Appian Drive
Punta Gorda, FL 33950

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TIC Owner-Greenville

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address
John Thomas Barnett
Patricia A. Barnett
2900 Jeff Myers Circle
Sarasota, FL 34240

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TIC Owner-Plano

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address
John V. Phillips
Karleen L. Phillips
1550 NW Marjo Lane
McMinnville, OR 97128

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TIC Owner-Blue Ash

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

**3.178**

Nonpriority creditor's name and mailing address
John W. Vansciver
2449 E 14th Ave
Denver, CO 80206

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TIC Owner-Albuquerque, Madison

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.179**

Nonpriority creditor's name and mailing address
Jon C. Parise
Michelle L. Parise
710 Arbor Dr.
San Leandro, CA 94577

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TIC Owner-Blue Ash

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.180**

Nonpriority creditor's name and mailing address
Joseph and Grace Zambito Family Trust
151-51 23rd Avenue
Whitestone, NY 11357

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TIC Owner-Independence

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.181**

Nonpriority creditor's name and mailing address
Josie Addamo
Barney J. Addamo
4715 Chase Court
Carlsbad, CA 92010

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TIC Owner-Jacksonville

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.182**

Nonpriority creditor's name and mailing address
Joy Venture, LLC
PO Box 233
Paisley, FL 32767

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TIC Owner-Overland Park

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.183**

Nonpriority creditor's name and mailing address
Judith T. Spang Revocable Trust
55 Wiswall Road
Durham, NH 03824

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TIC Owner-Southfield

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.184**

Nonpriority creditor's name and mailing address
K. Boyd Rasmussen
Jetta Marie Rasmussen
5959 W. 10100 N.
Highland, UT 84003

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TIC Owner-Southfield, Louisville

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Karen A. Wagner
79 Highland Ave
Northfield, VT 05663

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: TIC Owner-Ft. Worth, Madison

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Katherine Haglund
P O Box 531028
Henderson, NV 89053

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: TIC Owner-Chandler

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Kathie Muhler Revocable Trust
851 Burlway Road, Suite 600
Burlingame, CA 94010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: TIC Owner-Westminster

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Kathy L. Chan
114 Mackenzie Lane South
Denville, NJ 07834

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: TIC Owner-Madison

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,437.00 |
|---|---|---|---|

KCC Service
2716 Grassland Dr.
Louisville, KY 40299

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Keith E. King
P O Box 403
Pleasant Grove, UT 84062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: TIC Owner-Mentor, Westminster

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Kelly G. Bayles
Vicky E. Bayles
P O Box 493
Green River, UT 84525-0493

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: TIC Owner-Memphis

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.192**

**Nonpriority creditor's name and mailing address**
Kenneth Wilson
57 Union St. E., Unit 705
Waterloo, Ontario N2J1B9
CANADA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Southfield

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.193**

**Nonpriority creditor's name and mailing address**
Kent S. Seymour and Donna G. Seymour Fam
24 Eagle Drive
Novato, CA 94949

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Westminster

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.194**

**Nonpriority creditor's name and mailing address**
Kiran Holdings, LLC
10213 Blackstock Road
Huntersville, NC 28078

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Oklahoma City

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.195**

**Nonpriority creditor's name and mailing address**
Kristen Lindsay
P O Box 182
Orem, UT 84059

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Omaha

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.196**

**Nonpriority creditor's name and mailing address**
Kyle P. Kennedy & MJK Trust
Marilyn Kennedy, Trustee
2567 Holly Manor Dr.
Falls Church, VA 22043

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Greenville

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.197**

**Nonpriority creditor's name and mailing address**
Larry Bucciarelli, LLC
Ellen Bucciarelli, LLC
P O Box 622
Palisades, NY 10964

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Morrisville

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.198**

**Nonpriority creditor's name and mailing address**
Larry J. Sturgeon 2008 Trust
Larry J. Sturgein, Trustee
7036 Via Valverde
San Jose, CA 95135

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Memphis

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.199** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Lavender Creek LLC
Attn:  Valerie Sharp
5966 Dunegal Ct.
Agoura Hills, CA 91301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  TIC Owner-Louisville

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Law Family Trust
9981 Wildwood Way
Villa Park, CA 92861

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  TIC Owner-Oklahoma City

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Lawrence & Sherry Kelley
18 Perkins Road
Rutland, VT 05701-4614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  TIC Owner-Ft. Worth, South Jordan

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Lawrence H. Talbot
Russell M. Talbot
2708 Virginia Street
Berkeley, CA 94709

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  TIC Owner-Bedford, Dublin

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Lazy Pines Enterprises, Inc.
Attn:  Ray Cowan
31 Auburn Street
Concord, NH 03301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  TIC Owner-Chandler

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Ledgewood/Hillsborough Realty Group, LLC
P O Box 543
Londonderry, NH 03053

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  TIC Owner-Fairview

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Lee & Lamont Realty
Attn:  Steve Lamont
40 West St. Ste 10
Vernon Rockville, CT 06066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  TIC Owner-Omaha

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.206**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Lee Revocable Trust | ☐ Contingent | |
| c/o Justin Lee | ☐ Unliquidated | |
| 90 Emerson Street, Apt #3 | ☐ Disputed | |
| Boston, MA 02127 | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** TIC Owner-Omaha | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.207**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Leo A. Nicholes | ☐ Contingent | |
| Cheryl D. Nicholes | ☐ Unliquidated | |
| 313 S Racetrack Road | ☐ Disputed | |
| Anaconda, MT 59701 | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** TIC Owner-Charlotte | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.208**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Lesley Marquis | ☐ Contingent | |
| P O Box 10627 | ☐ Unliquidated | |
| Newbury, NH 03255 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** TIC Owner-Omaha | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.209**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Liem Quang Le | ☐ Contingent | |
| P O Box 440123 | ☐ Unliquidated | |
| Saint Louis, MO 63144 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** TIC Owner-Jacksonville | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.210**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Lisa A. Storey Revocable Living | ☐ Contingent | |
| Trust of 2013 | ☐ Unliquidated | |
| 90 Fern Way | ☐ Disputed | |
| Chimacum, WA 98325 | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** TIC Owner-Tulsa | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.211**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67,320.00 |
|---|---|---|
| Lisa Perkowski | ☐ Contingent | |
| 44 North Finley Avenue | ☐ Unliquidated | |
| Basking Ridge, NJ 07920 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Unsecured loan | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.212**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Lonni G. Thorpe, L.C. | ☐ Contingent | |
| P O Box 71187 | ☐ Unliquidated | |
| Salt Lake City, UT 84171-0187 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** TIC Owner-Dickinson | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.213** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Lou and Sharon Blakeslee
12502 NE 107th Ave
Vancouver, WA 98662

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  TIC Owner-Louisville

Is the claim subject to offset? ■ No ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Louise B. Burke 1991 Trust
Attn:  Louise Burke
P O Box 816
Lincoln, NH 03251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  TIC Owner-Bedford, Kingston

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Luann Properties, LLC
Attn:  Jeremy Hess
2795 Jodeco Dr.
Jonesboro, GA 30236

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  TIC Owner-Toledo, High Point

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Lundahl Cold Storage, L.L.C.
2005 N 600 W Ste C
Logan, UT 84321

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  TIC Owner-Louisville

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Lynn E. Gregory
521 Oakmont Court
Arnold, MD 21012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  TIC Owner-Chesapeake, Greenville

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Marcel Francis Lamaze
110 Fiske Street
Pacific Palisades, CA 90272

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  TIC Owner-Kingston

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Marcia & Michael E. Kosar
2386 Vassar Dr.
Boulder, CO 80305

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  TIC Owner-Omaha, Des Moines, Wichita

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.220** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
Marcia Kosar
2386 Vassar Dr.
Boulder, CO 80305

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: TIC Owner-Chandler, Richardson

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.221** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
Margaret Ansara
29 Parsons Dr.
Swampscott, MA 01907

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: TIC Owner-Richardson

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.222** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
Marianne B. Hendrickson
3001 N.E. 47th Ct, #313
Fort Lauderdale, FL 33308

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: TIC Owner-Overland Park

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.223** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
Marie A. Aleman Revocable Trust
105 Emily Way
West Hartford, CT 06107

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: TIC Owner-Madison

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.224** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
Mark E. & Susan M. Dunlap
PO Box 1288
Evergreen, CO 80437

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: TIC Owner-Louisville

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.225** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
Mark E. Tipton
Dawn L. Tipton
P O Box 3901
Rancho Santa Fe, CA 92067

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: TIC Owner-Oklahoma City

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.226** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
Martha Lambert (Jordan)
302 Waverly Wood
Helena, AR 72342

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: TIC Owner-Ft. Worth

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.227** | Nonpriority creditor's name and mailing address

Mary Beth Parke Trust
622 S Frontier Ct
Anaheim, CA 92807

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TIC Owner-Oklahoma City

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.228** | Nonpriority creditor's name and mailing address

Mary J. O'Toole
2103 St. Johnsbury Rd.
Littleton, NH 03561

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TIC Owner-Dickinson

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.229** | Nonpriority creditor's name and mailing address

Mary Jo Sleeper
109 Sommerfield Ave.
South Burlington, VT 05403

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TIC Owner-Tulsa

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.230** | Nonpriority creditor's name and mailing address

Matthew Francom
602 West Mountain View Road
Lehi, UT 84043

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

$265,000.00

---

**3.231** | Nonpriority creditor's name and mailing address

Maxon-Multiline, LLC
Timothy & Prue Maxon
P O Box 1495
Sorrento, FL 32776

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TIC Owner-Independence

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.232** | Nonpriority creditor's name and mailing address

McNaughton Properties East, LLC
Attn:  Hi McNaughton
1151 Pine Circle
Heber City, UT 84032

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TIC Owner-Madison

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.233** | Nonpriority creditor's name and mailing address

MDB VENTURES LLC
Attn:  Mark D. Bouzianis
37 Bassett Lane
Newfields, NH 03586

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TIC Owner-Westminster

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.234** | Nonpriority creditor's name and mailing address
Melvin Hayes
5902 S Croft Ave.
Los Angeles, CA 90056

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Blue Ash

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.235** | Nonpriority creditor's name and mailing address
Memorial RE Investments 1
Attn:  Morgan Powell
777 West End Ave, 7A
New York, NY 10025

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Bedford, Louisville

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.236** | Nonpriority creditor's name and mailing address
Meredith Asher
1346 Lillian Ave.
San Leandro, CA 94578

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Chandler

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.237** | Nonpriority creditor's name and mailing address
Merle L. Steinman Jr.
19822 28th Ave. West
Lynnwood, WA 98036

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Dublin

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.238** | Nonpriority creditor's name and mailing address
Merny Schwartz & Isabel Schwartz
101 Ocean Parkway, Apt. 6A
Brooklyn, NY 11218

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Madison, New Albany

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.239** | Nonpriority creditor's name and mailing address
Michael C. Yarnell
Rosanna L. Yarnell
208 High Brook Rd.
Thornton, NH 03285

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Madison

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.240** | Nonpriority creditor's name and mailing address
Michael D. Eddy
P O Box 63
Franconia, NH 03580

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Bedford, Richardson

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.241** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Michael DeGiacomo and
Linda DiGiacomo Revocable Trust
13985 Skyline Blvd.
Oakland, CA 94619

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** TIC Owner-Dublin, Mentor

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Michael E. Tate
1218 W. Cambridge St.
Livingston, MT 59047

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** TIC Owner-Omaha

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Mike & Cheryl Hart
9A Lafayette Road
North Hampton, NH 03862

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** TIC Owner-Richardson

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Mike Watt
5500 Stone Canon Ranch
Castle Rock, CO 80104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** TIC Owner-Katy

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Minnie E. Scott
3931 Avenida Brisa
Rancho Santa Fe, CA 92091

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** TIC Owner-Overland Park

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

MLF Holdings, LLC
Attn:  Mark Fields
14175 W Indian School Rd. B-4 432
Goodyear, AZ 85395

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** TIC Owner-Kingston

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

MMP Investments of Oregon, LLC
Attn:  Malik Pirani
P O Box 28526
Portland, OR 97228

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** TIC Owner-Greenville

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.248**

**Nonpriority creditor's name and mailing address**
Mountain View Mobile Home Community, LLC
1550 NW Marjo Lane
McMinnville, OR 97128

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Blue Ash

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.249**

**Nonpriority creditor's name and mailing address**
MSE IRA LLC
Attn:  Martin Edwards
2433 Saranac Court
Glenview, IL 60026

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Louisville

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.250**

**Nonpriority creditor's name and mailing address**
MT. Rose Mortgage Co., Inc.
Attn:  Wayne Leavitt
2693 North 1200 East
Lehi, UT 84043

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Madison

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.251**

**Nonpriority creditor's name and mailing address**
Myron and Sherry Tippett
1 Briarwood Circle
Pecos, TX 79772

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Blue Ash

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.252**

**Nonpriority creditor's name and mailing address**
Nanci G. Cirone
69 Sunset Rock Road
Lebanon, NH 03766-2007

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Richardson

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.253**

**Nonpriority creditor's name and mailing address**
Ned L. Miller and Cindy B. Miller Family
480 N. 400 E.
Providence, UT 84332

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Oklahoma City

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.254**

**Nonpriority creditor's name and mailing address**
Neffo T. Cappuccio
Raffaele A. Cappuccio
100 Dale Street
Revere, MA 02151

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Tulsa

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Nerber, Douglas
21 Fox Run Ln.
South Burlington, VT 05403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Overland Park

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

New Direction, Inc FBO Nancy Pierce IRA
1070 W. Century Drive Suite 101
Louisville, CO 80027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Ft. Worth

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

New Direction, Inc FBO Patrica Wells IRA
203 Blue Sky Court
Columbia, MO 65203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Ft. Worth

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Newburyport Press, Inc.
Attn:  David Brown
46 Cottage Road
Newbury, MA 01951

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Wichita

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Nina D. Johannessen Living Trust
u/d/t 01/29/2018
577 Partridge Lake Road
Littleton, NH 03580

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Jacksonville

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Noah Rockwell LLC
Attn:  Mary Seto
334 Broome St, Apt 7
New York, NY 10002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Westminster

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Noreen DeAngeles
2215 El Arbolita Drive
Glendale, CA 91208

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Kingston

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.262**

**Nonpriority creditor's name and mailing address**
Norman A. Lee & Lillian C. Lee
175 Larchmont Court
Merritt Island, FL 32952

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Kingston, Richardson

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.263**

**Nonpriority creditor's name and mailing address**
Norman L. Merritt, Jr.
Armenay Faye Merritt
240 Central Park South, #11D
New York, NY 10019

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Independence, Toledo

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.264**

**Nonpriority creditor's name and mailing address**
Norman Lee
175 Larchmont Court
Merritt Island, FL 32952

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No  ☐ Yes

$153,000.00

---

**3.265**

**Nonpriority creditor's name and mailing address**
Nuncio, Robert
4909 Coral Creek
Fort Worth, TX 76135

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unreimbursed Expenses

Is the claim subject to offset? ■ No  ☐ Yes

$290.31

---

**3.266**

**Nonpriority creditor's name and mailing address**
Oak Hill Management, Inc.
PO Box 405
Saxtons River, VT 05154

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Toledo

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.267**

**Nonpriority creditor's name and mailing address**
P & S Faulk Trust
279 E. 2600 N.
Lehi, UT 84043

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Blue Ash

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.268**

**Nonpriority creditor's name and mailing address**
Pamela and Norm Ramsey
P O Box 306
New Castle, NH 03854

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No  ☐ Yes

$102,000.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 3.269 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Pamela J. Troyer<br>55 Sargent Street<br>Winthrop, MA 02152 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** TIC Owner-Morrisville | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.270 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Parivash Mazhari<br>103 Avalon Court<br>Canton, GA 30115 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** TIC Owner-Des Moines | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.271 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Parke Family Revocable Trust<br>8765 E Garden View Drive<br>Anaheim, CA 92808 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** TIC Owner-Oklahoma City | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.272 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Paul Banks and Eileen Gabriel<br>65 W Castor Place<br>Staten Island, NY 10312 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** TIC Owner-Charlotte | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.273 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Paul E. Frascoia Living Trust<br>6770 Indian Creek Drive, Apt PH-G<br>Miami Beach, FL 33141 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** TIC Owner- Charlotte, Memphis | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.274 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Paul J. Cattin and Vickie Lee Cattin<br>Co-Trustees of the Cattin Trust<br>4359 Toyon Cir.<br>La Verne, CA 91750 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** TIC Owner-Blue Ash | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.275 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Paul S. Humphreys<br>14 Albin Road<br>Bow, NH 03304 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** TIC Owner-Bedford | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.276**

**Nonpriority creditor's name and mailing address**
Paul Terry
P O Box 186
Fillmore, UT 84631

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Utah County/Lindon

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.277**

**Nonpriority creditor's name and mailing address**
Peter Cromarty
2278 S Ocean Blvd.
Palm Beach, FL 33480

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Albuquerque

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.278**

**Nonpriority creditor's name and mailing address**
Peter J. Maney
153 Rainbow Dr.
Livingston, TX 77399

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Morrisville

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.279**

**Nonpriority creditor's name and mailing address**
Peter Marcalus
125 Mandigo Avenue
Oakland, NJ 07436

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

$67,320.00

---

**3.280**

**Nonpriority creditor's name and mailing address**
Petersen Lake Hill Ranch, LP
Attn:  Dave Petersen
P O Box 226
Downey, ID 83234

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Chesapeake

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.281**

**Nonpriority creditor's name and mailing address**
Philip A. Chenevert
28 Park Terrace Dr.
Saint Augustine, FL 32080

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Albuquerque, Oklahoma City

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.282**

**Nonpriority creditor's name and mailing address**
Phillip S. Cherry
2222 River Rock Crossing
Murfreesboro, TN 37128

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Madison

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number *(if known)* | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.283** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Piraino Enterprises, LLC
Attn: John and Jan Piraino
6014 N Pointe Place
Woodland Hills, CA 91367

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Chesapeake, Hoover

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.284** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $102,000.00

Productions Management, LLC
Attn: Thomas Fiore
2278 East 1st Street
Brooklyn, NY 11223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unsecured loan
TIC Owner-Auburn Hills, Louisville, Richardson

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.285** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Provident Trust Group, LLC
FBO Richard Doutre-Jones IRA
8880 W. Sunset Rd., Ste 250
Las Vegas, NV 89148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Albuquerque, Dickinson

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.286** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Provident Trust Group, LLC
FBO: John D. Sumner IRA
8880 W Sunset Rd #250
Las Vegas, NV 89148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Cranberry

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.287** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Provident Trust Group, LLC
FBO: Krishnan S. Anand IRA
8880 W Sunset Rd, Ste 250
Las Vegas, NV 89148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Chesapeake, High Point, Louisville

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.288** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Provident Trust Group, LLC
FBO: Krishnan S. Anand IRA
6898 S. Captiva Cove
Salt Lake City, UT 84121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Chesapeake, High Point, Louisville

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.289** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Provident Trust Group, LLC
FBO: Rosario Greco IRA #200264
8880 W. Sunset Rd. Ste 240
Las Vegas, NV 89148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-South Jordan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|--------|------------------|--|------------------------|----------|
| | Name | | | |

---

**3.290**

**Nonpriority creditor's name and mailing address**
Provident Trust Group, LLC
FBO: Scott M. Bean IRA
8880 W. Sunset Rd., Ste 250
Las Vegas, NV 89148

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Kingston

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.291**

**Nonpriority creditor's name and mailing address**
Quail Springs Parkway Property LLC
Attn:  Rich Raffals
3030 Northwest Expressway Ste 200B
Oklahoma City, OK 73112-5475

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Oklahoma City

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.292**

**Nonpriority creditor's name and mailing address**
Questar Gas dba Dominion Energy
Attn:  Bankruptcy DNR 132
P O Box 3194
Salt Lake City, UT 84110-3194

**Date(s) debt was incurred** _

**Last 4 digits of account number  6999**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No  ☐ Yes

$368.09

---

**3.293**

**Nonpriority creditor's name and mailing address**
Questar Gas dba Dominion Energy
Attn:  Bankruptcy DNR 132
P O Box 3194
Salt Lake City, UT 84110-3194

**Date(s) debt was incurred** _

**Last 4 digits of account number  3615**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No  ☐ Yes

$244.04

---

**3.294**

**Nonpriority creditor's name and mailing address**
R & H Paul, Inc.
Attn:  Neil B. Walker
19372 Avenue 218
Lindsay, CA 93247

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Charlotte, Memphis, New Albany

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.295**

**Nonpriority creditor's name and mailing address**
R & J Steck Investments
303 Nechatel Drive
Draper, UT 84020

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Dublin

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.296**

**Nonpriority creditor's name and mailing address**
R. B. Professional Properties, L.P.
Attn:  Tim McLean
38760 Sky Canyon Dr. Suite C
Murrieta, CA 92563

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Tulsa

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.297**

**Nonpriority creditor's name and mailing address**
R. P. Associates, LLC
Attn: Kris May
P O Box 242
Bonsall, CA 92003

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Mentor

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.298**

**Nonpriority creditor's name and mailing address**
Rake Properties, LLC
39 Hillcrest Road
Ogden Dunes, IN 46368

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Carmel

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.299**

**Nonpriority creditor's name and mailing address**
Ralph J. Herbert
79 Highland Avenue
Northfield, VT 05663

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Cranberry, Ft. Worth

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.300**

**Nonpriority creditor's name and mailing address**
Ralph J. Reeder
Margaret E. Reeder
P O Box 1807
Medford, OR 97501

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Ft. Worth

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.301**

**Nonpriority creditor's name and mailing address**
Randall Phillip Storm
Lisa Jane Storm
54321 130th Street
Byars, OK 74831

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Ft. Worth

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.302**

**Nonpriority creditor's name and mailing address**
Real Mint LLC
Attn: Mary Ann Holda
768 Harris Point Dr.
Virginia Beach, VA 23455

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured loan
TIC Owner-Independence, Mentor

Is the claim subject to offset? ■ No ☐ Yes

$204,000.00

---

**3.303**

**Nonpriority creditor's name and mailing address**
Redd, Nicholas
12547 S Stonebridge Cir
Draper, UT 84020

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unreimbursed Expenses

Is the claim subject to offset? ■ No ☐ Yes

$35,233.77

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.304**

**Nonpriority creditor's name and mailing address**
REG Real Estate & Investment, LLC
Attn:  Linda Morkrid
3906 Pasadena Dr
Boise, ID 83705

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   TIC Owner-Chesapeake

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.305**

**Nonpriority creditor's name and mailing address**
Reliable Irrigation System Inc.
1250 Rural Street
Aurora, IL 60505

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Utility

Is the claim subject to offset? ■ No ☐ Yes

$335.00

---

**3.306**

**Nonpriority creditor's name and mailing address**
Renewal Properties, LLC
6077 Brasswood Row
La Jolla, CA 92037

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   TIC Owner-Tulsa

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.307**

**Nonpriority creditor's name and mailing address**
Revere Beach Parkway Realty Trust
Attn:  Richard B. Adams
154 Hemlock Drive
Gilmanton, NH 03237

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   TIC Owner-Cranberry

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.308**

**Nonpriority creditor's name and mailing address**
Richard A. Menard
149 Lane Road
Chester, NH 03036

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   TIC Owner-High Point

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.309**

**Nonpriority creditor's name and mailing address**
Richard and Patricia Miller Living Trust
9205 Shari Dr.
Fairfax, VA 22032

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   TIC Owner-Omaha

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.310**

**Nonpriority creditor's name and mailing address**
Richard J. Mikita Living Trust
19246 SE 46th Place
Issaquah, WA 98027

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   TIC Owner-High Point

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.311** **Nonpriority creditor's name and mailing address**
Richard J. Steck
Allison Keri Steck
13564 Clovis Ct.
Riverton, UT 84065

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Kingston

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.312** **Nonpriority creditor's name and mailing address**
Richard Kauflin
2800 Kalmia Ave A218
Boulder, CO 80301

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Dickinson

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.313** **Nonpriority creditor's name and mailing address**
Richard Kiernan
15 Woodbury Ln.
Bedford, NH 03110

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Ft. Worth

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.314** **Nonpriority creditor's name and mailing address**
Richmore Ventures 1896 Motel Brookside
Attn: Denise Richer
113 Dockray Street
Wakefield, RI 02879

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Des Moines

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.315** **Nonpriority creditor's name and mailing address**
Riverbend Industrial Partners, LTD
Attn: Bill Rickett
500 Throckmorton Street Unit 3203
Fort Worth, TX 76102

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Auburn Hills

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.316** **Nonpriority creditor's name and mailing address**
Robert & Peggy Shawver
143 South 1200 West
Blackfoot, ID 83221

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Cranberry, Kingston

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.317** **Nonpriority creditor's name and mailing address**
Robert D. & Donna L. Druck
205 East Posey Road
Airville, PA 17302

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-High Point

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.318**

**Nonpriority creditor's name and mailing address**
Robert E. & Wendy J. Thueson
904 South Greenwood
Shoshone, ID 83352

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-South Jordan

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.319**

**Nonpriority creditor's name and mailing address**
Robert F. Kauflin
Joann B. Kauflin
37 Hillside Lane
Telluride, CO 81435

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Kingston

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.320**

**Nonpriority creditor's name and mailing address**
Robert Gorney
Cathy Gorney
42091 Black Oak Dr.
Three Rivers, CA 93271

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Omaha

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.321**

**Nonpriority creditor's name and mailing address**
Robert J. Berti 2015 Revocable Trust
P O Box 576
Rumney, NH 03266

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Bedford

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.322**

**Nonpriority creditor's name and mailing address**
Robert R. and Rita Sue Carter
27020 S State Rt C
Freeman, MO 64746

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Dublin, Overland Park

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.323**

**Nonpriority creditor's name and mailing address**
Robert T. Boaks Revocable Trust
121 N Monroe Unit 403
Tallahassee, FL 32301

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Chesapeake, Cranberry, Madison

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.324**

**Nonpriority creditor's name and mailing address**
Rockwell Debt Free Properties Inc.
8494 South 700 East Ste. 200
Sandy, UT 84070

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unsecured loan
TIC Owner-Independence, Morrisville, Plano

Is the claim subject to offset? ■ No  ☐ Yes

$6,616,000.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Roger O. Boisse
Joan Boisse
514 Nassau Road
Marco Island, FL 34145

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Mentor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Rolf F. Hertenstein
Emily M. Walker
P O Box 1244
Lyons, CO 80540

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Memphis

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Ronald D. Hubbard and
Emily Ann Hubbard Family Trust
3278 Via Ribera
Escondido, CA 92029-7448

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Morrisville

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Rosa DiTucci
82 Arlington Road
Woburn, MA 01801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Carmel

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,000.00 |
|---|---|---|---|

Ross R. Greco
Linda M. Greco
2170 County Down Ln.
Apple Valley, CA 92308

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unsecured loan
TIC Owner-South Jordan, Jacksonville, Kingston

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Russell A. Fisichella
1255 Vallejo St.
San Francisco, CA 94109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Albuquerque

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Russell E. Hertrich Revocable Trust
80 Pont Street, Unit 5
Salem, NH 03079

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Carmel

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.332** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
Ruth Ann Gladwell (David Gladwell)
3159 North 1075 East
North Ogden, UT 84414

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _TIC Owner-Madison_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.333** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
Ryan V. Andreasen
Alena C. Andreasen
2114 South 500 East
Kaysville, UT 84037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _TIC Owner-Independence_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.334** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
SAMGA Corporation
Attn:  Raymond Blondeau
77 Church St.
Goffstown, NH 03045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _TIC Owner-South Jordan_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.335** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
Sandra C. Harris
43 Ridge Ave
Claremont, NH 03743

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _TIC Owner-Bedford, Madison_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
Sandra K. Hardy
20790 W Hillcrest Blvd
Buckeye, AZ 85396

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _TIC Owner-Memphis_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.337** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
Sanford Roberts
Helaine B. Roberts
100 Shepherds Cove Road, Unit G201
Kittery, ME 03904

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _TIC Owner-Carmel_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
Seminole County Water & Sewer Utility
P O Box 958442
Lake Mary, FL 32795

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** _0086_

**Basis for the claim:** _Utility_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

**3.339** Nonpriority creditor's name and mailing address
SERP, LLC
Attn:  Susan Reilly
17 Oakmont Dr.
Rancho Mirage, CA 92270

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TIC Owner-Greenville, Memphis

Is the claim subject to offset? ■ No ☐ Yes

**3.340** Nonpriority creditor's name and mailing address
Seth M. Boynton
231 Bloomington Ln.
Wilmington, NC 28411

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TIC Owner-Southfield

Is the claim subject to offset? ■ No ☐ Yes

**3.341** Nonpriority creditor's name and mailing address
Shashikant D. Naik
Nilmbari Naik
481 Grenadine Way
Hercules, CA 94547

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TIC Owner-Bedford

Is the claim subject to offset? ■ No ☐ Yes

**3.342** Nonpriority creditor's name and mailing address
Shawn & Terri Lund
10235 S Vilas Dr.
Sandy, UT 84092

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $188,700.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unsecured loan
TIC Owner-South Jordan

Is the claim subject to offset? ■ No ☐ Yes

**3.343** Nonpriority creditor's name and mailing address
Shawn T. Hopkins
2668 Loomis Drive
San Jose, CA 95121

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TIC Owner-Dickinson

Is the claim subject to offset? ■ No ☐ Yes

**3.344** Nonpriority creditor's name and mailing address
Sherman Dallas Simpson Living Trust
Attn:  John Simpson
550 Haven Ridge Drive, #1
Winston Salem, NC 27104

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TIC Owner-Madison

Is the claim subject to offset? ■ No ☐ Yes

**3.345** Nonpriority creditor's name and mailing address
Sherrie East
601 Rock Island Circle
Danville, CA 94526

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $997,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.346** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Smith, Bryan & Carol
4396 Hollow Road
Nibley, UT 84321

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  TIC Owner-High Point

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Stearns Family Limited Partnership
Steven Abernathy, General Partner
485 Park Ave.
New York, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  TIC Owner-High Point, Memphis

Is the claim subject to offset? ■ No ☐ Yes

---

**3.348** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Stephen A. Lamont Trust
40 West St. Ste 10
Vernon Rockville, CT 06066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  TIC Owner-Omaha

Is the claim subject to offset? ■ No ☐ Yes

---

**3.349** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Stephen Bert Lewis & Marilyn Kay
Lewis Family Trust
4200 Rustic Road
Sand Springs, OK 74063

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  TIC Owner-Cranberry

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Stephen E. Wilson
Muriel S. Wilson
1762 Lawrence Cr.
South Jordan, UT 84095

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  TIC Owner-Omaha

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Stephen H. Charbonneau
Sandra J. Charbonneau
10583 Horizon Lane E SE
Port Orchard, WA 98367

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  TIC Owner-Blue Ash

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $102,000.00

Stephen Lewis
4200 Rustic Road
Sand Springs, OK 74063

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.353** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Steve & Jennifer Headley
710 NW 319th Street
Ridgefield, WA 98642

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** TIC Owner-Chesapeake, Louisville

Is the claim subject to offset? ■ No ☐ Yes

---

**3.354** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Steve & Jennifer Henry
128 N 13th Street #1106
Lincoln, NE 68508-1562

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** TIC Owner-Chesapeake

Is the claim subject to offset? ■ No ☐ Yes

---

**3.355** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Steve Trumbo
1397 North 1450 East
Provo, UT 84604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.356** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Steven B. & Cynthia H. Patterson
8055 NW Emerald Ct
Kansas City, MO 64152

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** TIC Owner-Des Moines, South Jordan

Is the claim subject to offset? ■ No ☐ Yes

---

**3.357** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Steven R. & Debra A. LaRoza
482 Littleton Road
Whitefield, NH 03598

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** TIC Owner-Auburn Hills, Chesapeake, High Point, Morrisville, Carmel

Is the claim subject to offset? ■ No ☐ Yes

---

**3.358** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Steven W. Peterson
2144 Stillman Lane
Salt Lake City, UT 84109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** TIC Owner-Utah County/Lindon

Is the claim subject to offset? ■ No ☐ Yes

---

**3.359** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Stuart & Barbara Mesnik Family Trust
17063 Dearborn St.
Northridge, CA 91325

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** TIC Owner-Louisville

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,320.00 |
|---|---|---|---|

Summit Heating & AC
8101 Shaffer Pkwy, Suite 105
Littleton, CO 81027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  5098

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Sunwest Trust Company as custodian
for the Sandra L. Walsh IRA
1298 Kings Bottom Dr.
Fort Mill, SC 29715

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Charlotte

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Sunwest Trust Company as custodian
for the Thomas C. Kelly IRA
3118 Yellowtail Ter
Morrow, OH 45152

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Auburn Hills, High Point

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Sunwest Trust George Foss IRA #201106787
PO Box 36371
Albuquerque, NM 87176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Chandler, Ft. Worth

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Sunwest Trust, Inc. FBO Phillip S Cherry
10600 Menaul Blvd NE
Albuquerque, NM 87112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-New Albany

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Sunwest Trust, Norman Lee IRA #201308879
PO Box 36371
Albuquerque, NM 87176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Charlotte

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Tatone 2005 Family Trust
488 Sunset Hill Road
Sugar Hill, NH 03586

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  TIC Owner-Blue Ash

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.367** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Taylor Boaks
4550 Bridgepointe Way, Unit 131
Vero Beach, FL 32967

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  TIC Owner-Chesapeake, Omaha

Is the claim subject to offset? ■ No ☐ Yes

---

**3.368** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Ted H. Sellman
3808 Painted Pony Rd.
El Sobrante, CA 94803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  TIC Owner-Chandler

Is the claim subject to offset? ■ No ☐ Yes

---

**3.369** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Terry L. Schrum
Kathleen H. Schrum
213 Vista Della Toscana
Ormond Beach, FL 32174-2202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  TIC Owner-Charlotte, New Albany

Is the claim subject to offset? ■ No ☐ Yes

---

**3.370** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

The Andrew R. Courteau Jr. Revocable Tru
280 Houde Road
Eliot, ME 03903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  TIC Owner-Albuquerque

Is the claim subject to offset? ■ No ☐ Yes

---

**3.371** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

The Anthony Perricone Separate Property
1343 Neptune Ave
Encinitas, CA 92024-1432

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  TIC Owner-Wichita

Is the claim subject to offset? ■ No ☐ Yes

---

**3.372** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

The Anthony R. Massahos Revocable Trust
19 Farrwood Road
Windham, NH 03087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  TIC Owner-Bedford

Is the claim subject to offset? ■ No ☐ Yes

---

**3.373** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

The Arellano Investment Trust
Attn:  Christine Showalter
P O Box 1947
Bonita, CA 91908

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  TIC Owner-Auburn Hills

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.374** | **Nonpriority creditor's name and mailing address**
The Arthur & Carol Roso Joint Rev Trust
2506 Sungold Drive
Las Vegas, NV 89134

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Dickinson

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.375** | **Nonpriority creditor's name and mailing address**
The Arthur and Carol Roso Jnt Revocable
8540 Greenway Blvd. Apt 117
Middleton, WI 53562

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Richardson

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.376** | **Nonpriority creditor's name and mailing address**
The Cal and Gayle Jorgensen Family Trust
3663 Bountiful Blvd.
Bountiful, UT 84010

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-High Point

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.377** | **Nonpriority creditor's name and mailing address**
The Cattin Trust
4359 Toyon Dir.
La Verne, CA 91750

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Hoover

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.378** | **Nonpriority creditor's name and mailing address**
The Christina S. Porter Revocable Trust
P O Box 1553
Pacific Palisades, CA 90272

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Oklahoma City

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.379** | **Nonpriority creditor's name and mailing address**
The Colegrove Family Trust
Norm & Virginia
711 Burma Road
Fallbrook, CA 92028

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Omaha

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.380** | **Nonpriority creditor's name and mailing address**
The David and Victoria Green Family Trus
40508 154th Street East
Lancaster, CA 93535

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Ft. Worth

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|--------|------------------|------------------------|----------|
| | Name | | |

---

**3.381** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

The David and Zora Stephenson Living Tru
5004 W. 5500 S.
Hooper, UT 84315

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  TIC Owner-Memphis

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.382** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

The Dobies Family Trust
Victor & Cynthia
17718 Vineyard Ln.
Poway, CA 92064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  TIC Owner-Louisville

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.383** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

The Donald Paul Olshove and
Gwendolyn Rae Olshove Family Trust
P O Box 81
Clovis, CA 93613

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  TIC Owner-Tulsa

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.384** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

The Eldon R. and Carol M. Eakin Family T
242 Pine Needle Lane
Bigfork, MT 59911

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  TIC Owner-Ft. Worth

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.385** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

The Ernest G. Sunderland Personal Trust
7856 S. Willowcrest Cr.
Salt Lake City, UT 84121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  TIC Owner-Des Moines, Omaha

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.386** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

The Fox Family Trust
19 Bayside
Irvine, CA 92614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  TIC Owner-Oklahoma City

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.387** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

The Frank R. Pierce Jr. Exempt Trust
5334 Bayside Court
Cape Coral, FL 33904

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  TIC Owner-Dickinson

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.388** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
The Fred Jacob Living Trust
12340 Rochester Ave. Apt 214
Los Angeles, CA 90025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** TIC Owner-Carmel, Chesapeake, Tulsa

Is the claim subject to offset? ■ No ☐ Yes

---

**3.389** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
The G. Scott Coleman Trust
410 Cobblestone Drive
Providence, UT 84332

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** TIC Owner-Jacksonville

Is the claim subject to offset? ■ No ☐ Yes

---

**3.390** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
The Gaylon T. Peters Trust
409 Vanderkloot Dr.
Osprey, FL 34229

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** TIC Owner-Albuquerque

Is the claim subject to offset? ■ No ☐ Yes

---

**3.391** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
The George E. Foss III Revocable Trust
96125 Marsh Lakes Drive
Fernandina Beach, FL 32034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** TIC Owner-Chandler

Is the claim subject to offset? ■ No ☐ Yes

---

**3.392** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
The Heather Ann Harrington Revocable Tru
3319 N. 700 E.
Lehi, UT 84043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** TIC Owner-Southfield

Is the claim subject to offset? ■ No ☐ Yes

---

**3.393** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
The Hendrix Family Living Trust
Terry & Judith
P O Box 957
Manzanita, OR 97130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** TIC Owner-Dublin

Is the claim subject to offset? ■ No ☐ Yes

---

**3.394** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
The James J. Rossi Trust
5040 York Blvd.
Los Angeles, CA 90042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** TIC Owner-Dickinson, Kingston

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

**3.395** Nonpriority creditor's name and mailing address

The Jennifer C. Deitchman Trust
11745 N. 125th St.
Scottsdale, AZ 85259

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TIC Owner-New Albany

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.396** Nonpriority creditor's name and mailing address

The Jim & Marlene Plate 2000 Trust
P O Box 710
Weiser, ID 83672

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TIC Owner-High Point, Richardson

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.397** Nonpriority creditor's name and mailing address

The Joan B. Segall Trust
1914 North 80th Street
Seattle, WA 98103

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TIC Owner-Louisville

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.398** Nonpriority creditor's name and mailing address

The Jonathan and Emily Weiss Living Trus
14306 NW 52nd Ave.
Vancouver, WA 98685

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TIC Owner-Auburn Hills

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.399** Nonpriority creditor's name and mailing address

The Kathy S. Calhoun Trust
2650 Lake Shore Drive #1901
Riviera Beach, FL 33404

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TIC Owner-Dickinson

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.400** Nonpriority creditor's name and mailing address

The Larry E. Mull Revocable Living Trust
P O Box 8309
Morganton, NC 28680

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TIC Owner-Dickinson, Wichita

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.401** Nonpriority creditor's name and mailing address

The Lawrence Trust
Attn:  Harvey & Madelon Lawrence
8292 East Black Mountain Road
Scottsdale, AZ 85266

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TIC Owner-Wichita

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.402** | **Nonpriority creditor's name and mailing address**
The Lewis & Retta Chappell Trust
460 Pole Dr.
Heber City, UT 84032

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Blue Ash

Is the claim subject to offset? ■ No ☐ Yes

---

**3.403** | **Nonpriority creditor's name and mailing address**
The Linda Renfroe Family Trust
58 Via Santa Maria
San Clemente, CA 92672

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Wichita

Is the claim subject to offset? ■ No ☐ Yes

---

**3.404** | **Nonpriority creditor's name and mailing address**
The Living Trust of Thomas & Linda Kelly
3118 Yellowtail Ter
Morrow, OH 45152

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Ft. Worth

Is the claim subject to offset? ■ No ☐ Yes

---

**3.405** | **Nonpriority creditor's name and mailing address**
The Lowell S. & Kathleen S. Peterson Int
Attn:  Kathleen Peterson
3643 Elkridge Trail
Eden, UT 84310

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Westminster

Is the claim subject to offset? ■ No ☐ Yes

---

**3.406** | **Nonpriority creditor's name and mailing address**
The Lynn & Patti Anderson Joint Rev. Tru
9432 Dunbar Cove
South Jordan, UT 84065

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Chandler

Is the claim subject to offset? ■ No ☐ Yes

---

**3.407** | **Nonpriority creditor's name and mailing address**
The Margaret G. Hansen Trust
1346 North 2350 East
Layton, UT 84040

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-New Albany

Is the claim subject to offset? ■ No ☐ Yes

---

**3.408** | **Nonpriority creditor's name and mailing address**
The Margaret Olena Robins Family Trust
2408 W Country Bend Dr
South Jordan, UT 84095-9483

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Charlotte

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 3.409 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

The Marjorie J. Stanton Irrevocable Trus
81 Appleton Street, Apt. 4
Quincy, MA 02171

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** TIC Owner-Madison

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

The Mathews Revocable Trust
Attn:  Fred & Darlene
13565 Wilson Ct.
Sonora, CA 95370

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** TIC Owner-Memphis

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

The Moyce 1989 Family Trust
Attn:  Andrew Moyce
1163 Ashmount Ave.
Piedmont, CA 94610

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** TIC Owner-South Jordan

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

The Naylor Family Trust
Attn:  Dan & Diane Naylor
2595 E. 9900 S.
Sandy, UT 84092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** TIC Owner-Dickinson

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

The Neerja B. Reddy Revocable Trust
10953 Stallion Way
Rancho Cucamonga, CA 91737

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** TIC Owner-Chandler

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

The Ng Trust dated May 7, 1990
Ng, Beverly
1905 Alisar Avenue
Monterey Park, CA 91755

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** TIC Owner-Morrisville

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

The NJW Family Trust
Attn:  Neil & Jacquelyn Walker
19372 Avenue 218
Lindsay, CA 93247

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** TIC Owner-Memphis

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.416** | **Nonpriority creditor's name and mailing address**
The Norman A. Lee Revocable Trust
1775 Larchmont Court
Merritt Island, FL 32952

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Wichita

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.417** | **Nonpriority creditor's name and mailing address**
The Normand H. Ramsey Revocable Trust
P O Box 306
New Castle, NH 03854

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Madison

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.418** | **Nonpriority creditor's name and mailing address**
The Ogden Family Trust
Attn:  Steve & Toni
9451 S. Peaceful View Way
South Jordan, UT 84095

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Dickinson

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.419** | **Nonpriority creditor's name and mailing address**
The Patterson Family Trust
Attn:  Steve & Cindy
8055 NW Emerald Court
Kansas City, MO 64152

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Albuquerque

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.420** | **Nonpriority creditor's name and mailing address**
The Richard & Patricia Miller Living Tru
9205 Shari Dr.
Fairfax, VA 22032

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Chandler

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.421** | **Nonpriority creditor's name and mailing address**
The Richard & Susan Harder 1997 Trust
1716 Gouldin Road
Oakland, CA 94611

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Jacksonville

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.422** | **Nonpriority creditor's name and mailing address**
The Robert Fitzgerald Family Trust
610 East 60 South
Preston, ID 83263

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Chandler, Richardson

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.423**

**Nonpriority creditor's name and mailing address**

The Russell Family Living Trust
Dick R.
735 Darien Way
San Francisco, CA 94127

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-High Point

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.424**

**Nonpriority creditor's name and mailing address**

The Saxton Family Trust
Attn:  Catheryn Saxton
9625 South 285 East
Sandy, UT 84070

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Auburn Hills

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.425**

**Nonpriority creditor's name and mailing address**

The Schupack Family Trust
Attn:  Mel & Barbara
P O Box 546
Walpole, NH 03608

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Chandler

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.426**

**Nonpriority creditor's name and mailing address**

The Shawn and Teri Lund 1998 Family Trus
10235 S Vilas Dr.
Sandy, UT 84092

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Albuquerque

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.427**

**Nonpriority creditor's name and mailing address**

The Sherman Dallas Simpson Living Trust
Attn: John Simpson
3895 Old Vineyard Road Apt. 311
Winston Salem, NC 27104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Omaha

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.428**

**Nonpriority creditor's name and mailing address**

The Spiritus Revocable Trust
9 DOMANI Drive
Newport Coast, CA 92657

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Oklahoma City

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.429**

**Nonpriority creditor's name and mailing address**

The Steven G. Nienabler Revocable Trust
5430 N 107th St
Kansas City, KS 66109

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Morrisville

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.430**

**Nonpriority creditor's name and mailing address**
The Thomas Family Trust
Attn: Dan & Diane Naylor
2595 E. 9900 S.
Sandy, UT 84092

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Dickinson, Louisville

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.431**

**Nonpriority creditor's name and mailing address**
The Tierney Revocable Living Trust
37 Lakeview Terrace
Burlington, VT 05401

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Independence

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.432**

**Nonpriority creditor's name and mailing address**
The W. Mark McKoy Irrevocable Trust of 2
7328 Chelsea Court
University Park, FL 34201

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Independence, Mentor

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.433**

**Nonpriority creditor's name and mailing address**
The William G. & Merilyn O'Brien Family
1911 N 13th Street
Coeur D Alene, ID 83814

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Ft. Worth

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.434**

**Nonpriority creditor's name and mailing address**
The William H. Zeliff, Jr. Revocable Tru
1150 Kittiwake Drive
Venice, FL 34285-6614

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Des Moines

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.435**

**Nonpriority creditor's name and mailing address**
The Witzel Living Trust
Richard & Colleen Witzel
90115 Lakeview Dr.
Eugene, OR 97402

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Cranberry, Charlotte, Des Moines, New Albany, Omaha

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.436**

**Nonpriority creditor's name and mailing address**
The Zahner Living Trust
Frank & Shirley
331 N. Camaloch Drive
Camano Island, WA 98282

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Blue Ash

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

| 3.437 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Theodore E. Keith & Dena A. Keith
2641 Elmore Mountain Road
Elmore, VT 05661

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  TIC Owner-Toledo

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Thomas B. Tarbet
3573 S. Capulet Way
Meridian, ID 83642

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  TIC Owner-Independence

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $102,000.00 |
|---|---|---|---|

Thomas E. Funk
30 Many Waters Road
Bristol, VT 05443

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Unsecured loan
TIC Owner-Dublin

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Thomas R. Stevens
P O Box 2197
Elko, NV 89803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  TIC Owner-Auburn Hills

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Tibty, Inc.
Attn:  Katherine Ruel
801 Briny Ave., #1401
Pompano Beach, FL 33062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  TIC Owner-Greenville

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $77,395.00 |
|---|---|---|---|

TIC Owners - Southpointe
2000 Town Center Blvd
Canonsburg, PA 15317

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Rent, Property Taxes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $860.00 |
|---|---|---|---|

Tiger Oak Media, Inc.
900 S 3rd Street
Minneapolis, MN 55415

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|--------|------------------|------------------------|----------|
| | Name | | |

| 3.444 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Todd J. Dorius
Jody L. Dorius
4842 West 8820 South
West Jordan, UT 84081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Tulsa

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Todd R. Stiernagle Ltd Solo K
1654 Stanbridge Ave.
Saint Paul, MN 55113

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Blue Ash

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Toot, Inc.
Attn:  Ed Geither
8501 West 113th Street
Overland Park, KS 66210-2439

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Westminster

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Town and Campus, Inc.
Attn:  Jesse & June Gangwer
105 Perkins Road
Madbury, NH 03823

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Memphis

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Tracy Adame
9239 Ridge Post
San Antonio, TX 78250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Dublin

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

TYtanium 4, LLC
Attn:  Tom Coleman
4210 Prairiewest Dr.
Champaign, IL 61822

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TIC Owner-Westminster

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,152.00 |
|---|---|---|---|

Valley Wide Security, LLC
P O Box 12175
Chandler, AZ 85248

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/15/2018

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.451** | **Nonpriority creditor's name and mailing address**
Van & Wendy Hadlock
1612 South 940 West
Vernal, UT 84078

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$37,450.00

---

**3.452** | **Nonpriority creditor's name and mailing address**
Van Jen Family Trust
Attn:  James & Kathryn
1757 Bittersweet Hill
Vista, CA 92084

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Louisville

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.453** | **Nonpriority creditor's name and mailing address**
Verne E. Folkmann Revocable Trust
2169 Terra Lane
Coralville, IA 52241

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Overland Park

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.454** | **Nonpriority creditor's name and mailing address**
Victor Grijalva
449 Avalon Lane
Coppell, TX 75019

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unsecured loan
TIC Owner-Lake Mary, Las Colinas

Is the claim subject to offset? ■ No ☐ Yes

$1,570,000.00

---

**3.455** | **Nonpriority creditor's name and mailing address**
Victor M. Szurgot, Jr, Trustee
Lind J. Szurgot, Trustee
1590 Spyglass Circle
Chesterton, IN 46304

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Westminster

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.456** | **Nonpriority creditor's name and mailing address**
Victoria M. Cathcart
2527 Adams Ave.
San Diego, CA 92116-1309

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TIC Owner-Greenville, Louisville

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.457** | **Nonpriority creditor's name and mailing address**
Viking Automatic Sprinkler Co.
201 SE Shurfine Dr. Ste B
Ankeny, IA 50021

**Date(s) debt was incurred**  4/9/19
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

Is the claim subject to offset? ■ No ☐ Yes

$157.40

---

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|--------|------------------|--|------------------------|----------|
| | Name | | | |

---

**3.458**

**Nonpriority creditor's name and mailing address**
Village of Lincolnshire
One Olde Half Day Road
Lincolnshire, IL 60069

**Date(s) debt was incurred** _
**Last 4 digits of account number** _0000_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utility_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.459**

**Nonpriority creditor's name and mailing address**
Vincent DiNapoli
PO Box 78
Ludlow, VT 05149

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _TIC Owner-Morrisville_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.460**

**Nonpriority creditor's name and mailing address**
Voynovich Ventures LTD.
76 Westwood Cir
Roslyn Heights, NY 11577-1825

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _TIC Owner-Dublin_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.461**

**Nonpriority creditor's name and mailing address**
W&CG Investments LLC
Attn:  Bill Gibbs
702 Timberstone Ln.
Friendswood, TX 77546

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _TIC Owner-Dublin, Overland Park_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.462**

**Nonpriority creditor's name and mailing address**
Weston MUD
P O Box 3030
Houston, TX 77253

**Date(s) debt was incurred** _
**Last 4 digits of account number** _4001_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utility_

Is the claim subject to offset? ■ No ☐ Yes

$86.29

---

**3.463**

**Nonpriority creditor's name and mailing address**
William B. Maloney
PO Box 131
Alder, MT 59710

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _TIC Owner-Westminster_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.464**

**Nonpriority creditor's name and mailing address**
William Barth and Linda Barth
934 S Tremaine Avenue
Los Angeles, CA 90019

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _TIC Owner-Auburn Hills_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

---

**3.465**

**Nonpriority creditor's name and mailing address**
William Garrick Wright and
Susan M. Wright Trust
4874 S. State St.
Murray, UT 84107

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Dublin, Louisville, South Jordan

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.466**

**Nonpriority creditor's name and mailing address**
William J. Bowser
55 West South Temple, #404W
Salt Lake City, UT 84101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured loan

Is the claim subject to offset? ■ No ☐ Yes

$228,150.00

---

**3.467**

**Nonpriority creditor's name and mailing address**
William J. Bowser
55 West South Temple, #404W
Salt Lake City, UT 84101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unreimbursed Expenses

Is the claim subject to offset? ■ No ☐ Yes

$123,149.26

---

**3.468**

**Nonpriority creditor's name and mailing address**
William R. Wells & Christy L. Wells
82962 Joseph Highway
Joseph, OR 97846

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-High Point

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.469**

**Nonpriority creditor's name and mailing address**
Windward Investments, LLC
PO Box 1120
Center Harbor, NH 03226

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Blue Ash

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.470**

**Nonpriority creditor's name and mailing address**
Wynn, Eric
360 S State St Unit C330
Orem, UT 84058

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unreimbursed Expenses

Is the claim subject to offset? ■ No ☐ Yes

$12,401.69

---

**3.471**

**Nonpriority creditor's name and mailing address**
Xenocorp, LLC
Attn:  John Wolz
820 S. Monoaco Parkway Ste. 305
Denver, CO 80224

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TIC Owner-Plano

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Noah Corporation | Case number *(if known)* | 19-23840 |
|---|---|---|---|
| | Name | | |

| 3.472 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

YUKYOM REALTY, LLC
Attn: Helen Dellheim
5612 Mirrorlight Pl
Columbia, MD 21045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** TIC Owner-Albuquerque

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 42,017.89 |
| 5b. Total claims from Part 2 | 5b. + $ | 16,226,073.88 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 16,268,091.77 |

**Fill in this information to identify the case:**

Debtor name ____Noah Corporation_____

United States Bankruptcy Court for the: ____DISTRICT OF UTAH_____

Case number (if known) ____19-23840_____

■ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | The attached list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer executory. |
|   State the term remaining | |
|   List the contract number of any government contract _____ | See Attached _____ |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Albuquerque | Ashley Nelson | Wedding | 12/13/2018 | 5/31/2019 | |
| Albuquerque | Bethany Castillo | Wedding | 12/13/2018 | 6/1/2019 | |
| Albuquerque | Elora Madewell | Wedding | 12/12/2018 | 6/6/2019 | |
| Albuquerque | Tatianna Duran | Wedding | 1/11/2019 | 6/7/2019 | |
| Albuquerque | Samantha Barela | Wedding | 12/12/2018 | 6/8/2019 | |
| Albuquerque | Jerry Vigil | Occasion | 1/15/2019 | 6/14/2019 | |
| Albuquerque | Robyn Maloy | Wedding | 12/13/2018 | 6/15/2019 | |
| Albuquerque | Carolyn Ballengee | Wedding | 1/17/2019 | 6/20/2019 | |
| Albuquerque | Felisha House | Wedding | 5/11/2019 | 6/21/2019 | |
| Albuquerque | Gabriela Ward | Occasion | 12/13/2018 | 6/22/2019 | |
| Albuquerque | James Vargas | Wedding | 12/13/2018 | 6/23/2019 | |
| Albuquerque | Grant Condon | Wedding | 1/10/2019 | 6/24/2019 | |
| Albuquerque | Hollie Hinkins | Business | 5/15/2019 | 6/26/2019 | |
| Albuquerque | Amanda Garcia | Wedding | 12/13/2018 | 6/28/2019 | |
| Albuquerque | Shay Martin | Wedding | 3/29/2019 | 6/29/2019 | |
| Albuquerque | MonicaE Trujillo | Wedding | 12/14/2018 | 6/30/2019 | |
| Albuquerque | Adrianna Garcia | Wedding | 1/15/2019 | 7/6/2019 | |
| Albuquerque | Adrianna Garcia | Wedding | 7/7/2019 | 7/7/2019 | |
| Albuquerque | Elena Chacon | Wedding | 12/13/2018 | 7/11/2019 | |
| Albuquerque | Myriam Jurado | Wedding | 12/13/2018 | 7/13/2019 | |
| Albuquerque | Emily Pearson | Wedding | 1/5/2019 | 7/16/2019 | |
| Albuquerque | Sequoia Astor | Wedding | 12/13/2018 | 7/18/2019 | |
| Albuquerque | Justeen Griego | Business | 6/4/2019 | 7/19/2019 | |
| Albuquerque | Sarah Barrick | Wedding | 12/13/2018 | 7/20/2019 | |
| Albuquerque | Veronica Gilbert | Wedding | 12/13/2018 | 7/25/2019 | |
| Albuquerque | Mercedes Wharton | Business | 5/30/2019 | 7/26/2019 | |
| Albuquerque | Melanie Sandoval | Wedding | 12/13/2018 | 7/27/2019 | |
| Albuquerque | Byron Schrunk | Occasion | 2/7/2019 | 8/1/2019 | Byron.schrunk@lonestartruckgroup.com |
| Albuquerque | Mercedes Allen | Wedding | 12/13/2018 | 8/1/2019 | Imasuperbrat@gmail.com |
| Albuquerque | Dominique Luera | Wedding | 3/8/2019 | 8/2/2019 | gvanverth@yahoo.com |
| Albuquerque | Danielle Adkins | Wedding | 12/13/2018 | 8/3/2019 | dadkins27.da@gmail.com |
| Albuquerque | Karla Trujillo | Occasion | 4/9/2019 | 8/4/2019 | Peony1830@gmail.com |
| Albuquerque | Amanda Dingman | Wedding | 3/21/2019 | 8/8/2019 | amandadingman@live.com |
| Albuquerque | Julia Adams Tommy Adams | Wedding | 4/24/2019 | 8/9/2019 | Jewls772ja@gmail.com |
| Albuquerque | Laura Salazar | Wedding | 12/13/2018 | 8/10/2019 | lcsalazar@salud.unm.edu |
| Albuquerque | Rachel Henderson | Wedding | 1/16/2019 | 8/11/2019 | rachel_d7@yahoo.com |
| Albuquerque | Annex Church | Church Group | 1/29/2019 | 8/11/2019 | |
| Albuquerque | Irene Beltran | Wedding | 1/26/2019 | 8/16/2019 | Kbj9354@gmail.com |
| Albuquerque | Mariah Sisneros | Wedding | 12/13/2018 | 8/17/2019 | mariah.sisneros@gmail.com |
| Albuquerque | Lauren Solan | Business | 6/12/2019 | 8/18/2019 | Laurencheriephotography@gmail.com |
| Albuquerque | Kolette Weldon | Wedding | 2/21/2019 | 8/23/2019 | Kolette182@gmail.com |
| Albuquerque | Consuelo lopez | Wedding | 12/13/2018 | 8/24/2019 | Lucki3green@gmail.com |
| Albuquerque | Rachel Otero | Occasion | 7/27/2019 | 8/25/2019 | Rachelotero90@gmail.com |
| Albuquerque | Annika Fietek | Wedding | 7/2/2019 | 8/30/2019 | Ann.car@hotmail.com |
| Albuquerque | larry vargas | Wedding | 12/13/2018 | 8/31/2019 | lvargas3605@gmail.com |
| Albuquerque | Jamie Schippers | Wedding | 12/13/2018 | 9/1/2019 | jamieskips@gmail.com |
| Albuquerque | Kaitlyn Morgan | Wedding | 3/6/2019 | 9/5/2019 | Kayymorgan24@gmail.com |
| Albuquerque | Casa de Mariposa | Business | 3/27/2019 | 9/6/2019 | Casademariposa124@gmail.com |
| Albuquerque | Jennifer Umbarger | Wedding | 12/13/2018 | 9/7/2019 | jjbassett2019@gmail.com |
| Albuquerque | Crystal Martinez | Wedding | 2/27/2019 | 9/13/2019 | martinez.214@gmail.com |
| Albuquerque | Jenna Ortiz | Wedding | 12/13/2018 | 9/14/2019 | jennamortiz@yahoo.com |
| Albuquerque | Kelly Elizabeth Analla | Wedding | 12/13/2018 | 9/20/2019 | kelcanalla@gmail.com |
| Albuquerque | Micaela Galindo | Wedding | 12/13/2018 | 9/21/2019 | mmgalindo@yahoo.com |
| Albuquerque | Jordan Hill | Wedding | 1/15/2019 | 9/27/2019 | hilljordanc@gmail.com |
| Albuquerque | Julia Deblassie | Wedding | 12/13/2018 | 9/28/2019 | jdebla@live.com |
| Albuquerque | Judy Jones | Wedding | 6/30/2019 | 10/3/2019 | judsterjones@msn.com |
| Albuquerque | Jose montes | Wedding | 5/8/2019 | 10/4/2019 | J.montes08.jm@gmail.com |
| Albuquerque | Shyanne Rodriguez | Wedding | 12/13/2018 | 10/5/2019 | Shyannerodriguez24@yahoo.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Albuquerque | Amber Alderman | Wedding | 2/18/2019 | 10/6/2019 | A_alderman77@yahoo.com |
| Albuquerque | Brie Bell | Wedding | 6/8/2019 | 10/10/2019 | Bab13stars@aol.com |
| Albuquerque | Addie Bordegaray | Wedding | 12/28/2018 | 10/12/2019 | addieandalexwhite@gmail.com |
| Albuquerque | Jesslyn Armijo | Wedding | 12/13/2018 | 10/17/2019 | jesslyn_a@yahoo.com |
| Albuquerque | Richard Gallegos | Occasion | 7/5/2019 | 10/18/2019 | ggallegos_4@q.com |
| Albuquerque | Zach Dudley | Wedding | 12/14/2018 | 10/19/2019 | Zjdudley@aol.com |
| Albuquerque | Mariah Fernandez | Wedding | 3/13/2019 | 10/20/2019 | Merzy505@gmail.com |
| Albuquerque | Evann Marie Kleinschmidt | Wedding | 2/13/2019 | 10/25/2019 | evannmariek@gmail.com |
| Albuquerque | Amanda Abeyta | Occasion | 12/13/2018 | 10/26/2019 | abeyta.amanda@gmail.com |
| Albuquerque | Natalia Tapia | Wedding | 12/13/2018 | 11/2/2019 | Nataliatapia9192013@gmail.com |
| Albuquerque | Alyssa Ricardo | Wedding | 3/26/2019 | 11/3/2019 | Alyssa.Ricardo.LA@gmail.com |
| Albuquerque | Brandi Rodriguez | Wedding | 3/9/2019 | 11/8/2019 | Brandiarod2@gmail.com |
| Albuquerque | Shahnit Shahzad | Wedding | 12/14/2018 | 11/9/2019 | shahnits@headinghome.org |
| Albuquerque | Lauren Butare | Wedding | 12/13/2018 | 11/16/2019 | Lovelaurenb88@gmail.com |
| Albuquerque | Alyssa Lucero | Wedding | 2/5/2019 | 11/23/2019 | Alyssalucerom@gmail.com |
| Albuquerque | Josh Shank | Wedding | 6/25/2019 | 11/29/2019 | Rgiskard3@gmail.com |
| Albuquerque | Shalini Singh | Wedding | 7/10/2019 | 11/30/2019 | Ssingh811@aol.com |
| Albuquerque | Kayla Dow | Wedding | 12/13/2018 | 12/7/2019 | dowkayla@yahoo.com |
| Albuquerque | Cassandra Howell | Wedding | 12/13/2018 | 12/14/2019 | Clmhowell21@gmail.com |
| Albuquerque | Mariah Curley | Wedding | 1/11/2019 | 12/19/2019 | m_curley18@yahoo.com |
| Albuquerque | Abigail Miller | Wedding | 7/10/2019 | 12/20/2019 | Abigailem3@gmail.com |
| Albuquerque | Anna Lujan | Wedding | 2/14/2019 | 12/23/2019 | annalujan114@gmail.com |
| Albuquerque | Holly Baca | Wedding | 1/10/2019 | 12/28/2019 | |
| Albuquerque | Caroline Korte | Wedding | 3/3/2019 | 1/4/2020 | Cjkorte14@gmail.com |
| Albuquerque | Jennifer M Trujillo | Wedding | 7/19/2019 | 1/11/2020 | jmdtrujillo@gmail.com |
| Albuquerque | steven Lewis | Wedding | 7/15/2019 | 1/16/2020 | afpilot12@yahoo.com |
| Albuquerque | Antoinette Lopez | Wedding | 3/1/2019 | 1/18/2020 | bcr.films@yahoo.com |
| Albuquerque | Jazmine Herrera | Wedding | 1/11/2019 | 1/24/2020 | martinezwedding2k20@outlook.com |
| Albuquerque | Jenae Yalch | Wedding | 1/19/2019 | 2/1/2020 | Jenae1405@yahoo.com |
| Albuquerque | Arianna Sena | Wedding | 1/21/2019 | 2/8/2020 | Arianna.sena@gmail.com |
| Albuquerque | Joanna Hoefler | Wedding | 6/3/2019 | 2/15/2020 | i.luv.horses93@gmail.com |
| Albuquerque | Sierra Knight | Wedding | 5/27/2019 | 2/20/2020 | Sierraknight@msn.com |
| Albuquerque | Emily Heckes | Wedding | 12/13/2018 | 2/22/2020 | emily.heckes@gmail.com |
| Albuquerque | Devin Bilbo | Wedding | 2/21/2019 | 3/5/2020 | |
| Albuquerque | Keith Jaramillo | Wedding | 1/26/2019 | 3/7/2020 | Kleeb2313@gmail.com |
| Albuquerque | Jenna Montanez | Wedding | 5/12/2019 | 3/20/2020 | Jennamontanez@icloud.com |
| Albuquerque | Delilah Herrera | Wedding | 2/28/2019 | 4/2/2020 | Delilahherrera17@yahoo.com |
| Albuquerque | Vanessa Torres | Wedding | 5/16/2019 | 4/11/2020 | torrestohodges@gmail.com |
| Albuquerque | Jeff Hankins | Wedding | 7/15/2019 | 4/17/2020 | jhankinsnm@gmail.com |
| Albuquerque | Fredy Pineda | Wedding | 1/12/2019 | 4/18/2020 | pinedafredy8@gmail.com |
| Albuquerque | Isabel Holguin | Wedding | 5/1/2019 | 4/24/2020 | gholguin57@gmail.com |
| Albuquerque | Amanda Cappuccilli | Wedding | 1/18/2019 | 4/25/2020 | Sleekgeek182@gmail.com |
| Albuquerque | Stefani Dominguez | Wedding | 3/21/2019 | 5/2/2020 | stefdominguez34@gmail.com |
| Albuquerque | William Friday | Wedding | 6/29/2019 | 5/9/2020 | Fridaydelight@q.com |
| Albuquerque | Brenden Moore | Wedding | 3/28/2019 | 5/16/2020 | Moore.7893@gmail.com |
| Albuquerque | LESLIE LOPEZ | Wedding | 2/23/2019 | 5/23/2020 | LESLIEE1197@GMAIL.COM |
| Albuquerque | Megan Lovato | Wedding | 7/15/2019 | 5/29/2020 | MeganL@aswinc.com |
| Albuquerque | Lee Anna Bonnel | Wedding | 2/27/2019 | 5/30/2020 | mattleeanna2020@gmail.com |
| Albuquerque | Corrina Magallanez | Wedding | 1/11/2019 | 6/6/2020 | corrinamag@gmail.com |
| Albuquerque | Jamie Luu | Wedding | 3/8/2019 | 6/12/2020 | jluu333@gmail.com |
| Albuquerque | Katie Breding | Wedding | 6/1/2019 | 6/13/2020 | kbreding37@gmail.com |
| Albuquerque | Evan Beach | Wedding | 4/5/2019 | 6/14/2020 | haisulli99@gmail.com |
| Albuquerque | Amy Tedford | Wedding | 3/18/2019 | 6/19/2020 | adtedford02@gmail.com |
| Albuquerque | Daniela Barragan | Wedding | 12/14/2018 | 6/20/2020 | Danibarr18@gmail.com |
| Albuquerque | Patrece Branch | Wedding | 1/24/2019 | 6/25/2020 | patrece.branch@gmail.com |
| Albuquerque | Liza Balderrama | Wedding | 2/26/2019 | 6/27/2020 | BalderramaLiza@yahoo.com |
| | Nicholas Murphy | | | | |
| Albuquerque | Alison De La Concepcion | Wedding | 3/22/2019 | 7/4/2020 | ad2554@nau.edu |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|----------|----------|------------|-------------|------------|---------------|
| Albuquerque | Emily Peter | Wedding | 3/15/2019 | 7/11/2020 | mattandemilytietheknot@gmail.com |
| Albuquerque | Fereshta & Raheel Hirji | Wedding | 4/6/2019 | 7/18/2020 | Raheel.hirji@gmail.com |
| Albuquerque | Felicia Atencio | Wedding | 3/25/2019 | 7/25/2020 | Fishlisha_jd@yahoo.com |
| Albuquerque | Davis Cantwell | Wedding | 6/22/2019 | 8/1/2020 | dcantwell10@gmail.com |
| Albuquerque | Susana Salas | Occasion | 6/18/2019 | 8/2/2020 | susanasvf@hotmail.com |
| Albuquerque | Isaac Medina | Wedding | 6/4/2019 | 8/20/2020 | Idm694@aol.com |
| Albuquerque | Danielle Yonnie | Wedding | 7/24/2019 | 9/4/2020 | Dani_yonnie2000@yahoo.com |
| Albuquerque | Kenneth Sapanza | Wedding | 7/10/2019 | 9/5/2020 | Sapanza.kenneth01@gmail.com |
| Albuquerque | Kelly Cano | Wedding | 6/18/2019 | 9/12/2020 | kcano896@gmail.com |
| Albuquerque | Peyton Fisher | Wedding | 4/24/2019 | 9/16/2020 | supercatcher12@hotmail.com |
| Albuquerque | Kimberly Gonzales | Wedding | 12/13/2018 | 9/19/2020 | Kim21_53@hotmail.com |
| Albuquerque | Maria Alvardo | Wedding | 2/28/2019 | 9/25/2020 | mmontoya120@gmail.com |
| Albuquerque | Laura Rice | Wedding | 7/6/2019 | 9/26/2020 | Laura.mar.rice@gmail.com |
| Albuquerque | Daniel A Molina | Wedding | 6/27/2019 | 10/3/2020 | Bkerns14@yahoo.com |
| Albuquerque | Skylour Steketee | Wedding | 4/15/2019 | 10/8/2020 | Timon.boldt@gmail.com |
| Albuquerque | Amara Montano | Wedding | 12/13/2018 | 10/10/2020 | Amara.montano@gmail.com |
| Albuquerque | Andrea Lopez | Wedding | 1/3/2019 | 10/16/2020 | Drea_rene94@yahoo.com |
| Albuquerque | Janessa Guerrero | Wedding | 12/13/2018 | 10/17/2020 | Janessaguerrero@ymail.com |
| Albuquerque | Victoria Martinez | Wedding | 7/21/2019 | 10/31/2020 | Vikkimtz@gmail.com |
| Albuquerque | Sarah Kropf | Wedding | 7/22/2019 | 11/7/2020 | Sarahruthkropf@gmail.com |
| Albuquerque | Chelsy Bonfield | Wedding | 2/14/2019 | 3/6/2021 | chelsybonfield@gmail.com |
| Albuquerque | Paloma Avila | Wedding | 4/30/2019 | 10/2/2021 | Palomaavilamua@gmail.com |
| Auburn Hills | Chu Yang | Wedding | 1/26/2019 | 6/1/2019 | |
| Auburn Hills | Natalie Laboy | Business | 4/9/2019 | 6/4/2019 | |
| Auburn Hills | Kim Sanders | Wedding | 3/11/2019 | 6/7/2019 | |
| Auburn Hills | Anca Momirleanu | Wedding | 12/23/2018 | 6/8/2019 | |
| Auburn Hills | Jennie Ecclestone | Occasion | 4/22/2019 | 6/9/2019 | |
| Auburn Hills | Noelle Romeos | Wedding | 3/9/2019 | 6/14/2019 | |
| Auburn Hills | Adrienne Smith | Wedding | 12/23/2018 | 6/15/2019 | |
| Auburn Hills | Nya Mullen | Occasion | 4/29/2019 | 6/21/2019 | |
| Auburn Hills | Brittany Gabriel | Wedding | 12/23/2018 | 6/22/2019 | |
| Auburn Hills | Mohammed Hussain | Occasion | 5/6/2019 | 6/23/2019 | |
| Auburn Hills | Chelsea Ball | Wedding | 12/23/2018 | 6/28/2019 | |
| Auburn Hills | Celine Gebara | Occasion | 6/11/2019 | 6/30/2019 | |
| Auburn Hills | Racheal Flanagan | Wedding | 2/17/2019 | 7/6/2019 | |
| Auburn Hills | Tamara Nacy | Wedding | 2/13/2019 | 7/13/2019 | |
| Auburn Hills | Mariam Syed | Wedding | 5/25/2019 | 7/14/2019 | |
| Auburn Hills | Mohammed Hussain | Occasion | 5/25/2019 | 7/19/2019 | |
| Auburn Hills | Alyssa Lorence | Wedding | 12/23/2018 | 7/20/2019 | |
| Auburn Hills | Sophie Hawkins | Occasion | 5/19/2019 | 7/21/2019 | |
| Auburn Hills | Karin Alcorn | Business | 5/29/2019 | 7/24/2019 | |
| Auburn Hills | Kelsey Joyce | Wedding | 12/23/2018 | 7/25/2019 | |
| Auburn Hills | Colby Berthume | Wedding | 12/23/2018 | 7/27/2019 | |
| Auburn Hills | Trina Wilkinson | Wedding | 12/23/2018 | 8/8/2019 | T_wilkinson115@yahoo.com |
| Auburn Hills | Charrell Gary | Wedding | 12/23/2018 | 8/9/2019 | creneegary@gmail.com |
| Auburn Hills | Calla Fantin | Wedding | 12/23/2018 | 8/10/2019 | cfantin98@gmail.com |
| Auburn Hills | Katrina Thennes | Wedding | 12/23/2018 | 8/17/2019 | katrinajothennes@gmail.com |
| Auburn Hills | Maxbel Gilliland | Occasion | 2/18/2019 | 8/22/2019 | Maxbelgilliland@gmail.com |
| Auburn Hills | Monet Gadette | Wedding | 12/23/2018 | 8/24/2019 | mgadette@comcast.net |
| Auburn Hills | Stephanie Sorise | Wedding | 2/20/2019 | 8/30/2019 | sasorise@gmail.com |
| Auburn Hills | Alicia Borden | Wedding | 12/28/2018 | 8/31/2019 | futuremrsknauf@gmail.com |
| Auburn Hills | Ashley Solberg | Wedding | 12/22/2018 | 9/7/2019 | Asolberg@emich.edu |
| Auburn Hills | Kaitlyn Barnett | Wedding | 1/15/2019 | 9/14/2019 | kaitlynmb123@hotmail.com |
| Auburn Hills | Brittany Pugh | Wedding | 12/22/2018 | 9/19/2019 | Msbrittanypugh@gmail.com |
| Auburn Hills | Shelby Henley | Wedding | 3/28/2019 | 9/20/2019 | Srhenley13@yahoo.com |
| Auburn Hills | Kelsey Shuck | Wedding | 12/22/2018 | 9/21/2019 | Shuck.kelsey@gmail.com |
| Auburn Hills | Lauren Myles | Wedding | 12/22/2018 | 9/22/2019 | myleslauren@gmail.com |
| Auburn Hills | Ashley Hudy | Wedding | 12/22/2018 | 9/27/2019 | ahudy1@emich.edu |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Auburn Hills | Katrina Fraiser | Wedding | 12/22/2018 | 9/28/2019 | Belprez@gmail.com |
| Auburn Hills | Robin Johnson | Wedding | 5/24/2019 | 9/29/2019 | robin.i.johnson@icloud.com |
| Auburn Hills | Rachel Petruska | Wedding | 2/16/2019 | 10/4/2019 | rjpetruska@gmail.com |
| Auburn Hills | Megan Schroll | Wedding | 12/22/2018 | 10/5/2019 | mschroll64@gmail.com |
| Auburn Hills | Dustin Boudreau | Wedding | 1/11/2019 | 10/11/2019 | boudreaupearce2019@gmail.com |
| Auburn Hills | Sara Murray | Wedding | 12/22/2018 | 10/12/2019 | slmurray3@yahoo.com |
| Auburn Hills | Lindsay Scott | Wedding | 7/5/2019 | 10/13/2019 | Lindsayl.scott123@gmail.com |
| Auburn Hills | Jamie Christian | Wedding | 12/22/2018 | 10/18/2019 | armadajlc@yahoo.com |
| Auburn Hills | Suzanne Lanctot | Wedding | 12/22/2018 | 10/19/2019 | Slanctot@sbcglobal.net |
| Auburn Hills | Tierra Gambles | Occasion | 6/18/2019 | 10/25/2019 | Tierragamble25@gmail.com |
| Auburn Hills | Alexandra Sekulovski | Wedding | 12/22/2018 | 10/26/2019 | alexandrasekulovski@yahoo.com |
| Auburn Hills | Ashleigh Blovsky | Wedding | 12/22/2018 | 11/2/2019 | ablovsky27@yahoo.com |
| Auburn Hills | Madison Williams | Wedding | 12/22/2018 | 12/28/2019 | MadisonChristine31@gmail.com |
| Auburn Hills | Marlie Pratt | Wedding | 6/12/2019 | 12/29/2019 | marlieelisabeth@outlook.com |
| Auburn Hills | Breanna Blaszczak | Wedding | 12/22/2018 | 1/25/2020 | breblasz@gmail.com |
| Auburn Hills | Olivia Adams | Wedding | 1/23/2019 | 2/22/2020 | libby.adams7@gmail.com |
| Auburn Hills | Amirtha Hariharan | Wedding | 3/30/2019 | 4/11/2020 | Amirthah@gmail.com |
| Auburn Hills | Erika Donaldson | Wedding | 1/21/2019 | 5/9/2020 | donaldsonerika@gmail.com |
| Auburn Hills | Sandra Simpson | Wedding | 2/24/2019 | 5/16/2020 | Simps315@msu.edu |
| Auburn Hills | Amber Groen | Wedding | 5/21/2019 | 5/23/2020 | agmgwedding2019@gmail.com |
| Auburn Hills | Ryeli Husak | Wedding | 1/18/2019 | 5/24/2020 | Husakrn@sbcglobal.net |
| Auburn Hills | Renate Hanschmann | Wedding | 4/17/2019 | 5/29/2020 | Rghanschmann@yahoo.com |
| Auburn Hills | Abbie Genautis | Wedding | 12/22/2018 | 5/30/2020 | agenautis@gmail.com |
| Auburn Hills | Bailie Dunham | Wedding | 2/5/2019 | 6/6/2020 | Dunhambailie@yahoo.com |
| Auburn Hills | Ericha Ellis | Wedding | 6/18/2019 | 6/12/2020 | Antonioraven1@gmail.com |
| Auburn Hills | Donisha Alexander | Wedding | 1/14/2019 | 6/20/2020 | Kahealanid@gmail.com |
| Auburn Hills | Ashley Fowler | Wedding | 2/1/2019 | 6/27/2020 | ashfow324@gmail.com |
| Auburn Hills | Kayla Wescott | Wedding | 5/14/2019 | 7/11/2020 | kaylabob93@comcast.net |
| Auburn Hills | Mareema Orr | Wedding | 6/3/2019 | 7/18/2020 | mareemaorr@gmail.com |
| Auburn Hills | Stephanie Maksymow | Wedding | 6/25/2019 | 7/25/2020 | smaksymow31@yahoo.com |
| Auburn Hills | Florita Winters | Wedding | 1/6/2019 | 8/1/2020 | Flosan005@gmail.com |
| Auburn Hills | Nicole Chapman | Wedding | 6/9/2019 | 8/15/2020 | nicolevchapman@gmail.com |
| Auburn Hills | Clare Romano | Wedding | 3/28/2019 | 8/22/2020 | clarerom@umich.edu |
| Auburn Hills | Martina Edwards | Wedding | 5/7/2019 | 8/29/2020 | Martiedw@umflint.edu |
| Auburn Hills | Emily Michalak | Wedding | 5/6/2019 | 9/4/2020 | emichalak02@gmail.com |
| Auburn Hills | Taylor Long | Wedding | 2/4/2019 | 9/5/2020 | Taylong14@hotmail.com |
| Auburn Hills | Miranda Miller | Wedding | 2/20/2019 | 9/12/2020 | Mirandamil06@yahoo.com |
| Auburn Hills | Courtney Pandoff | Wedding | 3/4/2019 | 9/18/2020 | Pandoffc@gmail.com |
| Auburn Hills | Samantha Villarreal | Wedding | 2/24/2019 | 9/19/2020 | Sbvillarreal14@gmail.com |
| Auburn Hills | Kelly Money | Wedding | 3/16/2019 | 9/25/2020 | moneykelly@ymail.com |
| Auburn Hills | Dalaney Piscopink | Wedding | 1/16/2019 | 9/26/2020 | dalaneypiscopink@gmail.com |
| Auburn Hills | Rebecca McDowell | Wedding | 12/22/2018 | 10/10/2020 | Rebecca.mcdowell92@yahoo.com |
| Auburn Hills | Keli Davenport | Wedding | 4/13/2019 | 10/15/2020 | Mskeli.d212@yahoo.com |
| Auburn Hills | Emily Bovee | Wedding | 2/12/2019 | 10/17/2020 | bovee.prus@gmail.com |
| Auburn Hills | Laura Seibel | Wedding | 1/11/2019 | 10/31/2020 | |
| Auburn Hills | Morgan Anderson | Wedding | 3/29/2019 | 11/7/2020 | morgancanderson8@gmail.com |
| Auburn Hills | Brianne Booker | Wedding | 2/20/2019 | 12/31/2020 | bookumz8@gmail.com |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 6/2/2019 | |
| Bedford/Manchester | Judy Morrison/Marquis | Occasion | 4/13/2019 | 6/7/2019 | |
| Bedford/Manchester | Pam Williams | Occasion | 5/26/2019 | 6/7/2019 | |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 6/9/2019 | |
| Bedford/Manchester | Caitlin Velasquez | Occasion | 3/9/2019 | 6/15/2019 | |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 6/16/2019 | |
| Bedford/Manchester | Kate Fox | Wedding | 12/14/2018 | 6/22/2019 | |
| Bedford/Manchester | Khem Mishra | Wedding | 3/31/2019 | 6/23/2019 | |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 6/23/2019 | |
| Bedford/Manchester | Chankham Saenpraseuth | Wedding | 12/15/2018 | 6/29/2019 | |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 6/30/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 7/7/2019 | |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 7/14/2019 | |
| Bedford/Manchester | Yasmira Torres | Wedding | 12/14/2018 | 7/14/2019 | |
| Bedford/Manchester | Diane Palmer | Business | 7/12/2019 | 7/17/2019 | |
| Bedford/Manchester | Mariel J Feller | Business | 6/10/2019 | 7/19/2019 | |
| Bedford/Manchester | EUNICE OMISAKIN | Wedding | 1/12/2019 | 7/20/2019 | |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 7/21/2019 | |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 7/28/2019 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 7/31/2019 | |
| Bedford/Manchester | Ashley Barton | Wedding | 2/16/2019 | 8/3/2019 | Ashleynbarton12@gmail.com |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 8/4/2019 | |
| Bedford/Manchester | Gina Mercier | Business | 6/13/2019 | 8/6/2019 | gina@seniorfr.com |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 8/7/2019 | |
| Bedford/Manchester | Stacy Barbagallo | Business | 4/17/2019 | 8/8/2019 | Sbarbagallo@dadlawoffices.com |
| Bedford/Manchester | Heather Griffin | Wedding | 1/12/2019 | 8/9/2019 | Srtagriffin24@gmail.com |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 8/11/2019 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 8/14/2019 | |
| Bedford/Manchester | Dee Avery | Wedding | 12/14/2018 | 8/17/2019 | okwc@aol.com |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 8/18/2019 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 8/21/2019 | |
| Bedford/Manchester | Kim Croteau | Wedding | 5/9/2019 | 8/24/2019 | kcroteau1@gmail.com |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 8/25/2019 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 8/28/2019 | |
| Bedford/Manchester | Emmanuel/Wilda Raposo | Wedding | 6/25/2019 | 8/30/2019 | Raposo151@hotmail.com |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 9/1/2019 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 9/4/2019 | |
| Bedford/Manchester | Wilson Jusino | Wedding | 5/9/2019 | 9/7/2019 | jusino26@gmail.com |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 9/8/2019 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 9/11/2019 | |
| Bedford/Manchester | Lorin Trick | Business | 5/28/2019 | 9/12/2019 | lorintrick@gammill.com |
| Bedford/Manchester | Lorin Trick | Business | 5/30/2019 | 9/13/2019 | lorintrick@gammill.com |
| Bedford/Manchester | Diana Ortolaza | Wedding | 12/14/2018 | 9/14/2019 | ddortolaza@hotmail.com |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 9/15/2019 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 9/18/2019 | |
| Bedford/Manchester | Ryan Noronha | Occasion | 3/30/2019 | 9/19/2019 | rnoronha@nh-cc.org |
| Bedford/Manchester | Michelle Rapaglia | Wedding | 3/4/2019 | 9/21/2019 | mmrapaglia@live.com |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 9/22/2019 | |
| Bedford/Manchester | Real Options | Occasion | 7/23/2019 | 9/24/2019 | danisinc@outlook.com |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 9/25/2019 | |
| Bedford/Manchester | Corinne Glejzer | Occasion | 1/2/2019 | 9/27/2019 | cglejzer@westbridge.org |
| Bedford/Manchester | Corinne Glejzer | Occasion | 1/2/2019 | 9/28/2019 | cglejzer@westbridge.org |
| Bedford/Manchester | Corinne Glejzer | Occasion | 1/2/2019 | 9/29/2019 | cglejzer@westbridge.org |
| Bedford/Manchester | Lisa Allen | Business | 7/29/2019 | 9/30/2019 | lisa.allen@greatnhrestaurants.com |
| Bedford/Manchester | Elizabeth Reese | Business | 7/25/2019 | 10/1/2019 | Ereese@nobis-group.com |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 10/2/2019 | |
| Bedford/Manchester | Sara Latour | Occasion | 7/24/2019 | 10/5/2019 | Saralatour@comcast.net |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 10/6/2019 | |
| Bedford/Manchester | B&I Synergy Partners | Business | 2/15/2019 | 10/9/2019 | |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 10/13/2019 | |
| Bedford/Manchester | B&I Synergy Partners | Business | 2/15/2019 | 10/16/2019 | |
| Bedford/Manchester | Pretty Princess Parties | Business | 2/11/2019 | 10/19/2019 | |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 10/20/2019 | |
| Bedford/Manchester | Brianna Phillips (Sullivan) | Wedding | 6/21/2019 | 10/20/2019 | Brianna.phillips2196@gmail.com |
| Bedford/Manchester | B&I Synergy Partners | Business | 2/15/2019 | 10/23/2019 | |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 10/27/2019 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 10/30/2019 | |
| Bedford/Manchester | Tessa Untiet | Wedding | 12/15/2018 | 10/31/2019 | Tessa.untiet@gmail.com |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 11/3/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 11/6/2019 | |
| Bedford/Manchester | Girl Scouts GWM | Business | 3/22/2019 | 11/9/2019 | cgreen@girlscoutsgwm.org |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 11/10/2019 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 11/13/2019 | |
| Bedford/Manchester | Lynn Zimmerman | Business | 7/26/2019 | 11/16/2019 | jmarino@driveprime.com |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 11/17/2019 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 11/20/2019 | |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 11/24/2019 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 11/27/2019 | |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 12/1/2019 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 12/4/2019 | |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 12/8/2019 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 12/11/2019 | |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 12/15/2019 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 12/18/2019 | |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 12/22/2019 | |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 12/29/2019 | |
| Bedford/Manchester | Judith Poore | Wedding | 7/21/2019 | 12/30/2019 | Judith.poore@gmail.com |
| Bedford/Manchester | Gina Andronico | Wedding | 1/3/2019 | 1/3/2020 | cameronandgina2020@gmail.com |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 1/5/2020 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 1/8/2020 | |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 1/12/2020 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 1/15/2020 | |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 1/19/2020 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 1/22/2020 | |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 1/26/2020 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/14/2019 | 1/29/2020 | |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 2/2/2020 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 2/5/2020 | |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 2/9/2020 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 2/12/2020 | |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 2/16/2020 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 2/19/2020 | |
| Bedford/Manchester | Granite United | Church Group | 1/17/2019 | 2/23/2020 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 2/26/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/27/2019 | 3/1/2020 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 3/4/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/27/2019 | 3/8/2020 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 3/11/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/27/2019 | 3/15/2020 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 3/18/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/27/2019 | 3/22/2020 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 3/25/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/27/2019 | 3/29/2020 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 4/1/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/27/2019 | 4/5/2020 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 4/8/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/27/2019 | 4/12/2020 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 4/15/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/27/2019 | 4/19/2020 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 4/22/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/27/2019 | 4/26/2020 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 4/29/2020 | |
| Bedford/Manchester | Chris Ellingson | Wedding | 3/29/2019 | 5/2/2020 | ljmpasqual@gmail.com |
| Bedford/Manchester | Granite United | Church Group | 3/27/2019 | 5/3/2020 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/14/2019 | 5/6/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/27/2019 | 5/10/2020 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 5/13/2020 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Bedford/Manchester | Granite United | Church Group | 3/27/2019 | 5/17/2019 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 5/20/2020 | |
| Bedford/Manchester | Kimberly Blaise | Wedding | 3/15/2019 | 5/23/2020 | blaisekimberly@gmail.com |
| Bedford/Manchester | Granite United | Church Group | 3/27/2019 | 5/24/2020 | |
| Bedford/Manchester | BNI Synergy Partners | Business | 2/15/2019 | 5/27/2020 | |
| Bedford/Manchester | Karen Aframe | Occasion | 2/19/2019 | 5/30/2020 | karenaframe@hotmail.com |
| Bedford/Manchester | Granite United | Church Group | 3/27/2019 | 5/31/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/27/2019 | 6/7/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/27/2019 | 6/14/2020 | |
| Bedford/Manchester | Erica Tran | Wedding | 1/7/2019 | 6/20/2020 | ericakevinyeh@gmail.com |
| Bedford/Manchester | Granite United | Church Group | 3/27/2019 | 6/21/2020 | |
| Bedford/Manchester | Lauren Benuck | Wedding | 12/14/2018 | 6/25/2020 | Lauren.benuck@gmail.com |
| Bedford/Manchester | Granite United | Church Group | 3/27/2019 | 6/28/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/27/2019 | 7/5/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/27/2019 | 7/12/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/27/2019 | 7/19/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/27/2019 | 7/26/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/27/2019 | 8/2/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/27/2019 | 8/9/2020 | |
| Bedford/Manchester | David Schaller | Wedding | 3/13/2019 | 8/15/2020 | dschaller06@gmail.com |
| Bedford/Manchester | Granite United | Church Group | 3/27/2019 | 8/16/2020 | |
| Bedford/Manchester | Chifique Porter | Wedding | 7/29/2019 | 8/20/2020 | Chifique86@comcast.net |
| Bedford/Manchester | Kayla Chouinard | Wedding | 7/14/2019 | 8/21/2020 | Kayla.b.chouinard@gmail.com |
| Bedford/Manchester | Granite United | Church Group | 3/27/2019 | 8/23/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/28/2019 | 8/30/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/28/2019 | 9/6/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/28/2019 | 9/13/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/28/2019 | 9/20/2020 | |
| Bedford/Manchester | Natasha Wilson | Wedding | 3/21/2019 | 9/24/2020 | Natashawilson1919@yahoo.com |
| Bedford/Manchester | Charli Bradshaw | Wedding | 7/24/2019 | 9/25/2020 | Charli.bradshaw98@gmail.com |
| Bedford/Manchester | Samantha Tramack | Wedding | 12/15/2018 | 9/26/2020 | bbs4life97@gmail.com |
| Bedford/Manchester | Granite United | Church Group | 3/28/2019 | 9/27/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/28/2019 | 10/4/2020 | |
| Bedford/Manchester | Sabrina Sawyer | Wedding | 1/21/2019 | 10/10/2020 | sabrinasawyer95@yahoo.com |
| Bedford/Manchester | Granite United | Church Group | 3/28/2019 | 10/11/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/28/2019 | 10/18/2020 | |
| Bedford/Manchester | Sarah Silvestriadis | Wedding | 7/17/2019 | 10/24/2020 | sarah.silvestriadis@gmail.com |
| Bedford/Manchester | Granite United | Church Group | 3/28/2019 | 10/25/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/28/2019 | 11/1/2020 | |
| Bedford/Manchester | Maci Johnston | Wedding | 7/29/2019 | 11/7/2020 | macijohnston95@gmail.com |
| Bedford/Manchester | Granite United | Church Group | 3/28/2019 | 11/8/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/28/2019 | 11/15/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/28/2019 | 11/22/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/28/2019 | 11/29/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/28/2019 | 12/6/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/28/2019 | 12/13/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/28/2019 | 12/20/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/28/2019 | 12/27/2020 | |
| Bedford/Manchester | Granite United | Church Group | 3/28/2019 | 1/3/2021 | |
| Bedford/Manchester | Granite United | Church Group | 3/28/2019 | 1/10/2021 | |
| Bedford/Manchester | Granite United | Church Group | 3/28/2019 | 1/17/2021 | |
| Bedford/Manchester | Granite United | Church Group | 3/28/2019 | 1/24/2021 | |
| Bedford/Manchester | Granite United | Church Group | 3/28/2019 | 1/31/2021 | |
| Bedford/Manchester | Granite United | Church Group | 3/28/2019 | 2/7/2021 | |
| Bedford/Manchester | Granite United | Church Group | 3/28/2019 | 2/14/2021 | |
| Bedford/Manchester | Granite United | Church Group | 3/28/2019 | 2/21/2021 | |
| Bedford/Manchester | Granite United | Church Group | 3/27/2019 | 2/28/2021 | |
| Bedford/Manchester | Haley Maynard | Wedding | 5/26/2019 | 10/2/2021 | XHaleyRose11@gmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Blue Ash | Erika Williams | Occasion | 5/9/2019 | 6/9/2019 | |
| Blue Ash | April Goodin | Wedding | 12/14/2018 | 6/18/2019 | |
| Blue Ash | Core Strengths (member) | Business | 3/18/2019 | 6/19/2019 | |
| Blue Ash | Phil Kruzan | Wedding | 12/14/2018 | 6/22/2019 | |
| Blue Ash | Heritage Action for America | Occasion | 5/2/2019 | 6/29/2019 | |
| Blue Ash | Casey Mellinger | Wedding | 3/8/2019 | 7/21/2019 | |
| Blue Ash | Reed Uberman Soma Church | Church Group | 7/29/2019 | 8/4/2019 | info@soma-church.com |
| Blue Ash | Reed Uberman Soma Church | Church Group | 7/29/2019 | 8/11/2019 | info@soma-church.com |
| Blue Ash | Reed Uberman Soma Church | Church Group | 7/29/2019 | 8/18/2019 | info@soma-church.com |
| Blue Ash | Reed Uberman Soma Church | Church Group | 7/29/2019 | 8/25/2019 | info@soma-church.com |
| Blue Ash | Reed Uberman Soma Church | Church Group | 7/29/2019 | 9/1/2019 | info@soma-church.com |
| Blue Ash | Lindsay Fischer | Wedding | 12/14/2018 | 9/7/2019 | Lmfischer1992@gmail.com |
| Blue Ash | Reed Uberman Soma Church | Church Group | 7/29/2019 | 9/8/2019 | info@soma-church.com |
| Blue Ash | Courtney Ferguson | Wedding | 3/12/2019 | 9/14/2019 | cferguson13@yahoo.com |
| Blue Ash | Reed Uberman Soma Church | Church Group | 7/29/2019 | 9/15/2019 | info@soma-church.com |
| Blue Ash | Reed Uberman Soma Church | Church Group | 7/29/2019 | 9/22/2019 | info@soma-church.com |
| Blue Ash | Amanda Seaburn | Wedding | 12/14/2018 | 9/28/2019 | Seaburna4@gmail.com |
| Blue Ash | Reed Uberman Soma Church | Church Group | 7/29/2019 | 9/29/2019 | info@soma-church.com |
| Blue Ash | Gina Bohl | Wedding | 1/31/2019 | 10/5/2019 | ginabohl27@gmail.com |
| Blue Ash | Reed Uberman Soma Church | Church Group | 7/29/2019 | 10/6/2019 | info@soma-church.com |
| Blue Ash | Meridith Schmidt | Wedding | 1/17/2019 | 10/11/2019 | Schmidt.meri@gmail.com |
| Blue Ash | Mallory Bierman | Wedding | 12/14/2018 | 10/12/2019 | Mmbier2@gmail.com |
| Blue Ash | Reed Uberman Soma Church | Church Group | 7/29/2019 | 10/13/2019 | info@soma-church.com |
| Blue Ash | Reed Uberman Soma Church | Church Group | 7/29/2019 | 10/20/2019 | info@soma-church.com |
| Blue Ash | Heather Salazar | Occasion | 6/20/2019 | 10/24/2019 | Heather@pinkribbongirls.org |
| Blue Ash | Rebecca Martin | Wedding | 1/5/2019 | 10/26/2019 | Rjmartin2011@hotmail.com |
| Blue Ash | Reed Uberman Soma Church | Church Group | 7/29/2019 | 10/27/2019 | info@soma-church.com |
| Blue Ash | Randy Glanton | Occasion | 7/24/2019 | 11/2/2019 | Zoomrwg@gmail.com |
| Blue Ash | Reed Uberman Soma Church | Church Group | 7/29/2019 | 11/3/2019 | info@soma-church.com |
| Blue Ash | Faith Nieman | Business | 4/17/2019 | 11/7/2019 | Faith.nieman@hilton.com |
| Blue Ash | Katie Teuschl | Wedding | 12/14/2018 | 11/9/2019 | Teuschlk@gmail.com |
| Blue Ash | Reed Uberman Soma Church | Church Group | 7/29/2019 | 11/10/2019 | info@soma-church.com |
| Blue Ash | Barbara Hunter | Occasion | 5/28/2019 | 11/11/2019 | BKhunter@me.com |
| Blue Ash | Barbara Hunter | Occasion | 5/28/2019 | 11/12/2019 | BKhunter@me.com |
| Blue Ash | Reed Uberman Soma Church | Church Group | 7/29/2019 | 11/17/2019 | info@soma-church.com |
| Blue Ash | Reed Uberman Soma Church | Church Group | 7/29/2019 | 11/24/2019 | info@soma-church.com |
| Blue Ash | Reed Uberman Soma Church | Church Group | 7/29/2019 | 12/1/2019 | info@soma-church.com |
| Blue Ash | Karen Rickert | Business | 7/18/2019 | 12/5/2019 | Krickert5@gmail.com |
| Blue Ash | Ashley Johnson | Wedding | 1/17/2019 | 5/22/2020 | Aejohnson@eastersealsgc.org |
| Blue Ash | Karen Rosen | Occasion | 5/18/2019 | 6/7/2020 | KRosen97@gmail.com |
| Blue Ash | Kayla Gregory | Wedding | 2/15/2019 | 6/12/2020 | Kaygreg@bgsu.edu |
| Blue Ash | Emily Meyers | Wedding | 1/17/2019 | 6/13/2020 | Meyersejm@gmail.com |
| Blue Ash | JeRee Griffin | Wedding | 2/13/2019 | 6/20/2020 | griffinjeree@yahoo.com |
| Blue Ash | Nick Smith | Wedding | 7/26/2019 | 6/26/2020 | karablake12@hotmail.com |
| Blue Ash | Heather Jones | Wedding | 5/29/2019 | 6/27/2020 | jonesshermanwedding@gmail.com |
| Blue Ash | Amber Mallory | Wedding | 1/4/2019 | 7/3/2020 | Amallory11@gmail.com |
| Blue Ash | Janiece Triggs | Wedding | 1/11/2019 | 7/6/2020 | janiece.triggs@gmail.com |
| Blue Ash | Jerrell Leak | Wedding | 4/19/2019 | 7/11/2020 | jerrellfive@yahoo.com |
| Blue Ash | Reed Uberman Soma Church | Church Group | 6/10/2019 | 7/12/2020 | info@soma-church.com |
| Blue Ash | Laura Duncan | Wedding | 7/27/2019 | 7/18/2020 | Ldunc1208@yahoo.com |
| Blue Ash | Briana Whitlow Alieu Kenneh | Wedding | 5/18/2019 | 8/1/2020 | whitlow.briana@gmail.com |
| Blue Ash | Celine Zahlen | Wedding | 12/14/2018 | 8/7/2020 | celine@celinezahlen.com |
| Blue Ash | Kameron Scott | Wedding | 7/23/2019 | 8/21/2020 | kameronscott513@gmail.com |
| Blue Ash | Dalynn Peters | Wedding | 6/11/2019 | 9/5/2020 | Dalynnpeters90@gmail.com |
| Blue Ash | Feliz Smith | Wedding | 7/8/2019 | 9/6/2020 | Felizsmith@live.com |
| Blue Ash | Deja Howard | Wedding | 7/29/2019 | 9/12/2020 | dejahoward714@gmail.com |
| Blue Ash | Cierra Kincaid | Wedding | 7/16/2019 | 9/18/2020 | ckincaid45237@yahoo.com |
| Blue Ash | Brittany Green | Wedding | 1/31/2019 | 9/19/2020 | Brittanycgreen@gmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Blue Ash | Shelby Bobbitt | Wedding | 5/29/2019 | 9/26/2020 | Bobbittshelby@gmail.com |
| Blue Ash | Monique Walker | Wedding | 7/28/2019 | 10/2/2020 | Walkermonique2015@gmail.com |
| Blue Ash | Tiffany Roberts | Wedding | 12/14/2018 | 10/3/2020 | tiffanyk1107@gmail.com |
| Blue Ash | Brittnie Criss | Wedding | 1/18/2019 | 10/10/2020 | Crissbm7@gmail.com |
| Blue Ash | Fallon Lane | Wedding | 7/11/2019 | 10/24/2020 | FL50904@gmail.com |
| Blue Ash | Julia Marshall | Wedding | 5/26/2019 | 11/7/2020 | jmarshall4695@gmail.com |
| Blue Ash | Alyx Ingram | Wedding | 3/25/2019 | 5/15/2021 | Ingramraywedding@gmail.com |
| Chandler | 101 Dorothy Friend | Business | 3/25/2019 | 5/29/2019 | |
| Chandler | Marjorie Gillingham | Wedding | 12/18/2018 | 6/1/2019 | |
| Chandler | Manohar Marinuthu | Occasion | 5/4/2019 | 6/2/2019 | |
| Chandler | BR 101 - Lease Accelerator (MEMBERSHIP EVENT) | Business | 3/22/2019 | 6/3/2019 | |
| Chandler | BR 101 - Lease Accelerator (MEMBERSHIP EVENT) | Business | 3/22/2019 | 6/4/2019 | |
| Chandler | Salina Szady | Occasion | 5/10/2019 | 6/5/2019 | |
| Chandler | BR 101 - Lease Accelerator (MEMBERSHIP EVENT) | Business | 3/22/2019 | 6/5/2019 | |
| Chandler | WB Shelby Villare | Wedding | 12/18/2018 | 6/8/2019 | |
| Chandler | Erika Lange | Occasion | 4/11/2019 | 6/9/2019 | |
| Chandler | Dorothy Friend | Business | 4/30/2019 | 6/11/2019 | |
| Chandler | Charlie Wakefield | Occasion | 6/6/2019 | 6/12/2019 | |
| Chandler | Christy Brereton | Occasion | 6/1/2019 | 6/12/2019 | |
| Chandler | Caderina Carrizosa | Wedding | 12/28/2018 | 6/14/2019 | |
| Chandler | Brittany Duong | Wedding | 12/18/2018 | 6/15/2019 | |
| Chandler | Lynn Vo | Occasion | 5/28/2019 | 6/16/2019 | |
| Chandler | Sarah Hawkes | Wedding | 12/18/2018 | 6/17/2019 | |
| Chandler | Ashley Mckoin | Wedding | 3/4/2019 | 6/20/2019 | |
| Chandler | Lizveth Vasquez | Wedding | 12/18/2018 | 6/22/2019 | |
| Chandler | Connor Schneps | Occasion | 6/18/2019 | 6/26/2019 | |
| Chandler | Dorothy Friend | Business | 6/20/2019 | 6/26/2019 | |
| Chandler | Kristan Miller | Business | 6/10/2019 | 6/26/2019 | |
| Chandler | Dorothy Friend | Business | 4/30/2019 | 6/26/2019 | |
| Chandler | Alena Camacho | Occasion | 5/16/2019 | 6/29/2019 | |
| Chandler | Diana Czarnecki | Occasion | 6/13/2019 | 7/3/2019 | |
| Chandler | Maggie Thomas        Great Western Bank | Business | 3/22/2019 | 7/9/2019 | |
| Chandler | Marsha Dunn | Business | 5/10/2019 | 7/9/2019 | |
| Chandler | Connor Schneps | Occasion | 7/9/2019 | 7/17/2019 | |
| Chandler | Jacob Grass | Wedding | 12/18/2018 | 7/19/2019 | |
| Chandler | Dorothy Friend | Business | 5/30/2019 | 7/25/2019 | |
| Chandler | Bonnie Ogden | Wedding | 6/5/2019 | 7/26/2019 | |
| Chandler | Briana Estrella | Wedding | 12/18/2018 | 8/1/2019 | Bijouest98@gmail.com |
| Chandler | Leticia Hayes | Occasion | 1/26/2019 | 8/2/2019 | leticiahayes@yahoo.com |
| Chandler | Sonny Aziz | Wedding | 7/25/2019 | 8/3/2019 | sonnyaziz@gmail.com |
| Chandler | Catina Hunt | Business | 12/28/2018 | 8/5/2019 | chunt@virtualinc.com |
| Chandler | Ridhi Patel | Occasion | 5/7/2019 | 8/11/2019 | rspatel61087@gmail.com |
| Chandler | Catina Hunt | Business | 12/28/2018 | 8/12/2019 | chunt@virtualinc.com |
| Chandler | Luz Sherwood | Wedding | 4/30/2019 | 8/17/2019 | luzsherwood@gmail.com |
| Chandler | Varun Ambati | Occasion | 5/15/2019 | 8/18/2019 | Kdivyareddy@gmail.com |
| Chandler | Catina Hunt | Business | 12/28/2018 | 8/19/2019 | chunt@virtualinc.com |
| Chandler | Catina Hunt | Business | 12/28/2018 | 8/26/2019 | chunt@virtualinc.com |
| Chandler | Dorothy Friend | Business | 5/30/2019 | 8/27/2019 | Dfriend@azarbys.com |
| Chandler | Josiah Pierce | Wedding | 12/18/2018 | 8/31/2019 | josiah131@live.com |
| Chandler | Lenisse Polanco | Wedding | 12/18/2018 | 9/1/2019 | finallysepulveda@gmail.com |
| Chandler | Lindsay Scherer | Occasion | 6/19/2019 | 9/8/2019 | lindsay.marie.scherer@gmail.com |
| Chandler | Catina Hunt | Business | 12/28/2018 | 9/9/2019 | chunt@virtualinc.com |
| Chandler | Shanda Wimbish | Occasion | 4/26/2019 | 9/10/2019 | swimbish@hpone.com |
| Chandler | Dorothy Friend | Business | 7/23/2019 | 9/11/2019 | dfriend@azarbys.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Chandler | Lease Accelerator (MEMBERSHIP EVENT) | Business | 5/14/2019 | 9/11/2019 | Crost@leaseaccelerator.com |
| Chandler | Lease Accelerator (MEMBERSHIP EVENT) | Business | 5/14/2019 | 9/12/2019 | Crost@leaseaccelerator.com |
| Chandler | Dorothy Friend | Business | 7/22/2019 | 9/13/2019 | dfriend@azarbys.com |
| Chandler | Molina Tso | Occasion | 5/9/2019 | 9/14/2019 | tabaaha89_mal@hotmail.com |
| Chandler | Catina Hunt | Business | 12/28/2018 | 9/16/2019 | chunt@virtualinc.com |
| Chandler | Dorothy Friend | Business | 7/23/2019 | 9/18/2019 | dfriend@azarbys.com |
| Chandler | Breeza'nae Morrison | Wedding | 1/11/2019 | 9/21/2019 | |
| Chandler | Catina Hunt | Business | 12/28/2018 | 9/23/2019 | chunt@virtualinc.com |
| Chandler | Dorothy Friend | Business | 7/23/2019 | 9/25/2019 | dfriend@azarbys.com |
| Chandler | Jamie Hutchings | Occasion | 4/8/2019 | 9/27/2019 | jamielynn@survivingthebubble.com |
| Chandler | Dorine Stewart | Occasion | 2/18/2019 | 9/28/2019 | Dorinestewart@hotmail.com |
| Chandler | Dorothy Friend | Business | 7/23/2019 | 10/2/2019 | dfriend@azarbys.com |
| Chandler | Justin Bro | Business | 7/12/2019 | 10/3/2019 | jbro@rismedicare.com |
| Chandler | Micah Bingham | Occasion | 6/26/2019 | 10/4/2019 | Bingham9@hotmail.com |
| Chandler | Anna Minitti | Wedding | 12/18/2018 | 10/5/2019 | annaminitti@gmail.com |
| Chandler | Erica Erickson | Wedding | 6/7/2019 | 10/6/2019 | blazna@cox.net |
| Chandler | Catina Hunt | Business | 12/28/2018 | 10/7/2019 | chunt@virtualinc.com |
| Chandler | Aziza Osman | Occasion | 7/26/2019 | 10/11/2019 | Azizaosman2013@gmail.com |
| Chandler | Josie Morales | Occasion | 1/7/2019 | 10/12/2019 | Josiecmorales@gmail.com |
| Chandler | Catina Hunt | Business | 12/28/2018 | 10/14/2019 | chunt@virtualinc.com |
| Chandler | Princess Lee | Occasion | 6/22/2019 | 10/18/2019 | Princessjenniferleeus@yahoo.com |
| Chandler | WB Elizabeth Johnson | Wedding | 12/18/2018 | 10/19/2019 | elizabeth.johnsontolbert@gmail.com |
| Chandler | Saundra Wilson | Wedding | 7/21/2019 | 10/20/2019 | Saundrawilson2013@gmail.com |
| Chandler | Catina Hunt | Business | 12/28/2018 | 10/21/2019 | chunt@virtualinc.com |
| Chandler | Core Strengths | Church Group | 1/31/2019 | 10/22/2019 | |
| Chandler | Core Strengths | Church Group | 1/31/2019 | 10/23/2019 | |
| Chandler | Lissa Hinman Aegis Hospice | Occasion | 7/8/2019 | 10/25/2019 | Lissa@aegishospice.com |
| Chandler | Lorena Aceves | Wedding | 12/18/2018 | 10/26/2019 | knottingwithkoscinski@gmail.com |
| Chandler | Catina Hunt | Business | 12/28/2018 | 10/28/2019 | chunt@virtualinc.com |
| Chandler | Manuella Kempe | Wedding | 12/18/2018 | 11/1/2019 | Manuellakempe@gmail.com |
| Chandler | Natalie Thunberg | Wedding | 12/18/2018 | 11/2/2019 | nthunberg@yahoo.com |
| Chandler | Catina Hunt | Business | 12/28/2018 | 11/4/2019 | chunt@virtualinc.com |
| Chandler | Lease Accelerator (MEMBERSHIP EVENT) | Business | 7/25/2019 | 11/5/2019 | Crost@leaseaccelerator.com |
| Chandler | Lease Accelerator (MEMBERSHIP EVENT) | Business | 7/25/2019 | 11/6/2019 | Crost@leaseaccelerator.com |
| Chandler | Avery Blatter | Wedding | 2/7/2019 | 11/7/2019 | Averyblatter@yahoo.com |
| Chandler | Taylor Russell | Wedding | 3/27/2019 | 11/8/2019 | Taylor.elizabeth.russell@gmail.com |
| Chandler | Katelyn Moore | Wedding | 12/18/2018 | 11/9/2019 | koenigsederwedding@gmail.com |
| Chandler | Brianna Yahraus | Wedding | 12/28/2018 | 11/10/2019 | briannayahraus@gmail.com |
| Chandler | Catina Hunt | Business | 12/28/2018 | 11/11/2019 | chunt@virtualinc.com |
| Chandler | Lease Accelerator (MEMBERSHIP EVENT) | Business | 7/25/2019 | 11/12/2019 | Crost@leaseaccelerator.com |
| Chandler | Lease Accelerator (MEMBERSHIP EVENT) | Business | 7/25/2019 | 11/13/2019 | Crost@leaseaccelerator.com |
| Chandler | Lease Accelerator (MEMBERSHIP EVENT) | Business | 7/25/2019 | 11/14/2019 | Crost@leaseaccelerator.com |
| Chandler | Kari Stolworthy | Wedding | 6/9/2019 | 11/16/2019 | kstolworthy@cox.net |
| Chandler | Catina Hunt | Business | 12/28/2018 | 11/18/2019 | chunt@virtualinc.com |
| Chandler | Bridget Welch | Wedding | 7/30/2019 | 11/22/2019 | Bridgetmw1@gmail.com |
| Chandler | Victoria Perez | Wedding | 12/18/2018 | 11/23/2019 | toriasperez661@gmail.com |
| Chandler | Enas S Abdelhalim | Wedding | 6/19/2019 | 11/24/2019 | nanas123@aol.com |
| Chandler | Catina Hunt | Business | 12/28/2018 | 11/25/2019 | chunt@virtualinc.com |
| Chandler | Jolee Beverage | Wedding | 2/21/2019 | 11/29/2019 | jbeverage15@gmail.com |
| Chandler | Liliana Enriquez | Wedding | 12/18/2018 | 11/30/2019 | guerreromario127@yahoo.com |
| Chandler | Catina Hunt | Business | 12/28/2018 | 12/2/2019 | chunt@virtualinc.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Chandler | Julie Lally | Occasion | 12/18/2018 | 12/4/2019 | arizonacombatsports@yahoo.com |
| Chandler | Jennifer Sebastian | Occasion | 12/18/2018 | 12/7/2019 | robertosebastian@hotmail.com |
| Chandler | Catina Hunt | Business | 12/28/2018 | 12/9/2019 | chunt@virtualinc.com |
| Chandler | Tim Flanigan | Business | 7/6/2019 | 12/14/2019 | tflanigan@troon.com |
| Chandler | Catina Hunt | Business | 12/28/2018 | 12/16/2019 | chunt@virtualinc.com |
| Chandler | Saidy Perez | Wedding | 4/14/2019 | 12/27/2019 | Saidyp51@gmail.com |
| Chandler | Rina Chaudhury | Wedding | 12/18/2018 | 12/28/2019 | rinac@cox.net |
| Chandler | Catina Hunt | Business | 12/28/2018 | 12/30/2019 | chunt@virtualinc.com |
| Chandler | Rebekah Pflieger | Wedding | 2/27/2019 | 12/31/2019 | kyle.bekah.wedding.thingy@gmail.com |
| Chandler | Sydney Kern | Wedding | 5/15/2019 | 1/2/2020 | kernsydney@yahoo.com |
| Chandler | Jennifer Smith | Business | 6/5/2019 | 1/5/2020 | |
| Chandler | Jennifer Smith | Business | 6/5/2019 | 1/6/2020 | |
| Chandler | Jennifer Smith | Business | 6/5/2019 | 1/7/2020 | |
| Chandler | Jennifer Smith | Business | 6/5/2019 | 1/8/2020 | |
| Chandler | Jennifer Smith | Business | 6/5/2019 | 1/9/2020 | |
| Chandler | Jennifer Smith | Business | 6/5/2019 | 1/10/2020 | |
| Chandler | Erin Sodeman | Wedding | 12/18/2018 | 1/18/2020 | sodemendoza@gmail.com |
| Chandler | Heather Baldwin | Wedding | 12/18/2018 | 2/8/2020 | heather_lynnb@yahoo.com |
| Chandler | Ana Gomez | Occasion | 3/20/2019 | 2/29/2020 | agomez118@yahoo.com |
| Chandler | Diandra Smith | Wedding | 3/14/2019 | 3/14/2020 | TheClaytors320@gmail.com |
| Chandler | Melanie Stephenson | Wedding | 12/28/2018 | 3/21/2020 | |
| Chandler | WB Ashley Hanners | Wedding | 12/18/2018 | 3/28/2020 | Ahsf86@hotmail.com |
| Chandler | Natalee Wahlquist | Wedding | 7/30/2019 | 4/4/2020 | lnkb77@gmail.com |
| Chandler | Lease Accelerator Services, Inc. MEMBERSHIP PROFILE (MAIN) | Business | 3/18/2019 | 4/5/2020 | Crost@leaseaccelerator.com |
| Chandler | 104 Mandilyn Tollison | Occasion | 3/25/2019 | 4/17/2020 | Mandilyn@infodontics.com |
| Chandler | WB Mandilyn Tollison | Occasion | 3/25/2019 | 4/18/2020 | Mandilyn@infodontics.com |
| Chandler | Mirishka Gill | Wedding | 4/25/2019 | 4/25/2020 | Mirishkahh@gmail.com |
| Chandler | Jannine Amore | Wedding | 2/27/2019 | 5/28/2020 | jamore@kyrene.com |
| Chandler | Hannah Officer | Wedding | 12/18/2018 | 6/3/2020 | hannahtheofficer@gmail.com |
| Chandler | Danielle Funk | Wedding | 7/16/2019 | 6/26/2020 | danielledfunk@gmail.com |
| Chandler | Shadey Perales | Wedding | 7/29/2019 | 7/25/2020 | shadeyp@yahoo.com |
| Chandler | Trenee Nuness | Wedding | 2/18/2019 | 8/15/2020 | Lovelandtrenee2020@gmail.com |
| Charlotte | Janee Clark | Wedding | 12/20/2018 | 6/1/2019 | |
| Charlotte | April Edwards | Wedding | 12/21/2018 | 6/2/2019 | |
| Charlotte | Tiffany Cutright | Wedding | 12/21/2018 | 6/8/2019 | |
| Charlotte | Tamika Parson | Occasion | 3/22/2019 | 6/9/2019 | |
| Charlotte | Pam Taylor | Business | 5/15/2019 | 6/11/2019 | |
| Charlotte | Chaye Bernier | Wedding | 12/21/2018 | 6/13/2019 | |
| Charlotte | sonya banks | Occasion | 5/3/2019 | 6/14/2019 | |
| Charlotte | Melissa Washington | Wedding | 12/21/2018 | 6/15/2019 | |
| Charlotte | Camela Bell | Wedding | 12/20/2018 | 6/22/2019 | |
| Charlotte | Atrium Health | Business | 5/21/2019 | 6/27/2019 | |
| Charlotte | Gloria Nicks | Wedding | 3/2/2019 | 6/28/2019 | |
| Charlotte | Wendy De Leon Hernandez | Wedding | 12/21/2018 | 6/29/2019 | |
| Charlotte | gyo young park | Wedding | 2/3/2019 | 6/30/2019 | |
| Charlotte | Katherine Rivas | Wedding | 12/20/2018 | 7/6/2019 | |
| Charlotte | Pam Taylor | Business | 5/30/2019 | 7/9/2019 | |
| Charlotte | Mandi Harris | Business | 5/10/2019 | 7/10/2019 | |
| Charlotte | Lindsay Diaz | Business | 5/1/2019 | 7/11/2019 | |
| Charlotte | Lindsay Diaz | Business | 5/1/2019 | 7/12/2019 | |
| Charlotte | Traci Richardson | Wedding | 12/20/2018 | 7/13/2019 | |
| Charlotte | Amy Ellrod | Business | 6/25/2019 | 7/16/2019 | |
| Charlotte | Marcella Gamble | Wedding | 12/21/2018 | 7/18/2019 | |
| Charlotte | Sequoia Carter | Wedding | 12/20/2018 | 7/20/2019 | |
| Charlotte | Majesty Acheampong | Business | 12/21/2018 | 7/21/2019 | |
| Charlotte | Renata Bolden Rehearsal | Occasion | 4/29/2019 | 7/26/2019 | |
| Charlotte | Renata Bolden | Wedding | 1/5/2019 | 7/27/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Charlotte | Mia Goodman | Wedding | 12/20/2018 | 8/3/2019 | becomingthewhites2019@gmail.com |
| Charlotte | Atrium Health | Business | 7/19/2019 | 8/6/2019 | Pamler.wallservin@atriumhealth.org |
| Charlotte | Ashlee Leath | Wedding | 1/13/2019 | 8/8/2019 | ashleath@gmail.com |
| Charlotte | Aquandra Rushing | Wedding | 12/21/2018 | 8/10/2019 | aquandrar@yahoo.com |
| Charlotte | Tanreka Bostic | Wedding | 2/1/2019 | 8/11/2019 | tanrekab28@gmail.com |
| Charlotte | Rebecca Box | Business | 4/30/2019 | 8/14/2019 | rbox@foodbuy.com |
| Charlotte | Rebecca Box | Business | 4/30/2019 | 8/15/2019 | rbox@foodbuy.com |
| Charlotte | Kash Smith | Wedding | 12/20/2018 | 8/17/2019 | Kashsmith2927@gmail.com |
| Charlotte | Holly Hartmann | Business | 6/21/2019 | 8/21/2019 | Holly.Hartmann@compass-usa.com |
| Charlotte | Drusilla Weathers | Business | 2/13/2019 | 8/23/2019 | drusilla.weathers@atriumhealth.org |
| Charlotte | Dianne Moffett | Wedding | 12/21/2018 | 8/24/2019 | hallc5993@gmail.com |
| Charlotte | Gustavo Garduno | Wedding | 5/10/2019 | 8/25/2019 | Lilgg93@gmail.com |
| Charlotte | Project Management Institute | Church Group | 2/6/2019 | 8/26/2019 | |
| Charlotte | nathan carter | Wedding | 2/6/2019 | 8/30/2019 | carter8184@gmail.com |
| Charlotte | Amanda Piotrowski | Wedding | 1/7/2019 | 8/31/2019 | Amandapio10@gmail.com |
| Charlotte | Kala Young | Wedding | 12/21/2018 | 9/1/2019 | Tinderlovencare19@gmail.com |
| Charlotte | Ebenezer Solomon | Wedding | 5/3/2019 | 9/2/2019 | ebenezersolomon@gmail.com |
| Charlotte | Drusilla Weathers | Business | 2/11/2019 | 9/3/2019 | drusilla.weathers@atriumhealth.org |
| Charlotte | Drusilla Weathers | Business | 2/11/2019 | 9/4/2019 | drusilla.weathers@atriumhealth.org |
| Charlotte | Ashley Williamson | Wedding | 1/6/2019 | 9/7/2019 | Ashleywilliamson05@gmail.com |
| Charlotte | Jimmica Cofield | Business | 7/19/2019 | 9/11/2019 | Jcofield@bridgetrusttitle.com |
| Charlotte | Lawanda Kilgo | Wedding | 1/25/2019 | 9/12/2019 | Lawandakilgo@yahoo.com |
| Charlotte | Leondra Pridgen | Wedding | 12/20/2018 | 9/14/2019 | leondra47@yahoo.com |
| Charlotte | Monique McCullough | Wedding | 1/10/2019 | 9/15/2019 | Moniquenmcc@gmail.com |
| Charlotte | Kareema Williams | Wedding | 3/1/2019 | 9/19/2019 | Kswilli30@gmail.com |
| Charlotte | NC Tech | Business | 4/17/2019 | 9/20/2019 | michelle@nctech.org |
| Charlotte | Deneisha Bailey | Wedding | 12/20/2018 | 9/21/2019 | Dspacebailey@gmail.com |
| Charlotte | Melissa Pittman | Occasion | 5/13/2019 | 9/24/2019 | Melissa.Pittman@atriumhealth.org |
| Charlotte | Noel McCall | Business | 6/19/2019 | 9/27/2019 | noel.mccall@patriots-path.org |
| Charlotte | Pete Ziozios | Wedding | 12/20/2018 | 9/28/2019 | Panagiotisdz7@gmail.com |
| Charlotte | Jachovia Gaither | Wedding | 12/21/2018 | 9/29/2019 | jachoviagaither@gmail.com |
| Charlotte | Ivelisse Lopez | Wedding | 12/28/2018 | 10/3/2019 | Ivelisselopez90@yahoo.com |
| Charlotte | Morgan Marek | Wedding | 1/13/2019 | 10/4/2019 | Morganmarek@ymail.com |
| Charlotte | Jessica Jannson | Wedding | 12/20/2018 | 10/5/2019 | jessica.k.jansson@gmail.com |
| Charlotte | Nsieme Lemvo | Wedding | 12/20/2018 | 10/10/2019 | Nsieme720@gmail.com |
| Charlotte | Patty Eller | Wedding | 12/20/2018 | 10/12/2019 | Patty.Eller@cpcc.edu |
| Charlotte | Taylor Wagner | Wedding | 4/2/2019 | 10/13/2019 | taylor.marianna@outlook.com |
| Charlotte | Jessica smith | Wedding | 1/22/2019 | 10/14/2019 | smithgirl1170@gmail.com |
| Charlotte | Jessica Richards | Wedding | 2/11/2019 | 10/17/2019 | richardsjr05@gmail.com |
| Charlotte | Alex Blasco | Wedding | 12/20/2018 | 10/19/2019 | amblasco4@yahoo.com |
| Charlotte | Project Management Institute | Church Group | 2/6/2019 | 10/21/2019 | |
| Charlotte | Ashley Woodall | Wedding | 3/8/2019 | 10/24/2019 | rwoodall@aol.com |
| Charlotte | Bukola Ekundayo | Wedding | 1/31/2019 | 10/25/2019 | b.ekundayo@gmail.com |
| Charlotte | Jessica Rawlings | Wedding | 12/21/2018 | 10/26/2019 | Jrrawlings1990@gmail.com |
| Charlotte | Latoya Stewart | Wedding | 7/21/2019 | 10/27/2019 | etangels@aol.com |
| Charlotte | Kelly Perkins | Business | 5/22/2019 | 10/28/2019 | Kellyperkins@e4carolinas.org |
| Charlotte | Kate Test | Wedding | 3/4/2019 | 11/1/2019 | |
| Charlotte | Joey Starnes | Occasion | 12/20/2018 | 11/2/2019 | melodyharmonius@gmail.com |
| Charlotte | Llena Brown | Wedding | 5/5/2019 | 11/5/2019 | llenabrown@gmail.com |
| Charlotte | Shareka Miller | Wedding | 4/11/2019 | 11/7/2019 | Shareka.miller@gmail.com |
| Charlotte | Joshua Thompson | Wedding | 3/14/2019 | 11/8/2019 | Thompsonja1112@gmail.com |
| Charlotte | Christin workman | Wedding | 1/14/2019 | 11/9/2019 | cworkmon@gmail.com |
| Charlotte | Bri Peters | Wedding | 1/31/2019 | 11/16/2019 | meanttobeatty2019@gmail.com |
| Charlotte | Sheana Ricketts | Wedding | 5/7/2019 | 11/21/2019 | Sheanaricketts@yahoo.com |
| Charlotte | Paola Alban | Occasion | 3/28/2019 | 11/23/2019 | paola@paolaalbanrealtors.net |
| Charlotte | Bri Changela | Wedding | 12/20/2018 | 11/27/2019 | Bri.w.changela@gmail.com |
| Charlotte | Anthony Wilson | Wedding | 1/30/2019 | 11/30/2019 | Aawilson02@yahoo.com |
| Charlotte | Lindsay Diaz | Business | 5/13/2019 | 12/10/2019 | Lindsay.diaz@kw.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Charlotte | Lindsay Diaz | Business | 5/13/2019 | 12/11/2019 | Lindsay.diaz@kw.com |
| Charlotte | Renee Smith | Business | 2/27/2019 | 12/13/2019 | Renee.smith@skanska.com |
| Charlotte | Shay Hajbana | Wedding | 1/21/2019 | 12/28/2019 | Sshajban@gmail.com |
| Charlotte | Emmalee Lawton | Wedding | 2/5/2019 | 12/30/2019 | Emmaleelawton@gmail.com |
| Charlotte | Project Management Institute | Church Group | 1/8/2019 | 12/30/2019 | |
| Charlotte | Chinyere Asoh | Wedding | 12/21/2018 | 1/3/2020 | statesvillefirst@gmail.com |
| Charlotte | Core Strengths | Business | 2/6/2019 | 1/6/2020 | Selena@corestrengths.com |
| Charlotte | Amina Gaines | Wedding | 6/17/2019 | 1/10/2020 | glynandamina@gmail.com |
| Charlotte | Amina Gaines | Wedding | 2/17/2019 | 1/11/2020 | glynandamina@gmail.com |
| Charlotte | Clarence Strain | Occasion | 3/25/2019 | 2/8/2020 | Cds211@verizon.net |
| Charlotte | Tiesha Wylie | Wedding | 6/30/2019 | 2/15/2020 | Wright.Tiesha@gmail.com |
| Charlotte | Waleska Cruz | Occasion | 12/21/2018 | 2/22/2020 | waleskacruz1083@yahoo.com |
| Charlotte | Ethan Ward | Wedding | 2/28/2019 | 2/27/2020 | ethankward@aol.com |
| Charlotte | Rubia Guzman | Wedding | 3/14/2019 | 2/29/2020 | brodriguez.rguzman@gmail.com |
| Charlotte | Travain Smalls | Wedding | 5/16/2019 | 3/1/2020 | Travainsmalls@gmail.com |
| Charlotte | Project Management Institute | Church Group | 2/20/2019 | 3/17/2020 | |
| Charlotte | Katie Hershey | Wedding | 3/14/2019 | 3/21/2020 | khershey@email.sc.edu |
| Charlotte | Brittany Roper | Wedding | 1/13/2019 | 3/28/2020 | BrittanyD.Roper@gmail.com |
| Charlotte | Madison Lilley | Wedding | 4/13/2019 | 4/4/2020 | Madyelizabeth101@att.net |
| Charlotte | Nisan Williams | Wedding | 5/19/2019 | 4/17/2020 | Williams_nisan@yahoo.com |
| Charlotte | Nisan Williams | Wedding | 12/20/2018 | 4/18/2020 | Williams_nisan@yahoo.com |
| Charlotte | Lauren Hoar | Wedding | 4/16/2019 | 4/25/2020 | Laurenjohngray@gmail.com |
| Charlotte | Sadonna Smith | Wedding | 5/31/2019 | 5/1/2020 | scsmith3289@gmail.com |
| Charlotte | Mai ta | Wedding | 4/24/2019 | 5/2/2020 | Mai_tta09@yahoo.com |
| Charlotte | Amari Simmons | Wedding | 4/11/2019 | 5/14/2020 | Amarisimmons2015@gmail.com |
| Charlotte | Ramona Culbreth | Wedding | 2/15/2019 | 5/16/2020 | culbrethramona@yahoo.com |
| Charlotte | Joy Beason | Wedding | 6/29/2019 | 5/24/2020 | Mzdimure@gmail.com |
| Charlotte | Andreia Graddick | Wedding | 4/23/2019 | 5/30/2020 | graddickfamily@aol.com |
| Charlotte | Rachel Buckner | Wedding | 5/9/2019 | 6/13/2020 | buckner_rachel@yahoo.com |
| Charlotte | Sarah McNeil | Wedding | 5/31/2019 | 6/14/2020 | Sa.Mcneil@aol.com |
| Charlotte | Caitlin Beheler | Wedding | 2/22/2019 | 6/20/2020 | Caitlin.beheler@gmail.com |
| Charlotte | Janiya Rorie | Wedding | 4/8/2019 | 6/25/2020 | Rorie.Janiya1@gmail.com |
| Charlotte | Addison Billups | Wedding | 7/6/2019 | 6/27/2020 | digal704@yahoo.com |
| Charlotte | Rohit Snooknan and Fallon Pearson | Wedding | 4/29/2019 | 7/2/2020 | pearsonashton1989@gmail.com |
| Charlotte | Antoinette Buchanan | Wedding | 4/13/2019 | 7/9/2020 | abuchanan6983@students.mc3.edu |
| Charlotte | Sidney Kimmons | Wedding | 6/28/2019 | 7/10/2020 | S.kimmons03@hotmail.com |
| Charlotte | Cartia Mitchell | Wedding | 4/17/2019 | 7/11/2020 | Cartia21@gmail.com |
| Charlotte | Stephanie Burgin | Wedding | 4/22/2019 | 7/17/2020 | russellstietheknot@gmail.com |
| Charlotte | Jordan Osborne | Wedding | 6/12/2019 | 7/24/2020 | osbornej105@gmail.com |
| Charlotte | Gaby Lucero | Wedding | 5/29/2019 | 7/25/2020 | Amigonlgabriela@gmail.com |
| Charlotte | Amber Hyde | Wedding | 1/13/2019 | 8/1/2020 | anhyde85@yahoo.com |
| Charlotte | Jessica Gonzalez | Wedding | 3/13/2019 | 8/7/2020 | Ljgonzalez1215@gmail.com |
| Charlotte | Nidia Jardinez | Wedding | 12/21/2018 | 8/15/2020 | njardinez@foodesignassociates.com |
| Charlotte | Anthony Moore | Wedding | 4/25/2019 | 8/21/2020 | aemore12@gmail.com |
| Charlotte | Cortney Graham | Wedding | 4/27/2019 | 9/5/2020 | cjgraham2011@gmail.com |
| Charlotte | Samantha collymore | Wedding | 3/31/2019 | 9/12/2020 | Stcollymore@yahoo.com |
| Charlotte | Mary Robertson | Occasion | 4/19/2019 | 9/19/2020 | Mfootman512@yahoo.com |
| Charlotte | Rhonda Miller | Wedding | 5/24/2019 | 9/26/2020 | Ourlovestory2k19@gmail.com |
| Charlotte | Genene Palmer | Wedding | 7/28/2019 | 10/3/2020 | Geneneandjanell2020@gmail.com |
| Charlotte | Torie Hamilton | Wedding | 2/3/2019 | 10/10/2020 | Toriekhamilton@gmail.com |
| Charlotte | Shameequa Buxton | Wedding | 5/31/2019 | 10/17/2020 | mtkillings@gmail.com |
| Charlotte | Jeannie Wolfe | Wedding | 3/18/2019 | 10/24/2020 | Wolfejeannie@gmail.com |
| Charlotte | Jennifer Lozano | Wedding | 5/5/2019 | 11/28/2020 | Lozzie1013@aol.com |
| Charlotte | Mary McVay | Wedding | 4/26/2019 | 12/31/2020 | maryemcvay@gmail.com |
| Charlotte | Vanessa Hinds | Wedding | 3/28/2019 | 6/12/2021 | Vlhinds86@gmail.com |
| Chesapeake | Kylie Ross Sibert | Business | 12/22/2018 | 5/30/2019 | |
| Chesapeake | Thalia Hinds | Wedding | 12/22/2018 | 6/1/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Chesapeake | Brandy Langston | Wedding | 4/20/2019 | 6/2/2019 | |
| Chesapeake | Anna Boyd | Wedding | 4/6/2019 | 6/3/2019 | |
| Chesapeake | Robin Foreman | Wedding | 12/22/2018 | 6/6/2019 | |
| Chesapeake | World Financial Group | Occasion | 5/1/2019 | 6/8/2019 | |
| Chesapeake | Mallorie Mobley | Wedding | 1/15/2019 | 6/9/2019 | |
| Chesapeake | Jonnielle Nicholes | Occasion | 3/20/2019 | 6/11/2019 | |
| Chesapeake | Jo Guilford | Wedding | 12/22/2018 | 6/13/2019 | |
| Chesapeake | Kimberly Brown | Wedding | 12/22/2018 | 6/14/2019 | |
| Chesapeake | Milda Francois | Wedding | 12/23/2018 | 6/15/2019 | |
| Chesapeake | Donna Cowell | Wedding | 1/15/2019 | 6/20/2019 | |
| Chesapeake | Deneisha Davis | Occasion | 6/4/2019 | 6/21/2019 | |
| Chesapeake | Shantell Scarborough | Wedding | 12/23/2018 | 6/22/2019 | |
| Chesapeake | Rachel Shepherd | Occasion | 3/14/2019 | 6/28/2019 | |
| Chesapeake | Jessica Oâ€™Grady | Wedding | 12/23/2018 | 6/29/2019 | |
| Chesapeake | Aivah Parham | Wedding | 12/23/2018 | 7/3/2019 | |
| Chesapeake | Janice Lewis | Wedding | 4/16/2019 | 7/7/2019 | |
| Chesapeake | Snow Companies: Logan Hirsh | Business | 6/11/2019 | 7/10/2019 | |
| Chesapeake | Dyani Meggett-Sowell | Wedding | 12/23/2018 | 7/13/2019 | |
| Chesapeake | Nikki Brown | Wedding | 12/23/2018 | 7/15/2019 | |
| Chesapeake | Asia Williams | Wedding | 12/23/2018 | 7/18/2019 | |
| Chesapeake | Carolyn James | Occasion | 4/9/2019 | 7/20/2019 | |
| Chesapeake | Yedidah Farrow | Wedding | 12/23/2018 | 7/22/2019 | |
| Chesapeake | Jasmine Dingle | Wedding | 12/23/2018 | 7/25/2019 | |
| Chesapeake | ShaRonda Brown | Wedding | 2/23/2019 | 7/26/2019 | |
| Chesapeake | Tia Williams | Wedding | 12/23/2018 | 7/27/2019 | |
| Chesapeake | Laudia K.Guilao | Wedding | 12/23/2018 | 7/29/2019 | |
| Chesapeake | Da'shon James | Wedding | 1/27/2019 | 8/1/2019 | Da39shon2@me.com |
| Chesapeake | Tameika Jones | Occasion | 6/19/2019 | 8/2/2019 | Tameikareynolds@yahoo.com |
| Chesapeake | Angela Camacho | Occasion | 5/4/2019 | 8/3/2019 | Angela50ayc@gmail.com |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 8/4/2019 | |
| Chesapeake | Ken Boyer | Occasion | 7/22/2019 | 8/6/2019 | Ticosauve@aol.com |
| Chesapeake | James Chandler | Wedding | 6/17/2019 | 8/7/2019 | Jchandler2472@gmail.com |
| Chesapeake | James Chandler | Wedding | 12/23/2018 | 8/8/2019 | Jchandler2472@gmail.com |
| Chesapeake | Jenni Williams | Wedding | 12/23/2018 | 8/10/2019 | jennirw3@gmail.com |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 8/11/2019 | |
| Chesapeake | Leeanna striker | Wedding | 1/31/2019 | 8/15/2019 | Leeannamae41488@gmail.com |
| Chesapeake | Janet Williams | Wedding | 12/23/2018 | 8/17/2019 | Janetwms@verizon.net |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 8/18/2019 | |
| Chesapeake | Shelby Moulton | Wedding | 12/23/2018 | 8/24/2019 | Shelbymoulton1@gmail.com |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 8/25/2019 | |
| Chesapeake | Kamylle Laxamana | Wedding | 12/23/2018 | 8/28/2019 | dipzlestrange@ymail.com |
| Chesapeake | Krisia Diaz | Wedding | 2/16/2019 | 8/29/2019 | krisia.kd@gmail.com |
| Chesapeake | Kaneisha Heckstall- Davis | Wedding | 5/5/2019 | 8/31/2019 | kqheckstall@gmail.com |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 9/1/2019 | |
| Chesapeake | Mia Knowles | Wedding | 12/23/2018 | 9/7/2019 | mialknowles@gmail.com |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 9/8/2019 | |
| Chesapeake | Kisah Hutchings | Wedding | 6/28/2019 | 9/9/2019 | Kisah.hutchings@gmail.com |
| Chesapeake | Ivy Abotsi | Wedding | 3/12/2019 | 9/14/2019 | ivykixx@gmail.com |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 9/15/2019 | |
| Chesapeake | Kim Callari | Wedding | 3/19/2019 | 9/19/2019 | kimcallari3@yahoo.com |
| Chesapeake | Tiana Davis | Wedding | 1/20/2019 | 9/20/2019 | Tdavis10@email.radford.edu |
| Chesapeake | Monique Moore | Wedding | 12/23/2018 | 9/21/2019 | moeemoore@gmail.com |
| Chesapeake | Justin Gravely | Wedding | 12/23/2018 | 9/22/2019 | jdgravely10@gmail.com |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 9/22/2019 | |
| Chesapeake | Whitney Frye | Wedding | 12/23/2018 | 9/28/2019 | Whiit.frye11@gmail.com |
| Chesapeake | Rose Ciconta | Occasion | 6/10/2019 | 9/29/2019 | Virginiabeachweddingcompany@gmail.co |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 9/29/2019 | |
| Chesapeake | Brianna Turner | Wedding | 12/23/2018 | 10/3/2019 | briannaturner.rx@gmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Chesapeake | Katie Johnson | Wedding | 12/23/2018 | 10/4/2019 | Noel922011@gmail.com |
| Chesapeake | Mya Mendez | Wedding | 1/9/2019 | 10/5/2019 | Meeboni1@cox.net |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 10/6/2019 | |
| Chesapeake | Mikayla Gaddis | Wedding | 12/23/2018 | 10/7/2019 | mikaylaelizabeth.95@gmail.com |
| Chesapeake | Willow Brown | Wedding | 5/10/2019 | 10/10/2019 | Willowbee9614@yahoo.com |
| Chesapeake | Tiffany Riddick | Wedding | 1/26/2019 | 10/11/2019 | tiffanyriddick@me.com |
| Chesapeake | Misha Owens | Wedding | 12/23/2018 | 10/12/2019 | misha.l.owens@gmail.com |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 10/13/2019 | |
| Chesapeake | Shawana Mills | Wedding | 12/22/2018 | 10/19/2019 | Shawana.Mills@gmail.com |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 10/20/2019 | |
| Chesapeake | Rachel Andrew | Wedding | 6/28/2019 | 10/20/2019 | Rachandrew95@gmail.com |
| Chesapeake | Stacey Reibold | Wedding | 12/23/2018 | 10/21/2019 | Stacey.reibold@gmail.com |
| Chesapeake | Jesika Penny | Wedding | 12/23/2018 | 10/26/2019 | jesikapenny1@gmail.com |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 10/27/2019 | |
| Chesapeake | Kat Kaminski | Wedding | 1/15/2019 | 11/1/2019 | kat.j.kaminski@gmail.com |
| Chesapeake | Takeia Weatherly | Wedding | 12/23/2018 | 11/2/2019 | t.n.weatherly@gmail.com |
| Chesapeake | Julia Giannone | Wedding | 12/23/2018 | 11/3/2019 | jgiannone95@gmail.com |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 11/3/2019 | |
| Chesapeake | Deisha Williams | Wedding | 1/14/2019 | 11/4/2019 | Deisha.williams12@gmail.com |
| Chesapeake | Shayla Myrick | Wedding | 5/13/2019 | 11/8/2019 | Smyri003@gmail.com |
| Chesapeake | Stephanie DeShields | Wedding | 12/23/2018 | 11/9/2019 | stephaniedeshields@gmail.com |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 11/10/2019 | |
| Chesapeake | Aja Riddick | Wedding | 12/23/2018 | 11/14/2019 | Aja.riddick@icloud.com |
| Chesapeake | Stephanie Josey | Wedding | 2/28/2019 | 11/16/2019 | Stefijo408@gmail.com |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 11/17/2019 | |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 11/24/2019 | |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 12/1/2019 | |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 12/8/2019 | |
| Chesapeake | Carla Austin | Wedding | 12/23/2018 | 12/12/2019 | Beale.Dwayne@yahoo.com |
| Chesapeake | Amanda Reaves | Wedding | 1/31/2019 | 12/14/2019 | Reaves89.ar@gmail.com |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 12/15/2019 | |
| Chesapeake | Anissa Cross | Wedding | 12/23/2018 | 12/19/2019 | ac3rdbaseman19@gmail.com |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 12/22/2019 | |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 12/29/2019 | |
| Chesapeake | Denise Bagwell | Wedding | 2/5/2019 | 12/31/2019 | dbagwell85@gmail.com |
| Chesapeake | Pretty Princess Parties | Business | 2/11/2019 | 1/4/2020 | |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 1/5/2020 | |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 1/12/2020 | |
| Chesapeake | La'Shay Lucas | Wedding | 12/23/2018 | 1/18/2020 | desence25@gmail.com |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 1/19/2020 | |
| Chesapeake | Jordan Reeder | Wedding | 2/2/2019 | 1/20/2020 | jordreeder7@yahoo.com |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 1/26/2020 | |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 2/2/2020 | |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 2/9/2020 | |
| Chesapeake | Courtney Walcott | Wedding | 1/13/2019 | 2/15/2020 | courtandcris20@gmail.com |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 2/16/2020 | |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 2/23/2020 | |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 3/1/2020 | |
| Chesapeake | Veronica Rusnak | Wedding | 4/10/2019 | 3/7/2020 | Veronicacapri96@yahoo.com |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 3/8/2020 | |
| Chesapeake | Steven Daniels | Wedding | 5/10/2019 | 3/14/2020 | Stephanie.lewis3210@gmail.com |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 3/15/2020 | |
| Chesapeake | Jasmin Smith | Wedding | 3/12/2019 | 3/20/2020 | Thatpasunshine@gmail.com |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 3/22/2020 | |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 3/29/2020 | |
| Chesapeake | Evidence Management MAIN/PAYMENT PROFILE | Church Group | 2/27/2019 | 3/31/2020 | amy@evidencemanagement.com |
| Chesapeake | Michele Naughton | Wedding | 1/17/2019 | 4/4/2020 | Msnaughton07@gmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 4/5/2020 | |
| Chesapeake | Limitless Church | Church Group | 4/30/2019 | 4/12/2020 | |
| Chesapeake | Bethany Marino | Wedding | 7/16/2019 | 4/18/2020 | marinobethany002@gmail.com |
| Chesapeake | Limitless Church | Church Group | 4/24/2019 | 4/19/2020 | |
| Chesapeake | April Richardson | Wedding | 4/29/2019 | 5/2/2020 | a.richardson653@gmail.com |
| Chesapeake | Rachel Collins | Wedding | 1/19/2019 | 5/7/2020 | Rachkathleencoll928@gmail.com |
| Chesapeake | Anjelique Matias | Wedding | 6/9/2019 | 5/8/2020 | amatias0415@gmail.com |
| Chesapeake | Ivan Shaka | Wedding | 3/29/2019 | 5/9/2020 | ivanshka@hotmail.com |
| Chesapeake | Lou Avery Barnes | Wedding | 12/23/2018 | 5/14/2020 | Avery.c.barnes@gmail.com |
| Chesapeake | Bree Thomas | Wedding | 4/4/2019 | 5/16/2020 | btho1627@gmail.com |
| Chesapeake | Andrea Melendez | Wedding | 12/23/2018 | 5/21/2020 | Melendezandrea61@gmail.com |
| Chesapeake | Tiffany Langley | Wedding | 5/16/2019 | 5/23/2020 | |
| Chesapeake | Sergene Lucien | Wedding | 5/21/2019 | 5/30/2020 | sergenelucien@yahoo.com |
| Chesapeake | Nkemka Anyiwo | Wedding | 6/21/2019 | 6/6/2020 | Nkemka.anyiwo@gmail.com |
| Chesapeake | Chelsea Harrison | Wedding | 5/16/2019 | 6/13/2020 | chelseadiharrison@gmail.com |
| Chesapeake | India McElroy | Wedding | 12/23/2018 | 6/20/2020 | ljmcelroy86@gmail.com |
| Chesapeake | Domonique Moore | Wedding | 4/12/2019 | 6/21/2020 | Dmoor829@gmail.com |
| Chesapeake | Cherie Street | Wedding | 6/17/2019 | 6/25/2020 | cheriestreet18@gmail.com |
| Chesapeake | Arquesha Woodard | Wedding | 6/5/2019 | 6/27/2020 | Arqueshaw@aol.com |
| Chesapeake | Monica Smith | Wedding | 7/20/2019 | 7/2/2020 | Msmonie25@yahoo.com |
| Chesapeake | Porscha Moore | Wedding | 5/7/2019 | 7/10/2020 | Porscham87@gmail.com |
| Chesapeake | Chelsea Richards | Wedding | 6/7/2019 | 7/16/2020 | chels.richards12995@gmail.com |
| Chesapeake | Breanna Lewis | Wedding | 7/19/2019 | 8/21/2020 | Bflewis414@yahoo.com |
| Chesapeake | Alicia Mixon | Wedding | 4/12/2019 | 9/3/2020 | alycia.mixon@gmail.com |
| Chesapeake | Jasmine Jones | Wedding | 12/23/2018 | 9/10/2020 | jnjlove92@gmail.com |
| Chesapeake | Leigh Johnson | Wedding | 4/6/2019 | 10/2/2020 | Tdybrsrn@aol.com |
| Chesapeake | Nakeyia Wiggins | Wedding | 4/8/2019 | 10/9/2020 | Bennttsjr2020@gmail.com |
| Chesapeake | Kinley Liverman | Wedding | 4/5/2019 | 10/10/2020 | Kinley108@gmail.com |
| Chesapeake | Olivia Martinez | Wedding | 1/31/2019 | 10/15/2020 | Omart005@odu.edu |
| Chesapeake | Stephanie Porter | Wedding | 5/30/2019 | 10/16/2020 | stephanielaporter@gmail.com |
| Chesapeake | Tajh Gatling | Wedding | 6/20/2019 | 10/17/2020 | ronniqua1@yahoo.com |
| Chesapeake | Sam Flowers | Wedding | 3/14/2019 | 10/24/2020 | sfl0wers@yahoo.com |
| Chesapeake | Rikki Callaway | Wedding | 7/19/2019 | 10/31/2020 | rikkicallaway@icloud.com |
| Chesapeake | Elizabeth Vahle | Wedding | 3/14/2019 | 11/16/2020 | evahle2015@gmail.com |
| Chesapeake | Danielle Brantley | Wedding | 7/1/2019 | 12/20/2020 | brantley.danielle@yahoo.com |
| Cranberry Township | Hilary Nellis | Wedding | 12/26/2018 | 6/1/2019 | |
| Cranberry Township | Brandon Zimmerman | Business | 5/22/2019 | 6/3/2019 | |
| Cranberry Township | Eva Mangan | Wedding | 12/26/2018 | 6/7/2019 | |
| Cranberry Township | Jenna Reau | Wedding | 12/26/2018 | 6/8/2019 | |
| Cranberry Township | Savannah Paladin | Wedding | 12/26/2018 | 6/9/2019 | |
| Cranberry Township | Brittany Miles | Wedding | 12/26/2018 | 6/14/2019 | |
| Cranberry Township | Valerie Hogan | Wedding | 12/26/2018 | 6/15/2019 | |
| Cranberry Township | Stephanie Kelley | Wedding | 12/26/2018 | 6/21/2019 | |
| Cranberry Township | Julia Marzano | Wedding | 12/28/2018 | 6/22/2019 | |
| Cranberry Township | Melanie Wittke | Wedding | 1/12/2019 | 6/28/2019 | |
| Cranberry Township | Jennifer Bezilla | Wedding | 1/9/2019 | 6/29/2019 | |
| Cranberry Township | Kaitlyn Scott | Wedding | 12/26/2018 | 7/3/2019 | |
| Cranberry Township | Julianne Liberati | Wedding | 12/26/2018 | 7/6/2019 | |
| Cranberry Township | Abbie Straughn | Wedding | 12/26/2018 | 7/12/2019 | |
| Cranberry Township | Katelyn Kazousky | Wedding | 12/26/2018 | 7/13/2019 | |
| Cranberry Township | Kellen Lovejoy | Wedding | 12/28/2018 | 7/20/2019 | |
| Cranberry Township | Raechel Baricevic | Wedding | 1/7/2019 | 7/27/2019 | |
| Cranberry Township | Amelia Rising | Wedding | 12/24/2018 | 8/2/2019 | werleymania@gmail.com |
| Cranberry Township | Rachel Wallace | Wedding | 12/26/2018 | 8/3/2019 | themartiks2019@gmail.com |
| Cranberry Township | Patricia Rossetti | Business | 6/7/2019 | 8/5/2019 | Patricia.rossetti@padistance.org |
| Cranberry Township | Colton Chandler | Wedding | 12/26/2018 | 8/10/2019 | coltonchandler620@yahoo.com |
| Cranberry Township | Jodi Irons | Wedding | 12/28/2018 | 8/17/2019 | Jodiirons1@gmail.com |
| Cranberry Township | Keystone Church | Church Group | 7/30/2019 | 8/18/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Cranberry Township | Brianna Tetrault | Wedding | 12/26/2018 | 8/24/2019 | Briannatetrault@hotmail.com |
| Cranberry Township | Bethany Oliver | Wedding | 12/27/2018 | 8/28/2019 | boliver@winshape.org |
| Cranberry Township | Bethany Oliver | Business | 1/10/2019 | 8/29/2019 | boliver@winshape.org |
| Cranberry Township | Ashley Corum | Wedding | 12/26/2018 | 8/30/2019 | ashcorum@icloud.com |
| Cranberry Township | MICHAEL DIANA | Wedding | 12/26/2018 | 8/31/2019 | MJD5593@GMAIL.COM |
| Cranberry Township | Kevin Cooper | Wedding | 1/16/2019 | 9/1/2019 | gene7980@icloud.com |
| Cranberry Township | Marin Delmonico | Wedding | 1/9/2019 | 9/6/2019 | Marindelmonico@yahoo.com |
| Cranberry Township | Emilie Wasko | Wedding | 12/26/2018 | 9/7/2019 | emandy308@gmail.com |
| Cranberry Township | Tammy Puharic | Business | 6/23/2019 | 9/11/2019 | arothrauff@arbys.com |
| Cranberry Township | Nicole Jackman | Wedding | 1/21/2019 | 9/13/2019 | njackman412@gmail.com |
| Cranberry Township | Chelsea Brannaman | Wedding | 12/26/2018 | 9/14/2019 | cbrannaman@gmail.com |
| Cranberry Township | Megan balint | Business | 7/25/2019 | 9/17/2019 | kbastin@integra1.net |
| Cranberry Township | Karen Mustovich | Wedding | 12/27/2018 | 9/21/2019 | kmusto0105@yahoo.com |
| Cranberry Township | Meghan Swanson | Business | 7/23/2019 | 9/23/2019 | Meghan.swanson@msasafety.com |
| Cranberry Township | Meghan Swanson | Business | 7/23/2019 | 9/24/2019 | Meghan.swanson@msasafety.com |
| Cranberry Township | Meghan Swanson | Business | 7/23/2019 | 9/25/2019 | Meghan.swanson@msasafety.com |
| Cranberry Township | Ashley Warheit | Business | 12/26/2018 | 9/26/2019 | ashley@retirewithga.com |
| Cranberry Township | Samantha Kuntz | Wedding | 12/28/2018 | 9/28/2019 | samikuntz@gmail.com |
| Cranberry Township | Keystone Church | Church Group | 7/23/2019 | 9/29/2019 | |
| Cranberry Township | Wendy Neely | Occasion | 7/19/2019 | 9/29/2019 | Fitamericapa@gmail.com |
| Cranberry Township | Laura Gettings | Wedding | 12/27/2018 | 10/4/2019 | lgettings21@gmail.com |
| Cranberry Township | Tracy Deandrea | Wedding | 12/27/2018 | 10/5/2019 | tdan532972@aol.com |
| Cranberry Township | Cory Heintz | Wedding | 12/27/2018 | 10/11/2019 | edailey38@gmail.com |
| Cranberry Township | Maria Brown | Wedding | 2/7/2019 | 10/13/2019 | normantrinnywatson@gmail.com |
| Cranberry Township | Beverly Tumminello | Wedding | 12/28/2018 | 10/18/2019 | BeverlyTumminello@gmail.com |
| Cranberry Township | Erika Novak | Wedding | 12/27/2018 | 10/19/2019 | erikanxx@gmail.com |
| Cranberry Township | Kristin McMahon | Wedding | 12/27/2018 | 10/26/2019 | kmcmahon3d@comcast.net |
| Cranberry Township | Keystone Church | Church Group | 7/23/2019 | 10/27/2019 | |
| Cranberry Township | Liz Robbins | Wedding | 12/27/2018 | 11/2/2019 | lizrhene@gmail.com |
| Cranberry Township | Eric Pursh | Business | 6/24/2019 | 11/6/2019 | ericpursh@gmail.com |
| Cranberry Township | Rebecca Davis | Wedding | 12/28/2018 | 11/8/2019 | sters11890@yahoo.com |
| Cranberry Township | Emma Donahey | Wedding | 12/28/2018 | 11/9/2019 | erdonahey@gmail.com |
| Cranberry Township | Laura Carolla | Occasion | 7/17/2019 | 11/15/2019 | Laura@rectenwald.com |
| Cranberry Township | Caitlin McHugh | Wedding | 12/27/2018 | 11/16/2019 | caitlinmchugh6@gmail.com |
| Cranberry Township | Keystone Church | Church Group | 7/23/2019 | 11/17/2019 | |
| Cranberry Township | Justina Rodriguez | Wedding | 1/10/2019 | 11/23/2019 | jlr81403@yahoo.com |
| Cranberry Township | Tabitha White | Wedding | 1/16/2019 | 11/30/2019 | |
| | Continuum Managed Services | | | | |
| Cranberry Township | Holdco, LLC | Occasion | 3/21/2019 | 12/7/2019 | Michele.spirk@continuum.net |
| Cranberry Township | Julia Duncan | Wedding | 12/27/2018 | 12/14/2019 | juliaduncan27@gmail.com |
| Cranberry Township | Keystone Church | Church Group | 7/22/2019 | 12/15/2019 | |
| Cranberry Township | Katelyn Salvatore | Wedding | 1/16/2019 | 12/20/2019 | kasalvatore25@gmail.com |
| Cranberry Township | Kelsey Walls | Wedding | 1/14/2019 | 12/21/2019 | kjwalls813@gmail.com |
| Cranberry Township | Terri Terrazzano | Occasion | 3/5/2019 | 12/29/2019 | Territerrazzano@gmail.com |
| Cranberry Township | Kasey Serena | Wedding | 4/10/2019 | 12/31/2019 | Kms@serenaappraisal.com |
| Cranberry Township | Keystone Church | Church Group | 5/1/2019 | 1/5/2020 | |
| Cranberry Township | Alexis McDonald | Occasion | 5/19/2019 | 1/11/2020 | aad226@msn.com |
| Cranberry Township | Keystone Church | Church Group | 5/1/2019 | 1/12/2020 | |
| Cranberry Township | Keystone Church | Church Group | 5/1/2019 | 1/19/2020 | |
| Cranberry Township | Keystone Church | Church Group | 5/1/2019 | 1/26/2020 | |
| Cranberry Township | Keystone Church | Church Group | 5/1/2019 | 2/2/2020 | |
| Cranberry Township | Amber Liptack | Wedding | 5/20/2019 | 2/8/2020 | aliptack@gmail.com |
| Cranberry Township | Keystone Church | Church Group | 5/1/2019 | 2/9/2020 | |
| Cranberry Township | Keystone Church | Church Group | 5/1/2019 | 2/16/2020 | |
| Cranberry Township | Emily Wagner | Wedding | 3/26/2019 | 2/22/2020 | ewagne21@kent.edu |
| Cranberry Township | Keystone Church | Church Group | 5/1/2019 | 2/23/2020 | |
| Cranberry Township | Rylie Barnes | Occasion | 1/28/2019 | 2/28/2020 | ryliebarnes3@gmail.com |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 3/1/2020 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 3/8/2020 | |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 3/15/2020 | |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 3/22/2020 | |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 3/29/2020 | |
| Cranberry Township | Kelsey Wiltman | Wedding | 1/3/2019 | 4/4/2020 | Kwiltman@kent.edu |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 4/5/2020 | |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 4/12/2020 | |
| Cranberry Township | Corrin Walker | Wedding | 1/16/2019 | 4/17/2020 | cwalker2760@gmail.com |
| Cranberry Township | Erin Smith | Wedding | 4/5/2019 | 4/18/2020 | esmith24@comcast.net |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 4/19/2020 | |
| Cranberry Township | Sharmaine Ramirez | Wedding | 1/10/2019 | 4/25/2020 | sramire3@villanova.edu |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 4/26/2020 | |
| Cranberry Township | Amanda Hayden | Wedding | 5/28/2019 | 5/1/2020 | j26103254@icloud.com |
| Cranberry Township | Megan Benham | Wedding | 3/29/2019 | 5/2/2020 | Meg_benham92@yahoo.com |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 5/3/2020 | |
| Cranberry Township | Taylor Zediker | Wedding | 6/8/2019 | 5/9/2020 | Trzediker@gmail.com |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 5/10/2020 | |
| Cranberry Township | Alita Lindsey | Wedding | 12/27/2018 | 5/16/2020 | Mrstrinecce15@yahoo.com |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 5/17/2020 | |
| Cranberry Township | Stephanie Schulack | Wedding | 3/25/2019 | 5/23/2020 | Schulack28@gmail.com |
| Cranberry Township | Bryanna Ford | Wedding | 2/5/2019 | 5/24/2020 | bandtgethitched@gmail.com |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 5/24/2020 | |
| Cranberry Township | Derek Mccance | Wedding | 12/27/2018 | 5/30/2020 | Derekvbmarketing@gmail.com |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 5/31/2020 | |
| Cranberry Township | Alison Goeble | Wedding | 2/5/2019 | 6/6/2020 | charityconway@zoominternet.net |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 6/7/2020 | |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 6/14/2020 | |
| Cranberry Township | Naveed Ismail | Wedding | 1/10/2019 | 6/20/2020 | rocketismail@gmail.com |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 6/21/2020 | |
| Cranberry Township | Cam Sedwick | Wedding | 3/23/2019 | 6/26/2020 | giuliapucci@outlook.com |
| Cranberry Township | Meghan Barney | Wedding | 12/27/2018 | 6/27/2020 | meghan.barney91@gmail.com |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 6/28/2020 | |
| Cranberry Township | Kimberly Hey | Wedding | 3/14/2019 | 7/3/2020 | Kah0096234@gmail.com |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 7/5/2020 | |
| Cranberry Township | Marguerite Kelley | Wedding | 6/6/2019 | 7/10/2020 | Mar_0402@yahoo.com |
| Cranberry Township | Jordan Shoup | Wedding | 3/21/2019 | 7/11/2020 | jordanshoup2014@gmail.com |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 7/12/2020 | |
| Cranberry Township | Logan White | Wedding | 2/16/2019 | 7/18/2020 | bjeffress3@comcast.net |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 7/19/2020 | |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 7/26/2020 | |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 8/2/2020 | |
| Cranberry Township | Cara Owens | Wedding | 1/29/2019 | 8/8/2020 | Becomingthecouncils@gmail.com |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 8/9/2020 | |
| Cranberry Township | Olamide Adebiyi | Wedding | 7/11/2019 | 8/14/2020 | OlamideTAdebiyi@gmail.com |
| Cranberry Township | Andrea Hoffman | Wedding | 4/5/2019 | 8/15/2020 | ach1220@yahoo.com |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 8/16/2020 | |
| Cranberry Township | Casey Bloor | Wedding | 2/20/2019 | 8/22/2020 | caseybloor@gmail.com |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 8/23/2020 | |
| Cranberry Township | Nicolette Querry | Wedding | 2/12/2019 | 8/29/2020 | Nicolettequerry@gmail.com |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 8/30/2020 | |
| Cranberry Township | Tracy Babicka | Wedding | 6/16/2019 | 9/4/2020 | tlb5574@gmail.com |
| Cranberry Township | Angela Taylor | Wedding | 2/20/2019 | 9/5/2020 | Jaektaylor@comcast.net |
| Cranberry Township | Hillary Wilson | Wedding | 12/27/2018 | 9/6/2020 | wilsonh519@gmail.com |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 9/6/2020 | |
| Cranberry Township | Torie McMahon | Wedding | 12/27/2018 | 9/12/2020 | victoriamcmahon4@gmail.com |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 9/13/2020 | |
| Cranberry Township | Celina Sanks | Wedding | 12/27/2018 | 9/19/2020 | celinasanks@gmail.com |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 9/20/2020 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Cranberry Township | Kelli Weidman | Wedding | 1/26/2019 | 9/26/2020 | rakema@comcast.net |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 9/27/2020 | |
| Cranberry Township | Kim boyuk | Wedding | 4/29/2019 | 10/2/2020 | kimdusek@gmail.com |
| Cranberry Township | Kathryn Dixon | Wedding | 12/27/2018 | 10/3/2020 | dixonkarlwedding@gmail.com |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 10/4/2020 | |
| Cranberry Township | Valerie Amick | Wedding | 4/30/2019 | 10/9/2020 | pamick519@gmail.com |
| Cranberry Township | Meghan Frew | Wedding | 1/20/2019 | 10/10/2020 | Meghanfrew@gmail.com |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 10/11/2020 | |
| Cranberry Township | Alyssa Blankenship | Wedding | 1/27/2019 | 10/17/2020 | Alyssablankenship2@gmail.com |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 10/18/2020 | |
| Cranberry Township | Julia Poetain | Wedding | 1/21/2019 | 10/24/2020 | juliapoetain@gmail.com |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 10/25/2020 | |
| Cranberry Township | Josh Harrison | Wedding | 12/27/2018 | 10/31/2020 | jtharrison10@gmail.com |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 11/1/2020 | |
| Cranberry Township | Kara Smith | Wedding | 1/14/2019 | 11/7/2020 | karacolbywedding@gmail.com |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 11/8/2020 | |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 11/15/2020 | |
| Cranberry Township | Amy Smith | Wedding | 7/11/2019 | 11/21/2020 | ryanmwilliams17@gmail.com |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 11/22/2020 | |
| Cranberry Township | Megan Bookser | Wedding | 5/9/2019 | 11/28/2020 | Megan.bookser@gmail.com |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 11/29/2020 | |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 12/6/2020 | |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 12/13/2020 | |
| Cranberry Township | Keystone Church | Church Group | 5/2/2019 | 12/20/2020 | |
| Cranberry Township | Keystone Church | Church Group | 4/21/2019 | 12/27/2020 | |
| Cranberry Township | Tori DiDomenico | Wedding | 7/26/2019 | 12/31/2020 | vmd6@pitt.edu |
| Cranberry Township | Laura Coughenour | Wedding | 4/29/2019 | 5/22/2021 | laura.coughenour07@gmail.com |
| Cranberry Township | Kelly Horrell | Wedding | 3/31/2019 | 8/28/2021 | kelkelnutrition@gmail.com |
| Des Moines | Lindsey Van Berkum | Wedding | 12/20/2018 | 6/1/2019 | |
| Des Moines | Laura Cleven | Occasion | 2/4/2019 | 6/2/2019 | |
| Des Moines | FIRASAT MEHVEEN | Occasion | 6/4/2019 | 6/5/2019 | |
| Des Moines | Susan DiMezza | Business | 5/7/2019 | 6/6/2019 | |
| Des Moines | Indira Alic | Wedding | 12/20/2018 | 6/8/2019 | |
| Des Moines | Debbie Ladeoff | Business | 5/3/2019 | 6/11/2019 | |
| Des Moines | Jazmine Thomas | Wedding | 1/14/2019 | 6/15/2019 | |
| Des Moines | Leon Fitch | Business | 5/9/2019 | 6/18/2019 | |
| Des Moines | Leon Fitch | Business | 5/9/2019 | 6/19/2019 | |
| Des Moines | Nicole Gerstandt | Wedding | 12/20/2018 | 6/22/2019 | |
| Des Moines | Amy Jurgensen | Business | 5/6/2019 | 6/24/2019 | |
| Des Moines | Marni L Jacobsen | Wedding | 12/20/2018 | 6/29/2019 | |
| Des Moines | Life Quest Ministries | Church Group | 2/1/2019 | 6/30/2019 | |
| Des Moines | Steve Fry | Business | 4/10/2019 | 7/2/2019 | |
| Des Moines | Addy Sammons | Wedding | 2/15/2019 | 7/5/2019 | |
| Des Moines | Meagan Jones | Wedding | 12/20/2018 | 7/6/2019 | |
| Des Moines | Betsy Wiederin | Wedding | 12/20/2018 | 7/13/2019 | |
| Des Moines | Maddisen Ellyse | Wedding | 3/15/2019 | 7/19/2019 | |
| Des Moines | Samantha Austin | Wedding | 12/20/2018 | 7/20/2019 | |
| Des Moines | Ben Severino | Business | 1/15/2019 | 7/24/2019 | |
| Des Moines | Maria Nguyen | Wedding | 12/20/2018 | 7/27/2019 | |
| Des Moines | Georgia Sanderson | Wedding | 1/4/2019 | 8/2/2019 | georgiasand1997@gmail.com |
| Des Moines | Jacy England | Wedding | 12/20/2018 | 8/3/2019 | jacynunez12@gmail.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 8/4/2019 | |
| Des Moines | Iowa Health Care Company | Business | 7/10/2019 | 8/7/2019 | Dave@iowahealthcare.org |
| Des Moines | Kaitlyn Bentler | Wedding | 12/20/2018 | 8/10/2019 | kaitlynlschmelzer@gmail.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 8/11/2019 | |
| Des Moines | Brad Heyer | Business | 6/7/2019 | 8/13/2019 | Brad.heyer@edwardjones.com |
| Des Moines | Samoane Waddy | Wedding | 12/20/2018 | 8/17/2019 | samoanewaddy@gmail.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 8/18/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Des Moines | Lorin Trick | Business | 4/23/2019 | 8/19/2019 | Lorintrick@gammill.com |
| Des Moines | Lorin Trick | Business | 4/23/2019 | 8/20/2019 | Lorintrick@gammill.com |
| Des Moines | Jenna Matherly | Wedding | 12/20/2018 | 8/24/2019 | Jam_1818@msn.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 8/25/2019 | |
| Des Moines | Laura Offenburger | Wedding | 1/7/2019 | 8/31/2019 | lo6124@gmail.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 9/1/2019 | |
| Des Moines | Kayla Brauer | Wedding | 12/20/2018 | 9/7/2019 | kayla.brauer@gmail.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 9/8/2019 | |
| Des Moines | Athene USA Corporation | Business | 6/6/2019 | 9/12/2019 | johnemus@athene.com |
| Des Moines | Natalie Liedman | Wedding | 12/20/2018 | 9/14/2019 | natalie.liedman@gmail.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 9/15/2019 | |
| Des Moines | Life Quest Ministries | Church Group | 7/24/2019 | 9/15/2019 | |
| Des Moines | Alex Pencil | Wedding | 12/20/2018 | 9/21/2019 | alexjpencil2@gmail.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 9/22/2019 | |
| Des Moines | Jessica Hoyt | Wedding | 5/14/2019 | 9/27/2019 | Jessica.l.hoyt@gmail.com |
| Des Moines | Sarah Sitzmann | Wedding | 12/20/2018 | 9/28/2019 | sarah-sitzmann@uiowa.edu |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 9/29/2019 | |
| Des Moines | Betsy Salmon | Wedding | 12/20/2018 | 10/1/2019 | betsynsalmon@gmail.com |
| Des Moines | Sarah Muench | Wedding | 1/2/2019 | 10/5/2019 | smuench27@gmail.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 10/6/2019 | |
| Des Moines | Justin Carrothers | Wedding | 5/10/2019 | 10/12/2019 | justin.carrothers@gmail.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 10/13/2019 | |
| Des Moines | Morgan Roth | Wedding | 12/20/2018 | 10/19/2019 | morgancroth1@gmail.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 10/20/2019 | |
| Des Moines | Molly Cook | Wedding | 12/20/2018 | 10/26/2019 | molly.drew.mclaughlin@gmail.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 10/27/2019 | |
| Des Moines | Jayne Loos | Wedding | 6/7/2019 | 10/31/2019 | jloos9952@gmail.com |
| Des Moines | Andy Bowser | Wedding | 12/20/2018 | 11/2/2019 | andrewbowser1978@gmail.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 11/3/2019 | |
| Des Moines | Crissy Upton | Wedding | 12/20/2018 | 11/9/2019 | crupton8@gmail.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 11/10/2019 | |
| Des Moines | Kelsey Kramer | Wedding | 12/20/2018 | 11/16/2019 | Klkramer92@gmail.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 11/17/2019 | |
| Des Moines | Delaney Downey | Wedding | 1/4/2019 | 11/23/2019 | Delaneydowney0806@gmail.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 11/24/2019 | |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 12/1/2019 | |
| Des Moines | Neil Timmins | Occasion | 4/12/2019 | 12/6/2019 | neil@greatdesmoineshomes.com |
| Des Moines | Hannah Hodgin | Wedding | 1/6/2019 | 12/7/2019 | Hannahhodgin@gmail.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 12/8/2019 | |
| Des Moines | Rich Duhachek | Wedding | 1/4/2019 | 12/14/2019 | Rduhachek@gmail.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 12/15/2019 | |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 12/22/2019 | |
| Des Moines | Life Quest Ministries | Church Group | 7/24/2019 | 12/22/2019 | |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 12/29/2019 | |
| Des Moines | Taylor Voorhees | Wedding | 5/20/2019 | 1/4/2020 | voorhees@iastate.edu |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 1/5/2020 | |
| Des Moines | Trinette Boyd | Wedding | 4/15/2019 | 1/9/2020 | trinetteboyd@ymail.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 1/12/2020 | |
| Des Moines | Josh Essington | Wedding | 1/23/2019 | 1/18/2020 | Rjessington@gmail.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 1/19/2020 | |
| Des Moines | Wendy Thompson | Wedding | 7/26/2019 | 1/25/2020 | Kwthompson7@msn.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 1/26/2020 | |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 2/2/2020 | |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 2/9/2020 | |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 2/16/2020 | |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 2/23/2020 | |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 3/1/2020 | |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 3/8/2020 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 3/15/2020 | |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 3/22/2020 | |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 3/29/2020 | |
| Des Moines | Travis Klostermann | Wedding | 6/10/2019 | 4/4/2020 | travis_k87@hotmail.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 4/5/2020 | |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 4/12/2020 | |
| Des Moines | Nick Skinner | Wedding | 4/10/2019 | 4/18/2020 | Njs72@msn.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 4/19/2020 | |
| Des Moines | Christine Albers | Wedding | 7/11/2019 | 4/24/2020 | alberschr@gmail.com |
| Des Moines | Ashley Armantrout | Wedding | 2/28/2019 | 4/25/2020 | Ashleyarmantrout@gmail.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 4/26/2020 | |
| Des Moines | Lyndsey Tremel | Wedding | 1/25/2019 | 5/2/2020 | ltremel86@gmail.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 5/3/2020 | |
| Des Moines | Tori Manning | Wedding | 2/14/2019 | 5/9/2020 | Torimanning5@gmail.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 5/10/2020 | |
| Des Moines | Brianna Grenier | Wedding | 12/20/2018 | 5/16/2020 | bringrenier@gmail.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 5/17/2020 | |
| Des Moines | Annie Riordan | Wedding | 1/16/2019 | 5/23/2020 | Ariordan515@gmail.com |
| Des Moines | Noah Rusch | Wedding | 3/10/2019 | 5/24/2020 | Noahallanrusch@gmail.com |
| Des Moines | Paige Wilson | Wedding | 12/20/2018 | 5/30/2020 | paigeaw510@gmail.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 5/31/2020 | |
| Des Moines | Bailey Kellogg | Wedding | 12/20/2018 | 6/6/2020 | kelloggb@uni.edu |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 6/7/2020 | |
| Des Moines | Mindy Herink | Wedding | 3/30/2019 | 6/7/2020 | Mindy.Herink@yahoo.com |
| Des Moines | Tierra Fletcher | Wedding | 7/1/2019 | 6/12/2020 | tkfletcher6@gmail.com |
| Des Moines | Christa Subbert | Wedding | 2/1/2019 | 6/13/2020 | subbertc@gmail.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 6/14/2020 | |
| Des Moines | Sarah Miller | Wedding | 7/29/2019 | 6/19/2020 | auntiesarah22@hotmail.com |
| Des Moines | Amanda Cloud | Wedding | 12/20/2018 | 6/20/2020 | clouda21@gmail.com |
| Des Moines | Life Quest Ministries | Church Group | 3/13/2019 | 6/21/2020 | |
| Des Moines | Matthew Russell | Wedding | 12/20/2018 | 6/27/2020 | Matthew.j.russell3@gmail.com |
| Des Moines | Life Quest Ministries | Church Group | 3/12/2019 | 6/28/2020 | |
| Des Moines | Logan J Murray | Wedding | 6/29/2019 | 7/4/2020 | loganmurray51@gmail.com |
| Des Moines | Alex Bokemper | Wedding | 12/20/2018 | 7/11/2020 | alexbokemper@gmail.com |
| Des Moines | Julius Williams | Wedding | 3/7/2019 | 7/18/2020 | Julius.juliono@gmail.com |
| Des Moines | Jessica Phillips | Wedding | 12/20/2018 | 7/25/2020 | Phillips.jess96@gmail.com |
| Des Moines | Anne Fleming | Wedding | 3/30/2019 | 8/1/2020 | afleming64@gmail.com |
| Des Moines | Alysha Clevenger | Wedding | 6/19/2019 | 8/8/2020 | Aclev22@gmail.com |
| Des Moines | Alicia Champagne | Wedding | 3/13/2019 | 8/15/2020 | aliciachamp13@gmail.com |
| Des Moines | Julia Ratekin | Wedding | 12/20/2018 | 8/22/2020 | Julia.ratekin@gmail.com |
| Des Moines | Kori Corrigan | Wedding | 2/6/2019 | 9/12/2020 | lpp1102@gmail.com |
| Des Moines | Meghan Dempsey | Wedding | 1/14/2019 | 9/19/2020 | dempseyjim23@gmail.com |
| Des Moines | Sarah Clarke | Wedding | 1/19/2019 | 9/26/2020 | Sarah.clarke@drake.edu |
| Des Moines | Morgan Johnson | Wedding | 5/23/2019 | 10/3/2020 | mjohnson2132@gmail.com |
| Des Moines | Cherie Johnson | Wedding | 12/20/2018 | 10/10/2020 | cjlaw07@gmail.com |
| Des Moines | Morgan Barrett | Wedding | 12/20/2018 | 10/17/2020 | morganbarrett121@gmail.com |
| Des Moines | Jessica Pottridge | Wedding | 12/20/2018 | 12/12/2020 | Jessica.pottridge@yahoo.com |
| Dickinson | Madison LaRue | Wedding | 12/17/2018 | 5/31/2019 | |
| Dickinson | Alicia Gutierrez | Wedding | 1/15/2019 | 6/1/2019 | |
| Dickinson | Hannah Larsen | Wedding | 12/17/2018 | 6/8/2019 | |
| Dickinson | Renee Dondonay | Business | 5/15/2019 | 6/10/2019 | |
| Dickinson | Becky Mendez | Occasion | 12/17/2018 | 6/15/2019 | |
| Dickinson | Brandon Johnson | Business | 6/5/2019 | 6/23/2019 | |
| Dickinson | Isabel Gomez | Wedding | 3/21/2019 | 6/27/2019 | |
| Dickinson | Aide Bravo | Wedding | 12/17/2018 | 6/29/2019 | |
| Dickinson | Kimberly Sanders | Wedding | 2/22/2019 | 7/11/2019 | |
| Dickinson | Leslie Garza | Occasion | 3/17/2019 | 7/20/2019 | |
| Dickinson | Madison Biondo | Wedding | 12/17/2018 | 7/27/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Dickinson | Brandon Johnson | Business | 6/20/2019 | 7/28/2019 | |
| Dickinson | Jorge Quiroz | Wedding | 1/30/2019 | 8/3/2019 | Gisselle.guillen@gmail.com |
| Dickinson | Renee Dondonay | Business | 7/25/2019 | 8/4/2019 | |
| Dickinson | Kelsey Davila | Wedding | 5/29/2019 | 8/8/2019 | kelseydavila01@gmail.com |
| Dickinson | American Real Estate Meetup (Membership Event) | Business | 7/26/2019 | 8/15/2019 | khadeja@americanremu.com |
| Dickinson | Anna Rodriguez | Wedding | 5/6/2019 | 8/17/2019 | anaelizarodr@outlook.com |
| Dickinson | Kendra Turley | Wedding | 4/9/2019 | 8/31/2019 | Kendradturley@gmail.com |
| Dickinson | Melissa Forero | Wedding | 12/17/2018 | 9/1/2019 | mforero19@gmail.com |
| Dickinson | Tisoc Ramirez | Occasion | 2/23/2019 | 9/7/2019 | tramirez@Saigulf.com |
| Dickinson | Brandi Pearson | Wedding | 12/17/2018 | 9/14/2019 | brandi.l.pearson1@gmail.com |
| Dickinson | Gladis Cruz | Wedding | 12/17/2018 | 9/21/2019 | Cruzmeno0912@yahoo.com |
| Dickinson | Kendall Benrud | Wedding | 2/23/2019 | 9/28/2019 | kmbenrud25@hotmail.com |
| Dickinson | Madison Moody | Wedding | 12/18/2018 | 10/5/2019 | maddiemoody24@Gmail.com |
| Dickinson | Ileana Perez | Wedding | 6/29/2019 | 10/12/2019 | pereziliana24@yahoo.com |
| Dickinson | James Curtis | Wedding | 4/1/2019 | 10/18/2019 | juddman92003@gmail.com |
| Dickinson | Janicka pryor | Wedding | 1/15/2019 | 10/19/2019 | Janicka.pryor@gmail.com |
| Dickinson | Areli Sanchez | Wedding | 12/18/2018 | 10/25/2019 | Arelisanchez90@yahoo.com |
| Dickinson | Sophia Lee | Wedding | 1/2/2019 | 10/26/2019 | sophialinville@gmail.com |
| Dickinson | Kaitlyn Sanderson (Contact Christi) | Wedding | 12/18/2018 | 10/27/2019 | christi100977@yahoo.com |
| Dickinson | Vanessa Zamarron | Wedding | 1/30/2019 | 11/2/2019 | Vanessazamarron@gmail.com |
| Dickinson | Fermeka Carter | Wedding | 7/24/2019 | 11/8/2019 | Debra.carter35@yahoo.com |
| Dickinson | Natalie Trivino | Wedding | 12/18/2018 | 11/9/2019 | nataliemichelletrivino@gmail.com |
| Dickinson | Mary Perez | Wedding | 12/18/2018 | 11/15/2019 | mary.cockrell2018@yahoo.com |
| Dickinson | Taylor Macon | Wedding | 12/18/2018 | 11/16/2019 | macon.taylor@yahoo.com |
| Dickinson | Julia Garduza | Occasion | 12/18/2018 | 11/24/2019 | macon.taylor@yahoo.com |
| Dickinson | Rubi ayala | Wedding | 12/18/2018 | 11/30/2019 | Rubiayala428@gmail.com |
| Dickinson | Deanna Williams | Occasion | 2/11/2019 | 12/4/2019 | Dlrwilliams@gmail.com |
| Dickinson | Glenda Bonilla | Wedding | 12/18/2018 | 12/6/2019 | Abonillaglenda@yahoo.com |
| Dickinson | Veronica Duarte | Occasion | 12/18/2018 | 12/7/2019 | vnljjduarte@gmail.com |
| Dickinson | Brittany Hamilton | Wedding | 12/18/2018 | 12/14/2019 | brittany_ann92@yahoo.com |
| Dickinson | Will Sohn | Wedding | 6/30/2019 | 12/16/2019 | willsarahsohn@gmail.com |
| Dickinson | Katrina Terrazas | Wedding | 1/11/2019 | 12/20/2019 | katrinaterrazas@yahoo.com |
| Dickinson | Madison Mikeska | Wedding | 3/15/2019 | 12/21/2019 | Madison.mikeska@gmail.com |
| Dickinson | Maci Rodriguez | Wedding | 1/3/2019 | 12/24/2019 | Macir34@gmail.com |
| Dickinson | Jessica Marsh | Occasion | 7/23/2019 | 12/27/2019 | Mjmarsh1216@gmail.com |
| Dickinson | Ciarra Johnson | Wedding | 3/28/2019 | 12/28/2019 | Keiyaj33@gmail.com |
| Dickinson | Paula Santos | Wedding | 3/12/2019 | 12/31/2019 | jlimas1988@gmail.com |
| Dickinson | Sharonda Williams | Wedding | 7/1/2019 | 1/17/2020 | dreamgirl101c@yahoo.com |
| Dickinson | Jill Kaale | Occasion | 6/4/2019 | 1/19/2020 | gretamee@gmail.com |
| Dickinson | Allison Jennings | Wedding | 6/18/2019 | 1/25/2020 | Allihopej@gmail.com |
| Dickinson | Kris Moore | Wedding | 6/26/2019 | 2/2/2020 | Moore_k07@yahoo.com |
| Dickinson | Kelly Meza | Wedding | 1/3/2019 | 2/22/2020 | mezak97@gmail.com |
| Dickinson | Kimberly R Merryman | Wedding | 4/1/2019 | 2/29/2020 | merrymank@gmail.com |
| Dickinson | Alyssa Price | Wedding | 12/18/2018 | 3/22/2020 | Alyssa.a.price@gmail.com |
| Dickinson | Sarah Donovan | Wedding | 3/29/2019 | 4/4/2020 | Sldonovan92@yahoo.com |
| Dickinson | Latashia Derouen | Occasion | 6/2/2019 | 4/5/2020 | Andre.hamilton@comcast.net |
| Dickinson | Daniel Delgado | Wedding | 3/5/2019 | 6/6/2020 | dannycoy_0510@yahoo.com |
| Dickinson | Rafiat Balogun | Wedding | 7/11/2019 | 6/26/2020 | rafiatbalogun8@gmail.com |
| Dickinson | Iris Vielma | Wedding | 6/24/2019 | 6/27/2020 | Ivielma713@gmail.com |
| Dickinson | Alyssa Hamilton | Wedding | 7/6/2019 | 7/11/2020 | Alyssa.e.hamilton@gmail.com |
| Dickinson | Amy Lu | Wedding | 2/12/2019 | 7/18/2020 | amylu1118@yahoo.com |
| Dickinson | Rose Osberry | Wedding | 3/29/2019 | 7/25/2020 | Rose_Osberry@yahoo.com |
| Dickinson | Ashley Geters | Occasion | 6/27/2019 | 11/14/2020 | Ashleygeters@gmail.com |
| Fairview | Stacy Gonzales | Occasion | 3/12/2019 | 5/30/2019 | |
| Fairview | Jared Glatz | Occasion | 12/28/2018 | 5/31/2019 | |
| Fairview | Caleb Adeogun | Occasion | 4/12/2019 | 6/1/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Fairview | Jennifer Tovar | Occasion | 5/7/2019 | 6/1/2019 | |
| Fairview | Roxann Encizo | Occasion | 4/12/2019 | 6/2/2019 | |
| Fairview | Connie Dixon | Occasion | 4/27/2019 | 6/2/2019 | |
| Fairview | Dwell Ministries | Church Group | 1/25/2019 | 6/2/2019 | |
| Fairview | Dwell Ministries | Church Group | 5/7/2019 | 6/4/2019 | |
| Fairview | Jay Potts | Occasion | 6/3/2019 | 6/6/2019 | |
| Fairview | Tasnim Mahmud | Occasion | 5/21/2019 | 6/8/2019 | |
| Fairview | Sherry Roberts | Occasion | 3/10/2019 | 6/8/2019 | |
| Fairview | Prasad Vuyyuru | Occasion | 4/9/2019 | 6/9/2019 | |
| Fairview | Newcomer Friends of Greater Plano | Business | 4/15/2019 | 6/11/2019 | |
| Fairview | Noreen Butte | Wedding | 2/18/2019 | 6/15/2019 | |
| Fairview | Dwell Ministries | Church Group | 1/25/2019 | 6/16/2019 | |
| Fairview | Hosnain Rashid | Wedding | 5/7/2019 | 6/16/2019 | |
| Fairview | Monica Diaz | Occasion | 12/15/2018 | 6/21/2019 | |
| Fairview | Sandra Figueroa | Occasion | 1/24/2019 | 6/22/2019 | |
| Fairview | Anamika Chatterjee | Occasion | 5/29/2019 | 6/23/2019 | |
| Fairview | Dwell Ministries | Church Group | 2/7/2019 | 6/26/2019 | |
| Fairview | Robin Frank | Business | 6/7/2019 | 6/28/2019 | |
| Fairview | Jasmin Thomas | Occasion | 5/16/2019 | 6/29/2019 | |
| Fairview | Claudia Hernandez | Occasion | 3/29/2019 | 6/29/2019 | |
| Fairview | Dwell Ministries | Church Group | 6/4/2019 | 6/29/2019 | |
| Fairview | Dwell Ministries | Church Group | 6/29/2019 | 7/1/2019 | |
| Fairview | Pat Robinson | Occasion | 6/27/2019 | 7/2/2019 | |
| Fairview | Dwell Ministries | Church Group | 6/4/2019 | 7/2/2019 | |
| Fairview | Audrey Kelly | Wedding | 2/25/2019 | 7/6/2019 | |
| Fairview | Dwell Ministries | Church Group | 1/25/2019 | 7/7/2019 | |
| Fairview | Dwell Ministries | Church Group | 7/10/2019 | 7/10/2019 | |
| Fairview | Jennifer Oni | Occasion | 4/1/2019 | 7/13/2019 | |
| Fairview | Ruthie Mayberry | Occasion | 4/30/2019 | 7/14/2019 | |
| Fairview | Andrea Mays-McCain | Occasion | 6/1/2019 | 7/20/2019 | |
| Fairview | Lakshmi Tamvada | Occasion | 6/7/2019 | 7/21/2019 | |
| Fairview | Dwell Ministries | Church Group | 7/24/2019 | 7/24/2019 | |
| Fairview | Chuck Hill | Occasion | 1/22/2019 | 7/27/2019 | |
| Fairview | Sam Weldemicheal | Occasion | 7/16/2019 | 7/28/2019 | |
| Fairview | Dwell Ministries | Church Group | 2/7/2019 | 7/31/2019 | Scott@kangadillo.com |
| Fairview | Dwell Ministries | Church Group | 7/24/2019 | 7/31/2019 | Scott@kangadillo.com |
| Fairview | Wylie Independent School District | Business | 7/1/2019 | 8/2/2019 | Lee.Hattaway@wylieisd.net |
| Fairview | Monica Fields | Wedding | 1/24/2019 | 8/3/2019 | Msfields2008@yahoo.com |
| Fairview | Dwell Ministries | Church Group | 1/25/2019 | 8/4/2019 | Scott@kangadillo.com |
| Fairview | Dwell Ministries | Church Group | 6/29/2019 | 8/4/2019 | Scott@kangadillo.com |
| Fairview | Dwell Ministries | Church Group | 2/7/2019 | 8/7/2019 | Scott@kangadillo.com |
| Fairview | Dedee Gebhardt | Business | 7/26/2019 | 8/9/2019 | ddgebhardt@gmail.com |
| Fairview | Jonathan Jennings | Wedding | 4/27/2019 | 8/9/2019 | jbjennings275@gmail.com |
| Fairview | Pretty Princess Parties | Business | 7/19/2019 | 8/10/2019 | Prettyprincesspartiesmn@gmail.com |
| Fairview | Dwell Ministries | Church Group | 1/25/2019 | 8/11/2019 | Scott@kangadillo.com |
| Fairview | Newcomer Friends of Greater Plano | Business | 4/15/2019 | 8/13/2019 | lorrlarson@gmail.com |
| Fairview | Dwell Ministries | Church Group | 2/7/2019 | 8/14/2019 | Scott@kangadillo.com |
| Fairview | Tammy Morgan | Occasion | 7/25/2019 | 8/17/2019 | tlady15@yahoo.com |
| Fairview | Nora/ Jose Gomez | Occasion | 7/25/2019 | 8/17/2019 | Jlgomez27@yahoo.com |
| Fairview | Naureen Khan | Occasion | 7/22/2019 | 8/17/2019 | naureen_09@hotmail.com |
| Fairview | Dwell Ministries | Church Group | 1/25/2019 | 8/18/2019 | Scott@kangadillo.com |
| Fairview | Alex Hamilton | Wedding | 7/25/2019 | 8/18/2019 | hamiltona119676@gmail.com |
| Fairview | Toyota Connected (Membership Event) | Business | 7/15/2019 | 8/19/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Fairview | Toyota Connected (Membership Event) | Business | 7/15/2019 | 8/20/2019 | |
| Fairview | Dwell Ministries | Church Group | 2/7/2019 | 8/21/2019 | Scott@kangadillo.com |
| Fairview | Toyota Connected (Membership Event) | Business | 7/15/2019 | 8/21/2019 | |
| Fairview | Toyota Connected (Membership Event) | Business | 7/15/2019 | 8/22/2019 | |
| Fairview | Toyota Connected (Membership Event) | Business | 7/15/2019 | 8/23/2019 | |
| Fairview | Naureen Rajan | Occasion | 7/30/2019 | 8/23/2019 | Naureenrajan@yahoo.com |
| Fairview | Samreen Asad | Occasion | 5/14/2019 | 8/24/2019 | Samasadraza@gmail.com |
| Fairview | Kiet Lam | Wedding | 7/26/2019 | 8/24/2019 | Kiet3lam@gmail.com |
| Fairview | Dwell Ministries | Church Group | 1/25/2019 | 8/25/2019 | Scott@kangadillo.com |
| Fairview | Dwell Ministries | Church Group | 2/7/2019 | 8/28/2019 | Scott@kangadillo.com |
| Fairview | Barbara Williams | Occasion | 5/30/2019 | 8/31/2019 | Willjbarb@gmail.com |
| Fairview | Bronson Tucker | Wedding | 12/15/2018 | 9/1/2019 | soonerinaustin@yahoo.com |
| Fairview | Dwell Ministries | Church Group | 1/25/2019 | 9/1/2019 | Scott@kangadillo.com |
| Fairview | Dwell Ministries | Church Group | 2/7/2019 | 9/4/2019 | Scott@kangadillo.com |
| Fairview | Cherice Stolzfu | Occasion | 5/31/2019 | 9/5/2019 | Cherice@namelesscollaborative.com |
| Fairview | Jolynne Brown | Occasion | 7/25/2019 | 9/5/2019 | Jolynne@leadershipvistas.org |
| Fairview | Celena DeLaCruz | Wedding | 7/27/2019 | 9/5/2019 | celena.delacruz@hotmail.com |
| Fairview | Ludy Dunn | Occasion | 7/25/2019 | 9/7/2019 | afaluda@yahoo.com |
| Fairview | Robert Nuncio | Occasion | 7/16/2019 | 9/7/2019 | nuncio@noahseventvenue.com |
| Fairview | Dwell Ministries | Church Group | 2/1/2019 | 9/8/2019 | |
| Fairview | Newcomer Friends of Greater Plano | Business | 7/22/2019 | 9/10/2019 | lorrlarson@gmail.com |
| Fairview | Dwell Ministries | Church Group | 2/7/2019 | 9/11/2019 | Scott@kangadillo.com |
| Fairview | LaPorsche Lane | Wedding | 7/30/2019 | 9/14/2019 | debrentonw@yahoo.com |
| Fairview | Dwell Ministries | Church Group | 2/1/2019 | 9/15/2019 | |
| Fairview | Dwell Ministries | Church Group | 2/7/2019 | 9/18/2019 | Scott@kangadillo.com |
| Fairview | Jamie Murphy | Wedding | 4/26/2019 | 9/21/2019 | madeline.l.autrey@gmail.com |
| Fairview | Dwell Ministries | Church Group | 2/1/2019 | 9/22/2019 | |
| Fairview | Dwell Ministries | Church Group | 2/7/2019 | 9/25/2019 | Scott@kangadillo.com |
| Fairview | Jessica Willman SCHWAB | Business | 4/4/2019 | 9/25/2019 | jessica.willman@schwab.com |
| Fairview | Jenna Diehl | Wedding | 7/25/2019 | 9/27/2019 | diehl_jenna@yahoo.com |
| Fairview | Kelly Sanders | Wedding | 2/23/2019 | 9/28/2019 | lcgrant1@gmail.com |
| Fairview | Dwell Ministries | Church Group | 2/1/2019 | 9/29/2019 | |
| Fairview | Dwell Ministries | Church Group | 2/7/2019 | 10/2/2019 | Scott@kangadillo.com |
| Fairview | Shaima Qaddoura | Occasion | 7/30/2019 | 10/3/2019 | shimo.q@gmail.com |
| Fairview | Daniel Cohn | Wedding | 7/26/2019 | 10/5/2019 | dcohn50@gmail.com |
| Fairview | Dwell Ministries | Church Group | 2/1/2019 | 10/6/2019 | |
| Fairview | Newcomer Friends of Greater Plano | Business | 7/22/2019 | 10/8/2019 | lorrlarson@gmail.com |
| Fairview | Dwell Ministries | Church Group | 2/7/2019 | 10/9/2019 | Scott@kangadillo.com |
| Fairview | Lindsey Weiss | Wedding | 12/28/2018 | 10/11/2019 | lindseyweiss88@yahoo.com |
| Fairview | William Aiyeojenku | Occasion | 4/11/2019 | 10/12/2019 | willa@abbhealthcare.com |
| Fairview | Dwell Ministries | Church Group | 2/1/2019 | 10/13/2019 | |
| Fairview | Dwell Ministries | Church Group | 2/7/2019 | 10/16/2019 | Scott@kangadillo.com |
| Fairview | Tabitha Cochran | Wedding | 3/24/2019 | 10/19/2019 | tabitha2324@gmail.com |
| Fairview | Dwell Ministries | Church Group | 2/1/2019 | 10/20/2019 | |
| Fairview | Brandi Kerns | Business | 2/6/2019 | 10/21/2019 | Bkerns@statlab.com |
| Fairview | Brandi Kerns | Business | 2/6/2019 | 10/22/2019 | Bkerns@statlab.com |
| Fairview | Dwell Ministries | Church Group | 2/7/2019 | 10/23/2019 | Scott@kangadillo.com |
| Fairview | Keith Jones | Wedding | 7/25/2019 | 10/25/2019 | Alexamiah2@gmail.com |
| Fairview | Brenda Blakley | Wedding | 1/11/2019 | 10/26/2019 | Brendarn98@gmail.com |
| Fairview | Dwell Ministries | Church Group | 2/1/2019 | 10/27/2019 | |
| Fairview | Farah Samana | Occasion | 7/17/2019 | 10/27/2019 | ffarahsamana@gmail.com |
| Fairview | Dwell Ministries | Church Group | 2/7/2019 | 10/30/2019 | Scott@kangadillo.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Fairview | Uchenna Nebeolisa & Bryan Iwuji | Wedding | 1/20/2019 | 11/2/2019 | Bryanchenna@yahoo.com |
| Fairview | Dwell Ministries | Church Group | 2/1/2019 | 11/3/2019 | |
| Fairview | Dwell Ministries | Church Group | 2/7/2019 | 11/6/2019 | Scott@kangadillo.com |
| Fairview | Charlotte Hembree | Business | 4/26/2019 | 11/6/2019 | c-hembree@ti.com |
| Fairview | Gautej Koradia | Occasion | 7/28/2019 | 11/7/2019 | K.patel1712@gmail.com |
| Fairview | Daisy Riser | Wedding | 7/30/2019 | 11/8/2019 | daisyriser@yahoo.com |
| Fairview | Dwell Ministries | Church Group | 2/1/2019 | 11/10/2019 | |
| Fairview | Newcomer Friends of Greater Plano | Business | 7/22/2019 | 11/12/2019 | lorrlarson@gmail.com |
| Fairview | Dwell Ministries | Church Group | 2/7/2019 | 11/13/2019 | Scott@kangadillo.com |
| Fairview | Dwell Ministries | Church Group | 2/1/2019 | 11/17/2019 | |
| Fairview | Dwell Ministries | Church Group | 2/7/2019 | 11/20/2019 | Scott@kangadillo.com |
| Fairview | Dwell Ministries | Church Group | 2/1/2019 | 11/24/2019 | |
| Fairview | Dwell Ministries | Church Group | 2/7/2019 | 11/27/2019 | Scott@kangadillo.com |
| Fairview | Dwell Ministries | Church Group | 2/1/2019 | 12/1/2019 | |
| Fairview | Dwell Ministries | Church Group | 2/7/2019 | 12/4/2019 | Scott@kangadillo.com |
| Fairview | Pam Little | Occasion | 1/18/2019 | 12/7/2019 | Pam@acefences.com |
| Fairview | Dwell Ministries | Church Group | 2/1/2019 | 12/8/2019 | |
| Fairview | Dwell Ministries | Church Group | 2/7/2019 | 12/11/2019 | Scott@kangadillo.com |
| Fairview | Glenn Allen | Wedding | 2/21/2019 | 12/15/2019 | Bglenn@aol.com |
| Fairview | Dwell Ministries | Church Group | 2/1/2019 | 12/15/2019 | |
| Fairview | Dwell Ministries | Church Group | 1/9/2019 | 12/18/2019 | nicole@dwell.church |
| Fairview | Luxi Jebanesan | Wedding | 12/15/2018 | 12/20/2019 | luxi104@yahoo.com |
| Fairview | Dwell Ministries | Church Group | 2/1/2019 | 12/22/2019 | |
| Fairview | Dwell Ministries | Church Group | 2/1/2019 | 12/29/2019 | |
| Fairview | Dwell Ministries | Church Group | 2/1/2019 | 1/5/2020 | |
| Fairview | Dwell Ministries | Church Group | 2/1/2019 | 1/12/2020 | |
| Fairview | Newcomer Friends of Greater Plano | Business | 7/22/2019 | 1/14/2020 | lorrlarson@gmail.com |
| Fairview | Jennifer Humphries | Wedding | 2/6/2019 | 1/18/2020 | Fj8782@gmail.com |
| Fairview | Dwell Ministries | Church Group | 2/1/2019 | 1/19/2020 | |
| Fairview | Dwell Ministries | Church Group | 2/1/2019 | 1/26/2020 | |
| Fairview | Dwell Ministries | Church Group | 2/1/2019 | 2/2/2020 | |
| Fairview | Dwell Ministries | Church Group | 2/1/2019 | 2/9/2020 | |
| Fairview | Ruby Harbour | Wedding | 7/18/2019 | 2/15/2020 | ruby.harbour@healthcareassociates.com |
| Fairview | Dwell Ministries | Church Group | 2/1/2019 | 2/16/2020 | |
| Fairview | Jerrica Yarbrough | Wedding | 6/4/2019 | 2/22/2020 | jerricayarbrough@yahoo.com |
| Fairview | Dwell Ministries | Church Group | 2/1/2019 | 2/23/2020 | |
| Fairview | Margaret Fecko | Business | 7/30/2019 | 2/27/2020 | wow@centralkw.com |
| Fairview | Dwell Ministries | Church Group | 2/1/2019 | 3/1/2020 | |
| Fairview | Newcomer Friends of Greater Plano | Business | 7/22/2019 | 3/10/2020 | lorrlarson@gmail.com |
| Fairview | Sandra Lockett-Courtney | Occasion | 4/28/2019 | 3/21/2020 | scourtney2813@gmail.com |
| Fairview | Bailey Fields | Wedding | 5/30/2019 | 4/11/2020 | Bailey.fields1122@gmail.com |
| Fairview | Newcomer Friends of Greater Plano | Business | 7/22/2019 | 4/14/2020 | lorrlarson@gmail.com |
| Fairview | Tilesa Robinson | Wedding | 6/10/2019 | 4/18/2020 | Tilesar@yahoo.com |
| Fairview | Star Ford | Wedding | 7/25/2019 | 4/24/2020 | StarFord5@gmail.com |
| Fairview | Mary Eaton | Wedding | 6/2/2019 | 4/25/2020 | meaton@lonestarfunds.com |
| Fairview | Tamara Stokes | Wedding | 2/19/2019 | 5/16/2020 | tmstokes501@gmail.com |
| Fairview | Maxine Estrada | Wedding | 3/8/2019 | 6/6/2020 | Maxinestrada@gmail.com |
| Fairview | Tersit Tessmma | Wedding | 7/25/2019 | 6/13/2020 | Titi.tess@hotmail.com |
| Fairview | Caroline Jaimes | Wedding | 5/28/2019 | 6/20/2020 | Caroline.Jaimes1@gmail.com |
| Fairview | Ciara Cannon | Wedding | 7/27/2019 | 6/27/2020 | Cannon.ciara0@gmail.com |
| Fairview | Maggie Zepeda | Wedding | 7/26/2019 | 7/11/2020 | Maggie.zepeda@aol.com |
| Fairview | Victoria Perez | Wedding | 3/24/2019 | 9/19/2020 | victoriafperez24@gmail.com |
| Fairview | Delena Hill | Wedding | 5/18/2019 | 4/3/2021 | delenaneal@ymail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Fort Worth | Christina Cantu | Occasion | 1/6/2019 | 6/1/2019 | |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 6/2/2019 | |
| Fort Worth | Mary Van Arsdale | Wedding | 12/27/2018 | 6/2/2019 | |
| Fort Worth | Hannah Bulovas | Wedding | 3/21/2019 | 6/7/2019 | |
| Fort Worth | Sara Nelson | Occasion | 5/22/2019 | 6/8/2019 | |
| Fort Worth | Sandra Ramirez | Wedding | 12/27/2018 | 6/8/2019 | |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 6/9/2019 | |
| Fort Worth | Madouna Youssef | Wedding | 4/18/2019 | 6/9/2019 | |
| Fort Worth | Matthew Garcia | Wedding | 3/15/2019 | 6/14/2019 | |
| Fort Worth | Chimere Walker | Occasion | 3/25/2019 | 6/15/2019 | |
| Fort Worth | Gabrielle Calderon | Wedding | 12/27/2018 | 6/15/2019 | |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 6/16/2019 | |
| Fort Worth | Tiffany Walker | Occasion | 5/20/2019 | 6/16/2019 | |
| Fort Worth | Daniel Aragon | Wedding | 12/27/2018 | 6/20/2019 | |
| Fort Worth | Ginger Pokrass | Wedding | 5/9/2019 | 6/21/2019 | |
| Fort Worth | Jessica Ulloa | Occasion | 3/11/2019 | 6/22/2019 | |
| Fort Worth | Ana Cerda | Occasion | 3/27/2019 | 6/23/2019 | |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 6/23/2019 | |
| Fort Worth | Darren Davis | Wedding | 1/8/2019 | 6/27/2019 | |
| Fort Worth | Amanda Adams | Wedding | 2/28/2019 | 6/28/2019 | |
| Fort Worth | Paris Heckard | Wedding | 12/27/2018 | 6/29/2019 | |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 6/30/2019 | |
| Fort Worth | New Breed Christian Center | Occasion | 3/22/2019 | 7/5/2019 | |
| Fort Worth | Arpit Desai & Alisha Thomas | Wedding | 2/25/2019 | 7/6/2019 | |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 7/7/2019 | |
| Fort Worth | Erika Figueroa | Wedding | 12/27/2018 | 7/11/2019 | |
| Fort Worth | Maribel Ceballos | Occasion | 2/22/2019 | 7/12/2019 | |
| Fort Worth | Eduardo Gomez | Occasion | 12/27/2018 | 7/13/2019 | |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 7/14/2019 | |
| Fort Worth | Julie Binti | Wedding | 12/27/2018 | 7/20/2019 | |
| Fort Worth | Erika Eckhardt | Occasion | 4/30/2019 | 7/21/2019 | |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 7/21/2019 | |
| Fort Worth | Daniella Bukassa Ntumba Bukassa Alain Nawej | Wedding | 2/28/2019 | 7/26/2019 | |
| Fort Worth | Anty Njeka | Wedding | 12/27/2018 | 7/27/2019 | |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 7/28/2019 | |
| Fort Worth | Jesse Pineda | Wedding | 5/18/2019 | 8/1/2019 | jessepineda2@gmail.com |
| Fort Worth | Erica Williams | Wedding | 5/13/2019 | 8/3/2019 | ericaw3120@yahoo.com |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 8/4/2019 | |
| Fort Worth | Esther Villalobos | Wedding | 3/11/2019 | 8/10/2019 | esthervwalker72@yahoo.com |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 8/11/2019 | |
| Fort Worth | Core Strengths | Church Group | 1/31/2019 | 8/13/2019 | |
| Fort Worth | Core Strengths | Church Group | 1/31/2019 | 8/14/2019 | |
| Fort Worth | Core Strengths | Business | 4/9/2019 | 8/15/2019 | |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 8/18/2019 | |
| Fort Worth | Abeer Almahari | Occasion | 6/8/2019 | 8/22/2019 | abeeralramahi@yahoo.com |
| Fort Worth | Gina Carter | Business | 7/18/2019 | 8/23/2019 | gcarter@oldrepublictitle.com |
| Fort Worth | Edgar Magdaleno | Wedding | 12/27/2018 | 8/24/2019 | edgar.magdaleno91@gmail.com |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 8/25/2019 | |
| Fort Worth | CEVENTS / Abbey Gluck | Occasion | 5/20/2019 | 8/25/2019 | abbeygluck@gmail.com |
| Fort Worth | teruko Mitchell | Wedding | 4/22/2019 | 8/29/2019 | terukomitchell@hotmail.com |
| Fort Worth | Artemio Reyes | Occasion | 12/27/2018 | 8/31/2019 | reyes_0822@yahoo.com |
| Fort Worth | Janet Hernandez | Wedding | 12/27/2018 | 9/1/2019 | janhmireles@gmail.com |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 9/1/2019 | |
| Fort Worth | Ellen McEwen | Business | 3/15/2019 | 9/5/2019 | emcewen@netarrant.org |
| Fort Worth | Nancy Khamthong | Occasion | 5/23/2019 | 9/6/2019 | Nancykhamthong@yahoo.com |
| Fort Worth | Lisa mireles | Occasion | 4/24/2019 | 9/7/2019 | lisanrichard@gmail.com |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 9/8/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Fort Worth | Linda Henry | Wedding | 1/26/2019 | 9/13/2019 | Henrylinda2013@yahoo.com |
| Fort Worth | Maria Villegas | Wedding | 5/20/2019 | 9/14/2019 | m.villegas87@yahoo.com |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 9/15/2019 | |
| Fort Worth | Peggy Simpson WAV, Inc | Business | 5/31/2019 | 9/17/2019 | peggys@wavonline.com |
| Fort Worth | Peggy Simpson WAV, Inc | Business | 5/31/2019 | 9/18/2019 | peggys@wavonline.com |
| Fort Worth | Kalyn Rowe | Wedding | 12/27/2018 | 9/19/2019 | kalyn.rowe@gmail.com |
| Fort Worth | Broderick Greer | Occasion | 7/20/2019 | 9/20/2019 | Brodericklgreer@gmail.com |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 9/22/2019 | |
| Fort Worth | Suzanne Castle | Business | 4/11/2019 | 9/26/2019 | suzannecastle@me.com |
| Fort Worth | Ally Zavala | Wedding | 1/8/2019 | 9/27/2019 | alejandraconoley@gmail.com |
| Fort Worth | Berenice Castaneda | Wedding | 1/17/2019 | 9/28/2019 | Berenice.castaneda@outlook.com |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 9/29/2019 | |
| Fort Worth | Theresa Hebert | Wedding | 7/27/2019 | 10/4/2019 | Thebertphoto@gmail.com |
| Fort Worth | Andrienne Chachere | Wedding | 12/27/2018 | 10/5/2019 | Msachachere@gmail.com |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 10/6/2019 | |
| Fort Worth | Teen Life \| Holly Nickle \| Chris Robey | Occasion | 2/13/2019 | 10/7/2019 | Holly@teenlife.ngo |
| Fort Worth | MH - ReMax Trinity Jonnie Huitt | Business | 3/15/2019 | 10/8/2019 | jonnieremaxtrinity@gmail.com |
| Fort Worth | Trevor Bridges | Wedding | 7/25/2019 | 10/11/2019 | trevorbridges@outlook.com |
| Fort Worth | Grace Ned | Wedding | 6/19/2019 | 10/12/2019 | gracened2783@gmail.com |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 10/13/2019 | |
| Fort Worth | Elena Garcia | Occasion | 4/4/2019 | 10/13/2019 | Elegarc@att.net |
| Fort Worth | Elsa Torres | Occasion | 12/27/2018 | 10/18/2019 | elsatorres1007@gmail.com |
| Fort Worth | Brendra Garcia | Occasion | 2/15/2019 | 10/19/2019 | othonc31@gmail.com |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 10/20/2019 | |
| Fort Worth | Josie & Mark Allen Fossil Creek Community Development Center | Business | 5/16/2019 | 10/24/2019 | m.allen55@verizon.net |
| Fort Worth | Crystal Harris | Wedding | 1/22/2019 | 10/26/2019 | charris3382@gmail.com |
| Fort Worth | Itzel Herrera | Wedding | 1/31/2019 | 10/27/2019 | Chris.itzel.2019@gmail.com |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 10/27/2019 | |
| Fort Worth | Kolby Saulsubury | Wedding | 4/4/2019 | 11/2/2019 | KWS_KCW@YAHOO.COM |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 11/3/2019 | |
| Fort Worth | Hannah Benjamin | Wedding | 4/29/2019 | 11/3/2019 | Hannahbenjamin@live.com |
| Fort Worth | Chelsey Caram | Wedding | 12/28/2018 | 11/7/2019 | caramchelsey@yahoo.com |
| Fort Worth | Catrina Jones | Occasion | 1/28/2019 | 11/9/2019 | Jones_1112@yahoo.com |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 11/10/2019 | |
| Fort Worth | Kelly Webb | Occasion | 1/2/2019 | 11/16/2019 | kellywebb0324@gmail.com |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 11/17/2019 | |
| Fort Worth | Abigael Rodriguez | Wedding | 12/27/2018 | 11/23/2019 | abigael.rakell@gmail.com |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 11/24/2019 | |
| Fort Worth | Kelly Ramirez | Wedding | 1/25/2019 | 11/30/2019 | Kellyramirezfeb1@gmail.com |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 12/1/2019 | |
| Fort Worth | Mica Corportation \| Linda Mortimer | Occasion | 2/14/2019 | 12/7/2019 | Lindam@micacorporation.com |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 12/8/2019 | |
| Fort Worth | Anica Arias | Wedding | 2/16/2019 | 12/14/2019 | anica13@sbcglobal.net |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 12/15/2019 | |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 12/22/2019 | |
| Fort Worth | United City Church | Church Group | 1/28/2019 | 12/29/2019 | |
| Fort Worth | Brittany Mitchell (DST). Angela Smith (FWA) Jay Corzine (BTL) | Occasion | 6/14/2019 | 12/31/2019 | brittnay.mitchell@yahoo.com |
| Fort Worth | Angela N Barrera | Wedding | 6/7/2019 | 1/18/2020 | Angbarrera90@gmail.com |
| Fort Worth | Jacey Daniel | Wedding | 4/25/2019 | 2/22/2020 | jacey.daniel@yahoo.com |
| Fort Worth | Irene Rojas | Occasion | 4/18/2019 | 2/29/2020 | irenegonzalez0@yahoo.com |
| Fort Worth | Huyen Tran | Wedding | 7/30/2019 | 3/7/2020 | Htran820@gmail.com |
| Fort Worth | Roxanne Akasyvonh | Wedding | 3/23/2019 | 3/14/2020 | Rakasyvonh@gmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Fort Worth | Courtney Green | Wedding | 12/27/2018 | 3/21/2020 | Skyblew_1222@yahoo.com |
| Fort Worth | Irma Cobian | Occasion | 2/28/2019 | 3/28/2020 | Cobian25@gmail.com |
| Fort Worth | Amita Davis | Occasion | 2/25/2019 | 4/4/2020 | amitadedavis@gmail.com |
| Fort Worth | Madison Dornai | Wedding | 5/31/2019 | 4/10/2020 | Mdornai@gmail.com |
| Fort Worth | Dianne Morones | Wedding | 3/7/2019 | 4/11/2020 | diannel17@aol.com |
| Fort Worth | Alisha Martin | Wedding | 5/3/2019 | 4/17/2020 | lovemedead34@gmail.com |
| Fort Worth | Brooklynn Pinkham | Wedding | 3/14/2019 | 4/18/2020 | Brooklynnpink@gmail.com |
| Fort Worth | Robbin Hunter | Wedding | 4/12/2019 | 5/2/2020 | chozengem1@gmail.com |
| Fort Worth | Stacy Zachary / Castleberry High School Class of 2020 | Occasion | 6/17/2019 | 5/9/2020 | zacharys@castleberryisd.net |
| Fort Worth | Traci Rigdon | Wedding | 4/24/2019 | 5/23/2020 | tracirigdon@gmail.com |
| Fort Worth | Sabrina reyna | Wedding | 5/31/2019 | 6/6/2020 | sabrinareyna92@yahoo.com |
| Fort Worth | Mykia Jones | Wedding | 7/23/2019 | 6/13/2020 | mykia.nicole@yahoo.com |
| Fort Worth | Daniel Angulo | Wedding | 4/19/2019 | 6/20/2020 | Ownernissan@yahoo.com |
| Fort Worth | Melissa Caldwell | Wedding | 6/21/2019 | 7/10/2020 | Lizzy21411@aol.com |
| Fort Worth | Shanice Kipp Adedamola Olaloko | Wedding | 7/27/2019 | 9/19/2020 | Shanicekipp7@yahoo.com |
| Fort Worth | Genell Bond | Wedding | 1/26/2019 | 10/2/2020 | genell.bond08@gmail.com |
| Fort Worth | victoria gordon | Wedding | 6/3/2019 | 10/10/2020 | victoriaagordon@yahoo.com |
| Fort Worth | Emily Jones | Wedding | 7/23/2019 | 10/17/2020 | happilyhenderson@yahoo.com |
| Fort Worth | Zoe Gomersall | Wedding | 3/21/2019 | 12/11/2020 | zoegomersall@yahoo.com |
| Frisco/Plano | Shawnda Floyd | Occasion | 4/11/2019 | 6/1/2019 | |
| Frisco/Plano | Vetra Cooper | Occasion | 4/18/2019 | 6/1/2019 | |
| Frisco/Plano | Shaherah Foster | Occasion | 4/29/2019 | 6/2/2019 | |
| Frisco/Plano | Allison Olsen | Business | 5/1/2019 | 6/3/2019 | |
| Frisco/Plano | Gregory Hartle | Occasion | 5/8/2019 | 6/5/2019 | |
| Frisco/Plano | Ariel Bowman | Wedding | 12/23/2018 | 6/6/2019 | |
| Frisco/Plano | Kristy Lyles | Occasion | 5/21/2019 | 6/7/2019 | |
| Frisco/Plano | Traci A Shipp | Occasion | 5/30/2019 | 6/9/2019 | |
| Frisco/Plano | Pallavi Reddy | Occasion | 5/16/2019 | 6/14/2019 | |
| Frisco/Plano | Sami Qureshi | Wedding | 3/6/2019 | 6/15/2019 | |
| Frisco/Plano | Sami Qureshi | Wedding | 6/19/2019 | 6/20/2019 | |
| Frisco/Plano | Chenelcia McDonald & Marvin Sp | Wedding | 1/23/2019 | 6/22/2019 | |
| Frisco/Plano | Cindy Fiser | Business | 6/5/2019 | 6/25/2019 | |
| Frisco/Plano | Capital One Services, LLC (Brandi | Business | 6/11/2019 | 6/27/2019 | |
| Frisco/Plano | Yoshie Ferrigno | Business | 5/24/2019 | 6/28/2019 | |
| Frisco/Plano | Ravichandra Kadur | Occasion | 4/24/2019 | 6/28/2019 | |
| Frisco/Plano | Ketrina Lewis | Wedding | 12/23/2018 | 6/29/2019 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 1/29/2019 | 6/30/2019 | |
| Frisco/Plano | Nikhil Gandhi | Occasion | 5/28/2019 | 7/3/2019 | |
| Frisco/Plano | Thuy Nguyen | Business | 5/7/2019 | 7/9/2019 | |
| Frisco/Plano | Thuy Nguyen | Business | 5/7/2019 | 7/10/2019 | |
| Frisco/Plano | Thuy Nguyen | Business | 5/7/2019 | 7/11/2019 | |
| Frisco/Plano | Kayla Villarreal | Wedding | 12/23/2018 | 7/13/2019 | |
| Frisco/Plano | Katie Rifkin | Wedding | 12/23/2018 | 7/14/2019 | |
| Frisco/Plano | Vanessa Flores | Occasion | 5/13/2019 | 7/20/2019 | |
| Frisco/Plano | Kevin Emanuel | Occasion | 12/28/2018 | 7/20/2019 | |
| Frisco/Plano | MIC Global / Kenneth Boyd | Business | 6/14/2019 | 7/25/2019 | |
| Frisco/Plano | Angelica Wallace | Occasion | 7/10/2019 | 7/25/2019 | |
| Frisco/Plano | Bennie Evans | Occasion | 5/10/2019 | 7/26/2019 | |
| Frisco/Plano | Hector Rodriguez | Wedding | 1/28/2019 | 7/27/2019 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 1/29/2019 | 7/28/2019 | |
| Frisco/Plano | Danielle Webber | Wedding | 12/23/2018 | 8/2/2019 | daniellewebber@sbcglobal.net |
| Frisco/Plano | Alliance Fashion USA (Mahmed Ahmed) | Occasion | 3/30/2019 | 8/3/2019 | Mahmed9999@icloud.com |
| Frisco/Plano | Agape Spiritual Center | Church Group | 1/29/2019 | 8/4/2019 | |
| Frisco/Plano | Beth Mars | Business | 6/21/2019 | 8/7/2019 | beth.mars@pepsico.com |
| Frisco/Plano | Pretty Princess Parties | Business | 2/11/2019 | 8/10/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Frisco/Plano | Agape Spiritual Center | Church Group | 1/29/2019 | 8/11/2019 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 1/29/2019 | 8/18/2019 | |
| Frisco/Plano | Raman 'Velu' Velu | Occasion | 5/6/2019 | 8/25/2019 | rvelu999@gmail.com |
| Frisco/Plano | Myeasha Green | Occasion | 5/30/2019 | 8/28/2019 | Mgreen@alteryx.com |
| Frisco/Plano | Jennifer Ni | Wedding | 3/10/2019 | 9/1/2019 | arunvenk@gmail.com |
| Frisco/Plano | Agape Spiritual Center | Church Group | 1/29/2019 | 9/1/2019 | |
| Frisco/Plano | Ellen Hart | Business | 7/9/2019 | 9/5/2019 | Ellen.hart@magnolialodging.com |
| Frisco/Plano | Agape Spiritual Center | Church Group | 1/29/2019 | 9/8/2019 | |
| Frisco/Plano | Sudha Reddy | Occasion | 3/25/2019 | 9/14/2019 | Wedfw@wedfw.com |
| Frisco/Plano | Agape Spiritual Center | Church Group | 1/29/2019 | 9/15/2019 | |
| Frisco/Plano | Costco Wholesale / Jodi Jaques | Business | 5/30/2019 | 9/17/2019 | W636mgr@costco.com |
| Frisco/Plano | Costco Wholesale / Jodi Jaques | Business | 6/3/2019 | 9/18/2019 | W636mgr@costco.com |
| Frisco/Plano | Rachel Mitts | Wedding | 6/24/2019 | 9/19/2019 | rachelmitts2707@gmail.com |
| Frisco/Plano | Sheralee Sheralee | Wedding | 4/9/2019 | 9/21/2019 | slleitner@icloud.com |
| Frisco/Plano | Agape Spiritual Center | Church Group | 1/29/2019 | 9/22/2019 | |
| Frisco/Plano | Lauralee Lyons | Occasion | 4/6/2019 | 9/25/2019 | lauralee.lyons@usu.edu |
| Frisco/Plano | Agape Spiritual Center | Church Group | 1/29/2019 | 9/29/2019 | |
| Frisco/Plano | Carla Burkhalter PepsiCo (NON-MEMBERSHIP) | Business | 3/25/2019 | 10/2/2019 | Carla.burkhalter1@pepsico.com |
| Frisco/Plano | Carla Burkhalter PepsiCo (NON-MEMBERSHIP) | Business | 3/25/2019 | 10/3/2019 | Carla.burkhalter1@pepsico.com |
| Frisco/Plano | Agape Spiritual Center | Church Group | 1/29/2019 | 10/6/2019 | |
| Frisco/Plano | Newcomer Friends of Greater Plano | Business | 4/15/2019 | 10/8/2019 | lorrlarson@gmail.com |
| Frisco/Plano | MIC Global / Kenneth Boyd | Business | 5/7/2019 | 10/9/2019 | Kenneth.boyd@micglobalservices.com |
| Frisco/Plano | MIC Global / Kenneth Boyd | Business | 5/7/2019 | 10/10/2019 | Kenneth.boyd@micglobalservices.com |
| Frisco/Plano | Vijay Jayaram | Wedding | 2/6/2019 | 10/12/2019 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 1/29/2019 | 10/13/2019 | |
| Frisco/Plano | PepsiCo Membership Event | Business | 4/3/2019 | 10/16/2019 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 1/29/2019 | 10/20/2019 | |
| Frisco/Plano | Javier Gutierrez / Kerr Dental | Business | 7/12/2019 | 10/25/2019 | Javier.gutierrez@kavokerr.com |
| Frisco/Plano | Sarah Waller | Wedding | 2/18/2019 | 10/26/2019 | wallerkly@gmail.com |
| Frisco/Plano | Agape Spiritual Center | Church Group | 1/29/2019 | 10/27/2019 | |
| Frisco/Plano | Madeleine Howell | Wedding | 12/23/2018 | 11/2/2019 | madeleinehowell254@gmail.com |
| Frisco/Plano | Agape Spiritual Center | Church Group | 1/29/2019 | 11/3/2019 | |
| Frisco/Plano | Denise Fuller Nasnpro | Business | 12/23/2018 | 11/4/2019 | denise@nasnpro.com |
| Frisco/Plano | Agape Spiritual Center | Church Group | 1/29/2019 | 11/10/2019 | |
| Frisco/Plano | Newcomer Friends of Greater Plano | Business | 4/15/2019 | 11/12/2019 | lorrlarson@gmail.com |
| Frisco/Plano | Agape Spiritual Center | Church Group | 1/29/2019 | 11/17/2019 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 1/29/2019 | 11/24/2019 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 1/29/2019 | 12/1/2019 | |
| Frisco/Plano | Kristin Bush | Occasion | 2/6/2019 | 12/2/2019 | Kristin.bush@findfreedom.church |
| Frisco/Plano | Dorothy Smith / Univesco | Business | 7/12/2019 | 12/5/2019 | Dsmith@univesco.com |
| Frisco/Plano | Daniela Villanueva | Wedding | 7/1/2019 | 12/7/2019 | villanuevadani11@gmail.com |
| Frisco/Plano | Agape Spiritual Center | Church Group | 1/29/2019 | 12/8/2019 | |
| Frisco/Plano | Ze Omega | Occasion | 6/19/2019 | 12/14/2019 | hughes@zeomega.com |
| Frisco/Plano | Agape Spiritual Center | Church Group | 1/29/2019 | 12/15/2019 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 1/29/2019 | 12/22/2019 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 1/29/2019 | 12/29/2019 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 1/5/2020 | |
| Frisco/Plano | Kelly Siebert | Business | 4/30/2019 | 1/11/2020 | kelly@kbic.com |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 1/12/2020 | |
| Frisco/Plano | Newcomer Friends of Greater Plano | Business | 4/15/2019 | 1/14/2020 | lorrlarson@gmail.com |
| Frisco/Plano | Agape Spiritual Center | Occasion | 4/11/2019 | 1/16/2020 | rev.leewolak@gmail.com |
| Frisco/Plano | Joanna Baeza | Occasion | 4/29/2019 | 1/18/2020 | Johayda@gmail.com |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 1/19/2020 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 1/26/2020 | |
| Frisco/Plano | PepsiCo FritoLay | Church Group | 1/9/2019 | 1/31/2020 | linda.michael.contractor@pepsico.com |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 2/2/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 2/9/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 2/16/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 2/23/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 3/1/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 3/8/2020 | |
| Frisco/Plano | Newcomer Friends of Greater Plano | Business | 4/15/2019 | 3/10/2020 | lorrlarson@gmail.com |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 3/15/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 3/22/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 3/29/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 4/5/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 4/12/2020 | |
| Frisco/Plano | Newcomer Friends of Greater Plano | Business | 4/15/2019 | 4/14/2020 | nfgptreasurer@gmail.com |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 4/19/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 4/26/2020 | |
| Frisco/Plano | David Northcutt (MAIN) Profile TOYOTA CONNECTED Membership | Business | 4/12/2019 | 4/30/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 5/3/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 5/10/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 5/17/2020 | |
| Frisco/Plano | Molly Omohundro | Wedding | 5/9/2019 | 5/23/2020 | Molly.Omohundro@gmail.com |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 5/24/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 5/31/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 6/7/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 6/14/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 6/21/2020 | |
| Frisco/Plano | Andrea Hines | Occasion | 2/26/2019 | 6/27/2020 | Ahines_1977@yahoo.com |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 6/28/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 7/5/2020 | |
| Frisco/Plano | Rachel Millaway | Wedding | 3/17/2019 | 7/10/2020 | rachelmillaway@gmail.com |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 7/12/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 7/19/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 7/26/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 8/2/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 8/9/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 8/16/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 8/23/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 8/30/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 9/6/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 9/13/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 9/20/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 9/27/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 10/4/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 10/11/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 10/18/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 10/25/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 11/1/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 11/8/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 11/15/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 11/22/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 11/29/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 12/6/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 12/13/2020 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Frisco/Plano | Agape Spiritual Center | Church Group | 4/3/2019 | 12/20/2020 | |
| Frisco/Plano | Agape Spiritual Center | Church Group | 3/30/2019 | 12/27/2020 | |
| Greenville | Living Room Congregation | Church Group | 3/20/2019 | 5/31/2019 | |
| Greenville | Brittany Douglas | Wedding | 12/15/2018 | 6/1/2019 | |
| Greenville | Scott Taylor | Church Group | 1/29/2019 | 6/2/2019 | |
| Greenville | Shannon Desantis | Wedding | 12/15/2018 | 6/8/2019 | |
| Greenville | Shannon Desantis | Wedding | 6/10/2019 | 6/10/2019 | |
| Greenville | Rosa Fuentes | Wedding | 1/20/2019 | 6/15/2019 | |
| Greenville | Kayla Williams | Wedding | 12/15/2018 | 6/22/2019 | |
| Greenville | Monica Evans | Wedding | 1/12/2019 | 6/28/2019 | |
| Greenville | Emily Abraham | Wedding | 12/15/2018 | 6/29/2019 | |
| Greenville | Nicole Bishop | Wedding | 12/15/2018 | 6/30/2019 | |
| Greenville | Jerruesha Persaud | Wedding | 12/15/2018 | 7/6/2019 | |
| Greenville | Scott Taylor | Church Group | 1/29/2019 | 7/7/2019 | |
| Greenville | Rebecca Kim | Wedding | 2/14/2019 | 7/13/2019 | |
| Greenville | Adrienne Taylor | Wedding | 12/15/2018 | 7/20/2019 | |
| Greenville | Kristi Abrams | Wedding | 12/15/2018 | 7/27/2019 | |
| Greenville | Andrew Etheridge | Wedding | 12/15/2018 | 8/3/2019 | aetheri@g.clemson.edu |
| Greenville | Scott Taylor | Church Group | 1/29/2019 | 8/4/2019 | |
| Greenville | Richard maggio | Occasion | 4/10/2019 | 8/4/2019 | Rrmoct17@gmail.com |
| Greenville | Whitney Murray | Wedding | 12/28/2018 | 8/10/2019 | whtnymurray@yahoo.com |
| Greenville | Scott Taylor | Church Group | 1/29/2019 | 8/11/2019 | |
| Greenville | Dannah Mitchell | Wedding | 1/21/2019 | 8/17/2019 | Carolinanursing@bellsouth.net |
| Greenville | Scott Taylor | Church Group | 1/29/2019 | 8/18/2019 | |
| Greenville | Kathleen Wright | Business | 4/3/2019 | 8/21/2019 | executiveadmin@glsllc.com |
| Greenville | Brandon Robinson | Wedding | 1/4/2019 | 8/23/2019 | Majoriv03@gmail.com |
| Greenville | Jacqueline Johnson | Wedding | 1/16/2019 | 8/24/2019 | jsmack1982@yahoo.com |
| Greenville | Scott Taylor | Church Group | 1/29/2019 | 8/25/2019 | |
| Greenville | Scott Taylor | Church Group | 7/17/2019 | 8/25/2019 | |
| Greenville | Janet Kimani | Wedding | 12/15/2018 | 8/31/2019 | janetkimani2@gmail.com |
| Greenville | Katie Schaffner | Wedding | 1/19/2019 | 9/1/2019 | Schaffnerka@gmail.com |
| Greenville | Scott Taylor | Church Group | 1/29/2019 | 9/1/2019 | |
| Greenville | Charlene Stokes | Wedding | 12/15/2018 | 9/8/2019 | Bloomingsummer1981@gmail.com |
| Greenville | Krystal Thomas | Wedding | 12/15/2018 | 9/14/2019 | kthomas@miraclehill.org |
| Greenville | Grenisha/Anthony Beatty/Elmore | Wedding | 1/13/2019 | 9/15/2019 | beattyg12@yahoo.com |
| Greenville | Briana Wade | Wedding | 12/15/2018 | 9/21/2019 | brianawade@gmail.com |
| Greenville | Spencer Mosley | Wedding | 12/15/2018 | 9/22/2019 | spencermosley@yahoo.com |
| Greenville | Makayla Chambers | Wedding | 1/7/2019 | 9/27/2019 | Mchamb27@gmail.com |
| Greenville | Jennifer Williford | Wedding | 12/15/2018 | 9/28/2019 | ms.williford@yahoo.com |
| Greenville | Scott Taylor | Church Group | 7/17/2019 | 9/29/2019 | |
| Greenville | Ayesha Woodruff | Wedding | 12/15/2018 | 10/5/2019 | ayeshawoodruff@gmail.com |
| Greenville | Breylon Ladson | Wedding | 2/16/2019 | 10/6/2019 | Breyladson@gmail.com |
| Greenville | Adrian Raines | Wedding | 12/15/2018 | 10/12/2019 | adrianeraines2133@gmail.com |
| Greenville | Heather Tate | Wedding | 12/15/2018 | 10/13/2019 | tateheather99@yahoo.com |
| Greenville | Heather Tate | Wedding | 7/17/2019 | 10/13/2019 | |
| Greenville | Abby Smith | Wedding | 12/15/2018 | 10/19/2019 | abbytsmith@charter.net |
| Greenville | Scott Taylor | Church Group | 7/25/2019 | 10/20/2019 | |
| Greenville | Porshai Byrd | Wedding | 12/15/2018 | 10/26/2019 | porshaibyrd@gmail.com |
| Greenville | Scott Taylor | Church Group | 7/25/2019 | 10/27/2019 | |
| Greenville | Jazz Spann | Wedding | 1/2/2019 | 11/2/2019 | ja_spnn@icloud.com |
| Greenville | Scott Taylor | Church Group | 7/25/2019 | 11/3/2019 | |
| Greenville | Norma Galicia | Occasion | 3/27/2019 | 11/9/2019 | Ngalicia@rich.com |
| Greenville | Scott Taylor | Church Group | 7/25/2019 | 11/10/2019 | |
| Greenville | Antonina Geer | Business | 7/11/2019 | 11/14/2019 | antonina.geer@gmail.com |
| Greenville | Scott Taylor | Church Group | 7/25/2019 | 11/17/2019 | |
| Greenville | Stefanie Vera | Wedding | 1/13/2019 | 11/23/2019 | stefanievera101524@gmail.com |
| Greenville | Scott Taylor | Church Group | 7/25/2019 | 11/24/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Greenville | Fabricio Cruz | Wedding | 3/19/2019 | 11/30/2019 | cruzfab2001@yahoo.com |
| Greenville | Scott Taylor | Church Group | 7/25/2019 | 12/1/2019 | |
| Greenville | Jacobs Engineering Group | Business | 5/6/2019 | 12/5/2019 | Ana.wolfe@jacobs.com |
| Greenville | Shelly Faulkenberry | Occasion | 4/5/2019 | 12/6/2019 | shelly@blecorp.com |
| Greenville | Shayla Albert | Wedding | 12/15/2018 | 12/7/2019 | Irisha.albert@gmail.com |
| Greenville | Scott Taylor | Church Group | 7/25/2019 | 12/8/2019 | |
| Greenville | Kimberly Cureton | Business | 4/26/2019 | 12/12/2019 | Kcureton1@esurance.com |
| Greenville | Kayla Pettit | Wedding | 12/15/2018 | 12/14/2019 | kaylapettit4@gmail.com |
| Greenville | Scott Taylor | Church Group | 7/25/2019 | 12/15/2019 | |
| Greenville | Scott Taylor | Church Group | 7/25/2019 | 12/22/2019 | |
| Greenville | Scott Taylor | Church Group | 7/25/2019 | 12/29/2019 | |
| Greenville | Krystal Minyard | Wedding | 5/11/2019 | 1/31/2020 | minyardkm@gmail.com |
| Greenville | Jamie young | Wedding | 1/30/2019 | 2/29/2020 | Jamiey1920@gmail.com |
| Greenville | Mekenzie Carpenter | Wedding | 5/22/2019 | 3/14/2020 | acarpenter@andersonuniversity.edu |
| Greenville | Barbara Samayoa | Wedding | 1/17/2019 | 4/17/2020 | bsamayoa994@gmail.com |
| Greenville | Tiffany Lucas | Wedding | 4/1/2019 | 4/18/2020 | tiffany.lucas90@gmail.com |
| Greenville | Kayla Densmore | Wedding | 3/12/2019 | 4/20/2020 | kndens98@gmail.com |
| Greenville | Elizabeth Frank | Wedding | 6/26/2019 | 5/9/2020 | lizziewalters511@gmail.com |
| Greenville | Amber O'kelley | Wedding | 2/3/2019 | 5/17/2020 | ambrerobinson@yahoo.com |
| Greenville | Iana Amsterdam | Wedding | 1/25/2019 | 5/22/2020 | London.jewel.kingdom@gmail.com |
| Greenville | Jennifer Wilkins | Wedding | 2/19/2019 | 5/23/2020 | jjwilki@g.clemson.edu |
| Greenville | Thao Vu | Wedding | 12/15/2018 | 5/24/2020 | vutp1993@gmail.com |
| Greenville | Brittany Simpson | Wedding | 7/1/2019 | 5/30/2020 | Bsimps10@gmail.com |
| Greenville | Amber Rewis | Wedding | 4/30/2019 | 5/31/2020 | arewis@g.clemson.edu |
| Greenville | Sami Melton | Wedding | 6/10/2019 | 6/6/2020 | samleigh423@yahoo.com |
| Greenville | Allison varney | Wedding | 1/13/2019 | 6/13/2020 | allisonv93@gmail.com |
| Greenville | Samantha Capo | Wedding | 7/2/2019 | 6/20/2020 | Scapo@g.clemson.edu |
| Greenville | Chantay Calwile | Wedding | 3/11/2019 | 6/27/2020 | calwilec@gmail.com |
| Greenville | Tameka Wakefield | Wedding | 7/11/2019 | 7/4/2020 | wake78tam@hotmail.com |
| Greenville | Anastasia France | Wedding | 6/1/2019 | 7/11/2020 | Anastasias.france@gmail.com |
| Greenville | Roree Colaluca | Wedding | 7/16/2019 | 7/18/2020 | lindacolaluca1@gmail.com |
| Greenville | Shameka Perrion | Wedding | 3/29/2019 | 7/25/2020 | Shamekaperrion@gmail.com |
| Greenville | Benita Garrison | Wedding | 7/23/2019 | 8/1/2020 | Mcduffieb86@gmail.com |
| Greenville | Zaria Brown | Wedding | 5/28/2019 | 8/8/2020 | mrsdennistobe@yahoo.com |
| Greenville | ilse Isidro | Wedding | 7/24/2019 | 8/15/2020 | ilseisidro@outlook.com |
| Greenville | Shai Walker | Wedding | 7/19/2019 | 8/22/2020 | hadlounge@gmail.com |
| Greenville | Amy Moore | Wedding | 5/1/2019 | 8/27/2020 | amy.moore70@yahoo.com |
| Greenville | Wendy Mccullough | Wedding | 3/27/2019 | 8/29/2020 | Titussmoot@yahoo.com |
| Greenville | Amber Anderson | Wedding | 6/26/2019 | 9/12/2020 | amberanderson798@gmail.com |
| Greenville | Gina Romero | Wedding | 7/5/2019 | 9/19/2020 | ginamarie2908@hotmail.com |
| Greenville | Natasha Wilson | Wedding | 1/25/2019 | 9/26/2020 | Nw1380485@gmail.com |
| Greenville | Cassidy Scalf | Wedding | 3/19/2019 | 9/29/2020 | cassidyscalf@gmail.com |
| Greenville | Toni Reddix | Wedding | 6/13/2019 | 10/10/2020 | Tonireddix@gmail.com |
| High Point | Hannah Akers | Wedding | 1/7/2019 | 6/1/2019 | |
| High Point | Urshla Underwood | Wedding | 1/7/2019 | 6/8/2019 | |
| High Point | Rosalyn Lockett | Occasion | 2/7/2019 | 6/9/2019 | |
| High Point | Sharon kindle | Business | 3/27/2019 | 6/13/2019 | |
| High Point | Kayla Sosa | Occasion | 1/27/2019 | 6/14/2019 | |
| High Point | Ahzha Grandberry | Wedding | 1/7/2019 | 6/15/2019 | |
| High Point | Shainna Green | Wedding | 12/23/2018 | 6/20/2019 | |
| High Point | Liz Morgan | Wedding | 12/23/2018 | 6/22/2019 | |
| High Point | Catina Bryant | Wedding | 12/23/2018 | 6/23/2019 | |
| High Point | Mo Mims | Wedding | 1/20/2019 | 6/29/2019 | |
| High Point | Isabel Botello | Wedding | 12/23/2018 | 7/6/2019 | |
| High Point | Shaniqwa Whittenburg | Wedding | 12/23/2018 | 7/7/2019 | |
| High Point | Rebecca Smith | Business | 6/6/2019 | 7/11/2019 | |
| High Point | Samyra Casterlow | Business | 3/24/2019 | 7/12/2019 | |
| High Point | Kym Woodson | Wedding | 12/23/2018 | 7/13/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| High Point | Ally Cathey | Business | 4/3/2019 | 7/18/2019 | |
| High Point | Rhonda Kathleen Taylor | Wedding | 5/18/2019 | 7/20/2019 | |
| High Point | Lenae Harris | Wedding | 1/7/2019 | 7/27/2019 | |
| High Point | Superior Realestate | Business | 4/19/2019 | 7/31/2019 | |
| High Point | Elizabeth Crowe | Wedding | 5/30/2019 | 8/2/2019 | Lizcrowe45@gmail.com |
| High Point | Superior Realestate | Business | 4/19/2019 | 8/6/2019 | |
| High Point | Superior Realestate | Business | 4/19/2019 | 8/7/2019 | |
| High Point | Kelly York | Business | 5/29/2019 | 8/8/2019 | Kyork@smith-Leonard.com |
| High Point | Kelly York | Business | 7/17/2019 | 8/8/2019 | Kyork@smith-Leonard.com |
| High Point | Shatericka Warren | Wedding | 12/23/2018 | 8/10/2019 | terickaw@yahoo.com |
| High Point | Josh Bullock | Business | 7/26/2019 | 8/13/2019 | Jbullock@gray.com |
| High Point | Ally Cathey | Business | 4/4/2019 | 8/15/2019 | Allyc@nationalfleetmgt.com |
| High Point | Keonda Sidberry | Wedding | 12/23/2018 | 8/17/2019 | Keondasidberry@yahoo.com |
| High Point | Superior Realestate | Business | 4/19/2019 | 8/20/2019 | |
| High Point | Superior Realestate | Business | 4/19/2019 | 8/21/2019 | |
| High Point | Donna Patton | Business | 7/31/2019 | 8/22/2019 | Donna.patton@volvo.com |
| High Point | Kendra Harris | Wedding | 3/7/2019 | 8/23/2019 | Kendrahieburlington@gmail.com |
| High Point | Morgan Flinchum | Wedding | 12/23/2018 | 8/24/2019 | morgflin1@gmail.com |
| High Point | Superior Realestate | Business | 4/19/2019 | 8/27/2019 | |
| High Point | Superior Realestate | Business | 4/19/2019 | 8/28/2019 | |
| High Point | Jeff Brasher | Occasion | 7/12/2019 | 8/29/2019 | Jeff.brasher@flocorp.com |
| High Point | Anna Quiterio | Wedding | 12/23/2018 | 8/31/2019 | Annakarenq2014@gmail.com |
| High Point | Tonya Currie | Wedding | 2/20/2019 | 9/1/2019 | Cstonya@gmail.com |
| High Point | Superior Realestate | Business | 4/19/2019 | 9/3/2019 | |
| High Point | Superior Realestate | Business | 4/19/2019 | 9/4/2019 | |
| High Point | Roger Cooper | Wedding | 12/23/2018 | 9/7/2019 | rtcoope2@uncg.edu |
| High Point | Superior Realestate | Business | 6/3/2019 | 9/8/2019 | |
| High Point | Sabina Jones | Wedding | 12/23/2018 | 9/9/2019 | Bina336@yahoo.com |
| High Point | Superior Realestate | Business | 4/19/2019 | 9/10/2019 | |
| High Point | Leiah Mckinzie | Wedding | 12/23/2018 | 9/12/2019 | Leiah_mckinzie@yahoo.com |
| High Point | Valencia McGeachy | Wedding | 12/23/2018 | 9/13/2019 | vmcgeachy13@gmail.com |
| High Point | Kalyani Vaddeboina | Occasion | 7/28/2019 | 9/14/2019 | Kalyani.vaddeboina@gmail.com |
| High Point | Meagan Hughes | Wedding | 1/16/2019 | 9/19/2019 | mnhughes2953@gmail.com |
| High Point | Alicia Montemurro | Wedding | 1/5/2019 | 9/21/2019 | amm826@aol.com |
| High Point | Superior Realestate | Business | 6/3/2019 | 9/22/2019 | |
| High Point | High Point Community Foundation | Business | 5/1/2019 | 9/24/2019 | sherri@hpcommunityfoundation.org |
| High Point | Donald R Perry Jr. | Wedding | 12/23/2018 | 9/28/2019 | Donaldrayperryjr@gmail.com |
| High Point | Superior Realestate | Business | 6/18/2019 | 10/1/2019 | |
| High Point | Superior Realestate | Business | 6/18/2019 | 10/2/2019 | |
| High Point | Shana Blount | Wedding | 12/23/2018 | 10/3/2019 | roriewedding825@gmail.com |
| High Point | Shannon Hairston | Wedding | 12/23/2018 | 10/5/2019 | shairston79@gmail.com |
| High Point | Superior Realestate | Business | 6/3/2019 | 10/6/2019 | |
| High Point | Superior Realestate | Business | 6/18/2019 | 10/8/2019 | |
| High Point | Superior Realestate | Business | 6/18/2019 | 10/9/2019 | |
| High Point | Ashley Stott | Wedding | 12/23/2018 | 10/12/2019 | Arstott462@gmail.com |
| High Point | Superior Realestate | Business | 6/5/2019 | 10/13/2019 | |
| High Point | Catherine Whitesell | Wedding | 1/8/2019 | 10/17/2019 | Cmnwhitesell@gmail.com |
| High Point | Vanessa Jacobs | Wedding | 4/18/2019 | 10/18/2019 | vanjacobs76@gmail.com |
| High Point | Kaitlyn Martin | Wedding | 12/23/2018 | 10/19/2019 | Kmartin6773@gmail.com |
| High Point | North Carolina Nurses Association | Business | 5/2/2019 | 10/25/2019 | KarenOwens@ncnurses.org |
| High Point | Mark Fricke | Occasion | 4/29/2019 | 10/26/2019 | mfricke2@yahoo.com |
| High Point | Superior Realestate | Business | 6/18/2019 | 10/29/2019 | |
| High Point | Superior Realestate | Business | 6/18/2019 | 10/31/2019 | |
| High Point | Steve Kafore | Occasion | 3/23/2019 | 11/2/2019 | skafoure@aol.com |
| High Point | Superior Realestate | Business | 6/18/2019 | 11/5/2019 | |
| High Point | Superior Realestate | Business | 6/18/2019 | 11/7/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| High Point | India Hueston | Wedding | 12/23/2018 | 11/9/2019 | ihueston15@gmail.com |
| High Point | Rachael Schmidt | Wedding | 1/7/2019 | 11/11/2019 | rschmidt2733@yahoo.com |
| High Point | Megan Nunn | Wedding | 12/23/2018 | 11/16/2019 | Mlnunn@uncg.edu |
| High Point | Ally Cathey | Business | 4/3/2019 | 11/21/2019 | Allyc@nationalfleetmgt.com |
| High Point | Helen Zuleta | Wedding | 3/22/2019 | 11/23/2019 | hzuleta95@gmail.com |
| High Point | Medina Miller | Wedding | 2/28/2019 | 11/30/2019 | Medina.miller@pcs.k12.va.us |
| High Point | Katie Thompson | Wedding | 1/2/2019 | 12/7/2019 | ktthompson2@gtcc.edu |
| High Point | High Point Chamber | Business | 6/6/2019 | 12/11/2019 | sarah@bhpchamber.org |
| High Point | Christina Small 2 | Business | 2/18/2019 | 12/14/2019 | Csmall@colpipe.com |
| High Point | Christelle Kidibu | Wedding | 6/30/2019 | 12/21/2019 | Cmkidibu@gmail.com |
| High Point | Ashley Small | Wedding | 2/9/2019 | 12/28/2019 | Ashleyraquelkennel@gmail.com |
| High Point | Kesandra Farmer | Wedding | 1/31/2019 | 12/31/2019 | kesandrafarmer@gmail.com |
| High Point | Cathy Worsly | Business | 2/6/2019 | 1/5/2020 | |
| High Point | Kaliah Pemberton | Wedding | 3/26/2019 | 2/15/2020 | ussparrows@gmail.com |
| High Point | Brittany Spears | Wedding | 6/5/2019 | 2/29/2020 | Bspears09@aol.com |
| High Point | Latreva hauser | Wedding | 3/5/2019 | 3/21/2020 | Lhauser1226@yahoo.com |
| High Point | Jessica Spencer | Wedding | 12/23/2018 | 3/28/2020 | jyarbrough45@yahoo.com |
| High Point | Quierra Roper | Wedding | 4/29/2019 | 4/3/2020 | Qroper08@gmail.com |
| High Point | Heather Locklear | Wedding | 3/20/2019 | 4/5/2020 | locklearh@hotmail.com |
| High Point | Channen Farrington | Wedding | 4/7/2019 | 4/10/2020 | cfarrington14@gmail.com |
| High Point | Margo McDougald | Wedding | 12/23/2018 | 4/11/2020 | margo.mcdougald@gmail.com |
| High Point | Cynthia Perry | Wedding | 3/2/2019 | 4/18/2020 | cwp1963c@aol.com |
| High Point | Alyssa Cassese | Wedding | 12/23/2018 | 4/24/2020 | Alyssa.cassese@outlook.com |
| High Point | Tsharra Stoddard | Wedding | 2/26/2019 | 4/25/2020 | Sweetheart.tsharra@gmail.com |
| High Point | Ashley Hines | Wedding | 6/26/2019 | 4/30/2020 | Ahines112@yahoo.com |
| High Point | Nathan Lewis | Wedding | 1/24/2019 | 5/2/2020 | Nlewis29@uncc.edu |
| High Point | Jenny Smith | Wedding | 6/18/2019 | 5/3/2020 | jsmith99933@yahoo.com |
| High Point | Brittany Harris | Wedding | 12/23/2018 | 5/16/2020 | harrisbrittany07@gmail.com |
| High Point | Latasha Thomas | Wedding | 6/11/2019 | 5/22/2020 | Latasha.aThomas@gmail.com |
| High Point | Kecia McCloud | Wedding | 2/28/2019 | 5/23/2020 | kemcls2000@aol.com |
| High Point | LaToya Cheek | Wedding | 6/29/2019 | 5/24/2020 | Latoyacheek@gmail.com |
| High Point | Amber Green | Wedding | 3/18/2019 | 6/6/2020 | Agreen103095@gmail.com |
| High Point | Princess Reaves | Wedding | 5/24/2019 | 6/13/2020 | Pareaves21@gmail.com |
| High Point | Akeri James | Wedding | 3/23/2019 | 6/19/2020 | akerijames13@gmail.com |
| High Point | Latisha Lattimore | Wedding | 1/25/2019 | 7/18/2020 | dlcsmom2@gmail.com |
| High Point | Danielle Johnson | Wedding | 7/21/2019 | 7/25/2020 | Danielle.johnson42008@gmail.com |
| High Point | Brea Hampton | Wedding | 12/23/2018 | 8/8/2020 | breahampton1993@gmail.com |
| High Point | Melissa Wooten-Carter | Wedding | 12/23/2018 | 8/15/2020 | Cartermw2013@yahoo.com |
| High Point | Amy Harley | Wedding | 12/23/2018 | 8/29/2020 | amyeliza725@aol.com |
| High Point | Rashonda Lewis | Wedding | 6/2/2019 | 9/12/2020 | rklewis0301@gmail.com |
| High Point | Chanese Latta | Wedding | 3/6/2019 | 10/17/2020 | brownwedding1520@gmail.com |
| High Point | Tiffany Mahone | Wedding | 7/26/2019 | 10/24/2020 | Tmahone@aggies.ncat.edu |
| High Point | Ashleigh Jacobs | Wedding | 4/25/2019 | 11/21/2020 | a.scottjacobs@gmail.com |
| Hoover | Tricia Olsen | Occasion | 5/8/2019 | 5/31/2019 | |
| Hoover | Brittney Brackett | Wedding | 12/23/2018 | 6/1/2019 | |
| Hoover | Tramine Landers | Wedding | 1/10/2019 | 6/2/2019 | |
| Hoover | Kenya Clark | Wedding | 1/15/2019 | 6/8/2019 | |
| Hoover | Kayla Moseley | Wedding | 12/23/2018 | 6/22/2019 | |
| Hoover | Shanteeka Reed | Wedding | 12/23/2018 | 6/23/2019 | |
| Hoover | Bob Reuse | Occasion | 6/12/2019 | 6/25/2019 | |
| Hoover | Natasha Cutts Cahaba Medical Care | Occasion | 5/3/2019 | 6/27/2019 | |
| Hoover | Lyndsey Burton | Wedding | 12/23/2018 | 6/29/2019 | |
| Hoover | Kendra Spain | Wedding | 12/23/2018 | 6/30/2019 | |
| Hoover | Ayman Alkamel | Wedding | 3/18/2019 | 7/3/2019 | |
| Hoover | Devin Rogers | Occasion | 2/17/2019 | 7/5/2019 | |
| Hoover | Justin Daco | Wedding | 2/22/2019 | 7/12/2019 | |
| Hoover | Rose Faizi | Occasion | 5/6/2019 | 7/19/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Hoover | Yesenia Arriola | Occasion | 4/9/2019 | 7/20/2019 | |
| Hoover | Janell Grimes | Occasion | 5/7/2019 | 7/26/2019 | |
| Hoover | Kay Mitchell | Wedding | 3/5/2019 | 7/27/2019 | |
| Hoover | Isabella Szundryk | Occasion | 5/7/2019 | 7/28/2019 | |
| Hoover | Eboni Smith | Wedding | 12/23/2018 | 8/3/2019 | En1smith@yahoo.com |
| Hoover | Saige Barnett | Wedding | 12/23/2018 | 8/4/2019 | Saigebarnett001@gmail.com |
| Hoover | Lorin Trick | Business | 4/26/2019 | 8/6/2019 | Lorintrick@gammill.com |
| Hoover | Lorin Trick | Business | 4/26/2019 | 8/7/2019 | Lorintrick@gammill.com |
| Hoover | Lorin Trick | Business | 4/26/2019 | 8/8/2019 | lorintrick@gammill.com |
| Hoover | Sydney Thurston | Wedding | 1/12/2019 | 8/10/2019 | syd.thurston24@gmail.com |
| Hoover | Rasheka Smith | Wedding | 4/15/2019 | 8/17/2019 | rashekasmith@yahoo.com |
| Hoover | Heather Murray | Wedding | 12/23/2018 | 8/22/2019 | murrayheather91@yahoo.com |
| Hoover | Kyle Anderson | Business | 12/23/2018 | 8/23/2019 | kanderson@aspeinc.com |
| Hoover | Tyshelle Wilson | Wedding | 12/23/2018 | 8/24/2019 | Tnwilson1908@gmail.com |
| Hoover | Jason McMillian | Business | 7/17/2019 | 8/27/2019 | Jason.mcmillian@scasurgery.com |
| Hoover | Tiffany Evans | Wedding | 12/23/2018 | 8/31/2019 | Tiffany.evans2010@yahoo.com |
| Hoover | Jennifer Wynn | Wedding | 2/1/2019 | 9/1/2019 | wynn2jackson@gmail.com |
| Hoover | Tiffany Samuels | Occasion | 5/10/2019 | 9/6/2019 | Tsamuels@therockcity.org |
| Hoover | Jarnecia Warren | Wedding | 12/31/2018 | 9/7/2019 | lulu6763@yahoo.com |
| Hoover | Jonathan Price | Wedding | 12/23/2018 | 9/14/2019 | Jp5560@icloud.com |
| Hoover | Natassia Bell | Wedding | 4/19/2019 | 9/20/2019 | natassiabell@gmail.com |
| Hoover | Candace Ward | Wedding | 12/23/2018 | 9/21/2019 | Candacewardot@gmail.com |
| Hoover | Aubri Dillard | Wedding | 3/26/2019 | 9/22/2019 | Aubricharnise@yahoo.com |
| Hoover | Joanna Jenkins | Wedding | 12/23/2018 | 9/28/2019 | bboykin2019@gmail.com |
| Hoover | Jacquelyn Holt | Wedding | 12/23/2018 | 10/4/2019 | Jackie88.holt@gmail.com |
| Hoover | Katherine Heinke | Wedding | 12/23/2018 | 10/5/2019 | keheinke@gmail.com |
| Hoover | Courtney Harris | Wedding | 12/23/2018 | 10/12/2019 | Cjharris1985@gmail.com |
| Hoover | Karra Thompson | Wedding | 2/11/2019 | 10/18/2019 | Burrellwedding2018@gmail.com |
| Hoover | Brittany Datcher | Wedding | 12/31/2018 | 10/19/2019 | bdatch09@gmail.com |
| Hoover | Delany Bradford | Occasion | 7/2/2019 | 10/25/2019 | delanybradford@gmail.com |
| Hoover | Alex Garcia | Wedding | 2/1/2019 | 10/26/2019 | axgarcia20@gmail.com |
| Hoover | Kathy Saavedra | Wedding | 12/23/2018 | 10/31/2019 | kathysaav19@gmail.com |
| Hoover | Bacari Moulton | Wedding | 12/23/2018 | 11/2/2019 | Bacarimoulton8@msn.com |
| Hoover | Jenna Lindsey | Wedding | 6/13/2019 | 11/8/2019 | Jennalindsey09@gmail.com |
| Hoover | Brea Reese | Wedding | 12/28/2018 | 11/9/2019 | bnr4u90@gmail.com |
| Hoover | Brittney Heard | Wedding | 2/1/2019 | 11/16/2019 | bheard33@gmail.com |
| Hoover | Jasmine Reed | Wedding | 1/12/2019 | 11/23/2019 | reedjasmine99@yahoo.com |
| Hoover | Maria Castillo | Wedding | 2/1/2019 | 11/30/2019 | Mfcastillo19@gmail.com |
| Hoover | Susan Adair - Encompass Health Lakeshore | Occasion | 6/14/2019 | 12/6/2019 | Susan.adair@encompasshealth.com |
| Hoover | Jacquenya Calhoun | Wedding | 3/7/2019 | 12/7/2019 | Jlcalhoun@crimson.ua.edu |
| Hoover | Rick Kaufhold | Occasion | 7/29/2019 | 12/9/2019 | Rkaufhold@homewoodchurch.org |
| Hoover | Katheryn Fredrick Revere Control Systems | Business | 5/3/2019 | 12/12/2019 | kfrederick@reverecontrol.com |
| Hoover | Teresa Smith | Occasion | 3/1/2019 | 12/13/2019 | King2smith04@hotmail.com |
| Hoover | Donielle Curry | Wedding | 1/15/2019 | 12/14/2019 | jcurry2647@charter.net |
| Hoover | Alarice Robinson | Wedding | 5/6/2019 | 12/21/2019 | Robinson.alarice@gmail.com |
| Hoover | Lisa Gregg | Wedding | 5/1/2019 | 12/31/2019 | Lgregg96@yahoo.com |
| Hoover | Shalitha McLean | Wedding | 12/23/2018 | 1/4/2020 | betterasbailey@gmail.com |
| Hoover | Qiana S. Shaw | Occasion | 6/21/2019 | 1/10/2020 | qsshaw@gmail.com |
| Hoover | Christina Hwang | Wedding | 1/27/2019 | 1/11/2020 | Cshwang93@gmail.com |
| Hoover | Kelly Whippo | Wedding | 3/16/2019 | 1/25/2020 | kmw0022@auburn.edu |
| Hoover | Glen Harris | Wedding | 2/10/2019 | 2/1/2020 | navybama2020@gmail.com |
| Hoover | Jack and Jill of America, Inc Birmingham Chapter | Occasion | 3/26/2019 | 2/8/2020 | jandjbhampresident@gmail.com |
| Hoover | Jordan Tipton | Occasion | 3/26/2019 | 2/20/2020 | Jordantt99@gmail.com |
| Hoover | Sally Mahan / Laura Higgins | Occasion | 7/26/2019 | 2/21/2020 | Lzh0030@auburn.edu |
| Hoover | Laura Higgins | Wedding | 2/1/2019 | 2/22/2020 | Lzh0030@auburn.edu |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Hoover | Dolores Foster | Wedding | 12/23/2018 | 2/29/2020 | dfoster495@gmail.com |
| Hoover | Kristie Bauer | Wedding | 12/23/2018 | 3/7/2020 | kris_dz@bellsouth.net |
| Hoover | Dominic DiMauro | Wedding | 5/31/2019 | 3/14/2020 | ddimauro4@gmail.com |
| Hoover | Krystal Chisem | Wedding | 1/28/2019 | 3/21/2020 | Dainty2012@gmail.com |
| Hoover | Nikki Crumpton | Wedding | 4/3/2019 | 3/28/2020 | Lncrumpton@gmail.com |
| Hoover | Ashley Edwards | Wedding | 4/3/2019 | 4/4/2020 | foreverandadavis2019@gmail.com |
| Hoover | Amanda Hartley | Wedding | 4/15/2019 | 4/18/2020 | mandyhartley32793@gmail.com |
| Hoover | Eva-Claire Riley | Wedding | 5/31/2019 | 4/25/2020 | evaclaireriley@gmail.com |
| Hoover | Andreia Rodgers | Wedding | 4/16/2019 | 5/2/2020 | andreiarodgers@gmail.com |
| Hoover | Rushuanda Johnson | Occasion | 1/10/2019 | 5/16/2020 | rushuanda@yahoo.com |
| Hoover | Elizabeth Benitez | Wedding | 2/5/2019 | 5/23/2020 | Eebenitez93@gmail.com |
| Hoover | Shernavian Billings | Wedding | 6/11/2019 | 6/6/2020 | Shernavian@gmail.com |
| Hoover | Traci Keener | Wedding | 5/30/2019 | 6/13/2020 | nikki_k45@yahoo.com |
| Hoover | Nita DeRamus | Wedding | 5/28/2019 | 6/27/2020 | deramus_schnita@yahoo.com |
| Hoover | Dillon Witt | Wedding | 6/12/2019 | 7/18/2020 | Dillonwitt42@gmail.com |
| Hoover | Chelsea Ryles | Wedding | 2/21/2019 | 7/25/2020 | Ryleschelsea@gmail.com |
| Hoover | Destini Solomon | Wedding | 7/20/2019 | 10/10/2020 | Destini.solomon@hotmail.com |
| Hoover | Alexandria Hawthorne | Wedding | 4/7/2019 | 10/11/2020 | ahawthorne_1@yahoo.com |
| Hoover | Sasha Maclin | Wedding | 3/3/2019 | 10/24/2020 | Sashamac2@gmail.com |
| Hoover | Leah Morris | Wedding | 7/13/2019 | 2/27/2021 | Leahkmorris92@gmail.com |
| Independence | Vungelia Glyptis | Wedding | 4/19/2019 | 5/23/2020 | Vungelia@gmail.com |
| Independence | Madeline Fortune | Wedding | 2/7/2019 | 5/30/2020 | madelinefortune94@gmail.com |
| Independence | Saly Fares & Emily Warner | Wedding | 4/12/2019 | 5/31/2020 | Saly.fares@hotmail.com |
| Independence | Marquita Afzal | Wedding | 1/17/2019 | 7/11/2020 | Leggs44137@yahoo.com |
| Independence | Jessica Calton | Wedding | 5/3/2019 | 7/25/2020 | notlac@sbcglobal.net |
| Independence | Emily Richmond | Wedding | 4/18/2019 | 8/29/2020 | malonewedding0119@gmail.com |
| Independence | Stephanie Zabak | Wedding | 3/15/2019 | 9/5/2020 | Szabak21@gmail.com |
| Independence | Alexandria Manning | Wedding | 2/13/2019 | 9/6/2020 | Alexandriamanning94@gmail.com |
| Independence | Kristen Fouts | Wedding | 1/18/2019 | 10/3/2020 | Laurie.fouts@gmail.com |
| Independence | Meghan Millsop | Wedding | 1/17/2019 | 10/10/2020 | Memillsop@outlook.com |
| Independence | Malika Moore | Wedding | 5/6/2019 | 10/11/2020 | Malikaym927@gmail.com |
| Independence | Terraia King | Wedding | 2/13/2019 | 10/17/2020 | Terraiaking@gmail.com |
| Independence | Kaitlyn Rafferty | Wedding | 2/8/2019 | 10/24/2020 | kmr116@zips.uakron.edu |
| Independence | Jennifer Bucell | Wedding | 6/12/2019 | 11/21/2020 | jmbucell@gmail.com |
| Katy | Bianca Turcios | Wedding | 12/24/2018 | 5/31/2019 | |
| Katy | Gadesha Morris | Wedding | 3/26/2019 | 6/1/2019 | |
| Katy | Paul Miranda | Church Group | 2/4/2019 | 6/2/2019 | |
| Katy | Aimen Rawra | Occasion | 5/7/2019 | 6/5/2019 | |
| Katy | Kristina Barnes | Wedding | 12/23/2018 | 6/7/2019 | |
| Katy | Thelma Okotie | Wedding | 12/24/2018 | 6/8/2019 | |
| Katy | Kimberly Morris Keller Williams Katy | Business | 1/14/2019 | 6/11/2019 | |
| Katy | Liz Cerda | Occasion | 4/17/2019 | 6/14/2019 | |
| Katy | Karla Iraheta | Wedding | 12/24/2018 | 6/15/2019 | |
| Katy | Brittney Dimas | Wedding | 1/7/2019 | 6/21/2019 | |
| Katy | Kristen Butler | Wedding | 12/24/2018 | 6/22/2019 | |
| Katy | Carolina Maynez | Occasion | 5/3/2019 | 6/22/2019 | |
| Katy | Florence Anadu | Wedding | 12/24/2018 | 6/29/2019 | |
| Katy | Cassie Summerville | Wedding | 12/24/2018 | 7/3/2019 | |
| Katy | Jeryl Prescott | Wedding | 3/26/2019 | 7/5/2019 | |
| Katy | Paul Miranda | Church Group | 2/4/2019 | 7/7/2019 | |
| Katy | Kola Owoeye | Occasion | 6/26/2019 | 7/9/2019 | |
| Katy | Alberto Moradel | Occasion | 6/14/2019 | 7/11/2019 | |
| Katy | Sandra Alvarez | Occasion | 5/8/2019 | 7/13/2019 | |
| Katy | Fojael choudhury | Occasion | 6/18/2019 | 7/13/2019 | |
| Katy | Patricia Romero | Wedding | 4/24/2019 | 7/18/2019 | |
| Katy | Jawad Rangoonwala | Occasion | 5/28/2019 | 7/19/2019 | |
| Katy | Kimberly Arn | Wedding | 2/10/2019 | 7/20/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Katy | Kathy Kelley | Business | 5/29/2019 | 7/23/2019 | |
| Katy | Kathy Kelley | Business | 5/29/2019 | 7/24/2019 | |
| Katy | Jackie Banks | Wedding | 12/24/2018 | 7/27/2019 | |
| Katy | Ieshia Deal | Occasion | 7/2/2019 | 7/27/2019 | |
| Katy | Paul Miranda | Church Group | 2/5/2019 | 7/31/2019 | |
| Katy | Nayyar Ali | Wedding | 7/16/2019 | 8/1/2019 | nayyarkanoor@gmail.com |
| Katy | Jasmin Jaramillo | Wedding | 12/24/2018 | 8/2/2019 | Jasmin3314@gmail.com |
| Katy | Veronica Gonzalez | Occasion | 2/28/2019 | 8/3/2019 | Veronicaglz2011@hotmail.com |
| Katy | Paul Miranda | Church Group | 2/4/2019 | 8/4/2019 | |
| Katy | Now U Know | Church Group | 2/19/2019 | 8/4/2019 | |
| Katy | Melreen Collado | Occasion | 3/30/2019 | 8/8/2019 | doreencollado@yahoo.com |
| Katy | Lisa Garrison | Occasion | 1/23/2019 | 8/9/2019 | Lisa.lis179@gmail.com |
| Katy | Courtney Washington | Wedding | 1/28/2019 | 8/10/2019 | Courtneyw10@aol.com |
| Katy | Now U Know | Church Group | 2/19/2019 | 8/11/2019 | |
| Katy | Paul Miranda | Church Group | 2/4/2019 | 8/11/2019 | |
| Katy | Paul Miranda | Church Group | 2/5/2019 | 8/14/2019 | |
| Katy | Miracle Gonzales | Wedding | 7/30/2019 | 8/16/2019 | Miraclergonzales@hotmail.com |
| Katy | Bridget Knighten | Occasion | 12/24/2018 | 8/17/2019 | bridget.knighten@yahoo.com |
| Katy | Now U Know | Church Group | 2/20/2019 | 8/18/2019 | |
| Katy | Paul Miranda | Church Group | 2/4/2019 | 8/18/2019 | |
| Katy | Paul Miranda | Church Group | 2/5/2019 | 8/21/2019 | |
| Katy | Alberto Moradel | Occasion | 7/24/2019 | 8/22/2019 | Intranek@comcast.net |
| Katy | Fiero Adams | Wedding | 12/24/2018 | 8/24/2019 | Fieroblessed@gmail.com |
| Katy | Lisa Dominguez | Occasion | 7/12/2019 | 8/24/2019 | Lisa.dominguez2@yahoo.com |
| Katy | Now U Know | Church Group | 2/20/2019 | 8/25/2019 | |
| Katy | Paul Miranda | Church Group | 2/4/2019 | 8/25/2019 | |
| Katy | Paul Miranda | Church Group | 2/5/2019 | 8/28/2019 | |
| Katy | Nichelle Jones | Occasion | 6/1/2019 | 8/30/2019 | Ndjones1711@gmail.com |
| Katy | Sonya Williams | Occasion | 12/28/2018 | 8/31/2019 | leonardfamily2019@gmail.com |
| Katy | Now U Know | Church Group | 2/20/2019 | 9/1/2019 | |
| Katy | Paul Miranda | Church Group | 2/4/2019 | 9/1/2019 | |
| Katy | Paul Miranda | Church Group | 2/5/2019 | 9/4/2019 | |
| Katy | Josselinne Garcia | Wedding | 4/14/2019 | 9/7/2019 | jossyg95@gmail.com |
| Katy | Now U Know | Church Group | 2/20/2019 | 9/8/2019 | |
| Katy | Paul Miranda | Church Group | 2/4/2019 | 9/8/2019 | |
| Katy | Core Strengths (Member) | Business | 4/19/2019 | 9/10/2019 | Michelle@corestrengths.com |
| Katy | Paul Miranda | Church Group | 2/5/2019 | 9/11/2019 | |
| Katy | Core Strengths (Member) | Business | 4/19/2019 | 9/11/2019 | Michelle@corestrengths.com |
| Katy | Jenica Policarpio | Business | 7/16/2019 | 9/12/2019 | Jenica@amazingenterprisellc.com |
| Katy | Rochelle Mathis | Wedding | 12/24/2018 | 9/14/2019 | mathis.rochelle@yahoo.com |
| Katy | Paul Miranda | Church Group | 2/4/2019 | 9/15/2019 | |
| Katy | Now U Know | Church Group | 2/20/2019 | 9/15/2019 | |
| Katy | Tiara Mickle | Wedding | 7/28/2019 | 9/15/2019 | Tmickle61@gmail.com |
| Katy | Paul Miranda | Church Group | 2/5/2019 | 9/18/2019 | |
| Katy | NINA ALARCON | Occasion | 3/30/2019 | 9/21/2019 | Info@fitandhealthytx.com |
| Katy | Paul Miranda | Church Group | 2/4/2019 | 9/22/2019 | |
| Katy | Suzanne Sansom | Business | 7/28/2019 | 9/24/2019 | ssansom@smartchoiceagents.com |
| Katy | Paul Miranda | Church Group | 2/5/2019 | 9/25/2019 | |
| Katy | Online Trading Academy (Membership Event) | Business | 6/21/2019 | 9/26/2019 | marcia.burt@onlinetradingacademy.com |
| Katy | Stanley Pierre-Louis | Wedding | 5/30/2019 | 9/27/2019 | stanleyp@logiqmedia.com |
| Katy | Dawn White | Wedding | 1/29/2019 | 9/28/2019 | dwhite@harmonytx.org |
| Katy | Paul Miranda | Church Group | 2/4/2019 | 9/29/2019 | |
| Katy | Paul Miranda | Church Group | 2/5/2019 | 10/2/2019 | |
| Katy | Amalia Kluge | Business | 5/15/2019 | 10/5/2019 | prosperityhumanr@gmail.com |
| Katy | Paul Miranda | Church Group | 2/4/2019 | 10/6/2019 | |
| Katy | Paul Miranda | Church Group | 2/5/2019 | 10/9/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Katy | Online Trading Academy (Membership Event) | Business | 7/19/2019 | 10/10/2019 | marcia.burt@onlinetradingacademy.com |
| Katy | Aaryon Brown | Wedding | 3/31/2019 | 10/11/2019 | Aaryonb.shsu@gmail.com |
| Katy | Esmeralda Gonzalez | Wedding | 3/30/2019 | 10/12/2019 | gonzalezeh@yahoo.com |
| Katy | Paul Miranda | Church Group | 2/4/2019 | 10/13/2019 | |
| Katy | Paul Miranda | Church Group | 2/5/2019 | 10/16/2019 | |
| Katy | Tara Hurd | Wedding | 1/28/2019 | 10/19/2019 | theharrishurd@gmail.com |
| Katy | Paul Miranda | Church Group | 2/4/2019 | 10/20/2019 | |
| Katy | Paul Miranda | Church Group | 2/5/2019 | 10/23/2019 | |
| Katy | Andrea Solorza | Wedding | 2/12/2019 | 10/25/2019 | Andrea.solorza@yahoo.com |
| Katy | Taylor Spiller | Wedding | 1/31/2019 | 10/26/2019 | Tspiller93@gmail.com |
| Katy | Online Trading Academy (Membership Event) | Business | 7/19/2019 | 10/26/2019 | marcia.burt@onlinetradingacademy.com |
| Katy | Paul Miranda | Church Group | 2/4/2019 | 10/27/2019 | |
| Katy | Paul Miranda | Church Group | 2/5/2019 | 10/30/2019 | |
| Katy | Junaid Hassan | Wedding | 7/25/2019 | 11/1/2019 | junaidhassan1283@gmail.com |
| Katy | Ebony Holman | Wedding | 1/31/2019 | 11/2/2019 | ebonyholman@gmail.com |
| Katy | Paul Miranda | Church Group | 2/4/2019 | 11/3/2019 | |
| Katy | Anna Marie Young Life Katy | Business | 5/30/2019 | 11/4/2019 | Younglife.katywh@icloud.com |
| Katy | Paul Miranda | Church Group | 2/5/2019 | 11/6/2019 | |
| Katy | Paul Miranda | Church Group | 2/4/2019 | 11/10/2019 | |
| Katy | Anna Marie Young Life Katy | Business | 5/30/2019 | 11/11/2019 | Younglife.katywh@icloud.com |
| Katy | Paul Miranda | Church Group | 2/5/2019 | 11/13/2019 | |
| Katy | Cornisha Jeffery | Wedding | 2/28/2019 | 11/16/2019 | Cornishajeffery@yahoo.com |
| Katy | Paul Miranda | Church Group | 2/4/2019 | 11/17/2019 | |
| Katy | Paul Miranda | Church Group | 2/5/2019 | 11/20/2019 | |
| Katy | Abby Eddins | Wedding | 3/24/2019 | 11/23/2019 | aeddins@hotmail.com |
| Katy | Paul Miranda | Church Group | 2/4/2019 | 11/24/2019 | |
| Katy | Paul Miranda | Church Group | 2/5/2019 | 11/27/2019 | |
| Katy | Piyal Sen Gupta | Occasion | 7/24/2019 | 11/27/2019 | saurabhpiyal@gmail.com |
| Katy | Muhib Momin | Wedding | 6/29/2019 | 11/29/2019 | Muhibmomin@yahoo.com |
| Katy | Paul Miranda | Church Group | 2/4/2019 | 12/1/2019 | |
| Katy | Tae Kim | Wedding | 4/30/2019 | 12/1/2019 | Kty2578@gmail.com |
| Katy | Paul Miranda | Church Group | 2/5/2019 | 12/4/2019 | |
| Katy | Amalia Kluge | Business | 7/13/2019 | 12/6/2019 | prosperityhumanr@gmail.com |
| Katy | Mary Helen Ybanez | Wedding | 5/4/2019 | 12/7/2019 | mhybanez61@gmail.com |
| Katy | Paul Miranda | Church Group | 2/4/2019 | 12/8/2019 | |
| Katy | Paul Miranda | Church Group | 2/5/2019 | 12/11/2019 | |
| Katy | Liz Curiel | Business | 7/2/2019 | 12/13/2019 | Lizcuriel@southbaygunite.com |
| Katy | Irma Gonzales | Occasion | 3/14/2019 | 12/14/2019 | Sivs49@gmail.com |
| Katy | Paul Miranda | Church Group | 2/4/2019 | 12/15/2019 | |
| Katy | Judy Motanya | Wedding | 7/30/2019 | 12/15/2019 | Judymmsh@gmail.com |
| Katy | Paul Miranda | Church Group | 2/5/2019 | 12/18/2019 | |
| Katy | Erica Barnett | Wedding | 2/22/2019 | 12/21/2019 | Erica.barnett8877@gmail.com |
| Katy | Paul Miranda | Church Group | 2/4/2019 | 12/22/2019 | |
| Katy | American Real Estate Meet-Up MEMBERSHIP Profile | Church Group | 1/18/2019 | 12/22/2019 | |
| Katy | Paul Miranda | Church Group | 2/4/2019 | 12/29/2019 | |
| Katy | Shuja Naqvi | Wedding | 2/26/2019 | 12/31/2019 | shujanaqvi92@gmail.com |
| Katy | Paul Miranda | Church Group | 2/4/2019 | 1/5/2020 | |
| Katy | Paul Miranda | Church Group | 2/5/2019 | 1/8/2020 | |
| Katy | Paul Miranda | Church Group | 2/4/2019 | 1/12/2020 | |
| Katy | Paul Miranda | Church Group | 2/5/2019 | 1/15/2020 | |
| Katy | Paul Miranda | Church Group | 2/5/2019 | 1/22/2020 | |
| Katy | Joshua Burts | Wedding | 1/7/2019 | 1/25/2020 | becomingburts@gmail.com |
| Katy | Paul Miranda | Church Group | 2/4/2019 | 1/26/2020 | |
| Katy | Paul Miranda | Church Group | 2/5/2019 | 1/29/2020 | |
| Katy | Roger Honey | Occasion | 12/24/2018 | 2/22/2020 | rogerhoneycutt@gmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|----------|----------|------------|-------------|------------|---------------|
| Katy | AJ Kruk | Wedding | 2/16/2019 | 2/29/2020 | ajkruk@gmail.com |
| Katy | Matthew Perry | Wedding | 12/24/2018 | 3/7/2020 | goldmanperry20@gmail.com |
| Katy | Idara Enyong | Wedding | 2/16/2019 | 3/20/2020 | Enyong.idara@yahoo.com |
| Katy | Angelica Gonzalez | Wedding | 4/11/2019 | 3/21/2020 | aegonzalez97@yahoo.com |
| Katy | Naana Kessey | Wedding | 7/19/2019 | 3/28/2020 | Naanakessey@gmail.com |
| Katy | Nathaly Moreno | Wedding | 3/15/2019 | 4/4/2020 | vovviwedding@gmail.com |
| Katy | Kato Dominguez | Wedding | 5/3/2019 | 4/11/2020 | Viswearllc21@gmail.com |
| Katy | Brian Mulligan | Occasion | 5/13/2019 | 4/18/2020 | Bmulligan@sj23lions.org |
| Katy | Lauren Ellow | Wedding | 12/24/2018 | 4/19/2020 | Siinsayshun@hotmail.com |
| Katy | Roderic Smith | Wedding | 5/18/2019 | 5/2/2020 | roderic.smith77@gmail.com |
| Katy | Hollie & Amanda Pyle | Wedding | 4/24/2019 | 5/16/2020 | Hollie_advocare@yahoo.com |
| Katy | Lily Dunham | Wedding | 6/2/2019 | 5/30/2020 | Lilyelizabethj@gmail.com |
| Katy | Rashida Marshall | Wedding | 7/30/2019 | 6/13/2020 | Leosdiamond@gmail.com |
| Katy | Diana Reyes | Wedding | 5/21/2019 | 6/20/2020 | Dianacoffman@yahoo.com |
| Katy | Ashley Addison | Wedding | 4/29/2019 | 6/26/2020 | Ashley.addison1986@gmail.com |
| Katy | Olga Saenz | Occasion | 3/7/2019 | 6/27/2020 | osaenz73@yahoo.com |
| Katy | Meagan Banowsky | Wedding | 5/28/2019 | 7/11/2020 | meaganbanowsky@gmail.com |
| Katy | Rosa Chicas | Occasion | 7/22/2019 | 7/18/2020 | Joal0203@gmail.com |
| Katy | Angela Newsome | Wedding | 2/21/2019 | 7/25/2020 | ang.newsome24@gmail.com |
| Katy | Dominique Demouchet | Wedding | 4/29/2019 | 8/7/2020 | Dademou7211@gmail.com |
| Katy | Dalila Brown | Wedding | 12/24/2018 | 10/31/2020 | Geffanddalilatietheknot@gmail.com |
| Katy | Kierra Kuykendall | Wedding | 7/2/2019 | 11/13/2020 | |
| Kingston | Jordan Buchanan | Wedding | 12/7/2018 | 6/8/2019 | |
| Kingston | Melia Baker | Wedding | 4/30/2019 | 6/14/2019 | |
| Kingston | Lily Gay | Wedding | 12/10/2018 | 6/15/2019 | |
| Kingston | Cold War Patriots Chris Kennedy | Business | 5/28/2019 | 6/18/2019 | |
| Kingston | Kelsey Hubbard | Wedding | 12/10/2018 | 6/22/2019 | |
| Kingston | Alysha Russell | Wedding | 1/27/2019 | 7/4/2019 | |
| Kingston | Jessica Harper | Wedding | 1/13/2019 | 7/6/2019 | |
| Kingston | Jim Doyle | Occasion | 12/7/2018 | 7/12/2019 | |
| Kingston | Roane County Schools | Business | 7/22/2019 | 7/25/2019 | |
| Kingston | Alicia McMurray | Wedding | 12/10/2018 | 7/27/2019 | |
| Kingston | Cold War Patriots Chris Kennedy | Occasion | 7/11/2019 | 8/1/2019 | |
| Kingston | Heather Miller | Business | 6/27/2019 | 8/12/2019 | hmiller@dt.com |
| Kingston | Heather Miller | Business | 6/27/2019 | 8/13/2019 | hmiller@dt.com |
| Kingston | Dawn Ford | Business | 7/22/2019 | 8/15/2019 | dawnford757@gmail.com |
| Kingston | Megan Ladd | Wedding | 5/12/2019 | 8/17/2019 | cmcampb817@gmail.com |
| Kingston | Jessica Ellis | Wedding | 6/27/2019 | 8/18/2019 | jessicaellis8@gmail.com |
| Kingston | Jana Salley | Business | 7/16/2019 | 8/24/2019 | Jsalley@covhlth.com |
| Kingston | Thanh Nguyen | Wedding | 12/10/2018 | 9/1/2019 | hnguye1@gmail.com |
| Kingston | Pretty Princess Parties | Business | 2/11/2019 | 9/7/2019 | |
| Kingston | Stephanie Malone | Wedding | 12/10/2018 | 9/14/2019 | pmalone423@aol.com |
| Kingston | Katherine Gass | Wedding | 1/25/2019 | 9/15/2019 | Katherineegass@comcast.net |
| Kingston | Alyssa McLain | Wedding | 1/25/2019 | 9/21/2019 | |
| Kingston | Wayne Turner | Occasion | 6/24/2019 | 9/28/2019 | Yellowdogs1@yahoo.com |
| Kingston | Ashley Lincoln | Wedding | 1/15/2019 | 10/5/2019 | Alincoln89@aol.com |
| Kingston | Kayla Smith | Wedding | 12/10/2018 | 10/12/2019 | regine.dowdy19@gmail.com |
| Kingston | Amanda Belcastro | Wedding | 1/13/2019 | 10/19/2019 | Amandahbelcastro@gmail.com |
| Kingston | Hannah Holzer | Wedding | 12/7/2018 | 10/25/2019 | Hrenae1@gmail.com |
| Kingston | Greg Patterson | Wedding | 7/9/2019 | 10/26/2019 | Grp1817@yahoo.com |
| Kingston | Morgan Bales | Wedding | 1/17/2019 | 11/2/2019 | Meb117@comcast.net |
| Kingston | Elissa Lane | Wedding | 1/14/2019 | 11/9/2019 | |
| Kingston | Macy Johnson | Wedding | 12/7/2018 | 11/16/2019 | |
| Kingston | Harriman ultilty Ulitity | Business | 7/10/2019 | 12/9/2019 | cvoyles@hub-tn.com |
| Kingston | Mary Catherine Rebman | Wedding | 2/2/2019 | 12/20/2019 | Mary.rebman96@gmail.com |
| Kingston | Lori Lower | Wedding | 7/3/2019 | 1/19/2020 | becomingbeyersdorf@gmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|----------|----------|------------|-------------|------------|---------------|
| Kingston | Grace Johnson | Wedding | 5/10/2019 | 2/20/2020 | graciejohnson30@gmail.com |
| Kingston | Sierra Wilson | Wedding | 5/17/2019 | 4/18/2020 | sierraw@kingstonfbc.org |
| Kingston | Abigail Settles | Wedding | 5/13/2019 | 4/20/2020 | DSettles0808@gmail.com |
| Kingston | Kayla Atkins | Wedding | 5/6/2019 | 5/2/2020 | KAtkins@concordancehs.com |
| Kingston | Brittany Michelle Carlberg | Wedding | 6/13/2019 | 5/9/2020 | bmcarlberg7@gmail.com |
| Kingston | Chelsey Eskridge | Wedding | 4/2/2019 | 5/23/2020 | Chels102810@yahoo.com |
| Kingston | Alysha Rice | Wedding | 7/14/2019 | 5/29/2020 | Alysha.rice@yahoo.com |
| Kingston | Presley Dowker | Wedding | 6/20/2019 | 5/30/2020 | pdowker@vols.utk.edu |
| Kingston | Rachel Burgess | Wedding | 5/27/2019 | 6/6/2020 | rachelburgess333@yahoo.com |
| Kingston | Dana Griffith | Wedding | 5/10/2019 | 6/13/2020 | Danagriffith02@comcast.net |
| Kingston | Victoria Hamby | Wedding | 1/14/2019 | 6/20/2020 | hambyve@gmail.com |
| Kingston | Karoline Barnett | Wedding | 7/19/2019 | 6/27/2020 | karolinehb17@gmail.com |
| Kingston | Maliya Martin | Wedding | 7/12/2019 | 8/15/2020 | maliyamartin@gmail.com |
| Kingston | Eliana Solar | Wedding | 7/18/2019 | 8/22/2020 | Elianasoler09@gmail.com |
| Kingston | Kaitlyn Bailey | Wedding | 5/31/2019 | 9/26/2020 | kaitlynbailey16@yahoo.com |
| Kingston | Lauren Dubose | Wedding | 6/16/2019 | 10/24/2020 | Laurendubose@comcast.net |
| Kingston | Adam Feeley | Wedding | 7/18/2019 | 12/10/2020 | FEELEYADAM37@YAHOO.COM |
| Lake Mary | Thelisha Thomas | Business | 5/6/2019 | 5/29/2019 | |
| Lake Mary | CELESTE LECLAIR | Wedding | 1/7/2019 | 6/2/2019 | |
| Lake Mary | Jessica Berthoff | Wedding | 1/8/2019 | 6/8/2019 | |
| Lake Mary | Enrymir Ortiz and Andrea Miranda | Wedding | 2/14/2019 | 6/9/2019 | |
| Lake Mary | Holly Devine | Occasion | 4/9/2019 | 6/14/2019 | |
| Lake Mary | Carrie Crews | Wedding | 1/24/2019 | 6/15/2019 | |
| Lake Mary | Kristin Follins | Wedding | 12/24/2018 | 6/19/2019 | |
| Lake Mary | Amanda Malone and Dexter Sloan | Wedding | 12/24/2018 | 6/20/2019 | |
| Lake Mary | Amanda Glenn | Wedding | 1/7/2019 | 6/22/2019 | |
| Lake Mary | Eliana Benevento | Occasion | 6/24/2019 | 6/24/2019 | |
| Lake Mary | Leilani Molaka | Wedding | 1/18/2019 | 6/27/2019 | |
| Lake Mary | Glenn Taylor | Wedding | 2/19/2019 | 6/29/2019 | |
| Lake Mary | Candice Waldon | Wedding | 1/7/2019 | 7/6/2019 | |
| Lake Mary | Bri Howard | Occasion | 3/12/2019 | 7/7/2019 | |
| Lake Mary | Cecilia Cedillo | Wedding | 12/24/2018 | 7/11/2019 | |
| Lake Mary | Christine Davis | Business | 6/26/2019 | 7/12/2019 | |
| Lake Mary | Tracy Joseph | Wedding | 1/14/2019 | 7/13/2019 | |
| Lake Mary | Jackie Hoffman | Business | 7/11/2019 | 7/15/2019 | |
| Lake Mary | Jackie Hoffman | Business | 7/11/2019 | 7/16/2019 | |
| Lake Mary | Jackie Hoffman | Business | 7/11/2019 | 7/17/2019 | |
| Lake Mary | Erin Horton | Wedding | 1/7/2019 | 7/19/2019 | |
| Lake Mary | FREDDIE SCHOFIELD | Occasion | 4/3/2019 | 7/20/2019 | |
| Lake Mary | Nikolette Smith | Wedding | 1/15/2019 | 7/21/2019 | |
| Lake Mary | Jimmy Joyner | Wedding | 1/7/2019 | 7/22/2019 | |
| Lake Mary | Mohamad Hussein | Wedding | 1/14/2019 | 7/25/2019 | |
| Lake Mary | Brittany Waddell | Wedding | 12/24/2018 | 7/27/2019 | |
| Lake Mary | Alexandria Fischer | Wedding | 12/24/2018 | 8/1/2019 | fischer20.af@gmail.com |
| Lake Mary | Cindy Hudson | Occasion | 5/15/2019 | 8/3/2019 | Cindyjohudson@hotmail.com |
| Lake Mary | Kody Conners | Wedding | 4/20/2019 | 8/8/2019 | kodyc02346@yahoo.com |
| Lake Mary | Don Mctarsney | Business | 7/22/2019 | 8/15/2019 | Donnell_d_mctarsney@homedepot.com |
| Lake Mary | Ada Carrassquillo | Wedding | 12/27/2018 | 8/17/2019 | michaelada2019@gmail.com |
| Lake Mary | Gabrielys Ocasio | Wedding | 12/28/2018 | 8/22/2019 | gabbyandkelvin@yahoo.com |
| Lake Mary | DeJa Thomas | Wedding | 6/28/2019 | 8/24/2019 | Thomasdeja92@yahoo.com |
| Lake Mary | Lynda Hoyos and Reggie Welch | Wedding | 6/25/2019 | 8/25/2019 | welchreggie@yahoo.com |
| Lake Mary | Jovanna Mesadieu | Wedding | 12/24/2018 | 8/29/2019 | Rodenashca@gmail.com |
| Lake Mary | Cami Williams | Wedding | 7/12/2019 | 9/2/2019 | Cmy_will_camy@yahoo.com |
| Lake Mary | Chelsea Headley and Michael Weathers | Wedding | 6/19/2019 | 9/6/2019 | Chelseaheadley@hotmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Lake Mary | Chelsea Headley and Michael Weathers | Wedding | 4/17/2019 | 9/7/2019 | Chelseaheadley@hotmail.com |
| Lake Mary | Shenequa Hendrickson | Wedding | 12/24/2018 | 9/9/2019 | shenequa65@yahoo.com |
| Lake Mary | Karen Black | Wedding | 12/24/2018 | 9/20/2019 | kblack9000@yahoo.com |
| Lake Mary | Arnique Craig | Wedding | 12/24/2018 | 9/21/2019 | Arniquecc@gmail.com |
| Lake Mary | Ellysia Wong | Wedding | 5/10/2019 | 9/22/2019 | ellysia2@aim.com |
| Lake Mary | Ali Haymaker (See Notes) | Business | 12/24/2018 | 9/26/2019 | AHaymaker@paylocity.com |
| Lake Mary | Jessica Richards | Wedding | 12/28/2018 | 9/27/2019 | jessicasimone64@hotmail.com |
| Lake Mary | Yanky Majesky | Business | 12/28/2018 | 9/29/2019 | Rabbi@JewishNorthOrlando.com |
| Lake Mary | Karina Grant | Wedding | 4/2/2019 | 10/3/2019 | Karinamlg@yahoo.com |
| Lake Mary | Laticia Cason | Wedding | 2/19/2019 | 10/5/2019 | aaprof.tc@gmail.com |
| Lake Mary | Aisha Gomango | Wedding | 1/31/2019 | 10/11/2019 | agomango11@gmail.com |
| Lake Mary | Kaley Hamilton | Wedding | 12/24/2018 | 10/12/2019 | hammox@yahoo.com |
| Lake Mary | Juana Colon | Wedding | 1/18/2019 | 10/13/2019 | djvicion@gmail.com |
| Lake Mary | Nicole Fedler | Wedding | 2/23/2019 | 10/14/2019 | Nicolexfedler@gmail.com |
| Lake Mary | Karina Vidal | Wedding | 12/24/2018 | 10/17/2019 | karinaavidal25@yahoo.com |
| Lake Mary | Shoniqua Missick | Wedding | 12/24/2018 | 10/18/2019 | shaymissick1@yahoo.com |
| Lake Mary | Gladys Murray | Wedding | 12/24/2018 | 10/19/2019 | gladysolivia@yahoo.com |
| Lake Mary | Stephanie Antoine | Wedding | 2/5/2019 | 10/20/2019 | Steffi.brown82@gmail.com |
| Lake Mary | Michael Banther | Wedding | 12/24/2018 | 10/24/2019 | ginamarie4pt@gmail.com |
| Lake Mary | Jane Tarallo | Occasion | 6/12/2019 | 10/25/2019 | Jtarallo@cfl.rr.com |
| Lake Mary | Rayvin Vick | Wedding | 12/24/2018 | 10/26/2019 | rayvin_14@yahoo.com |
| Lake Mary | Astrid Rodriguez | Wedding | 3/21/2019 | 10/28/2019 | Msamarie04@gmail.com |
| Lake Mary | Lacy Neely | Wedding | 12/24/2018 | 10/31/2019 | ldneely5209@yahoo.com |
| Lake Mary | Susan Sieglein | Occasion | 5/8/2019 | 11/1/2019 | Chiquiort@yahoo.com |
| Lake Mary | Stephanie Houser | Wedding | 12/24/2018 | 11/2/2019 | stephanie.houser@gmail.com |
| Lake Mary | Jaya Stewart | Wedding | 6/24/2019 | 11/3/2019 | jlynndevila2019@gmail.com |
| Lake Mary | Anais Rivero | Wedding | 5/16/2019 | 11/4/2019 | anaisya@gmail.com |
| Lake Mary | Leslyne Stepirre and Junior Metayer | Wedding | 5/14/2019 | 11/5/2019 | leslynesp@gmail.com |
| Lake Mary | Jessica Riehl | Wedding | 1/22/2019 | 11/9/2019 | jlriehl89@yahoo.com |
| Lake Mary | Jennifer Mendoza | Wedding | 12/24/2018 | 11/16/2019 | Jmendoz88@gmail.com |
| Lake Mary | Maritza Rivers | Occasion | 5/20/2019 | 11/21/2019 | Maritzarivers@rocketmail.com |
| Lake Mary | Danna Lu | Wedding | 12/24/2018 | 11/23/2019 | ludanna91@gmail.com |
| Lake Mary | Imran Ebrahim (G) and Mishaal Alibhai (B) | Wedding | 3/7/2019 | 11/24/2019 | Iebrahim81@gmail.com |
| Lake Mary | Brett snell | Wedding | 2/19/2019 | 11/25/2019 | brettwsnell@gmail.com |
| Lake Mary | Nell Akoon | Wedding | 5/11/2019 | 11/26/2019 | Slp4real@gmail.com |
| Lake Mary | Reggie Welch and Lynda Hoyos | Wedding | 1/2/2019 | 11/27/2019 | welchreggie@yahoo.com |
| Lake Mary | Amy More | Wedding | 12/24/2018 | 12/7/2019 | amysinkwedding@gmail.com |
| Lake Mary | Reece Poe | Wedding | 6/8/2019 | 12/12/2019 | reecepoe116@gmail.com |
| Lake Mary | Nathaly Rodriguez | Wedding | 1/30/2019 | 12/13/2019 | Nathalyr44@hotmail.com |
| Lake Mary | Lovelie Borgella | Wedding | 12/28/2018 | 12/19/2019 | lovely.borgella@yahoo.com |
| Lake Mary | Stacyann Roper | Wedding | 12/24/2018 | 12/20/2019 | Stacyannroper@yahoo.com |
| Lake Mary | Melissa Hernandez | Wedding | 1/2/2019 | 12/26/2019 | mhern308@gmail.com |
| Lake Mary | Beka McConn | Wedding | 12/24/2018 | 12/28/2019 | rebekahmcconn@yahoo.com |
| Lake Mary | Claribel Garcia | Wedding | 12/24/2018 | 1/2/2020 | corydjackson3@gmail.com |
| Lake Mary | Nicole Burnett | Wedding | 3/9/2019 | 1/4/2020 | AlwaysAndFordEver@gmail.com |
| Lake Mary | Alexa Hinton and Nicholas Gavin | Wedding | 4/18/2019 | 1/11/2020 | Alexabh9@gmail.com |
| Lake Mary | Tiffany Dublin and Ramel Feliz | Wedding | 2/17/2019 | 1/17/2020 | TiffanyD@knights.ucf.edu |
| Lake Mary | Tanisha Olmo | Wedding | 2/27/2019 | 1/18/2020 | Tanivincewedding@gmail.com |
| Lake Mary | Jacques Durand and Candiss Ducksworth | Wedding | 1/21/2019 | 1/20/2020 | Jacques.Durand01@gmail.com |
| Lake Mary | Ivory Boyce | Wedding | 4/23/2019 | 1/25/2020 | Ivory.boyce@yahoo.com |
| Lake Mary | Nicole Flores and Jesenia Marte | Wedding | 12/24/2018 | 1/30/2020 | jnmarteflores@gmail.com |
| Lake Mary | Jon DiVita | Business | 4/18/2019 | 1/31/2020 | local3254president@msn.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Lake Mary | Melissa Montes | Wedding | 12/24/2018 | 2/1/2020 | melissamontesdeoca21@gmail.com |
| Lake Mary | Rosanne Hoshing | Wedding | 2/19/2019 | 2/2/2020 | Gshingho@gmail.com |
| Lake Mary | Deidre Saunders | Occasion | 1/31/2019 | 2/8/2020 | saundersdeidre@gmail.com |
| Lake Mary | Rachel Ohly | Wedding | 3/24/2019 | 2/16/2020 | mrsrohly@gmail.com |
| Lake Mary | EMILY DODICH | Wedding | 12/24/2018 | 2/20/2020 | |
| Lake Mary | Linda Davis | Wedding | 2/21/2019 | 2/22/2020 | Lindam.davis86@gmail.com |
| Lake Mary | Amanda Rampersaud | Wedding | 12/24/2018 | 2/23/2020 | Dustinplusamanda@gmail.com |
| Lake Mary | Brittany Bellew | Wedding | 12/24/2018 | 2/29/2020 | Vbellew90@gmail.com |
| Lake Mary | Keandra Willis | Wedding | 7/25/2019 | 3/1/2020 | Keandralwillis@aol.com |
| Lake Mary | Taylor Yarish and John Fiji | Wedding | 1/23/2019 | 3/5/2020 | John.fiji@gmail.com |
| Lake Mary | Crystal Tran | Wedding | 4/16/2019 | 3/7/2020 | crystal.tran@live.com |
| Lake Mary | Samantha Davis | Wedding | 1/7/2019 | 3/20/2020 | sammid1828@gmail.com |
| Lake Mary | Laila Silva | Wedding | 12/24/2018 | 3/21/2020 | Lailasi@gmail.com |
| Lake Mary | Rachelle Joseph | Wedding | 7/31/2019 | 3/26/2020 | Jrachelle@rocketmail.com |
| Lake Mary | Alyssa AmRhein | Wedding | 5/15/2019 | 3/28/2020 | alyssa.amrhein815@gmail.com |
| Lake Mary | Shula Levy | Business | 4/5/2019 | 3/29/2020 | sslevy100@aol.com |
| Lake Mary | Keandra Willis | Wedding | 1/31/2019 | 4/11/2020 | Keandralwillis@aol.com |
| Lake Mary | Christine Limoze | Wedding | 3/4/2019 | 4/16/2020 | christinelimoze@gmail.com |
| Lake Mary | Phyllis McCray and Summer Jenkins | Wedding | 3/24/2019 | 4/17/2020 | Pcmccray37@gmail.com |
| Lake Mary | Erin Conrad | Wedding | 1/12/2019 | 4/25/2020 | Enconrad3@gmail.com |
| Lake Mary | Karla Martinez | Wedding | 3/9/2019 | 4/30/2020 | marie.karla@hotmail.com |
| Lake Mary | Tajah Foster | Wedding | 2/8/2019 | 5/3/2020 | happilyhawthorne20@gmail.com |
| Lake Mary | Lissa Bush | Wedding | 7/23/2019 | 5/22/2020 | Lbushemail1@gmail.com |
| Lake Mary | nikki Lindo | Wedding | 12/24/2018 | 5/24/2020 | nlindo05@hotmail.com |
| Lake Mary | Maria Ngo | Wedding | 3/27/2019 | 5/30/2020 | Mariahtngo@gmail.com |
| Lake Mary | Melanie White | Wedding | 1/29/2019 | 6/18/2020 | mwhite3@knights.ucf.edu |
| Lake Mary | Stephanie Mauvais | Wedding | 4/30/2019 | 6/25/2020 | Stephanie.mauvais@yahoo.com |
| Lake Mary | Claudia Reyes | Wedding | 5/20/2019 | 8/12/2020 | ZPHagen@Southern.edu |
| Lake Mary | Desiree Salgado | Wedding | 5/16/2019 | 9/24/2020 | Timetobeathomson@yahoo.com |
| Lake Mary | Luisa Urbina | Wedding | 6/3/2019 | 10/3/2020 | lurbina159@gmail.com |
| Lake Mary | Derek Bundage | Wedding | 3/18/2019 | 10/10/2020 | Bundaged@gmail.com |
| Lake Mary | Tiffanie Martin | Wedding | 4/30/2019 | 10/22/2020 | Tiffaniemartn@gmail.com |
| Lake Mary | Denise Montenegro and Roilan Gonzalez | Wedding | 2/18/2019 | 11/5/2020 | Denise.montenegro8996@gmail.com |
| Lake Mary | Mary Buckridge | Wedding | 6/19/2019 | 11/11/2020 | Mary_buckridge@yahoo.com |
| Lake Mary | Latoya Peeples | Wedding | 3/14/2019 | 11/12/2020 | Latoyajpeeples@gmail.com |
| Lake Mary | Krisha Gentsch | Wedding | 3/21/2019 | 3/11/2021 | Krisha.gentsch@gmail.com |
| Lake Mary | Tiffany Irizarry | Wedding | 4/22/2019 | 3/27/2021 | Tirizarry526@gmail.com |
| Lake Mary | Brooke Roberson | Wedding | 6/27/2019 | 6/10/2021 | brbrooklynroberson@gmail.com |
| Las Colinas | Lisa Jaggars | Business | 5/23/2019 | 5/29/2019 | |
| Las Colinas | taylor Wolf | Business | 12/24/2018 | 5/30/2019 | |
| Las Colinas | Lucia Castro | Wedding | 12/24/2018 | 6/1/2019 | |
| Las Colinas | Bruce Edmunds | Church Group | 1/30/2019 | 6/2/2019 | |
| Las Colinas | Suzanne McReynolds Company: TANIUM | Business | 4/9/2019 | 6/5/2019 | |
| Las Colinas | Ahsan Usmani | Occasion | 5/24/2019 | 6/7/2019 | |
| Las Colinas | Vanessa Hernandez | Wedding | 1/16/2019 | 6/8/2019 | |
| Las Colinas | United church Of god | Church Group | 1/23/2019 | 6/9/2019 | |
| Las Colinas | Charles Lee | Business | 4/25/2019 | 6/12/2019 | |
| Las Colinas | Blessing Ogu | Occasion | 6/3/2019 | 6/14/2019 | |
| Las Colinas | Tulsi Patel | Occasion | 2/5/2019 | 6/16/2019 | |
| Las Colinas | Jocelyn Kahla | Occasion | 5/23/2019 | 6/16/2019 | |
| Las Colinas | Chris Bendel | Business | 6/3/2019 | 6/19/2019 | |
| Las Colinas | Chris Bendel | Business | 6/3/2019 | 6/20/2019 | |
| Las Colinas | Kasey Hearn | Wedding | 1/7/2019 | 6/22/2019 | |
| Las Colinas | DFW Church of Christ | Church Group | 4/10/2019 | 6/23/2019 | |
| Las Colinas | Tamara Beverly | Occasion | 4/30/2019 | 6/23/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|----------|----------|------------|-------------|------------|---------------|
| Las Colinas | Steven Fox | Business | 5/13/2019 | 6/25/2019 | |
| Las Colinas | Lisa Jaggars | Business | 5/30/2019 | 6/26/2019 | |
| Las Colinas | Chase/Michael Miller | Business | 5/28/2019 | 6/27/2019 | |
| Las Colinas | Rodney Alles | Business | 6/21/2019 | 6/27/2019 | |
| Las Colinas | Dominique Brown | Wedding | 12/24/2018 | 6/29/2019 | |
| Las Colinas | Gina Groover / DFW Consulting | Business | 6/12/2019 | 7/2/2019 | |
| Las Colinas | Blessing Ogu | Occasion | 6/22/2019 | 7/5/2019 | |
| Las Colinas | Christian Taylor | Wedding | 12/24/2018 | 7/6/2019 | |
| Las Colinas | Alex Mestre | Business | 6/24/2019 | 7/9/2019 | |
| Las Colinas | Kristy Bustamante | Business | 3/30/2019 | 7/11/2019 | |
| Las Colinas | sabreen alabedredha | Wedding | 5/15/2019 | 7/13/2019 | |
| Las Colinas | Carolyn Rogers / Monarch Dental | Business | 6/28/2019 | 7/16/2019 | |
| Las Colinas | Shima Patel | Business | 7/10/2019 | 7/17/2019 | |
| Las Colinas | Shima Patel | Business | 7/10/2019 | 7/18/2019 | |
| Las Colinas | Brenda Mirales | Occasion | 1/7/2019 | 7/18/2019 | |
| Las Colinas | Dawn Lebarre | Business | 7/5/2019 | 7/19/2019 | |
| Las Colinas | Monica Caballero | Occasion | 5/21/2019 | 7/20/2019 | |
| Las Colinas | Gabe Calhoun | Business | 7/22/2019 | 7/24/2019 | |
| Las Colinas | Chase Miller | Business | 7/2/2019 | 7/25/2019 | |
| Las Colinas | Rodney Alles | Business | 6/21/2019 | 7/25/2019 | |
| Las Colinas | Demetra Lewis | Wedding | 6/8/2019 | 7/26/2019 | |
| Las Colinas | Raven Moore & Troy Furlough Wedding | Wedding | 3/3/2019 | 7/27/2019 | |
| Las Colinas | Ameena Jiwani | Wedding | 5/3/2019 | 8/1/2019 | jiwanisquared@gmail.com |
| Las Colinas | KC Nagin | Wedding | 7/17/2019 | 8/2/2019 | Kc_nagin@hotmail.com |
| Las Colinas | Victoria Adaobi Ezeoke | Wedding | 1/9/2019 | 8/3/2019 | vezeoke@gmail.com |
| Las Colinas | Grace Revolution Church | Church Group | 1/29/2019 | 8/4/2019 | Elizabeth.gabriel@gracerev.org |
| Las Colinas | Carrie Scarfino | Business | 6/7/2019 | 8/5/2019 | Carrie.scarfino@gm.com |
| Las Colinas | Carrie Scarfino | Business | 6/7/2019 | 8/6/2019 | Carrie.scarfino@gm.com |
| Las Colinas | Steven Fox | Business | 6/26/2019 | 8/8/2019 | Sfox@touchstoneimaging.com |
| Las Colinas | Roderick Jones | Occasion | 5/29/2019 | 8/10/2019 | Roderickjones75050@yahoo.com |
| Las Colinas | Grace Revolution Church | Church Group | 1/29/2019 | 8/11/2019 | Elizabeth.gabriel@gracerev.org |
| Las Colinas | Hiren Patel | Occasion | 6/9/2019 | 8/12/2019 | hiren@radhe7.com |
| Las Colinas | Hiren Patel | Occasion | 6/9/2019 | 8/13/2019 | Hiren@radhe7.com |
| Las Colinas | Mel Soto | Occasion | 7/3/2019 | 8/17/2019 | officeadmin@steelentry.com |
| Las Colinas | Grace Revolution Church | Church Group | 1/29/2019 | 8/18/2019 | Elizabeth.gabriel@gracerev.org |
| Las Colinas | iSolved Michael Migdol | Business | 6/7/2019 | 8/20/2019 | mmigdol@isolvedhcm.com |
| Las Colinas | Sara Nawaz | Wedding | 3/6/2019 | 8/23/2019 | Sara.nawaz@hotmail.com |
| Las Colinas | Aaron Montesdeoca | Wedding | 6/7/2019 | 8/24/2019 | aaronmontes972@yahoo.com |
| Las Colinas | Grace Revolution Church | Church Group | 1/29/2019 | 8/25/2019 | Elizabeth.gabriel@gracerev.org |
| Las Colinas | Crystal Truong | Business | 7/15/2019 | 8/27/2019 | Crystal@nexdent.net |
| Las Colinas | Crystal Truong | Business | 7/15/2019 | 8/28/2019 | Crystal@nexdent.net |
| Las Colinas | Chowdhury Bari | Wedding | 5/19/2019 | 8/30/2019 | chowdhury.bari@yahoo.com |
| Las Colinas | Barira Munshi | Wedding | 7/24/2019 | 8/31/2019 | barira.munshi@gmail.com |
| Las Colinas | Grace Revolution Church | Church Group | 1/29/2019 | 9/1/2019 | Elizabeth.gabriel@gracerev.org |
| Las Colinas | Phillips/May Corporation | Business | 3/26/2019 | 9/5/2019 | Smagana@phillipsmay.com |
| Las Colinas | JaKeme Carr | Occasion | 6/21/2019 | 9/6/2019 | jakemecarr@yahoo.com |
| Las Colinas | Lindsay Tropp | Wedding | 12/24/2018 | 9/7/2019 | Lindsay.tropp@gmail.com |
| Las Colinas | Grace Revolution Church | Church Group | 1/29/2019 | 9/8/2019 | Elizabeth.gabriel@gracerev.org |
| Las Colinas | Tyna Hart | Business | 6/6/2019 | 9/12/2019 | thart@dealersocket.com |
| Las Colinas | Tyna Hart | Business | 6/6/2019 | 9/13/2019 | thart@dealersocket.com |
| Las Colinas | Jose Ortiz | Occasion | 12/24/2018 | 9/14/2019 | joseortizlaw@gmail.com |
| Las Colinas | Grace Revolution Church | Church Group | 1/29/2019 | 9/15/2019 | Elizabeth.gabriel@gracerev.org |
| Las Colinas | Lynette Conner/Angela Webb Atrium | | 12/28/2018 | 9/18/2019 | Lynette.Conner@legacytexas.com |
| Las Colinas | Rodney Alles | Business | 5/22/2019 | 9/19/2019 | wmelton@decadental.com |
| Las Colinas | Yolanda Meador | Wedding | 12/24/2018 | 9/21/2019 | ymeador40@gmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Las Colinas | Grace Revolution Church | Church Group | 1/29/2019 | 9/22/2019 | Elizabeth.gabriel@gracerev.org |
| Las Colinas | Natalie Okai | Business | 5/30/2019 | 9/25/2019 | Natalie.Okai@dignitymemorial.com |
| Las Colinas | Natalie Okai | Business | 5/30/2019 | 9/26/2019 | Natalie.Okai@dignitymemorial.com |
| Las Colinas | Phylis Hardy | Wedding | 7/25/2019 | 9/27/2019 | kemjones@rocketmail.com |
| Las Colinas | Elizabeth Esparza | Occasion | 7/15/2019 | 9/28/2019 | Esparza3624@hotmail.com |
| Las Colinas | Grace Revolution Church | Church Group | 1/29/2019 | 9/29/2019 | Elizabeth.gabriel@gracerev.org |
| Las Colinas | United church Of god | Church Group | 1/23/2019 | 9/30/2019 | |
| Las Colinas | Leah Rufus | Business | 3/1/2019 | 10/4/2019 | leahrufusrealtor@gmail.com |
| Las Colinas | Santrece Moore | Occasion | 7/1/2019 | 10/5/2019 | Trecemoore07@yahoo.com |
| Las Colinas | Grace Revolution Church | Church Group | 1/29/2019 | 10/6/2019 | Elizabeth.gabriel@gracerev.org |
| Las Colinas | Carolyn Rogers | Business | 2/15/2019 | 10/10/2019 | Carolyn.rogers@smilebrands.com |
| Las Colinas | Angela Ramirez | Business | 6/24/2019 | 10/10/2019 | Angela.Ramirez@dallasairmotive.com |
| Las Colinas | IAEDP Wendy Elliott \| Kristen Rapstine | Business | 1/8/2019 | 10/11/2019 | wendy.elliott@eatingrecovery.com |
| Las Colinas | Roy Terrell | Occasion | 5/17/2019 | 10/11/2019 | Royterrell2@gmail.com |
| Las Colinas | Hope Patrick | Wedding | 12/24/2018 | 10/12/2019 | jhvoirpatrick@gmail.com |
| Las Colinas | Grace Revolution Church | Church Group | 1/29/2019 | 10/13/2019 | Elizabeth.gabriel@gracerev.org |
| Las Colinas | Lynette Conner/Angela Webb Atriums | Business | 12/28/2018 | 10/16/2019 | Lynette.Conner@legacytexas.com |
| Las Colinas | Hailey Hemphill | Wedding | 12/24/2018 | 10/18/2019 | hailey465@gmail.com |
| Las Colinas | T'Andria Tucker | Wedding | 12/28/2018 | 10/19/2019 | tandriatee@gmail.com |
| Las Colinas | Grace Revolution Church | Church Group | 1/29/2019 | 10/20/2019 | Elizabeth.gabriel@gracerev.org |
| Las Colinas | Dana McAlexander Numotion | Business | 2/28/2019 | 10/25/2019 | Dana.mcalexander@numotion.com |
| Las Colinas | Shina Sumler | Wedding | 12/24/2018 | 10/26/2019 | Shina.sumler@yahoo.com |
| Las Colinas | Grace Revolution Church | Church Group | 1/29/2019 | 10/27/2019 | Elizabeth.gabriel@gracerev.org |
| Las Colinas | Phillips/May Corporation | Business | 7/26/2019 | 11/1/2019 | Smagana@phillipsmay.com |
| Las Colinas | Lauren Revillas | Wedding | 12/24/2018 | 11/2/2019 | |
| Las Colinas | Grace Revolution Church | Church Group | 1/29/2019 | 11/3/2019 | Elizabeth.gabriel@gracerev.org |
| Las Colinas | Denise Fuller  NASNPRO | Business | 7/18/2019 | 11/4/2019 | denise@nasnpro.com |
| Las Colinas | Bethany Oliver | Business | 12/24/2018 | 11/6/2019 | boliver@winshape.org |
| Las Colinas | Kristy Bustamante | Business | 3/30/2019 | 11/7/2019 | kbustamante@tcco.com |
| Las Colinas | Gail Crump | Business | 6/4/2019 | 11/7/2019 | Gcrump@climatec.com |
| Las Colinas | Leahnes Villatoro | Wedding | 5/3/2019 | 11/9/2019 | Leahnes@gmail.com |
| Las Colinas | Grace Revolution Church | Church Group | 1/29/2019 | 11/10/2019 | Elizabeth.gabriel@gracerev.org |
| Las Colinas | Lynette Conner/Angela Webb Atrium | Business | 12/28/2018 | 11/13/2019 | Lynette.Conner@legacytexas.com |
| Las Colinas | Vinati Kaul | Occasion | 7/14/2019 | 11/15/2019 | benandvinati@gmail.com |
| Las Colinas | Grace Revolution Church | Church Group | 1/29/2019 | 11/17/2019 | Elizabeth.gabriel@gracerev.org |
| Las Colinas | Savannah Henneke | Wedding | 2/20/2019 | 11/21/2019 | Snhenneke@yahoo.com |
| Las Colinas | Grace Revolution Church | Church Group | 1/29/2019 | 11/24/2019 | Elizabeth.gabriel@gracerev.org |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 12/1/2019 | |
| Las Colinas | Ebone Williams | Occasion | 5/24/2019 | 12/7/2019 | president@dfwmbas.org |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 12/8/2019 | |
| Las Colinas | Christine Cook | Wedding | 1/10/2019 | 12/14/2019 | cookdchristine@yahoo.com |
| Las Colinas | Lucy Torres | Wedding | 12/24/2018 | 12/21/2019 | info@pre-q.com |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 12/22/2019 | |
| Las Colinas | Pamela Luckett & Kenneth Smith Wedding (WB) | Wedding | 2/7/2019 | 12/28/2019 | drpamelaluckett@gmail.com |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 12/29/2019 | |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 1/12/2020 | |
| Las Colinas | Ashlee Williams | Wedding | 6/29/2019 | 1/19/2020 | ayvonne.williams@gmail.com |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 1/19/2020 | |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 1/26/2020 | |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 2/2/2020 | |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 2/9/2020 | |
| Las Colinas | Walsh Gallegos | Business | 7/9/2019 | 2/11/2020 | Sgoodall@wabsa.com |
| Las Colinas | Natalie Vasquez | Wedding | 2/12/2019 | 2/22/2020 | natalievasquez17@gmail.com |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 2/23/2020 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 3/1/2020 | |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 3/8/2020 | |
| Las Colinas | Tammeka Foreman | Wedding | 5/30/2019 | 3/14/2020 | tl_foreman74@yahoo.com |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 3/15/2020 | |
| Las Colinas | Keyerra Moore | Wedding | 1/16/2019 | 3/21/2020 | keyerra.moore@outlook.com |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 3/22/2020 | |
| Las Colinas | Danyalle Griffin | Wedding | 4/5/2019 | 3/27/2020 | dgriffin0725@gmail.com |
| Las Colinas | Breana Crummer | Wedding | 2/8/2019 | 3/28/2020 | breana@utexas.edu |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 3/29/2020 | |
| Las Colinas | Brittany Jordan | Wedding | 3/4/2019 | 4/4/2020 | mrmrsihezie@gmail.com |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 4/5/2020 | |
| Las Colinas | Alize ANTHONY | Wedding | 7/27/2019 | 4/10/2020 | triplea_2005@yahoo.com |
| Las Colinas | Ola Fagbohun | Wedding | 4/25/2019 | 4/11/2020 | Olatkb4@gmail.com |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 4/12/2020 | |
| Las Colinas | Serena Newkirks | Wedding | 4/12/2019 | 4/18/2020 | Newkirksontheblock2020@yahoo.com |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 4/19/2020 | |
| Las Colinas | Valarie Timmons | Wedding | 6/8/2019 | 4/25/2020 | Vmtimmons1173@gmail.com |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 4/26/2020 | |
| Las Colinas | Antionette Williams | Wedding | 7/25/2019 | 5/2/2020 | Antionettew1@gmail.com |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 5/3/2020 | |
| Las Colinas | Carmen Gomez | Occasion | 7/29/2019 | 5/9/2020 | Ec_gmz@hotmail.com |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 5/10/2020 | |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 5/17/2020 | |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 5/24/2020 | |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 5/31/2020 | |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 6/7/2020 | |
| Las Colinas | Yadira Carrillo | Occasion | 3/9/2019 | 6/13/2020 | Lyronayala@gmail.com |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 6/14/2020 | |
| Las Colinas | Glenda Carrillo | Occasion | 3/6/2019 | 6/20/2020 | Carrillo_glenda05@yahoo.com |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 6/21/2020 | |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 6/28/2020 | |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 7/5/2020 | |
| Las Colinas | Lucy Torres | Wedding | 1/7/2019 | 7/11/2020 | Info@pre-q.com |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 7/12/2020 | |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 7/19/2020 | |
| Las Colinas | Roseline Osuma | Occasion | 6/20/2019 | 7/24/2020 | rosey24242424@gmail.com |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 7/26/2020 | |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 8/2/2020 | |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 8/9/2020 | |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 8/16/2020 | |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 8/23/2020 | |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 8/30/2020 | |
| Las Colinas | Antwanette Wynn | Wedding | 3/23/2019 | 9/5/2020 | antwanettewynn@yahoo.com |
| Las Colinas | Karen Leggett | Wedding | 7/6/2019 | 9/6/2020 | karen.leggett@ymail.com |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 9/6/2020 | |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 9/13/2020 | |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 9/20/2020 | |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 9/27/2020 | |
| Las Colinas | Lizette Contereras | Occasion | 2/5/2019 | 10/3/2020 | Lizy82@icloud.com |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 10/4/2020 | |
| Las Colinas | Erielle Bustamantes | Wedding | 12/24/2018 | 10/10/2020 | erielle928@gmail.com |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 10/11/2020 | |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 10/18/2020 | |
| Las Colinas | Lauren Lyssy | Wedding | 7/6/2019 | 10/24/2020 | Lauren.lyssy@gmail.com |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 10/25/2020 | |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 11/1/2020 | |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 11/8/2020 | |
| Las Colinas | DFW Church of Christ | Church Group | 4/16/2019 | 11/15/2020 | sherri@dfwchuch.net |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Las Colinas | DFW Church of Christ | Church Group | 4/10/2019 | 11/22/2020 | |
| Las Colinas | Juliana Quezada | Occasion | 6/29/2019 | 12/5/2020 | julieqzda@yahoo.com |
| Las Colinas | RaQuitha Balous | Wedding | 5/15/2019 | 4/10/2021 | luvmazonie@yahoo.com |
| Lincolnshire | Ken Freeman | Occasion | 12/17/2018 | 6/1/2019 | |
| Lincolnshire | Nicole Keenan | Occasion | 5/3/2019 | 6/2/2019 | |
| Lincolnshire | Lisa Becker | Wedding | 12/17/2018 | 6/8/2019 | |
| Lincolnshire | Cinthia Onines | Occasion | 2/26/2019 | 6/9/2019 | |
| Lincolnshire | Alisa Phanthao | Wedding | 12/17/2018 | 6/15/2019 | |
| Lincolnshire | Jackie Alberts | Wedding | 12/17/2018 | 6/16/2019 | |
| Lincolnshire | Lori Lori | Business | 4/3/2019 | 6/18/2019 | |
| Lincolnshire | Lori Lori | Business | 4/3/2019 | 6/19/2019 | |
| Lincolnshire | Sheila Halani | Occasion | 1/20/2019 | 6/20/2019 | |
| Lincolnshire | Ashunta Sheriff | Wedding | 1/21/2019 | 6/22/2019 | |
| Lincolnshire | Emily Fulton | Wedding | 12/17/2018 | 6/29/2019 | |
| Lincolnshire | Allenisia Hamilton | Wedding | 4/1/2019 | 7/3/2019 | |
| Lincolnshire | Brenda Arreola | Wedding | 1/13/2019 | 7/5/2019 | |
| Lincolnshire | Connie Savas | Wedding | 12/18/2018 | 7/6/2019 | |
| Lincolnshire | Courtney Weisbruch | Wedding | 1/13/2019 | 7/13/2019 | |
| Lincolnshire | Jessica Rocco Rivecco | Wedding | 12/17/2018 | 7/18/2019 | |
| Lincolnshire | Aysha Mahmood | Wedding | 1/15/2019 | 7/19/2019 | |
| Lincolnshire | Liseth Portillo | Wedding | 1/21/2019 | 7/20/2019 | |
| Lincolnshire | Manish Kumar | Occasion | 5/3/2019 | 7/27/2019 | |
| Lincolnshire | Kathleen Dare | Business | 6/28/2019 | 7/31/2019 | Kathleen.dare@leicabiosystems.com |
| Lincolnshire | Selene Castillo | Wedding | 1/21/2019 | 8/3/2019 | s.castilloal0322@gmail.com |
| Lincolnshire | Julia Tobin | Wedding | 1/14/2019 | 8/4/2019 | Juliaftobin@gmail.com |
| Lincolnshire | Tamara Coleman | Wedding | 12/17/2018 | 8/9/2019 | tamara_coleman@yahoo.com |
| Lincolnshire | Ahissa Bustos | Wedding | 12/17/2018 | 8/10/2019 | ahissa9328@gmail.com |
| Lincolnshire | Amar Patel | Occasion | 3/25/2019 | 8/17/2019 | amar.o.patel@gmail.com |
| Lincolnshire | Kathleen Dare | Business | 6/28/2019 | 8/20/2019 | Kathleen.dare@leicabiosystems.com |
| Lincolnshire | Kathleen Dare | Business | 6/28/2019 | 8/21/2019 | Kathleen.dare@leicabiosystems.com |
| Lincolnshire | Kathleen Dare | Business | 6/28/2019 | 8/22/2019 | Kathleen.dare@leicabiosystems.com |
| Lincolnshire | Raquel Marcos | Occasion | 6/25/2019 | 8/24/2019 | Marcos.raquel@yahoo.com |
| Lincolnshire | Shirin Patel | Occasion | 6/27/2019 | 8/25/2019 | Shirinpatel8@gmail.com |
| Lincolnshire | Natalie Wong | Wedding | 12/17/2018 | 8/31/2019 | nataliemwong@yahoo.com |
| Lincolnshire | Shannon Jackson | Wedding | 12/17/2018 | 9/1/2019 | shannonjackson.1008@yahoo.com |
| Lincolnshire | Patryk Boduch | Wedding | 1/17/2019 | 9/7/2019 | joanna.pawlowska23@yahoo.com |
| Lincolnshire | Andria Y | Occasion | 6/27/2019 | 9/8/2019 | Office@torahchicago.org |
| Lincolnshire | Danaca Fiedler | Wedding | 12/17/2018 | 9/9/2019 | danacajac@gmail.com |
| Lincolnshire | Carmen Schneider | Business | 7/16/2019 | 9/10/2019 | sin.ly@alight.com |
| Lincolnshire | Carmen Schneider | Business | 7/11/2019 | 9/11/2019 | sin.ly@alight.com |
| Lincolnshire | Jonathan Sammons | Wedding | 4/16/2019 | 9/13/2019 | sammonsj@gmail.com |
| Lincolnshire | Grace Cho | Wedding | 12/17/2018 | 9/14/2019 | Gcho7@yahoo.com |
| Lincolnshire | Kim Randolph | Wedding | 12/17/2018 | 9/19/2019 | Ashnkimberry@gmail.com |
| Lincolnshire | Amy Garrard | Wedding | 2/4/2019 | 9/20/2019 | Amygroo@gmail.com |
| Lincolnshire | Sylwia Mleczko | Wedding | 12/17/2018 | 9/21/2019 | Sylwia.mleczko@gmail.com |
| Lincolnshire | Christine Arjona | Wedding | 3/25/2019 | 9/22/2019 | Christine.arjona@yahoo.com |
| Lincolnshire | Jim Rodgers | Business | 6/12/2019 | 9/25/2019 | jim@staalsen.com |
| Lincolnshire | YWCA Lake County | Occasion | 4/4/2019 | 9/26/2019 | hudsonc@ywcalakecountyil.org |
| Lincolnshire | Danielle Johnson | Wedding | 12/17/2018 | 9/28/2019 | Danielle.marie8256@gmail.com |
| Lincolnshire | Lisa D'Uva | Wedding | 12/17/2018 | 10/5/2019 | lduva@yahoo.com |
| Lincolnshire | Yannett Carrillo | Wedding | 1/13/2019 | 10/12/2019 | casillas1228@gmail.com |
| Lincolnshire | Srinivas Merneedi | Business | 6/24/2019 | 10/13/2019 | Sandhyamerneedi@yahoo.com |
| Lincolnshire | Pat Sadujew | Business | 7/23/2019 | 10/17/2019 | pat.sadujew@aon.com |
| Lincolnshire | Esther Kwak | Wedding | 2/9/2019 | 10/19/2019 | estherkwak10@gmail.com |
| Lincolnshire | Patty Grever | Wedding | 1/29/2019 | 10/26/2019 | Pgrever@gmail.com |
| Lincolnshire | Emily Pannier | Wedding | 12/17/2018 | 10/27/2019 | emilypannier11@gmail.com |
| Lincolnshire | Jorge i fierros | Wedding | 1/26/2019 | 11/2/2019 | jorge.fierros@visualpak.com |
| Lincolnshire | Ricardo Hernandez | Occasion | 6/30/2019 | 11/30/2019 | Rhdzgam13@gmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Lincolnshire | Barrett Kaufman | Wedding | 7/17/2019 | 12/27/2019 | barrett@revolutioncontent.com |
| Lincolnshire | Myleah Matheny | Wedding | 2/24/2019 | 2/27/2020 | myleahsidney@gmail.com |
| Lincolnshire | Helen Plavnik | Occasion | 4/9/2019 | 3/7/2020 | tschumacher37@gmail.com |
| Lincolnshire | Derek Kuhns | Occasion | 5/14/2019 | 3/14/2020 | DEREK.KUHNS@YAHOO.COM |
| Lincolnshire | Shakari Stroud | Wedding | 3/30/2019 | 6/7/2020 | shakari_stroud@yahoo.com |
| Lincolnshire | Nadia Alvarez | Wedding | 2/4/2019 | 6/20/2020 | nalvarez89@gmail.com |
| Lincolnshire | Kristy Bennett | Wedding | 12/17/2018 | 7/11/2020 | kbennett1@aol.com |
| Lincolnshire | Joshua Thomas | Wedding | 5/20/2019 | 8/1/2020 | jacktillo6@gmail.com |
| Lincolnshire | Sylvia Jarmoszka | Wedding | 2/12/2019 | 8/7/2020 | sjarmoszka1@gmail.com |
| Lincolnshire | Gina Boffa | Wedding | 2/17/2019 | 8/8/2020 | ginaboffa327@gmail.com |
| Lincolnshire | Joey Maman | Wedding | 12/17/2018 | 8/15/2020 | Joeymaman@gmail.com |
| Lincolnshire | Yuliya ivashkevych | Wedding | 2/16/2019 | 8/16/2020 | ivashkevychyuliya@gmail.com |
| Lincolnshire | Sharon Lynn Frigo | Wedding | 2/2/2019 | 8/22/2020 | sharon.lynn.frigo@gmail.com |
| Lincolnshire | Shariece Smith | Wedding | 6/7/2019 | 9/5/2020 | Shariecesmith@gmail.com |
| Lincolnshire | Ania Dylewicz | Wedding | 3/9/2019 | 9/12/2020 | Jsad920@gmail.com |
| Lincolnshire | Emily Fawcett | Wedding | 4/1/2019 | 9/26/2020 | emilyafawcett@gmail.com |
| Lincolnshire | Alyssa Kelly | Wedding | 4/12/2019 | 10/3/2020 | akelly.827@gmail.com |
| Lincolnshire | Melissa Neutz | Wedding | 12/28/2018 | 10/10/2020 | neulyvoorhees@gmail.com |
| Lincolnshire | Joseph Kulikowski | Wedding | 4/29/2019 | 10/17/2020 | Kulikowski.joseph@gmail.com |
| Lincolnshire | Sarah Woo | Wedding | 7/15/2019 | 11/14/2020 | woo.sarah.16@gmail.com |
| Lincolnshire | Ana Huaracha | Wedding | 4/20/2019 | 8/21/2021 | anna.huaracha@yahoo.com |
| Lindon/Utah County | Magy Acevedo | Wedding | 12/19/2018 | 5/31/2019 | |
| Lindon/Utah County | Imagine Learning - Julia Trabert | Business | 5/14/2019 | 6/3/2019 | |
| Lindon/Utah County | Imagine Learning - Julia Trabert | Business | 5/14/2019 | 6/4/2019 | |
| Lindon/Utah County | Imagine Learning - Julia Trabert | Business | 5/14/2019 | 6/5/2019 | |
| Lindon/Utah County | Costco - Mack McFarland | Business | 3/6/2019 | 6/6/2019 | |
| Lindon/Utah County | Costco - Mack McFarland | Business | 3/6/2019 | 6/7/2019 | |
| Lindon/Utah County | Laura Fernandez | Occasion | 12/19/2018 | 6/8/2019 | |
| Lindon/Utah County | Transform HQ Whitney Meine | Business | 6/10/2019 | 6/10/2019 | |
| Lindon/Utah County | Becky Bailey | Business | 4/16/2019 | 6/13/2019 | |
| Lindon/Utah County | H Glenn Hatfield | Business | 6/3/2019 | 6/17/2019 | |
| Lindon/Utah County | Cori Harris | Business | 5/31/2019 | 6/18/2019 | |
| Lindon/Utah County | ASEA - Lauren Cooper | Business | 6/17/2019 | 6/19/2019 | |
| Lindon/Utah County | Utah Central Association of Realtors | Business | 3/5/2019 | 6/20/2019 | |
| Lindon/Utah County | Rebecca Anderson | Wedding | 5/23/2019 | 6/22/2019 | |
| Lindon/Utah County | Best Company | Occasion | 6/13/2019 | 6/25/2019 | |
| Lindon/Utah County | Salt Stack - Taylor Isom | Business | 6/20/2019 | 6/25/2019 | |
| Lindon/Utah County | Ella Mathews | Occasion | 5/12/2019 | 6/26/2019 | |
| Lindon/Utah County | Best Company | Business | 1/21/2019 | 6/26/2019 | |
| Lindon/Utah County | Ralphie Jacobs | Occasion | 2/16/2019 | 6/27/2019 | |
| Lindon/Utah County | Paige Benjamin | Occasion | 2/5/2019 | 6/28/2019 | |
| Lindon/Utah County | Ralphie Jacobs | Occasion | 12/19/2018 | 6/29/2019 | |
| Lindon/Utah County | Marlene Avila | Occasion | 12/19/2018 | 7/6/2019 | |
| Lindon/Utah County | Cleah Shinkoskey | Wedding | 12/28/2018 | 7/9/2019 | |
| Lindon/Utah County | Autumn Baldwin | Business | 4/24/2019 | 7/10/2019 | |
| Lindon/Utah County | Fractalmob- Nate Edward | Business | 6/20/2019 | 7/10/2019 | |
| Lindon/Utah County | Autumn Baldwin | Business | 4/24/2019 | 7/11/2019 | |
| Lindon/Utah County | Jackie Real | Wedding | 12/19/2018 | 7/13/2019 | |
| Lindon/Utah County | Lendio inc. | Business | 7/11/2019 | 7/16/2019 | |
| Lindon/Utah County | Amanda Shields | Business | 7/9/2019 | 7/16/2019 | |
| Lindon/Utah County | Utah Valley Quilt Guild | Occasion | 5/9/2019 | 7/17/2019 | |
| Lindon/Utah County | Miriam Velasco | Occasion | 1/9/2019 | 7/20/2019 | |
| Lindon/Utah County | Karen Luna | Occasion | 1/31/2019 | 7/27/2019 | |
| Lindon/Utah County | Sheila Ellertson | Occasion | 7/25/2019 | 7/30/2019 | |
| Lindon/Utah County | Kylan Veibell | Business | 7/19/2019 | 8/1/2019 | Kveibell@vivint.com |
| Lindon/Utah County | Kylan Veibell | Business | 7/19/2019 | 8/2/2019 | Kveibell@vivint.com |
| Lindon/Utah County | Lendio inc. | Business | 7/29/2019 | 8/2/2019 | Jennifer.hamelin@lendio.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Lindon/Utah County | Mirella Diaz | Occasion | 12/19/2018 | 8/3/2019 | Nataliediaz4088@gmail.com |
| Lindon/Utah County | R&R BBQ | Business | 7/15/2019 | 8/6/2019 | Shauna@fourfoodsgroup.com |
| Lindon/Utah County | Morinda Holdings/ New Age | Business | 6/11/2019 | 8/8/2019 | Mariah_reber@morinda.com |
| Lindon/Utah County | Gabriel Olivares | Wedding | 12/19/2018 | 8/10/2019 | ilov3mysedan@gmail.com |
| Lindon/Utah County | Jennifer Anderson | Business | 7/25/2019 | 8/12/2019 | Janderson@nwpipe.com |
| Lindon/Utah County | Bernice Mauinatu | Wedding | 7/6/2019 | 8/16/2019 | Neecee00@gmail.com |
| Lindon/Utah County | Vanessa Rivera | Wedding | 1/30/2019 | 8/17/2019 | riverajvanessa@gmail.com |
| Lindon/Utah County | Maria pombo | Occasion | 12/19/2018 | 8/24/2019 | princes.gio123@gmail.com |
| Lindon/Utah County | Stacey Muir | Occasion | 5/2/2019 | 8/28/2019 | Stacey.muir@xyngular.com |
| Lindon/Utah County | Stacey Muir | Occasion | 5/2/2019 | 8/29/2019 | Stacey.muir@xyngular.com |
| Lindon/Utah County | Katie Harris | Wedding | 5/3/2019 | 8/30/2019 | klh897@me.com |
| Lindon/Utah County | The Alison Show | Occasion | 5/30/2019 | 9/5/2019 | Heygirl@thealisonshow.com |
| Lindon/Utah County | Ashley Wilson | Wedding | 5/30/2019 | 9/6/2019 | Awilso23@gmail.com |
| Lindon/Utah County | Jenica Parcell | Occasion | 3/18/2019 | 9/7/2019 | Bundledblessingsfertility@gmail.com |
| Lindon/Utah County | Sarah Cannon | Occasion | 6/18/2019 | 9/10/2019 | Scannon@silhouetteamerica.com |
| Lindon/Utah County | Miken Davis | Business | 7/22/2019 | 9/11/2019 | mdavis@helpside.com |
| Lindon/Utah County | Michelle Zurita | Wedding | 5/30/2019 | 9/14/2019 | Zuritamitch@gmail.com |
| Lindon/Utah County | Kiera Green | Wedding | 6/21/2019 | 9/19/2019 | Greenkiera98@gmail.com |
| Lindon/Utah County | Caroline Hughes | Wedding | 6/28/2019 | 9/20/2019 | Caroline.hughes97@gmail.com |
| Lindon/Utah County | Katty Perez | Wedding | 6/26/2019 | 9/21/2019 | Kattyperez.ledesma@gmail.com |
| Lindon/Utah County | Children's Justice Center | Occasion | 1/16/2019 | 9/26/2019 | Kathy@flashyfingers.com |
| Lindon/Utah County | heidy Garcia | Wedding | 4/25/2019 | 9/28/2019 | heidygarcia2323@gmail.com |
| Lindon/Utah County | Edgar Enriquez | Occasion | 12/19/2018 | 10/5/2019 | Ehremodeling2018@gmail.com |
| Lindon/Utah County | Crystal Sansom | Business | 3/27/2019 | 10/10/2019 | Csansom@asea.net |
| Lindon/Utah County | Riley Worth | Wedding | 5/3/2019 | 10/12/2019 | Riley.worth@aol.com |
| Lindon/Utah County | Kylee Mckellar | Wedding | 1/30/2019 | 10/19/2019 | Kyleeann.m@hotmail.com |
| Lindon/Utah County | Johnathon Perez | Wedding | 5/16/2019 | 10/26/2019 | jessicalopez12211@gmail.com |
| Lindon/Utah County | Alexi Losee | Wedding | 3/28/2019 | 11/2/2019 | leximlosee@gmail.com |
| Lindon/Utah County | Morinda Holdings/ New Age | Business | 6/11/2019 | 11/7/2019 | Mariah_reber@morinda.com |
| Lindon/Utah County | Amber & Anthony Rymer/Henriquez | Wedding | 6/15/2019 | 11/16/2019 | Juneunderwood24@gmail.com |
| Lindon/Utah County | Karen Caloca | Wedding | 7/30/2019 | 11/23/2019 | courtneycaloca@gmail.com |
| Lindon/Utah County | Jeana Pay | Business | 6/26/2019 | 12/2/2019 | Gtpjsp1@msn.com |
| Lindon/Utah County | Doug Hansen | Occasion | 4/10/2019 | 12/6/2019 | Dhansen@cmsonline.com |
| Lindon/Utah County | Westland Contruction | Occasion | 2/11/2019 | 12/12/2019 | Amy@gowestland.com |
| Lindon/Utah County | Scott Carter | Occasion | 1/23/2019 | 12/13/2019 | Scott.carter@rm.edu |
| Lindon/Utah County | Core Industrial Group | Occasion | 6/14/2019 | 12/14/2019 | Kim@westlandconstruction.com |
| Lindon/Utah County | Rosa Ramirez | Wedding | 4/8/2019 | 12/28/2019 | rosaeramirez1996@gmail.com |
| Lindon/Utah County | Ellen Kershisnik | Wedding | 7/27/2019 | 5/16/2020 | ellenkershisnik@gmail.com |
| Little Rock | Gail Dawn | Occasion | 12/19/2018 | 6/1/2019 | |
| Little Rock | Lauren Waller | Wedding | 12/19/2018 | 6/8/2019 | |
| Little Rock | Love and Enrich Apostolic Ministries | Occasion | 3/18/2019 | 6/14/2019 | |
| Little Rock | Joe Mitchell-Hicks | Wedding | 12/19/2018 | 6/15/2019 | |
| Little Rock | Kalyan Koneru | Occasion | 4/20/2019 | 6/16/2019 | |
| Little Rock | Charles Briscoe | Occasion | 6/13/2019 | 6/20/2019 | |
| Little Rock | Doris Collins | Occasion | 1/17/2019 | 6/21/2019 | |
| Little Rock | Camarian Johnson | Wedding | 12/19/2018 | 6/22/2019 | |
| Little Rock | Adrieyana Stubblefield | Wedding | 12/19/2018 | 6/23/2019 | |
| Little Rock | phalyn Tucker | Occasion | 2/7/2019 | 6/27/2019 | |
| Little Rock | De'Vonna Beard | Wedding | 12/19/2018 | 6/29/2019 | |
| Little Rock | Cross Life | Church Group | 1/29/2019 | 6/30/2019 | |
| Little Rock | Amina Haywood | Wedding | 12/19/2018 | 7/4/2019 | |
| Little Rock | Julie Foret | Wedding | 12/19/2018 | 7/6/2019 | |
| Little Rock | Karen Littlejohn | Occasion | 4/16/2019 | 7/12/2019 | |
| Little Rock | LaRonn Smith | Wedding | 12/31/2018 | 7/13/2019 | |
| Little Rock | Julia Perdue | Business | 6/24/2019 | 7/16/2019 | |
| Little Rock | Melanie Wolters Sefcik | Wedding | 12/19/2018 | 7/19/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Little Rock | Najah Gibson | Wedding | 1/11/2019 | 7/20/2019 | |
| Little Rock | Shelly Summers | Wedding | 3/27/2019 | 7/27/2019 | |
| Little Rock | ABD Financial Services jenn Eatrides | Business | 7/28/2019 | 7/30/2019 | |
| Little Rock | Kelly Gocke | Business | 5/24/2019 | 8/1/2019 | KGocke@galacticps.com |
| Little Rock | Chemeka Woods | Wedding | 12/19/2018 | 8/3/2019 | chemeka.woods@risd.org |
| Little Rock | Cross Life | Church Group | 1/30/2019 | 8/4/2019 | |
| Little Rock | Mark Dewbre | Business | 6/7/2019 | 8/5/2019 | Mdewbre@parkhillbaptist.org |
| Little Rock | Mark Dewbre | Business | 6/7/2019 | 8/6/2019 | Mdewbre@parkhillbaptist.org |
| Little Rock | Erika Guy | Wedding | 2/3/2019 | 8/10/2019 | erikaguy8@yahoo.com |
| Little Rock | Megan Tweedle | Wedding | 12/19/2018 | 8/11/2019 | Mltcreed06@aol.com |
| Little Rock | Cross Life | Church Group | 1/30/2019 | 8/11/2019 | |
| Little Rock | Nicole Creal | Occasion | 5/8/2019 | 8/17/2019 | Ndaniels191@gmail.com |
| Little Rock | Cross Life | Church Group | 1/30/2019 | 8/18/2019 | |
| Little Rock | Amanda Miller | Wedding | 12/19/2018 | 8/24/2019 | alm_lee@yahoo.com |
| Little Rock | Cross Life | Church Group | 1/30/2019 | 8/25/2019 | |
| Little Rock | Shanta Martin | Occasion | 5/6/2019 | 8/30/2019 | Kaylyn.martin@yahoo.com |
| Little Rock | Paula Carrion | Wedding | 5/16/2019 | 8/31/2019 | mscarrion3400@gmail.com |
| Little Rock | Gayla Johnson | Wedding | 1/4/2019 | 9/1/2019 | g_johnson16@yahoo.com |
| Little Rock | Cross Life | Church Group | 7/24/2019 | 9/1/2019 | |
| Little Rock | Ashley Hill | Wedding | 7/10/2019 | 9/6/2019 | beautybyashleyh@gmail.com |
| Little Rock | Priyanka Murali | Wedding | 1/23/2019 | 9/7/2019 | pxmurali@ualr.edu |
| Little Rock | Cross Life | Church Group | 7/24/2019 | 9/8/2019 | |
| Little Rock | Betsy Knight | Wedding | 2/3/2019 | 9/14/2019 | betsyknight@yahoo.com |
| Little Rock | Cross Life | Church Group | 7/24/2019 | 9/15/2019 | |
| Little Rock | Kristen McCready | Occasion | 3/8/2019 | 9/20/2019 | |
| Little Rock | Michelle Simpson | Wedding | 12/19/2018 | 9/21/2019 | mm_belle@sbcglobal.net |
| Little Rock | Chamberle Williams | Church Group | 1/23/2019 | 9/22/2019 | jkdg1234@yahoo.com |
| Little Rock | Cross Life | Church Group | 7/24/2019 | 9/22/2019 | |
| Little Rock | TWALA DALEY | Occasion | 3/1/2019 | 9/27/2019 | twaladaley@sbcglobal.net |
| Little Rock | Beatrice Ekworomabu | Occasion | 4/25/2019 | 9/28/2019 | cbjjb5@gmail.com |
| Little Rock | Cross Life | Church Group | 7/24/2019 | 9/29/2019 | |
| Little Rock | Augustina Oguntola | Wedding | 2/2/2019 | 10/4/2019 | augustina.oguntola@gmail.com |
| Little Rock | Angela Barnum | Wedding | 12/19/2018 | 10/5/2019 | apb_5689@yahoo.com |
| Little Rock | Erika Dunning | Wedding | 12/19/2018 | 10/12/2019 | erika.a.dunning@gmail.com |
| Little Rock | Kindra Brewer | Wedding | 1/10/2019 | 10/19/2019 | Kindrakig@gmail.com |
| Little Rock | Chelsea Johnson | Occasion | 1/18/2019 | 10/24/2019 | aaroc@uark.edu |
| Little Rock | Jimmy Hammock | Occasion | 6/5/2019 | 10/25/2019 | |
| Little Rock | Shana Allen | Wedding | 12/19/2018 | 10/27/2019 | shanaallen104@yahoo.com |
| Little Rock | Brittany Wolfe | Wedding | 12/19/2018 | 11/2/2019 | brittany_wolfe2011@yahoo.com |
| Little Rock | Sarah Pfitzinger | Wedding | 12/19/2018 | 11/9/2019 | lpfitzinger@yahoo.com |
| Little Rock | Riley Smith Ju Go Ju | Occasion | 7/23/2019 | 11/15/2019 | rsmith23@harding.edu |
| Little Rock | Tamora Williams | Wedding | 7/8/2019 | 11/16/2019 | Molifepr@gmail.com |
| Little Rock | Jessica Rivera | Wedding | 5/31/2019 | 11/23/2019 | Jessrrodz@gmail.com |
| Little Rock | Almiria Jynes | Wedding | 12/19/2018 | 11/30/2019 | miralewis26@gmail.com |
| Little Rock | Eric Spears | Wedding | 2/20/2019 | 12/5/2019 | Ericspears5@gmail.com |
| Little Rock | Arkansas Apartment Association | Occasion | 4/1/2019 | 12/6/2019 | Erica@thelasleycompany.com |
| Little Rock | Precious Jackson | Wedding | 12/30/2018 | 12/7/2019 | Precious.jackson197@gmail.com |
| Little Rock | Flis Enterprises | Business | 7/23/2019 | 12/10/2019 | Mary.colvert@flisent.com |
| Little Rock | Sarah Jett | Business | 7/29/2019 | 12/13/2019 | |
| Little Rock | Leslie Harris | Business | 7/19/2019 | 12/13/2019 | Lharris@cfonet.biz |
| Little Rock | Peter Norcross | Wedding | 12/19/2018 | 12/14/2019 | pdnorcross@ualr.edu |
| Little Rock | Javante Dickerson | Wedding | 12/19/2018 | 12/21/2019 | kaportiaross@yahoo.com |
| Little Rock | Katelyn Simmons | Wedding | 12/19/2018 | 12/28/2019 | katelyn_simmons@yahoo.com |
| Little Rock | Morgan Walters | Wedding | 1/16/2019 | 1/4/2020 | morgan.walters1997@gmail.com |
| Little Rock | nick priest | Wedding | 4/22/2019 | 1/17/2020 | jamieayers63@gmail.com |
| Little Rock | Corrie Moore | Occasion | 3/1/2019 | 1/24/2020 | corrie.moore@ark.org |
| Little Rock | Erica Hill | Wedding | 3/4/2019 | 2/8/2020 | Ehillwc91@yahoo.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Little Rock | Brittany Hinds | Wedding | 4/29/2019 | 2/15/2020 | 321brittany91@gmail.com |
| Little Rock | Andrew Dobbins | Wedding | 7/1/2019 | 2/21/2020 | Andrewdobbins15@yahoo.com |
| Little Rock | Tonya Frazier | Wedding | 7/9/2019 | 2/22/2020 | cpearson1800@gmail.com |
| Little Rock | Givonni Godley | Wedding | 1/11/2019 | 3/7/2020 | GivonniG@goddessproductsinc.com |
| Little Rock | Chandra Smith | Wedding | 7/17/2019 | 3/20/2020 | chandra.lynn.smith@gmail.com |
| Little Rock | Britney Johnson | Wedding | 2/25/2019 | 3/21/2020 | britneydjohnsono8@gmail.com |
| Little Rock | Ashley Mcininch | Wedding | 4/19/2019 | 3/22/2020 | ashleymcininch@gmail.com |
| Little Rock | Jasmine Wright | Wedding | 2/27/2019 | 3/28/2020 | Jwolivia@gmail.com |
| Little Rock | Muscular Dystrophy Association | Occasion | 6/14/2019 | 4/3/2020 | Bsimmons@mdausa.org |
| Little Rock | Katelynn Flanigan | Wedding | 2/11/2019 | 4/11/2020 | kateflan763@hotmail.com |
| Little Rock | Brittnee Hillery | Wedding | 12/19/2018 | 4/18/2020 | Brittneehillery@gmail.com |
| Little Rock | Kenny or Monie Smith | Business | 6/26/2019 | 5/2/2020 | mjohnson@arkcasa.org |
| Little Rock | Arsha Jay | Wedding | 7/6/2019 | 5/9/2020 | arteshauniquejones@gmail.com |
| Little Rock | Cadi Ennis | Wedding | 2/12/2019 | 5/16/2020 | Cadiennis@sbcglobal.net |
| Little Rock | Heather Davis | Wedding | 12/19/2018 | 5/23/2020 | hndavis162@yahoo.com |
| Little Rock | Sara Roth | Wedding | 6/20/2019 | 5/24/2020 | Sroth16374@gmail.com |
| Little Rock | Ebony Smith | Wedding | 3/26/2019 | 5/30/2020 | Esgrimes24@gmail.com |
| Little Rock | Penni Jones | Wedding | 4/23/2019 | 5/31/2020 | jonesp424@gmail.com |
| Little Rock | Evette Allen | Wedding | 7/16/2019 | 6/6/2020 | evette.allen@yahoo.com |
| Little Rock | Keaundra Alcorn | Wedding | 3/12/2019 | 6/13/2020 | kalcorn96@yahoo.com |
| Little Rock | Shatara Batemon | Wedding | 2/2/2019 | 6/19/2020 | queenbate21@gmail.com |
| Little Rock | Tangela Lewis | Wedding | 2/5/2019 | 6/20/2020 | lewistangela1@yahoo.com |
| Little Rock | Myeisha Mckenzie | Wedding | 6/5/2019 | 6/21/2020 | mmmckenzie32@yahoo.com |
| Little Rock | Tianna Baker | Wedding | 4/5/2019 | 6/27/2020 | Tiannabaker15@gmail.com |
| Little Rock | Jlesia Long | Wedding | 7/1/2019 | 7/4/2020 | jlesial@yahoo.com |
| Little Rock | Ashley Bizzell | Wedding | 7/2/2019 | 7/11/2020 | bizzell.ashley@yahoo.com |
| Little Rock | Kelsey Pope | Wedding | 5/29/2019 | 7/25/2020 | kpope1@harding.edu |
| Little Rock | Ayanna Smith | Wedding | 2/21/2019 | 8/15/2020 | ayannansmith@gmail.com |
| Little Rock | Kuylar Holmes | Wedding | 4/13/2019 | 8/22/2020 | Kuyholmes@gmail.com |
| Little Rock | Darrell Sparman | Wedding | 4/23/2019 | 9/12/2020 | marks_jasminej@yahoo.com |
| Little Rock | Natalie Robertson | Wedding | 12/19/2018 | 10/10/2020 | nat_nat6890@yahoo.com |
| Little Rock | Taylor Nowden | Wedding | 4/19/2019 | 10/17/2020 | taylor.nowden@yahoo.com |
| Little Rock | Sharissa Clegg | Wedding | 12/19/2018 | 10/24/2020 | Ssclegg1226@yahoo.com |
| Louisville | Madelyn McCrorey | Wedding | 12/21/2018 | 5/30/2019 | |
| Louisville | Megan Reising | Wedding | 12/21/2018 | 5/31/2019 | |
| Louisville | Taylor Abbott | Wedding | 1/10/2019 | 6/1/2019 | |
| Louisville | Brittany Engleman | Wedding | 12/22/2018 | 6/8/2019 | |
| Louisville | Brittany Spaulding | Wedding | 12/22/2018 | 6/14/2019 | |
| Louisville | Mary McGuffin | Wedding | 12/26/2018 | 6/15/2019 | |
| Louisville | St. Jude | Occasion | 3/19/2019 | 6/19/2019 | |
| Louisville | Glenda Shaw | Occasion | 2/1/2019 | 6/20/2019 | |
| Louisville | Brenna Sanders | Wedding | 12/22/2018 | 6/21/2019 | |
| Louisville | Logan Rapier | Wedding | 12/22/2018 | 6/22/2019 | |
| Louisville | Kaylyn Turner | Wedding | 12/26/2018 | 6/29/2019 | |
| Louisville | Courtney Brown | Wedding | 1/27/2019 | 7/5/2019 | |
| Louisville | Chandra Jones | Wedding | 12/22/2018 | 7/6/2019 | |
| Louisville | Lexon Kandiko | Wedding | 2/27/2019 | 7/7/2019 | |
| Louisville | Lexon Kandiko | Wedding | 7/8/2019 | 7/8/2019 | |
| Louisville | Michele Kabbes | Business | 6/24/2019 | 7/11/2019 | |
| Louisville | Jodi Cox | Wedding | 12/26/2018 | 7/13/2019 | |
| Louisville | Marissa Morrison | Business | 6/27/2019 | 7/15/2019 | |
| Louisville | Marissa Morrison | Business | 6/26/2019 | 7/16/2019 | |
| Louisville | Angelica Weaver | Wedding | 12/22/2018 | 7/19/2019 | |
| Louisville | Jeremy Chang | Wedding | 12/22/2018 | 7/20/2019 | |
| Louisville | Ahmad Nashed | Wedding | 5/22/2019 | 7/22/2019 | |
| Louisville | Cassandra Weaver | Wedding | 12/26/2018 | 7/26/2019 | |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 8/1/2019 | |
| Louisville | Eric Buckley | Occasion | 1/2/2019 | 8/2/2019 | ericbuckley65@gmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Louisville | Laura Webb | Business | 7/1/2019 | 8/6/2019 | laurawebb@kwlouisvilleeast.com |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 8/8/2019 | |
| Louisville | Stephanie Veba | Wedding | 5/15/2019 | 8/9/2019 | stephie0348@gmail.com |
| Louisville | Sarah Erhard | Wedding | 12/26/2018 | 8/10/2019 | macyoserhard823@gmail.com |
| Louisville | Yesenia Sanchez | Wedding | 4/15/2019 | 8/11/2019 | ymsanchez09@yahoo.com |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 8/15/2019 | |
| Louisville | Allison Hublar | Wedding | 12/22/2018 | 8/17/2019 | ahublar@gmail.com |
| Louisville | Laura Webb | Business | 7/1/2019 | 8/20/2019 | laurawebb@kwlouisvilleeast.com |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 8/22/2019 | |
| Louisville | Courtney Aubrey | Wedding | 12/22/2018 | 8/24/2019 | courtneyah2019@gmail.com |
| Louisville | Laura Webb | Business | 7/1/2019 | 8/27/2019 | laurawebb@kwlouisvilleeast.com |
| Louisville | Erin Churchman | Business | 6/14/2019 | 8/27/2019 | Erin.Churchman@universalwoods.com |
| Louisville | Erin Churchman | Business | 6/14/2019 | 8/28/2019 | Erin.Churchman@universalwoods.com |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 8/29/2019 | |
| Louisville | Nicole Patrick | Wedding | 1/16/2019 | 8/30/2019 | Nlpatr02@louisville.edu |
| Louisville | Laura Renn | Wedding | 12/22/2018 | 8/31/2019 | Laura.d.renn@gmail.com |
| Louisville | Caitlin Thonen | Wedding | 1/14/2019 | 9/1/2019 | Caitlin.thonen@att.net |
| Louisville | Laura Webb | Business | 7/1/2019 | 9/3/2019 | laurawebb@kwlouisvilleeast.com |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 9/5/2019 | |
| Louisville | Tiahya Scott | Wedding | 12/22/2018 | 9/7/2019 | Tiahya.scott@att.net |
| Louisville | Arielle Bland | Wedding | 12/22/2018 | 9/8/2019 | abland0810@gmail.com |
| Louisville | Laura Webb | Business | 7/1/2019 | 9/10/2019 | laurawebb@kwlouisvilleeast.com |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 9/12/2019 | |
| Louisville | Sarah Federspiel | Wedding | 12/22/2018 | 9/14/2019 | sjainmccartney@gmail.com |
| Louisville | Laura Webb | Business | 7/1/2019 | 9/17/2019 | laurawebb@kwlouisvilleeast.com |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 9/19/2019 | |
| Louisville | Matt Bays | Wedding | 2/9/2019 | 9/20/2019 | Babybays83@yahoo.com |
| Louisville | Victoria Anderson | Wedding | 12/22/2018 | 9/21/2019 | torim9@gmail.com |
| Louisville | Laura Webb | Business | 6/29/2019 | 9/24/2019 | laurawebb@kwlouisvilleeast.com |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 9/26/2019 | |
| Louisville | Betty Reaves | Business | 5/3/2019 | 9/27/2019 | betty.reaves@pattersondental.com |
| Louisville | Lillian Frazier | Wedding | 12/26/2018 | 9/28/2019 | llfraz03830@gmail.com |
| Louisville | Savannah Adams | Wedding | 12/22/2018 | 10/3/2019 | savannahadams07@yahoo.com |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 10/3/2019 | |
| Louisville | Kayla Cogar | Wedding | 1/31/2019 | 10/4/2019 | CogarKayla@gmail.com |
| Louisville | Shelby Carta | Wedding | 12/22/2018 | 10/5/2019 | srcart02@gmail.com |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 10/10/2019 | |
| Louisville | Whitney Greene | Wedding | 12/26/2018 | 10/11/2019 | whitneygreene90@gmail.com |
| Louisville | Allie Magruder | Wedding | 12/22/2018 | 10/12/2019 | Ajmagr01@gmail.com |
| Louisville | Erika Branch | Business | 7/11/2019 | 10/14/2019 | Ebranch@parkinsoncenter.org |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 10/17/2019 | |
| Louisville | Heather Higginbotham | Wedding | 12/22/2018 | 10/19/2019 | heatherhiggy414@gmail.com |
| Louisville | Derek Johnson | Business | 6/28/2019 | 10/22/2019 | Djohnson@bgwservices.com |
| Louisville | Kalye Beets | Occasion | 6/5/2019 | 10/24/2019 | Kbeets@mymestory.com |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 10/24/2019 | |
| Louisville | Cara Armstrong | Wedding | 5/31/2019 | 10/25/2019 | Caralynnarmstrong7@gmail.com |
| Louisville | Lydia Kost | Wedding | 12/22/2018 | 10/26/2019 | lydia.kost1@gmail.com |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 10/31/2019 | |
| Louisville | Carmen Frye | Wedding | 12/22/2018 | 11/1/2019 | carmenfrye0910@yahoo.com |
| Louisville | Angie Morrison | Wedding | 12/22/2018 | 11/2/2019 | morrisonamm@gmail.com |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 11/7/2019 | |
| Louisville | Brittany Morris | Wedding | 3/11/2019 | 11/8/2019 | Lucy031978@yahoo.com |
| Louisville | Cierra Carty | Wedding | 12/22/2018 | 11/9/2019 | cierracc317@gmail.com |
| Louisville | Brenna Mosby | Wedding | 12/22/2018 | 11/11/2019 | Brenna.mosby@gmail.com |
| Louisville | Mercedes Eckert | Occasion | 2/13/2019 | 11/14/2019 | Mercedes@caseywealthconsultants.com |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 11/14/2019 | |
| Louisville | Cydney Wilcoxson | Wedding | 12/22/2018 | 11/16/2019 | cwilcoxson1@gmail.com |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 11/21/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Louisville | Ashley Downey | Wedding | 1/17/2019 | 11/23/2019 | Aldowney44@gmail.com |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 11/28/2019 | |
| Louisville | Tracey Griffin | Wedding | 12/22/2018 | 11/29/2019 | traygriffin51@gmail.com |
| Louisville | Chloe Lawson | Wedding | 3/14/2019 | 11/30/2019 | Chloe.lawson12@yahoo.com |
| Louisville | Bill Ball | Business | 3/19/2019 | 12/5/2019 | doug.young@hoganlovells.com |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 12/5/2019 | |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 12/12/2019 | |
| Louisville | Lori Froedge | Wedding | 4/21/2019 | 12/14/2019 | Lefroedge@hotmail.com |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 12/19/2019 | |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 12/26/2019 | |
| Louisville | Hannah Feger | Wedding | 5/9/2019 | 12/28/2019 | hannahfeger@yahoo.com |
| Louisville | Shayna Loving | Wedding | 2/27/2019 | 12/30/2019 | shaydenise08@icloud.com |
| Louisville | Micahia Braden | Wedding | 12/22/2018 | 12/31/2019 | micahiabraden@yahoo.com |
| Louisville | James Kovacs | Business | 1/22/2019 | 1/2/2020 | James@taxforceinc.com |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 1/2/2020 | |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 1/9/2020 | |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 1/16/2020 | |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 1/23/2020 | |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 1/30/2020 | |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 2/6/2020 | |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 2/13/2020 | |
| Louisville | BNI Greater Louisville | Business | 3/23/2019 | 2/20/2020 | |
| Louisville | Billie Heizer | Wedding | 1/22/2019 | 2/22/2020 | billieheizer@gmail.com |
| Louisville | BNI Greater Louisville | Business | 3/23/2019 | 2/27/2020 | |
| Louisville | BNI Greater Louisville | Business | 3/22/2019 | 3/5/2020 | art@ablemortgagellc.com |
| Louisville | Helena Stratton | Wedding | 12/22/2018 | 3/14/2020 | helstra12@gmail.com |
| Louisville | Andrew Shattuck | Wedding | 5/14/2019 | 3/19/2020 | harukenpuu@yahoo.com |
| Louisville | Matthew Dawson | Wedding | 1/15/2019 | 4/4/2020 | alisonanderson86@yahoo.com |
| Louisville | Jane An | Wedding | 7/2/2019 | 4/18/2020 | Jya241@nyu.edu |
| Louisville | Emily Lyman | Wedding | 2/8/2019 | 4/25/2020 | emilylyman93@gmail.com |
| Louisville | Alexis Bishop | Wedding | 12/22/2018 | 5/9/2020 | AlexisB93@yahoo.com |
| Louisville | Casey Mattingly | Wedding | 6/18/2019 | 5/15/2020 | cmattingly03@gmail.com |
| Louisville | Justin Conrad | Wedding | 5/15/2019 | 5/16/2020 | ajconwedding2020@gmail.com |
| Louisville | Faith Vazquez | Wedding | 12/22/2018 | 5/23/2020 | Faith.caroline97@gmail.com |
| Louisville | Rebecca Layman | Wedding | 2/18/2019 | 5/31/2020 | Becklayman@gmail.com |
| Louisville | Jasmine Chenault | Wedding | 1/11/2019 | 6/6/2020 | chenaultdiehlmann@gmail.com |
| Louisville | Brittany Ross | Wedding | 2/26/2019 | 6/13/2020 | adanickb@yahoo.com |
| Louisville | Bethany Schramm | Wedding | 3/10/2019 | 6/19/2020 | Bjane2@yahoo.com |
| Louisville | Telana Jones | Wedding | 1/26/2019 | 6/20/2020 | Telana.jones@yahoo.com |
| Louisville | Kaylin Walker | Wedding | 4/11/2019 | 6/27/2020 | Kaylin_walker32@eku.edu |
| Louisville | Linda Sheldon | Wedding | 5/8/2019 | 6/28/2020 | Moose197@gmail.com |
| Louisville | Karissa Korinek | Wedding | 12/22/2018 | 7/10/2020 | karissakorinek@gmail.com |
| Louisville | Destiny Parrott | Wedding | 1/26/2019 | 7/18/2020 | Dessyshea@gmail.com |
| Louisville | Jahnika Stevenson | Wedding | 2/27/2019 | 7/24/2020 | Jahnika24@gmail.com |
| Louisville | Alissa Wakefield | Wedding | 1/29/2019 | 8/1/2020 | Wakefieldalissa@gmail.com |
| Louisville | Bethany Burton | Wedding | 5/31/2019 | 8/8/2020 | bethanycburton@gmail.com |
| Louisville | Marissa Harden | Wedding | 2/28/2019 | 9/5/2020 | Marissaharden30@gmail.com |
| Louisville | Tracy Johnson | Wedding | 7/3/2019 | 9/19/2020 | Tracy@caufields.com |
| Louisville | Monica Long | Wedding | 7/5/2019 | 10/8/2020 | Maddiecakes502@gmail.com |
| Louisville | Sean Lawson | Wedding | 5/5/2019 | 10/9/2020 | lawsonsm09@gmail.com |
| Louisville | spencer smith | Wedding | 4/5/2019 | 10/10/2020 | spencer.smith258@gmail.com |
| Louisville | Kate Dooley | Wedding | 12/22/2018 | 10/24/2020 | Kate.dooley0529@gmail.com |
| Louisville | Shelby Woods | Wedding | 12/22/2018 | 12/12/2020 | ShelbyLWoods@aol.com |
| Louisville | Bailey Gorin | Wedding | 7/16/2019 | 4/24/2021 | bgorin12@gmail.com |
| Louisville | Sarah Barnett | Wedding | 6/25/2019 | 5/21/2021 | kleinsteuberwedding@gmail.com |
| Louisville | OKerria George | Wedding | 4/25/2019 | 7/10/2021 | okerriageorge@gmail.com |
| Madison | Dawn Koeller Baker Tilly | Occasion | 3/27/2019 | 5/30/2019 | |
| Madison | Katelyn Risch | Wedding | 12/22/2018 | 6/1/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Madison | Carson Diltz | Business | 4/26/2019 | 6/5/2019 | |
| Madison | Naveen Pinapatruni | Occasion | 5/30/2019 | 6/7/2019 | |
| Madison | Hallie Riedel | Wedding | 12/22/2018 | 6/8/2019 | |
| Madison | MaiChao Thao | Wedding | 12/22/2018 | 6/15/2019 | |
| Madison | Leah Milbeck | Wedding | 12/22/2018 | 6/22/2019 | |
| Madison | Mary Drifke | Business | 4/2/2019 | 6/26/2019 | |
| Madison | Jackson Hermanson | Wedding | 12/22/2018 | 6/29/2019 | |
| Madison | Katie Falligant | Wedding | 12/22/2018 | 7/6/2019 | |
| Madison | Anna Thorson-Hanson | Wedding | 12/22/2018 | 7/11/2019 | |
| Madison | Robin Murphy | Wedding | 12/22/2018 | 7/13/2019 | |
| Madison | Majorie Yang | Occasion | 5/13/2019 | 7/14/2019 | |
| Madison | Wisconsin Reinsurance Corporation | Business | 6/20/2019 | 7/16/2019 | |
| Madison | Annie Hessling | Wedding | 12/22/2018 | 7/20/2019 | |
| Madison | Mahmood Uddin | Occasion | 6/12/2019 | 7/25/2019 | |
| Madison | Sarah Sellers | Wedding | 3/28/2019 | 7/26/2019 | |
| Madison | Hanna Dehnert | Wedding | 12/22/2018 | 7/27/2019 | |
| Madison | Mary Drifke | Business | 4/2/2019 | 7/31/2019 | Hrsharedsrvcs@amfam.com |
| Madison | Kirsten Rolli | Wedding | 12/22/2018 | 8/3/2019 | krolli@charter.net |
| Madison | Sara Crapp Exact Sciences | Business | 6/3/2019 | 8/8/2019 | scrapp@exactsciences.com |
| Madison | Gerardo Paz | Occasion | 12/22/2018 | 8/9/2019 | ggpaz55@gmail.com |
| Madison | Abby Bender | Business | 2/22/2019 | 8/9/2019 | abby.bender@cqc.com |
| Madison | Taylor Bowen | Wedding | 12/22/2018 | 8/10/2019 | taylorbowen305@yahoo.com |
| Madison | Julie Farmer | Business | 1/14/2019 | 8/15/2019 | jfarmer@watda.org |
| Madison | Anoushka Syed | Occasion | 12/22/2018 | 8/15/2019 | deebansyed@gmail.com |
| Madison | Kelly Kattermann | Wedding | 1/16/2019 | 8/16/2019 | kellyproofing@gmail.com |
| Madison | Kelly Skewes | Wedding | 12/22/2018 | 8/17/2019 | kellyskewes27@gmail.com |
| Madison | Rachel Schaeffer | Wedding | 12/22/2018 | 8/24/2019 | Rachel.schaeffer96@gmail.com |
| Madison | Mary Drifke | Business | 4/2/2019 | 8/28/2019 | Hrsharedsrvcs@amfam.com |
| Madison | Tyler Allee | Wedding | 12/22/2018 | 8/31/2019 | tyler.allee@gmail.com |
| Madison | Katie Schares | Wedding | 12/22/2018 | 9/1/2019 | kjschares1@gmail.com |
| Madison | Tina Serna | Wedding | 12/22/2018 | 9/6/2019 | tinaserna@gmail.com |
| Madison | Sierra Lambeck | Wedding | 12/22/2018 | 9/7/2019 | lambecksa@gmail.com |
| Madison | Nicole Gilles | Wedding | 12/22/2018 | 9/14/2019 | Ngilles@uwalumni.com |
| Madison | Ann Bell | Business | 7/22/2019 | 9/18/2019 | ann.bell@heritagecu.org |
| Madison | Ann Bell | Business | 7/22/2019 | 9/19/2019 | ann.bell@heritagecu.org |
| Madison | Megan Hakes | Wedding | 12/22/2018 | 9/20/2019 | hakesmegan@gmail.com |
| Madison | Xai Xiong | Wedding | 12/22/2018 | 9/21/2019 | xaixiong9@gmail.com |
| Madison | Mary Drifke | Business | 4/2/2019 | 9/25/2019 | Hrsharedsrvcs@amfam.com |
| Madison | Kate LeRette | Wedding | 12/22/2018 | 9/27/2019 | klerette1020@gmail.com |
| Madison | Heidi Wills | Wedding | 12/22/2018 | 9/28/2019 | heidi.niebuhr15@gmail.com |
| Madison | MH - Janet Fowler Auto Club Group | Business | 4/3/2019 | 10/2/2019 | jmfowler@aaawisconsin.com |
| Madison | Steven Jucquot | Wedding | 12/22/2018 | 10/5/2019 | steven.jacquot@yahoo.com |
| Madison | Gina G Lueck | Wedding | 12/22/2018 | 10/6/2019 | gina.lueck28@gmail.com |
| Madison | Samantha Roland | Wedding | 12/22/2018 | 10/12/2019 | Sroland117@gmail.com |
| Madison | Karissa Gates | Wedding | 2/9/2019 | 10/15/2019 | mcfatewedding2019@yahoo.com |
| Madison | Patricia McNeill | Business | 4/30/2019 | 10/17/2019 | |
| Madison | Katie Kiedrowski | Wedding | 12/22/2018 | 10/19/2019 | kiedke09@gmail.com |
| Madison | Jessica Leoni | Wedding | 12/22/2018 | 10/26/2019 | Jessleoni@outlook.com |
| Madison | Mary Drifke | Business | 4/2/2019 | 10/30/2019 | Hrsharedsrvcs@amfam.com |
| Madison | Clair Gribble | Wedding | 12/22/2018 | 11/2/2019 | gribble79@gmail.com |
| Madison | Edward Jones Pam Krolikowski | Business | 2/26/2019 | 11/6/2019 | Pam.krolikowski@edwardjones.com |
| Madison | Kayleigh Desmond Joshua Troia | Wedding | 12/22/2018 | 11/16/2019 | ktroia9@gmail.com |
| Madison | Cynthia Thomas | Wedding | 3/22/2019 | 12/14/2019 | cynthia23t@yahoo.com |
| Madison | Lindy Oates | Wedding | 1/14/2019 | 12/30/2019 | Justlindy101@gmail.com |
| Madison | Isabelle Henrich | Wedding | 12/22/2018 | 12/31/2019 | ihenrich201@gmail.com |
| Madison | Nina Neff | Wedding | 12/22/2018 | 1/18/2020 | neffnm@gmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Madison | Kendra Green | Wedding | 12/22/2018 | 2/8/2020 | kendragreen68@gmail.com |
| Madison | Bianca Soto-Hernandez | Wedding | 4/13/2019 | 2/29/2020 | biancasotoh@yahoo.com |
| Madison | Megan Flood | Wedding | 1/31/2019 | 3/14/2020 | mflood.wi@gmail.com |
| Madison | Jennifer Downey | Wedding | 4/30/2019 | 3/28/2020 | jdowney9875@gmail.com |
| Madison | Megan Anderson | Wedding | 3/25/2019 | 4/4/2020 | andersonguevara2020@gmail.com |
| Madison | Emily Wimmer | Wedding | 1/2/2019 | 4/18/2020 | egley310@gmail.com |
| Madison | Lauren Givens | Wedding | 12/22/2018 | 4/25/2020 | lauren.n.givens@gmail.com |
| Madison | Kaylee Gund | Wedding | 2/4/2019 | 5/2/2020 | Kgund91@gmail.com |
| Madison | Brittany Bauer | Wedding | 1/18/2019 | 5/9/2020 | britbauer223@gmail.com |
| Madison | Leigh-Anna Mullikin | Wedding | 12/22/2018 | 5/16/2020 | leighannamullikin@yahoo.com |
| Madison | Marlyn Morel | Wedding | 12/22/2018 | 5/24/2020 | alexis@lillianroseevents.com |
| Madison | Lia Bertolini | Wedding | 5/22/2019 | 5/29/2020 | lnbertolini@gmail.com |
| Madison | Ashley Mueller | Wedding | 1/30/2019 | 5/30/2020 | ashley_mueller@outlook.com |
| Madison | Hunter Schultz | Wedding | 2/2/2019 | 6/6/2020 | hunter.schultz0424@gmail.com |
| Madison | Joel Miller | Wedding | 3/27/2019 | 6/13/2020 | Jmillergb92@gmail.com |
| Madison | Megan Moore | Wedding | 2/2/2019 | 6/20/2020 | Princessbride2020@gmail.com |
| Madison | Darian Bjugstad | Wedding | 6/7/2019 | 6/27/2020 | bjugstad7_7@yahoo.com |
| Madison | Rachel Glaser | Wedding | 4/30/2019 | 7/11/2020 | rachelglaser7@gmail.com |
| Madison | Tiffany/Casey Auderer/Riley | Wedding | 2/25/2019 | 7/18/2020 | tauderer@gmail.com |
| Madison | Briana Mackesey | Wedding | 3/5/2019 | 7/25/2020 | brianamackesey@gmail.com |
| Madison | Michaela Messina | Wedding | 7/13/2019 | 7/31/2020 | michaela.m.messina@gmail.com |
| Madison | Bree Brandl | Wedding | 2/9/2019 | 8/1/2020 | Brandl.bree@outlook.com |
| Madison | Abby Hlubek | Wedding | 12/22/2018 | 8/8/2020 | abbyhlubek@gmail.com |
| Madison | Leah Hauck | Wedding | 2/1/2019 | 8/15/2020 | Leah@wisdells.com |
| Madison | Ellen Courchane | Wedding | 4/18/2019 | 8/22/2020 | ellen.courchane@gmail.com |
| Madison | Hannah Winkel | Wedding | 4/20/2019 | 8/29/2020 | Hannah.wink12@gmail.com |
| Madison | Linh Vu | Wedding | 5/29/2019 | 9/5/2020 | linh_vu812@yahoo.com |
| Madison | Emily Schueler | Wedding | 2/1/2019 | 9/12/2020 | schuelere848@gmail.com |
| Madison | Mike Wilson | Wedding | 5/23/2019 | 9/19/2020 | spfootball68@gmail.com |
| Madison | Emilye Brown | Wedding | 7/21/2019 | 9/20/2020 | emilyebrown93@gmail.com |
| Madison | Katie Castrogiovanni | Wedding | 7/8/2019 | 9/26/2020 | katie00castro@comcast.net |
| Madison | Amanda Petterson | Wedding | 3/22/2019 | 10/10/2020 | Petterson.amanda12@gmail.com |
| Madison | Emily Halverson | Wedding | 7/23/2019 | 10/24/2020 | emhal2526@gmail.com |
| Madison | Stacy DeGolier | Wedding | 7/6/2019 | 10/31/2020 | sdegolier15@gmail.com |
| Madison | Elizabeth Dunn | Wedding | 1/20/2019 | 4/17/2021 | dunn.elizabethc@yahoo.com |
| Madison | Taylor Brown | Wedding | 7/8/2019 | 7/9/2021 | taylorbrown21797@gmail.com |
| Madison | Madeleine Meeker | Wedding | 7/24/2019 | 10/2/2021 | candmgroenier@gmail.com |
| Memphis | Evelyn Hutchinson | Wedding | 3/15/2019 | 5/30/2019 | |
| Memphis | Angela McWay | Business | 2/20/2019 | 5/31/2019 | |
| Memphis | Willie Grace | Wedding | 12/17/2018 | 6/1/2019 | |
| Memphis | Desirae Payton | Wedding | 12/18/2018 | 6/6/2019 | |
| Memphis | Atosha Coleman | Wedding | 12/18/2018 | 6/7/2019 | |
| Memphis | Anquinette Simms | Wedding | 1/19/2019 | 6/8/2019 | |
| Memphis | Haneen Younis | Wedding | 3/22/2019 | 6/13/2019 | |
| Memphis | Eloise Nicholson | Wedding | 12/17/2018 | 6/14/2019 | |
| Memphis | Lolissa Griffin | Wedding | 12/17/2018 | 6/15/2019 | |
| Memphis | Tiffany Hill | Wedding | 12/31/2018 | 6/16/2019 | |
| Memphis | Danesha Ward | Wedding | 6/7/2019 | 6/21/2019 | |
| Memphis | Katrina Lewis | Wedding | 12/17/2018 | 6/22/2019 | |
| Memphis | Paris Walls | Wedding | 1/20/2019 | 6/23/2019 | |
| Memphis | Toccara Carpenter | Wedding | 12/18/2018 | 6/29/2019 | |
| Memphis | Reginique Howell | Occasion | 5/21/2019 | 6/30/2019 | |
| Memphis | Sharday Shaw | Wedding | 1/3/2019 | 7/6/2019 | |
| Memphis | Danielle Martin | Wedding | 12/17/2018 | 7/12/2019 | |
| Memphis | Miss Gray | Occasion | 6/29/2019 | 7/13/2019 | |
| Memphis | Kate Oliver | Business | 6/18/2019 | 7/16/2019 | |
| Memphis | Kate Oliver | Business | 6/18/2019 | 7/17/2019 | |
| Memphis | Kate Oliver | Business | 6/18/2019 | 7/18/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Memphis | Deborah Fasano | Occasion | 5/31/2019 | 7/19/2019 | |
| Memphis | JaKeva Dotson | Wedding | 12/31/2018 | 7/20/2019 | |
| Memphis | Renadda Wiggins | Occasion | 3/6/2019 | 7/21/2019 | |
| Memphis | TK Martin | Business | 7/19/2019 | 7/25/2019 | |
| Memphis | Mary Clay | Occasion | 7/2/2019 | 7/26/2019 | |
| Memphis | Charita Edwards | Wedding | 2/8/2019 | 7/27/2019 | |
| Memphis | TK Martin | Business | 7/29/2019 | 8/1/2019 | Info@wealth4mylife.com |
| Memphis | Briana Butler | Wedding | 3/15/2019 | 8/2/2019 | dunnavantbridgeforth@gmail.com |
| Memphis | Travis Jones | Wedding | 12/31/2018 | 8/3/2019 | travis.jones24@yahoo.com |
| Memphis | Camille Cooper | Wedding | 1/26/2019 | 8/4/2019 | Camillecooper24@yahoo.com |
| Memphis | Sarah Devji | Occasion | 6/24/2019 | 8/6/2019 | Ameerbano@gmail.com |
| Memphis | Sasha Cobb | Wedding | 5/3/2019 | 8/9/2019 | Ms.sashacobb96@gmail.com |
| Memphis | Whitney McNeal | Wedding | 12/17/2018 | 8/10/2019 | Whit012988@yahoo.com |
| Memphis | Patrick Anthony | Wedding | 2/20/2019 | 8/11/2019 | Patrickanthony4321@gmail.com |
| Memphis | Firas Quran | Occasion | 6/6/2019 | 8/15/2019 | quranfiras@yahoo.com |
| Memphis | Kenesha Turner | Wedding | 12/31/2018 | 8/17/2019 | keneshaturner72@gmail.com |
| Memphis | Sommer Payne | Wedding | 12/31/2018 | 8/24/2019 | sommer.payne@gmail.com |
| Memphis | Shirea Barber | Occasion | 5/17/2019 | 8/25/2019 | shireabarber@gmail.com |
| Memphis | Pat Brady | Wedding | 2/11/2019 | 8/29/2019 | Pannbrady@gmail.com |
| Memphis | Spinn Robertson | Wedding | 12/18/2018 | 8/30/2019 | the.robertson.2019@gmail.com |
| Memphis | Brittney Bonner | Wedding | 12/18/2018 | 8/31/2019 | bbonner2006@yahoo.com |
| Memphis | Jasmine Cox | Wedding | 12/17/2018 | 9/1/2019 | jasminecox@gmail.com |
| Memphis | Lakeisha Tate | Wedding | 5/3/2019 | 9/1/2019 | |
| Memphis | Heather Perry | Wedding | 12/17/2018 | 9/5/2019 | hcperry727@icloud.com |
| Memphis | Martecia Taylor | Wedding | 12/18/2018 | 9/7/2019 | 1martecia@gmail.com |
| Memphis | Kacie Barber | Wedding | 1/19/2019 | 9/14/2019 | |
| Memphis | Kelly Denton | Occasion | 3/2/2019 | 9/19/2019 | kpdenton421@gmail.com |
| Memphis | Sandhya Bishnoi | Occasion | 5/7/2019 | 9/20/2019 | Sbishnoi0209@gmail.com |
| Memphis | Chelsea Meadows | Wedding | 12/18/2018 | 9/21/2019 | Chelsea.meadows@yahoo.com |
| Memphis | Trice Myers | Wedding | 2/9/2019 | 9/27/2019 | Tricemyers65@gmail.com |
| Memphis | Shanita McLaurin | Wedding | 12/18/2018 | 9/28/2019 | smclaurin17@gmail.com |
| Memphis | Joia McGaha | Wedding | 12/18/2018 | 10/5/2019 | hawkssaintsthunder@gmail.com |
| Memphis | Elizabeth McGuire | Occasion | 7/29/2019 | 10/6/2019 | reneemcguire28@gmail.com |
| Memphis | Jessica Brevard | Wedding | 1/31/2019 | 10/11/2019 | Jbrevard85@gmail.com |
| Memphis | Jericka Robinson | Wedding | 12/18/2018 | 10/12/2019 | jerickat.brown@gmail.com |
| Memphis | Lashay Rainey | Wedding | 2/28/2019 | 10/18/2019 | Lashayrainey1986@gmail.com |
| Memphis | Tiffany Evans | Wedding | 12/30/2018 | 10/19/2019 | Tiffany.evans23@gmail.com |
| Memphis | Kennedy Cole | Wedding | 7/18/2019 | 10/24/2019 | kdcole10@hotmail.com |
| Memphis | Tracy Rooks | Wedding | 12/18/2018 | 10/26/2019 | tracyandshuntonsteele@yahoo.com |
| Memphis | Yong Huang | Wedding | 7/26/2019 | 10/27/2019 | winting1990@gmail.com |
| Memphis | Vinessa Brown | Occasion | 7/22/2019 | 11/1/2019 | vbrown@lifeline2success.org |
| Memphis | Cassandra Robertson | Wedding | 12/18/2018 | 11/2/2019 | crobertson7728@yahoo.com |
| Memphis | Omni Church | Church Group | 1/29/2019 | 11/3/2019 | |
| Memphis | Kimberly Ford | Occasion | 7/19/2019 | 11/3/2019 | Kimberlyrenae27@gmail.com |
| Memphis | Rebecca Buckley | Wedding | 12/18/2018 | 11/8/2019 | Rbuckley@memphis.edu |
| Memphis | Kimberly Williams | Wedding | 2/25/2019 | 11/9/2019 | Kimsclosetinc@gmail.com |
| Memphis | Adrian Boyland | Occasion | 7/24/2019 | 11/10/2019 | Adriansellsmemphis@gmail.com |
| Memphis | Ashlee Williams | Wedding | 1/5/2019 | 11/11/2019 | ashleew1107@yahoo.com |
| Memphis | Kathy Merrick | Wedding | 12/17/2018 | 11/16/2019 | kathy@merrickphoto.com |
| Memphis | Erica Williams | Wedding | 12/17/2018 | 11/23/2019 | ericawilliams.80@yahoo.com |
| Memphis | Janis Selvey | Business | 4/23/2019 | 12/6/2019 | jselvey@pyramexsafety.com |
| Memphis | Shenica Richardson | Wedding | 7/30/2019 | 12/7/2019 | miracleworkz@yahoo.com |
| Memphis | kevin mid-south electric | Occasion | 6/12/2019 | 12/13/2019 | Kevin@mid-southelectric.net |
| Memphis | Precious Burnett | Occasion | 4/15/2019 | 12/14/2019 | |
| Memphis | Reginald Woods | Wedding | 5/31/2019 | 12/21/2019 | arshunjr@gmail.com |
| Memphis | Jocelyn Rhymes | Wedding | 3/25/2019 | 12/22/2019 | jocelynrhymes@gmail.com |
| Memphis | Hunter Bogits | Wedding | 12/31/2018 | 12/28/2019 | Hbogits@gmail.com |
| Memphis | Brittany hackworth | Wedding | 12/18/2018 | 1/18/2020 | Brihackums@gmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|----------|----------|------------|-------------|------------|---------------|
| Memphis | Joslyn Watermeier | Wedding | 1/20/2019 | 2/15/2020 | jwatermeier23@aol.com |
| Memphis | Sabrina Carter | Wedding | 5/15/2019 | 2/21/2020 | sabrina.ann1985@gmail.com |
| Memphis | Brenda Malone | Occasion | 3/15/2019 | 2/22/2020 | b_malone70@yahoo.com |
| Memphis | Tenika Covington | Wedding | 4/17/2019 | 2/28/2020 | tcnicka@aol.com |
| Memphis | Rebecca Jonakin | Wedding | 4/22/2019 | 2/29/2020 | Raejonakin@aol.com |
| Memphis | Calunetta Williams | Wedding | 7/12/2019 | 3/7/2020 | calunetta.williams@noahseventvenue.cor |
| Memphis | Clarita Leake | Wedding | 2/12/2019 | 3/21/2020 | Clarita.leake1@yahoo.com |
| Memphis | Alexandra Paredes | Wedding | 1/25/2019 | 3/28/2020 | Alexandraparedes2015@yahoo.com |
| Memphis | Kierra Eason | Wedding | 12/17/2018 | 4/4/2020 | Journey2thejoneses@gmail.com |
| Memphis | Dana Hines | Wedding | 5/6/2019 | 4/10/2020 | Hines_07_finest@yahoo.com |
| Memphis | Candience Standback | Wedding | 2/18/2019 | 4/11/2020 | standbackc@ymail.com |
| Memphis | Theodore Boyd | Wedding | 2/17/2019 | 4/18/2020 | Boyd.theodore@gmail.com |
| Memphis | Lakesha Booker | Wedding | 1/28/2019 | 4/19/2020 | Shandrell22@yahoo.com |
| Memphis | Brian Reyes | Wedding | 3/31/2019 | 4/25/2020 | Brianwreyes@yahoo.com |
| Memphis | Darrin Cation | Wedding | 6/26/2019 | 5/1/2020 | Djcation@comcast.net |
| Memphis | Erica Taylor | Wedding | 7/26/2019 | 5/2/2020 | Taylorep4@gmail.com |
| Memphis | Anjelica Saulsberry | Wedding | 5/23/2019 | 5/3/2020 | anjelica.saulsberry@gmail.com |
| Memphis | Annastasia Crenshaw | Wedding | 4/6/2019 | 5/9/2020 | annastasia.crenshaw@icloud.com |
| Memphis | Christy Newton | Wedding | 4/13/2019 | 5/16/2020 | Christy_newton18@yahoo.com |
| Memphis | Chaleece McKnight | Wedding | 7/25/2019 | 5/17/2020 | Chaleece.mcknight@gmail.com |
| Memphis | Dora Wiseman | Occasion | 12/30/2018 | 5/23/2020 | daytrageorge@tennesseecleaningauthorit |
| Memphis | Thu La | Wedding | 1/25/2019 | 5/30/2020 | languyenhoangthu@gmail.com |
| Memphis | Stephanie Smith | Wedding | 7/16/2019 | 6/6/2020 | Smsmith1913@gmail.com |
| Memphis | Alexzandria Yanders | Wedding | 1/24/2019 | 6/13/2020 | yandersaa1@gmail.com |
| Memphis | Bianca Lawrence | Wedding | 2/27/2019 | 6/20/2020 | B.llawrence09@gmail.com |
| Memphis | Dexter Moore | Wedding | 3/2/2019 | 6/27/2020 | Mooredexter@icloud.com |
| Memphis | Destiny Carole James | Wedding | 7/21/2019 | 6/28/2020 | Carolejames81@yahoo.com |
| Memphis | Dalishia Green | Wedding | 7/29/2019 | 7/9/2020 | Yarnell30@gmail.com |
| Memphis | Katrina Harding | Wedding | 3/28/2019 | 7/18/2020 | Katrina.Harding@shelby-sheriff.org |
| Memphis | Whitney Westmoreland | Wedding | 1/29/2019 | 7/23/2020 | westmoreland.whit9478@gmail.com |
| Memphis | Narah Wilson | Wedding | 7/9/2019 | 7/25/2020 | narahwilson@yahoo.com |
| Memphis | Tiffani& Jauwon Shaw-Cain | Wedding | 4/23/2019 | 8/1/2020 | Jauwon.tiffani@yahoo.com |
| Memphis | Arlycia Carter | Wedding | 2/25/2019 | 8/15/2020 | Arlycia10@gmail.com |
| Memphis | Erika Braden | Wedding | 5/28/2019 | 8/30/2020 | Braden.erika@yahoo.com |
| Memphis | Alexis Ware | Wedding | 1/10/2019 | 9/5/2020 | b_ware35@yahoo.com |
| Memphis | MALISSA JONES | Wedding | 4/17/2019 | 9/19/2020 | spts91920@gmail.com |
| Memphis | Renee Rufus | Wedding | 6/23/2019 | 9/23/2020 | Reneerufus@ymail.com |
| Memphis | Shandrika Springfield-Houston | Wedding | 5/3/2019 | 9/26/2020 | Shandrikahouston@gmail.com |
| Memphis | Lauren B Cooper | Wedding | 6/20/2019 | 10/10/2020 | baileycooper94@yahoo.com |
| Memphis | Nicole Y Banks | Wedding | 3/18/2019 | 11/7/2020 | nbanks219@gmail.com |
| Mentor | Melanie Weck | Wedding | 12/19/2018 | 5/31/2019 | |
| Mentor | Rachel Spenik | Wedding | 12/19/2018 | 6/1/2019 | |
| Mentor | Maria Antloga | Wedding | 12/19/2018 | 6/8/2019 | |
| Mentor | Alexandra Ilgiovine | Wedding | 12/19/2018 | 6/14/2019 | |
| Mentor | Alex Fogle | Wedding | 12/19/2018 | 6/15/2019 | |
| Mentor | Aaricka Black | Wedding | 12/19/2018 | 6/20/2019 | |
| Mentor | Jordan Volpe | Wedding | 12/19/2018 | 6/22/2019 | |
| Mentor | Ciara Pruitt | Wedding | 12/19/2018 | 6/28/2019 | |
| Mentor | Danielle Vandevort | Wedding | 12/19/2018 | 6/29/2019 | |
| Mentor | Kimberly Cousino | Wedding | 1/4/2019 | 6/30/2019 | |
| Mentor | Taylor Hosey | Wedding | 12/19/2018 | 7/6/2019 | |
| Mentor | Kimille Webb | Wedding | 12/19/2018 | 7/7/2019 | |
| Mentor | Janna Mino | Wedding | 12/19/2018 | 7/13/2019 | |
| Mentor | Rachel Schwieterman | Occasion | 5/30/2019 | 7/14/2019 | |
| Mentor | Aja Arrington | Wedding | 12/19/2018 | 7/19/2019 | |
| Mentor | stacy sampson | Wedding | 6/3/2019 | 7/20/2019 | |
| Mentor | Tiesha Norris | Wedding | 12/19/2018 | 8/3/2019 | tnorris3@kent.edu |
| Mentor | Jacqueline Burge | Wedding | 1/23/2019 | 8/16/2019 | Jacquelineburge@gmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Mentor | Gina Voelkel | Wedding | 12/19/2018 | 8/17/2019 | gina_voelkel@yahoo.com |
| Mentor | Lanina Brown | Wedding | 1/16/2019 | 8/18/2019 | lbrown3@ursuline.edu |
| Mentor | John & Geri Sutter | Occasion | 4/6/2019 | 8/23/2019 | jsutter2@gmail.com |
| Mentor | Michelle Graham | Wedding | 12/19/2018 | 8/24/2019 | graham_michellen@yahoo.com |
| Mentor | Susan Allee | Occasion | 12/19/2018 | 8/29/2019 | susieallee10@gmail.com |
| Mentor | Anjelita Frazier | Wedding | 6/25/2019 | 8/30/2019 | Anajonsevents@gmail.com |
| Mentor | Matthew Martinez | Wedding | 12/19/2018 | 8/31/2019 | matt.martinez1313@gmail.com |
| Mentor | Tory Jordan | Wedding | 12/19/2018 | 9/1/2019 | tleneasej@gmail.com |
| Mentor | Caitlin Kelly | Wedding | 12/19/2018 | 9/6/2019 | hellocaityx@gmail.com |
| Mentor | Jessica Stich | Wedding | 12/19/2018 | 9/7/2019 | stichjessica@gmail.com |
| Mentor | Selena Savelieff | Business | 5/9/2019 | 9/10/2019 | Selena.savelieff@averydennison.com |
| Mentor | Allison Hubbell | Wedding | 12/19/2018 | 9/14/2019 | amh168@zips.uakron.edu |
| Mentor | Lexi Hanson | Wedding | 2/1/2019 | 9/20/2019 | lhanson1@kent.edu |
| Mentor | Gabrielle Davis | Wedding | 12/19/2018 | 9/21/2019 | Davis.gabriellen@gmail.com |
| Mentor | Alisha Maxwell | Wedding | 12/19/2018 | 9/27/2019 | amaxwel1@kent.edu |
| Mentor | Anne Schlote | Wedding | 12/19/2018 | 9/28/2019 | anne.schlote@gmail.com |
| Mentor | Jeremy Bonelli | Wedding | 12/19/2018 | 9/29/2019 | jbonelli17@gmail.com |
| Mentor | Marie Mark Stayer | Wedding | 12/19/2018 | 10/5/2019 | sunny4166@aol.com |
| Mentor | Tajiana Ross | Wedding | 7/26/2019 | 10/6/2019 | tajiana.ross@gmail.com |
| Mentor | Julie Sokol | Wedding | 12/19/2018 | 10/11/2019 | juliemsokol@gmail.com |
| Mentor | Mikenzie Zullo | Wedding | 12/19/2018 | 10/12/2019 | zullom@findlay.edu |
| Mentor | Lake County | Business | 12/19/2018 | 10/17/2019 | ruthann.shultz@lakecountyohio.gov |
| Mentor | Jessica Kennedy | Wedding | 12/19/2018 | 10/19/2019 | jkenne26@kent.edu |
| Mentor | Lake Health | Business | 1/28/2019 | 10/24/2019 | pam.cancelli@redcross.org |
| Mentor | Morgan Sell | Wedding | 12/19/2018 | 10/26/2019 | msell1001@gmail.com |
| Mentor | Taylor Berila | Wedding | 12/19/2018 | 11/1/2019 | taylorberila@aol.com |
| Mentor | Janete jenkins | Wedding | 12/19/2018 | 11/2/2019 | Janete.jenkins@yahoo.com |
| Mentor | Kayla Bevis | Wedding | 1/17/2019 | 11/8/2019 | kbevis121@yahoo.com |
| Mentor | Yasmir Salad | Wedding | 12/19/2018 | 11/9/2019 | arisalad@yahoo.com |
| Mentor | Marshe Wright | Wedding | 12/19/2018 | 11/16/2019 | marshe_wright@yahoo.com |
| Mentor | Samantha McKinley | Wedding | 1/7/2019 | 11/30/2019 | Sammie7196@yahoo.com |
| Mentor | Ashley Luszczewski | Wedding | 1/31/2019 | 12/14/2019 | amluszczewski@gmail.com |
| Mentor | Shannon Gerrick | Wedding | 1/19/2019 | 1/18/2020 | Shannongerrick@gmail.com |
| Mentor | Amber Frederick | Wedding | 5/3/2019 | 4/18/2020 | afred161@gmail.com |
| Mentor | Mikenzie Gest | Wedding | 3/2/2019 | 4/25/2020 | Mikenzie.gest.5@gmail.com |
| Mentor | Jenna Golic | Wedding | 5/18/2019 | 5/2/2020 | jennagolic@gmail.com |
| Mentor | Shay Towns | Wedding | 3/2/2019 | 5/9/2020 | camandshay2016@gmail.com |
| Mentor | Tammy Gholston | Wedding | 1/16/2019 | 5/15/2020 | Mstammy714@yahoo.com |
| Mentor | Gina Horacek | Wedding | 2/5/2019 | 5/16/2020 | icecastles1979@yahoo.com |
| Mentor | Alicia Verbic | Wedding | 6/20/2019 | 5/22/2020 | alicia.mercedes5@gmail.com |
| Mentor | Ebony Culton | Wedding | 1/5/2019 | 5/23/2020 | ebonylculton@gmail.com |
| Mentor | Courtney Jeschelnig | Wedding | 12/19/2018 | 5/30/2020 | theshockeys2@gmail.com |
| Mentor | Nikki Mazza | Occasion | 6/14/2019 | 5/31/2020 | nikki.m.mazza@gmail.com |
| Mentor | Danielle Blood | Wedding | 3/28/2019 | 6/6/2020 | Dblood92504@yahoo.com |
| Mentor | Mariah Nathan | Wedding | 3/28/2019 | 6/12/2020 | Mariah.n@icloud.com |
| Mentor | Katherine Beach | Wedding | 12/19/2018 | 6/13/2020 | beach.katherinea@gmail.com |
| Mentor | Rebecca Brown | Wedding | 12/19/2018 | 6/20/2020 | r.lauren1983@gmail.com |
| Mentor | Kayla Kosmerl | Wedding | 7/23/2019 | 6/26/2020 | Kkosmerl@kent.edu |
| Mentor | Julie Nguyen | Wedding | 4/23/2019 | 6/27/2020 | Julienguyen924@gmail.com |
| Mentor | Bobbiestarr Horton | Wedding | 12/19/2018 | 7/2/2020 | ms.bobbiestarrh@gmail.com |
| Mentor | Allison Insana | Wedding | 6/28/2019 | 7/3/2020 | allison.insana@yahoo.com |
| Mentor | Audra Puckrin | Wedding | 6/8/2019 | 7/4/2020 | audrap21@gmail.com |
| Mentor | Tiffanie Butler | Wedding | 3/28/2019 | 7/5/2020 | Blkdymndz01@gmail.com |
| Mentor | Sam Corbin | Wedding | 6/25/2019 | 7/10/2020 | Corby052@gmail.com |
| Mentor | Cherisse Holt | Wedding | 4/1/2019 | 7/11/2020 | cherisseholt4@gmail.com |
| Mentor | Mackenzie Bowen | Wedding | 7/23/2019 | 7/17/2020 | Mackenzielbowen@gmail.com |
| Mentor | Britney Clark | Wedding | 3/6/2019 | 7/18/2020 | britneyclark89@gmail.com |
| Mentor | Alexis Baker | Wedding | 3/30/2019 | 7/25/2020 | Alexis.Baker921@gmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|----------|----------|------------|-------------|------------|---------------|
| Mentor | Sheryl Powell | Wedding | 5/28/2019 | 8/1/2020 | Sapowell44@gmail.com |
| Mentor | Katherine Verde | Wedding | 1/7/2019 | 8/8/2020 | kverde8@yahoo.com |
| Mentor | Shelbie Workman | Wedding | 4/28/2019 | 8/15/2020 | Shelbieworkman@gmail.com |
| Mentor | Robert Arndt | Wedding | 12/19/2018 | 8/22/2020 | rarndt@yahoo.com |
| Mentor | Shawnte Waller | Wedding | 7/30/2019 | 8/28/2020 | Shawntemarie1977@gmail.com |
| Mentor | Cynthia Roulette | Wedding | 2/8/2019 | 8/29/2020 | Cinrourou@gmail.com |
| Mentor | Maggie Mcginley | Wedding | 3/24/2019 | 9/4/2020 | Maggiemcginley25@gmail.com |
| Mentor | Gabbi Bartlett | Wedding | 1/20/2019 | 9/5/2020 | gbartlett2012@gmail.com |
| Mentor | Tiarra Comer | Wedding | 3/15/2019 | 9/6/2020 | owensinalifetime@gmail.com |
| Mentor | Janai Brown | Wedding | 6/8/2019 | 9/12/2020 | Janaib22@gmail.com |
| Mentor | Candis Rahaming | Wedding | 3/30/2019 | 9/18/2020 | the_pattersons19@yahoo.com |
| Mentor | Brian Dâ€™Arcy | Wedding | 6/2/2019 | 9/19/2020 | brian.drc123@gmail.com |
| Mentor | Jacqueline Ramolt | Wedding | 2/5/2019 | 9/25/2020 | Ramoltj@gmail.com |
| Mentor | Emily Mracek | Wedding | 5/1/2019 | 9/26/2020 | mraceke@miamioh.edu |
| Mentor | Ashley Costello | Wedding | 5/17/2019 | 10/2/2020 | ashleycostello7@gmail.com |
| Mentor | Juliannah Childs | Wedding | 12/19/2018 | 10/3/2020 | jnchilds@wojcikbuilders.com |
| Mentor | Amanda Hall | Wedding | 12/28/2018 | 10/10/2020 | ahall75@kent.edu |
| Mentor | Kaitlyn Crouch | Wedding | 12/28/2018 | 10/17/2020 | kcrouch833@gmail.com |
| Mentor | Sharde Robinson | Wedding | 1/9/2019 | 10/24/2020 | sharderoberts@yahoo.com |
| Mentor | Kacey huffman | Wedding | 7/19/2019 | 10/31/2020 | Khuffm91@gmail.com |
| Mentor | Madison Sara | Wedding | 7/17/2019 | 11/7/2020 | msara@kent.edu |
| Mentor | Breann Mason | Wedding | 7/28/2019 | 11/14/2020 | BreannMason@att.net |
| Mentor | Aisling Beck | Wedding | 7/25/2019 | 7/24/2021 | Beck.sheen21@gmail.com |
| Mentor | China Coleman | Wedding | 6/13/2019 | 8/21/2021 | chinacoleman18@gmail.com |
| Mentor | Gabrielle Hastings | Wedding | 3/20/2019 | 9/25/2021 | HastingsDavisWedding@gmail.com |
| Morrisville | Keller Williams | Business | 2/28/2019 | 5/30/2019 | |
| Morrisville | Apriel Valese | Wedding | 12/26/2018 | 6/1/2019 | |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 6/2/2019 | |
| Morrisville | Mennie Kauba | Wedding | 1/2/2019 | 6/6/2019 | |
| Morrisville | Janay White | Wedding | 12/24/2018 | 6/7/2019 | |
| Morrisville | India Williams | Wedding | 12/24/2018 | 6/8/2019 | |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 6/9/2019 | |
| Morrisville | Julie Dick | Occasion | 3/21/2019 | 6/11/2019 | |
| Morrisville | Holyce Caldwell | Business | 4/29/2019 | 6/13/2019 | |
| Morrisville | Robin Todd | Wedding | 12/26/2018 | 6/15/2019 | |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 6/16/2019 | |
| Morrisville | Tacoya Harris | Wedding | 12/26/2018 | 6/20/2019 | |
| Morrisville | Ashley Lang | Wedding | 12/24/2018 | 6/22/2019 | |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 6/23/2019 | |
| Morrisville | Dana Hinton | Business | 6/17/2019 | 6/24/2019 | |
| Morrisville | Rosilyn Brown | Wedding | 1/2/2019 | 6/27/2019 | |
| Morrisville | Alex Whitted | Occasion | 4/30/2019 | 6/29/2019 | |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 6/30/2019 | |
| Morrisville | Cledra Gross | Occasion | 3/21/2019 | 7/6/2019 | |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 7/7/2019 | |
| Morrisville | Amber Harrer | Business | 6/4/2019 | 7/9/2019 | |
| Morrisville | Christine Autry | Wedding | 1/4/2019 | 7/11/2019 | |
| Morrisville | Auriel A McLean | Wedding | 12/24/2018 | 7/13/2019 | |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 7/14/2019 | |
| Morrisville | Sheri Balogun | Wedding | 12/24/2018 | 7/20/2019 | |
| Morrisville | Jyoti Gill | Wedding | 12/24/2018 | 7/21/2019 | |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 7/21/2019 | |
| Morrisville | Rhonda Reid | Wedding | 12/24/2018 | 7/27/2019 | |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 7/28/2019 | |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 7/31/2019 | |
| Morrisville | Donovan Scott | Wedding | 3/22/2019 | 8/2/2019 | t.resa.anj@gmail.com |
| Morrisville | Briana Roberts | Wedding | 12/24/2018 | 8/3/2019 | brianaroberts65@gmail.com |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 8/4/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Morrisville | Superior Real Estate | Business | 5/8/2019 | 8/6/2019 | |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 8/7/2019 | |
| Morrisville | Superior Real Estate | Business | 5/8/2019 | 8/7/2019 | |
| Morrisville | MaryAnn Ottaviano | Business | 6/10/2019 | 8/8/2019 | Maottaviano@unitedwaytriangle.org |
| Morrisville | Latisha Harvey | Wedding | 1/7/2019 | 8/9/2019 | dlrsmbn@yahoo.com |
| Morrisville | Annie Hanrahan | Wedding | 2/2/2019 | 8/10/2019 | anniehanrahan74@gmail.com |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 8/11/2019 | |
| Morrisville | Superior Real Estate | Business | 5/8/2019 | 8/13/2019 | |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 8/14/2019 | |
| Morrisville | Betty Jenkins | Wedding | 5/10/2019 | 8/15/2019 | bettyannjenkins@hotmail.com |
| Morrisville | Chaz McQueen | Occasion | 6/14/2019 | 8/16/2019 | Cmmcquee@gmail.com |
| Morrisville | Sherina Best | Wedding | 1/22/2019 | 8/17/2019 | Ssbest1986@gmail.com |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 8/18/2019 | |
| Morrisville | Bryan Huffman | Business | 6/18/2019 | 8/20/2019 | Jessica.medlin@ymcatriangle.org |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 8/21/2019 | |
| Morrisville | Superior Realestate | Business | 5/20/2019 | 8/21/2019 | |
| Morrisville | Superior Realestate | Business | 5/20/2019 | 8/22/2019 | |
| Morrisville | Jessica Martinez | Wedding | 12/31/2018 | 8/24/2019 | martinezjmatamoros@gmail.com |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 8/25/2019 | |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 8/28/2019 | |
| Morrisville | Superior Realestate | Business | 5/20/2019 | 8/28/2019 | |
| Morrisville | Vinson Johnson | Wedding | 12/26/2018 | 8/29/2019 | silvrbak@gmail.com |
| Morrisville | Thalia McQueen | Wedding | 3/19/2019 | 8/31/2019 | tdunn0118@gmail.com |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 9/1/2019 | |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 9/4/2019 | |
| Morrisville | Nicole McCall | Occasion | 12/26/2018 | 9/6/2019 | nicholegmccall@gmail.com |
| Morrisville | Quinee Hayes | Wedding | 12/26/2018 | 9/7/2019 | qhayes89@gmail.com |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 9/8/2019 | |
| Morrisville | Kim Panian | Business | 7/22/2019 | 9/10/2019 | kpanian@360cloudsolutions.com |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 9/11/2019 | |
| Morrisville | Desmine Burton | Wedding | 12/26/2018 | 9/12/2019 | bernieger00@gmail.com |
| Morrisville | Letita Martin | Wedding | 12/24/2018 | 9/14/2019 | letita_martin@yahoo.com |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 9/15/2019 | |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 9/18/2019 | |
| Morrisville | Superior Real Estate | Business | 5/9/2019 | 9/19/2019 | |
| Morrisville | Superior Real Estate | Business | 5/9/2019 | 9/20/2019 | |
| Morrisville | Stephanie Reese | Wedding | 12/25/2018 | 9/21/2019 | Gsmodestewedding@gmail.com |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 9/22/2019 | |
| Morrisville | Katrina Butler | Occasion | 5/13/2019 | 9/24/2019 | Katrina.butler@fujifilm.com |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 9/25/2019 | |
| Morrisville | Superior Real Estate | Business | 5/9/2019 | 9/26/2019 | |
| Morrisville | Superior Real Estate | Business | 5/9/2019 | 9/27/2019 | |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 9/29/2019 | |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 10/2/2019 | |
| Morrisville | Marcia Sutton | Wedding | 12/25/2018 | 10/3/2019 | marciaandlorenzo2019@gmail.com |
| Morrisville | Mary Smith - North Carolina Technology Association | Business | 4/2/2019 | 10/4/2019 | Michelle@nctech.org |
| Morrisville | Alex Hinger | Wedding | 12/26/2018 | 10/5/2019 | alexhinger1@yahoo.com |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 10/6/2019 | |
| Morrisville | Bethany Oliver | Business | 12/27/2018 | 10/7/2019 | boliver@winshape.org |
| Morrisville | Bethany Oliver | Business | 12/27/2018 | 10/8/2019 | boliver@winshape.org |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 10/9/2019 | |
| Morrisville | Aviance Moore | Wedding | 12/26/2018 | 10/10/2019 | amoore9328@gmail.com |
| Morrisville | Shannon Watson | Wedding | 12/26/2018 | 10/11/2019 | shannwats04@gmail.com |
| Morrisville | Nanci Washington | Wedding | 12/26/2018 | 10/12/2019 | nwashington09@gmail.com |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 10/13/2019 | |
| Morrisville | Victoria Bledsoe | Wedding | 12/26/2018 | 10/14/2019 | vlb713@gmail.com |
| Morrisville | Superior Realestate | Business | 5/20/2019 | 10/15/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 10/16/2019 | |
| Morrisville | Shena Royster | Wedding | 3/7/2019 | 10/17/2019 | sroysterdavis@gmail.com |
| Morrisville | Brittany McNeil | Wedding | 12/26/2018 | 10/19/2019 | msmcneil91@gmail.com |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 10/20/2019 | |
| Morrisville | Superior Realestate | Business | 5/20/2019 | 10/21/2019 | |
| Morrisville | Superior Realestate | Business | 5/20/2019 | 10/22/2019 | |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 10/23/2019 | |
| Morrisville | Kendra Barkley | Wedding | 6/3/2019 | 10/24/2019 | stroudwedding19@gmail.com |
| Morrisville | Ronda Ataalla | Wedding | 12/26/2018 | 10/25/2019 | Themcphersons2@gmail.com |
| Morrisville | Dia Barber | Wedding | 12/26/2018 | 10/26/2019 | diajanay@gmail.com |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 10/27/2019 | |
| Morrisville | Superior Realestate | Business | 5/20/2019 | 10/28/2019 | |
| Morrisville | Superior Realestate | Business | 5/20/2019 | 10/29/2019 | |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 10/30/2019 | |
| Morrisville | Danielle DeFreitas | Wedding | 3/22/2019 | 11/1/2019 | defreitasd08@gmail.com |
| Morrisville | Kelly Winston | Occasion | 12/26/2018 | 11/2/2019 | Kellymwinston@gmail.com |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 11/3/2019 | |
| Morrisville | Superior Realestate | Business | 5/20/2019 | 11/4/2019 | |
| Morrisville | Superior Realestate | Business | 5/20/2019 | 11/5/2019 | |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 11/6/2019 | |
| Morrisville | Superior Realestate | Business | 5/20/2019 | 11/6/2019 | |
| Morrisville | Katherine Davis | Wedding | 12/24/2018 | 11/7/2019 | kldavis622@gmail.com |
| Morrisville | Shannon Satterwhite | Wedding | 12/28/2018 | 11/9/2019 | satterwhiteshay@yahoo.com |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 11/10/2019 | |
| Morrisville | Superior Realestate | Business | 5/20/2019 | 11/11/2019 | |
| Morrisville | Superior Realestate | Business | 5/20/2019 | 11/12/2019 | |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 11/13/2019 | |
| Morrisville | Superior Realestate | Business | 5/20/2019 | 11/13/2019 | |
| Morrisville | Superior Realestate | Business | 5/20/2019 | 11/14/2019 | |
| Morrisville | Megan Brady | Wedding | 1/16/2019 | 11/16/2019 | mbrady3@eagles.nccu.edu |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 11/17/2019 | |
| Morrisville | Superior Realestate | Business | 5/20/2019 | 11/18/2019 | |
| Morrisville | Superior Realestate | Business | 6/14/2019 | 11/18/2019 | |
| Morrisville | Superior Realestate | Business | 6/14/2019 | 11/19/2019 | |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 11/20/2019 | |
| Morrisville | Superior Realestate | Business | 5/20/2019 | 11/20/2019 | |
| Morrisville | Superior Realestate | Business | 5/20/2019 | 11/21/2019 | |
| Morrisville | Kofi Appiah-Nkansah | Wedding | 6/16/2019 | 11/23/2019 | kofinkansah@gmail.com |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 11/24/2019 | |
| Morrisville | Superior Realestate | Business | 6/14/2019 | 11/25/2019 | |
| Morrisville | Superior Realestate | Business | 6/14/2019 | 11/26/2019 | |
| Morrisville | Superior Realestate | Business | 7/29/2019 | 11/26/2019 | |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 11/27/2019 | |
| Morrisville | Pretty Princess Parties | Business | 2/11/2019 | 11/30/2019 | |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 12/1/2019 | |
| Morrisville | Grace Levin | Business | 7/8/2019 | 12/3/2019 | grace@researchtrianglecleantech.org |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 12/4/2019 | |
| Morrisville | Superior Realestate | Business | 5/20/2019 | 12/4/2019 | |
| Morrisville | Superior Realestate | Business | 5/20/2019 | 12/5/2019 | |
| Morrisville | Hollie Allen | Occasion | 4/16/2019 | 12/7/2019 | dale.poole@rdu.com |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 12/8/2019 | |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 12/11/2019 | |
| Morrisville | Superior Realestate | Business | 5/20/2019 | 12/11/2019 | |
| Morrisville | Superior Realestate | Business | 5/20/2019 | 12/12/2019 | |
| Morrisville | Shamara Walton | Wedding | 1/31/2019 | 12/14/2019 | cljohnson919@gmail.com |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 12/15/2019 | |
| Morrisville | Superior Real Estate | Business | 5/8/2019 | 12/16/2019 | |
| Morrisville | Superior Real Estate | Business | 5/8/2019 | 12/17/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 12/18/2019 | |
| Morrisville | Superior Real Estate | Business | 5/8/2019 | 12/18/2019 | |
| Morrisville | Superior Real Estate | Business | 5/8/2019 | 12/19/2019 | |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 12/22/2019 | |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 12/25/2019 | |
| Morrisville | Rachael Plummer | Wedding | 5/24/2019 | 12/28/2019 | Raplummer14@gmail.com |
| Morrisville | Scott Delk | Church Group | 1/29/2019 | 12/29/2019 | |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 1/1/2020 | |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 1/8/2020 | |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 1/15/2020 | |
| Morrisville | Musab Akbay | Wedding | 4/18/2019 | 1/16/2020 | |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 1/22/2020 | |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 1/29/2020 | |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 2/5/2020 | |
| Morrisville | Jasmine Young | Wedding | 6/11/2019 | 2/6/2020 | jasminetyoung91@gmail.com |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 2/12/2020 | |
| Morrisville | Robert Slaughter | Wedding | 12/28/2018 | 2/15/2020 | HazzardSlaughterWedding@gmail.com |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 2/19/2020 | |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 2/26/2020 | |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 3/4/2020 | |
| Morrisville | Jennifer Boyce | Wedding | 6/28/2019 | 3/7/2020 | jdb1411@yahoo.com |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 3/11/2020 | |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 3/18/2020 | |
| Morrisville | Holly Hedrick | Business | 7/24/2019 | 3/18/2020 | hhedrick@camdenliving.com |
| Morrisville | Shelley Hare | Wedding | 6/25/2019 | 3/21/2020 | shelleyhare@gmail.com |
| Morrisville | Victoria Campbell | Wedding | 3/7/2019 | 3/23/2020 | Vcamp09@gmail.com |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 3/25/2020 | |
| Morrisville | Donielle Mattis | Wedding | 7/1/2019 | 3/28/2020 | Doniellemattis@yahoo.com |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 4/1/2020 | |
| Morrisville | Kaliedra Caldwell | Wedding | 3/22/2019 | 4/3/2020 | Kcaldwell334@yahoo.com |
| Morrisville | Amber Daye | Wedding | 1/15/2019 | 4/4/2020 | amber.daye48@gmail.com |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 4/8/2020 | |
| Morrisville | Michelle Ragland | Wedding | 5/2/2019 | 4/9/2020 | Michelle.raglandmr@gmail.com |
| Morrisville | Shannon Bolyard | Wedding | 7/17/2019 | 4/11/2020 | Shannon.bolyard13@gmail.com |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 4/15/2020 | |
| Morrisville | Alexis Whitfield | Wedding | 12/28/2018 | 4/18/2020 | alexis.whitfield14@gmail.com |
| Morrisville | Latoya Randolph | Wedding | 5/20/2019 | 4/19/2020 | Latoya.randolph30@gmail.com |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 4/22/2020 | |
| Morrisville | Kendra Gause | Wedding | 2/7/2019 | 4/25/2020 | Kendrajabril@msn.com |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 4/29/2020 | |
| Morrisville | Charnece Mercer | Wedding | 6/9/2019 | 5/1/2020 | Charnece.mercer@gmail.com |
| Morrisville | Joy Daniels | Wedding | 2/24/2019 | 5/2/2020 | Jldaniels87@gmail.com |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 5/6/2020 | |
| Morrisville | Preston Allbritton | Wedding | 3/12/2019 | 5/9/2020 | Leonani07@gmail.com |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 5/13/2020 | |
| Morrisville | Erica Geer | Wedding | 3/9/2019 | 5/16/2020 | ericageer.ma@gmail.com |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 5/20/2020 | |
| Morrisville | Brianna Jones | Wedding | 5/14/2019 | 5/23/2020 | Missjones240@gmail.com |
| Morrisville | Zikora Nnadike | Wedding | 12/24/2018 | 5/24/2020 | zikorannadike@gmail.com |
| Morrisville | Scott Delk | Church Group | 2/26/2019 | 5/27/2020 | |
| Morrisville | Tabitha Green | Wedding | 4/2/2019 | 5/30/2020 | uspadgett2020@gmail.com |
| Morrisville | Ashley Graham | Wedding | 1/15/2019 | 6/6/2020 | taswedding2018@gmail.com |
| Morrisville | Domineka Edwards | Wedding | 4/2/2019 | 6/13/2020 | Edwardstowilson@gmail.com |
| Morrisville | Jamie Harris-Courtney | Wedding | 3/17/2019 | 6/20/2020 | Harris78196@yahoo.com |
| Morrisville | Christina Obie | Wedding | 2/8/2019 | 6/27/2020 | christinaobie1@yahoo.com |
| Morrisville | Scott Delk | Church Group | 1/31/2019 | 6/30/2020 | |
| Morrisville | Marissa McLean | Wedding | 5/23/2019 | 7/11/2020 | mmclean2309@gmail.com |
| Morrisville | Myesha Burton | Wedding | 6/4/2019 | 7/25/2020 | mburton997@gmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Morrisville | Monejah Lovick | Wedding | 1/19/2019 | 8/10/2020 | lovickmonejah@gmail.com |
| Morrisville | DeKyan Dennis | Wedding | 7/16/2019 | 8/30/2020 | dekyandennis@gmail.com |
| Morrisville | Danielle Little | Wedding | 6/16/2019 | 9/4/2020 | dpatrice_little@yahoo.com |
| Morrisville | Shydasha Floyd | Wedding | 2/2/2019 | 9/5/2020 | Shydasha.floyd@gmail.com |
| Morrisville | Cydney Burton | Wedding | 2/27/2019 | 9/12/2020 | csb3094k@gmail.com |
| Morrisville | Ayana Glasco | Wedding | 1/31/2019 | 9/19/2020 | Ayana.james91920@gmail.com |
| Morrisville | Rachel Crawford | Wedding | 7/29/2019 | 9/24/2020 | R.crawford2397@gmail.com |
| Morrisville | Brittany Spivey | Wedding | 12/24/2018 | 9/26/2020 | playbsweet@gmail.com |
| Morrisville | Kim Greene | Wedding | 6/28/2019 | 10/3/2020 | kimgreenewv@yahoo.com |
| Morrisville | Jennifer Askew | Wedding | 1/29/2019 | 10/10/2020 | |
| Morrisville | Ashley Davis | Wedding | 3/12/2019 | 10/16/2020 | ashley.lauren235@gmail.com |
| Morrisville | Candace Johnson | Wedding | 4/14/2019 | 10/17/2020 | Hismrsjohnson15@gmail.com |
| Morrisville | Amanda Amanda | Wedding | 6/20/2019 | 10/22/2020 | athomasidi@gmail.com |
| Morrisville | Desiree Wade | Wedding | 7/26/2019 | 10/24/2020 | dwade4872@yahoo.com |
| Morrisville | Kentoura Gilmore | Wedding | 4/29/2019 | 12/3/2020 | Kentouragilmore2@gmail.com |
| Morrisville | Melanie Jones | Wedding | 7/5/2019 | 12/22/2020 | Jones.melanie.g@gmail.com |
| Naperville | Marlyn Estraba | Wedding | 12/28/2018 | 5/30/2019 | |
| Naperville | Kimberly Eitel | Wedding | 12/28/2018 | 5/31/2019 | |
| Naperville | Alicia Berry | Wedding | 1/13/2019 | 6/1/2019 | |
| Naperville | Todd Demoff | Occasion | 3/15/2019 | 6/2/2019 | |
| Naperville | Connie Sylevster | Business | 4/26/2019 | 6/4/2019 | |
| Naperville | Wav Inc | Business | 5/9/2019 | 6/5/2019 | |
| Naperville | Nidhi Patel | Occasion | 1/13/2019 | 6/6/2019 | |
| Naperville | Carlee Paquette | Wedding | 12/28/2018 | 6/8/2019 | |
| Naperville | Rubina Gul | Occasion | 3/15/2019 | 6/9/2019 | |
| Naperville | Jeff Gifford | Business | 2/20/2019 | 6/11/2019 | |
| Naperville | Andrea Enda | Wedding | 12/28/2018 | 6/15/2019 | |
| Naperville | Tatiana Burress | Wedding | 12/28/2018 | 6/16/2019 | |
| Naperville | Carly Kardoulias | Wedding | 12/28/2018 | 6/22/2019 | |
| Naperville | Tearra Sykes | Wedding | 12/28/2018 | 6/23/2019 | |
| Naperville | Paris Newburn | Wedding | 12/28/2018 | 6/27/2019 | |
| Naperville | Laura Ceron | Wedding | 12/28/2018 | 6/29/2019 | |
| Naperville | Iman Yassin | Wedding | 1/11/2019 | 7/3/2019 | |
| Naperville | Melissa Garcia | Occasion | 5/21/2019 | 7/5/2019 | |
| Naperville | Brandy Martinez | Wedding | 12/28/2018 | 7/6/2019 | |
| Naperville | Mariah Kemp | Wedding | 2/28/2019 | 7/7/2019 | |
| Naperville | Chiana Phillips | Occasion | 4/6/2019 | 7/12/2019 | |
| Naperville | Erica Moran | Wedding | 1/3/2019 | 7/13/2019 | |
| Naperville | Sana Khan | Occasion | 6/19/2019 | 7/14/2019 | |
| Naperville | Greg Weismantel | Business | 6/21/2019 | 7/18/2019 | |
| Naperville | LAURA WATSON | Occasion | 4/18/2019 | 7/19/2019 | |
| Naperville | Serena Cwiertniewicz | Wedding | 1/14/2019 | 7/20/2019 | |
| Naperville | Vivek Ahuja | Occasion | 6/15/2019 | 7/24/2019 | |
| Naperville | Danielle Danielle | Business | 6/6/2019 | 7/25/2019 | |
| Naperville | Miguel Ramirez | Wedding | 12/28/2018 | 7/26/2019 | |
| Naperville | Kathy Saengsouriyaso | Wedding | 12/28/2018 | 7/27/2019 | |
| Naperville | Maria Miller | Occasion | 5/21/2019 | 7/28/2019 | |
| Naperville | Andrea Sanchez | Wedding | 12/28/2018 | 8/2/2019 | A_SANCHEZ1313@YAHOO.COM |
| Naperville | Niko Lullo | Wedding | 12/28/2018 | 8/3/2019 | nlullo17@gmail.com |
| Naperville | Lakeisha M Hairl | Wedding | 3/31/2019 | 8/8/2019 | keishahairl85@gmail.com |
| Naperville | Kevin Kerr | Wedding | 5/5/2019 | 8/9/2019 | ariannankevin@gmail.com |
| Naperville | Katherine Aldridge | Wedding | 12/28/2018 | 8/10/2019 | dk_wedding@yahoo.com |
| Naperville | Amir Badar | Occasion | 7/30/2019 | 8/11/2019 | Dramirbadar@gmail.com |
| Naperville | Anna Garritano | Wedding | 12/28/2018 | 8/16/2019 | angarritano@gmail.com |
| Naperville | Taylor Woods | Wedding | 1/15/2019 | 8/17/2019 | Tayloralexx14@comcast.net |
| Naperville | Yessica Lopez | Occasion | 7/10/2019 | 8/18/2019 | ylopezk0226@gmail.com |
| Naperville | Rashawn Sears | Wedding | 1/11/2019 | 8/20/2019 | shawn_spears1997@yahoo.com |
| Naperville | Superior Realestate | Business | 6/21/2019 | 8/21/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Naperville | Alisha Thomas | Wedding | 7/22/2019 | 8/22/2019 | athomas_87@yahoo.com |
| Naperville | Alyssa Gravitt | Wedding | 2/9/2019 | 8/24/2019 | alyssagravitt@aol.com |
| Naperville | Diana Sanchez | Wedding | 2/19/2019 | 8/29/2019 | dsanchez.bridge@gmail.com |
| Naperville | Delores Folkes | Wedding | 12/28/2018 | 8/30/2019 | deloresddfolkes@gmail.com |
| Naperville | Humberto Martinez | Wedding | 1/12/2019 | 8/31/2019 | Aylinhernandez76@yahoo.com |
| Naperville | Kimberly Boehm | Wedding | 12/28/2018 | 9/1/2019 | kimberlymboehm@aim.com |
| Naperville | Lynn Filippelli | Business | 7/11/2019 | 9/5/2019 | Lfilippelli@deltadentalil.com |
| Naperville | Sarah Crowe | Wedding | 12/28/2018 | 9/7/2019 | sarah.crowe13@gmail.com |
| Naperville | Yvette Hernandez | Wedding | 3/9/2019 | 9/8/2019 | |
| Naperville | Joanne Hoger | Business | 7/24/2019 | 9/9/2019 | Jhoger@deltadentalil.com |
| Naperville | James Curran | Business | 5/15/2019 | 9/13/2019 | Jcurran@granddentalgroup.com |
| Naperville | Delra Sutton | Wedding | 12/28/2018 | 9/14/2019 | Dds2ddj19@gmail.com |
| Naperville | Silvia Botello | Wedding | 2/19/2019 | 9/15/2019 | Sbotello1969@yahoo.com |
| Naperville | Kristin Green | Wedding | 12/28/2018 | 9/19/2019 | Kgreen219@comcast.net |
| Naperville | Mollie Wheeler | Wedding | 1/14/2019 | 9/20/2019 | molliemolls33@gmail.com |
| Naperville | Kalie Langlois | Wedding | 12/28/2018 | 9/21/2019 | kalie.langlois@icloud.com |
| Naperville | Pauline Soh | Wedding | 3/7/2019 | 9/22/2019 | Paulinesohbl@gmail.com |
| Naperville | Jennifer Fairlamb | Occasion | 6/5/2019 | 9/26/2019 | Jen.fairlamb1@gmail.com |
| Naperville | Jennifer Lenert | Wedding | 12/28/2018 | 9/28/2019 | Jenniferlenert@gmail.com |
| Naperville | Maria Salinas | Wedding | 12/28/2018 | 9/29/2019 | mariasalinas6916@gmail.com |
| Naperville | Lamb Weston | Business | 1/18/2019 | 10/3/2019 | |
| Naperville | Jillian Bouchard | Wedding | 12/28/2018 | 10/4/2019 | |
| Naperville | Sarah Jackson | Wedding | 1/11/2019 | 10/5/2019 | s.jackson9010@gmail.com |
| Naperville | Haroon Athea | Wedding | 1/19/2019 | 10/6/2019 | Haroonatcha@yahoo.com |
| Naperville | Troy Meehan | Wedding | 12/28/2018 | 10/11/2019 | Troy.a.meehan@gmail.com |
| Naperville | Josefina Flores | Wedding | 12/28/2018 | 10/12/2019 | josiekm@yahoo.com |
| Naperville | Aricela Mendez | Wedding | 12/28/2018 | 10/13/2019 | aricela.mendez29@gmail.com |
| Naperville | Vita Shewchuk | Business | 6/27/2019 | 10/17/2019 | Vita.shewchuk@lexus.com |
| Naperville | Maggie mcglone | Wedding | 1/31/2019 | 10/18/2019 | mmcglone1215@gmail.com |
| Naperville | Nick Pershey | Wedding | 12/28/2018 | 10/19/2019 | npershey@gmail.com |
| Naperville | Denise Dawidowski | Occasion | 7/20/2019 | 10/20/2019 | Det0004@comcast.net |
| Naperville | Jenna Taylor | Wedding | 12/28/2018 | 10/26/2019 | jennaanntaylor04@gmail.com |
| Naperville | Dianna Capota | Wedding | 1/11/2019 | 10/27/2019 | daianacapota@yahoo.com |
| Naperville | Core Strengths | Church Group | 1/31/2019 | 10/29/2019 | |
| Naperville | Core Strengths | Church Group | 1/31/2019 | 10/30/2019 | |
| Naperville | Sarah O'Connor | Wedding | 12/28/2018 | 11/9/2019 | oconnornsarah@gmail.com |
| Naperville | Jude Millares | Wedding | 7/5/2019 | 11/16/2019 | |
| Naperville | Jaime Camacho | Wedding | 6/9/2019 | 11/21/2019 | jaimecamachomedina@yahoo.com |
| Naperville | Bola Ibrahim | Occasion | 4/10/2019 | 11/22/2019 | Boye90@yahoo.com |
| Naperville | Christina Contreras | Wedding | 12/28/2018 | 11/23/2019 | christinacontr@gmail.com |
| Naperville | Ashley Shields | Wedding | 12/28/2018 | 11/30/2019 | Bashleywedding@yahoo.com |
| Naperville | Jenna Winters | Wedding | 1/11/2019 | 12/27/2019 | larry.winters.1@gmail.com |
| Naperville | Taylor Blair | Wedding | 1/11/2019 | 12/28/2019 | tayblair914@gmail.com |
| Naperville | Kenya Tucker | Wedding | 7/16/2019 | 3/28/2020 | Tuckken8@aol.com |
| Naperville | Lamb Weston | Business | 1/18/2019 | 4/2/2020 | Dara.mahoney@lambweston.com |
| Naperville | Jessika Hernandez | Wedding | 12/28/2018 | 4/4/2020 | jesii.hernandez2@gmail.com |
| Naperville | Deborah Zollman | Wedding | 5/6/2019 | 5/2/2020 | jdlzollman@att.net |
| Naperville | Katie Tappan | Wedding | 4/20/2019 | 5/4/2020 | k_tap711@yahoo.com |
| Naperville | Maddie Cannon | Wedding | 6/30/2019 | 5/9/2020 | Mfcannon616@gmail.com |
| Naperville | Bradley Coleman | Wedding | 1/15/2019 | 5/15/2020 | brad34224@gmail.com |
| Naperville | Layla bejanpour | Wedding | 2/16/2019 | 5/16/2020 | laylabejanpour@yahoo.com |
| Naperville | Caleb Sturghill | Wedding | 2/19/2019 | 5/23/2020 | Caleb.sturghill@gmail.com |
| Naperville | Chasedi Cruz | Wedding | 6/6/2019 | 5/29/2020 | 93Chase@gmail.com |
| Naperville | Jacki Kaluzny | Wedding | 12/28/2018 | 5/30/2020 | |
| Naperville | Madeeha Syed | Wedding | 5/31/2019 | 6/5/2020 | Madeeha624@gmail.com |
| Naperville | VICKY Villarreal | Wedding | 6/11/2019 | 6/6/2020 | vicky.villarreal2@gmail.com |
| Naperville | Carol Ensalaco | Wedding | 5/5/2019 | 6/12/2020 | C.ensalaco1@gmail.com |
| Naperville | Alejandra Alarcon | Wedding | 3/10/2019 | 6/13/2020 | A.alarcon16@gmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Naperville | Rebecca Stefely | Wedding | 4/17/2019 | 6/20/2020 | Bec.steflisle@gmail.com |
| Naperville | Nicole Sgarbossa | Wedding | 7/19/2019 | 6/26/2020 | Polkadotbowevents2@gmail.com |
| Naperville | Marie Allen | Occasion | 4/6/2019 | 6/27/2020 | allenj1779@gmail.com |
| Naperville | Marquita Stuckey | Wedding | 1/25/2019 | 7/2/2020 | mstuckey01@yahoo.com |
| Naperville | Khadijah wheat | Wedding | 5/20/2019 | 7/9/2020 | Khadijah_wheat@yahoo.com |
| Naperville | Maria Pekar | Wedding | 4/8/2019 | 7/10/2020 | mariapekar1@gmail.com |
| Naperville | Jocelyn rico | Wedding | 2/27/2019 | 7/11/2020 | jocyrico21@gmail.com |
| Naperville | Toma Toma | Wedding | 7/29/2019 | 7/18/2020 | balacitoma@gmail.com |
| Naperville | Maria Salas | Wedding | 6/13/2019 | 7/24/2020 | mari.sally008@gmail.com |
| Naperville | Zack Abbott | Wedding | 7/15/2019 | 7/25/2020 | zackabbott@gmail.com |
| Naperville | Paige Goesel | Wedding | 3/30/2019 | 7/31/2020 | paigegoesel@gmail.com |
| Naperville | Gina Uy | Wedding | 2/6/2019 | 8/1/2020 | ginauy6@gmail.com |
| Naperville | Marie Bongiorno | Wedding | 2/20/2019 | 8/8/2020 | Marie.rose.bongiorno@gmail.com |
| Naperville | Jyotsana Mohan | Wedding | 7/29/2019 | 8/14/2020 | Jyomohan04@gmail.com |
| Naperville | ADRIANE BYRD | Wedding | 4/30/2019 | 8/15/2020 | ADRIANE2820@GMAIL.COM |
| Naperville | Shelby Wisniewski | Wedding | 7/29/2019 | 8/27/2020 | shelbywis27@gmail.com |
| Naperville | Celia Dodd | Wedding | 3/28/2019 | 8/28/2020 | celiadodd23@gmail.com |
| Naperville | Qiana McNary | Wedding | 7/23/2019 | 9/5/2020 | qcmcnary@gmail.com |
| Naperville | Arielle Wadas | Wedding | 12/28/2018 | 9/6/2020 | awadas90@gmail.com |
| Naperville | Hani Mohamed | Wedding | 2/4/2019 | 9/12/2020 | hani.mohamed506@gmail.com |
| Naperville | Amanda O'Connor | Wedding | 7/10/2019 | 9/19/2020 | a.oconnor827@gmail.com |
| Naperville | Lisette Calderon | Wedding | 6/19/2019 | 9/26/2020 | lcalderlisette@gmail.com |
| Naperville | Susan Ryan | Wedding | 3/2/2019 | 10/3/2020 | Sryan@victorenvelope.com |
| Naperville | Donjeaneau Domio | Wedding | 2/20/2019 | 10/10/2020 | Donjeaneau@yahoo.com |
| Naperville | Melanie Woodard | Wedding | 1/11/2019 | 10/11/2020 | melaniekwoodard@gmail.com |
| Naperville | Quinton Rosser | Wedding | 5/5/2019 | 10/17/2020 | Quint4817@gmail.com |
| Naperville | Paige Whiting | Wedding | 4/21/2019 | 10/24/2020 | paigewhiting3@gmail.com |
| Naperville | Bethany Beggs | Wedding | 5/21/2019 | 11/14/2020 | beggsbethany@yahoo.com |
| Naperville | Marisa Saenz | Wedding | 6/30/2019 | 4/30/2021 | mlsaenz12@gmail.com |
| Naperville | Morgan Bailey | Wedding | 7/26/2019 | 6/17/2021 | 95baileymorgan@gmail.com |
| New Albany | Amy Onifer | Occasion | 5/30/2019 | 5/30/2019 | |
| New Albany | Olivia Dunkle | Wedding | 12/21/2018 | 6/1/2019 | |
| New Albany | Kathryne G Reeves | Occasion | 2/11/2019 | 6/5/2019 | |
| New Albany | Ahquilah Floyd | Wedding | 12/26/2018 | 6/7/2019 | |
| New Albany | Lydia Wynkoop | Wedding | 12/22/2018 | 6/8/2019 | |
| New Albany | TRACIE TAYLOR | Occasion | 12/21/2018 | 6/9/2019 | |
| New Albany | Shelly Terrell | Business | 3/6/2019 | 6/12/2019 | |
| New Albany | Stephanie Blakey - Bright view | Business | 6/4/2019 | 6/13/2019 | |
| New Albany | Tara Liston | Wedding | 12/21/2018 | 6/15/2019 | |
| New Albany | Rima Dabdoub | Wedding | 12/22/2018 | 6/16/2019 | |
| New Albany | White Oak Partners | Business | 3/26/2019 | 6/18/2019 | |
| New Albany | Kelly Caldwell | Business | 5/15/2019 | 6/19/2019 | |
| New Albany | Nenneh Davies | Wedding | 12/22/2018 | 6/22/2019 | |
| New Albany | Logan Buehrer | Business | 6/25/2019 | 6/27/2019 | |
| New Albany | Nana Owusu-Kwarteng | Wedding | 1/25/2019 | 6/28/2019 | |
| New Albany | Ashley McCloud | Wedding | 12/22/2018 | 6/29/2019 | |
| New Albany | Kira Burns | Wedding | 2/5/2019 | 7/6/2019 | |
| New Albany | Jackie Hoffman | Business | 7/11/2019 | 7/14/2019 | |
| New Albany | Jackie Hoffman | Business | 7/11/2019 | 7/15/2019 | |
| New Albany | Jackie Hoffman | Business | 7/11/2019 | 7/16/2019 | |
| New Albany | Jackie Hoffman | Business | 7/11/2019 | 7/17/2019 | |
| New Albany | Brittany Mance - aep | Business | 6/25/2019 | 7/18/2019 | |
| New Albany | Laura paredes | Occasion | 5/9/2019 | 7/19/2019 | |
| New Albany | Jason Whitcomb | Wedding | 12/22/2018 | 7/20/2019 | |
| New Albany | Kelly Caldwell | Business | 7/24/2019 | 7/25/2019 | |
| New Albany | Gillian Kittaka | Wedding | 3/14/2019 | 7/27/2019 | |
| New Albany | Angela Brownfield | Business | 7/4/2019 | 7/29/2019 | |
| New Albany | Kalli Votaw | Wedding | 1/10/2019 | 8/3/2019 | votawkt@gmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|----------|----------|------------|-------------|------------|---------------|
| New Albany | Gena Merkel | Occasion | 5/15/2019 | 8/8/2019 | Gmerkel@hotmail.com |
| New Albany | Kyle Clarke | Wedding | 1/8/2019 | 8/9/2019 | Clarkecamloh@gmail.com |
| New Albany | Wendy Guzman | Wedding | 12/22/2018 | 8/10/2019 | bolderlandscape@gmail.com |
| New Albany | Ramiro Hernandez | Wedding | 7/1/2019 | 8/16/2019 | R.hernandez13@live.com |
| New Albany | Amanda Harris | Wedding | 12/22/2018 | 8/17/2019 | amanda.harris56@gmail.com |
| New Albany | Jennie Mensah | Wedding | 7/22/2019 | 8/18/2019 | jeninyamekye@gmail.com |
| New Albany | Tim Lankford | Business | 7/19/2019 | 8/21/2019 | Tim@postalbenefitsgroup.net |
| New Albany | Britteny Doaks | Wedding | 12/22/2018 | 8/23/2019 | brittneydoaks@gmail.com |
| New Albany | Olivia Crawford | Wedding | 12/22/2018 | 8/24/2019 | oscrawford1@gmail.com |
| New Albany | Chanita Ewans | Wedding | 1/26/2019 | 8/25/2019 | callalilybunny@gmail.com |
| New Albany | Allison Kopp | Wedding | 12/22/2018 | 8/31/2019 | Allison.kopp10@gmail.com |
| New Albany | Ashley McCormick | Wedding | 12/22/2018 | 9/1/2019 | amccormick211@gmail.com |
| New Albany | Abe J. | Wedding | 12/22/2018 | 9/6/2019 | abejacob70@hotmail.com |
| New Albany | Marie Hudson | Wedding | 12/22/2018 | 9/7/2019 | marienicolehudson@gmail.com |
| New Albany | Champagne Moss | Wedding | 1/30/2019 | 9/8/2019 | champagne.moss@gmail.com |
| New Albany | Rachel Lindsay | Occasion | 4/19/2019 | 9/13/2019 | rachelkaylindsay@hotmail.com |
| New Albany | Yancy McCullough | Wedding | 1/2/2019 | 9/14/2019 | yancy.mccullough@yahoo.com |
| New Albany | Olivia Armintrout | Occasion | 7/18/2019 | 9/15/2019 | Oarmintrout@gmail.com |
| New Albany | Aryn Shields | Wedding | 12/22/2018 | 9/20/2019 | shields.203@osu.edu |
| New Albany | Holly Castle | Wedding | 12/22/2018 | 9/21/2019 | hollycastlern@gmail.com |
| New Albany | Julie Knode | Business | 7/30/2019 | 9/25/2019 | Jknode@mast.com |
| New Albany | Yahaira Rose | Wedding | 4/23/2019 | 9/27/2019 | info@proyectomariposas.org |
| New Albany | Jazmine McCaleb | Wedding | 12/22/2018 | 9/28/2019 | jazmccaleb@gmail.com |
| New Albany | Cindy Booth | Wedding | 12/22/2018 | 10/4/2019 | cindy.booth@ohiohealth.com |
| New Albany | Andrea Hayes | Wedding | 12/22/2018 | 10/5/2019 | ahayes21@icloud.com |
| New Albany | Paisley Bryant | Wedding | 1/10/2019 | 10/11/2019 | pais.dawn@gmail.com |
| New Albany | Antonia Cruz | Wedding | 1/10/2019 | 10/12/2019 | esaantonia@gmail.com |
| New Albany | Aaron Mackey | Wedding | 12/22/2018 | 10/18/2019 | melanie.aaron1024@gmail.com |
| New Albany | Amber Bethea | Wedding | 1/2/2019 | 10/19/2019 | bethea_amber@yahoo.com |
| New Albany | Kathleen Boyer | Wedding | 12/22/2018 | 10/26/2019 | ksboyer97@gmail.com |
| New Albany | Kristina Bauer | Wedding | 12/22/2018 | 11/2/2019 | kristinamaibauer@gmail.com |
| New Albany | LuRonnda Lane | Wedding | 2/19/2019 | 11/9/2019 | pangelfa03@yahoo.com |
| New Albany | ALITA RUKSUJJAR | Wedding | 12/22/2018 | 11/16/2019 | aruksujjar@gmail.com |
| New Albany | Laura Sigal | Wedding | 6/7/2019 | 11/17/2019 | lauramsigal@gmail.com |
| New Albany | Cheryl Burden | Wedding | 1/9/2019 | 11/23/2019 | cjacksonburden@yahoo.com |
| New Albany | Alia Ahmed | Wedding | 7/17/2019 | 12/21/2019 | liya_ahmed@yahoo.com |
| New Albany | Kristina Mulligan | Wedding | 12/22/2018 | 12/28/2019 | kmulligan1@hotmail.com |
| New Albany | Laurin Hatfield | Occasion | 3/1/2019 | 1/2/2020 | hatfieldlaurin916@yahoo.com |
| New Albany | Sergio Borrayo | Wedding | 7/15/2019 | 1/3/2020 | Sergioborrayo@gmail.com |
| New Albany | Matthew J Kelley | Wedding | 7/15/2019 | 1/4/2020 | mkelley@spplus.com |
| New Albany | Kaelie Dotter | Wedding | 7/1/2019 | 2/22/2020 | kaelied@live.com |
| New Albany | Tracie Oden | Wedding | 3/22/2019 | 3/7/2020 | tracie_oden@yahoo.com |
| New Albany | Morgan Redman | Wedding | 4/30/2019 | 3/14/2020 | Redmanmorgan@yahoo.com |
| New Albany | Aurora Foster | Wedding | 3/29/2019 | 3/20/2020 | Aurorafoster08@gmail.com |
| New Albany | Megan Beidelman | Wedding | 5/1/2019 | 3/28/2020 | jjbeidelman@gmail.com |
| New Albany | Emily Henzler | Wedding | 2/11/2019 | 4/4/2020 | emilyhenzler@gmail.com |
| New Albany | Polly Holden | Wedding | 5/19/2019 | 4/11/2020 | Polly.holden@gmail.com |
| New Albany | Ashley McMahon | Wedding | 6/19/2019 | 4/18/2020 | A.mcmahon19@gmail.com |
| New Albany | Dana Burrello | Wedding | 12/31/2018 | 4/25/2020 | Dana.burrello@gmail.com |
| New Albany | Nicole Craycraft | Wedding | 12/22/2018 | 5/9/2020 | ncraycraft@gmail.com |
| New Albany | Paige khan | Wedding | 4/5/2019 | 5/10/2020 | colormebrown51020@gmail.com |
| New Albany | Allen McConnell | Wedding | 4/16/2019 | 5/16/2020 | Allen.mcconnell67@yahoo.com |
| New Albany | Amanda Tanzer | Wedding | 5/7/2019 | 5/24/2020 | amanda.tanzer@yahoo.com |
| New Albany | Nicole Ormiston | Wedding | 4/19/2019 | 5/30/2020 | Ormistonnicole@yahoo.com |
| New Albany | Shaunta Stanford | Wedding | 5/15/2019 | 6/6/2020 | Shaunta1908@gmail.com |
| New Albany | Brittany Bradbury | Wedding | 7/12/2019 | 6/12/2020 | Susie.bradbury@insight.rr.com |
| New Albany | Naree Chheang | Wedding | 5/25/2019 | 6/13/2020 | chheangnaree@yahoo.com |
| New Albany | Halie Andrews | Wedding | 2/19/2019 | 6/20/2020 | halieandrews@aol.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| New Albany | Amanda Leonard | Wedding | 3/30/2019 | 6/26/2020 | Amandamleonard06@gmail.com |
| New Albany | Abbi Zeltman | Wedding | 1/16/2019 | 6/27/2020 | abbigailzeltman@gmail.com |
| New Albany | Autumn Webb | Wedding | 4/5/2019 | 7/10/2020 | AutumnCWebb@gmail.com |
| New Albany | Rachel Mecklenborg | Wedding | 1/18/2019 | 7/11/2020 | Rachel.a.mecklenborg@gmail.com |
| New Albany | Megan Herald | Wedding | 2/25/2019 | 7/25/2020 | meganherald19@yahoo.com |
| New Albany | Sabria Berry | Wedding | 5/30/2019 | 8/1/2020 | Sabria.berry@gmail.com |
| New Albany | Ange Ndaeayisenga | Wedding | 7/26/2019 | 8/7/2020 | Ndangemarie@yahoo.fr |
| New Albany | Michael Badea | Wedding | 2/24/2019 | 8/8/2020 | mdbadea@gmail.com |
| New Albany | Samantha Deeds | Wedding | 3/31/2019 | 8/15/2020 | Skyedeeds@icloud.com |
| New Albany | Rebekah Branham | Wedding | 7/11/2019 | 8/22/2020 | rab204@zips.uakron.edu |
| New Albany | Katrina Owens | Wedding | 5/12/2019 | 8/29/2020 | kro7011@yahoo.com |
| New Albany | Lacy Patrick | Wedding | 1/10/2019 | 9/4/2020 | lpatrick2472@yahoo.com |
| New Albany | Meagan Cline | Wedding | 1/8/2019 | 9/12/2020 | meagancline03@ymail.com |
| New Albany | Zach Vallette | Wedding | 1/26/2019 | 9/19/2020 | Vallettez19@hotmail.com |
| New Albany | Sophia Baker | Wedding | 5/28/2019 | 9/26/2020 | Bakerr.sophiaa@gmail.com |
| New Albany | Maggie Medee | Wedding | 12/22/2018 | 10/2/2020 | maggie.dorelien@gmail.com |
| New Albany | Nicole Raftery | Wedding | 7/30/2019 | 10/3/2020 | Nicolelraftery@gmail.com |
| New Albany | Kiana Dixon | Wedding | 12/21/2018 | 10/10/2020 | kikid98@gmail.com |
| New Albany | Amanda Leist | Wedding | 2/25/2019 | 10/16/2020 | Aleist44@gmail.com |
| New Albany | Christy Johnson | Wedding | 4/2/2019 | 10/24/2020 | christyj9@hotmail.com |
| New Albany | Liz Gibson | Wedding | 7/23/2019 | 5/29/2021 | gibson11liz@gmail.com |
| New Albany | Michael Kowaleski | Wedding | 4/29/2019 | 9/4/2021 | white-50514@cotcmail.cotc.edu |
| Oklahoma City | Cheyanne King | Wedding | 12/26/2018 | 6/1/2019 | |
| Oklahoma City | Meeting Professionals International Oklahoma Chapter | Business | 4/10/2019 | 6/3/2019 | |
| Oklahoma City | Meeting Professionals International Oklahoma Chapter | Business | 4/10/2019 | 6/4/2019 | |
| Oklahoma City | Gregory Shanbour | Occasion | 4/19/2019 | 6/6/2019 | |
| Oklahoma City | Carson Osborne | Wedding | 12/26/2018 | 6/8/2019 | |
| Oklahoma City | Kirstie Reynolds | Wedding | 12/26/2018 | 6/9/2019 | |
| Oklahoma City | New Song People | Church Group | 3/25/2019 | 6/22/2019 | |
| Oklahoma City | Krystle Bawiga | Wedding | 1/1/2019 | 6/23/2019 | |
| Oklahoma City | Nate Brim | Business | 3/27/2019 | 6/26/2019 | |
| Oklahoma City | Christian Brim | Business | 5/30/2019 | 6/28/2019 | |
| Oklahoma City | Emily Gamble | Wedding | 12/26/2018 | 6/29/2019 | |
| Oklahoma City | New Song People | Church Group | 1/29/2019 | 6/30/2019 | |
| Oklahoma City | New Song People | Church Group | 3/25/2019 | 7/6/2019 | |
| Oklahoma City | Becky Hinchey | Wedding | 12/26/2018 | 7/7/2019 | |
| Oklahoma City | Sandy turner | Occasion | 6/4/2019 | 7/13/2019 | |
| Oklahoma City | Brooke Worcester | Wedding | 12/26/2018 | 7/19/2019 | |
| Oklahoma City | Cynthia Walter | Wedding | 5/2/2019 | 7/20/2019 | |
| Oklahoma City | Alan McClung | Wedding | 2/14/2019 | 7/25/2019 | |
| Oklahoma City | Nora White | Business | 3/2/2019 | 7/26/2019 | |
| Oklahoma City | Charles Henry | Occasion | 7/16/2019 | 7/27/2019 | |
| Oklahoma City | New Song People | Church Group | 1/29/2019 | 7/28/2019 | |
| Oklahoma City | Sarah Blout | Occasion | 4/3/2019 | 7/31/2019 | |
| Oklahoma City | James Thach | Business | 5/31/2019 | 8/1/2019 | James.Thach@expresspros.com |
| Oklahoma City | Tanya Rallinson | Wedding | 5/15/2019 | 8/2/2019 | tanya9180@gmail.com |
| Oklahoma City | Rachelle Russell | Occasion | 6/20/2019 | 8/3/2019 | Rachelle_russell24@yahoo.com |
| Oklahoma City | New Song People | Church Group | 1/29/2019 | 8/4/2019 | |
| Oklahoma City | Heather Forgey | Business | 7/8/2019 | 8/5/2019 | Hforgey@lancome-USA.com |
| Oklahoma City | Stephanie Stewart | Wedding | 12/26/2018 | 8/6/2019 | stephswim@hotmail.com |
| Oklahoma City | Rachel Parker | Wedding | 12/26/2018 | 8/10/2019 | parkerbaby12rmp@gmail.com |
| Oklahoma City | New Song People | Church Group | 1/29/2019 | 8/11/2019 | |
| Oklahoma City | New Song People | Church Group | 1/29/2019 | 8/18/2019 | |
| Oklahoma City | Maintenance Supply | Business | 7/15/2019 | 8/19/2019 | Murray.dean@supplyhq.com |
| Oklahoma City | Maintenance Supply | Business | 7/15/2019 | 8/20/2019 | Murray.dean@supplyhq.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Oklahoma City | prisca Laster | Wedding | 4/26/2019 | 8/24/2019 | chuchuprisca@hotmail.fr |
| Oklahoma City | New Song People | Church Group | 1/29/2019 | 8/25/2019 | |
| Oklahoma City | New Song People | Church Group | 1/29/2019 | 9/1/2019 | |
| Oklahoma City | Kellie Mayberry | Business | 1/22/2019 | 9/5/2019 | Kmayberry@robynpromo.com |
| Oklahoma City | Jeff Smith | Occasion | 5/17/2019 | 9/6/2019 | vsmith@houseloan.com |
| Oklahoma City | Kimberly Cooley | Wedding | 2/15/2019 | 9/7/2019 | Kcooley711@hotmail.com |
| Oklahoma City | New Song People | Church Group | 1/29/2019 | 9/8/2019 | |
| Oklahoma City | Lora Gwartney | Wedding | 12/26/2018 | 9/14/2019 | lora.gwartney@gmail.com |
| Oklahoma City | New Song People | Church Group | 1/29/2019 | 9/15/2019 | |
| Oklahoma City | Joleigha Miller | Wedding | 4/26/2019 | 9/15/2019 | jomijo20@gmail.com |
| Oklahoma City | Jessica Klassen | Business | 7/15/2019 | 9/19/2019 | jessicaklassen@agency720.com |
| Oklahoma City | Mallory Dost | Wedding | 12/26/2018 | 9/21/2019 | Mallorydost@gmail.com |
| Oklahoma City | New Song People | Church Group | 1/29/2019 | 9/22/2019 | |
| Oklahoma City | Tiffany Maddox | Wedding | 12/26/2018 | 9/28/2019 | Danniej3221@yahoo.com |
| Oklahoma City | New Song People | Church Group | 1/29/2019 | 9/29/2019 | |
| Oklahoma City | New Song People | Church Group | 1/29/2019 | 10/6/2019 | |
| Oklahoma City | New Song People | Church Group | 1/29/2019 | 10/13/2019 | |
| Oklahoma City | Kristen Etherton | Wedding | 1/16/2019 | 10/18/2019 | kristenetherton@cox.net |
| Oklahoma City | Mariah Gleason | Wedding | 12/26/2018 | 10/19/2019 | mgleason3@uco.edu |
| Oklahoma City | New Song People | Church Group | 1/29/2019 | 10/20/2019 | |
| Oklahoma City | Teri Tolon | Business | 12/26/2018 | 10/23/2019 | ttolon@abs-ok.com |
| Oklahoma City | Teri Tolon | Business | 12/26/2018 | 10/24/2019 | ttolon@abs-ok.com |
| Oklahoma City | Anitra Anitra | Wedding | 7/5/2019 | 10/26/2019 | Anibob0042@aol.com |
| Oklahoma City | New Song People | Church Group | 1/29/2019 | 10/27/2019 | |
| Oklahoma City | New Song People | Church Group | 1/29/2019 | 11/3/2019 | |
| Oklahoma City | Jen Elliott | Occasion | 12/26/2018 | 11/7/2019 | Jencribbelliott@gmail.com |
| Oklahoma City | Hannah Henry | Wedding | 12/26/2018 | 11/9/2019 | hlhenry44@gmail.com |
| Oklahoma City | New Song People | Church Group | 1/29/2019 | 11/10/2019 | |
| Oklahoma City | Jessica Nightingale | Occasion | 4/23/2019 | 11/13/2019 | amber.carter@life.church |
| Oklahoma City | New Song People | Church Group | 1/29/2019 | 11/17/2019 | |
| Oklahoma City | Katy Cassidy | Wedding | 12/26/2018 | 11/24/2019 | Katy.cassidy81@yahoo.com |
| Oklahoma City | New Song People | Church Group | 1/29/2019 | 11/24/2019 | |
| Oklahoma City | New Song People | Church Group | 1/29/2019 | 12/1/2019 | |
| Oklahoma City | Nora White | Business | 3/2/2019 | 12/6/2019 | nwhite@lifeshareok.org |
| Oklahoma City | Jay Kreft Malarkey Roofing Products | Occasion | 2/28/2019 | 12/7/2019 | jaynedavis@malarkeyroofing.com |
| Oklahoma City | New Song People | Church Group | 1/29/2019 | 12/8/2019 | |
| Oklahoma City | Rebekah Wilson | Wedding | 12/26/2018 | 12/8/2019 | Rrw1292@gmail.com |
| Oklahoma City | Ann Ford | Occasion | 2/11/2019 | 12/14/2019 | Aford@oklahomaspine.com |
| Oklahoma City | New Song People | Church Group | 1/29/2019 | 12/15/2019 | |
| Oklahoma City | Andrea Olsen | Occasion | 6/3/2019 | 12/19/2019 | aolsen@bfok.org |
| Oklahoma City | New Song People | Church Group | 1/29/2019 | 12/22/2019 | |
| Oklahoma City | New Song People | Church Group | 1/29/2019 | 12/29/2019 | |
| Oklahoma City | Bailey Jewell | Wedding | 1/23/2019 | 1/10/2020 | baipatton@yahoo.com |
| Oklahoma City | Pretty Princess Parties | Business | 2/13/2019 | 1/18/2020 | |
| Oklahoma City | Pretty Princess Parties | Business | 4/23/2019 | 2/8/2020 | |
| Oklahoma City | Sarah Sparks | Wedding | 4/12/2019 | 2/29/2020 | sparkyblock@gmail.com |
| Oklahoma City | Stephanie McKenna | Wedding | 6/22/2019 | 3/14/2020 | Smckenna95@hotmail.com |
| Oklahoma City | Kaisha Peters | Wedding | 1/31/2019 | 3/21/2020 | Kjpeters21@gmail.com |
| Oklahoma City | Jodi & Travis Zackery | Wedding | 4/4/2019 | 4/26/2020 | Zackeryjohnson@cox.net |
| Oklahoma City | Katy litton | Wedding | 5/7/2019 | 5/16/2020 | katy-litton@ouhsc.edu |
| Oklahoma City | Xavier Smith | Wedding | 2/28/2019 | 6/20/2020 | xavier.smith@fwisd.org |
| Oklahoma City | Lakeisha Joseph | Wedding | 3/4/2019 | 6/27/2020 | Josephl8465@yahoo.com |
| Oklahoma City | Jennifer Tsai | Wedding | 7/12/2019 | 7/18/2020 | Jennifer11829@yahoo.com |
| Oklahoma City | Shatoria Christian | Wedding | 12/26/2018 | 7/31/2020 | Shatorialowe@gmail.com |
| Omaha | Mollie Cox | Business | 5/26/2019 | 5/29/2019 | |
| Omaha | Mollie Cox | Business | 5/26/2019 | 5/30/2019 | |
| Omaha | Sarah Hortman | Occasion | 4/27/2019 | 5/31/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Omaha | Jamie Rangel | Wedding | 1/2/2019 | 6/1/2019 | |
| Omaha | Elizabeth Sajevic | Wedding | 12/24/2018 | 6/8/2019 | |
| Omaha | Amy Lichty | Business | 5/23/2019 | 6/13/2019 | |
| Omaha | Rachel Langley | Wedding | 1/16/2019 | 6/14/2019 | |
| Omaha | Sara Coufal | Wedding | 12/24/2018 | 6/15/2019 | |
| Omaha | Trios Salon | Business | 5/28/2019 | 6/17/2019 | |
| Omaha | Amy Newman | Business | 5/20/2019 | 6/19/2019 | |
| Omaha | Alex Dorr | Business | 4/12/2019 | 6/20/2019 | |
| Omaha | Abigail Zentner | Wedding | 12/24/2018 | 6/21/2019 | |
| Omaha | Cassie Winnicki | Wedding | 12/24/2018 | 6/22/2019 | |
| Omaha | Beth DeGeorge | Business | 4/10/2019 | 6/26/2019 | |
| Omaha | Brooke Bartak | Wedding | 12/24/2018 | 6/28/2019 | |
| Omaha | Taylor Haag | Wedding | 12/24/2018 | 6/29/2019 | |
| Omaha | Parag Andleigh | Occasion | 3/26/2019 | 6/30/2019 | |
| Omaha | Grace Hill | Church Group | 1/29/2019 | 6/30/2019 | |
| Omaha | Carley Lesley | Wedding | 12/24/2018 | 7/6/2019 | |
| Omaha | Jill Hamilton | Business | 7/5/2019 | 7/11/2019 | |
| Omaha | Sophie Auch Moedy | Wedding | 12/24/2018 | 7/12/2019 | |
| Omaha | Lauren Ball | Wedding | 12/24/2018 | 7/13/2019 | |
| Omaha | Amy Newman | Business | 5/8/2019 | 7/18/2019 | |
| Omaha | Halie Ramaekers | Wedding | 12/24/2018 | 7/20/2019 | |
| Omaha | Amy Augustyn | Business | 5/16/2019 | 7/25/2019 | |
| Omaha | Hannah Gates | Wedding | 12/24/2018 | 7/27/2019 | |
| Omaha | Grace Hill | Church Group | 1/29/2019 | 7/28/2019 | |
| Omaha | Maria Saavedra | Wedding | 12/24/2018 | 8/1/2019 | saavedramt01@yahoo.com |
| Omaha | Ashley Winter | Wedding | 12/24/2018 | 8/2/2019 | winter.ashleyj@gmail.com |
| Omaha | Natalie Green | Wedding | 12/24/2018 | 8/3/2019 | stephengreen223@yahoo.com |
| Omaha | Grace Hill | Church Group | 1/29/2019 | 8/4/2019 | |
| Omaha | Zoe Hull | Business | 6/24/2019 | 8/5/2019 | zoe.hull@567workshops.com |
| Omaha | Zoe Hull | Business | 6/24/2019 | 8/5/2019 | zoe.hull@567workshops.com |
| Omaha | General Motors -Sean Millwood | Business | 7/18/2019 | 8/7/2019 | Sean.millwood@gm.com |
| Omaha | Grace Hill | Church Group | 1/29/2019 | 8/11/2019 | |
| Omaha | Cassandra Eades | Wedding | 12/24/2018 | 8/17/2019 | Cleades7@gmail.com |
| Omaha | Grace Hill | Church Group | 1/29/2019 | 8/18/2019 | |
| Omaha | Amy Newman | Business | 5/20/2019 | 8/21/2019 | Amy.Newman@nmhs.org |
| Omaha | Kelsea Nedved | Wedding | 12/24/2018 | 8/23/2019 | kelsnedv@gmail.com |
| Omaha | Brittany Rutherford | Wedding | 12/24/2018 | 8/24/2019 | bbrutherford@yahoo.com |
| Omaha | Grace Hill | Church Group | 1/29/2019 | 8/25/2019 | |
| Omaha | Grace Hill | Church Group | 1/29/2019 | 9/1/2019 | |
| Omaha | Melissa Padgett | Wedding | 12/24/2018 | 9/5/2019 | mellebelle5@yahoo.com |
| Omaha | Kaylee Sippel | Wedding | 2/17/2019 | 9/6/2019 | Kaylee.sippel@gmail.com |
| Omaha | Renee Farris | Wedding | 12/24/2018 | 9/7/2019 | Renee.nicole.f@gmail.com |
| Omaha | Grace Hill | Church Group | 1/29/2019 | 9/8/2019 | |
| Omaha | Jennifer Rodriguez | Wedding | 12/24/2018 | 9/14/2019 | Joshua.b.wolf@icloud.com |
| Omaha | Grace Hill | Church Group | 1/29/2019 | 9/15/2019 | |
| Omaha | Carrie Scarfino | Business | 6/19/2019 | 9/16/2019 | Carrie.scarfino@gm.com |
| Omaha | Amy Newman | Business | 5/20/2019 | 9/19/2019 | Amy.Newman@nmhs.org |
| Omaha | Maggie Reynolds | Wedding | 12/24/2018 | 9/20/2019 | msreyno@gmail.com |
| Omaha | Molly Bruckner | Wedding | 1/14/2019 | 9/21/2019 | bruckner.molly@hotmail.com |
| Omaha | Grace Hill | Church Group | 1/29/2019 | 9/22/2019 | |
| Omaha | Alex Dorr | Business | 7/12/2019 | 9/26/2019 | Alex@cywakeman.com |
| Omaha | Nicholas Kinkead | Wedding | 4/8/2019 | 9/27/2019 | Kinkeadnicholas@gmail.com |
| Omaha | Joe Ballard | Wedding | 12/24/2018 | 9/28/2019 | Bjoelani@yahoo.com |
| Omaha | Grace Hill | Church Group | 1/29/2019 | 9/29/2019 | |
| Omaha | Alex Dorr | Business | 4/12/2019 | 10/2/2019 | Alex@cywakeman.com |
| Omaha | Alex Dorr | Business | 4/12/2019 | 10/3/2019 | Alex@cywakeman.com |
| Omaha | MyKala Erdkamp | Wedding | 1/14/2019 | 10/4/2019 | mnjallman@gmail.com |
| Omaha | Alex Dorr | Business | 4/12/2019 | 10/4/2019 | Alex@cywakeman.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Omaha | Lacie Gooch | Wedding | 1/4/2019 | 10/5/2019 | Laciegooch@hotmail.com |
| Omaha | Grace Hill | Church Group | 1/29/2019 | 10/6/2019 | |
| Omaha | Jason Lange | Business | 12/24/2018 | 10/11/2019 | jwl@mjseniorhousing.com |
| Omaha | Kirstie Gahl | Wedding | 2/1/2019 | 10/12/2019 | Kag1992@hotmail.com |
| Omaha | Grace Hill | Church Group | 1/29/2019 | 10/13/2019 | |
| Omaha | Amy Newman | Business | 5/20/2019 | 10/16/2019 | Amy.Newman@nmhs.org |
| Omaha | Nicholle Nielsen | Wedding | 12/24/2018 | 10/18/2019 | nicniels@hotmail.com |
| Omaha | Jodi Duckert | Wedding | 1/4/2019 | 10/19/2019 | jacarperwedding@gmail.com |
| Omaha | Grace Hill | Church Group | 1/29/2019 | 10/20/2019 | |
| Omaha | Anna Hayworth | Wedding | 3/11/2019 | 10/25/2019 | chayworth@ebputnam.com |
| Omaha | Stephanie MacLellan | Wedding | 12/24/2018 | 10/26/2019 | Saudi6886@gmail.com |
| Omaha | Grace Hill | Church Group | 1/29/2019 | 10/27/2019 | |
| Omaha | Brandi Wilson | Wedding | 1/27/2019 | 10/31/2019 | Blynnwilson87@gmail.com |
| Omaha | Sherri Hinkel | Wedding | 3/28/2019 | 11/1/2019 | sherri@sherrihinkel.com |
| Omaha | Whitney Moody | Wedding | 12/24/2018 | 11/2/2019 | Wmoody113@gmail.com |
| Omaha | Grace Hill | Church Group | 1/29/2019 | 11/3/2019 | |
| Omaha | Grace Hill | Church Group | 1/29/2019 | 11/10/2019 | |
| Omaha | Tabitha Swab | Wedding | 6/8/2019 | 11/11/2019 | Yotabitha@gmail.com |
| Omaha | Cassidy Alfers | Wedding | 12/24/2018 | 11/16/2019 | cassidyalfers114@gmail.com |
| Omaha | Grace Hill | Church Group | 1/29/2019 | 11/17/2019 | |
| Omaha | Grace Hill | Church Group | 1/29/2019 | 11/24/2019 | |
| Omaha | Shelby Stogner | Wedding | 12/24/2018 | 11/30/2019 | Shelbylstogner@gmail.com |
| Omaha | Grace Hill | Church Group | 1/29/2019 | 12/1/2019 | |
| Omaha | Jill Hamilton | Occasion | 1/24/2019 | 12/6/2019 | Jhamilton@carsonwealth.com |
| Omaha | Grace Hill | Church Group | 1/29/2019 | 12/8/2019 | |
| Omaha | Erin Backhuus | Wedding | 1/3/2019 | 12/14/2019 | Ebackhuus@yahoo.com |
| Omaha | Grace Hill | Church Group | 1/29/2019 | 12/15/2019 | |
| Omaha | Grace Hill | Church Group | 2/1/2019 | 12/18/2019 | |
| Omaha | Grace Hill | Church Group | 1/29/2019 | 12/22/2019 | |
| Omaha | Grace Hill | Church Group | 1/29/2019 | 12/29/2019 | |
| Omaha | Emily Rookstool | Wedding | 6/20/2019 | 1/3/2020 | rookstool@cox.net |
| Omaha | JJ Schrick | Wedding | 2/28/2019 | 1/11/2020 | Jjalexwedding@gmail.com |
| Omaha | Paige Higginbotham | Wedding | 4/18/2019 | 3/28/2020 | Higginbotham2014@gmail.com |
| Omaha | Melissa Mente | Wedding | 5/8/2019 | 4/4/2020 | mmente25@gmail.com |
| Omaha | Nicole Dodson | Wedding | 12/24/2018 | 4/17/2020 | Coley7880@gmail.com |
| Omaha | Shannon Clayton | Occasion | 4/2/2019 | 4/18/2020 | Sclayton@springfieldplatteview.org |
| Omaha | Marysa Wilson | Wedding | 12/24/2018 | 4/25/2020 | Marysawilson00@gmail.com |
| Omaha | Amanda Walters | Wedding | 5/21/2019 | 5/2/2020 | |
| Omaha | Emily Vandersnick | Wedding | 12/24/2018 | 5/9/2020 | evandersnick1@gmail.com |
| Omaha | Sarah Turner | Wedding | 2/24/2019 | 5/16/2020 | Saraheturner10@gmail.com |
| Omaha | Mike Bair | Wedding | 6/28/2019 | 5/23/2020 | Michaelbair723@gmail.com |
| Omaha | Jamie Tran | Wedding | 2/17/2019 | 5/30/2020 | connorandjamiewedding@gmail.com |
| Omaha | Olivia Anderson | Wedding | 3/18/2019 | 6/12/2020 | Oliviaabril93@gmail.com |
| Omaha | Emily Leichner | Wedding | 1/7/2019 | 6/13/2020 | emilyleichner@yahoo.com |
| Omaha | Laura Kraniewski | Wedding | 3/16/2019 | 6/20/2020 | Laura.kraniewski@ops.org |
| Omaha | Emily Crain | Wedding | 2/22/2019 | 6/26/2020 | Endyc6@gmail.com |
| Omaha | Lakeshya Erving | Wedding | 4/23/2019 | 6/27/2020 | jeannettefacesofhope@gmail.com |
| Omaha | Natalie Williams | Wedding | 7/15/2019 | 7/4/2020 | Nwilliams.cfni@gmail.com |
| Omaha | Siera Gerdes | Wedding | 1/14/2019 | 7/11/2020 | |
| Omaha | Jaquawna Watts | Wedding | 2/28/2019 | 7/18/2020 | quawnawatts@yahoo.com |
| Omaha | David Kampschneider | Wedding | 5/30/2019 | 7/25/2020 | davidkamps@cox.net |
| Omaha | Esmy Eliwise | Wedding | 1/6/2019 | 8/1/2020 | eliwise85@gmail.com |
| Omaha | Renee henderson | Wedding | 12/24/2018 | 8/2/2020 | Reneehenderson17@me.com |
| Omaha | Taylor Holzfaster | Wedding | 4/30/2019 | 8/15/2020 | taylor.a.holzfaster@gmail.com |
| Omaha | Alexandria Legge | Wedding | 3/5/2019 | 8/22/2020 | alexandria.legge@yahoo.com |
| Omaha | Kyndra Jensen | Wedding | 7/18/2019 | 8/28/2020 | jensenkyndra@gmail.com |
| Omaha | Katie Nelson | Wedding | 4/29/2019 | 9/4/2020 | katie.nelson20@gmail.com |
| Omaha | Jessica Coufal | Wedding | 7/18/2019 | 9/19/2020 | Jessica.coufal@gmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Omaha | Jennifer Schellen | Wedding | 7/20/2019 | 9/26/2020 | jschellen25@gmail.com |
| Omaha | Christina Bechtol | Wedding | 7/15/2019 | 10/17/2020 | Bechtolc21@gmail.com |
| Omaha | Breanna Williams | Wedding | 12/24/2018 | 10/20/2020 | breakwilliams31@gmail.com |
| Omaha | Mackenzie Ehrenfried | Wedding | 1/30/2019 | 10/24/2020 | mackenzie.ehrenfried@gmail.com |
| Overland Park | Madison Ryan O'Connor | Wedding | 12/27/2018 | 5/31/2019 | |
| Overland Park | Rachel Madrid | Wedding | 12/27/2018 | 6/1/2019 | |
| Overland Park | Destiny Davenport | Wedding | 12/27/2018 | 6/2/2019 | |
| Overland Park | Kacie Brown | Wedding | 12/27/2018 | 6/8/2019 | |
| Overland Park | Savannah Arnold | Wedding | 12/27/2018 | 6/13/2019 | |
| Overland Park | Amber Williams | Occasion | 12/27/2018 | 6/22/2019 | |
| Overland Park | susan wolski | Occasion | 5/7/2019 | 6/23/2019 | |
| Overland Park | Erica Perkins | Occasion | 6/19/2019 | 6/25/2019 | |
| Overland Park | Sreedhar busanelli | Occasion | 3/6/2019 | 6/28/2019 | |
| Overland Park | Crystal Boyington | Wedding | 12/27/2018 | 6/29/2019 | |
| Overland Park | Dominique Cheeseborough | Wedding | 12/27/2018 | 7/5/2019 | |
| Overland Park | Annie Herr | Wedding | 12/27/2018 | 7/6/2019 | |
| Overland Park | Lenore Gillem | Business | 6/18/2019 | 7/10/2019 | |
| Overland Park | Lenore Gillem | Business | 6/18/2019 | 7/11/2019 | |
| Overland Park | Anne Donohue | Wedding | 12/27/2018 | 7/13/2019 | |
| Overland Park | Melissa Shineman | Wedding | 12/27/2018 | 7/19/2019 | |
| Overland Park | Tierra Howard | Wedding | 12/27/2018 | 7/20/2019 | |
| Overland Park | Summer Salem | Occasion | 5/24/2019 | 7/25/2019 | |
| Overland Park | Alyssa Strange | Wedding | 12/27/2018 | 7/26/2019 | |
| Overland Park | Iona Witherspoon | Wedding | 12/27/2018 | 7/27/2019 | |
| Overland Park | Elizabeth Mendez | Occasion | 3/14/2019 | 8/2/2019 | lmendez312@gmail.com |
| Overland Park | Tierra Finch Simmons | Wedding | 12/27/2018 | 8/3/2019 | Teirrafinch@gmail.com |
| Overland Park | Janae Newman | Wedding | 12/27/2018 | 8/4/2019 | janaenew3@gmail.com |
| Overland Park | Josh Cody | Church Group | 5/3/2019 | 8/8/2019 | |
| Overland Park | Swarup Daggupati | Occasion | 7/14/2019 | 8/9/2019 | Swarup33.dba@gmail.com |
| Overland Park | Ashton Villegas | Wedding | 12/27/2018 | 8/10/2019 | avillegas1123@gmail.com |
| Overland Park | Lauren Stein | Wedding | 1/7/2019 | 8/17/2019 | laurenpstein@gmail.com |
| Overland Park | Nekeisha Buckley | Wedding | 12/27/2018 | 8/18/2019 | |
| Overland Park | Abigail Bishop | Wedding | 12/27/2018 | 8/24/2019 | Abigailtayte@yahoo.com |
| Overland Park | Josh Cody | Church Group | 5/3/2019 | 8/25/2019 | |
| Overland Park | Samantha Johnson | Wedding | 2/9/2019 | 8/29/2019 | samtjemail@gmail.com |
| Overland Park | Maria Jaime | Occasion | 12/27/2018 | 8/31/2019 | ale2gre@gmail.com |
| Overland Park | Dave Peterson | Wedding | 12/27/2018 | 9/7/2019 | dp5001@yahoo.com |
| Overland Park | Shannon Strong | Wedding | 2/26/2019 | 9/8/2019 | shannonmariestrong@gmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 9/15/2019 | |
| Overland Park | Summer Wheeler | Wedding | 12/27/2018 | 9/17/2019 | cek797655@gmail.com |
| Overland Park | Rachel Frye | Wedding | 12/27/2018 | 9/21/2019 | Refrye22@gmail.com |
| Overland Park | Olivia Jones | Wedding | 4/1/2019 | 9/22/2019 | gdwhite7@gmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 9/22/2019 | |
| Overland Park | Nicki Brosch | Wedding | 12/27/2018 | 9/28/2019 | mjbrosch0108@gmail.com |
| Overland Park | Lindsey Jackson | Wedding | 2/12/2019 | 9/29/2019 | jacksonlindsey@live.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 9/29/2019 | |
| Overland Park | Kaitlyn Wallace | Wedding | 12/27/2018 | 10/4/2019 | kbwallace16@gmail.com |
| Overland Park | Marisol Aleman | Wedding | 12/27/2018 | 10/5/2019 | tinomtzkc@yahoo.com |
| Overland Park | Jordan Colin | Wedding | 12/27/2018 | 10/6/2019 | jordan@ibsmidwest.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 10/6/2019 | |
| Overland Park | Lisa Mendez | Wedding | 12/27/2018 | 10/11/2019 | lmmendez17@yahoo.com |
| Overland Park | Lori Fugitt | Wedding | 12/27/2018 | 10/12/2019 | Stiltsl@yahoo.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 10/13/2019 | |
| Overland Park | Evidence Management | Church Group | 1/27/2019 | 10/16/2019 | |
| Overland Park | Evidence Management | Church Group | 1/27/2019 | 10/17/2019 | |
| Overland Park | Dakota Gordon | Occasion | 4/17/2019 | 10/17/2019 | karib712@aol.com |
| Overland Park | Dakota Gordon | Wedding | 12/27/2018 | 10/18/2019 | dakotagordon1991@yahoo.com |
| Overland Park | Aubrey Speake | Wedding | 12/27/2018 | 10/19/2019 | Als-32@hotmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Overland Park | Brittany Socha | Wedding | 1/30/2019 | 10/20/2019 | brittanysocha@gmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 10/20/2019 | |
| Overland Park | Kayla Parson | Wedding | 12/28/2018 | 10/26/2019 | kjwedding143@yahoo.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 10/27/2019 | |
| Overland Park | Sara Reck | Wedding | 12/28/2018 | 11/2/2019 | Sarareck1@gmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 11/3/2019 | |
| Overland Park | Adriana Aleman | Wedding | 12/28/2018 | 11/9/2019 | adriana82aleman@gmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 11/10/2019 | |
| Overland Park | holly jewell | Wedding | 1/8/2019 | 11/16/2019 | hollyjewell90@yahoo.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 11/17/2019 | |
| Overland Park | Lauren Turner | Wedding | 12/28/2018 | 11/23/2019 | laturner10@gmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 11/24/2019 | |
| Overland Park | Cami Savage | Wedding | 1/29/2019 | 11/30/2019 | Cami@camisavage.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 12/1/2019 | |
| Overland Park | Lindsay Noland | Business | 2/25/2019 | 12/4/2019 | lindsay.noland@nm.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 12/8/2019 | |
| Overland Park | Leah Dornes | Business | 5/10/2019 | 12/12/2019 | Leahd@ctitle.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 12/15/2019 | |
| Overland Park | Karley Jarrett | Wedding | 12/28/2018 | 12/21/2019 | karleyjarrett@gmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 12/22/2019 | |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 12/29/2019 | |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 1/5/2020 | |
| Overland Park | Emily Rankin | Wedding | 3/28/2019 | 1/11/2020 | Emily_rankin91@hotmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 1/12/2020 | |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 1/19/2020 | |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 1/26/2020 | |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 2/2/2020 | |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 2/9/2020 | |
| Overland Park | Laura Traff | Wedding | 5/30/2019 | 2/15/2020 | Ltraff14@gmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 2/16/2020 | |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 2/23/2020 | |
| Overland Park | Alexis Phan | Wedding | 2/16/2019 | 3/1/2020 | Denisephan816@gmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 3/1/2020 | pastor.josh@hopepointkc.com |
| Overland Park | Anallely Garrido | Occasion | 4/11/2019 | 3/7/2020 | Garridoanallely@gmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 3/8/2020 | |
| Overland Park | Angel Rattay | Wedding | 7/19/2019 | 3/14/2020 | angelrattay@gmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 3/15/2020 | |
| Overland Park | Devon Krenzel | Wedding | 6/30/2019 | 3/20/2020 | mansu0520john@gmail.com |
| Overland Park | Elliot Holcomb | Wedding | 5/27/2019 | 3/21/2020 | holcomb.ellie@yahoo.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 3/22/2020 | |
| Overland Park | Alyson Griffin | Wedding | 5/16/2019 | 3/28/2020 | alygriffin7@gmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 3/29/2020 | |
| Overland Park | Elizabeth Gildea | Wedding | 4/20/2019 | 4/4/2020 | egildea927@gmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 4/5/2020 | |
| Overland Park | Maria Vieyra | Wedding | 7/9/2019 | 4/10/2020 | Maria.vieyra15@yahoo.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 4/12/2020 | |
| Overland Park | Evan Burchstead | Wedding | 3/11/2019 | 4/18/2020 | eburchstead@gmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 4/19/2020 | |
| Overland Park | Candra Camerlynck | Wedding | 2/2/2019 | 4/25/2020 | Candra.rachelle@gmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 4/26/2020 | |
| Overland Park | Jordyn Gray | Wedding | 12/28/2018 | 5/2/2020 | j.gray13@hotmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 5/3/2020 | |
| Overland Park | Kirsten Erikson | Wedding | 3/14/2019 | 5/9/2020 | Kirstenmerikson@gmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 5/10/2020 | |
| Overland Park | Monique Lane | Wedding | 3/18/2019 | 5/16/2020 | MorrisToCome420@gmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 5/17/2020 | |
| Overland Park | Elizabeth Parra | Occasion | 5/10/2019 | 5/23/2020 | parraivanip@outlook.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 5/24/2020 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Overland Park | Sarah Fogarty | Wedding | 1/23/2019 | 5/30/2020 | rubendable@gmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 5/31/2020 | |
| Overland Park | Sky Morrell | Wedding | 7/10/2019 | 6/5/2020 | smorrell93@gmail.com |
| Overland Park | Shelby Bratton | Wedding | 12/28/2018 | 6/6/2020 | Alyssamichellestrange@gmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 6/7/2020 | |
| Overland Park | Te'Aun Bell | Wedding | 2/9/2019 | 6/13/2020 | Teaunbell18@yahoo.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 6/14/2020 | |
| Overland Park | Travis House | Wedding | 12/28/2018 | 6/20/2020 | houset1995@gmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 6/21/2020 | |
| Overland Park | Lianne Freesemann | Wedding | 1/26/2019 | 6/27/2020 | Liannemarie827@gmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 6/28/2020 | |
| Overland Park | Jake Miller | Wedding | 2/17/2019 | 7/3/2020 | Marrytobeamiller@gmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 7/5/2020 | |
| Overland Park | Brooke Geenens | Wedding | 3/20/2019 | 7/11/2020 | bgeenens@gmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 7/12/2020 | |
| Overland Park | JayJay Lowery | Wedding | 2/14/2019 | 7/18/2020 | |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 7/19/2020 | |
| Overland Park | Christina Taylor | Wedding | 3/14/2019 | 7/25/2020 | c.r.taylor1283@gmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 7/26/2020 | |
| Overland Park | Michelle Gardner | Wedding | 6/18/2019 | 7/31/2020 | mgardner1994@gmail.com |
| Overland Park | Sandra cazares | Occasion | 3/14/2019 | 8/1/2020 | Sandyosmar@Yahoo.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 8/2/2020 | |
| Overland Park | Hannah Scheck | Wedding | 7/24/2019 | 8/7/2020 | hscheck98@hotmail.com |
| Overland Park | Victoria Reese | Wedding | 4/29/2019 | 8/8/2020 | Tori.reese85@gmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 8/9/2020 | |
| Overland Park | Karen Alvarado | Wedding | 6/4/2019 | 8/15/2020 | Karen12188951@gmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 8/16/2020 | |
| Overland Park | Hannah Angell | Wedding | 7/22/2019 | 8/22/2020 | Angell.hannahl@gmail.com |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 8/23/2020 | |
| Overland Park | Josh Cody | Church Group | 4/3/2019 | 8/30/2020 | |
| Overland Park | Jakara Lee | Wedding | 3/15/2019 | 9/5/2020 | 09jaklee@gmail.com |
| Overland Park | Simulondoe Bruce | Wedding | 7/8/2019 | 9/6/2020 | Simulondoe.bruce@yahoo.com |
| Overland Park | Josh Cody | Church Group | 3/30/2019 | 9/6/2020 | |
| Overland Park | Emily Pfeifer | Wedding | 4/3/2019 | 9/12/2020 | emily.pfeifer1993@gmail.com |
| Overland Park | Genesis Pineda | Wedding | 7/8/2019 | 9/18/2020 | gmp90720@gmail.com |
| Overland Park | Jill Stremme | Wedding | 7/24/2019 | 9/26/2020 | jillmackstemme@gmail.com |
| Overland Park | Kayla Yaniro | Wedding | 4/29/2019 | 10/3/2020 | lemonsx2@hotmail.com |
| Overland Park | Ling Chen | Wedding | 4/25/2019 | 10/10/2020 | Ling_c18@yahoo.com |
| Overland Park | Amy Bradford | Wedding | 5/3/2019 | 10/17/2020 | abradford@dunbrooke.com |
| Overland Park | Jacque Racy | Wedding | 5/7/2019 | 10/18/2020 | Jacqueracy@gmail.com |
| Overland Park | Becky Miller | Wedding | 7/26/2019 | 10/24/2020 | Beckylmiller91@gmail.com |
| Overland Park | Bailey Barnhart | Wedding | 6/19/2019 | 11/7/2020 | bailbarn@gmail.com |
| Overland Park | Tatyana Romero | Wedding | 2/16/2019 | 11/19/2020 | tatyromero1120@yahoo.com |
| Richardson | Courtney Morris | Wedding | 12/21/2018 | 5/31/2019 | |
| Richardson | Esli Espinoza | Wedding | 2/11/2019 | 6/1/2019 | |
| Richardson | Create Church | Church Group | 3/1/2019 | 6/2/2019 | |
| Richardson | Manuel Chavira | Occasion | 4/9/2019 | 6/4/2019 | |
| Richardson | Megan Fenton | Occasion | 5/11/2019 | 6/6/2019 | |
| Richardson | Jennifer Debebs | Occasion | 1/11/2019 | 6/7/2019 | |
| Richardson | Santa Avalier | Occasion | 2/8/2019 | 6/8/2019 | |
| Richardson | Create Church | Church Group | 3/1/2019 | 6/9/2019 | |
| Richardson | Lawrence Zaverl | Occasion | 5/22/2019 | 6/13/2019 | |
| Richardson | Cherone Thomas | Occasion | 12/21/2018 | 6/14/2019 | |
| Richardson | Neisha Iasha (Queneisha Rhodes) | Wedding | 2/27/2019 | 6/15/2019 | |
| Richardson | Create Church | Church Group | 3/1/2019 | 6/16/2019 | |
| Richardson | Saira Subzwari | Occasion | 5/8/2019 | 6/21/2019 | |
| Richardson | Kerri Dunsworth Edmentum | Business | 5/8/2019 | 6/21/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Richardson | Eboni Thomas | Wedding | 12/21/2018 | 6/22/2019 | |
| Richardson | Cathy Craven / Samsung | Business | 6/13/2019 | 6/26/2019 | |
| Richardson | Cathy Craven / Samsung | Business | 6/13/2019 | 6/27/2019 | |
| Richardson | Jennifer Debebs | Occasion | 6/26/2019 | 6/28/2019 | |
| Richardson | Regan Munoz | Wedding | 1/20/2019 | 6/29/2019 | |
| Richardson | Medina Husean | Occasion | 3/15/2019 | 6/30/2019 | |
| Richardson | Henry Medina | Wedding | 1/22/2019 | 7/4/2019 | |
| Richardson | Syeda Sanjana | Occasion | 2/5/2019 | 7/6/2019 | |
| Richardson | Create Church | Church Group | 5/30/2019 | 7/7/2019 | |
| Richardson | Luba Timchinna | Business | 7/3/2019 | 7/11/2019 | |
| Richardson | Jericka Gaskamp | Business | 6/21/2019 | 7/11/2019 | |
| Richardson | Libbie Simonton | Occasion | 4/23/2019 | 7/13/2019 | |
| Richardson | Chris Holdaway | Business | 5/21/2019 | 7/13/2019 | |
| Richardson | Mike Finley | Business | 6/18/2019 | 7/15/2019 | |
| Richardson | Fethia Kedir | Occasion | 7/2/2019 | 7/15/2019 | |
| Richardson | Mike Finley | Business | 6/18/2019 | 7/16/2019 | |
| Richardson | Mike Finley | Business | 6/18/2019 | 7/17/2019 | |
| Richardson | Create Church | Church Group | 7/8/2019 | 7/21/2019 | |
| Richardson | Create Church | Church Group | 7/15/2019 | 7/21/2019 | |
| Richardson | James Gandy | Business | 6/21/2019 | 7/22/2019 | |
| Richardson | James Gandy | Business | 6/21/2019 | 7/23/2019 | |
| Richardson | Maheen Mushtaq | Occasion | 2/28/2019 | 7/26/2019 | |
| Richardson | Cheryl Thaxton | Occasion | 6/13/2019 | 7/27/2019 | |
| Richardson | Brenda Hurd | Occasion | 6/3/2019 | 7/27/2019 | |
| Richardson | DSI Training | Business | 7/8/2019 | 7/30/2019 | |
| Richardson | Ada Alexander | Occasion | 7/12/2019 | 8/2/2019 | Aogugua1@gmail.com |
| Richardson | Rozil Mathew | Occasion | 4/23/2019 | 8/3/2019 | Rozilmathew@gmail.com |
| Richardson | Create Church | Church Group | 6/5/2019 | 8/4/2019 | Banks.babade@createchurch.com |
| Richardson | Create Church | Church Group | 6/5/2019 | 8/11/2019 | Banks.babade@createchurch.com |
| Richardson | Create Church | Church Group | 6/5/2019 | 8/18/2019 | Banks.babade@createchurch.com |
| Richardson | Laura Brown - Main Taylor Kiefer | Business | 12/20/2018 | 8/21/2019 | laura.brown@ti.com |
| Richardson | Create Church | Church Group | 6/5/2019 | 8/25/2019 | Banks.babade@createchurch.com |
| Richardson | Chamber of Conference Richardson | Business | 2/18/2019 | 9/4/2019 | andrea@richardsonchamber.com |
| Richardson | Aubrey Barnett | Wedding | 4/3/2019 | 9/6/2019 | holland972019@gmail.com |
| Richardson | Brenda Hutson | Occasion | 5/9/2019 | 9/18/2019 | Brenda@circlesco.com |
| Richardson | Brenda / Morgan for Refund Hutson | Occasion | 5/9/2019 | 9/19/2019 | morgan@circlesco.com |
| Richardson | Julie Joseph & Shawn Brooks | Wedding | 2/22/2019 | 9/21/2019 | julieandshawn91@gmail.com |
| Richardson | United Church Of god | Church Group | 1/22/2019 | 10/9/2019 | |
| Richardson | Jackie Martinez | Wedding | 12/21/2018 | 10/12/2019 | Jackie_benitez22@yahoo.com |
| Richardson | Andrea Ghotekar (Mark Theurer) | Business | 5/28/2019 | 10/17/2019 | aghotekar@npitx.org |
| Richardson | Eryn Hall (We Are Declare) | Occasion | 2/5/2019 | 10/21/2019 | Eryn@wearedeclare.com |
| Richardson | Eryn Hall (We Are Declare) | Occasion | 2/5/2019 | 10/22/2019 | Eryn@wearedeclare.com |
| Richardson | Eryn Hall (We Are Declare) | Occasion | 2/5/2019 | 10/23/2019 | Eryn@wearedeclare.com |
| Richardson | Juan Ramirez | Occasion | 2/24/2019 | 11/2/2019 | jcrv17@gmail.com |
| Richardson | Yenis Reyes | Wedding | 2/24/2019 | 11/10/2019 | yenisreyes1@gmail.com |
| Richardson | Oyesanmi Bolaji | Wedding | 6/28/2019 | 11/16/2019 | Borhlargee@gmail.com |
| Richardson | Chamber of Commerce Richardson | Business | 2/18/2019 | 12/4/2019 | andrea@richardsonchamber.com |
| Richardson | Jillian Hawkins | Business | 6/27/2019 | 12/6/2019 | jhawkins@lgt-cpa.com |
| Richardson | Katie Warnick | Wedding | 12/21/2018 | 12/28/2019 | katie.warnick@gmail.com |
| Richardson | Jessica DeLatte and Austin Howard | Wedding | 5/30/2019 | 2/1/2020 | Mail@austinandjessica.com |
| Richardson | Casandra Jones | Wedding | 5/24/2019 | 2/15/2020 | ceeredchi44@hotmail.com |
| Richardson | Hannah Green | Wedding | 3/2/2019 | 2/22/2020 | Hannahbethgreen29@gmail.com |
| Richardson | Valencia Marvray | Wedding | 5/17/2019 | 3/6/2020 | Tvmarvray@gmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Richardson | Laura Aguilar | Occasion | 4/22/2019 | 3/28/2020 | lauracaguilar@yahoo.com |
| Richardson | Kimberly Travis | Wedding | 3/9/2019 | 4/18/2020 | kimmie940@att.net |
| Richardson | Katherine Zelaya | Wedding | 4/5/2019 | 5/17/2020 | katandrogerp@gmail.com |
| Richardson | Britney Beard | Wedding | 4/14/2019 | 7/26/2020 | brenarab@gmail.com |
| Richardson | Kiara Morris | Wedding | 6/6/2019 | 7/31/2020 | Ms.kiaram7@gmail.com |
| Richardson | Haley Vines | Wedding | 6/4/2019 | 10/23/2020 | knightdakota44@gmail.com |
| Richardson | Maria Espinoza | Occasion | 5/22/2019 | 12/12/2020 | mrsespinoza09@yahoo.com |
| San Antonio | Jenny Baine | Business | 5/24/2019 | 5/29/2019 | |
| San Antonio | Regina Murphy | Occasion | 3/11/2019 | 5/29/2019 | |
| San Antonio | Jenny Baine | Business | 5/24/2019 | 5/30/2019 | |
| San Antonio | Alexis Mendoza | Wedding | 12/27/2018 | 6/1/2019 | |
| San Antonio | Hope Cowart | Business | 5/11/2019 | 6/5/2019 | |
| San Antonio | Miranda Gonzales | Wedding | 12/27/2018 | 6/8/2019 | |
| San Antonio | Rae Gonzalez | Wedding | 12/28/2018 | 6/15/2019 | |
| San Antonio | Joanna Ellis Academy Mortgage | Business | 5/24/2019 | 6/19/2019 | |
| San Antonio | Mildred Monreal | Occasion | 2/15/2019 | 6/20/2019 | |
| San Antonio | Annalisa Martinez | Wedding | 1/15/2019 | 6/22/2019 | |
| San Antonio | Derek Guillory | Occasion | 5/13/2019 | 6/24/2019 | |
| San Antonio | Clarissa Rendon/ Eder Carrillo | Occasion | 6/12/2019 | 6/27/2019 | |
| San Antonio | Robin Frank | Business | 6/7/2019 | 6/29/2019 | |
| San Antonio | Clementine Recio | Wedding | 4/8/2019 | 6/30/2019 | |
| San Antonio | Ty-Asia Atkinson | Wedding | 1/15/2019 | 7/3/2019 | |
| San Antonio | Andre Tucker | Occasion | 5/1/2019 | 7/5/2019 | |
| San Antonio | April Jimenez | Occasion | 12/27/2018 | 7/6/2019 | |
| San Antonio | Adrian Hysten | Wedding | 12/27/2018 | 7/11/2019 | |
| San Antonio | Amira Mendez | Wedding | 1/10/2019 | 7/13/2019 | |
| San Antonio | Letty ATKG | Business | 5/29/2019 | 7/15/2019 | |
| San Antonio | Allyson Cassiano | Business | 6/22/2019 | 7/18/2019 | |
| San Antonio | Tahira Fahim | Wedding | 1/28/2019 | 7/20/2019 | |
| San Antonio | Jenny Baine | Business | 6/5/2019 | 7/23/2019 | |
| San Antonio | Jenny Baine | Business | 6/5/2019 | 7/24/2019 | |
| San Antonio | Audra Brigham | Wedding | 1/15/2019 | 7/25/2019 | |
| San Antonio | Martina Colunga | Occasion | 5/20/2019 | 8/2/2019 | martinacolunga1965@gmail.com |
| San Antonio | Katie Misfeldt | Wedding | 12/27/2018 | 8/3/2019 | katie.misfeldt@gmail.com |
| San Antonio | Living Stone | Church Group | 1/29/2019 | 8/4/2019 | |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 7/16/2019 | 8/5/2019 | |
| San Antonio | Krystal Saenz | Business | 7/10/2019 | 8/5/2019 | krystalsaenz@iheartmedia.com |
| San Antonio | Krystal Saenz | Business | 7/10/2019 | 8/6/2019 | krystalsaenz@iheartmedia.com |
| San Antonio | Krystal Saenz | Business | 7/10/2019 | 8/7/2019 | krystalsaenz@iheartmedia.com |
| San Antonio | Heather Hudson | Occasion | 5/16/2019 | 8/8/2019 | Transformandsucceed2014@gmail.com |
| San Antonio | Kaziah Balderrama | Occasion | 6/4/2019 | 8/10/2019 | Ziahjenee@gmail.com |
| San Antonio | Living Stone | Church Group | 1/29/2019 | 8/11/2019 | |
| San Antonio | Keri Brown | Business | 7/26/2019 | 8/14/2019 | KeriBrown@iheartmedia.com |
| San Antonio | Letty ATKG | Business | 5/29/2019 | 8/15/2019 | ldietes@atkgcpa.com |
| San Antonio | Louis Dancer | Occasion | 7/8/2019 | 8/17/2019 | Louis111171@yahoo.com |
| San Antonio | Living Stone | Church Group | 1/29/2019 | 8/18/2019 | |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/8/2019 | 8/18/2019 | |
| San Antonio | First Mark CU | Business | 6/1/2019 | 8/22/2019 | Lisab@firstmarkcu.org |
| San Antonio | Mark Groesbeck | Wedding | 7/23/2019 | 8/24/2019 | magroesbeck@gmail.com |
| San Antonio | Living Stone | Church Group | 1/29/2019 | 8/25/2019 | |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/8/2019 | 8/25/2019 | |
| San Antonio | Alyssa Cedillo | Wedding | 12/27/2018 | 8/31/2019 | amcedillo@hotmail.com |
| San Antonio | Nathalie Flores | Wedding | 12/27/2018 | 9/1/2019 | natyflores60@gmail.com |
| San Antonio | Living Stone | Church Group | 1/29/2019 | 9/1/2019 | |
| San Antonio | Gabrielle Bell | Wedding | 12/27/2018 | 9/7/2019 | gabbybell247@yahoo.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| San Antonio | Living Stone | Church Group | 1/29/2019 | 9/8/2019 | |
| | Life Community Church Rodney | | | | |
| San Antonio | Derrick | Church Group | 5/8/2019 | 9/8/2019 | |
| San Antonio | Anthony Cosby | Occasion | 7/14/2019 | 9/12/2019 | Anthonycosby40@gmail.com |
| San Antonio | Noor Noor | Occasion | 7/27/2019 | 9/13/2019 | nooruddinassar@gmail.com |
| San Antonio | Valerie Francis | Wedding | 12/27/2018 | 9/14/2019 | vmpena210@gmail.com |
| San Antonio | Living Stone | Church Group | 1/29/2019 | 9/15/2019 | |
| | Life Community Church Rodney | | | | |
| San Antonio | Derrick | Church Group | 5/8/2019 | 9/15/2019 | |
| San Antonio | Rosita Chavez-Rodriguez | Occasion | 3/8/2019 | 9/21/2019 | rosita1chavez@outlook.com |
| San Antonio | Living Stone | Church Group | 1/29/2019 | 9/22/2019 | |
| | Life Community Church Rodney | | | | |
| San Antonio | Derrick | Church Group | 5/8/2019 | 9/22/2019 | |
| San Antonio | Letty ATKG | Business | 5/29/2019 | 9/25/2019 | ldietes@atkgcpa.com |
| San Antonio | Veronika Welt | Wedding | 3/18/2019 | 9/27/2019 | passionloyatyhonor@yahoo.com |
| San Antonio | Living Stone | Church Group | 1/29/2019 | 9/29/2019 | |
| | Life Community Church Rodney | | | | |
| San Antonio | Derrick | Church Group | 5/8/2019 | 9/29/2019 | |
| San Antonio | Jessica Busey | Wedding | 2/27/2019 | 10/4/2019 | Jessbusey1004@gmail.com |
| San Antonio | Janet Hadaway | Occasion | 3/5/2019 | 10/5/2019 | hadaway2017@twc.com |
| San Antonio | Living Stone | Church Group | 1/29/2019 | 10/6/2019 | |
| | Life Community Church Rodney | | | | |
| San Antonio | Derrick | Church Group | 5/8/2019 | 10/6/2019 | |
| San Antonio | Megan Smith | Business | 7/29/2019 | 10/8/2019 | Megan.N.Smith@lennar.com |
| San Antonio | Erica Arredondo | Wedding | 12/27/2018 | 10/11/2019 | ericana1989@gmail.com |
| San Antonio | Sarah Centeno | Wedding | 12/27/2018 | 10/12/2019 | sarahcenteno7@gmail.com |
| San Antonio | Living Stone | Church Group | 1/29/2019 | 10/13/2019 | |
| | Life Community Church Rodney | | | | |
| San Antonio | Derrick | Church Group | 5/8/2019 | 10/13/2019 | |
| San Antonio | Living Stone | Church Group | 1/29/2019 | 10/20/2019 | |
| | Life Community Church Rodney | | | | |
| San Antonio | Derrick | Church Group | 5/8/2019 | 10/20/2019 | |
| San Antonio | Kim Hager | Occasion | 3/26/2019 | 10/26/2019 | nezi.davenport@sbcglobal.net |
| San Antonio | Living Stone | Church Group | 1/29/2019 | 10/27/2019 | |
| | Life Community Church Rodney | | | | |
| San Antonio | Derrick | Church Group | 5/8/2019 | 10/27/2019 | |
| San Antonio | Anthony Toliver | Wedding | 12/28/2018 | 11/1/2019 | Toliver0405@gmail.com |
| San Antonio | Donna O'Kelley | Wedding | 12/27/2018 | 11/2/2019 | dwokelley@gmail.com |
| San Antonio | Living Stone | Church Group | 1/29/2019 | 11/3/2019 | |
| San Antonio | David Sanchez | Wedding | 1/30/2019 | 11/8/2019 | Mandj2526@yahoo.com |
| San Antonio | Carmen Yarbrough | Wedding | 1/26/2019 | 11/9/2019 | Carmen.yarbrough@yahoo.com |
| San Antonio | Living Stone | Church Group | 1/29/2019 | 11/10/2019 | |
| | Life Community Church Rodney | | | | |
| San Antonio | Derrick | Church Group | 5/8/2019 | 11/10/2019 | |
| San Antonio | Vanessa Rowe | Business | 7/23/2019 | 11/14/2019 | Vanessa.rowe@cwt-me.com |
| San Antonio | Griselda Tamez | Occasion | 12/28/2018 | 11/16/2019 | Gtamez79@gmail.com |
| San Antonio | Living Stone | Church Group | 1/29/2019 | 11/17/2019 | |
| | Life Community Church Rodney | | | | |
| San Antonio | Derrick | Church Group | 5/8/2019 | 11/17/2019 | |
| San Antonio | First Mark CU | Business | 6/1/2019 | 11/21/2019 | Lisab@firstmarkcu.org |
| San Antonio | David Salazar | Wedding | 1/8/2019 | 11/23/2019 | arlxcast@gmail.com |
| San Antonio | Living Stone | Church Group | 1/29/2019 | 11/24/2019 | |
| | Life Community Church Rodney | | | | |
| San Antonio | Derrick | Church Group | 5/8/2019 | 11/24/2019 | |
| San Antonio | Tomas Schramme | Occasion | 7/23/2019 | 11/26/2019 | Ts180037@yahoo.com |
| San Antonio | Binni Khatri | Occasion | 12/27/2018 | 11/30/2019 | binnikhatri@yahoo.com |
| San Antonio | Living Stone | Church Group | 1/29/2019 | 12/1/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/8/2019 | 12/1/2019 | |
| San Antonio | Living Stone | Church Group | 2/11/2019 | 12/4/2019 | lydia@iamalivingstone.org |
| San Antonio | cary larsen | Business | 7/1/2019 | 12/6/2019 | clarsen@franklinmgt.net |
| San Antonio | Logan Marquez | Wedding | 4/1/2019 | 12/7/2019 | Lcm9761@yahoo.com |
| San Antonio | Living Stone | Church Group | 1/29/2019 | 12/8/2019 | |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/8/2019 | 12/8/2019 | |
| San Antonio | Letty ATKG | Business | 6/12/2019 | 12/12/2019 | ldietes@atkgcpa.com |
| San Antonio | Tricia Verastegui Yantis Company | Occasion | 4/11/2019 | 12/13/2019 | tverastegui@yantiscompany.com |
| San Antonio | Lucas Piper | Occasion | 2/27/2019 | 12/14/2019 | lpiper@txliver.com |
| San Antonio | Living Stone | Church Group | 1/29/2019 | 12/15/2019 | |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/8/2019 | 12/15/2019 | |
| San Antonio | Living Stone | Church Group | 1/29/2019 | 12/22/2019 | |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/8/2019 | 12/22/2019 | |
| San Antonio | Kelsey Russel | Wedding | 3/7/2019 | 12/26/2019 | Kelseyjrussel@gmail.com |
| San Antonio | Living Stone | Church Group | 1/29/2019 | 12/29/2019 | lydia@iamalivingstone.org |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/8/2019 | 12/29/2019 | |
| San Antonio | Valeri Torres | Wedding | 1/8/2019 | 1/2/2020 | valeritorres0418@yahoo.com |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/8/2019 | 1/5/2020 | |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 1/12/2020 | |
| San Antonio | Jacee Hoggatt | Occasion | 1/16/2019 | 1/13/2020 | hoggattjames@att.net |
| San Antonio | Leslie Halford | Wedding | 12/27/2018 | 1/18/2020 | lesliehalford@gmail.com |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 1/19/2020 | |
| San Antonio | Elizabeth Ruiz | Wedding | 1/31/2019 | 1/20/2020 | eruiz169@icloud.com |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 1/26/2020 | |
| San Antonio | Evanjilina Aguilar | Business | 7/17/2019 | 1/29/2020 | eaguilar@jjc.com |
| San Antonio | Evanjilina Aguilar | Business | 7/17/2019 | 1/30/2020 | eaguilar@jjc.com |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 2/2/2020 | |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 2/16/2020 | |
| San Antonio | Kristi Ramirez | Wedding | 12/27/2018 | 2/22/2020 | kristi.l.ramirez@gmail.com |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 2/23/2020 | |
| San Antonio | Sharhonda Anderson | Wedding | 7/10/2019 | 2/29/2020 | Alfredandshay@gmail.com |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 3/1/2020 | |
| San Antonio | San Antonio ENA | Business | 5/29/2019 | 3/5/2020 | Ymoseley99@yahoo.com |
| San Antonio | Mary Merchant | Wedding | 4/7/2019 | 3/7/2020 | Merchant.Mary@icloud.com |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 3/8/2020 | |
| San Antonio | Stephanie Ramirez | Wedding | 3/12/2019 | 3/14/2020 | tanielynn@live.com |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 3/15/2020 | |
| San Antonio | Marisha Robinson | Wedding | 6/25/2019 | 3/21/2020 | Marisha_r22@yahoo.com |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 3/22/2020 | |
| San Antonio | Lizzette Moses | Wedding | 3/6/2019 | 3/28/2020 | Onechicmom@yahoo.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 3/29/2020 | |
| San Antonio | Griselda Lopez | Occasion | 2/26/2019 | 4/4/2020 | Geche.lopez@yahoo.com |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 4/5/2020 | |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 4/12/2020 | |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 4/19/2020 | |
| San Antonio | James Wenzel | Occasion | 6/14/2019 | 4/25/2020 | wenztx@hotmail.com |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 4/26/2020 | |
| San Antonio | Dan and Colleen Marran | Wedding | 5/31/2019 | 5/2/2020 | danazm7@gmail.com |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 5/3/2020 | |
| San Antonio | Chablee Alves | Wedding | 3/24/2019 | 5/9/2020 | chableealves@gmail.com |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 5/10/2020 | |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 5/17/2020 | |
| San Antonio | Diana Marrufo | Wedding | 3/27/2019 | 5/23/2020 | dalshumrani@yahoo.com |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 5/24/2020 | |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 5/31/2020 | |
| San Antonio | Tamisha Tamisha | Wedding | 12/27/2018 | 6/6/2020 | tamisha00@gmail.com |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 6/7/2020 | |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 6/14/2020 | |
| San Antonio | Lindsay Ewell | Wedding | 2/15/2019 | 6/20/2020 | magicallymillerwedding@gmail.com |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 6/21/2020 | |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 6/28/2020 | |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 7/5/2020 | |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 7/12/2020 | |
| San Antonio | Ashtin Ochoa-Gomez | Wedding | 7/9/2019 | 7/18/2020 | Ash5ochoa@yahoo.com |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 7/19/2020 | |
| San Antonio | Brandi Rouse | Wedding | 2/28/2019 | 7/25/2020 | brandi.rm.nichols@gmail.com |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 7/26/2020 | |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 8/2/2020 | |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 8/9/2020 | |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 8/16/2020 | |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/7/2019 | 8/19/2020 | |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 8/23/2020 | |
| San Antonio | Life Community Church Rodney Derrick | Church Group | 5/9/2019 | 8/30/2020 | rodneynderrick@gmail.com |
| San Antonio | Priscilla Torres | Occasion | 2/27/2019 | 9/19/2020 | Cilla6614@gmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| San Antonio | Vanessa Chapa | Wedding | 2/12/2019 | 9/26/2020 | yosh5000@yahoo.com |
| San Antonio | Billy Hunt | Wedding | 7/24/2019 | 10/3/2020 | Whunt62@gmail.com |
| San Antonio | Daniel Padilla | Wedding | 2/12/2019 | 10/10/2020 | Padilla.daniel@yahoo.com |
| San Antonio | Deonna Dominguez | Wedding | 2/28/2019 | 10/17/2020 | Deonnadominguez@yahoo.com |
| San Antonio | Ryan Salgado | Wedding | 6/26/2019 | 10/24/2020 | rrsalgado@gmail.com |
| San Antonio | Gabrielle Negrete | Wedding | 2/27/2019 | 12/12/2020 | gabbi_negrete@yahoo.com |
| South Jordan | Athena Astrain | Business | 5/28/2019 | 5/29/2019 | |
| South Jordan | Patty Rice | Business | 1/16/2019 | 5/29/2019 | |
| South Jordan | Athena Astrain | Business | 5/28/2019 | 5/30/2019 | |
| South Jordan | Dena Nafus | Business | 5/10/2019 | 5/30/2019 | |
| South Jordan | Lauren Finlayson | Business | 5/2/2019 | 5/30/2019 | |
| South Jordan | Bingham High School | Occasion | 12/27/2018 | 5/30/2019 | |
| South Jordan | Armando Garcin | Occasion | 2/16/2019 | 5/31/2019 | |
| South Jordan | Shenna 3p-1a Frost | Occasion | 2/12/2019 | 5/31/2019 | |
| South Jordan | Josh Platt | Wedding | 1/29/2019 | 6/1/2019 | |
| South Jordan | Paulina Orozco | Wedding | 1/14/2019 | 6/1/2019 | |
| South Jordan | MICHELLE HOCK | Business | 5/23/2019 | 6/3/2019 | |
| South Jordan | Rachel Walker | Business | 5/2/2019 | 6/4/2019 | |
| South Jordan | Chad Utley | Business | 6/3/2019 | 6/4/2019 | |
| South Jordan | Kelly Flaherty | Business | 2/26/2019 | 6/4/2019 | |
| South Jordan | Cae Swanger HCA Healthcare/Mountain Star | Business | 3/22/2019 | 6/4/2019 | |
| South Jordan | Kelly Flaherty | Business | 2/26/2019 | 6/5/2019 | |
| South Jordan | Taiana Tuitahi | Occasion | 1/22/2019 | 6/5/2019 | |
| South Jordan | Corinn Brocious | Business | 6/4/2019 | 6/5/2019 | |
| South Jordan | Rachel Walker | Business | 5/2/2019 | 6/5/2019 | |
| South Jordan | Rachel Walker | Business | 5/2/2019 | 6/6/2019 | |
| South Jordan | 100, 102, 301 Hayley Tanner | Wedding | 1/8/2019 | 6/6/2019 | |
| South Jordan | Karol Juarez | Business | 1/20/2019 | 6/7/2019 | |
| South Jordan | Alex Taumoepeau | Occasion | 4/19/2019 | 6/7/2019 | |
| South Jordan | Rachel Walker | Business | 5/2/2019 | 6/7/2019 | |
| South Jordan | Josefina + Leo 2p-11p Paredes | Wedding | 4/26/2019 | 6/7/2019 | |
| South Jordan | Amelia Finau | Occasion | 3/11/2019 | 6/8/2019 | |
| South Jordan | Malanie Ly | Wedding | 12/27/2018 | 6/8/2019 | |
| South Jordan | Bailee Bradfield | Wedding | 12/28/2018 | 6/8/2019 | |
| South Jordan | JRC Inc. | Business | 2/5/2019 | 6/10/2019 | |
| South Jordan | Brett Wheatley | Business | 5/16/2019 | 6/11/2019 | |
| South Jordan | JRC Inc. | Business | 2/5/2019 | 6/11/2019 | |
| South Jordan | Gary Midgley | Occasion | 3/26/2019 | 6/12/2019 | |
| South Jordan | Aspiro Adventure | Business | 2/1/2019 | 6/13/2019 | |
| South Jordan | Adriana Munar | Wedding | 12/28/2018 | 6/14/2019 | |
| South Jordan | Aspiro Adventure | Business | 2/1/2019 | 6/14/2019 | |
| South Jordan | Teri Allen | Wedding | 4/28/2019 | 6/15/2019 | |
| South Jordan | Vickie Nelson | Occasion | 5/21/2019 | 6/15/2019 | |
| South Jordan | Robert Acuña | Occasion | 5/30/2019 | 6/15/2019 | |
| South Jordan | Valeria Chavez | Wedding | 12/27/2018 | 6/15/2019 | |
| South Jordan | Tracie Hercules | Wedding | 2/12/2019 | 6/18/2019 | |
| South Jordan | Devin Baldwin | Business | 5/20/2019 | 6/18/2019 | |
| South Jordan | 104 - Mike Durazo | Business | 3/25/2019 | 6/19/2019 | |
| South Jordan | Devin Baldwin | Business | 5/20/2019 | 6/19/2019 | |
| South Jordan | Anthony Timpson | Business | 6/4/2019 | 6/19/2019 | |
| South Jordan | Savanna Buhler | Wedding | 1/16/2019 | 6/20/2019 | |
| South Jordan | Anthony Timpson | Business | 6/4/2019 | 6/20/2019 | |
| South Jordan | Jordan Doll Amazon Web Services | Business | 5/10/2019 | 6/20/2019 | |
| South Jordan | Cassidy Sanovich | Wedding | 3/18/2019 | 6/21/2019 | |
| South Jordan | Jeff Rasmussen | Business | 6/20/2019 | 6/21/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| | Wrong Time  - Time block open | | | | |
| South Jordan | Satish Bhhatnagar | Wedding | 12/27/2018 | 6/22/2019 | |
| South Jordan | Satish Bhhatnagar | Wedding | 1/23/2019 | 6/22/2019 | |
| South Jordan | Le Diaz | Wedding | 4/22/2019 | 6/22/2019 | |
| | Event changed to 6/26 - Megan | | | | |
| South Jordan | Droubay | Occasion | 5/8/2019 | 6/24/2019 | |
| South Jordan | Rachel Walker | Business | 6/1/2019 | 6/25/2019 | |
| South Jordan | Buffy Robbins | Business | 6/18/2019 | 6/25/2019 | |
| South Jordan | Megan Droubay | Occasion | 5/8/2019 | 6/25/2019 | |
| South Jordan | Jim Apodaca | Business | 6/20/2019 | 6/26/2019 | |
| South Jordan | Rachel Walker | Business | 6/1/2019 | 6/26/2019 | |
| South Jordan | Sydney Seamons | Wedding | 4/29/2019 | 6/27/2019 | |
| South Jordan | Rachel Walker | Business | 6/1/2019 | 6/27/2019 | |
| South Jordan | April Petersen | Business | 6/25/2019 | 6/28/2019 | |
| South Jordan | Rachel Walker | Business | 6/1/2019 | 6/28/2019 | |
| South Jordan | Caroline Marriott | Wedding | 4/17/2019 | 6/28/2019 | |
| South Jordan | Mollie Pettingill | Occasion | 2/20/2019 | 6/28/2019 | |
| South Jordan | Marilynn Santana | Wedding | 4/9/2019 | 6/29/2019 | |
| South Jordan | Thais Padilla | Wedding | 6/27/2019 | 6/29/2019 | |
| South Jordan | Brent Reddekopp | Business | 6/25/2019 | 7/1/2019 | |
| South Jordan | Athena Astrain | Business | 6/28/2019 | 7/1/2019 | |
| South Jordan | Athena Astrain | Business | 6/28/2019 | 7/2/2019 | |
| South Jordan | Summer Simmons | Business | 6/6/2019 | 7/3/2019 | |
| South Jordan | Cruz Mayoral 3pm - 1am | Occasion | 5/22/2019 | 7/5/2019 | |
| South Jordan | Cruz Mayoral 3pm - 1am | Occasion | 2/14/2019 | 7/5/2019 | |
| South Jordan | Francia booked til 1am Valardez | Occasion | 1/27/2019 | 7/6/2019 | |
| South Jordan | Troy Scott | Occasion | 5/22/2019 | 7/6/2019 | |
| South Jordan | Meagan Clark | Business | 7/1/2019 | 7/8/2019 | |
| South Jordan | Kara Hunter | Business | 6/19/2019 | 7/8/2019 | |
| South Jordan | Kara Hunter | Business | 6/19/2019 | 7/9/2019 | |
| South Jordan | Linda Beal | Occasion | 5/28/2019 | 7/9/2019 | |
| South Jordan | Allison McDaniel | Occasion | 6/11/2019 | 7/9/2019 | |
| South Jordan | Brett Wheatley | Business | 6/7/2019 | 7/9/2019 | |
| South Jordan | Brad Riding | Business | 7/7/2019 | 7/10/2019 | |
| South Jordan | Shanna Parker (Pluralsight) | Business | 6/24/2019 | 7/10/2019 | |
| South Jordan | Brad Riding | Business | 7/7/2019 | 7/11/2019 | |
| South Jordan | Brede Pfeil | Wedding | 3/23/2019 | 7/12/2019 | |
| South Jordan | Harrison Doe | Wedding | 12/28/2018 | 7/13/2019 | |
| South Jordan | Leyda 3p-1a Gamero | Wedding | 1/23/2019 | 7/13/2019 | |
| South Jordan | Athena Astrain | Business | 7/9/2019 | 7/15/2019 | |
| South Jordan | Tara Gardner | Business | 6/27/2019 | 7/15/2019 | |
| South Jordan | Dustin Erekson | Business | 6/13/2019 | 7/15/2019 | |
| South Jordan | Tara Gardner | Business | 6/12/2019 | 7/15/2019 | |
| South Jordan | Tara Gardner | Business | 5/10/2019 | 7/15/2019 | |
| South Jordan | Tara Gardner | Occasion | 5/9/2019 | 7/16/2019 | |
| South Jordan | Tara Gardner | Business | 6/19/2019 | 7/17/2019 | |
| South Jordan | Aspiro Adventure | Business | 2/1/2019 | 7/18/2019 | |
| South Jordan | Taunya Bartlett | Occasion | 4/16/2019 | 7/19/2019 | |
| South Jordan | Aspiro Adventure | Business | 2/1/2019 | 7/19/2019 | |
| South Jordan | Robert Acuña | Occasion | 6/24/2019 | 7/20/2019 | |
| South Jordan | Kevin Sillito | Wedding | 2/13/2019 | 7/20/2019 | |
| South Jordan | Yoli Nuno  3pm - 1am | Occasion | 2/26/2019 | 7/20/2019 | |
| South Jordan | Rosa Serrano-Carmona | Occasion | 12/27/2018 | 7/20/2019 | |
| South Jordan | Amanda Walker | Business | 6/13/2019 | 7/23/2019 | |
| South Jordan | Kimberly McGowan | Business | 7/18/2019 | 7/23/2019 | |
| South Jordan | Kimberly Mcgowan | Business | 7/18/2019 | 7/24/2019 | |
| South Jordan | Amanda Walker | Business | 6/13/2019 | 7/24/2019 | |
| South Jordan | Semisi Taufa | Wedding | 1/28/2019 | 7/25/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| South Jordan | Tana Cottam | Wedding | 6/10/2019 | 7/25/2019 | |
| South Jordan | Scott Carman | Business | 6/5/2019 | 7/25/2019 | |
| South Jordan | Ashley McClellan Beach Body | Occasion | 5/20/2019 | 7/26/2019 | |
| South Jordan | Dolores Moreno | Wedding | 5/3/2019 | 7/26/2019 | |
| South Jordan | Anibal Tinoco | Occasion | 12/28/2018 | 7/27/2019 | |
| South Jordan | Rajeev Sood | Occasion | 5/20/2019 | 7/27/2019 | |
| South Jordan | Cheryl Sky | Occasion | 7/13/2019 | 7/27/2019 | |
| South Jordan | Gina Ard | Wedding | 7/11/2019 | 7/27/2019 | |
| South Jordan | Jim Cooper | Business | 7/15/2019 | 7/29/2019 | |
| South Jordan | Jim Cooper | Business | 7/15/2019 | 7/30/2019 | |
| South Jordan | Chris Briggs | Wedding | 4/10/2019 | 7/30/2019 | |
| South Jordan | Bethany Oliver Winshape | Business | 1/17/2019 | 7/31/2019 | Boliver@winshape.org |
| South Jordan | Stacey Muir | Business | 6/28/2019 | 7/31/2019 | Stacey.muir@xyngular.com |
| South Jordan | Mike Durazo | Business | 6/20/2019 | 7/31/2019 | Mike@lukrumcorp.com |
| South Jordan | Shelby Thompson | Business | 7/22/2019 | 7/31/2019 | sthompson@powerblanket.com |
| South Jordan | 300 - BNI Utah | Business | 1/31/2019 | 8/1/2019 | |
| South Jordan | Megan Renstrom | Wedding | 12/27/2018 | 8/1/2019 | pgsweetstuff2000@gmail.com |
| South Jordan | Aspiro Adventure | Business | 5/9/2019 | 8/1/2019 | kcrowell@aspiroadventure.com |
| South Jordan | Haley Payne | Occasion | 6/10/2019 | 8/2/2019 | Haley.payne@elase.com |
| South Jordan | Aspiro Adventure | Business | 5/9/2019 | 8/2/2019 | kcrowell@aspiroadventure.com |
| South Jordan | Gricel Vega | Wedding | 12/27/2018 | 8/3/2019 | gricel.linan86@yahoo.com |
| South Jordan | Time slot open. System scheduled wrong date. Mandy Sandoval | Business | 12/27/2018 | 8/5/2019 | msandoval@regionalsupply.com |
| South Jordan | Lindsey Hansen | Business | 7/17/2019 | 8/5/2019 | Lindsey.m@lucidchart.com |
| South Jordan | Jonathan Means | Business | 7/22/2019 | 8/5/2019 | Jmeans@totaltriage.net |
| South Jordan | Nate Tolman | Business | 7/22/2019 | 8/6/2019 | Nate.tolman@niceincontact.com |
| South Jordan | Mike Neklason | Business | 4/22/2019 | 8/6/2019 | Mneklason@sandler.com |
| South Jordan | Bekah Romer Brandy Romer | Wedding | 6/5/2019 | 8/7/2019 | brandyromer@byu.net |
| South Jordan | Nate Tolman | Business | 7/22/2019 | 8/7/2019 | Nate.tolman@niceincontact.com |
| South Jordan | Mike Neklason | Business | 4/22/2019 | 8/7/2019 | Mneklason@sandler.com |
| South Jordan | Cayliene Allred | Wedding | 1/5/2019 | 8/8/2019 | acayliene@yahoo.com |
| South Jordan | Rachel Hansen | Wedding | 3/19/2019 | 8/8/2019 | rachelhansen00@gmail.com |
| South Jordan | Jessica Leavitt | Business | 7/26/2019 | 8/8/2019 | jessica.leavitt@verizonwireless.com |
| South Jordan | 300 - BNI Utah | Business | 5/9/2019 | 8/8/2019 | |
| South Jordan | Mike Neklason | Business | 4/22/2019 | 8/8/2019 | Mneklason@sandler.com |
| South Jordan | 3p-11p - Terry Cummings | Wedding | 1/20/2019 | 8/9/2019 | tcummings@graaniteschools.org |
| South Jordan | Ayla Rodriguez | Wedding | 1/8/2019 | 8/9/2019 | Arod8256@gmail.com |
| South Jordan | Bridgette Matthews | Wedding | 12/28/2018 | 8/10/2019 | Bfkmatthews8@gmail.com |
| South Jordan | Stephanie Long | Wedding | 3/21/2019 | 8/11/2019 | STARR_STEPH@YAHOO.COM |
| South Jordan | Novella Hermansen | Business | 6/21/2019 | 8/13/2019 | Novella@wasatchtransportation.com |
| South Jordan | Nate Tolman | Business | 7/2/2019 | 8/13/2019 | Nate.tolman@niceincontact.com |
| South Jordan | Jaswinder Singh | Occasion | 4/4/2019 | 8/13/2019 | navneetkaur9204@gmail.com |
| South Jordan | Kim Sharp | Wedding | 5/8/2019 | 8/13/2019 | ktsharpfamily@msn.com |
| South Jordan | Canyons School District - Nicole Morgan | Business | 4/24/2019 | 8/13/2019 | nicole.Morgan@canyonsdistrict.org |
| South Jordan | 301 - Smile Brands, Inc. Cheryl Closser | Business | 2/1/2019 | 8/14/2019 | Cheryl.closser@smilebrands.com |
| South Jordan | Robb Crawford | Business | 7/30/2019 | 8/14/2019 | robb@themobsource.com |
| South Jordan | Nate Tolman | Business | 7/2/2019 | 8/14/2019 | Nate.tolman@niceincontact.com |
| South Jordan | Aspiro Adventure | Business | 2/1/2019 | 8/15/2019 | kcrowell@aspiroadventure.com |
| South Jordan | Aspiro Adventure | Business | 2/1/2019 | 8/15/2019 | kcrowell@aspiroadventure.com |
| South Jordan | MH - BNI Utah | Business | 12/28/2018 | 8/15/2019 | Mark@hatch-insurance.com |
| South Jordan | Aspiro Adventure | Business | 2/1/2019 | 8/16/2019 | kcrowell@aspiroadventure.com |
| South Jordan | Jessica Lopez | Occasion | 12/27/2018 | 8/17/2019 | Jessicatess_lopez2009@yahoo.com |
| South Jordan | JoDee Bingham | Wedding | 5/28/2019 | 8/17/2019 | bin18005@byui.edu |
| South Jordan | Brad Tanner | Business | 5/29/2019 | 8/19/2019 | btanner@utahinteractive.org |
| South Jordan | ROI Training Chelsea Werle | Business | 7/3/2019 | 8/19/2019 | Chelsea.werle@roitraining.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| South Jordan | ROI Training Chelsea Werle | Business | 7/3/2019 | 8/20/2019 | Chelsea.werle@roitraining.com |
| South Jordan | Colleen Berg | Business | 4/3/2019 | 8/21/2019 | Cberg@diversifiedinsurance.com |
| South Jordan | Nancy Warehime | Business | 7/19/2019 | 8/21/2019 | Nancy.warehime@centurylink.com |
| South Jordan | Mike Durazo | Business | 6/20/2019 | 8/21/2019 | Mike@lukrumcorp.com |
| South Jordan | ROI Training Chelsea Werle | Business | 7/3/2019 | 8/21/2019 | Chelsea.werle@roitraining.com |
| South Jordan | 300 - BNI Utah | Business | 1/31/2019 | 8/22/2019 | |
| South Jordan | Hollie Hinkins | Business | 7/29/2019 | 8/22/2019 | Hhinkins@vlcmtech.com |
| South Jordan | 104 - Brent/Denise Crabtree Connectshare Power Lunch | Business | 6/26/2019 | 8/22/2019 | denise@connectshare.com |
| South Jordan | Regina Todd | Wedding | 6/18/2019 | 8/22/2019 | Derekandregina@live.com |
| South Jordan | Savi Soumpholphakdy | Wedding | 3/4/2019 | 8/23/2019 | Ssoumpholphakdy@gmail.com |
| South Jordan | Anna Ratanawan | Business | 7/29/2019 | 8/23/2019 | aratanawan@simplenexus.com |
| South Jordan | Linda Beal | Business | 7/3/2019 | 8/23/2019 | linda.beal@hall.weir |
| South Jordan | Aurora 3p-1a Galarza | Occasion | 12/27/2018 | 8/24/2019 | israsema1@gmail.com |
| South Jordan | Hannah R Ralston | Wedding | 2/13/2019 | 8/24/2019 | hannah.rae.505@gmail.com |
| South Jordan | Patrick Lin | Wedding | 3/25/2019 | 8/25/2019 | patricklin24@gmail.com |
| South Jordan | Collett Ainsworth | Business | 7/12/2019 | 8/27/2019 | Collett@snugzusa.com |
| South Jordan | Kara Hunter | Business | 7/30/2019 | 8/28/2019 | Khunter@instructure.com |
| South Jordan | 300 - BNI Utah | Business | 12/28/2018 | 8/29/2019 | Mark@hatch-insurance.com |
| South Jordan | MH+104 - Brent/Denise Crabtree Connectshare Regular Event | Business | 3/5/2019 | 8/29/2019 | |
| South Jordan | Kara Hunter | Business | 7/22/2019 | 8/29/2019 | Khunter@instructure.com |
| South Jordan | Vanessa Mahe | Wedding | 4/19/2019 | 8/30/2019 | jvmahe@surewest.net |
| South Jordan | Karra Gourley | Wedding | 5/23/2019 | 8/30/2019 | Karragourley@gmail.com |
| South Jordan | Bonnie Gomez | Wedding | 12/28/2018 | 8/31/2019 | bonniegomez85@gmail.com |
| South Jordan | Veronica Chavez | Wedding | 12/27/2018 | 8/31/2019 | yulichavez773@gmail.com |
| South Jordan | Cameron Clark | Wedding | 6/25/2019 | 9/3/2019 | Camclark715@gmail.com |
| South Jordan | 300 - BNI Utah | Business | 1/31/2019 | 9/5/2019 | |
| South Jordan | Ben Folau | Wedding | 3/14/2019 | 9/5/2019 | bizzzyen@gmail.com |
| South Jordan | Dani Zaugg | Business | 7/2/2019 | 9/5/2019 | Daniz@taylorandrew.com |
| South Jordan | Yajaira Carreon | Wedding | 2/13/2019 | 9/6/2019 | hida1514@gmail.com |
| South Jordan | Maria Ortiz | Wedding | 4/22/2019 | 9/7/2019 | Myortiz1285@gmail.com |
| South Jordan | Effectus Group c/o Chance Mildenberger | Business | 7/10/2019 | 9/10/2019 | Cmildenberger@effectusgroup.com |
| South Jordan | 301 - Smile Brands, Inc. Cheryl Closser | Business | 2/1/2019 | 9/11/2019 | Cheryl.closser@smilebrands.com |
| South Jordan | 104 - Brent/Denise Crabtree Connectshare Power Lunch | Business | 3/5/2019 | 9/12/2019 | |
| South Jordan | 300 - BNI Utah | Business | 1/31/2019 | 9/12/2019 | |
| South Jordan | Chantal Mahuru | Wedding | 5/14/2019 | 9/13/2019 | Chantalmahuru@hotmail.com |
| South Jordan | Focus Engineering and Surveying Ron Paul | Business | 6/6/2019 | 9/13/2019 | Info@focusutah.com |
| South Jordan | Tiffany Nguyen | Wedding | 12/28/2018 | 9/14/2019 | joneserwedding@gmail.com |
| South Jordan | Utah State Board of Education | Business | 7/23/2019 | 9/17/2019 | Caren.Johnson@schools.utah.gov |
| South Jordan | McKenzie Memmott | Wedding | 5/14/2019 | 9/18/2019 | kellymemmott@hotmail.com |
| South Jordan | 300 - BNI Utah (Main Profile) | Business | 12/28/2018 | 9/19/2019 | |
| South Jordan | Alyssa Hendry | Wedding | 12/27/2018 | 9/19/2019 | Alyssahendry@yahoo.com |
| South Jordan | Lettie Parker | Wedding | 3/14/2019 | 9/19/2019 | Lettie31@gmail.com |
| South Jordan | Laura DeLeeuw | Wedding | 6/24/2019 | 9/19/2019 | laura.deleeuw@comcast.net |
| South Jordan | Kayla Hauer | Wedding | 3/10/2019 | 9/20/2019 | kayla.hauer1@gmail.com |
| South Jordan | Kelley Anderson | Wedding | 5/28/2019 | 9/20/2019 | leslianderson13@gmail.com |
| South Jordan | Maria Gonzalez | Occasion | 1/16/2019 | 9/21/2019 | Rocigmedina@gmail.com |
| South Jordan | Mauricio Campos | Wedding | 12/28/2018 | 9/21/2019 | mauriciocampos801@gmail.com |
| South Jordan | Brett Ezra B Smith Foundation for Autism | Occasion | 7/16/2019 | 9/23/2019 | ebsmithfoundation@gmail.com |
| South Jordan | Megan Shah | Business | 6/27/2019 | 9/24/2019 | Megan.shah@franklincovey.com |
| South Jordan | Eric Greene | Occasion | 4/11/2019 | 9/25/2019 | eric.greene@zagg.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| South Jordan | Mike Durazo | Business | 6/20/2019 | 9/25/2019 | Mike@lukrumcorp.com |
| South Jordan | Ryan Nepveux | Business | 6/25/2019 | 9/25/2019 | Ryan@reblaze.com |
| South Jordan | Aspiro Adventure | Business | 2/1/2019 | 9/26/2019 | kcrowell@aspiroadventure.com |
| South Jordan | 300 - BNI Utah (7AM-10AM) | Business | 1/31/2019 | 9/26/2019 | |
| South Jordan | MH+104 - Brent/Denise Crabtree Connectshare Regular Event | Business | 3/5/2019 | 9/27/2019 | |
| South Jordan | Aspiro Adventure | Business | 2/1/2019 | 9/27/2019 | kcrowell@aspiroadventure.com |
| South Jordan | Niva Sime | Wedding | 4/5/2019 | 9/27/2019 | Siniva_sime@yahoo.com |
| South Jordan | Michelle Fonda | Wedding | 7/10/2019 | 9/27/2019 | Mdfonda@gmail.com |
| South Jordan | Mariah Houston | Wedding | 1/20/2019 | 9/28/2019 | mariah.houston.1993@gmail.com |
| South Jordan | Cynthia Casas | Wedding | 12/27/2018 | 9/28/2019 | Cynthiacasas@live.com |
| South Jordan | Natalie Jones | Wedding | 7/2/2019 | 9/28/2019 | njones@m4.com |
| South Jordan | Ali Kirk | Business | 4/17/2019 | 10/2/2019 | ali.kirk@vivint.com |
| South Jordan | Ali Kirk | Business | 4/17/2019 | 10/3/2019 | ali.kirk@vivint.com |
| South Jordan | Rachael Andersen | Wedding | 6/20/2019 | 10/4/2019 | Rachael.andersen99@gmail.com |
| South Jordan | Jamie Todd | Wedding | 1/29/2019 | 10/5/2019 | jamie6446@gmail.com |
| South Jordan | Lisa Christensen | Occasion | 5/28/2019 | 10/5/2019 | Grantorlisa@comcast.net |
| South Jordan | Ashley LeMieux | Business | 7/23/2019 | 10/7/2019 | Ashley@theshineproject.com |
| South Jordan | Daphne Thomas | Business | 5/30/2019 | 10/8/2019 | Daphne_thomas@byu.edu |
| South Jordan | 301 - Smile Brands MAIN Monarch Dental / Cheryl Closser | Business | 2/1/2019 | 10/9/2019 | Cheryl.closser@smilebrands.com |
| South Jordan | Daphne Thomas | Business | 3/29/2019 | 10/9/2019 | Daphne_thomas@byu.edu |
| South Jordan | Delsa Soliai W/ D.R. Horton | Business | 4/11/2019 | 10/9/2019 | Dcsoliai@drhorton.com |
| South Jordan | 104 - Brent/Denise Crabtree Connectshare Power Lunch | Business | 3/5/2019 | 10/10/2019 | |
| South Jordan | Daphne Thomas | Business | 4/1/2019 | 10/10/2019 | Daphne_thomas@byu.edu |
| South Jordan | Fua Puefua | Wedding | 7/12/2019 | 10/11/2019 | fuapuefua@gmail.com |
| South Jordan | Constance Weatherbe | Occasion | 2/25/2019 | 10/12/2019 | Cjmelt@msn.com |
| South Jordan | Mohamed Ibrahim | Wedding | 1/21/2019 | 10/12/2019 | maqson.intl@hotmail.com |
| South Jordan | 300 - Tyler Laws | Wedding | 1/20/2019 | 10/12/2019 | TLaws95@outlook.com |
| South Jordan | Jackie Mcgill | Business | 4/22/2019 | 10/17/2019 | Jxm@spectrum-engineers.com |
| South Jordan | Stacy Gordon | Business | 7/24/2019 | 10/17/2019 | Stacy.gordon44@t-Mobile.com |
| South Jordan | Stacy Ulch | Wedding | 7/15/2019 | 10/17/2019 | stacyulch@gmail.com |
| South Jordan | Siniva Savaiinaea | Wedding | 5/25/2019 | 10/18/2019 | Crimz143@gmail.com |
| South Jordan | Nidia Miranda | Wedding | 1/20/2019 | 10/19/2019 | nidiam842@gmail.com |
| South Jordan | Kerrin Brinkman | Wedding | 4/9/2019 | 10/19/2019 | kerrin.brinkman@gmail.com |
| South Jordan | Mike Durazo | Business | 6/20/2019 | 10/23/2019 | Mike@lukrumcorp.com |
| South Jordan | MH+104 - Brent/Denise Crabtree Connectshare Regular Event | Business | 3/5/2019 | 10/24/2019 | |
| South Jordan | Aspiro Adventure | Business | 2/1/2019 | 10/24/2019 | kcrowell@aspiroadventure.com |
| South Jordan | Taylor Tollefson | Wedding | 6/21/2019 | 10/24/2019 | Ttollefson11@gmail.com |
| South Jordan | Aspiro Adventure | Business | 2/1/2019 | 10/25/2019 | kcrowell@aspiroadventure.com |
| South Jordan | Kylie Lewis | Wedding | 6/8/2019 | 10/25/2019 | Kyliemlewis14@gmail.com |
| South Jordan | Brianne Uitvlugt | Wedding | 2/1/2019 | 10/26/2019 | s.brianne.u@gmail.com |
| South Jordan | Lori North | Business | 7/19/2019 | 10/29/2019 | Lori.north@franklincovey.com |
| South Jordan | Gary Midgley | Occasion | 4/2/2019 | 11/1/2019 | Gmidgley@wcf.com |
| South Jordan | Sergio Palafox | Occasion | 2/27/2019 | 11/2/2019 | oliemiisa@hotmail.com |
| South Jordan | 301 - Smile Brands, Inc. Cheryl Closser | Business | 2/1/2019 | 11/6/2019 | Cheryl.closser@smilebrands.com |
| South Jordan | Shauna Sharp IHC | Business | 2/14/2019 | 11/7/2019 | Shauna.sharp@imail.org |
| South Jordan | 104 - Brent/Denise Crabtree Connectshare Power Lunch | Business | 3/5/2019 | 11/7/2019 | |
| South Jordan | DeAnn Howell | Business | 1/15/2019 | 11/8/2019 | Deann.howell@imail.org |
| South Jordan | Devan Garcia | Occasion | 12/27/2018 | 11/9/2019 | devan.garcia@gs.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| | Event moved to 6/12/19 - Lisa | | | | |
| South Jordan | Christensen with Managerplus | Business | 5/29/2019 | 11/12/2019 | |
| South Jordan | Merry Lee with UHPCO | Business | 1/15/2019 | 11/13/2019 | merryjaneleern@gmail.com |
| South Jordan | Merry Lee with UHPCO | Business | 1/16/2019 | 11/14/2019 | merryjaneleern@gmail.com |
| South Jordan | Mike Vreeland | Occasion | 1/16/2019 | 11/15/2019 | President@myunp.org |
| South Jordan | Trish Rippon | Occasion | 5/1/2019 | 11/15/2019 | Trish.rippon@imail.org |
| South Jordan | Kimberly Vu | Wedding | 3/31/2019 | 11/16/2019 | xthi.vuk@gmail.com |
| South Jordan | Mike Durazo | Business | 6/20/2019 | 11/20/2019 | Mike@lukrumcorp.com |
| | MH+104 - Brent/Denise | | | | |
| | Crabtree Connectshare Regular | | | | |
| South Jordan | Event | Business | 3/5/2019 | 11/21/2019 | |
| South Jordan | Aspiro Adventure | Business | 2/1/2019 | 11/21/2019 | kcrowell@aspiroadventure.com |
| South Jordan | Aspiro Adventure | Business | 2/1/2019 | 11/22/2019 | kcrowell@aspiroadventure.com |
| South Jordan | Mara Sibbett | Wedding | 6/29/2019 | 11/30/2019 | Mara.sibbett@gmail.com |
| South Jordan | Cheryl Wallin | Business | 1/17/2019 | 12/4/2019 | Cheryl@rptutah.com |
| South Jordan | Mike Peterson | Occasion | 4/26/2019 | 12/4/2019 | Mike@sugarhouse.us |
| South Jordan | Aspiro Adventure | Business | 2/1/2019 | 12/5/2019 | kcrowell@aspiroadventure.com |
| | 104 - Brent/Denise Crabtree | | | | |
| South Jordan | Connectshare Power Lunch | Business | 3/5/2019 | 12/5/2019 | |
| South Jordan | Abbie Brothers | Business | 12/27/2018 | 12/6/2019 | HR@libertymountain.com |
| South Jordan | Athena Astrain | Occasion | 7/22/2019 | 12/6/2019 | Athena@alphawarranty.com |
| | Rick Adams Cornerstone | | | | |
| South Jordan | Concrete | Business | 2/15/2019 | 12/7/2019 | Rick@cornerstoneconcrete.us |
| South Jordan | Kindy Erickson | Occasion | 6/5/2019 | 12/7/2019 | heidi.naylor@endurance.us |
| South Jordan | Robert AcuÃ±a | Occasion | 7/1/2019 | 12/7/2019 | acunagroup@gmail.com |
| South Jordan | Home Depot | Occasion | 7/30/2019 | 12/8/2019 | mbarnes.74@hotmail.com |
| South Jordan | Colleen Berg | Business | 7/19/2019 | 12/9/2019 | |
| South Jordan | Laura Crabtree W/SLCC | Business | 3/28/2019 | 12/10/2019 | Laura.crabtree@slcc.edu |
| South Jordan | Mike Durazo | Business | 6/20/2019 | 12/11/2019 | Mike@lukrumcorp.com |
| South Jordan | Ericka Brown | Business | 7/12/2019 | 12/11/2019 | Ebrown@simplenexus.com |
| South Jordan | Lisa Hanson | Business | 4/26/2019 | 12/13/2019 | lhanson@westerngynob.com |
| South Jordan | Kylee Adamson | Occasion | 5/31/2019 | 12/13/2019 | Kylee@kurufootwear.com |
| | Mobile Productivity  LLC d/b/a | | | | |
| South Jordan | AutoPoint | Occasion | 6/7/2019 | 12/14/2019 | Ariann.grant@autopoint.com |
| South Jordan | Mackenzie Jacobson | Business | 7/29/2019 | 12/18/2019 | saltlakeexcavatinghr@gmail.com |
| South Jordan | Joni Kuhn | Business | 5/2/2019 | 12/18/2019 | Jkuhn6@its.jnj.com |
| | MH+104 - Brent/Denise | | | | |
| | Crabtree Connectshare Regular | | | | |
| South Jordan | Event | Business | 3/5/2019 | 12/19/2019 | |
| South Jordan | Jan Thomas | Business | 12/26/2018 | 12/20/2019 | jan@tomstuart.com |
| South Jordan | Sydni Spencer | Occasion | 6/20/2019 | 12/20/2019 | sspencer@landcar.com |
| South Jordan | McKenzie Silva | Wedding | 3/29/2019 | 12/28/2019 | gmacky23@gmail.com |
| South Jordan | Katelyn Sharp | Wedding | 1/24/2019 | 12/31/2019 | Katelynsharp3@gmail.com |
| | Denise & Brent Crabtree | | | | |
| South Jordan | ConnectShare | Church Group | 1/24/2019 | 12/31/2019 | denise@connectshare.com |
| South Jordan | Shalee John Go Be Realty | Business | 2/26/2019 | 1/8/2020 | Shalee@gobehome.com |
| South Jordan | Marnie Law With The HELPcard | Occasion | 5/10/2019 | 1/11/2020 | marnia.law@hccredit.com |
| South Jordan | Aspiro Adventure | Business | 5/29/2019 | 1/16/2020 | kcrowell@aspiroadventure.com |
| South Jordan | Aspiro Adventure | Business | 5/29/2019 | 1/17/2020 | kcrowell@aspiroadventure.com |
| South Jordan | WB - Emily Chamberlain | Business | 2/28/2019 | 1/23/2020 | Emily@monsenengineering.com |
| | Corrie Brems Rocky Mountain | | | | |
| South Jordan | Elk Foundation | Occasion | 3/19/2019 | 2/8/2020 | brems200@hotmail.com |
| | Chuck Brown Sprinkler World | | | | |
| South Jordan | Expo | Business | 2/21/2019 | 2/11/2020 | chuck.brown@standardplumbing.com |
| South Jordan | Aspiro Adventure | Business | 5/29/2019 | 2/13/2020 | kcrowell@aspiroadventure.com |
| South Jordan | Aspiro Adventure | Business | 5/29/2019 | 2/14/2020 | kcrowell@aspiroadventure.com |
| South Jordan | Audrey Mede | Occasion | 5/30/2019 | 2/14/2020 | Audrey.mede@ultradent.com |
| South Jordan | Kuini Sagapolutele | Wedding | 4/2/2019 | 3/6/2020 | kuini.sagapolutele@gmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| South Jordan | Aspiro Adventure | Business | 5/29/2019 | 3/12/2020 | kcrowell@aspiroadventure.com |
| South Jordan | Aspiro Adventure | Business | 5/29/2019 | 3/13/2020 | kcrowell@aspiroadventure.com |
| South Jordan | Ryan Jacobs | Business | 3/28/2019 | 3/16/2020 | ryan.jacobs@afortus.com |
| South Jordan | WB - Ryan Jacobs | Business | 3/28/2019 | 3/17/2020 | ryan.jacobs@afortus.com |
| South Jordan | WB - Ryan Jacobs | Business | 3/28/2019 | 3/18/2020 | ryan.jacobs@afortus.com |
| South Jordan | Ryan Jacobs | Business | 3/28/2019 | 3/19/2020 | ryan.jacobs@afortus.com |
| South Jordan | Aspiro Adventure | Business | 5/29/2019 | 4/16/2020 | kcrowell@aspiroadventure.com |
| South Jordan | Aspiro Adventure | Business | 5/29/2019 | 4/17/2020 | kcrowell@aspiroadventure.com |
| South Jordan | Judy Wald | Occasion | 7/9/2019 | 4/18/2020 | Judy.wald@beehiveacademy.org |
| South Jordan | Tania Hernandez | Wedding | 7/12/2019 | 4/18/2020 | serosenvall@gmail.com |
| South Jordan | Meg wight Harmons | Occasion | 6/19/2019 | 4/23/2020 | Megwight@harmonsgrocery.com |
| South Jordan | Karen Pitt | Wedding | 4/30/2019 | 4/24/2020 | Abutterflykiss2@gmail.com |
| South Jordan | Providence Hall Student Council | Occasion | 7/8/2019 | 4/25/2020 | Wood.syrina@gmail.com |
| South Jordan | Ruanda Vargas | Occasion | 7/26/2019 | 5/2/2020 | vargasruanda@yahoo.com |
| South Jordan | 5 Rhythms | Business | 12/28/2018 | 5/5/2020 | morgan@5rhythms.com |
| South Jordan | 5 Rhythms | Business | 12/28/2018 | 5/6/2020 | morgan@5rhythms.com |
| South Jordan | 5 Rhythms | Business | 12/28/2018 | 5/7/2020 | morgan@5rhythms.com |
| South Jordan | 5 Rhythms | Business | 12/28/2018 | 5/8/2020 | morgan@5rhythms.com |
| South Jordan | 5 Rhythms | Business | 12/28/2018 | 5/9/2020 | morgan@5rhythms.com |
| South Jordan | 5 Rhythms | Business | 12/28/2018 | 5/11/2020 | morgan@5rhythms.com |
| South Jordan | 5 Rhythms | Business | 12/28/2018 | 5/12/2020 | morgan@5rhythms.com |
| South Jordan | 5 Rhythms | Business | 12/28/2018 | 5/13/2020 | morgan@5rhythms.com |
| South Jordan | 5 Rhythms | Business | 12/28/2018 | 5/14/2020 | morgan@5rhythms.com |
| South Jordan | Leigh Ann Morse Primary Children's | Occasion | 5/28/2019 | 5/17/2020 | Leigh.morse@imail.org |
| South Jordan | Merry Jane Lee with UHPCO | Business | 1/15/2019 | 5/19/2020 | merryjaneleern@gmail.com |
| South Jordan | Merry Jane Lee UHPCO | Business | 1/15/2019 | 5/20/2020 | merryjaneleern@gmail.com |
| South Jordan | Aspiro Adventure | Business | 5/29/2019 | 5/21/2020 | kcrowell@aspiroadventure.com |
| South Jordan | Aspiro Adventure | Business | 5/29/2019 | 5/22/2020 | kcrowell@aspiroadventure.com |
| South Jordan | Erik Hernandez | Wedding | 5/28/2019 | 5/23/2020 | E.hdez92@yahoo.com |
| South Jordan | Angela Clayton | Wedding | 5/29/2019 | 5/29/2020 | angela-clayton1@live.com |
| South Jordan | Neet Miranda | Occasion | 2/28/2019 | 5/30/2020 | Neetmiranda@gmail.com |
| South Jordan | WB - Bingham High School 6pm-4am | Occasion | 2/18/2019 | 6/4/2020 | meisenbacherj@gmail.com |
| South Jordan | Pamela Talili | Occasion | 2/27/2019 | 6/6/2020 | wesleym0925@gmail.com |
| South Jordan | Alfred Barquoi 7am - 2 am | Wedding | 1/13/2019 | 6/13/2020 | Alfred.barquoi@gmail.com |
| South Jordan | Aspiro Adventure | Business | 5/29/2019 | 6/18/2020 | kcrowell@aspiroadventure.com |
| South Jordan | Aspiro Adventure | Business | 5/29/2019 | 6/19/2020 | kcrowell@aspiroadventure.com |
| South Jordan | Salena Jimenez | Wedding | 4/13/2019 | 6/20/2020 | Salena_dance3@yahoo.com |
| South Jordan | Patricia Carlson | Occasion | 5/6/2019 | 6/20/2020 | Bejarano_patricia@hotmail.com |
| South Jordan | Jen Trinh | Wedding | 3/2/2019 | 6/27/2020 | Ms.jentrinh@gmail.com |
| South Jordan | Sheryl Cansino | Wedding | 6/18/2019 | 6/27/2020 | Sherylan95@yahoo.com |
| South Jordan | Eliseo Campos | Occasion | 7/29/2019 | 7/10/2020 | eliseocampos76@hotmail.com |
| South Jordan | Brenda Jimenez | Wedding | 5/29/2019 | 7/11/2020 | Jimenbren000@gmail.com |
| South Jordan | Aspiro Adventure | Business | 5/29/2019 | 7/16/2020 | kcrowell@aspiroadventure.com |
| South Jordan | Aspiro Adventure | Business | 5/29/2019 | 7/17/2020 | kcrowell@aspiroadventure.com |
| South Jordan | Adrienne Carmona | Wedding | 5/15/2019 | 7/18/2020 | Acarmona@control4.com |
| South Jordan | Aspiro Adventure | Business | 5/29/2019 | 8/6/2020 | kcrowell@aspiroadventure.com |
| South Jordan | Aspiro Adventure | Business | 5/29/2019 | 8/7/2020 | kcrowell@aspiroadventure.com |
| South Jordan | Manuel Aguilera | Wedding | 4/27/2019 | 8/15/2020 | the.aguileras09@gmail.com |
| South Jordan | Aspiro Adventure | Business | 5/29/2019 | 8/27/2020 | kcrowell@aspiroadventure.com |
| South Jordan | Aspiro Adventure | Business | 5/29/2019 | 8/28/2020 | kcrowell@aspiroadventure.com |
| South Jordan | Albaro Torres | Occasion | 3/22/2019 | 8/29/2020 | roadpool66@gmail.com |
| South Jordan | Rachael Chappell | Wedding | 6/26/2019 | 9/10/2020 | Rachaelchappell@mail.weber.edu |
| South Jordan | Aspiro Adventure | Business | 5/29/2019 | 9/24/2020 | kcrowell@aspiroadventure.com |
| South Jordan | Aspiro Adventure | Business | 5/29/2019 | 9/25/2020 | kcrowell@aspiroadventure.com |
| South Jordan | Aubrey Lin | Wedding | 2/7/2019 | 10/10/2020 | lin.aubrey@gmail.com |
| South Jordan | Jojo Powell | Wedding | 3/9/2019 | 10/10/2020 | jody.powell801@gmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| South Jordan | Amy Luth | Wedding | 5/1/2019 | 10/15/2020 | aluth2690@gmail.com |
| South Jordan | Aspiro Adventure | Business | 5/29/2019 | 10/22/2020 | kcrowell@aspiroadventure.com |
| South Jordan | Aspiro Adventure | Business | 5/29/2019 | 10/23/2020 | kcrowell@aspiroadventure.com |
| South Jordan | Aspiro Adventure | Business | 5/29/2019 | 11/19/2020 | kcrowell@aspiroadventure.com |
| South Jordan | Aspiro Adventure | Business | 5/29/2019 | 11/20/2020 | kcrowell@aspiroadventure.com |
| South Jordan | Aspiro Adventure | Business | 5/29/2019 | 12/17/2020 | kcrowell@aspiroadventure.com |
| South Jordan | Aspiro Adventure | Business | 5/29/2019 | 12/18/2020 | kcrowell@aspiroadventure.com |
| Southfield | Tawanesha Williams | Occasion | 3/19/2019 | 5/30/2019 | |
| Southfield | Mercedes Johnson | Wedding | 1/18/2019 | 5/31/2019 | |
| Southfield | Mai Vue | Wedding | 1/17/2019 | 6/1/2019 | |
| Southfield | Rachel Rhodes | Occasion | 1/18/2019 | 6/2/2019 | |
| Southfield | Rachel Rhodes | Occasion | 6/3/2019 | 6/3/2019 | |
| Southfield | Kymberly Kinchen | Wedding | 12/15/2018 | 6/8/2019 | |
| Southfield | Demar Parker | Occasion | 4/10/2019 | 6/9/2019 | |
| Southfield | Amy Cole | Occasion | 5/30/2019 | 6/12/2019 | |
| Southfield | Shantell Cole | Wedding | 2/8/2019 | 6/13/2019 | |
| Southfield | Willis Towers Watson US LLC | Business | 5/13/2019 | 6/19/2019 | |
| Southfield | Kiara Crayton | Occasion | 4/9/2019 | 6/22/2019 | |
| Southfield | Adijat Ogunyemi | Occasion | 4/30/2019 | 6/23/2019 | |
| Southfield | Pastor Tim | Occasion | 5/31/2019 | 6/28/2019 | |
| Southfield | Penny Stuckey | Occasion | 5/7/2019 | 6/29/2019 | |
| Southfield | brittany rice | Occasion | 5/3/2019 | 6/30/2019 | |
| Southfield | Kenisha Jenkins | Occasion | 6/25/2019 | 7/6/2019 | |
| Southfield | Julie Kim | Wedding | 1/3/2019 | 7/7/2019 | |
| Southfield | Charron Mitchell | Wedding | 12/15/2018 | 7/13/2019 | |
| Southfield | Chidi Obua | Occasion | 5/28/2019 | 7/19/2019 | |
| Southfield | Sharyl Smith | Occasion | 4/22/2019 | 7/20/2019 | |
| Southfield | Patrece Cade | Occasion | 12/15/2018 | 7/25/2019 | |
| Southfield | Raneem Abubars | Occasion | 7/2/2019 | 7/26/2019 | |
| Southfield | Sara Nether | Occasion | 6/8/2019 | 7/27/2019 | |
| Southfield | Alisha Estwick | Occasion | 6/12/2019 | 7/28/2019 | |
| Southfield | Kumar Boppe | Occasion | 4/11/2019 | 8/3/2019 | kboppe@gmail.com |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 8/4/2019 | |
| Southfield | Core Strengths (member) | Business | 4/26/2019 | 8/5/2019 | Michelle@corestrengths.com |
| Southfield | Core Strengths (member) | Business | 4/26/2019 | 8/6/2019 | Michelle@corestrengths.com |
| Southfield | Chelsea Wilhelm | Wedding | 3/23/2019 | 8/7/2019 | chelsluhskells0807@gmail.com |
| Southfield | Connita Raymond | Occasion | 5/7/2019 | 8/9/2019 | connitacr@sbcglobal.net |
| Southfield | Danyelle Perry | Wedding | 4/6/2019 | 8/10/2019 | dperry@rc.edu |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 8/11/2019 | |
| Southfield | Curtis Peterson | Occasion | 5/30/2019 | 8/12/2019 | Curtis.antonio@gmail.com |
| Southfield | Lindsey Sengstock | Business | 7/24/2019 | 8/15/2019 | lsengstock@homesitedirect.com |
| Southfield | David Rish -Livingston International | Business | 5/15/2019 | 8/15/2019 | Vcasillasmunoz@livingstonintl.com |
| Southfield | Mica Bivings | Wedding | 1/28/2019 | 8/17/2019 | Micacrowell07@gmail.com |
| Southfield | Latya Jefferson | Wedding | 12/15/2018 | 8/18/2019 | latyajefferson95@gmail.com |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 8/18/2019 | |
| Southfield | Kyla Thomas | Wedding | 3/4/2019 | 8/21/2019 | Kylathomas73@yahoo.com |
| Southfield | Taylor Mccree | Wedding | 1/20/2019 | 8/22/2019 | Taymccree13@gmail.com |
| Southfield | Cara Jones | Occasion | 5/22/2019 | 8/23/2019 | Carajones08@yahoo.com |
| Southfield | Jenny Kern | Wedding | 3/14/2019 | 8/24/2019 | Jkern96@gmail.com |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 8/25/2019 | |
| Southfield | Shandia Manns | Wedding | 1/25/2019 | 8/28/2019 | shandia19@gmail.com |
| Southfield | Karen Hunter | Wedding | 12/15/2018 | 8/29/2019 | Karenmypal@yahoo.com |
| Southfield | Shandia Manns | Wedding | 12/15/2018 | 8/31/2019 | Shandia19@gmail.com |
| Southfield | Ariel Waiters Shaneen Braswell | Wedding | 12/15/2018 | 9/1/2019 | larneilwa@gmail.com |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 9/1/2019 | |
| Southfield | JCRC/ AJC | Business | 7/22/2019 | 9/5/2019 | Englender@jfmd.org |
| Southfield | Danika Shipley | Wedding | 12/15/2018 | 9/7/2019 | danikashipley@gmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Southfield | Ken Nether | Church Group | 4/8/2019 | 9/8/2019 | |
| Southfield | Lauren Saville | Wedding | 1/13/2019 | 9/14/2019 | laurenmsaville@gmail.com |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 9/15/2019 | |
| Southfield | Ken Nether | Church Group | 4/18/2019 | 9/15/2019 | |
| Southfield | Chantal and Neal | Wedding | 3/5/2019 | 9/19/2019 | corisalynn@gmail.com |
| Southfield | Khadeja Phillips | Wedding | 1/15/2019 | 9/21/2019 | completelycaldwell@gmail.com |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 9/22/2019 | |
| Southfield | Caleb McIntosh | Wedding | 2/6/2019 | 9/25/2019 | Calebromero11@gmail.com |
| Southfield | Georgia Hubbard | Wedding | 6/27/2019 | 9/27/2019 | Georgiahubbard_3@msn.com |
| Southfield | Becky Wortmann | Wedding | 12/15/2018 | 9/28/2019 | wortmann@umich.edu |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 9/29/2019 | |
| Southfield | Cassie Ditmore | Wedding | 12/15/2018 | 10/5/2019 | t_ellul@yahoo.com |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 10/6/2019 | |
| Southfield | Stephanie Anastasia | Wedding | 1/19/2019 | 10/12/2019 | sranastasia1@yahoo.com |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 10/13/2019 | |
| Southfield | Abbi Hurley | Wedding | 3/7/2019 | 10/17/2019 | Ahurley1@emich.edu |
| Southfield | Shantay Gentle | Wedding | 1/29/2019 | 10/18/2019 | ShantayGentle@yahoo.com |
| Southfield | Lindsay Coleman | Wedding | 12/15/2018 | 10/19/2019 | Lcolemarie@gmail.com |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 10/20/2019 | |
| Southfield | Krystyn Price | Wedding | 4/27/2019 | 10/26/2019 | KRYSTYNNPR@GMAIL.COM |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 10/27/2019 | |
| Southfield | Aneshia Newsome-Parker | Wedding | 12/15/2018 | 10/31/2019 | sprinklez95@gmail.com |
| Southfield | Angela Carter | Wedding | 4/27/2019 | 11/2/2019 | Atcarter70@gmail.com |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 11/3/2019 | |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 11/10/2019 | |
| Southfield | Alexis Baker | Wedding | 1/30/2019 | 11/16/2019 | lexibaker@quickenloans.com |
| Southfield | Dailini Young | Wedding | 7/23/2019 | 11/17/2019 | Dm.jones.wedding@gmail.com |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 11/17/2019 | |
| Southfield | Hannah Woolford | Wedding | 7/20/2019 | 11/22/2019 | Hwoolf23@gmail.com |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 11/24/2019 | |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 12/1/2019 | |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 12/8/2019 | |
| Southfield | Ken Nether | Business | 6/27/2019 | 12/13/2019 | kennethnether@gmail.com |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 12/15/2019 | |
| Southfield | Korey Scott | Wedding | 6/20/2019 | 12/21/2019 | scottkor@gmail.com |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 12/22/2019 | |
| Southfield | Hannah Schramm | Wedding | 7/23/2019 | 12/27/2019 | hbschramm@gmail.com |
| Southfield | Lindsey Wortley | Wedding | 7/26/2019 | 12/28/2019 | lwortley96@gmail.com |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 12/29/2019 | |
| Southfield | Pang Chang | Wedding | 7/26/2019 | 12/30/2019 | pschang@svsu.edu |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 1/5/2020 | |
| Southfield | Codi Stafford | Wedding | 1/21/2019 | 1/11/2020 | Cstafford@mch.org |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 1/12/2020 | |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 1/19/2020 | |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 1/26/2020 | |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 2/2/2020 | |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 2/9/2020 | |
| Southfield | Dan Bannigan | Wedding | 7/25/2019 | 2/14/2020 | Danandmai@outlook.com |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 2/16/2020 | |
| Southfield | Alishonay Scott | Wedding | 3/1/2019 | 2/20/2020 | millerscottwedding2020@gmail.com |
| Southfield | Rachael Smith | Wedding | 4/14/2019 | 2/22/2020 | rachaelmadisonsmith@gmail.com |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 2/23/2020 | |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 3/1/2020 | |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 3/8/2020 | |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 3/15/2020 | |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 3/22/2020 | |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 3/29/2020 | |
| Southfield | Kelly Miller | Wedding | 7/20/2019 | 4/4/2020 | shadowdancingkitten@gmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Southfield | Ken Nether | Church Group | 4/8/2019 | 4/5/2020 | |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 4/12/2020 | |
| Southfield | India Shields | Wedding | 3/16/2019 | 4/16/2020 | In23.shields@gmail.com |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 4/19/2020 | |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 4/26/2020 | |
| Southfield | Shannon Cobb | Wedding | 7/21/2019 | 5/2/2020 | Shannoncobb3@yahoo.com |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 5/3/2020 | |
| Southfield | Latavia Allen | Wedding | 4/19/2019 | 5/7/2020 | latavia.allen@gmail.com |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 5/10/2020 | |
| Southfield | Haley Mcfarland | Wedding | 12/15/2018 | 5/16/2020 | Guyotwedding2020@gmail.com |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 5/17/2020 | |
| Southfield | Jimeka Hayes | Wedding | 4/25/2019 | 5/22/2020 | pettes@teampettes.com |
| Southfield | Erica Burton | Wedding | 2/27/2019 | 5/23/2020 | Eburton605@gmail.com |
| Southfield | Wendy Duren | Occasion | 5/31/2019 | 5/24/2020 | Duren.wendy@gmail.com |
| Southfield | Ken Nether | Church Group | 4/8/2019 | 5/24/2020 | |
| Southfield | Karen Blair | Wedding | 6/3/2019 | 5/30/2020 | Ktb1127@yahoo.com |
| Southfield | Ken Nether | Church Group | 4/5/2019 | 5/31/2020 | |
| Southfield | Jessica Kramer | Wedding | 1/17/2019 | 6/6/2020 | jessica.rene.kramer@gmail.com |
| Southfield | Colette Rhodes | Wedding | 7/25/2019 | 6/12/2020 | Littlelettie@yahoo.com |
| Southfield | Jazmine Brown | Wedding | 2/19/2019 | 6/13/2020 | jbrown4@ltu.edu |
| Southfield | Martika Smith | Wedding | 3/18/2019 | 6/20/2020 | Msmit173@outlook.com |
| Southfield | Jessica Hovey | Wedding | 3/10/2019 | 6/27/2020 | jessicahovey3@gmail.com |
| Southfield | Victoria Holsey | Wedding | 5/28/2019 | 7/3/2020 | Carter732020@gmail.com |
| Southfield | Rachell Early | Wedding | 6/25/2019 | 7/4/2020 | Rachellearly@gmail.com |
| Southfield | Autumn Barcume | Wedding | 7/21/2019 | 7/9/2020 | Aebarcume@gmail.com |
| Southfield | Nakia George | Wedding | 2/2/2019 | 7/11/2020 | NGeorge87@gmail.com |
| Southfield | Lashawn Pickett | Wedding | 3/12/2019 | 7/18/2020 | lashawn.pickett@gmail.com |
| Southfield | Andrea/Kemone Beal | Wedding | 3/16/2019 | 7/25/2020 | kthomas830@icloud.com |
| Southfield | Simone Challenor | Wedding | 2/1/2019 | 8/8/2020 | simonechallenor@icloud.com |
| Southfield | Alex Garner & Morgan Braman | Wedding | 3/20/2019 | 8/14/2020 | gi5679@wayne.edu |
| Southfield | Siasia Jackson | Wedding | 4/13/2019 | 8/15/2020 | Siasiajackson@gmail.com |
| Southfield | Dominique Brown | Wedding | 2/12/2019 | 8/22/2020 | dominique.86.brown@gmail.com |
| Southfield | Crystal Williams | Wedding | 5/6/2019 | 8/27/2020 | Kristallfx@gmail.com |
| Southfield | Danielle Lyons | Wedding | 5/18/2019 | 8/29/2020 | Becomingfrance2020@gmail.com |
| Southfield | Kristian Patterson | Wedding | 5/30/2019 | 9/4/2020 | Officiallyalexander2020@gmail.com |
| Southfield | Russia Mattison | Wedding | 3/29/2019 | 9/5/2020 | btavio@yahoo.com |
| Southfield | Dejana Lige | Wedding | 3/11/2019 | 9/6/2020 | Dejana.liqe@gmail.com |
| Southfield | Rose Lovelady | Wedding | 4/6/2019 | 9/19/2020 | loveladyrose13@gmail.com |
| Southfield | Cierra Holmes | Wedding | 1/28/2019 | 9/20/2020 | Holmes.cierra@gmail.com |
| Southfield | Kelly Bowlson | Wedding | 5/31/2019 | 9/26/2020 | TheMcBrides2020@gmail.com |
| Southfield | Danica Wimberly & Chris Economes | Wedding | 2/28/2019 | 10/10/2020 | econeverafter@gmail.com |
| Southfield | Emmaleigh Cox | Wedding | 4/27/2019 | 10/15/2020 | emmaleigh3396@gmail.com |
| Southfield | Alaina Jones | Wedding | 7/3/2019 | 10/16/2020 | smithjoneswedding1@gmail.com |
| Southfield | Savanna Thomas | Wedding | 7/26/2019 | 10/17/2020 | Stweddingplan@gmail.com |
| Southfield | Jonathan Carr | Wedding | 7/25/2019 | 10/22/2020 | tarmar1229@gmail.com |
| Southfield | Shannon Culbert | Wedding | 7/29/2019 | 10/24/2020 | Shannonculbert@gmail.com |
| Southfield | Jay Must | Occasion | 6/26/2019 | 10/31/2020 | Lilamustbatmitzvah@gmail.com |
| Southfield | Thomas boadway | Wedding | 7/30/2019 | 6/17/2021 | tjboadway2016@gmail.com |
| Southfield | Adrian Carey | Wedding | 2/14/2019 | 8/28/2021 | Adrian_carey94@yahoo.com |
| Southpointe | Kandice Coles | Wedding | 1/4/2019 | 5/31/2019 | |
| Southpointe | Victoria Halula | Wedding | 12/27/2018 | 6/1/2019 | |
| Southpointe | Travis Durant | Business | 12/27/2018 | 6/5/2019 | |
| Southpointe | Brittany Colosimo | Wedding | 12/28/2018 | 6/8/2019 | |
| Southpointe | Jeff Spellman | Business | 5/21/2019 | 6/11/2019 | |
| Southpointe | Chantal Brannon | Wedding | 12/27/2018 | 6/15/2019 | |
| Southpointe | Mary Fox | Wedding | 12/27/2018 | 6/22/2019 | |
| Southpointe | Kim Gavran | Occasion | 5/20/2019 | 6/28/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Southpointe | Branigan Shipman | Wedding | 12/27/2018 | 6/29/2019 | |
| Southpointe | Becky Bayer | Wedding | 12/28/2018 | 7/6/2019 | |
| Southpointe | Chrissy Salvini | Business | 4/3/2019 | 7/11/2019 | |
| Southpointe | Richard Herrold | Wedding | 1/16/2019 | 7/13/2019 | |
| Southpointe | Maria Athenas | Occasion | 5/3/2019 | 7/14/2019 | |
| Southpointe | Josie Schultz | Business | 7/11/2019 | 7/15/2019 | |
| Southpointe | Christian Lilja | Business | 5/14/2019 | 7/18/2019 | |
| Southpointe | Ashley Young | Wedding | 12/27/2018 | 7/20/2019 | |
| Southpointe | Creehan & CO. | Business | 7/19/2019 | 7/23/2019 | |
| Southpointe | Creehan & CO. | Business | 7/19/2019 | 7/24/2019 | |
| Southpointe | Erin Yevins | Wedding | 12/28/2018 | 7/27/2019 | |
| Southpointe | Mark Cooper | Business | 7/23/2019 | 7/31/2019 | mcooper@equitransmidstream.com |
| Southpointe | Karen Lugaila | Wedding | 12/27/2018 | 8/3/2019 | KarenLugaila14@gmail.com |
| Southpointe | Jeff Spellman | Business | 7/8/2019 | 8/6/2019 | Wspellman@equitransmidstream.com |
| Southpointe | Sarah Ardeno | Wedding | 12/27/2018 | 8/9/2019 | ardenosarah@gmail.com |
| Southpointe | Kelly Erne | Wedding | 1/15/2019 | 8/10/2019 | Kerny87@gmail.com |
| Southpointe | Matt Stultz | Business | 6/25/2019 | 8/15/2019 | Mstultz@waynesburg.edu |
| Southpointe | Mckinley Grimm | Wedding | 12/27/2018 | 8/17/2019 | mckinley.grimm@aol.com |
| Southpointe | Cassidy Ginsburg | Occasion | 5/20/2019 | 8/18/2019 | Cassidyrae88@gmail.com |
| Southpointe | Chelsea Elliott | Wedding | 12/27/2018 | 8/24/2019 | chelliott7@gmail.com |
| Southpointe | Cheyenne myers | Wedding | 3/1/2019 | 8/29/2019 | Cmyers1493@gmail.com |
| Southpointe | Judy McLean | Wedding | 2/24/2019 | 8/31/2019 | McLean.judy.1@gmail.com |
| Southpointe | Barb Kennedy | Wedding | 12/28/2018 | 9/1/2019 | bkennedy22@comcast.net |
| Southpointe | Rachel Eyles | Wedding | 12/27/2018 | 9/7/2019 | r.eyles321@gmail.com |
| Southpointe | Christian Lilja | Business | 7/21/2019 | 9/12/2019 | Ctbslc@rlcommunities.com |
| Southpointe | Katy Corcoran | Wedding | 1/2/2019 | 9/14/2019 | kathryn.corcoran@comop.org |
| Southpointe | Alexis Glod | Wedding | 12/27/2018 | 9/21/2019 | Alexisglod@gmail.com |
| Southpointe | Christian Lilja | Business | 7/21/2019 | 9/25/2019 | Ctbslc@rlcommunities.com |
| Southpointe | Kayleigh Mariani | Wedding | 12/27/2018 | 9/27/2019 | cmkalayton@gmail.com |
| Southpointe | Katie Bednarski | Wedding | 12/27/2018 | 9/28/2019 | katielbednarski@gmail.com |
| Southpointe | Jill Landis | Wedding | 12/28/2018 | 10/4/2019 | Jillzer1011@gmail.com |
| Southpointe | Allison Hofrichter | Wedding | 12/28/2018 | 10/5/2019 | alli.hofrichter@gmail.com |
| Southpointe | Hillary Allison | Occasion | 7/10/2019 | 10/6/2019 | Hfaryna@gmail.com |
| Southpointe | Suzanne Saxon | Wedding | 12/28/2018 | 10/12/2019 | Ssaxon92@gmail.com |
| Southpointe | Chrissy Salvini | Business | 4/3/2019 | 10/15/2019 | |
| Southpointe | Chrissy Salvini | Business | 4/3/2019 | 10/16/2019 | |
| Southpointe | Chrissy Salvini | Business | 4/3/2019 | 10/17/2019 | |
| Southpointe | bridget borelli | Wedding | 4/17/2019 | 10/18/2019 | bborelli@yahoo.com |
| Southpointe | Bethany Warren | Wedding | 12/27/2018 | 10/19/2019 | bretagna2232@gmail.com |
| Southpointe | Wende Rubin | Business | 4/12/2019 | 10/22/2019 | |
| Southpointe | Wende Rubin | Business | 4/12/2019 | 10/23/2019 | |
| Southpointe | Wende Rubin | Business | 4/12/2019 | 10/24/2019 | |
| Southpointe | Katie Kendall | Wedding | 3/1/2019 | 10/25/2019 | Kkendall024@gmail.com |
| Southpointe | Colleen Schiller | Wedding | 12/28/2018 | 10/26/2019 | dermontwed2019@gmail.com |
| Southpointe | Brittany Haug | Wedding | 12/28/2018 | 11/2/2019 | Brittanyhaug101@gmail.com |
| Southpointe | Emily Schoeffel | Wedding | 12/27/2018 | 11/9/2019 | emilyschoeffel@gmail.com |
| Southpointe | Ryan Patterson | Wedding | 12/27/2018 | 11/16/2019 | lrponterson@gmail.com |
| Southpointe | Rebecca Dayton | Wedding | 12/28/2018 | 11/23/2019 | rldayton1130@yahoo.com |
| Southpointe | Breanna Sutton | Wedding | 2/23/2019 | 11/30/2019 | bresutton96@gmail.com |
| Southpointe | Katie Todaro | Wedding | 12/27/2018 | 12/7/2019 | katietodaro@hotmail.com |
| Southpointe | Sharae stan | Wedding | 12/27/2018 | 12/14/2019 | sharae00@yahoo.com |
| Southpointe | Paris Long | Wedding | 3/13/2019 | 1/18/2020 | parislong1987@gmail.com |
| Southpointe | Caitlin Loughman | Wedding | 1/7/2019 | 2/1/2020 | caitlinotoole22@yahoo.com |
| Southpointe | Emma Mobley | Wedding | 2/18/2019 | 4/25/2020 | emma.mobley@comcast.net |
| Southpointe | Carrie Severa | Wedding | 5/21/2019 | 5/2/2020 | Cesevera@gmail.com |
| Southpointe | Elissa Belczyk | Wedding | 4/30/2019 | 5/9/2020 | Elissa.s.belczyk@gmail.com |
| Southpointe | Lindsay Berkebile | Wedding | 12/27/2018 | 5/16/2020 | lindsayberks13@yahoo.com |
| Southpointe | Victoria Fratini | Wedding | 12/27/2018 | 5/23/2020 | Torrie.fratini@gmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Southpointe | Dana Gregg | Wedding | 3/14/2019 | 5/24/2020 | danaemilygregg1@gmail.com |
| Southpointe | Sarah Yoest | Wedding | 3/6/2019 | 5/29/2020 | sarahyoest11@gmail.com |
| Southpointe | Gena Keebler | Wedding | 12/27/2018 | 5/30/2020 | Gena.keebler@gmail.com |
| Southpointe | Lisa Spaziani | Wedding | 1/11/2019 | 6/6/2020 | lmspaziani@gmail.com |
| Southpointe | Lauren Gallagher | Wedding | 5/8/2019 | 6/13/2020 | Lauren.gallagher89@gmail.com |
| Southpointe | Nina Cerro | Wedding | 12/27/2018 | 6/20/2020 | nina.cerro910@gmail.com |
| Southpointe | Kierstin Golofsky | Wedding | 4/20/2019 | 6/27/2020 | Sacco_kierstin@yahoo.com |
| Southpointe | Chelsea Weis | Wedding | 1/23/2019 | 7/11/2020 | weischelsea22@gmail.com |
| Southpointe | Irene Douglas | Wedding | 3/30/2019 | 7/18/2020 | Iedouglas@yahoo.com |
| Southpointe | Lauren schott | Wedding | 6/27/2019 | 7/25/2020 | Lschott18@hotmail.com |
| Southpointe | Mariah Wells | Wedding | 4/30/2019 | 8/1/2020 | Mrhwlls2@gmail.com |
| Southpointe | Shannon McCreary | Wedding | 6/13/2019 | 8/8/2020 | Shannon.e.noonan@gmail.com |
| Southpointe | Erica pitcock | Wedding | 6/14/2019 | 8/15/2020 | Doyleadvertising@gmail.com |
| Southpointe | Sarah Devine | Wedding | 6/5/2019 | 8/20/2020 | sdevin1855@gmail.com |
| Southpointe | Allison Ward | Wedding | 2/18/2019 | 8/22/2020 | AEWCMB2020@gmail.com |
| Southpointe | Nicole McAllister | Wedding | 3/8/2019 | 8/29/2020 | nmcallister9329@gmail.com |
| Southpointe | Nicole Hall | Wedding | 1/30/2019 | 9/4/2020 | nicole7hall@aol.com |
| Southpointe | Leah Krawiec | Wedding | 6/23/2019 | 9/5/2020 | 14krawiecl@gmail.com |
| Southpointe | Caitlin Duffner | Wedding | 1/11/2019 | 9/6/2020 | Cmarieduff@gmail.com |
| Southpointe | Ashley Parks | Wedding | 12/27/2018 | 9/12/2020 | rparks@ritehite.com |
| Southpointe | Shelby R Yeager | Wedding | 3/18/2019 | 9/13/2020 | syeager1321@gmail.com |
| Southpointe | Kayla Patterson | Wedding | 1/26/2019 | 9/19/2020 | Kayla.patterson903@gmail.com |
| Southpointe | Alycia Yarbor | Wedding | 7/17/2019 | 9/25/2020 | lish21@me.com |
| Southpointe | Aimie Tyler | Wedding | 12/27/2018 | 9/26/2020 | aimie.tyler@comcast.net |
| Southpointe | Courtney Zanaglio | Wedding | 12/27/2018 | 10/2/2020 | zanaglioc@yahoo.com |
| Southpointe | Brittany Wright | Wedding | 2/5/2019 | 10/3/2020 | BrittanyWright10@aol.com |
| Southpointe | Amanda Kraft | Wedding | 1/28/2019 | 10/10/2020 | akraft.2006@gmail.com |
| Southpointe | Sunshine McCullough | Wedding | 4/12/2019 | 10/17/2020 | sunnibird14@yahoo.com |
| Southpointe | Emily Nicolella | Wedding | 4/30/2019 | 10/24/2020 | Emmylou16@gmail.com |
| Southpointe | Talicia Smith | Wedding | 4/22/2019 | 11/7/2020 | Taliciasmith143@gmail.com |
| Southpointe | Corinne Harris | Wedding | 2/11/2019 | 11/21/2020 | Corinnemharris@gmail.com |
| Sugar Land | Bhadresh Shah | Occasion | 5/1/2019 | 5/31/2019 | |
| Sugar Land | Anthonio Sardinea | Wedding | 12/27/2018 | 6/1/2019 | |
| Sugar Land | Amanda Nasis | Occasion | 5/4/2019 | 6/2/2019 | |
| Sugar Land | Tamunoibuomi Ifiesimama | Occasion | 5/31/2019 | 6/6/2019 | |
| Sugar Land | Radha Ristau | Wedding | 4/23/2019 | 6/6/2019 | |
| Sugar Land | Sandya Muchimilli | Occasion | 4/4/2019 | 6/7/2019 | |
| Sugar Land | Ida Jackson | Occasion | 3/30/2019 | 6/8/2019 | |
| Sugar Land | Debra Alexander | Occasion | 4/11/2019 | 6/9/2019 | |
| Sugar Land | Anna Degraft-Johnson | Business | 4/25/2019 | 6/11/2019 | |
| Sugar Land | Courtney Cooper | Occasion | 12/27/2018 | 6/13/2019 | |
| Sugar Land | Ignasio Hernandez | Wedding | 1/13/2019 | 6/14/2019 | |
| Sugar Land | Tracey Bacalla | Wedding | 1/20/2019 | 6/15/2019 | |
| Sugar Land | Tatiana Velasquez | Wedding | 12/27/2018 | 6/21/2019 | |
| Sugar Land | Tre'Kia Earls | Wedding | 1/11/2019 | 6/22/2019 | |
| Sugar Land | Farwa Saleen | Occasion | 1/11/2019 | 6/23/2019 | |
| Sugar Land | Robin Frank | Business | 6/7/2019 | 6/27/2019 | |
| Sugar Land | Sameena Jesani | Occasion | 6/14/2019 | 6/28/2019 | |
| Sugar Land | Hazel Kate | Wedding | 12/27/2018 | 6/29/2019 | |
| Sugar Land | Jackie Minter | Occasion | 5/14/2019 | 6/30/2019 | |
| Sugar Land | Greater Houston | Church Group | 1/29/2019 | 6/30/2019 | |
| Sugar Land | Trasee Simien | Occasion | 12/27/2018 | 7/6/2019 | |
| Sugar Land | Erika Stigall | Wedding | 12/27/2018 | 7/13/2019 | |
| Sugar Land | Tiffnie Pryor | Wedding | 12/28/2018 | 7/19/2019 | |
| Sugar Land | Christina Collins | Occasion | 12/27/2018 | 7/20/2019 | |
| Sugar Land | Saman Arshad | Wedding | 2/12/2019 | 7/25/2019 | |
| Sugar Land | Rhonda Kerby | Occasion | 12/27/2018 | 7/26/2019 | |
| Sugar Land | Greater Houston | Church Group | 1/29/2019 | 7/28/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Sugar Land | Nakela Prude | Business | 5/22/2019 | 7/31/2019 | nakela.prude@optum.com |
| Sugar Land | Mike Gok | Business | 6/19/2019 | 8/1/2019 | mgok@ssttx.org |
| Sugar Land | Online Trading Academy (Membership Event) | Business | 5/20/2019 | 8/2/2019 | marcia.burt@onlinetradingacademy.com |
| Sugar Land | ZN Fashions | Occasion | 6/12/2019 | 8/3/2019 | Znfashions01@gmail.com |
| Sugar Land | Greater Houston | Church Group | 1/29/2019 | 8/4/2019 | |
| Sugar Land | Dr. Holland Jones | Business | 7/9/2019 | 8/6/2019 | rdtinvestmentsgroup@icloud.com |
| Sugar Land | Santosh Cividi | Occasion | 5/22/2019 | 8/10/2019 | cividis@gmail.com |
| Sugar Land | Greater Houston | Church Group | 1/29/2019 | 8/11/2019 | |
| Sugar Land | Chirag Batra | Business | 6/15/2019 | 8/17/2019 | Themallatoaktree@gmail.com |
| Sugar Land | Chirag Batra | Business | 6/15/2019 | 8/18/2019 | Themallatoaktree@gmail.com |
| Sugar Land | Samar Qaddoura | Wedding | 7/10/2019 | 8/23/2019 | Samar.qaddoura@hotmail.com |
| Sugar Land | Gabriel Anton | Wedding | 12/27/2018 | 8/24/2019 | gabrielflores749@gmail.com |
| Sugar Land | Greater Houston | Church Group | 1/29/2019 | 8/25/2019 | |
| Sugar Land | Noor Lalani | Church Group | 2/10/2019 | 8/30/2019 | Noorlalani@aol.com |
| Sugar Land | Amir Dodhiya | Occasion | 4/1/2019 | 9/1/2019 | amirsmailbox@gmail.com |
| Sugar Land | Greater Houston | Church Group | 1/29/2019 | 9/1/2019 | |
| Sugar Land | Kimberly Ha | Wedding | 12/27/2018 | 9/7/2019 | kimberlyha91@gmail.com |
| Sugar Land | Tiffany Jackson | Wedding | 1/25/2019 | 9/14/2019 | bfcccenter@gmail.com |
| Sugar Land | Greater Houston | Church Group | 1/29/2019 | 9/15/2019 | |
| Sugar Land | Azuree Mitchum | Wedding | 6/24/2019 | 9/20/2019 | Azureemitchum@icloud.com |
| Sugar Land | Erika Carlton | Wedding | 1/29/2019 | 9/21/2019 | ms.erikacarlton@gmail.com |
| Sugar Land | Greater Houston | Church Group | 1/29/2019 | 9/22/2019 | |
| Sugar Land | Sofia Carretero | Wedding | 12/28/2018 | 9/28/2019 | scarretero96@gmail.com |
| Sugar Land | Greater Houston | Church Group | 1/29/2019 | 9/29/2019 | |
| Sugar Land | Latecia Coleman | Wedding | 12/27/2018 | 10/5/2019 | latecia1908@yahoo.com |
| Sugar Land | Jared Alanis | Wedding | 7/5/2019 | 10/12/2019 | jaredalanis@gmail.com |
| Sugar Land | Greater Houston | Church Group | 1/29/2019 | 10/13/2019 | |
| Sugar Land | Amanda Medrano | Occasion | 1/20/2019 | 10/19/2019 | amedrano@parishschool.org |
| Sugar Land | Greater Houston | Church Group | 1/29/2019 | 10/20/2019 | |
| Sugar Land | Dominique Blaske | Wedding | 12/27/2018 | 10/25/2019 | dcblaske323@gmail.com |
| Sugar Land | Martha Medrano | Wedding | 12/27/2018 | 10/26/2019 | martha.medrano416@gmail.com |
| Sugar Land | Greater Houston | Church Group | 1/29/2019 | 10/27/2019 | |
| Sugar Land | Faisal & Faiza Momin | Wedding | 12/28/2018 | 11/2/2019 | fpm921@gmail.com |
| Sugar Land | Greater Houston | Church Group | 1/29/2019 | 11/3/2019 | |
| Sugar Land | Irving gomez | Wedding | 12/28/2018 | 11/9/2019 | ggigwedding@gmail.com |
| Sugar Land | Greater Houston | Church Group | 1/29/2019 | 11/10/2019 | |
| Sugar Land | William Alvarado | Wedding | 6/19/2019 | 11/15/2019 | Srt_unit@yahoo.com |
| Sugar Land | Nicole Bowles | Wedding | 1/31/2019 | 11/16/2019 | Nicolebowles03@yahoo.com |
| Sugar Land | Greater Houston | Church Group | 1/29/2019 | 11/17/2019 | |
| Sugar Land | Maggie Chandrapaul | Wedding | 6/7/2019 | 11/23/2019 | cdhasan@comcast.net |
| Sugar Land | Arushi Khanna | Wedding | 6/25/2019 | 11/29/2019 | arushi9@gmail.com |
| Sugar Land | Nabil Ali | Occasion | 6/17/2019 | 11/30/2019 | NABIL.ALI.388@GMAIL.COM |
| Sugar Land | Greater Houston | Church Group | 1/29/2019 | 12/1/2019 | |
| Sugar Land | Joyce Thomas | Occasion | 6/21/2019 | 12/7/2019 | 49joyce@gmail.com |
| Sugar Land | Greater Houston | Church Group | 1/29/2019 | 12/8/2019 | |
| Sugar Land | Industrial Info Resources | Business | 3/7/2019 | 12/12/2019 | Rtelford@industrialinfo.com |
| Sugar Land | Noor Lalani | Church Group | 2/10/2019 | 12/13/2019 | Noorlalani@aol.com |
| Sugar Land | Brandy Conner | Occasion | 4/9/2019 | 12/14/2019 | blconner@bechtel.com |
| Sugar Land | Greater Houston Church | Church Group | 2/1/2019 | 12/18/2019 | |
| Sugar Land | PRIME COMMUNICATIONS April Harris | Occasion | 6/19/2019 | 12/20/2019 | aharris@primecomms.com |
| Sugar Land | Greater Houston | Church Group | 1/29/2019 | 12/22/2019 | |
| Sugar Land | Noor Lalani | Church Group | 2/12/2019 | 12/26/2019 | Noorlalani@aol.com |
| Sugar Land | Greater Houston | Church Group | 1/29/2019 | 12/29/2019 | |
| Sugar Land | Adelfo Cortez | Wedding | 12/27/2018 | 12/30/2019 | b.adelfocortez@gmail.com |
| Sugar Land | Paul Sykes | Wedding | 2/2/2019 | 12/31/2019 | aprilsooknanan@msn.com |
| Sugar Land | Ian Appleyard | Wedding | 3/22/2019 | 1/8/2020 | bubbley_nikki@hotmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Sugar Land | Victoria Evans | Wedding | 3/22/2019 | 1/11/2020 | Victoria_evans@msn.com |
| Sugar Land | Krystal Vidal-Tagle | Wedding | 2/5/2019 | 1/31/2020 | Krisvtagle23@gmail.com |
| Sugar Land | Salisha Virani | Wedding | 1/22/2019 | 2/2/2020 | |
| Sugar Land | Jackie Breeding | Wedding | 3/25/2019 | 2/8/2020 | Jybreeding@yahoo.com |
| Sugar Land | Missy Lyons | Occasion | 4/1/2019 | 2/15/2020 | missy.lyons@abigailsplace.org |
| Sugar Land | Online Trading Academy (Membership PROFILE) | Church Group | 1/18/2019 | 2/29/2020 | marcia.burt@onlinetradingacademy.com |
| Sugar Land | Andrea Gatlin | Wedding | 1/29/2019 | 2/29/2020 | justan1986@gmail.com |
| Sugar Land | Carmen Lara | Occasion | 7/5/2019 | 3/7/2020 | Czuniga21@yahoo.com |
| Sugar Land | Gail Roberson Rose | Wedding | 7/2/2019 | 4/4/2020 | Grose1268@gmail.com |
| Sugar Land | Manoj Kaul | Wedding | 3/26/2019 | 4/23/2020 | Manojsushmakaul@yahoo.com |
| Sugar Land | Patricia Johnson | Wedding | 5/23/2019 | 4/25/2020 | Alyssa.jonson91@yahoo.com |
| Sugar Land | Kerr High School Class of 2020 | Occasion | 6/25/2019 | 5/2/2020 | Eugene.miller@aliefisd.net |
| Sugar Land | Crayg Smith Jr | Wedding | 7/2/2019 | 6/19/2020 | craygsmithjr@gmail.com |
| Sugar Land | Kandra Freison | Wedding | 6/14/2019 | 6/20/2020 | Mskandra1@yahoo.com |
| Sugar Land | Rolanda Mitchell | Wedding | 4/21/2019 | 7/4/2020 | rolandabailey87@yahoo.com |
| Sugar Land | Jonathan Romero | Wedding | 12/28/2018 | 7/11/2020 | tranncatherine@gmail.com |
| Sugar Land | Jordan Eustate | Wedding | 6/11/2019 | 7/24/2020 | jordaneustate2016@yahoo.com |
| Sugar Land | Osagie Ighile | Wedding | 4/19/2019 | 7/25/2020 | Osagie87@gmail.com |
| Sugar Land | Valerie Flores | Occasion | 6/19/2019 | 8/1/2020 | valbal83@yahoo.com |
| Sugar Land | Carmen Sosa | Wedding | 6/21/2019 | 10/10/2020 | carmenrsos@gmail.com |
| Tulsa | Chris Gillepsie | Wedding | 12/26/2018 | 6/1/2019 | |
| Tulsa | Alex Burkdoll | Wedding | 12/26/2018 | 6/8/2019 | |
| Tulsa | Rita Gallardo Victory Bible College | Occasion | 3/14/2019 | 6/9/2019 | |
| Tulsa | Shana Cathey | Wedding | 12/26/2018 | 6/21/2019 | |
| Tulsa | Breana Willis | Wedding | 12/31/2018 | 6/22/2019 | |
| Tulsa | Julia Butler | Wedding | 4/3/2019 | 6/29/2019 | |
| Tulsa | Harvey Upton | Business | 7/2/2019 | 7/11/2019 | |
| Tulsa | Harvey Upton | Business | 7/2/2019 | 7/12/2019 | |
| Tulsa | Shelly Martin | Wedding | 12/26/2018 | 7/19/2019 | |
| Tulsa | Megan Walker | Wedding | 12/26/2018 | 7/20/2019 | |
| Tulsa | Sheila Hambrick | Wedding | 2/8/2019 | 7/21/2019 | |
| Tulsa | Katrinia Moss Explorer Pipeline | Business | 5/14/2019 | 7/23/2019 | |
| Tulsa | Katrinia Moss Explorer Pipeline | Business | 5/14/2019 | 7/24/2019 | |
| Tulsa | Yaneth Aguirre | Occasion | 6/24/2019 | 7/28/2019 | |
| Tulsa | Adnon Chaudhary | Wedding | 4/9/2019 | 8/1/2019 | Chaudhary.abdullah9@yahoo.com |
| Tulsa | Daniel DeBell Home Church | Church Group | 7/30/2019 | 8/4/2019 | Dan.debell@homechurchkc.com |
| Tulsa | Daniel DeBell Home Church | Church Group | 7/30/2019 | 8/11/2019 | Dan.debell@homechurchkc.com |
| Tulsa | Daniel DeBell Home Church | Church Group | 7/30/2019 | 8/18/2019 | Dan.debell@homechurchkc.com |
| Tulsa | Harvey Upton | Business | 7/17/2019 | 8/20/2019 | Harvey.upton@getbeyond.com |
| Tulsa | Harvey Upton | Business | 7/17/2019 | 8/21/2019 | Harvey.upton@getbeyond.com |
| Tulsa | Joshua Romano | Business | 7/15/2019 | 8/22/2019 | ahall@atlasroofing.com |
| Tulsa | Samette King | Occasion | 6/25/2019 | 8/24/2019 | ladydiva@sbcglobal.net |
| Tulsa | Daniel DeBell Home Church | Church Group | 7/30/2019 | 8/25/2019 | Dan.debell@homechurchkc.com |
| Tulsa | Chela Nalls | Wedding | 1/16/2019 | 8/31/2019 | cnalls521@gmail.com |
| Tulsa | Melody Alvarez | Wedding | 12/26/2018 | 9/1/2019 | m.ellie0428@gmail.com |
| Tulsa | Simbry Wedemeyer | Business | 7/20/2019 | 9/9/2019 | simbry@supremepet.com |
| Tulsa | David Polen & Barbie Pippin | Business | 7/17/2019 | 9/10/2019 | Barbie.Pippin@avisbudget.com |
| Tulsa | Lynse Lagers | Wedding | 1/4/2019 | 9/14/2019 | gottashine11@gmail.com |
| Tulsa | Jessica Klassen | Business | 7/15/2019 | 9/18/2019 | jessicaklassen@agency720.com |
| Tulsa | Anesha Kollie | Wedding | 12/26/2018 | 9/19/2019 | anesha413@gmail.com |
| Tulsa | Brittany Ramnarine | Wedding | 1/20/2019 | 9/28/2019 | Nicolebrit965@gmail.com |
| Tulsa | Shirley Vazquez | Wedding | 1/11/2019 | 10/5/2019 | sherlynv17@yahoo.com |
| Tulsa | MacKenzie McClure | Wedding | 4/7/2019 | 10/11/2019 | allonsydw14@gmail.com |
| Tulsa | Kelsie Crouch | Wedding | 1/5/2019 | 10/12/2019 | kblaircrouch@gmail.com |
| Tulsa | Jayna Frederick | Wedding | 1/27/2019 | 10/19/2019 | Jayna@weatherready.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Tulsa | Beatrice Arellano | Wedding | 12/26/2018 | 10/21/2019 | bea.mirjana@gmail.com |
| Tulsa | Lawanna Satterly | Business | 7/16/2019 | 10/25/2019 | stardusthollow@gmail.com |
| Tulsa | Kerrie Oliver | Wedding | 12/26/2018 | 10/26/2019 | kerri.oliver31@gmail.com |
| Tulsa | Hailie Nealis | Wedding | 1/6/2019 | 11/2/2019 | hailien7@yahoo.com |
| Tulsa | Narisa Rampey | Occasion | 6/26/2019 | 11/7/2019 | Nrampey@airassurance.com |
| Tulsa | Audree Johnson | Wedding | 12/26/2018 | 11/9/2019 | lisasells@sbcglobal.net |
| Tulsa | Amy Allsup | Wedding | 6/2/2019 | 11/16/2019 | ada05@sbcglobal.net |
| Tulsa | Piet Wilhelm (Triton Fight Club) | Business | 3/20/2019 | 12/6/2019 | Tritonbjj@gmail.com |
| Tulsa | Tori Stinson | Wedding | 12/26/2018 | 12/7/2019 | vlstinson18@gmail.com |
| Tulsa | Terry Newcomb Thermal Windows | Business | 3/13/2019 | 12/13/2019 | tnewcomb@thermalwindows.com |
| Tulsa | Jillian Gibson | Wedding | 2/15/2019 | 12/28/2019 | JillianBeth26@gmail.com |
| Tulsa | Patricia Nunley | Wedding | 3/31/2019 | 1/4/2020 | patricia.nunley12@gmail.com |
| Tulsa | Joseph Gordon | Wedding | 5/27/2019 | 2/28/2020 | Ktm336@yahoo.com |
| Tulsa | Katherine Woosley | Wedding | 1/15/2019 | 3/14/2020 | katejwoosley@gmail.com |
| Tulsa | Stephen Fitch | Wedding | 7/13/2019 | 3/15/2020 | samirah.stephen@gmail.com |
| Tulsa | Jackie Dalizu | Wedding | 7/19/2019 | 3/19/2020 | dalizu011@yahoo.com |
| Tulsa | Lauren Austin | Wedding | 5/31/2019 | 3/28/2020 | ldaustin2013@gmail.com |
| Tulsa | Haley Sartin | Wedding | 7/3/2019 | 4/25/2020 | haleymegansartin@gmail.com |
| Tulsa | Tommy Todd | Occasion | 5/21/2019 | 5/7/2020 | tommyraytodd@gmail.com |
| Tulsa | Tommy Todd | Occasion | 5/21/2019 | 5/8/2020 | tommyraytodd@gmail.com |
| Tulsa | Tommy Todd | Occasion | 5/21/2019 | 5/9/2020 | tommyraytodd@gmail.com |
| Tulsa | Maria del Carmen | Wedding | 12/26/2018 | 5/23/2020 | MOROS714@GMAIL.COM |
| Tulsa | Kelly Reed | Wedding | 3/21/2019 | 10/10/2020 | kreed@bokf.com |
| Westminster | Kristen Wozny | Business | 5/29/2019 | 5/30/2019 | |
| Westminster | Jasmine Humala | Wedding | 1/17/2019 | 6/1/2019 | |
| Westminster | Jan Dowker | Occasion | 12/26/2018 | 6/2/2019 | |
| Westminster | Adams County Youth Initiative | Business | 5/29/2019 | 6/5/2019 | |
| Westminster | Ashlie Pacheco | Wedding | 12/26/2018 | 6/7/2019 | |
| Westminster | Togi Tampubolon | Wedding | 12/26/2018 | 6/8/2019 | |
| Westminster | Ana & Jeremy Dawson | Occasion | 4/11/2019 | 6/9/2019 | |
| Westminster | Jacquelynn Campbell | Wedding | 12/27/2019 | 6/13/2019 | |
| Westminster | Dalila Aguilar | Wedding | 12/26/2018 | 6/15/2019 | |
| Westminster | Yadira Chacon | Wedding | 4/30/2019 | 6/16/2019 | |
| Westminster | Kavon Perry | Wedding | 12/26/2018 | 6/17/2019 | |
| Westminster | Milka Guyasa | Wedding | 12/26/2018 | 6/22/2019 | |
| Westminster | Alyssa Chareunsouk | Occasion | 5/22/2019 | 6/23/2019 | |
| Westminster | Alyssa Chareunsouk | Occasion | 5/31/2019 | 6/23/2019 | |
| Westminster | Hibba Sassi | Occasion | 2/13/2019 | 6/27/2019 | |
| Westminster | Giovana Polvon | Wedding | 12/26/2018 | 6/29/2019 | |
| Westminster | Redemption City Church | Church Group | 1/30/2019 | 6/30/2019 | |
| Westminster | Heather Mondragon | Wedding | 12/26/2018 | 7/5/2019 | |
| Westminster | Leticia Lundeen | Occasion | 12/26/2018 | 7/6/2019 | |
| Westminster | Emilie Reinke | Wedding | 12/26/2018 | 7/7/2019 | |
| Westminster | The Love U Guys" Foundation" | Business | 6/18/2019 | 7/10/2019 | |
| Westminster | Trina Trotter | Wedding | 12/26/2018 | 7/12/2019 | |
| Westminster | Karen Jimenez | Wedding | 1/2/2019 | 7/13/2019 | |
| Westminster | Erlinda Barela | Wedding | 12/26/2018 | 7/14/2019 | |
| Westminster | Sara Rusta | Wedding | 4/27/2019 | 7/16/2019 | |
| Westminster | Kristin Lopez | Wedding | 2/17/2019 | 7/19/2019 | |
| Westminster | Nicole Mettler | Wedding | 12/26/2018 | 7/20/2019 | |
| Westminster | Jessica Moseley | Business | 7/19/2019 | 7/23/2019 | |
| Westminster | Victoria Wert | Wedding | 1/4/2019 | 7/25/2019 | |
| Westminster | Courtney Peterson | Wedding | 1/31/2019 | 7/26/2019 | |
| Westminster | Laura Cedillo-perez | Wedding | 1/4/2019 | 7/27/2019 | |
| Westminster | Redemption City Church | Church Group | 1/30/2019 | 7/28/2019 | |
| Westminster | Sergio Santana | Occasion | 1/12/2019 | 7/28/2019 | |
| Westminster | Michelle Sosa | Business | 7/12/2019 | 8/1/2019 | Michelle.sosa@t1l1.org |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Westminster | Rita Diaz | Wedding | 12/26/2018 | 8/2/2019 | Ritadiaz06@yahoo.com |
| Westminster | Aaron Alvarez | Wedding | 12/26/2018 | 8/3/2019 | aaron_alvarez@me.com |
| Westminster | Redemption City Church | Church Group | 1/30/2019 | 8/4/2019 | |
| Westminster | Kerrisa Rice | Occasion | 7/18/2019 | 8/4/2019 | 2012rice@gmail.com |
| Westminster | Cherisse Nolan | Occasion | 7/8/2019 | 8/8/2019 | cherisse.nolan1@gmail.com |
| Westminster | Cherisse Nolan | Wedding | 2/16/2019 | 8/9/2019 | cherisse.nolan1@gmail.com |
| Westminster | Thiana Nguyen | Wedding | 12/27/2018 | 8/10/2019 | thiananguyen@yahoo.com |
| Westminster | Redemption City Church | Church Group | 1/30/2019 | 8/11/2019 | |
| Westminster | Denise Fuller | Business | 12/27/2018 | 8/12/2019 | denise@nasnpro.com |
| Westminster | Destiny Gonzales | Wedding | 12/26/2018 | 8/16/2019 | Daphniesanchez22@yahoo.com |
| Westminster | Amanda Allcock | Wedding | 12/27/2018 | 8/17/2019 | amandaanchondo83@gmail.com |
| Westminster | Redemption City Church | Church Group | 1/30/2019 | 8/18/2019 | |
| Westminster | City of Westminster | Business | 5/13/2019 | 8/20/2019 | asimenta@cityofwestminster.us |
| Westminster | Maritza Gutierrez | Occasion | 2/12/2019 | 8/23/2019 | maritzagutierrezllc@gmail.com |
| Westminster | Alondra Haro | Occasion | 12/26/2018 | 8/24/2019 | alondraharo77@gmail.com |
| Westminster | Redemption City Church | Church Group | 1/30/2019 | 8/25/2019 | |
| Westminster | Fabrece Lumpungu | Wedding | 1/29/2019 | 8/25/2019 | fablumpungu@gmail.com |
| Westminster | Evidence Management | Church Group | 1/27/2019 | 8/28/2019 | |
| Westminster | Evidence Management | Church Group | 1/27/2019 | 8/29/2019 | shenderson@evidencemanagement.com |
| Westminster | Deysi Bueras | Wedding | 12/26/2018 | 8/30/2019 | deysibueras06@gmail.com |
| Westminster | Jessica Joel Kalamba | Wedding | 12/26/2018 | 8/31/2019 | jbakole@gmail.com |
| Westminster | April Serrano | Occasion | 6/8/2019 | 8/31/2019 | Aprilmariemay1@yahoo.com |
| Westminster | Christina Tigar | Wedding | 12/26/2018 | 9/1/2019 | tigarc13@yahoo.com |
| Westminster | Redemption City Church | Church Group | 1/30/2019 | 9/1/2019 | |
| Westminster | Giovanna Castro | Wedding | 1/18/2019 | 9/5/2019 | Giovannacs2@hotmail.com |
| Westminster | Cecilia Anthony | Wedding | 12/26/2018 | 9/7/2019 | ceciliaanthony1969@gmail.com |
| Westminster | Redemption City Church | Church Group | 1/30/2019 | 9/8/2019 | |
| Westminster | Core Strengths | Business | 2/12/2019 | 9/11/2019 | Michelle.proctor@corestrengths.com |
| Westminster | Carlota Hernandez | Occasion | 6/3/2019 | 9/12/2019 | carlotaloyahernandez@gmail.com |
| Westminster | Jessica Corral | Wedding | 12/26/2018 | 9/13/2019 | jessicamcorral@gmail.com |
| Westminster | Bonnie Sumner | Wedding | 12/26/2018 | 9/14/2019 | bonnie.sumner@yahoo.com |
| Westminster | Redemption City Church | Church Group | 1/30/2019 | 9/15/2019 | |
| Westminster | Beza Jobira | Wedding | 7/23/2019 | 9/16/2019 | Bezateshomej@gmail.com |
| Westminster | Susan Bouril (Edward Jones) | Business | 2/8/2019 | 9/18/2019 | Susan.bouril@edwardjones.com |
| Westminster | Tamia Robinson | Wedding | 2/28/2019 | 9/19/2019 | tamiarob92@gmail.com |
| Westminster | Nicole Plese | Business | 2/25/2019 | 9/19/2019 | nicolep@imigroup.org |
| Westminster | Nicole Plese | Business | 2/25/2019 | 9/20/2019 | info@isarmc.org |
| Westminster | Baptista Evans | Wedding | 12/26/2018 | 9/21/2019 | JBStrimple1@gmail.com |
| Westminster | Redemption City Church | Church Group | 1/30/2019 | 9/22/2019 | |
| Westminster | Weslyn Bessette | Wedding | 12/26/2018 | 9/28/2019 | Weslyn.cole@gmail.com |
| Westminster | Redemption City Church | Church Group | 1/30/2019 | 9/29/2019 | |
| Westminster | Michael Cherkasov | Wedding | 7/9/2019 | 9/29/2019 | Michaelvcherkasov@gmail.com |
| Westminster | Global Blockchain Summit | Business | 3/25/2019 | 10/3/2019 | Lara@globalblockchainsummit.com |
| Westminster | Global Blockchain Summit | Business | 3/25/2019 | 10/4/2019 | Lara@globalblockchainsummit.com |
| Westminster | Alejandra Reyes | Occasion | 12/26/2018 | 10/5/2019 | reyesalejandra366@gmail.com |
| Westminster | Redemption City Church | Church Group | 1/30/2019 | 10/6/2019 | |
| Westminster | Aaron Daniels | Wedding | 1/9/2019 | 10/7/2019 | danielsaaron@hotmail.com |
| Westminster | Bobbi Garcia | Business | 5/17/2019 | 10/10/2019 | 5280studyclub@gmail.com |
| Westminster | Ryan Farstad | Wedding | 2/11/2019 | 10/11/2019 | ryan_farstad@msn.com |
| Westminster | Olivia Svai | Wedding | 12/26/2018 | 10/12/2019 | Oliviavincy@gmail.com |
| Westminster | Redemption City Church | Church Group | 1/30/2019 | 10/13/2019 | |
| Westminster | Premier Members Credit Union | Business | 4/9/2019 | 10/14/2019 | ksmith@pmcu.org |
| Westminster | Steve Black | Business | 7/27/2019 | 10/17/2019 | steveblack2007@yahoo.com |
| Westminster | Marina Vigil | Wedding | 12/26/2018 | 10/18/2019 | marina.vigil@yahoo.com |
| Westminster | Brea Castillo-Wood | Wedding | 12/26/2018 | 10/19/2019 | cast6854@bears.unco.edu |
| Westminster | Redemption City Church | Church Group | 1/30/2019 | 10/20/2019 | |
| Westminster | Redemption City Church | Church Group | 2/1/2019 | 10/23/2019 | |
| Westminster | Kelsey Marchman | Wedding | 12/26/2018 | 10/26/2019 | kelseymarchman752@gmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Westminster | Redemption City Church | Church Group | 1/30/2019 | 10/27/2019 | |
| Westminster | Christina Johnson | Wedding | 1/2/2019 | 10/30/2019 | Ladycroft211@hotmail.com |
| Westminster | Nikki Trujillo | Wedding | 3/29/2019 | 11/2/2019 | Nikki.trujillo22@gmail.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 11/3/2019 | |
| Westminster | Erika Lowe | Wedding | 2/25/2019 | 11/8/2019 | erikalowe5@gmail.com |
| Westminster | Rita Blake | Wedding | 6/17/2019 | 11/9/2019 | Ashermanning2016@gmail.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 11/10/2019 | |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 11/17/2019 | |
| Westminster | Donna Koop | Business | 7/5/2019 | 11/18/2019 | Donna.korp@edwardjones.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 11/24/2019 | |
| Westminster | Kwasi Dapaah | Wedding | 1/9/2019 | 11/30/2019 | kyeremehdapaahsr@yahoo.com |
| Westminster | Bradburn Master HOA | Occasion | 7/2/2019 | 12/1/2019 | tara@acmhoa.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 12/1/2019 | |
| Westminster | Shelly Fornof | Wedding | 6/26/2019 | 12/7/2019 | sfornof651@gmail.com |
| Westminster | Pretty Princess Parties | Business | 2/11/2019 | 12/8/2019 | |
| Westminster | Bobbi Garcia | Business | 5/17/2019 | 12/12/2019 | 5280studyclub@gmail.com |
| Westminster | Jeanna Finch | Occasion | 3/21/2019 | 12/14/2019 | Jfinch@conventiondesigns.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 12/15/2019 | |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 12/22/2019 | |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 12/29/2019 | |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 1/5/2020 | |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 1/12/2020 | |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 1/19/2020 | |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 1/26/2020 | |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 2/2/2020 | |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 2/9/2020 | |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 2/16/2020 | |
| Westminster | Katie Bell | Wedding | 7/29/2019 | 2/21/2020 | Kbell6076@gmail.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 2/23/2020 | |
| Westminster | Alyssa Carranco | Wedding | 1/20/2019 | 2/29/2020 | alyssa.carranco1@gmail.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 3/1/2020 | |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 3/8/2020 | |
| Westminster | Hans Hultgren | Business | 3/31/2019 | 3/12/2020 | lara@globaldatasummit.com |
| Westminster | Hans Hultgren | Business | 3/18/2019 | 3/13/2020 | lara@globaldatasummit.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 3/15/2020 | |
| Westminster | Kayce Johnson | Wedding | 2/28/2019 | 3/20/2020 | Grinewedding2020@gmail.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 3/22/2020 | |
| Westminster | Audrey Trevino | Occasion | 1/28/2019 | 3/28/2020 | Aktrevino23@gmail.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 3/29/2020 | |
| Westminster | Janet Frazier | Occasion | 6/6/2019 | 4/4/2020 | Janet.frazier@adams12.org |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 4/5/2020 | |
| Westminster | Cami Jensen | Occasion | 3/6/2019 | 4/11/2020 | Cami_jensen@dpsk12.org |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 4/12/2020 | |
| Westminster | Christina Vigil | Wedding | 12/27/2018 | 4/18/2020 | Christiimaes@gmail.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 4/19/2020 | |
| Westminster | Dr. Linda Silverman | Business | 6/7/2019 | 4/23/2020 | giftedness101@gmail.com |
| Westminster | Dr. Linda Silverman | Occasion | 6/7/2019 | 4/24/2020 | Giftedness101@gmail.com |
| Westminster | Cassie Ali | Wedding | 12/26/2018 | 4/25/2020 | constanceali@hotmail.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 4/26/2020 | |
| Westminster | Bobbi Garcia | Business | 5/17/2019 | 5/1/2020 | 5280studyclub@gmail.com |
| Westminster | Judd Farner | Occasion | 7/16/2019 | 5/2/2020 | Jfarner@sd27j.net |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 5/3/2020 | |
| Westminster | Stephanie Smith | Business | 5/1/2019 | 5/7/2020 | Stephaniea.smith@adams12.org |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 5/10/2020 | |
| Westminster | Savannah Martinez | Wedding | 7/21/2019 | 5/17/2020 | savannahnicole55.martinez@gmail.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 5/17/2020 | |
| Westminster | Krystal Joseph | Wedding | 2/28/2019 | 5/22/2020 | Monijay1300@gmail.com |
| Westminster | Cokis Ochoa | Occasion | 4/13/2019 | 5/23/2020 | Cokisochoa@live.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date. Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Westminster | Andrea Rascon | Wedding | 1/29/2019 | 5/24/2020 | andrearascon09@gmail.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 5/24/2020 | |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 5/31/2020 | |
| Westminster | Sweta Adhikary | Wedding | 5/30/2019 | 6/6/2020 | sweta.adh@gmail.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 6/7/2020 | |
| Westminster | Amanda Engel | Wedding | 7/8/2019 | 6/13/2020 | dkayengel@gmail.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 6/14/2020 | |
| Westminster | Esmeralda Frias | Wedding | 6/20/2019 | 6/19/2020 | Esmeraldafrias13@gmail.com |
| Westminster | Celina Lopez | Wedding | 5/12/2019 | 6/20/2020 | Celinanoelle50@gmail.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 6/21/2020 | |
| Westminster | Jocelyn Stewart | Wedding | 7/30/2019 | 6/27/2020 | Jocelynann1996@gmail.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 6/28/2020 | |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 7/5/2020 | |
| Westminster | Alexandra Rocheleau | Wedding | 3/29/2019 | 7/11/2020 | allieandscottwedding@gmail.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 7/12/2020 | |
| Westminster | Theresa Calderon | Wedding | 3/19/2019 | 7/18/2020 | resacalderon93@gmail.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 7/19/2020 | |
| Westminster | Stephanie Santillian | Occasion | 7/16/2019 | 7/25/2020 | Stephanieso434@gmail.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 7/26/2020 | |
| Westminster | Estela Simental | Wedding | 7/18/2019 | 8/1/2020 | Estelasimental@hotmail.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 8/2/2020 | |
| Westminster | Nancy Mejia | Wedding | 2/27/2019 | 8/8/2020 | mejia.arias012@gmail.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 8/9/2020 | |
| Westminster | Esmeralda Morales | Wedding | 5/18/2019 | 8/15/2020 | esmeraldamorales8@aol.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 8/16/2020 | |
| Westminster | Margarita Fonseca | Occasion | 1/2/2019 | 8/22/2020 | aamtafonseca@yahoo.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 8/23/2020 | |
| Westminster | Esmeralda Barela | Occasion | 12/26/2018 | 8/29/2020 | lalabarela@yahoo.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 8/30/2020 | |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 9/6/2020 | |
| Westminster | Briana Garcia | Wedding | 7/23/2019 | 9/12/2020 | Garciabri24@yahoo.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 9/13/2020 | |
| Westminster | Crystal Gabaldon | Wedding | 12/27/2018 | 9/19/2020 | cmgabald1@gmail.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 9/20/2020 | |
| Westminster | Celeste Maes | Wedding | 7/15/2019 | 9/26/2020 | Celestemaes9@gmail.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 9/27/2020 | |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 10/4/2020 | |
| Westminster | Jessica Churchill | Wedding | 12/26/2018 | 10/10/2020 | Classyika08@gmail.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 10/11/2020 | |
| Westminster | Valerie Carrillo | Wedding | 4/19/2019 | 10/17/2020 | Valeriecarrillo13@gmail.com |
| Westminster | Redemption City Church | Church Group | 4/8/2019 | 10/18/2020 | |
| Westminster | Redemption City Church | Church Group | 4/5/2019 | 10/25/2020 | |
| Wichita | Taylor Watkins | Wedding | 12/12/2018 | 6/1/2019 | |
| Wichita | Lauren Stallard | Wedding | 12/12/2018 | 6/2/2019 | |
| Wichita | Amber Freeman | Wedding | 6/5/2019 | 6/5/2019 | |
| Wichita | Emily Ross | Wedding | 4/28/2019 | 6/7/2019 | |
| Wichita | Lyndsey Edwards | Wedding | 12/12/2018 | 6/8/2019 | |
| Wichita | Ellen Nikkel | Business | 6/3/2019 | 6/11/2019 | |
| Wichita | Amanda Erwin | Wedding | 12/11/2018 | 6/14/2019 | |
| Wichita | Melissa Baier | Wedding | 1/25/2019 | 6/20/2019 | |
| Wichita | Joy Robare | Wedding | 12/11/2018 | 6/21/2019 | |
| Wichita | Melissa Baier | Wedding | 1/13/2019 | 6/22/2019 | |
| Wichita | Joni Carson | Business | 4/18/2019 | 6/27/2019 | |
| Wichita | Amy Carro | Wedding | 12/11/2018 | 6/29/2019 | |
| Wichita | Angely Guzman | Wedding | 1/28/2019 | 7/5/2019 | |
| Wichita | Michelle Schmitz | Wedding | 12/11/2018 | 7/6/2019 | |
| Wichita | Elaine Bieberly | Occasion | 6/30/2019 | 7/8/2019 | |
| Wichita | Debbie Pfingsten | Business | 6/26/2019 | 7/9/2019 | |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|---|---|---|---|---|---|
| Wichita | Raquel Reyes | Occasion | 3/15/2019 | 7/13/2019 | |
| Wichita | Katelyn Speer | Occasion | 1/7/2019 | 7/14/2019 | |
| Wichita | Debbie Pfingsten | Business | 4/16/2019 | 7/16/2019 | |
| Wichita | Nicklas Herrera | Business | 7/13/2019 | 7/17/2019 | |
| Wichita | Allison Jantzi | Wedding | 12/12/2018 | 7/18/2019 | |
| Wichita | Megan Burtness | Wedding | 1/11/2019 | 7/19/2019 | |
| Wichita | Mikayla Baldwin | Wedding | 12/11/2018 | 7/20/2019 | |
| Wichita | Sheree Jones | Wedding | 6/15/2019 | 7/21/2019 | |
| Wichita | Sarah Kate Krehbiel | Business | 5/25/2019 | 7/25/2019 | |
| Wichita | Alissa Morford | Wedding | 2/16/2019 | 7/26/2019 | |
| Wichita | Gloria Longoria | Wedding | 12/11/2018 | 7/27/2019 | |
| Wichita | Lynda Baker | Wedding | 1/17/2019 | 8/3/2019 | cubswin5@att.net |
| Wichita | Patrick Hough | Wedding | 2/24/2019 | 8/10/2019 | patrickhough@hotmail.com |
| Wichita | Serena McCabe | Wedding | 12/12/2018 | 8/17/2019 | serena_mccabe@yahoo.com |
| Wichita | David Le | Wedding | 12/11/2018 | 8/24/2019 | dle9923@gmail.com |
| Wichita | Valerie Ortiz | Wedding | 12/12/2018 | 8/30/2019 | Valerie_ortiz91@hotmail.com |
| Wichita | Blair Robison | Wedding | 12/11/2018 | 8/31/2019 | blairobison@yahoo.com |
| Wichita | Peyton Howard | Wedding | 12/11/2018 | 9/1/2019 | Peytonmh94@att.net |
| Wichita | Karli Ross | Wedding | 12/11/2018 | 9/7/2019 | Karlilynnross@gmail.com |
| Wichita | Jessica Stefek | Business | 7/18/2019 | 9/12/2019 | Jstefek@mwtn.org |
| Wichita | Julie Davenport | Wedding | 3/1/2019 | 9/13/2019 | Kscountrygirl74@yahoo.com |
| Wichita | Ali Anderson | Wedding | 12/11/2018 | 9/14/2019 | Ali.anderson95@gmail.com |
| Wichita | Samantha Potter | Occasion | 12/12/2018 | 9/19/2019 | samilynn9199@gmail.com |
| Wichita | Samantha Potter | Wedding | 12/11/2018 | 9/20/2019 | samilynn9199@gmail.com |
| Wichita | Claire Capps | Wedding | 12/11/2018 | 9/21/2019 | Cappsce@gmail.com |
| Wichita | Richard Coe | Business | 4/25/2019 | 9/24/2019 | rcoe@CoeFinancialServices.com |
| Wichita | Haley McDonald | Business | 6/4/2019 | 9/25/2019 | sohayla.mcdonald@walgreens.com |
| Wichita | Haley McDonald | Business | 6/4/2019 | 9/26/2019 | sohayla.mcdonald@walgreens.com |
| Wichita | Ashley Ulmer | Wedding | 2/26/2019 | 9/27/2019 | Ashleyulmer@rocketmail.com |
| Wichita | Chelsea Decker | Wedding | 12/11/2018 | 9/28/2019 | cdboatright21@gmail.com |
| Wichita | Aneek Noor | Wedding | 12/11/2018 | 10/5/2019 | aneek_noor@hotmail.com |
| Wichita | Thai Son | Wedding | 12/11/2018 | 10/12/2019 | thairn316@gmail.com |
| Wichita | Andrea Dimmen | Wedding | 12/11/2018 | 10/19/2019 | Andreadimmen@gmail.com |
| Wichita | randy tucker | Wedding | 1/30/2019 | 10/26/2019 | randy@handcinsulation.com |
| Wichita | Kami Meier | Wedding | 4/15/2019 | 11/2/2019 | kj_meier@hotmail.com |
| Wichita | Tricia Walls | Business | 5/15/2019 | 11/6/2019 | Twalls@butlercc.edu |
| Wichita | Samantha Burge | Wedding | 2/8/2019 | 11/9/2019 | Samiburge@gmail.com |
| Wichita | Natalie Whitley | Wedding | 1/14/2019 | 11/16/2019 | Natalie.whitley89@gmail.com |
| Wichita | Brooke Carr | Wedding | 5/11/2019 | 12/6/2019 | Bacarr07@yahoo.com |
| Wichita | Sydney Runyan | Wedding | 1/6/2019 | 12/21/2019 | sydneyr17@gmail.com |
| Wichita | Evelyn Mandell | Wedding | 6/17/2019 | 12/27/2019 | evelyn.s.mandell@gmail.com |
| Wichita | Pretty Princess Parties | Business | 2/8/2019 | 1/11/2020 | |
| Wichita | Tierra Poyner | Wedding | 6/3/2019 | 3/7/2020 | Tpoyner19@gmail.com |
| Wichita | Ronn Martin | Wedding | 3/28/2019 | 3/14/2020 | ronnmartin61@gmail.com |
| Wichita | Sarah Suarez | Wedding | 7/17/2019 | 4/11/2020 | Sarahlsuarez689@gmail.com |
| Wichita | LaQuoia Parker | Wedding | 3/23/2019 | 4/18/2020 | quoiaparker@gmail.com |
| Wichita | Bo Zhang | Wedding | 4/9/2019 | 4/25/2020 | Bzhanga@gmail.com |
| Wichita | Lauren Swender | Wedding | 4/2/2019 | 5/2/2020 | lpwalker2020@gmail.com |
| Wichita | Danielle Gerety & Tracy Gerety | Wedding | 6/27/2019 | 5/9/2020 | danigerety@cox.net |
| Wichita | Evelyn Sinzogan | Wedding | 6/1/2019 | 5/16/2020 | Evesinzogan@gmail.com |
| Wichita | Korissa White | Wedding | 7/30/2019 | 5/24/2020 | kkwhite04@gmail.com |
| Wichita | traci Grant | Wedding | 2/24/2019 | 5/30/2020 | traci.grant97@gmail.com |
| Wichita | Allison Kha | Wedding | 12/11/2018 | 6/6/2020 | khallisono@gmail.com |
| Wichita | Allison Suhr | Wedding | 12/11/2018 | 6/13/2020 | alli.suhr@gmail.com |
| Wichita | Brittney Hunter | Wedding | 7/12/2019 | 6/19/2020 | Brittney_hunter3@yahoo.com |
| Wichita | Jennifer Siharath | Wedding | 12/12/2018 | 6/20/2020 | jensiharath@gmail.com |
| Wichita | Shelby Blankinship | Wedding | 5/10/2019 | 6/21/2020 | shelby.blankinship@gmail.com |
| Wichita | Baylee Gee | Wedding | 5/7/2019 | 6/27/2020 | blspillmanwedding@gmail.com |

**The following list includes all events contracts entered into by the Debtor as of May 28, 2019, the chapter 11 petition date.  Events listed for June and July 2019 have been completed and those contracts are no longer**

| Building | Customer | Event Type | Date Booked | Event date | Email Address |
|----------|----------|------------|-------------|------------|---------------|
| Wichita | Celia Cordova | Occasion | 12/11/2018 | 7/4/2020 | cordovaworld@yahoo.com |
| Wichita | Kimberly Givens | Wedding | 6/21/2019 | 7/11/2020 | kgivens93@gmail.com |
| Wichita | Boi Tran | Wedding | 12/12/2018 | 7/18/2020 | Kenvu801@gmail.com |
| Wichita | Latrice Coleman | Wedding | 7/13/2019 | 7/22/2020 | Latricedcoleman12@gmail.com |
| Wichita | Bailey Blue | Wedding | 6/4/2019 | 7/25/2020 | Blue_bailey@ymail.com |
| Wichita | Quearre Weatherspoon | Wedding | 6/20/2019 | 8/22/2020 | quearrerenee@yahoo.com |
| Wichita | Kelsey Rouser | Wedding | 6/29/2019 | 8/29/2020 | Klrouser@hotmail.com |
| Wichita | Kimya Cartledge | Wedding | 5/21/2019 | 9/5/2020 | Kimya.cartledge@gmail.com |
| Wichita | Emma Schrag | Wedding | 7/28/2019 | 9/6/2020 | Emmajschrag@gmail.com |
| Wichita | Stephanie Palmer | Wedding | 5/28/2019 | 9/12/2020 | sd_palmer@att.net |
| Wichita | Brooke Forinash | Wedding | 1/13/2019 | 9/19/2020 | brookeforinash@gmail.com |
| Wichita | Jocelyn Anderson | Wedding | 3/11/2019 | 9/26/2020 | jocelynmarie@me.com |
| Wichita | Maria Nelson | Wedding | 2/1/2019 | 10/3/2020 | mariafalbonelson@hotmail.com |
| Wichita | Mariam Njoku | Wedding | 12/12/2018 | 10/10/2020 | Mnjoku79@yahoo.com |
| Wichita | Ashley Martin | Wedding | 5/28/2019 | 10/16/2020 | ashm2287@yahoo.com |
| Wichita | Carol Zonoozi | Wedding | 1/12/2019 | 10/17/2020 | farhad.zonoozi@att.net |
| Wichita | Alicia Wilson | Wedding | 3/25/2019 | 10/23/2020 | Alicialynnwilson8@gmail.com |
| Wichita | Amanda Bui | Wedding | 1/26/2019 | 10/24/2020 | ahbui91@gmail.com |
| Wichita | Nicole Summervill | Wedding | 4/18/2019 | 12/5/2020 | summervillnicole6@yahoo.com |
| Wichita | Kiesha Anderson | Wedding | 1/16/2019 | 12/12/2020 | kieshansrie14@gmail.com |
| Wichita | Clarissa Garrelts | Wedding | 2/10/2019 | 3/16/2021 | garreltsclarissa@gmail.com |
| Wichita | Melissa Lukens | Wedding | 7/30/2019 | 5/22/2021 | Mlukensdr@gmail.com |
| Wichita | Samantha Fulcher | Wedding | 3/11/2019 | 6/12/2021 | 14samanthaf@southbarber.com |