# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

FILED* US Bankruptcy Court-UT
OCT 1 2019 AM 10:15

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-23840 |
| NOAH CORPORATION | § | |
| DEBTORS(S), | § | CHAPTER 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**FORT BEND COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on 13th day of Sept, 2019, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

KENNETH L CANNON III
DURHAM JONES & PINEGAR, P.C.
111 SOUTH MAIN STREET SUITE 2400
SALT LAKE CITY, UT 84110-4050

TRUSTEE (UTAH)
KEN GARFF BLDG., SUITE 300
405 SOUTH MAIN STREET
SALT LAKE CITY, UT 84111

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 3064
HOUSTON, TX 77253-3064
Telephone: (713) 844-3400
Facsimile: (713) 844-3503
Email: houston_bankruptcy@publicans.com

By: _____
John P. Dillman
SBN: 05874400 TX