Kenneth L. Cannon II (3705) (kcannon@djplaw.com)
Penrod W. Keith (4860) (pkeith@djplaw.com)
**DURHAM JONES & PINEGAR, P.C.**
111 South Main Street, Suite 2400
P O Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000
Fax: (801) 415-3500

Attorneys for Noah Corporation,
 Debtor and Debtor in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>NOAH OPERATIONS RICHARDSON TX, LLC; NOAH OPERATIONS SUGARLAND TX, LLC; NOAH OPERATIONS CHANDLER AZ, LLC; and NOAH CORPORATION,<br><br>Debtors. | Bankruptcy Case No. 19-23492<br>Bankruptcy Case No. 19-23571<br>Bankruptcy Case No. 19-23810<br>Bankruptcy Case No. 19-23840<br>(Jointly Administered)<br>Chapter 11<br>Honorable Joel T. Marker<br><br>**THIS NOTICE APPLIES TO CASE NO. 19-23840 OF NOAH CORPORATION** |

**NOTICE OF FURTHER AMENDED SCHEDULE E/F FOR CLAIMS ARISING FROM REJECTED CLIENT EVENT CONTRACTS IN NOAH CORPORATION CASE**

**PLEASE TAKE NOTICE** that on November 13, 2019, Noah Corporation (the "Debtor") filed a further amended schedule of liabilities ("Further Amended Schedule E/F") owed to its clients (the "Clients") on account of event contracts (the "Event Contracts") that it is unable to perform and that were, as a result, "rejected" with approval of the United States Bankruptcy Court for the District of Utah (the "Bankruptcy Court"). The Event Contracts were scheduled at venues which the Debtor no longer operates (the "Closed Venues"), which are listed

SLC_4605678

on the attached **Exhibit A**. On October 15, 2019, the Debtor filed its original amended schedule E/F (the "Original Amended Schedule E/F") and provided copies of the Original Amended Schedule E/F to Clients. The Debtor has determined that it made a number of errors in the Original Amended Schedule E/Fwas unable to perform these Event Contracts because it was unable to successfully renegotiate lease terms on nine properties it leased and operated (the "Closing Venues"). A copy of a summary of claims which were amended in the Further Amended Schedule E/F, which is broken down into priority amounts and general unsecured amounts as well as proposed administrative expense claims by Closed Venue and by Client is attached hereto as **Exhibit B**. Only those whose claims are amended by the Further Amended Schedule E/F are receiving this Notice.

      **PLEASE TAKE FURTHER NOTICE** that only two claims were reduced in amount, and these were amended because amounts were included in the Original Amended Schedule E/F which should have been included in other claims. The mistakes were typographical.

      **PLEASE TAKE FURTHER NOTICE** that several of the further amended claims now list amounts which were paid by the Clients after the Debtor filed chapter 11 on May 28, 2019 (the "Petition Date") and will be added to the Debtor's request that these amounts paid after the Petition Date be treated as administrative expense claims, which have the highest priority in bankruptcy.

      **PLEASE TAKE FURTHER NOTICE** that the sum of the priority, unsecured claims, and proposed administrative expense claim amounts shown on **Exhibit B** attached hereto should equal the amounts that you paid the Debtor under your Event Contract. Please note that payments you made to Noah Beverage Corporation are not included in the amounts you have

paid to the Debtor because Noah Beverage Corporation is not in bankruptcy. Repayment of amounts paid to Noah Beverage Corporation are the obligation of Noah Beverage Corporation and will be made by Noah Beverage Corporation.

DATED this 13th day of November, 2019.

**DURHAM JONES & PINEGAR, P.C.**

By: /s/ Kenneth L. Cannon II
    Kenneth L. Cannon II
    Penrod W. Keith

Attorneys for Debtor and Debtor in Possession

**<u>CERTIFICATE OF SERVICE- BY NOTICE OF ELECTRONIC FILING (CM/ECF)</u>**

I hereby certify that on November 13, 2019, I electronically filed the foregoing **NOTICE OF FURTHER AMENDED SCHEDULE E/F FOR CLAIMS ARISING FROM REJECTED CLIENT EVENT CONTRACTS IN NOAH CORPORATION CASE** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users.

