UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH (SALT LAKE CITY DIVISION)

| | | |
|---|---|---|
| IN RE: | § | Case 19-23840 |
| | § | |
| Noah Corporation | § | |
| | § | |
| | § | |
| | § | |
| DEBTOR | § | Chapter 11 |

FILED* US Bankruptcy Court-UT
JAN 13 2020 PM 1:49

## WITHDRAWAL OF CLAIM

TO: CLERK OF THE COURT

The Texas Workforce Commission hereby withdraws its Administrative Expense Proof of Claim #365 in the amount of $947.13, dated November 25, 2019, which was filed with the Court on November 25, 2019, for Texas Workforce Commission Account No. xx-xxx245-6.

Respectfully submitted, this 7th day of January, 2020.

By: /s/ Janaha Crawford
Janaha Crawford
Account Examiner
Texas Workforce Commission

###