# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re: Noah Corporation

Case No. 19-23840
Chapter 11

Debtor(s).

Trustee: _____

## AMENDMENT DECLARATION

Please circle or underline amended material where appropriate.

1. PETITION: [ ]  REOPENING: Yes [ ] No [ ]  CONVERSION (13 to 7): Yes [ ] No [ ]
   **When changing debtor's address, please file separate change of address form.**
   **When amending, please submit the changes/additions only!**

2. SCHEDULES: A [ ]  B [ ]  C [ ]  D [ ]  E [✓]  F [ ]  G [ ]  H [ ]  I [ ]  J [ ]
   Are you changing the address, amounts, etc., or adding a creditor?
   **Changing** [ ]  **Adding** [ ]  ($30 amendment fee required for D, E, & F; OR [ ] IFP Waiver)

3. AMENDED AMOUNTS/TOTALS OF SCHEDULES: [✓]
4. STATEMENT OF AFFAIRS: [ ]
5. AMENDED CHAPTER 13 PLAN: [ ]

> If you have amended schedules D, E, F by adding a creditor, you owe $31.00 amendment fee. Fee attached_____
>
> If schedules D, E, F were amended but no creditors added or adding a listed creditor's attorney, no fee necessary. No fee attached [ ].
> **Reason no fee is attached**_____

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added to the schedules/matrix.**
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

> I declare under penalty of perjury that the information provided in this attached amendment is true and correct.
>
> /s/ Mark D. Hashimoto     1/23/20            _____
> Debtor              Date                     Debtor              Date

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)? Yes [✓] No [ ]

_____
ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate as follows (please mark the appropriate lines(s)):

[ ] 341 Notice to creditors added by this amendment.
    Discharge Notice to creditors added by this amendment.
    Amended Chapter 13 Plan to all creditors.

1/23/20                                     _____
DATED                                       ATTORNEY FOR DEBTOR(S)

Rev 12/16

**Fill in this information to identify the case:**

Debtor name: Noah Corporation

United States Bankruptcy Court for the: DISTRICT OF UTAH

Case number (if known): 19-23840

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................. $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $ 210,589.39

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................. $ 210,589.39

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................... $ 1,693,525.93

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ 51,338,658.41

4. **Total liabilities** ......................................................................................................................
   Lines 2 + 3a + 3b                                                                                                            $ 53,032,184.34

**Fill in this information to identify the case:**

Debtor name: Noah Corporation

United States Bankruptcy Court for the: DISTRICT OF UTAH

Case number (if known): 19-23840

■ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Alyx Ingram | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,040.00 | $2,040.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>Blue Ash |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address<br>Amber Mallory | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,888.00 | $1,888.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>Blue Ash |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | Noah Corporation | | Case number (if known) | 19-23840 |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>Ashley Johnson | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,564.00 | $2,564.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Blue Ash | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4 | Priority creditor's name and mailing address<br>Briana Whitlow Alieu Kenneh | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,180.00 | $1,180.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5 | Priority creditor's name and mailing address<br>Brittany Green | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,930.00 | $3,025.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Blue Ash | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.6 | Priority creditor's name and mailing address<br>Brittnie Criss | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,996.00 | $2,996.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Blue Ash | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 19-23840    Doc 112    Filed 01/23/20    Entered 01/23/20 16:11:55    Desc Main
Document      Page 5 of 8

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address<br>**Celine Zahlen** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,600.00 | $3,025.00 |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Blue Ash** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**7**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.8 | Priority creditor's name and mailing address<br>**Emily Meyers** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,424.00 | $2,424.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Blue Ash** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**7**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.9 | Priority creditor's name and mailing address<br>**Janiece Triggs** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,628.00 | $1,628.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Blue Ash** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**7**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.10 | Priority creditor's name and mailing address<br>**JeRee Griffin** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,259.00 | $2,259.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Blue Ash** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**7**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 3 of 6
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address<br>Jerrell Leak | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,354.00 | $2,354.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Blue Ash | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address<br>Jordan Colin Stark<br>15917 W 145 Ter<br>Olathe, KS 66062 | As of the petition filing date, the claim is:<br>Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,474.00 | $3,025.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Overland Park | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address<br>Julia Marshall | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,180.00 | $1,180.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Blue Ash | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address<br>Karen Rosen | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,030.00 | $1,030.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Blue Ash | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Noah Corporation | Case number (if known) | 19-23840 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 2.15 | Priority creditor's name and mailing address<br>Kate Dooley<br>4616 Tween Road<br>Louisville, KY 40207 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,208.40 | $3,025.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Louisville | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.16 | Priority creditor's name and mailing address<br>Kayla Gregory<br>5911 Milbourne Drive<br>Milford, OH 45150 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,198.00 | $2,198.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Blue Ash | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.17 | Priority creditor's name and mailing address<br>Kayla Parson<br>14217 S Blackfoot Dr<br>Olathe, KS 66062 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,680.00 | $3,025.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Overland Park | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.18 | Priority creditor's name and mailing address<br>Tiahya Scott<br>241 Woodfield Cir<br>Shelbyville, KY 40065 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,400.00 | $3,025.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Louisville | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Noah Corporation**
Name

Case number (if known) 19-23840

| 2.19 | Priority creditor's name and mailing address<br>**Tiffany Roberts** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,940.00 | $2,940.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Blue Ash** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**7**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1 | **Nonpriority creditor's name and mailing address**<br><br>**Date or dates debt was incurred** ____<br>**Last 4 digits of account number** ____ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** ____<br>Is the claim subject to offset?   ☐ No   ☐ Yes | |
|---|---|---|---|

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 56,973.40 |
| **5b. Total claims from Part 2** | 5b. + | $ | 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 56,973.40 |