CASE# 19-23840

To whomever it may concern,

We were booked at Noah's Event Venue in Katy, TX.
We found out via Social Media that they have filed for chapter 11 bankruptcy. We were paid in full and spent over 5,800 on this venue. We need that money back to book a new venue for our April 19, 2020 wedding date.

Thank you.
Lauren Ellow
Keith Ballard
Houston, TX

siinsayshun@hotmail.com