February 11, 2020

FILED* US Bankruptcy Court-UT
FEB 14 2020 AM 11:42

The Honorary Judge Joel T. Marker
United States Bankruptcy Court
District of Utah
Frank E. Moss U.S. Courthouse, Courtroom 341
350 S. Main Street
Salt Lake City, Utah 84101

RE: Noah's Event Venue / William Bowser, CEO

Dear Judge Marker:

I am writing today because I lost a very precious piece of jewelry at the Noah's Event Center in Little Rock, Arkansas about two years ago. After contacting the people that were managing it in 2017, I was told that no one had turned the earring in as found. So, today, I am sending you a picture of it in hopes that whatever happens to the building, if someone finds the earring, that it can and will be returned to me. My husband bought it for my birther two years ago and I would really like to have it back if it's found. My suspicion is that it's under the platform that is raised in the large event room.

Respectfully,

Kathryn Whittamore
PO Box 793
Benton, Arkansas 72018-0793
kwhittamore@gmail.com






**Cross Life Church Little Rock**
May 5, 2017 at 12:06 PM

Anybody happen to find this earring last Sunday?

**Kathi Wildfire Whittamore**
May 5, 2017 at 10:36 AM

I lost this earring last Sunday, April 30, 2017. I don't know where I lost it...checked church, home, car, and everywhere we went that day and haven't found it. They were a gift from my husband **Robert** for my birthday this past March. We thought it was time to put it out here in case someone we don't know has seen or found it.
Please share...thanks... See More