**This order is SIGNED.**

**Dated: February 25, 2020**



**JOEL T. MARKER**
**U.S. Bankruptcy Judge**



*Order Prepared By:*
John T. Morgan (USB #3839)
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
405 South Main Street, Suite 300
Washington Federal Bank Building
Salt Lake City, UT 84111
Telephone:     (801) 524-5734
Facsimile:     (801) 524-5628
Email: John.T.Morgan@usdoj.gov

Attorney for Patrick S. Layng, United States Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>**NOAH OPERATIONS RICHARDSON TX, LLC; NOAH OPERATIONS SUGARLAND TX, LLC; NOAH OPERATIONS CHANDLER AZ, LLC; and NOAH CORPORATION,**<br><br>                   Debtors. | **Bankruptcy Case No. 19-23492**<br>**Bankruptcy Case No. 19-23571**<br>**Bankruptcy Case No. 19-23810**<br>**Bankruptcy Case No. 19-23840**<br>(Jointly Administered)<br>(Chapter 11)<br>Judge Joel T. Marker |

**ORDER CONVERTING CASE OF NOAH CORPORATION TO CHAPTER 7**

The United States Trustee's Motion to Convert the Case of Noah Corporation to Chapter 7, or in the Alternative, to Dismiss Case ("Motion") came on for hearing before the Honorable Joel T. Marker on the 20th day of February 2020 at the hour of 2:00 p.m. John T. Morgan appeared on behalf of the United States Trustee. All other appearances were noted on the record.

The Court found that adequate notice of the Motion was duly served upon the appropriate parties. The Court considered the record and status of this Case, the objections to conversion filed by various parties, and the representations of the parties present, including the testimony of Mark Hashimoto, and all of the pleadings on file therein. The Court then made its Findings of Fact and Conclusions of Law on the record and determined that cause exists, pursuant to 11 U.S.C. §1112(b), to dismiss or convert this case, and that it is in the best interests of creditors and the estate to convert the Case to Chapter 7; now therefore,

    IT IS HEREBY ORDERED that the United States Trustee's Motion is granted;

    IT IS FURTHER ORDERED that this case be and hereby is converted to one under Chapter 7; and

    IT IS FURTHER ORDERED that the United States Trustee shall contact the Court to schedule a status conference to be held within 30 days after an interim trustee is appointed.

----------------------------------------END OF DOCUMENT----------------------------------------

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on February 25, 2020, I caused a true and correct copy of the foregoing *Pending* **ORDER CONVERTING CASE OF NOAH CORPORATION TO CHAPTER 7** to be electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system, as noted below:

- James W. Anderson     jwa@clydesnow.com, mmann@clydesnow.com, atrujillo@clydesnow.com
- Steven W. Call     scall@rqn.com, docket@rqn.com, lconterio@rqn.com
- Kenneth L. Cannon     kcannon@djplaw.com, khughes@djplaw.com
- P. Matthew Cox     bankruptcy_pmc@scmlaw.com
- T. Edward Cundick     tec@clydesnow.com, laardema@clydesnow.com
- Mark E. Hindley     mehindley@stoel.com, rnoss@stoel.com, slcdocket@stoel.com, Dixie.colson@stoel.com
- Blake D. Miller     bmiller@aklawfirm.com, millermobile@gmail.com, miller.blaked@gmail.com
- Ellen E. Ostrow     ellen.ostrow@stoel.com, Stephanie.hore@stoel.com, docketclerk@stoel.com
- Mark C. Rose     mrose@mbt-law.com, markcroselegal@gmail.com

/s/
Lindsey Huston

## DESIGNATION OF PARTIES TO BE SERVED

Service for the foregoing **ORDER CONVERTING CASE OF NOAH CORPORATION TO CHAPTER 7** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- James W. Anderson    jwa@clydesnow.com, mmann@clydesnow.com, atrujillo@clydesnow.com
- Glenn R. Bronson    Glenn-Bronson@rbmn.com, Andalin-Bachman@rbmn.com
- Ryan C. Cadwallader    rcadwallader@kmclaw.com, twhite@kmclaw.com
- Steven W. Call    scall@rqn.com, docket@rqn.com, lconterio@rqn.com
- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com
- Deborah Rae Chandler    dchandler@aklawfirm.com
- Joseph M.R. Covey    jcovey@parrbrown.com, calendar@parrbrown.com, lstumpf@parrbrown.com
- P. Matthew Cox    bankruptcy_pmc@scmlaw.com
- T. Edward Cundick    tec@clydesnow.com, laardema@clydesnow.com
- Christopher J. Dylla    christopher.dylla@azag.gov, bankruptcyunit@azag.gov, hua.qin@azag.gov, michelle.schlosser@azag.gov
- Nathan R. Firouzi    nfirouzi@agutah.gov, txbankrupt@utah.gov
- Mark E. Hindley    mehindley@stoel.com, rnoss@stoel.com, slcdocket@stoel.com, Dixie.colson@stoel.com
- Annette W. Jarvis    jarvis.annette@dorsey.com, long.candy@dorsey.com
- Penrod W. Keith    pkeith@djplaw.com, khughes@djplaw.com
- Julie E. Kenworthy    jkenworthy@kmclaw.com
- Reid W. Lambert    rlambert@strongandhanni.com, tlawrence@strongandhanni.com
- Blake D. Miller    bmiller@aklawfirm.com, millermobile@gmail.com, miller.blaked@gmail.com
- Gregory S. Moesinger    gmoesinger@kmclaw.com, tsanders@kmclaw.com
- John T. Morgan    john.t.morgan@usdoj.gov, James.Gee@usdoj.gov, Lindsey.Huston@usdoj.gov, Rinehart.Peshell@usdoj.gov
- Kevin V. Olsen    kvolsen@agutah.gov
- Ellen E. Ostrow    ellen.ostrow@stoel.com, Stephanie.hore@stoel.com, docketclerk@stoel.com
- Douglas J. Payne    dpayne@fabianvancott.com, mdewitt@fabianvancott.com
- Chad S Pehrson    cpehrson@parrbrown.com
- Shawn T. Richards    srichards@kmclaw.com

