David W. Newman (USB #15901)
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
405 South Main Street, Suite 300
Washington Federal Bank Building
Salt Lake City, UT 84111
Telephone:     (801) 524-5734
Facsimile:     (801) 524-5628
Email: David.W.Newman@usdoj.gov

Attorney for Patrick S. Layng, United States Trustee

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| In re:<br><br>**NOAH CORPORATION,**<br><br>Debtor. | **Bankruptcy Case No. 19-23840**<br><br>(Chapter 11)<br>Judge Joel T. Marker |
|---|---|

### NOTICE OF APPOINTMENT OF CHAPTER 7 TRUSTEE

Pursuant to 11 U.S.C. §§ 322, 701 and 702, Philip G. Jones, a panel trustee in the District of Utah, is appointed as the Chapter 7 trustee in the above-entitled case. This case is covered by the blanket bond for Chapter 7 trustees.

Date: February 26, 2020

                                              UNITED STATES TRUSTEE
                                              Patrick S. Layng

                                              By:          /s/
                                                  David W. Newman
                                                  Assistant United States Trustee