**Signed as modified by the Court.**
**This order is SIGNED.**

Dated: September 1, 2020



**JOEL T. MARKER**
**U.S. Bankruptcy Judge**



*msc*

---

Kenneth L. Cannon II (3705)
Penrod W. Keith (4860)
**DURHAM JONES & PINEGAR, P.C.**
111 South Main Street, Suite 2400
P O Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000
Fax: (801) 415-3500
Email: kcannon@djplaw.com
pkeith@djplaw.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy Case No. 19-23840 |
|---|---|
| NOAH CORPORATION, | Chapter 7 |
| Debtor. | Honorable Joel T. Marker |

### ORDER APPROVING MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

Pursuant to the motion of Durham Jones & Pinegar to withdraw as counsel for debtor Noah Corporation (the "Debtor") under Bankr. D. Ut. LBR 2091-2, and for good cause appearing, the Court hereby ORDERS as follows:

1. Kenneth L. Cannon II, Penrod W. Keith, and the law firm of Durham Jones & Pinegar (collectively, "Counsel") may withdraw as counsel of record for debtor Noah Corporation in this case.

2. With regard to Debtor's continued representation, the Court Orders as follows:

SLC_5143239.1

      a.      The Debtor or new counsel for Client must file a Notice of Appearance within 21 days after the entry of this order. Pursuant to Local Rule 9011-2(a), no corporation, association, partnership, limited liability company or other artificial entity may appear pro se, but must be represented by an attorney who is admitted to practice before this Court.

      b.      If the Debtor fails to file a Notice of Substitution of Counsel or Notice of Appearance as set forth above, the Court will deem such party to be proceeding pro se, and such party may be subject to sanctions under Federal Rule of Civil Procedure 16(f)(1), including but not limited to dismissal or entry of a default judgment.

      c.      With regard to scheduling, administration of this case will NOT be stayed in any way by entry of this withdrawal order.

**\*\*\*\*\*END OF ORDER\*\*\*\*\***

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER APPROVING MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users.

- James W. Anderson    jwa@clydesnow.com, mmann@clydesnow.com;atrujillo@clydesnow.com
- Glenn R. Bronson    grbronson@traskbritt.com, cawatters@traskbritt.com
- Ryan C. Cadwallader    rcadwallader@kmclaw.com, twhite@kmclaw.com
- Steven W. Call    scall@rqn.com, docket@rqn.com,lconterio@rqn.com
- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com
- Deborah Rae Chandler    dchandler@aklawfirm.com
- Joseph M.R. Covey    jcovey@parrbrown.com, calendar@parrbrown.com;lstumpf@parrbrown.com
- P. Matthew Cox    bankruptcy_pmc@scmlaw.com
- T. Edward Cundick    tec@clydesnow.com, laardema@clydesnow.com
- Christopher J. Dylla    christopher.dylla@azag.gov, bankruptcyunit@azag.gov,hua.qin@azag.gov,michelle.schlosser@azag.gov
- Nathan R. Firouzi    nfirouzi@agutah.gov, txbankrupt@utah.gov
- Mark E. Hindley    mehindley@stoel.com, slcdocket@stoel.com
- Annette W. Jarvis    jarvisa@gtlaw.com, longca@gtlaw.com
- Philip G. Jones tr    trustee@theo7.com, pjones@ecf.epiqsystems.com;pgj@trustesolutions.net
- Penrod W. Keith    pkeith@djplaw.com, khughes@djplaw.com
- Julie E. Kenworthy    jkenworthy@kmclaw.com
- Reid W. Lambert    rlambert@strongandhanni.com, tlawrence@strongandhanni.com
- Blake D. Miller    bmiller@aklawfirm.com, millermobile@gmail.com;miller.blaked@gmail.com
- Gregory S. Moesinger    gmoesinger@kmclaw.com, tsanders@kmclaw.com
- John T. Morgan    john.t.morgan@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov
- Kevin V. Olsen    kvolsen@agutah.gov
- Ellen E. Ostrow    ellen.ostrow@stoel.com, Stephanie.hore@stoel.com;docketclerk@stoel.com
- Douglas J. Payne    dpayne@fabianvancott.com, mdewitt@fabianvancott.com
- Chad S Pehrson    cpehrson@parrbrown.com
- Shawn T. Richards    srichards@kmclaw.com
- Steven M. Rogers    srogers@roruss.com, nrussell@roruss.com;rorusslaw@gmail.com;paralegal@roruss.com;la@roruss.com
- Mark C. Rose    mrose@mbt-law.com, markcroselegal@gmail.com

SLC_5143239.1

- Brian M. Rothschild    brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com
- Chris L. Schmutz    chrisschmutz.pc@gmail.com, hillaryschmutz@yahoo.com;r60588@notify.bestcase.com
- Engels Tejeda    ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com
- Richard C. Terry    richard@tjblawyers.com, cbcecf@yahoo.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Steven T. Waterman    waterman.steven@dorsey.com, bingham.karen@dorsey.com;ventrello.ashley@dorsey.com
- John J. Wiest    wiestj@gtlaw.com
- Jeffrey Adam Wright    awright@modrall.com

**By U.S. Mail** - In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

    Noah Corporation
    322 West 11000 South
    South Jordan, UT  84070

**By electronic mail to the following:**

    William Bowser
    2003noahs2020@gmail.com

    Mark D. Hashimoto
    Mark@hashimotofa.com

    /s/ Kenneth L. Cannon II

SLC_5143239.1