- James W. Anderson    jwa@clydesnow.com, mmann@clydesnow.com;atrujillo@clydesnow.com
- Glenn R. Bronson    Glenn-Bronson@rbmn.com, Andalin-Bachman@rbmn.com
- Ryan C. Cadwallader    rcadwallader@kmclaw.com, twhite@kmclaw.com
- Steven W. Call    scall@rqn.com, docket@rqn.com,lconterio@rqn.com
- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com
- Deborah Rae Chandler    dchandler@aklawfirm.com
- P. Matthew Cox    bankruptcy_pmc@scmlaw.com
- T. Edward Cundick    tec@clydesnow.com, laardema@clydesnow.com
- Mark E. Hindley    mehindley@stoel.com, rnoss@stoel.com;slcdocket@stoel.com;Dixie.colson@stoel.com
- Penrod W. Keith    pkeith@djplaw.com, khughes@djplaw.com
- Julie E. Kenworthy    jkenworthy@kmclaw.com
- Reid W. Lambert    rlambert@strongandhanni.com, tlawrence@strongandhanni.com
- Blake D. Miller    bmiller@aklawfirm.com, millermobile@gmail.com;miller.blaked@gmail.com
- Gregory S. Moesinger    gmoesinger@kmclaw.com, tsanders@kmclaw.com
- John T. Morgan tr    john.t.morgan@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov
- Ellen E. Ostrow    ellen.ostrow@stoel.com, Stephanie.hore@stoel.com;docketclerk@stoel.com
- Douglas J. Payne    dpayne@fabianvancott.com, mdewitt@fabianvancott.com
- Chad S Pehrson    cpehrson@parrbrown.com
- Shawn T. Richards    srichards@kmclaw.com
- Mark C. Rose    mrose@mbt-law.com, markcroselegal@gmail.com
- Brian M. Rothschild    brothschild@parsonsbehle.com, ecf@parsonsbehle.com

- Chris L. Schmutz    chrisschmutz.pc@gmail.com, hillaryschmutz@yahoo.com;r60588@notify.bestcase.com
- Engels Tejeda    ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com
- Richard C. Terry    richard@tjblawyers.com, cbcecf@yahoo.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Steven T. Waterman    waterman.steven@dorsey.com, bingham.karen@dorsey.com;ventrello.ashley@dorsey.com

## **CERTIFICATE OF SERVICE- MAIL, OTHER**

I hereby certify that on November 13, 2019, I caused to be served a true and correct copy of the foregoing **NOTICE OF FURTHER AMENDED SCHEDULE E/F FOR CLAIMS ARISING FROM REJECTED CLIENT EVENT CONTRACTS IN NOAH CORPORATION CASE** as follows:

**By electronic mail and/or regular first class United States mail, postage fully pre-paid, addressed to the parties on the attached page(s).**

 /s/  Kristin Hughes

5

SLC_4605678

Guggenheim Retail Real Estate Partners
Attn:  Rebecca D. Kristall/Travis Schwaer
3000 Internet Boulevard, Suite 570
Frisco, TX  75034
rebecca.kristall@guggenheiminsurance.com
travis.schwaer@guggenheimpartners.com

Douglas Sullivan
11648 S Ingot Way
South Jordan, UT  84095
dwsullivan6@gmail.com

Nancy Neil
2640 West 15090 South
Bluffdale, UT  84065
neil.nancy@gmail.com

Chris Hoke
c/o 76 Investments LP
1709 Shady Knoll Court
Sewisckley, PA  15143
chrishoke76@gmail.com

Andrew Moyce
1163 Ashmount Avenue
Piedmont, CA  94610
andymoyce@gmail.com

Jeannette Bonin
c/o Charles V. Bonin
133 Washington Street
Morristown, NJ  07960
gigi.7@verizon.net
cvboninlaw@cvbonin.com

Dan Naylor
2595 East 9900 South
Sandy, UT  84092
dknaylor@hotmail.com

Internal Revenue Service
Centralized Insolvency Operations
P O Box 7346
Philadelphia, PA  19101-7346

Securities & Exchange Commission
Attn: Daniel J. Wadley
351 S. West Temple, Suite 6.100
Salt Lake City, UT 84101

Utah State Tax Commission
Taypayer Services Division
Attention: Michelle Riggs
210 North 1950 West
Salt Lake City, UT 84134