3

- Mark C. Rose    mrose@mbt-law.com, markcroselegal@gmail.com
- Brian M. Rothschild    brothschild@parsonsbehle.com, ecf@parsonsbehle.com
- Chris L. Schmutz    chrisschmutz.pc@gmail.com, hillaryschmutz@yahoo.com, r60588@notify.bestcase.com
- Engels Tejeda    ejtejeda@hollandhart.com, slclitdocket@hollandhart.com, intaketeam@hollandhart.com, lahansen@hollandhart.com
- Richard C. Terry    richard@tjblawyers.com, cbcecf@yahoo.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Steven T. Waterman    waterman.steven@dorsey.com, bingham.karen@dorsey.com, ventrello.ashley@dorsey.com
- John J. Wiest    wiest.john@dorsey.com


**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Agape Spiritual Center
2770 Main St. Suite 158
Frisco, TX 75033

Bennett Tueller Johnson & Deere, P.C.
Attn: J. Reed Rawson
3165 E Millrock Dr, Ste 500
Salt Lake City, UT 84121

Jeannette Bonin
c/o Charles V. Bonin
133 Washington Street
Morristown, NJ 07960

Kevin C. Calhoun
Calhoun & Di Ponio, PLC
29828 Telegraph Road
Southfield, MI 48034-1338

Kevin C. Calhoun
Calhoun & Di Ponio, PLC
29828 Telegraph Road
Southfield, MI 48034-1338

Charter Communications Spectrum
1600 Dublin Rd
Columbus, OH 43215

Eboney Cobb
Perdue Brandon Fielder Collins & Mott
500 E. Border Street
Suite 640
Arlington, TX 76010

Danielle DeFreitas
1216 Fire Tower Road, Apt. K
Greenville, NC 27858

John Dillman
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253-3064

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253-3064

Domineka Edwards
3329 Renaissance Park Pl
Cary, NC 27513-2279

J. Michael Ellis
Kilpatrick, Townsend & Stockton, LLP
2001 Ross Avenue
Suite 4400
Dallas, TX 75201

Guggenheim Retail Real Estate Partners
Attn: Rebecca D. Kristall/Travis Schwaer
3000 Internet Boulevard, Suite 570
Frisco, TX 75034

Alexander Hinger
125 Sudano Court
Holly Springs, NC 27540

Chris Hoke
c/o 76 Investments LP
1709 Shady Knoll Court
Sewisckley, PA 15143

Internal Revenue Service
Centralized Insolvency Operations
P O Box 7346
Philadelphia, PA 19101-7346

Andrew Moyce
1163 Ashmount Avenue
Piedmont, CA 94610

Dan Naylor
2595 East 9900 South
Sandy, UT 84092

Nancy Neil
2640 West 15090 South
Bluffdale, UT 84065

Nicholas J. Nieto
Kilpatrick, Townsend & Stockton, LLP
700 Louisiana Street
Suite 4300
Houston, TX 77002

Lenard M. Parkins
700 Louisiana Street
Suite 4300
Houston, TX 77002

Allison M. Ptasinski
125 Sudano Court
Holly Springs, NC 27540

Randal D. Robinson
Burman & Robinson
580 South High Street
Suite 250
Columbus, OH 43215

Randal D. Robinson
Burman & Robinson
580 South High Street, Suite 250
Columbus, OH 43215

Securities & Exchange Commission
Attn: Daniel J. Wadley
351 S. West Temple, Suite 6.100
Salt Lake City, UT 84101

Sleggs Danzinger & Gill, Co., LPA
Attn: Todd W. Sleggs
820 West Superior Ave, #700
Cleveland, OH 44113

Douglas Sullivan
11648 S Ingot Way
South Jordan, UT 84095

5

| | |
|---|---|
| Mark W. Wege | Elizabeth Weller |
| DENTONS US LLP | Linebarger Goggan Blair & Sampson, LLP |
| 1221 McKinney Street | 2777 N. Stemmons Freeway |
| Suite 1900 | Suite 1000 |
| Houston, TX 77010-2006 | Dallas, TX 75207 |

/s/
Lindsey Huston