SLC_4544356.1

| Property | Customer | Address | Email Address |
|---|---|---|---|
| **Auburn Hills** | Breanna Blaszczak | 960 W Rose Center Road  Holly MI  48442 | breblasz@gmail.com |
| **Chesapeake** | Arquesha Woodard | 7547 Rolling Hill Rd North Prince George VA 23860 | Arqueshaw@aol.com |
| | Bethany Marino | 3160 Swainsons Lane Virginia Beach VA 23456 | marinobethany002@gmail.com |
| | Breanna Lewis | 521 Brandon Way Chesapeake VA 23320 | Bflewis414@yahoo.com |
| | Chelsea Richards | 2054 Cunningham Dr Apt 102 Hampton VA 23666 | chels.richards12995@gmail.com |
| | Cherie Street | 5348 Challedon Drive Virginia Beach VA 23462 | cheriestreet18@gmail.com |
| | Courtney Walcott | 169 Hicks Ave Norfolk VA 23502 | courtandcris20@gmail.com |
| | Danielle Brantley | 5021 Spinel Street Virginia Beach VA 23462 | brantley.danielle@yahoo.com |
| | Lou Avery Barnes | 4501 Hollingsworth Ln Virginia Beach VA 23456 | Avery.c.barnes@gmail.com |
| | Michele Naughton | 1157 Freehold Close Virginia Beach VA 23455 | Msnaughton07@gmail.com |
| **Hoover** | Ashley Edwards | | foreverandadavis2019@gmail.com |
| | Brittany Datcher | 251 River Road Harpersville AL 35078 | bdatch09@gmail.com |
| | Courtney Harris | 5103 Colony Park Drive  Birmingham AL  35243 | Cjharris1985@gmail.com |
| | Jacquelyn Holt | 2213 Amberly Woods Terrace  Celina   AL 35080 | Jackie88.holt@gmail.com |
| | Jonathan Price | 804 Robertson Rd  Fairfield AL  35064 | Jp5560@icloud.com |
| | Kristie Bauer | 163 Weatherly Way Pelham AL 35124 | kris_dz@bellsouth.net |
| | Shalitha McLean | 1731 14th Ave S. Birmingham  AL 35205 | betterasbailey@gmail.com |
| | Tiffany Samuels | 30 Norwood Cir  Birmingham AL  35226 | Tsamuels@therockcity.org |
| **Louisville** | Brenna Mosby | 10115 Winding River Way  Louisville KY  40229 | Brenna.mosby@gmail.com |
| | Cierra Carty Blake | 6412 El Rancho Rd  Louisville KY  40291 | cierracc317@gmail.com |
| | Helena Stratton | 8601 Willowrun Court  Pewee Valley KY  40056 | helstra12@gmail.com |
| | Laura Renn | 119 Sycamore Hill Dr  Clarksville TN  37042 | Laura.d.renn@gmail.com |
| | Lydia Kost | 5725 Pond Ridge Cir  Georgetown IN  47112 | lydia.kost1@gmail.com |
| | Sarah Federspiel | 2304 Cypress Point  Jeffersonville IN  47130 | sjainmccartney@gmail.com |
| **Morrisville** | Ayana Glasco | 1416 Seedling st Wendell NC 27591 | Ayana.james91920@gmail.com |
| | Bethany Oliver/WinShape Foundation | Winshape Foundation, Attn:  Pam Pierce, 2277 Martha Berry Hwy NW  Mount Berry GA  30149 | boliver@winshape.org |
| | Desmine Burton/Bernadette Egerton | 7413 Six Forks Rd #185  Raleigh NC  27615 | bernieger00@gmail.com |
| | Katherine Lindsey Davis | 5154 Simmons Branch Trail Raleigh NC  27606 | kldavis622@gmail.com |

| Property | Customer | Address | Email Address |
|---|---|---|---|
| | Kelly Winston | 1914 brodgen lane Durham NC 27703 | Kellymwinston@gmail.com |
| | Robert and Toye Slaughter | 16849 Jed Forest Lane Woodbridge VA 22191 | HazzardSlaughterWedding@gmail.com |
| | Ronda Ataalla | 3212 Eastover Ridge Dr Apt 736 Charlotte NC 28211 | Themcphersons2@gmail.com |
| | Zikora Nnadike | 2722 Windchase Drive Raleigh NC 27610 | zikorannadike@gmail.com |
| Overland Park | Summer Wheeler/Chris Kirchner | 10318 E 95th Ter Kansas City MO 64134 | cek797655@gmail.com |
| Plano | Denise Fuller Nasnpro | | denise@nasnpro.com |
| | Kristin Bush | 2435 E Hebron Pkwy Carrollton TX 75010 | Kristin.bush@findfreedom.church |
| | Molly Omohundro | 3501 Ross Ave #4001 Dallas TX 75204 | Molly.Omohundro@gmail.com |
| | Raman 'Velu' Velu | 10801 Marble Falls Pl McKinney TX 75071 | rvelu999@gmail.com |
| Richardson | Andrea Ghotekar (Mark Theurer) | 5240 Tennyson Parkway #105 TX 75024 | aghotekar@npitx.org |
| | Aubrey Barnett | 2251 North Greenville Ave. Richardson TX 75082 | holland972019@gmail.com |
| | Britney Beard | 7421 Frankford Rd apt 2725 Dallas TX 75252 | brenarab@gmail.com |
| | Laura Brown/Kim Jones | P O Box 81 Tom Bean TX 75489 | laura.brown@ti.com |
| | United Church of God | | |
| Sugarland | Amanda Medrano | 20619 Bandrock Terrace Richmond TX 77407 | amedrano@parishschool.org |
| | Dominique Blaske | 3302 Peninsulas Dr Missouri City TX 77459 | dcblaske323@gmail.com |
| | Greater Houston | 16555 Creekbend Dr. Sugar land TX 77478 | jbeene@greaterhouston.church |
| | Irving Gomez | 2125 Yale Street Apt 228 Houston TX 77008 | ggigwedding@gmail.com |
| | Manoj Kaul | | Manojsushmakaul@yahoo.com |
| | Martha Medrano | 5407 FLYERS COVE LANE SUGAR LAND TX 77479 | martha.medrano416@gmail.com |
| | Michelle Fadimu | 9115 Benthos Dr Houston TX 77083 | Michellefadimu@gmail.com |

# EXHIBIT A

SLC_4605678

**LIST OF CLOSING VENUES AND EFFECTIVE DATE OF CLOSING**

| Property and Address | | Effective Date of Closure |
|---|---|---|
| Auburn Hills, Michigan | 3391 Cross Creek Parkway, Auburn Hills, MI 48326 | 10/31/19 |
| Chesapeake, Virginia | 625 Independence Parkway, Chesapeake, VA 23320 | 10/31/19 |
| Hoover, Alabama | 2501 International Park Place, Hoover, AL 35216 | 9/30/19 |
| Louisville, Kentucky | 12451 Plantside Drive, Louisville, KY | 8/12/19 |
| Morrisville, North Carolina | 5180 Paramount Parkway, Morrisville, NC 27560 | 8/31/19 |
| Overland Park, Kansas | 7341 West 133rd Street, Overland Park, KS 66213 | 8/31/19 |
| Plano, Texas | 5280 Towne Square Drive, Plano, TX 75024 | 8/5/19 |
| Richardson, Texas | 2251 North Greenville, Avenue, Richardson, TX | 8/5/19 |
| Sugarland, Texas | 16555 Creek Bend Drive, Sugarland, TX | 8/6/19 |

# EXHIBIT B

SLC_4605678

**NOAH CORPORATION**
**CLAIM AMOUNTS FOR CANCELLED EVENTS**

| Location | Name | Event Type | Priority Claim | Unsecured Claim | Administrative Claim | Total |
|---|---|---|---|---|---|---|
| Auburn Hills | Breanna Blaszczak | Wedding | 3,025.00 | 3,875.00 | - | 6,900.00 |
| | | | | | | |
| Chesapeake | Arquesha Woodard | Wedding | - | - | 2,141.00 | 2,141.00 |
| Chesapeake | Bethany Marino | Wedding | - | - | 1,450.00 | 1,450.00 |
| Chesapeake | Breanna Lewis | Wedding | - | - | 1,270.00 | 1,270.00 |
| Chesapeake | Chelsea Richards | Wedding | - | - | 1,538.00 | 1,538.00 |
| Chesapeake | Cherie Street | Wedding | - | - | 3,490.00 | 3,490.00 |
| Chesapeake | Courtney Walcott | Wedding | 3,025.00 | 3,615.00 | - | 6,640.00 |
| Chesapeake | Danielle Brantley | Wedding | - | - | 1,140.00 | 1,140.00 |
| Chesapeake | Lou Avery Barnes | Wedding | 3,000.00 | - | - | 3,000.00 |
| Chesapeake | Michele Naughton | Wedding | 3,025.00 | 1,198.00 | 1,635.00 | 5,858.00 |
| | | | | | | |
| Hoover | Ashley Edwards | Wedding | 3,025.00 | 5,829.00 | - | 8,854.00 |
| Hoover | Brittany Datcher | Wedding | 3,025.00 | 4,725.00 | - | 7,750.00 |
| Hoover | Courtney Harris | Wedding | 3,025.00 | 4,125.00 | 600.00 | 7,750.00 |
| Hoover | Jacquelyn Holt | Wedding | 2,438.00 | - | 980.00 | 3,418.00 |
| Hoover | Jonathan Price | Wedding | 3,025.00 | 4,714.00 | - | 7,739.00 |
| Hoover | Kristie Bauer/Layton Bauer | Wedding | 3,025.00 | 5,164.00 | - | 8,189.00 |
| Hoover | Shalitha McLean | Wedding | 3,025.00 | 123.00 | 2,752.00 | 5,900.00 |
| Hoover | Tiffany Samuels | Wedding | 1,100.00 | - | - | 1,100.00 |
| | | | | | | |
| Louisville | Brenna Mosby | Wedding | 2,688.00 | - | 207.00 | 2,895.00 |
| Louisville | Cierra Carty | Wedding | 3,025.00 | 3,375.00 | - | 6,400.00 |
| Louisville | Helena Stratton | Wedding | 3,025.00 | 4,225.00 | - | 7,250.00 |
| Louisville | Laura Renn | Wedding | 3,025.00 | 4,364.00 | - | 7,389.00 |
| Louisville | Lydia Kost | Wedding | 3,025.00 | 4,025.00 | - | 7,050.00 |
| Louisville | Sarah Federspiel | Wedding | 3,025.00 | 4,375.00 | - | 7,400.00 |
| | | | | | | |
| Morrisville | Ayana Glasco | Wedding | 3,025.00 | 3,875.00 | - | 6,900.00 |
| Morrisville | Bethany Oliver | Business | - | 2,870.00 | - | 2,870.00 |
| Morrisville | Desmine Burton/Bernadette Egerton | Wedding | 3,025.00 | 746.00 | - | 3,771.00 |
| Morrisville | Katherine (Lindsey) Davis | Wedding | 2,448.00 | - | 576.00 | 3,024.00 |
| Morrisville | Kelly Winston | Wedding | 3,025.00 | 3,875.00 | - | 6,900.00 |
| Morrisville | Robert Slaughter | Wedding | 3,025.00 | 203.00 | - | 3,228.00 |
| Morrisville | Ronda Ataalla | Wedding | 3,025.00 | 2,900.00 | - | 5,925.00 |
| Morrisville | Zikora Nnadike | Wedding | 3,025.00 | 3,175.00 | - | 6,200.00 |

**NOAH CORPORATION**
**CLAIM AMOUNTS FOR CANCELLED EVENTS**

| Location | Name | Event Type | Priority Claim | Unsecured Claim | Administrative Claim | Total |
|---|---|---|---|---|---|---|
| Overland Park | Summer Wheeler | Wedding | 3,025.00 | 1,585.00 | 862.00 | 5,472.00 |
| Plano | Denise Fuller Nasnpro | Business | - | 1,700.00 | - | 1,700.00 |
| Plano | Kristin Bush | Wedding | 3,025.00 | 575.00 | - | 3,600.00 |
| Plano | Molly Omohundro | Wedding | 3,025.00 | 3,075.00 | - | 6,100.00 |
| Plano | Raman 'Velu' Velu | Wedding | 1,008.00 | - | 4,029.00 | 5,037.00 |
| Richardson | Andrea Ghotekar (Mark Theurer) | Wedding | - | - | 2,300.00 | 2,300.00 |
| Richardson | Aubrey Barnett | Wedding | 3,025.00 | 3,550.00 | - | 6,575.00 |
| Richardson | Britney Beard | Wedding | 3,025.00 | 308.00 | - | 3,333.00 |
| Richardson | Laura Brown - Texas Instruments | Business | - | 2,300.00 | - | 2,300.00 |
| Richardson | United Church of God | Business | - | 2,300.00 | - | 2,300.00 |
| Sugarland | Amanda Medrano | Occasion | 3,025.00 | 2,120.00 | 842.00 | 5,987.00 |
| Sugarland | Dominique Blaske | Wedding | 3,025.00 | 2,832.00 | - | 5,857.00 |
| Sugarland | Greater Houston Church | Church Group | - | 4,465.00 | 5,380.00 | 9,845.00 |
| Sugarland | Irving Gomez | Wedding | 3,025.00 | 1,820.00 | 910.00 | 5,755.00 |
| Sugarland | Manoj Kaul | Wedding | 1,350.00 | - | 250.00 | 1,600.00 |
| Sugarland | Martha Medrano | Wedding | 3,025.00 | 4,743.00 | 885.00 | 8,653.00 |
| Sugarland | Michelle Fadimu | Wedding | 3,025.00 | 527.00 | 2,848.00 | 6,400.00 |

NOTES:
NOTE 1 - At this time, the Debtor is not seeking allowance of Administrative Claims. The amounts are only shown to assist creditors in reconciling their payments to the total claim amounts. Furthermore, potential administrative claimants who have received credit card chargebacks will not be allowed an administrative claim, and therefore are shown at a zero value.